**United States Bankruptcy Court**
**District of Montana**

IN RE: Incredible Auto Sales LLC
Debtor(s)

Case No. 06-60855
Chapter 11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| **Billings Auto Auction**<br>PO Box 1433<br>Billings, MT  59103 | (406) 252-6332 | | | 199,000.00 |
| **South Seatle Auto Auction**<br>PO Box 5189<br>Kent, WA  98064 | (253) 872-6800 | | | 90,000.00 |
| **King Ave Properties**<br>1820 Mariposa Lane<br>Billings, MT  59102 | | | | 42,981.00 |
| **ADP Commercial Leasing**<br>PO Box 34656<br>Newark, NJ  07189 | | | | 35,247.00<br>Collateral:<br>0.00<br>Unsecured:<br>35,247.00 |
| **Hayden Marketing**<br>222 North 32nd St #904<br>Billings, MT  59101 | | | | 15,236.00 |
| **A & I Distributors**<br>PO Box 1999<br>Billings, MT  59103 | (406) 245-6443 | | | 14,899.00 |
| **Sign Products Inc**<br>1425 Monad Road<br>Billings, MT  59101 | | | | 12,515.00 |
| **ADP Dealer Services**<br>18 Centerpointe Dr<br>Lapalma, CA  90623-1028 | | | | 11,185.00 |
| **Zoe Auto Sales**<br>701 E Lincoln Way<br>Cheyene, WY  82002 | | | | 11,000.00 |
| **American Automotive Supply Inc**<br>211 East Geyser St<br>Livingston, MT  59047 | (406) 222-3302 | | | 10,501.00 |
| **Mobile Appearance Reconditioning Service**<br>703 Shamrock Lane<br>Billings, MT  59105 | (406) 591-3888 | | | 10,345.00 |
| **Glacier Transport Inc**<br>320 S 24th Street<br>Billings, MT  59101 | | | | 10,250.00 |
| **Jody Stephens**<br>760 Moccasin Trail<br>Billings, MT  59105 | | | | 10,000.00 |

LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | |
|---|---|
| **New Northwest Broadcasters**<br>222 N 32nd 10th Floor<br>Billings, MT 59101 | 8,140.00 |
| **Holiday Fleet**<br>PO Box 82148<br>Billings, MT 59108 | 7,070.00 |
| **Carquest Auto Parts**<br>PO Box 503589<br>St Louis, MO 63150 | 6,544.00 |
| **First Advantage Credco**<br>PO Box 509019<br>San Diego, CA 92159 | 6,319.00 |
| **ADP Dealer Services**<br>PO Box 88921<br>Chicago, IL 60695-1921 | 6,090.00 |
| **KHMT-TV Fox 4**<br>445 S 24th St<br>Billings, MT 59102 | 5,783.00 |
| **Fisher Radio**<br>2075 Central Ave<br>Billings, MT 59101 | 5,274.00 |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **October 17, 2006**          Signature: **/s/ R. Nick Gutierrez**

**R. Nick Gutierrez, President**
(Print Name and Title)

© 1993-2006 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS