Charles W. Hingle, #1947
Shane P. Coleman, #3417
Jason S. Ritchie, #7442
HOLLAND & HART LLP
401 North 31st Street
Suite 1500
P.O. Box 639
Billings, Montana 59103-0639
Telephone: (406) 252-2166
Fax: (406) 252-1669

Attorneys for Hyundai Motor Finance Co.

## UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF MONTANA

| | | |
|---|---|---|
| INCREDIBLE AUTO SALES, LLC | ) | Bankruptcy No.06-60855-RBK |
| | ) | |
| Debtor. | ) | |
| | ) | |

## STIPULATION TO CONTINUE NOVEMBER 1, 2006 HEARINGS AND JOINT MOTION FOR OTHER RELIEF

INCREDIBLE AUTO SALES, LLC ("Debtor"), and HYUNDAI MOTOR FINANCE COMPANY ("HMFC"), through their undersigned counsel, stipulate and agree to continue (a) Debtor's Emergency Motion as to Use of Cash Collateral Pursuant to 11 USC Section 363 of the Bankruptcy Code and as to Offer of Adequate Protection to Hyundai Motor Finance Company, and (b) Emergency Motion to Prohibit or Condition Use, Sale or Lease of Inventory and/or Cash Collateral and Notice Thereof, both dated October 26, 2006 (the "Motions"), and scheduled for hearings on November 1, 2006, in Billings, Montana. The parties further represent they are actively engaged in negotiation of an agreement regarding use of cash collateral during the pendency of this case and other matters.

The parties further move the Court for an Order setting hearings on the Motions on the next available date in Billings, Montana, and for other relief as follows:

1. Debtor shall, until further order of this Court, deposit the proceeds of the sales of all inventory of new and used motor vehicles and parts in trust accounts established at Stockman Bank, Billings, Montana, and provide HMFC with statements on each such account by electronic mail or facsimile on a daily basis; and

2. Debtor shall, until further order of this Court, allow HMFC access during regular business hours to its places of business so that HMFC may inspect all inventory of new and used motor vehicles, as well as the books and records related thereto.

DATED this 31st day of October, 2006.

/s/ William L. Needler
William L. Needler
William L. Needler and Associates
555 Skokie Blvd., Suite 500
Northbrook, IL 60062

Counsel for Debtor


/s/ Charles W. Hingle
Charles W. Hingle
Holland & Hart LLP
401 North 31st Street
Suite 1500
P.O. Box 639
Billings, Montana 59103-0639

Counsel for HMFC

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October, 2006, I served a true and correct copy of the foregoing, addressed as follows and by the method shown below:

| | |
|---|---|
| William L. Needler<br>P.O. Box 177<br>Fuller Building Suite H<br>2 North Spruce Street<br>Ogallala NE 69153<br>williamlneedler@aol.com | [ ] U.S. Mail, postage prepaid<br>[X] Electronic service<br>[ ] Overnight Delivery |
| Clarke B. Rice<br>Clark B. Rice, P.C.<br>2951 King Avenue West<br>Billings, MT 59102 | [X] U.S. Mail, postage prepaid<br>[ ] Electronic service<br>[ ] Overnight Delivery |
| Office of the U.S. Trustee<br>U.S. Trustee's Office<br>Liberty Center Suite 204<br>301 Central Avenue<br>Great Falls MT 59401 | [ ] U.S. Mail, postage prepaid<br>[X] Electronic service<br>[ ] Overnight Delivery |
| Bruce F. Fain<br>Murphy, Kirkpatrick & Fain, P.L.L.P.<br>208 North Broadway, Suite 208<br>P.O. Box 429<br>Billings, MT 59103-0429<br>bruce@murphkirk.com | [ ] U.S. Mail, postage prepaid<br>[X] Electronic service<br>[ ] Overnight Delivery |
| Christopher P. Birkle<br>Lovell Law Firm, P.C.<br>175 North 27th Street, Suite 1206<br>P.O. Box 1415<br>Billings, MT 59101<br>cbirkle@lovellaw.com | [ ] U.S. Mail, postage prepaid<br>[X] Electronic service<br>[ ] Overnight Delivery |
| James A. Patten<br>Patten, Peterman, Bekkedahl & Green, P.L.L.C.<br>2817 2nd Avenue North, Suite 300<br>Billings, MT 59101<br>japatten@ppbglaw.com | [ ] U.S. Mail, postage prepaid<br>[X] Electronic service<br>[ ] Overnight Delivery |

3626335_1.DOC

3