# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

In re

**INCREDIBLE AUTO SALES LLC,**

Debtor.

Case No. **06-60855-11**

# O R D E R

At Butte in said District this 1st day of November, 2006.

Upon review of the Stipulation to Continue Hearings and Joint Motion for Other Relief filed on October 31, 2006, between Debtor and Hyundai Motor Finance, the Court finds that the terms of the Stipulation are fair and equitable and satisfy the requirements of F.R.B.P. 9019(a). The hearing set for November 1, 2006, has already been continued to November 6, 2006.

**IT IS ORDERED** the Stipulation to Continue Hearings and Joint Motion for Other Relief filed on October 31, 2006, between Debtor and Hyundai Motor Finance is approved; and the parties thereto shall henceforth be bound by and shall perform in accordance with its terms.

BY THE COURT

/s/ Ralph B. Kirscher
HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana

06-60855-RBK   Doc#: 32   Filed: 11/01/06   Entered: 11/01/06 08:36:49   Page 2 of 2