UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re | |
| **INCREDIBLE AUTO SALES LLC**, | Case No. **06-60855-11** |
| Debtor. | |

*AMENDED ORDER*
*APPROVING STIPULATION*

At Butte in said District this 1st day of November, 2006.

In this Chapter 11 bankruptcy, Debtor and Hyundai Motor Finance Company entered into a Stipulation to Continue November 1, 2006, Hearings and Joint Motion for Other Relief which was filed with the Court on October 31, 2006. Upon review, the Court finds that the Stipulation is fair and equitable. The Court also finds that the Stipulation satisfies the requirements of F.R.B.P. 9019(a). Accordingly,

IT IS ORDERED that the Stipulation to Continue November 1, 2006, Hearings and Joint Motion for Other Relief filed October 31, 2006, is APPROVED; and all hearings in this case scheduled for either November 1, 2006, or November 2, 2006, are continued to **Monday, November 6, 2006, at 2:00 p.m.**, or as soon thereafter as the parties can be heard, in the 5TH FLOOR COURTROOM, FEDERAL BUILDING, 316 NORTH 26TH, BILLINGS, MONTANA.

IT IS FURTHER ORDERED that pursuant to the approved Stipulation, Debtor shall, until further order of this Court, deposit the proceeds of the sales of all inventory of new and used motor vehicles and parts in trust accounts established at Stockman Bank, Billings, Montana and provide Hyundai Motor Finance Company with statements on each such account by electronic

mail or facsimile on a daily basis; and Debtor shall, until further order of this Court, allow Hyundai Motor Finance Company access during regular business hours to its places of business so that Hyundai Motor Finance Company may inspect all inventory of new and used motor vehicles, as well as the books and records related thereto.

BY THE COURT

/s/ Ralph B. Kirscher
HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana