## New Car Inventory
### As of 10/17/2006
### A List

| STOCK # | VIN (LAST 6) | Year | MODEL | Invoice |
|---------|--------------|------|-------|---------|
| K6012 | 463043 | 2006 | OPTIMA | $ 16,582.00 |
| K6018 | 442057 | 2006 | OPTIMA | $ 19,654.00 |
| K6019 | 466081 | 2006 | OPTIMA | $ 17,389.00 |
| K6029 | 458646 | 2006 | OPTIMA | $ 18,562.00 |
| K6030 | 458753 | 2006 | OPTIMA | $ 18,562.00 |
| K6031 | 460951 | 2006 | OPTIMA | $ 19,654.00 |
| K6032 | 461697 | 2006 | OPTIMA | $ 15,111.00 |
| K6039 | 233381 | 2006 | SPECTRA | $ 16,401.00 |
| K6043 | 181323 | 2006 | SPORTAGE | $ 20,351.00 |
| K6046 | 243173 | 2006 | SPECTRA | $ 15,340.00 |
| K6091 | 69503 | 2006 | SEDONA | $ 27,930.00 |
| K6093 | 504483 | 2006 | OPTIMA | $ 19,868.00 |
| K6095 | 332492 | 2006 | SPECTRA | $ 15,431.00 |
| K6102 | 56570 | 2006 | SEDONA | $ 22,804.00 |
| K6108 | 266874 | 2006 | SPORTAGE | $ 20,785.00 |
| K6109 | 31808 | 2006 | SEDONA | $ 22,937.00 |
| K6110 | 267187 | 2006 | SPORTAGE | $ 21,543.00 |
| K6115 | 34761 | 2006 | SEDONA | $ 23,160.00 |
| K6116 | 33649 | 2006 | SEDONA | $ 23,028.00 |
| K6117 | 636631 | 2006 | SORENTO | $ 26,262.00 |
| K6125 | 600013 | 2006 | SORENTO | $ 25,085.00 |
| K6128 | 73655 | 2006 | OPTIMA | $ 17,430.00 |
| K6132 | 62171 | 2006 | SEDONA | $ 23,231.00 |

**Total** $ **467,100.00**

DEBTOR'S EXHIBIT 1

NEW 11/5/2006