## Incredible Auto Sales LLC
### Used Car Inventory
## B LIST

| STOCK # | VIN | | MODEL | MILES | Wholesale Value | | | Dealer Cost | Kelly Blue Book | NADA |
|---|---|---|---|---|---|---|---|---|---|---|
| K5043A | A69857 | 2002 | EXPLORER | | $ | 9,350 | | 11648.67 | | 9350 |
| K6016B | 249244 | 2001 | REGAL | | $ | 25 | | 601 | | |
| K6025A | 610096 | 2004 | INTREPID | | $ | 5,500 | LP | 8030 | | 6400 |
| K6035B | 56130 | 98 | PATHFINDER | | $ | 500 | LP | 3492 | | 500 |
| K6044A | 150836 | 91 | B2600i | | $ | 50 | LP | 601 | | 1 |
| k6096a | 290993 | 2005 | SPECTRA | 1362 | $ | 10,440 | | 14931 | 13350 | 11750 |
| K6113A | 160570 | 99 | SILHOUETTE | | $ | 100 | LP | 700 | | |
| K6126A | 176243 | 2002 | Chevy 2500 | | $ | 10,000 | LP | 11593 | 11475 | 13675 |
| K6127A | 50292 | 99 | AUDI A4 | | $ | 6,500 | | 7000 | | 6500 |
| K6129B | 677615 | 95 | gr Cherokee | | $ | 2,000 | | 2955 | | 2500 |
| K6133A | 100682 | 92 | SWIFT | | $ | 25 | | 688.75 | | 1 |
| K6135A | 211272 | 2002 | CHEVY 1500 | | $ | 7,500 | | 6851 | 9525 | 10050 |
| P3694 | 644271 | 2004 | INTREPID | | $ | 8,000 | | 11181.41 | 10700 | 8425 |
| P3763A | 144702 | 94 | ACCORD | | $ | 2,300 | | 3885.25 | 2825 | 2300 |
| P3789 | A69700 | 2000 | F150 | 60030 | $ | 8,000 | | 13630 | 8600 | 10050 |
| P3790 | 239551 | 2004 | CHEVY 3500 | 53181 | $ | 19,225 | | 25694 | | |
| p3793 | 128062 | 2006 | Montana | 19209 | $ | 13,000 | | 21434 | 18375 | 16475 |
| p3797 | 124788 | 2006 | grand prix | 10262 | $ | 11,000 | | 19324 | 17075 | 14200 |
| P3798 | 108472 | 2006 | IMPALA | 13273 | $ | 12,800 | | 19514 | 17200 | 15475 |
| P3801A | B01587 | 98 | EXPLORER | | $ | 1,500 | LP | 2553.25 | | |
| P3804 | 112772 | 2006 | IMPALA | 10572 | $ | 13,300 | | 19659 | 17700 | 15475 |
| p3807 | 250977 | 2006 | IMPALA | 30416 | $ | 10,000 | | 15119 | 12550 | 11225 |
| p3809 | 285443 | 2004 | Sorento | 25375 | $ | 10,000 | | 17358 | 13550 | 14100 |
| p3813 | 174174 | 2005 | IMPALA | 32641 | $ | 10,900 | | 15496 | 13475 | 12275 |
| P3819 | 350355 | 2006 | SUZUKI AERIO | | $ | 9,000 | | 12300 | | |
| P3824A | A35836 | 2003 | F150 | 62793 | $ | 15,000 | | 19603 | 16025 | 17300 |
| p3840 | 504249 | 2006 | caravan | 20707 | $ | 13,500 | | 20410 | 18000 | 14975 |
| P3843 | 628742 | 2006 | COBALT | 16872 | $ | 9,800 | | 14553 | 12800 | 11550 |
| p3844 | 144969 | 2006 | TAURUS | 13265 | $ | 10,500 | | 14757 | 13250 | 12100 |
| p3848 | 125581 | 2006 | Taurus | 14090 | $ | 10,300 | | 14449 | 13050 | 11850 |
| p3849 | 129353 | 2006 | TAURUS | 20877 | $ | 9,800 | | 14548 | 12175 | 11375 |
| p3853 | 187750 | 2005 | grand am | 23325 | $ | 9,000 | | 14042 | 11925 | 10825 |
| p3854 | 188016 | 2005 | Malibu | 29451 | $ | 10,000 | | 14450 | 12075 | 13250 |
| P3857 | 40851 | 2005 | OPTIMA | 13226 | $ | 10,000 | | 14954 | 12475 | 11500 |
| p3859 | 166608 | 2006 | Taurus | 9755 | $ | 10,200 | | 15071 | 13300 | 11850 |
| p3860 | 166617 | 2006 | TAURUS | 10845 | $ | 10,200 | | 15088 | 13325 | 11750 |
| P3861 | 121854 | 2006 | TAURUS | 25386 | $ | 9,500 | | 15025 | 11650 | 11050 |
| p3866 | 224647 | 2005 | MALIBU | 29103 | $ | 9,800 | | 14643 | 13150 | 11850 |
| p3867 | 221438 | 2005 | MALIBU | 26094 | $ | 10,000 | | 14608 | 13825 | 12075 |
| p3896 | 152759 | 2006 | TAURUS | 20118 | $ | 9,800 | | 14088 | 12750 | 11375 |
| P3903 | 598184 | 2005 | SEBRING | 31645 | $ | 9,800 | | 12696 | 12500 | 11675 |
| p3911 | 126364 | 2006 | TAURUS | 18599 | $ | 10,100 | | 14163 | 12500 | 11675 |
| p3914 | 322572 | 2004 | grand prix | 45253 | $ | 8,500 | | 13656 | 10925 | 11050 |
| p3928 | 133201 | 2005 | SPECTRA | 16981 | $ | 8,800 | | 18333 | 9775 | 9850 |
| P3938 | 56351 | 2005 | AMANTI | 23226 | $ | 13,000 | | 17669 | 16950 | 15275 |
| P3942 | 57617 | 2005 | AMANTI | 19524 | $ | 13,000 | | 17635 | 17100 | 15250 |
| P3943 | 57614 | 2005 | AMANTI | 17238 | $ | 13,200 | | 17281 | 17225 | 14925 |
| P3944 | 52308 | 2005 | AMANTI | 2383 | $ | 12,700 | | 17700 | 16750 | 15175 |
| p3945 | 560519 | 2003 | gr Cherokee | 42657 | $ | 11,800 | | 15687 | 14275 | 13025 |
| p3946 | 589152 | 2003 | gr Cherokee | 54939 | $ | 11,000 | | 15774 | 13375 | 12700 |
| P3951 | 11384 | 2005 | Ford 500 | 22439 | $ | 12,000 | | 16329 | 15450 | 13775 |
| P3954 | A63716 | 2005 | RANGER | 19590 | $ | 14,500 | | 17173 | 18075 | 16650 |

