INCREDIBLE AUTO SALES LLC
Chapter 11 06-60855-RBK

**EXHIBIT 1**
Analysis of Assets
Under Liens to
Hyundai Motor Finance
Securing Claim of
$2,163,000 on Filing
(Revised 11/5/06)

| | | | | |
|---|---:|---:|---:|---|
| Cash on hand | | | 23,547.77 | |
| New Vehicles | | | $ 467,100.00 | |
| (See List A) | | | | |
| Used Vehicles | | 1,317,065.00 | | |
| (See List B) | $ | (65,125.00) | | |
| Less lien payoffs of $65,125.00 | $ | 1,251,940.00 | $ 1,251,940.00 | |
| Service Loaners | | | $ 33,600.00 | |
| Parts and Supplies | | | $ 153,510.00 | |
| Machinery and Fixtures | | | $ 42,352.00 | |
| Signage and Lease Hold Improvements | | | $ 25,000.00 | |
| Receivables | | | | |
| Customer Vehicles Receivables | $ | 13,599.00 | | |
| Customer Parts and Service | $ | 42,545.00 | | |
| Factory Hold Backs | $ | 14,576.00 | | |
| Factory Incentives | $ | 32,500.00 | | |
| Factory Warranty Receivables and Rebates | $ | 39,230.00 | | |
| Contracts in Transit | $ | 27,044.00 | | |
| Finance Receivables | $ | 7,500.00 | | |
| | $ | 176,994.00 | $ 176,994.00 | |
| Misc Law Suit Receivable: | | | $ 502,400.00 | |
| 80% x 628.00 | | | | |
| Nick Gutierrez, Incredible Auto | | | | |
| Sales LLC vs United Car Care | | | | |
| Case No 0-v-05-0575 | | | | |
| State of Montana | | | | |
| Subtotal of Valued Assets in | | | $ 2,676,443.77 | |
| Support of Hyundai Motor | | | | |
| Finance Claim (without franchise) | | | | |
| Sale | | | $ 800,000.00 | |
| **TOTAL ASSETS** | | | $ 3,476,443.77 | |
| RECAP | | | | |
| Total Assets | $ | 3,476,443.77 | | |
| Less Hyundai Claim on Filing | $ | (2,163,000.00) | | |
| TOTAL EQUITY CUSHION | $ | 1,313,443.77 | | |
| % Cushion 60.7% | | | | |

902 Exhibit 1 Hyundai Cash Collateral
FL11-5-06

1

902 INCREDIBLE

DEBTOR'S EXHIBIT 3