## Incredible Kia
### Monthly Profit Loss

| | November | December | January | February | March | April | May | June | July | August | September | October | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total units | 39 | 41 | 44 | 45 | 44 | 49 | 53 | 54 | 57 | 54 | 55 | 52 | 587 |
| Total Sales | 62,500 | 62500 | 62500 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 187,500 |
| **Gross** | | | | | | | | | | | | | |
| New Car | 18,000 | 27900 | 27900 | 27900 | 27900 | 31000 | 37200 | 37200 | 37200 | 31000 | 31000 | 31000 | 365,200 |
| Used Car | 83,700 | 86400 | 101500 | 90000 | 87500 | 97500 | 102500 | 105000 | 112500 | 112500 | 112500 | 105000 | 1,196,600 |
| Service | 19,900 | 19900 | 19900 | 19900 | 21525 | 23150 | 19900 | 19900 | 21525 | 21525 | 21525 | 21525 | 250,175 |
| Parts | 9,000 | 9000 | 9000 | 9000 | 10500 | 10500 | 12000 | 10500 | 10500 | 10500 | 10500 | 10500 | 121,500 |
| Total Gross | 130,600 | 143,200 | 158,300 | 146,800 | 147,425 | 162,150 | 171,600 | 172,600 | 181,725 | 175,525 | 175,525 | 168,025 | 1,933,475 |
| Other Income | 35,061 | 36,859 | 39,556 | 40,455 | 39,556 | 44,051 | 40,455 | 48,546 | 51,243 | 48,546 | 49,445 | 46,748 | 522,319 |
| **Total Gross Profit** | 165,661 | 180,059 | 197,856 | 187,255 | 186,981 | 206,201 | 212,055 | 221,146 | 232,968 | 224,071 | 224,970 | 214,773 | 2,455,794 |
| TTL Selling Expenses | 57,994 | 62,293 | 75,313 | 66517.4 | 85519.46 | 71882.08 | 94713.11 | 96336.98 | 96224.98 | 96478.98 | 98102.85 | 93231.24 | 974,608 |
| Operating Expenses | 14,050 | 14,050 | 14,050 | 14050 | 14050 | 14050 | 14050 | 14050 | 14050 | 14050 | 14050 | 14050 | 168,600 |
| Total Overhead Expenses | 94,150 | 94,150 | 94,150 | 94150 | 94150 | 94150 | 94150 | 94150 | 94150 | 94150 | 94150 | 94150 | 1,129,800 |
| Total Expenses | 166,194 | 170,493 | 183,513 | 174,717 | 173,719 | 180,082 | 202,913 | 204,537 | 204,425 | 204,679 | 206,303 | 201,431 | 2,273,008 |
| Net Profit | (533) | 9,566 | 14,343 | 12,538 | 13,262 | 26,119 | 9,142 | 16,609 | 28,543 | 19,392 | 18,667 | 13,342 | 180,988 |

Note: Please note the above grosses per vehicle sold are based on pervious dealer cost. This does not reflect the current write down of over $511,000.00

**DEBTOR'S EXHIBIT 4**

# Incredible Kia
## Monthly Gross Profit

| | November | | December | | January | |
|---|---:|---:|---:|---:|---:|---:|
| | | Gross | | Gross | | Gross |
| New Cars Units | | 8 | | 9 | | 9 |
| New Cars Gross (PNVR) | | $ 1,600 | | $ 1,600 | | $ 1,600 |
| New Car Incentive (PNVR) | | $ - | | $ 900 | | $ 900 |
| Total New Car Sales Gross | | $ 12,800 | | $ 22,500 | | $ 22,500 |
| New Car Finance Dept income (PNVR) net | | $ 650 | | $ 600 | | $ 600 |
| Total Finance Income | | $ 5,200 | | $ 5,400 | | $ 5,400 |
| Total New Car Gross Profit | | $ 18,000 | | $ 27,900 | | $ 27,900 |
| Used Car units | | 31 | | 32 | | 35 |
| Used Cars Gross (PNVR) | | $ 2,000 | | $ 2,000 | | $ 2,200 |
| Wholesale Profit / Loss | | | | | | |
| Used Car Inventory Adjustment | | | | | | |
| Total Used Car Gross | | $ 62,000 | | $ 64,000 | | $ 77,000 |
| Used Car Finance Dept Income (PNVR) net | | $ 700 | | $ 700 | | $ 700 |
| Total Finance Income | | $ 21,700 | | $ 22,400 | | $ 24,500 |
| Total Used Car Gross Profit | | $ 83,700 | | $ 86,400 | | $ 101,500 |
| Total Front End | | $ 74,800 | | $ 86,500 | | $ 99,500 |
| Total Back End | | $ 26,900 | | $ 27,800 | | $ 29,900 |
| Total Units | | $ 39 | | $ 41 | | $ 44 |
| Repo Reserve | 500 | $ 19,500 | 500 | $ 20,500 | 500 | $ 22,000 |
| DOC | 399 | $ 15,561 | 399 | $ 16,359 | 399 | $ 17,558 |
| Total Sales Dept | $ - | $ 136,761 | $ - | $ 151,159 | $ - | $ 168,956 |

