# RECAP
# Incredible Kia

|   |   |   |   | Bank Statement Balances | Diff |   |
|---|---|---|---|---|---|---|
|   | DIP Account | $ | 21,547.77 | $ 26,714.54 | $ | (5,166.77) |
|   |   |   |   |   | $ | - |
| A | New Car Account | $ | 63,970.00 | $ 63,970.00 | $ | - |
| B | Used Car Account | $ | 61,889.91 | $ 61,889.91 | $ |   |
| C | Parts & Service Accoun | $ | 7,522.50 | $ 7,522.50 | $ | - |
| D | Receivable Account | $ | 5,166.77 |   | $ | 5,166.77 |
| E | Taxes | $ | - |   | $ | - |
|   | Total | $ | **160,096.95** | $ 160,096.95 | $ | - |

DEBTOR'S EXHIBIT 6

11/4/2006