| | |
|---|---|
| **NEW YORK KIA** | Only $2M. Great opportunity. Great location. Very profitable. <br> Danny Zack, Joan Zack, <br> Dee Dee Zack 732 821 8836 <br> Gordon Page 813 854 4022 |
| **NORTHWEST KIA** | Beautiful area. Must be moved to new facility. $595K. <br> Steve D. Howard 561 741 0409 <br> Gordon Page 813 854 4022 |
| **SOUTHEAST KIA** | Only $1.5M. Mitsubishi also available. Better hurry! <br> Lloyd Guillot 504 329 1291 <br> Gordon Page 813 854 4022 |
| **SOUTHEAST METRO KIA** | $750 blue sky, plus parts, fixed assets and real estate. |

**SOLD**

DEBTOR'S EXHIBIT 7

Mr. William S. Needler
Attorney at Law,

Dear Mr. Needler,

A KIA franchise in a market of 150,000 population would have a Blue Sky/ Good Will value of $750,000.00 to $850,000.00. Billings, Montana fits this scenario for some of the following reasons.

KIA has the lowest priced vehicles in the market place.

KIA has a current SUV model and a TRUCK due in 2007.

KIA keeps improving it product to one of the best in the industry. See J.D., Powers report.

KIA currently is about the same place Toyota and Honda Motor Companies were 8 to 10 years ago.

A family can drive a new KIA trouble free for ten years. KIA's warranty is 100,000 miles and Ten Years.

Billings, Montana's average wage is well under the National average wage.

Billings closest Dealer is Missoula, Montana that is 280 miles away.

This is my opinion.

*[signature: Jappy Dickson]*

Jappy Dickson
Southwestern Brokerage Company
11/05/2006

3501 Lagustrum Ct. Arlington, TX 76017
Phone: 817-516-7164 Fax: 817-363-4861 Email: jappy_dickson@hotmail.com

## NADA RECOMMENDATION TO VALUE AUTO FRANCHISE
## BLUE SKY VALUE

### OPTION 1

|  | 2004 | 2005 | 2006 (projected) |
|---|---|---|---|
| Net Profit | $59,922 | $7,107 | <$100,000> |
| Dealer Reserve | $237,183 | $4,759 | $39,116 |
| Owner Compensation, Benefits and Interest Payment | $133,068 | $199,629 | $232,417 |
| TOTALS | $430,173 | $211,495 | $171,533 |

Est. Value: $813,201

### OPTION 2

| Gross Sales | | Net Profit Factor | | Annual Net Profit | | Years | | Est. Value |
|---|---|---|---|---|---|---|---|---|
| $15,598,663 | x | .02 | = | $311,973 | x | 3 | = | $935,919 |

Current Tracking 2006

| Gross Sales | | Net Profit Factor | | Annual Net Profit | | Years | | Est. Value |
|---|---|---|---|---|---|---|---|---|
| $12,784,125 | x | .02 | = | $255,682 | x | 3 | = | $767,046 |