**DEBTOR'S EXHIBIT 2**

Incredible Auto Sales LLC
Used Car Inventory
**B LIST**

| STOCK # | VIN | | MODEL | MILES | ale Value | | | Dealer Cost | KBB | NADA |
|---------|-----|------|-------|-------|-----------|--------|----|-------------|-------|-------|
| p3966 | 174454 | 2006 | TAURUS | 28733 | $ | 10,800 | | 12120 | 12050 | 11400 |
| P3972B | 618990 | 92 | PARK AVE | 1 | $ | 25 | | 692.25 | | |
| P3981 | 11384 | 2008 | EQUINOX | 25730 | $ | 15,000 | | 18110 | 17725 | 18110 |
| P3982 | B32359 | 2004 | EXPLORER | 47095 | $ | 13,500 | | 17031 | 15925 | 14025 |
| P3983 | A89348 | 2005 | FREESTAR | 10605 | $ | 12,500 | | 17092 | 17050 | 13575 |
| P3984 | B49972 | 2003 | EXPLORER | 73367 | $ | 10,000 | | 13854 | 11575 | 10000 |
| p3985 | 477337 | 2004 | sentra | 28949 | $ | 8,500 | | 12140 | 10150 | 9125 |
| P3986 | 759270 | 2001 | ram 1500 | 73323 | $ | 12,000 | | 14094 | 12100 | 12700 |
| p3989 | 229758 | 2008 | grand prix | 9071 | $ | 11,800 | | 17471 | 17875 | 14200 |
| p3991 | 560038 | 2003 | ram 1500 | 52220 | $ | 12,000 | | 14567 | 12100 | 12700 |
| p3995 | 129120 | 2001 | lasabre | 58319 | $ | 6,000 | | 5831.9 | 7500 | 7550 |
| P3996 | b21673 | 2002 | RANGER | 62964 | $ | 8,000 | | 10104 | 8825 | 8950 |
| P3998A | B30022 | 86 | RANGER | | $ | 25 | | 693.25 | | |
| p3999 | 463589 | 2006 | sentra | 21935 | $ | 9,500 | | 13963 | 10175 | 10900 |
| P4000 | 103903 | 2006 | ENVOY | 18677 | $ | 17,500 | | 20285 | 26125 | 20550 |
| P4001 | 111440 | 2008 | MALIBU | 18287 | $ | 11,500 | | 15116 | 14925 | 13350 |
| P4002 | 110139 | 2008 | MALIBU | 13989 | $ | 11,500 | | 15048 | 15300 | 13350 |
| P4003 | 113576 | 2006 | TRAILBLAZER | 23484 | $ | 16,500 | | 19497 | 25025 | 17875 |
| P4006A | B20441 | 98 | EXPLORER | 124305 | $ | 4,500 | LP | 7662.34 | | |
| P4007 | 666831 | 2005 | STRATUS | 26808 | $ | 8,000 | | 12381 | 10450 | 9600 |
| p4010 | 240750 | 2005 | grand am | 22512 | $ | 9,800 | | 13946 | 12175 | 10600 |
| p4011 | 240875 | 2005 | grand am | 23797 | $ | 9,800 | | 13530 | 11775 | 10600 |
| p4012 | 231318 | 2008 | Sebring | 13213 | $ | 10,100 | | 14123 | 12325 | 12225 |
| P4018A | C05001 | 97 | EXPLORER | | $ | 2,500 | LP | 4949.58 | | |
| P4018A | 227822 | 99 | COROLLA | | $ | 500 | LP | 3400 | | |