| | Sales | Gross | | Sales | Gross | | Sales | Gross | |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Service Dept | $ 30,000 | $ 19,500 | 65% | $ 30,000 | $ 19,500 | 65% | $ 30,000 | $ 19,500 | 65% |
| Sublet | $ 2,500 | $ 400 | 16% | $ 2,500 | $ 400 | 16% | $ 2,500 | $ 400 | 16% |
| Service Dept Total | $ 32,500 | $ 19,900 | 61% | $ 32,500 | $ 19,900 | 61% | $ 32,500 | $ 19,900 | 61% |
| Parts | $ 30,000 | $ 9,000 | 30% | $ 30,000 | $ 9,000 | 30% | $ 30,000 | $ 9,000 | 30% |
| Total Parts & Service | $ 62,500 | $ 28,900 | | $ 62,500 | $ 28,900 | | $ 62,500 | $ 28,900 | |
| Total Sales & Gross Profit | $ 62,500 | $ 165,661 | | $ 62,500 | $ 180,059 | | $ 62,500 | $ 197,856 | |

Proforma 2006 BK1

# Incredible Kia
## Monthly Gross Profit

| | February | | March | | April | |
|---|---:|---:|---:|---:|---:|---:|
| | | Gross | | Gross | | Gross |
| New Cars Units | | 9 | | 9 | | 10 |
| New Cars Gross (PNVR) | | $ 1,600 | | $ 1,600 | | $ 1,600 |
| New Car Incentive (PNVR) | | $ 900 | | $ 900 | | $ 900 |
| Total New Car Sales Gross | | $ 22,500 | | $ 22,500 | | $ 25,000 |
| New Car Finance Dept Income (PNVR) net | | $ 600 | | $ 600 | | $ 600 |
| Total Finance income | | $ 5,400 | | $ 5,400 | | $ 6,000 |
| Total New Car Gross Profit | | $ 27,900 | | $ 27,900 | | $ 31,000 |
| Used Car units | | 36 | | 35 | | 39 |
| Used Cars Gross (PNVR) | | $ 1,800 | | $ 1,800 | | $ 1,800 |
| Wholesale Profit / Loss | | | | | | |
| Used Car Inventory Adjustment | | | | | | |
| Total Used Car Gross | | $ 64,800 | | $ 63,000 | | $ 70,200 |
| Used Car Finance Dept Income (PNVR) net | | $ 700 | | $ 700 | | $ 700 |
| Total Finance Income | | $ 25,200 | | $ 24,500 | | $ 27,300 |
| Total Used Car Gross Profit | | $ 90,000 | | $ 87,500 | | $ 97,500 |
| Total Front End | | $ 87,300 | | $ 85,500 | | $ 95,200 |
| Total Back End | | $ 30,600 | | $ 29,900 | | $ 33,300 |
| | | $ 45 | | $ 44 | | $ 49 |
| | 500 | $ 22,500 | 500 | $ 22,000 | 500 | $ 24,500 |
| | 399 | $ 17,955 | 399 | $ 17,556 | 399 | $ 19,551 |
| Total Sales Dept | $ - | $ 156,355 | $ - | $ 154,956 | $ - | $ 172,551 |

| | Sales | Gross | | Sales | Gross | | Sales | Gross | |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Service Dept | $ 30,000 | $ 19,500 | 65% | $ 32,500 | $ 21,125 | 65% | $ 35,000 | $ 22,750 | 65% |
| Sublet | $ 2,500 | $ 400 | 16% | $ 2,500 | $ 400 | 16% | $ 2,500 | $ 400 | 16% |
| Service Dept Total | $ 32,500 | $ 19,900 | 61% | $ 35,000 | $ 21,525 | 62% | $ 37,500 | $ 23,150 | 62% |
| Parts | $ 30,000 | $ 9,000 | 30% | $ 35,000 | $ 10,500 | 30% | $ 35,000 | $ 10,500 | 30% |
| Total Parts & Service | $ 62,500 | $ 28,900 | | $ 70,000 | $ 32,025 | | $ 72,500 | $ 33,650 | |
| Total Sales & Gross Profit | $ 62,500 | $ 187,255 | | $ 70,000 | $ 186,981 | | $ 72,500 | $ 206,201 | |