| P4026A | 848217 | 98 | OLDS 88 | | $ | 1,000 | | 1370.75 | | |
| P4030 | A40343 | 2003 | F150 | | $ | 17,500 | | 18181.5 | | |
| P4031 | 544945 | 2003 | DODGE 1500 | | $ | 14,850 | | 15375.98 | | |
| p4039 | 340923 | 2004 | gr Cherokee | 340923 | $ | 12,700 | | 15689 | 15450 | 14225 |
| p4040 | 382695 | 2004 | Chevy 2500 | 382695 | $ | 16,600 | | 19826 | 22125 | 21750 |
| P4045 | 119787 | 2003 | GRAND AM | 54963 | $ | 6,500 | | 10543 | 8075 | 8025 |
| P4047 | B60170 | 2005 | F150 | 78573 | $ | 15,000 | | 18399 | 18075 | 17050 |
| p4059 | 248080 | 2006 | grand am | 32651 | $ | 9,700 | | 11563 | 11075 | 9700 |
| p4060 | 325543 | 2006 | outback | 29300 | $ | 17,000 | | 20601 | 18200 | 18150 |
| p4061 | 135088 | 2008 | lon | 15544 | $ | 9,800 | | 13701 | 11800 | 11225 |
| P4062A | 212918 | 96 | STRATUS | | $ | 25 | | 693.4 | | |
| P4063 | 118141 | 2005 | SPECTRA | 39916 | $ | 7,800 | | 11550 | 8825 | 9350 |
| p4064 | 146461 | 2006 | Durango | 20116 | $ | 18,200 | | 21172 | 24700 | 19400 |
| P4065A | 258897 | 89 | FIREBIRD | | $ | 50 | | 1100 | | 250 |
| P4068A | 5018183 | 2004 | AMANTI | | $ | 11,300 | LP | 14247.13 | 13100 | 12125 |
| p4069 | 273744 | 2005 | NEON | 26066 | $ | 9,000 | | 11369 | 9700 | 9725 |
| P4071 | 703184 | 2005 | Sebring | 27164 | $ | 9,200 | | 11182 | 11450 | 10825 |
| p4072 | 273674 | 2005 | neon | 26335 | $ | 9,000 | | 11238 | 9700 | 9275 |
| P4073 | 667397 | 2005 | STRATUS | 25073 | $ | 8,600 | | 11038 | 10650 | 9550 |
| p4074 | 193038 | 2005 | classic | 30628 | $ | 8,000 | | 11304 | 10075 | 9550 |
| P4076 | M66683 | 2005 | MAZDA I6 | 29180 | $ | 11,100 | | 15399 | 15175 | 13225 |
| p4077 | 216267 | 2005 | classic | 30628 | $ | 8,000 | | 11304 | 10075 | 9550 |
| p4081 | 259568 | 2005 | focus | 28692 | $ | 8,700 | | 10709 | 10500 | 10250 |
| p4082 | 136144 | 2005 | Ford 500 | 6781 | $ | 13,800 | | 14528 | 17300 | 14525 |
| p4085 | 141879 | 2005 | Mazda RX8 | 6007 | $ | 19,500 | | 21152 | 23975 | 21225 |
| P4087 | B60868 | 2005 | EXPLORER | 14385 | $ | 14,500 | | 16030 | 18950 | 16800 |
| p4090 | 237315 | 2006 | TRAILBLAZER | 22899 | $ | 16,500 | | 17728 | 25450 | 17875 |
| P4092 | 111645 | 2005 | NEON | 39437 | $ | 8,000 | | 9052 | 8450 | 8275 |