# Incredible Kia
## Monthly Gross Profit

|  | May | | June | | July | |
|---|---:|---:|---:|---:|---:|---:|
|  |  | Gross |  | Gross |  | Gross |
| New Cars Units |  | 12 |  | 12 |  | 12 |
| New Cars Gross (PNVR) |  | $ 1,600 |  | $ 1,600 |  | $ 1,600 |
| New Car Incentive (PNVR) |  | $ 900 |  | $ 900 |  | $ 900 |
| Total New Car Sales Gross |  | $ 30,000 |  | $ 30,000 |  | $ 30,000 |
| New Car Finance Dept Income (PNVR) net |  | $ 600 |  | $ 600 |  | $ 600 |
| Total Finance Income |  | $ 7,200 |  | $ 7,200 |  | $ 7,200 |
| Total New Car Gross Profit |  | $ 37,200 |  | $ 37,200 |  | $ 37,200 |
| Used Car units |  | 41 |  | 42 |  | 45 |
| Used Cars Gross (PNVR) |  | $ 1,800 |  | $ 1,800 |  | $ 1,800 |
| Wholesale Profit / Loss |  |  |  |  |  |  |
| Used Car Inventory Adjustment |  |  |  |  |  |  |
| Total Used Car Gross |  | $ 73,800 |  | $ 75,600 |  | $ 81,000 |
| Used Car Finance Dept Income (PNVR) net |  | $ 700 |  | $ 700 |  | $ 700 |
| Total Finance Income |  | $ 28,700 |  | $ 29,400 |  | $ 31,500 |
| Total Used Car Gross Profit |  | $ 102,500 |  | $ 105,000 |  | $ 112,500 |
| Total Front End |  | $ 103,800 |  | $ 105,600 |  | $ 111,000 |
| Total Back End |  | $ 35,900 |  | $ 36,600 |  | $ 38,700 |
|  |  | $ 53 |  | $ 54 |  | $ 57 |
|  | 500 | $ 26,500 | 500 | $ 27,000 | 500 | $ 28,500 |
|  | 399 | $ 21,147 | 399 | $ 21,546 | 399 | $ 22,743 |
| Total Sales Dept | $ - | $ 187,347 | $ - | $ 190,746 | $ - | $ 200,943 |

|  | Sales | Gross | | Sales | Gross | | Sales | Gross | |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Service Dept | $ 30,000 | $ 19,500 | 65% | $ 30,000 | $ 19,500 | 65% | $ 32,500 | $ 21,125 | 65% |
| Sublet | $ 2,500 | $ 400 | 16% | $ 2,500 | $ 400 | 16% | $ 2,500 | $ 400 | 16% |
| Service Dept Total | $ 32,500 | $ 19,900 | 61% | $ 32,500 | $ 19,900 | 61% | $ 35,000 | $ 21,525 | 62% |
| Parts | $ 40,000 | $ 12,000 | 30% | $ 35,000 | $ 10,500 | 30% | $ 35,000 | $ 10,500 | 30% |
| Total Parts & Service | $ 72,500 | $ 31,900 |  | $ 67,500 | $ 30,400 |  | $ 70,000 | $ 32,025 |  |
| Total Sales & Gross Profit | $ 72,500 | $ 219,247 |  | $ 67,500 | $ 221,146 |  | $ 70,000 | $ 232,968 |  |

Proforma 2006 BK1

# Incredible Kia
## Monthly Gross Profit

| | August Gross | September Gross | October Gross |
|---|---:|---:|---:|
| New Cars Units | 10 | 10 | 10 |
| New Cars Gross (PNVR) | $ 1,600 | $ 1,600 | $ 1,600 |
| New Car Incentive (PNVR) | $ 900 | $ 900 | $ 900 |
| Total New Car Sales Gross | $ 25,000 | $ 25,000 | $ 25,000 |
| New Car Finance Dept Income (PNVR) net | $ 600 | $ 600 | $ 600 |
| Total Finance Income | $ 6,000 | $ 6,000 | $ 6,000 |
| Total New Car Gross Profit | $ 31,000 | $ 31,000 | $ 31,000 |
| Used Car units | 44 | 45 | 42 |
| Used Cars Gross (PNVR) | $ 1,800 | $ 1,800 | $ 1,800 |
| Wholesale Profit / Loss | | | |
| Used Car Inventory Adjustment | | | |
| Total Used Car Gross | $ 79,200 | $ 81,000 | $ 75,600 |
| Used Car Finance Dept Income (PNVR) net | $ 700 | $ 700 | $ 700 |
| Total Finance Income | $ 30,800 | $ 31,500 | $ 29,400 |
| Total Used Car Gross Profit | $ 110,000 | $ 112,500 | $ 105,000 |
| Total Front End | $ 104,200 | $ 106,000 | $ 100,600 |
| Total Back End | $ 36,800 | $ 37,500 | $ 35,400 |
| | $ 54 | $ 55 | $ 52 |
| 500 | $ 27,000 | 500 $ 27,500 | 500 $ 26,000 |
| 399 | $ 21,546 | 399 $ 21,945 | 399 $ 20,748 |
| Total Sales Dept | $ - $ 169,546 | $ - $ 192,945 | $ - $ 182,748 |

| | Sales | Gross | | Sales | Gross | | Sales | Gross | |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Service Dept | $ 32,500 | $ 21,125 | 65% | $ 32,500 | $ 21,125 | 65% | $ 32,500 | $ 21,125 | 65% |
| Sublet | $ 2,500 | $ 400 | 16% | $ 2,500 | $ 400 | 16% | $ 2,500 | $ 400 | 16% |
| Service Dept Total | $ 35,000 | $ 21,525 | 62% | $ 35,000 | $ 21,525 | 62% | $ 35,000 | $ 21,525 | 62% |
| Parts | $ 35,000 | $ 10,500 | 30% | $ 35,000 | $ 10,500 | 30% | $ 35,000 | $ 10,500 | 30% |
| Total Parts & Service | $ 70,000 | $ 32,025 | | $ 70,000 | $ 32,025 | | $ 70,000 | $ 32,025 | |
| Total Sales & Gross Profit | $ 70,000 | $ 221,571 | | $ 70,000 | $ 224,970 | | $ 70,000 | $ 214,773 | |