11/5/2006

2

Incredible Auto Sales LLC
Used Car Inventory
**B LIST**

| STOCK # | VIN | | MODEL | MILES | ale Value | | | Dealer Cost KBB | NADA | |
|---|---|---|---|---|---|---|---|---|---|---|
| K6127a | 50292 | 1999 | Audi A4 | | $ | 5,800 | | 7100 | | |
| P3371B | 276468 | 1995 | CORSICA | | $ | 25 | | 500 | | |
| p4093 | 193038 | 2008 | liberty | 20576 | $ | 14,300 | | 16254 | 20050 | 15500 |
| P4094A | 307432 | 2001 | REGAL | | $ | 2,100 | LP | 4835 | | |
| p4096 | 176395 | 2006 | G6 | 38334 | $ | 12,000 | BAA | 14465 | 15150 | 13750 |
| p4097 | 121917 | 2005 | Montana | 38334 | $ | 10,000 | BAA | 14465 | 14650 | 12875 |
| p4098 | 568587 | 2005 | Sebring | 57689 | $ | 7,000 | BAA | 10610 | 8650 | 8850 |
| p4099 | 530095 | 2007 | caliber | 6223 | $ | 14,000 | BAA | 16573 | | |
| p4101 | 124532 | 2005 | SPECTRA | 17188 | $ | 9,000 | BAA | 10310 | 10750 | 10550 |
| p4104 | 177176 | 2005 | classic | 43324 | $ | 7,800 | BAA | 10401 | 9300 | 8825 |
| P4105 | 699843 | 2003 | MALIBU | 79883 | $ | 5,500 | BAA | 8500 | 6825 | 6750 |
| P4106 | 520717 | 2003 | STRATUS | | $ | 5,200 | BAA | 8339 | | |
| p4107 | 174188 | 2005 | forenza | 33838 | $ | 6,275 | BAA | 9010 | 9175 | 8275 |
| p4108 | 163159 | 2004 | blazer | 48782 | $ | 9,575 | BAA | 13197 | 13150 | 12200 |
| P4109 | A07225 | 2004 | RANGER | 58862 | $ | 9,250 | BAA | 11845 | 9250 | 10800 |
| P4110 | 573207 | 2006 | Sorento | | $ | 13,500 | BAA | 14630.1 | | 14600 |
| P4112 | 616130 | 2006 | COBALT | 31372 | $ | 9,000 | SSAA | 11637 | | 10725 |
| P4113 | 646983 | 2005 | COBALT | 27970 | $ | 8,800 | SSAA | 11317 | | 10625 |
| P4114 | 251839 | 2005 | GRAND AM | 33632 | $ | 9,000 | SSAA | 11239 | | 10200 |
| P4115 | 234620 | 2005 | classic | 30663 | $ | 8,000 | SSAA | 11128 | | 9550 |
| P4116 | 223537 | 2005 | classic | 30785 | $ | 8,000 | SSAA | 10965 | | 9550 |
| P534 | A77370 | 93 | F150 | | $ | 500 | | 5372.22 | | |
| K6130 | 649501 | 2006 | SORENTO | 2179 | $ | 16,925 | Demo | 31626 | | |
| K6134 | 102568 | 2006 | SEDONA | 810 | $ | 20,700 | Demo | 29535 | | |
| K5101 | 52263 | 2005 | AMANTI | 8105 | $ | 14,625 | Demo | 29313 | | |
| K5035 | 51988 | 2005 | AMANTI | | $ | 15,100 | | 29103 | | |
| K5060 | 51531 | 2005 | AMANTI | | $ | 15,100 | | 29373 | | |
| K5100 | 52214 | 2005 | AMANTI | | $ | 16,200 | | 29957 | | |
| K5112 | 67791 | 2005 | AMANTI | | $ | 15,000 | | 28187 | | |
| K6112 | 47378 | 2006 | SEDONA | 660 | $ | 18,200 | demo | 24352 | | |
| | | | | Total | $ | 1,317,085 | | $ 1,828,490 | | |
| | | | | | | Total Writedown | $ | 511,425 | | |

11/5/2006

3