# Incredible Kia
## 1st Qtr Sales

| | August Sales | August Gross | September Sales | September Gross | October Sales | October Gross | |
|---|---|---|---|---|---|---|---|
| New Cars Units | | 10 | | 10 | | 10 | |
| New Cars Gross (PNVR) | $ 26,334 | $ 1,600 | $ 26,334 | $ 1,600 | $ 26,334 | $ 1,600 | |
| New Car Incentive (PNVR) | | $ 900 | | $ 900 | | $ 900 | |
| Total New Car Sales Gross | $ 263,340 | $ 25,000 | $ 263,340 | $ 25,000 | $ 263,340 | $ 25,000 | |
| New Car Finance Dept Income (PNVR) net | $ 750 | $ 600 | $ 750 | $ 600 | $ 750 | $ 600 | |
| Total Finance Income | $ 7,500 | $ 6,000 | $ 7,500 | $ 6,000 | $ 7,500 | $ 6,000 | |
| Total New Car Gross Profit | $ 270,840 | $ 31,000 | $ 270,840 | $ 31,000 | $ 270,840 | $ 31,000 | |
| Used Car units | | 44 | | 45 | | 42 | |
| Used Cars Gross (PNVR) | $ 13,500 | $ 1,800 | $ 13,500 | $ 1,800 | $ 13,500 | $ 1,800 | |
| Wholesale Profit / Loss | | | | | | | |
| Used Car Inventory Adjustment | | | | | | | |
| Total Used Car Gross | $ 594,000 | $ 79,200 | $ 607,500 | $ 81,000 | $ 567,000 | $ 75,600 | |
| Used Car Finance Dept Income (PNVR) net | $ 750 | $ 700 | $ 750 | $ 700 | $ 750 | $ 700 | |
| Total Finance Income | $ 33,000 | $ 30,800 | $ 33,750 | $ 31,500 | $ 31,500 | $ 29,400 | |
| Total Used Car Gross Profit | $ 627,000 | $ 110,000 | $ 641,250 | $ 112,500 | $ 598,500 | $ 105,000 | |
| Total Front End | | $ 104,200 | | $ 106,000 | | $ 100,600 | |
| Total Back End | | $ 36,800 | | $ 37,500 | | $ 35,400 | |
| | | $ 54 | | $ 55 | | $ 52 | |
| | 500 | $ 27,000 | 500 | $ 27,500 | 500 | $ 26,000 | |
| | 399 | $ 21,546 | 399 | $ 21,945 | 399 | $ 20,748 | |
| Total Sales Dept | $ 897,840 | $ 189,546 | $ 912,090 | $ 192,945 | $ 869,340 | $ 182,748 | |

| | Sales | Gross | | Sales | Gross | | Sales | Gross | |
|---|---|---|---|---|---|---|---|---|---|
| Service Dept | $ 32,500 | $ 21,125 | 65% | $ 32,500 | $ 21,125 | 65% | $ 32,500 | $ 21,125 | 65% |
| Sublet | $ 2,500 | $ 400 | 16% | $ 2,500 | $ 400 | 16% | $ 2,500 | $ 400 | 16% |
| Service Dept Total | $ 35,000 | $ 21,525 | 62% | $ 35,000 | $ 21,525 | 62% | $ 35,000 | $ 21,525 | 62% |
| Parts | $ 35,000 | $ 10,500 | 30% | $ 35,000 | $ 10,500 | 30% | $ 35,000 | $ 10,500 | 30% |
| Total Parts & Service | $ 70,000 | $ 32,025 | | $ 70,000 | $ 32,025 | | $ 70,000 | $ 32,025 | |
| Total Sales & Gross Profit | $ 967,840 | $ 221,571 | | $ 982,090 | $ 224,970 | | $ 939,340 | $ 214,773 | |

# Incredible Kia
## Monthly Expenses

| | | Nov | | Dec | | Jan | |
|---|---|---:|---:|---:|---:|---:|---:|
| Total Units | | 39 | | 41 | | 44 | |
| Total Gross | | 165,661 | | 180,059 | | 197,856 | |
| | 6500 | | | | | | |
| Sales Comp (Front Gross Only+ C6) | 7000 | $ 12,716 | 17% | $ 14,705 | 17% | $ 16,915 | 17% |
| Supervision Comp (Total Sales Gross+ C7 ) | 7010 | $ 13,338 | 5% | $ 14,058 | 5% | $ 20,016 | 8% |
| Delivery Exp | 7020 | | | $ - | | $ - | |
| Finance Mgr Comp (Back End Gross Only) | 7030 | $ 2,690 | 10% | $ 2,780 | 10% | $ 5,382 | 18% |
| Advertising (New & Used) | 7040 | $ 29,250 | 750 | $ 30,750 | 750 | $ 33,000 | 750 |
| flooring | 7050 | | | | | | |
| **Total Selling Expenses** | | $ 57,994 | 42% | $ 62,293 | 41% | $ 75,313 | 45% |
| | | | | | | | |
| Policy Adjustment | 7110 | $ 240 | | $ 240 | | $ 240 | |
| Claims Adjustment | 7120 | | | | | | |
| Company Vehicles | 7140 | $ 2,500 | | $ 2,500 | | $ 2,500 | |
| Inventory Maintenance | 7150 | $ - | | $ - | | $ - | |
| Personnel Maintenance | 7160 | $ 1,500 | | $ 1,500 | | $ 1,500 | |
| Outside Services | 7170 | | | | | | |
| Freight | 7180 | $ 300 | | $ 300 | | $ 300 | |
| Small Tools | 7190 | $ 250 | | $ 250 | | $ 250 | |
| Laundry & Uniforms | 7200 | $ 200 | | $ 200 | | $ 200 | |
| Depr. Equipment & Veh | 7210 | $ 500 | | $ 500 | | $ 500 | |
| Equip Maint. Repair Rental | 7220 | $ 110 | | $ 110 | | $ 110 | |
| Miscellaneous Expenses | 7230 | $ 250 | | $ 250 | | $ 250 | |
| Salaries & Wages | 7250 | $ 1,500 | | $ 1,500 | | $ 1,500 | |
| Clerical Salaries | 7260 | $ 6,300 | | $ 6,300 | | $ 6,300 | |
| Vacation & Time off | 7270 | $ 400 | | $ 400 | | $ 400 | |
| **Operating Expenses** | | $ 14,050 | 8% | $ 14,050 | 8% | $ 14,050 | 7% |
| | | | | | | | |
| Rent | 7400 | $ 17,000 | | $ 17,000 | | $ 17,000 | |
| Admin, General Salary & Wages | 7410 | $ 5,100 | | $ 5,100 | | $ 5,100 | |
| Owner's Salary (2) | 7420 | $ 15,000 | | $ 15,000 | | $ 15,000 | |
| Payroll Taxes | 7430 | $ 12,500 | | $ 12,500 | | $ 12,500 | |
| Employee Benefits | 7440 | $ 5,000 | | $ 5,000 | | $ 5,000 | |
| Profit Sharing | 7450 | | | | | | |
| Advertising General | 7460 | $ 500 | | $ 500 | | $ 500 | |
| Office Supplies | 7470 | $ 1,000 | | $ 1,000 | | $ 1,000 | |
| Data Processing Services | 7480 | $ 6,180 | | $ 6,180 | | $ 6,180 | |
| Outside Service | 7490 | $ 9,500 | | $ 9,500 | | $ 9,500 | |
| Company Vehicles Admin | 7500 | | | $ - | | $ - | |
| Contributions | 7510 | $ - | | $ - | | $ - | |
| Dues & Subscriptions | 7520 | $ 540 | | $ 540 | | $ 540 | |
| Telephone | 7530 | $ 3,500 | | $ 3,500 | | $ 3,500 | |
| Legal & Auditing | 7540 | $ 3,500 | | $ 3,500 | | $ 3,500 | |
| Postage | 7550 | $ 1,200 | | $ 1,200 | | $ 1,200 | |
| Travel & Entertainment | 7560 | $ - | | $ - | | $ - | |
| Heat, Light, Power & Water | 7570 | $ 3,200 | | $ 3,200 | | $ 3,200 | |
| Fixture Repair and Maint. | 7580 | $ 1,500 | | $ 1,500 | | $ 1,500 | |
| Deprecation: Fixtures, Furniture etc. | 7590 | $ 2,580 | | $ 2,580 | | $ 2,580 | |
| Insurance (other than Building) | 7600 | $ 5,000 | | $ 5,000 | | $ 5,000 | |
| Taxes (other than Real Estate& payroll) | 7610 | $ 1,350 | | $ 1,350 | | $ 1,350 | |
| Interest (other than Flooring) | 7620 | | | $ - | | | |
| **Total Overhead Expenses** | | $ 94,150 | 57% | $ 94,150 | 52% | $ 94,150 | 48% |
| Simi Fixed | | $ 14,050 | 8% | $ 14,050 | 8% | $ 14,050 | 7% |
| Variable | | $ 57,994 | 42% | $ 62,293 | 41% | $ 75,313 | 45% |
| Total | | $ 166,194 | 100% | $ 170,493 | 95% | $ 183,613 | 93% |
| **Operating Profit** | | $ (533) | | $ 9,566 | | $ 14,343 | |

Proforma 2006 BK1 11/5/2006

## Incredible Kia
## Monthly Expenses

| | Feb | | March | | April | |
|---|---:|---:|---:|---:|---:|---:|
| **Total Units** | 45 | | 44 | | 49 | |
| **Total Gross** | 187,255 | | 186,981 | | 206,201 | |
| | | | | | | |
| Sales Comp | $ 14,841 | 17% | $ 14,841 | 17% | $ 16,184 | 17% |
| Supervision Comp | $ 19,168 | 8% | $ 18,896 | 8% | $ 20,304 | 8% |
| Delivery Exp | $ - | | $ - | | $ - | |
| Finance Mgr Comp | $ 5,508 | 18% | $ 5,382 | 18% | $ 5,994 | 18% |
| Advertising (New & Used) | $ 27,000 | 600 | $ 26,400 | 600 | $ 29,400 | 600 |
| flooring | | | | | | |
| **Total Selling Expenses** | $ 66,517 | 36% | $ 65,519 | 41% | $ 71,882 | 35% |
| | | | | | | |
| Policy Adjustment | $ 240 | | $ 240 | | $ 240 | |
| Claims Adjustment | | | | | | |
| Company Vehicles | $ 2,500 | | $ 2,500 | | $ 2,500 | |
| Inventory Maintenance | $ - | | $ - | | $ - | |
| Personnel Maintenance | $ 1,500 | | $ 1,500 | | $ 1,500 | |
| Outside Services | | | | | | |
| Freight | $ 300 | | $ 300 | | $ 300 | |
| Small Tools | $ 250 | | $ 250 | | $ 250 | |
| Laundry & Uniforms | $ 200 | | $ 200 | | $ 200 | |
| Depr. Equipment & Veh | $ 500 | | $ 500 | | $ 500 | |
| Equip Maint. Repair Rental | $ 110 | | $ 110 | | $ 110 | |
| Miscellaneous Expenses | $ 250 | | $ 250 | | $ 250 | |
| Salaries & Wages | $ 1,500 | | $ 1,500 | | $ 1,500 | |
| Clerical Salaries | $ 6,300 | | $ 6,300 | | $ 6,300 | |
| Vacation & Time off | $ 400 | | $ 400 | | $ 400 | |
| **Operating Expenses** | $ 14,050 | 8% | $ 14,050 | 8% | $ 14,050 | 7% |
| | | | | | | |
| Rent | $ 17,000 | | $ 17,000 | | $ 17,000 | |
| Admin, General Salary & Wages | $ 5,100 | | $ 5,100 | | $ 5,100 | |
| Owner's Salary (2) | $ 15,000 | | $ 15,000 | | $ 15,000 | |
| Payroll Taxes | $ 12,500 | | $ 12,500 | | $ 12,500 | |
| Employee Benefits | $ 5,000 | | $ 5,000 | | $ 5,000 | |
| Profit Sharing | | | | | | |
| Advertising General | $ 500 | | $ 500 | | $ 500 | |
| Office Supplies | $ 1,000 | | $ 1,000 | | $ 1,000 | |
| Data Processing Services | $ 6,180 | | $ 6,180 | | $ 6,180 | |
| Outside Service | $ 9,500 | | $ 9,500 | | $ 9,500 | |
| Company Vehicles Admin | | | $ - | | $ - | |
| Contributions | $ - | | $ - | | $ - | |
| Dues & Subscriptions | $ 540 | | $ 540 | | $ 540 | |
| Telephone | $ 3,500 | | $ 3,500 | | $ 3,500 | |
| Legal & Auditing | $ 3,500 | | $ 3,500 | | $ 3,500 | |
| Postage | $ 1,200 | | $ 1,200 | | $ 1,200 | |
| Travel & Entertainment | $ - | | $ - | | $ - | |
| Heat, Light, Power & Water | $ 3,200 | | $ 3,200 | | $ 3,200 | |
| Fixture Repair and Maint. | $ 1,500 | | $ 1,500 | | $ 1,500 | |
| Deprecation: Fixtures, Furniture etc. | $ 2,580 | | $ 2,580 | | $ 2,580 | |
| Insurance (other than Building) | $ 5,000 | | $ 5,000 | | $ 5,000 | |
| Taxes (other than Real Estate & payroll) | $ 1,350 | | $ 1,350 | | $ 1,350 | |
| Interest (other than Flooring) | | | $ - | | $ - | |
| **Total Overhead Expenses** | $ 94,150 | 50% | $ 94,150 | 50% | $ 94,150 | 46% |
| Simi Fixed | $ 14,050 | 8% | $ 14,050 | 8% | $ 14,050 | 7% |
| Variable | $ 66,517 | 36% | $ 65,519 | 41% | $ 71,882 | 35% |
| **Total** | $ 174,717 | 93% | $ 173,719 | 93% | $ 180,082 | 87% |
| | | | | | | |
| **Operating Profit** | $ 12,538 | | $ 13,262 | | $ 26,119 | |

# Incredible Kia
## Monthly Expenses

| | May | | | June | | | July | | |
|---|---|---|---|---|---|---|---|---|---|
| **Total Units** | 63 | | | 64 | | | 57 | | |
| **Total Gross** | 219,247 | | | 221,148 | | | 232,968 | | |
| Sales Comp | $ | 17,646 | 17% | $ | 17,952 | 17% | $ | 16,184 | 17% |
| Supervision Comp | $ | 30,855 | 13% | $ | 31,297 | 13% | $ | 31,297 | 13% |
| Delivery Exp | $ | - | | $ | - | | $ | - | |
| Finance Mgr Comp | $ | 6,462 | 18% | $ | 6,588 | 18% | $ | 5,994 | 18% |
| Advertising (New & Used) | $ | 39,750 | 750 | $ | 40,500 | 750 | $ | 42,750 | 750 |
| flooring | | | | | | | | | |
| **Total Selling Expenses** | $ | 94,713 | 61% | $ | 96,337 | 51% | $ | 96,225 | 56% |
| Policy Adjustment | $ | 240 | | $ | 240 | | $ | 240 | |
| Claims Adjustment | | | | | | | | | |
| Company Vehicles | $ | 2,500 | | $ | 2,500 | | $ | 2,500 | |
| Inventory Maintenance | $ | - | | $ | - | | $ | - | |
| Personnel Maintenance | $ | 1,500 | | $ | 1,500 | | $ | 1,500 | |
| Outside Services | | | | | | | | | |
| Freight | $ | 300 | | $ | 300 | | $ | 300 | |
| Small Tools | $ | 250 | | $ | 250 | | $ | 250 | |
| Laundry & Uniforms | $ | 200 | | $ | 200 | | $ | 200 | |
| Depr. Equipment & Veh | $ | 500 | | $ | 500 | | $ | 500 | |
| Equip Maint. Repair Rental | $ | 110 | | $ | 110 | | $ | 110 | |
| Miscellaneous Expenses | $ | 250 | | $ | 250 | | $ | 250 | |
| Salaries & Wages | $ | 1,500 | | $ | 1,500 | | $ | 1,500 | |
| Clerical Salaries | $ | 6,300 | | $ | 6,300 | | $ | 6,300 | |
| Vacation & Time off | $ | 400 | | $ | 400 | | $ | 400 | |
| **Operating Expenses** | $ | 14,050 | 6% | $ | 14,050 | 6% | $ | 14,050 | 6% |
| Rent | $ | 17,000 | | $ | 17,000 | | $ | 17,000 | |
| Admin, General Salary & Wages | $ | 5,100 | | $ | 5,100 | | $ | 5,100 | |
| Owner's Salary (2) | $ | 15,000 | | $ | 15,000 | | $ | 15,000 | |
| Payroll Taxes | $ | 12,500 | | $ | 12,500 | | $ | 12,500 | |
| Employee Benefits | $ | 5,000 | | $ | 5,000 | | $ | 5,000 | |
| Profit Sharing | | | | | | | | | |
| Advertising General | $ | 500 | | $ | 500 | | $ | 500 | |
| Office Supplies | $ | 1,000 | | $ | 1,000 | | $ | 1,000 | |
| Data Processing Services | $ | 6,180 | | $ | 6,180 | | $ | 6,180 | |
| Outside Service | $ | 9,500 | | $ | 9,500 | | $ | 9,500 | |
| Company Vehicles Admin | | | | $ | - | | $ | - | |
| Contributions | $ | - | | $ | - | | $ | - | |
| Dues & Subscriptions | $ | 540 | | $ | 540 | | $ | 540 | |
| Telephone | $ | 3,500 | | $ | 3,500 | | $ | 3,500 | |
| Legal & Auditing | $ | 3,500 | | $ | 3,500 | | $ | 3,500 | |
| Postage | $ | 1,200 | | $ | 1,200 | | $ | 1,200 | |
| Travel & Entertainment | $ | - | | $ | - | | $ | - | |
| Heat, Light, Power & Water | $ | 3,200 | | $ | 3,200 | | $ | 3,200 | |
| Fixture Repair and Maint. | $ | 1,500 | | $ | 1,500 | | $ | 1,500 | |
| Deprecation; Fixtures, Furniture etc. | $ | 2,580 | | $ | 2,580 | | $ | 2,580 | |
| Insurance (other than Building) | $ | 5,000 | | $ | 5,000 | | $ | 5,000 | |
| Taxes (other than Real Estate & payroll) | $ | 1,350 | | $ | 1,350 | | $ | 1,350 | |
| Interest (other than Flooring) | | | | $ | - | | $ | - | |
| **Total Overhead Expenses** | $ | 94,150 | 43% | $ | 94,150 | 43% | $ | 94,150 | 40% |
| Simi Fixed | $ | 14,050 | 6% | $ | 14,050 | 6% | $ | 14,050 | 6% |
| Variable | $ | 94,713 | 61% | $ | 96,337 | 51% | $ | 96,225 | 56% |
| Total | $ | 202,913 | 93% | $ | 204,537 | 92% | $ | 204,425 | 88% |
| **Operating Profit** | $ | 16,334 | | $ | 16,609 | | $ | 28,543 | |

# Incredible Kia
## Monthly Expenses

| | August | | | September | | | October | | |
|---|---|---|---|---|---|---|---|---|---|
| Total Units | 54 | | | 55 | | | 52 | | |
| Total Gross | 221,571 | | | 224970 | | | 214773 | | |
| | 7000 | 0 | | | | | | | |
| Sales Comp+ service advisor | $ | 17,714 | 17% | $ | 18,020 | 17% | $ | 17,102 | 17% |
| Supervision Comp+ service & parts | $ | 31,641 | 13% | $ | 32,083 | 13% | $ | 30,757 | 13% |
| Delivery Exp | $ | - | | $ | - | | $ | - | |
| Finance Mgr Comp | $ | 6,624 | 18% | $ | 6,750 | 18% | $ | 6,372 | 18% |
| Advertising (New & Used) | $ | 40,500 | 750 | $ | 41,250 | 750 | $ | 39,000 | 750 |
| flooring | | | | | | | | | |
| **Total Selling Expenses** | $ | 96,479 | 51% | $ | 98,103 | 52% | $ | 93,231 | 51% |
| | | | | | | | | | |
| Policy Adjustment | $ | 240 | | $ | 240 | | $ | 240 | |
| Claims Adjustment | | | | $ | - | | $ | - | |
| Company Vehicles | $ | 2,500 | | $ | 2,500 | | $ | 2,500 | |
| Inventory Maintenance | $ | - | | $ | - | | $ | - | |
| Personnel Maintenance | $ | 1,500 | | $ | 1,500 | | $ | 1,500 | |
| Outside Services | | | | $ | - | | $ | - | |
| Freight | $ | 300 | | $ | 300 | | $ | 300 | |
| Small Tools | $ | 250 | | $ | 250 | | $ | 250 | |
| Laundry & Uniforms | $ | 200 | | $ | 200 | | $ | 200 | |
| Depr. Equipment & Veh | $ | 500 | | $ | 500 | | $ | 500 | |
| Equip Maint. Repair Rental | $ | 110 | | $ | 110 | | $ | 110 | |
| Miscellaneous Expenses | $ | 250 | | $ | 250 | | $ | 250 | |
| Salaries & Wages | $ | 1,500 | | $ | 1,500 | | $ | 1,500 | |
| Clerical Salaries | $ | 6,300 | | $ | 6,300 | | $ | 6,300 | |
| Vacation & Time off | $ | 400 | | $ | 400 | | $ | 400 | |
| **Operating Expenses** | $ | 14,050 | 6% | $ | 14,050 | 6% | $ | 14,050 | 7% |
| | | | | | | | | | |
| Rent | $ | 17,000 | | $ | 17,000 | | $ | 17,000 | |
| Admin, General Salary & Wages | $ | 5,100 | | $ | 5,100 | | $ | 5,100 | |
| Owner's Salary (2) | $ | 15,000 | | $ | 15,000 | | $ | 15,000 | |
| Payroll Taxes | $ | 12,500 | | $ | 12,500 | | $ | 12,500 | |
| Employee Benefits | $ | 5,000 | | $ | 5,000 | | $ | 5,000 | |
| Profit Sharing | | | | | | | | | |
| Advertising General | $ | 500 | | $ | 500 | | $ | 500 | |
| Office Supplies | $ | 1,000 | | $ | 1,000 | | $ | 1,000 | |
| Data Processing Services | $ | 6,180 | | $ | 6,180 | | $ | 6,180 | |
| Outside Service | $ | 9,500 | | $ | 9,500 | | $ | 9,500 | |
| Company Vehicles Admin | | | | $ | - | | $ | - | |
| Contributions | $ | - | | $ | - | | $ | - | |
| Dues & Subscriptions | $ | 540 | | $ | 540 | | $ | 540 | |
| Telephone | $ | 3,500 | | $ | 3,500 | | $ | 3,500 | |
| Legal & Auditing | $ | 3,500 | | $ | 3,500 | | $ | 3,500 | |
| Postage | $ | 1,200 | | $ | 1,200 | | $ | 1,200 | |
| Travel & Entertainment | $ | - | | $ | - | | $ | - | |
| Heat, Light, Power & Water | $ | 3,200 | | $ | 3,200 | | $ | 3,200 | |
| Fixture Repair and Maint. | $ | 1,500 | | $ | 1,500 | | $ | 1,500 | |
| Deprecation: Fixtures, Furniture etc. | $ | 2,580 | | $ | 2,580 | | $ | 2,580 | |
| Insurance (other than Building) | $ | 5,000 | | $ | 5,000 | | $ | 5,000 | |
| Taxes (other than Real Estate & payroll) | $ | 1,350 | | $ | 1,350 | | $ | 1,350 | |
| Interest (other than Flooring) | | | | $ | - | | $ | - | |
| **Total Overhead Expenses** | $ | 94,150 | 42% | $ | 94,150 | 42% | $ | 94,150 | 44% |
| Simi Fixed | $ | 14,050 | 6% | $ | 14,050 | 6% | $ | 14,050 | 7% |
| Variable | $ | 96,479 | 51% | $ | 98,103 | 52% | $ | 93,231 | 51% |
| Total | $ | 204,679 | 92% | $ | 206,303 | 92% | $ | 201,431 | 94% |
| **Operating Profit** | $ | 16,892 | | $ | 18,667 | | $ | 13,342 | |