## DEALER FINANCIAL STATEMENT

**Dealership Name:** INCREDIBLE AUTO SALES
**Address:** 1832 KING AVE WEST
**City, State:** BILLINGS MT

**Month:** 12
**Year:** 04
**Dealer Code #:** MT004
**Reg./Dist. #:** DIS

KIA

| ASSETS | | Acct # | AMOUNT | | LIABILITIES | Acct # | AMOUNT |
|---|---|---|---|---|---|---|---|
| **CASH AND CONTRACTS** | | | | 1 | **ACCOUNTS PAYABLE** | | |
| Cash on Hand | | 2010 | 600 | 2 | Trade Creditors | 3000 | 35715 |
| Cash in Bank / Temp. Cash Investment | | 2020 | 60410 | 3 | Vehicle Lien Payoffs | 3010 | 233727 |
| Contracts in Transit | | 2030 | 58097 | 4 | Customer Deposits / Prepaid Dist. Incentives | 3020 | 48098 |
| TOTAL CASH AND CONTRACTS | | | 119107 | 5 | License and Title Fees | 3030 | |
| **RECEIVABLES** | | | | 6 | TOTAL ACCOUNTS PAYABLE | | 307540 |
| Customer | | | | 7 | **ACCRUED LIABILITIES** | | |
| Service and Parts | | 2100 | 86935 | 8 | Interest | 3100 | 12993 |
| Vehicle | | 2110 | 123885 | 9 | Insurance | 3110 | |
| Customer Notes | | 2120 | | 10 | Payroll | 3120 | 32955 |
| Lease, Rental and Service Contracts | | 2130 | 59 | 11 | Payroll Taxes / Sales Tax | 3130 | 16191 |
| Miscellaneous Customer | | 2150 | 148548 | 12 | Taxes - Other Than Payroll, Sales & Income | 3150 | |
| **DISTRIBUTOR** | | | | 13 | Corporate / Income Tax | 3160 | |
| Warranty Claims - Kia | | 2200 | 13238 | 14 | Bonuses - Owners and Employees | 3170 | |
| Warranty Claims - Other | | 2209 | | 15 | Pension Fund / Profit Sharing | 3190 | |
| Pre-Delivery Service - Kia | | 2210 | 162 | 16 | Miscellaneous Accounts / Notes Payable Short Term | | 40609 |
| Factory Holdback Receivable - Kia | | 2230 | | 17 | TOTAL ACCRUED LIABILITIES | | 102747 |
| Factory Holdback Receivable - Other | | 2239 | | 18 | TOTAL ACCTS. PAYABLE & ACCRUED LIABILITIES | | 410287 |
| Vehicle Incentives | | 2240 | 29050 | 19 | **NOTES PAYABLE** | | |
| Other Distributor Receivables | | | 11972 | 20 | New Vehicles and Demonstrators | 3300 | 799802 |
| Less: Allowance for Doubtful Accounts | | 2290 | | 21 | Used Vehicles | 3310 | 1012318 |
| NET CUST. / DIST. REC. | | | 412649 | 22 | Other Inventories | 3320 | 114915 |
| Finance and Insurance Receivables - Current | | | 50632 | 23 | Lease Vehicles | | |
| TOTAL RECEIVABLES | | | 463181 | 24 | Rental Vehicles | 3410 | 87375 |
| **INVENTORIES** | | | | 25 | TOTAL VEHICLES LIABILITIES | | 2014411 |
| Other - Kia | | 2300 | 20208 | 26 | TOTAL CURRENT LIABILITIES | | 2424698 |
| Demos - Other | | 2310 | | 27 | Reserve For Repossession and Service Contract Losses | | 237183 |
| New Vehicles - Kia | 2.3 | 19 | 2320 | 810847 | 28 | **LONG TERM DEBT** | | |
| New Vehicles - Other | 10 | 9 | 2320 | 124630 | 29 | Notes Pay. - Capital Loans | 3000 | |
| TOTAL NEW VEH. INV. | 60 | | | 955685 | 30 | Mortgages Payable | 3810 | |
| Used Vehicles - Kia | 17 | 11 | 2400 | 212732 | 31 | Other Notes & Contracts | 19000 | 1067 |
| Used Vehicles - Other | 114 | 64 | 2405 | 1489661 | 32 | Owners / Officers Notes | 3530 | 750000 |
| Program Vehicles - Kia | 5 | 3 | 2400 | 138670 | 33 | TOTAL CURRENT PORTION LONG TERM DEBT | 19000 | |
| Parts and Accessories - Kia | | | 2410 | 123326 | 34 | TOTAL LONG TERM DEBT | | 751867 |
| Parts and Accessories - Other | | | 2418 | 16171 | 35 | TOTAL LIABILITIES | | 3413748 |
| Tires, Gas, Oil and Grease | | | 2420 | 1989 | 36 | LIFO Reserve Inventory Adjustment | 3800 | |
| Body Shop Materials / Sublet Repairs | | | | 495 | 37 | | | |
| Work in Process - Labor | | | 2470 | 485 | 38 | **NET WORTH** | | |
| Non-Automotive Merchandise | | | 2480 | 413505 | 39 | CORPORATION PROPRIETORSHIP OR PARTNERSHIP | | |
| TOTAL ALL INVENTORIES | | | | 3354719 | 40 | Capital Stock Investments | | 781291 |
| **OTHER CURRENT ASSETS** | | | | | 41 | Add'l. Paid In Capital | 2070 | 1015412 |
| Marketable Securities | | | 2500 | | 42 | Treasury Stock | 3810 | |
| Prepaid Expenses | | | | 86992 | 43 | Retained Earnings | 3820 | -926826 |
| TOTAL OTHER CURRENT ASSETS | | | | 86992 | 44 | Dividends Drawing | | |
| **OTHER VEHICLE ASSETS** | | | | | 45 | NET INVESTMENT | | 969877 |
| Lease Vehicles | | | | | 46 | **COMPARATIVE EARNINGS BEFORE TAXES** | | |
| Rental Vehicles | | | | | 47 | MO. USED NEW VEH F&I PROFIT OR | | |
| TOTAL OTHER VEHICLE ASSETS | | | | 68106 | | | | |
| TOTAL CURRENT ASSETS | | | | 4092395 | 48 | FEB. 5 85 14 532 | | |
| **FIXED ASSETS / AUTO BUSINESS USE** | | | | | 49 | | | |
| MISC. | ACCT. NO. | COST | ACCUMULATED DEPRECIATION | | 50 | MAR. 10 2 73 28 172 | | |
| LAND | 3700 | | | | 51 | APR. 8 79 36 1353 | | |
| | 3710 | 3396 | 687 | 2739 | 52 | MAY 13 5 69 16 1554 | | |
| | 3720 | 97635 | 83152 | 14483 | 53 | JUNE 13 2 83 34 743 | | |
| | 3730 | 572 | | 572 | 54 | JULY 10 2 100 12 12019 | | |
| | 3740 | 78627 | 62486 | 16141 | 55 | AUG. 12 3 94 13 17173 | | |
| | 3750 | 19012 | 19012 | | 56 | SEP. 9 94 13 14806 | | |
| | 3760 | 318648 | 101432 | 217216 | 57 | OCT. 13 74 25 2277 | | |
| TOTAL FIXED ASSETS | | 517890 | 266739 | 251151 | 58 | NOV. 19 2 77 10 833 | | |
| **OTHER ASSETS** | | | | | 59 | DEC. 9 1 66 6 2327 | | |
| Deposits on Contracts | | | 2000 | | 60 | TOT. 136 17 956 231 59922 | | |
| Life Insurance - Cash Value | | | 2810 | | 61 | Estimated Income Tax | | |
| Notes & Accts Rec. - Officers / Owners / Employees Advances | | | 2820 | | 62 | Net Profit (Loss) After Taxes | 3990 | 59921 |
| Due From Finance Companies - Deferred | | | 2860 | | 63 | TOTAL NET WORTH | | 929798 |
| Other Non-Franchised Assets | | | 2880 | | 64 | TOTAL LIABILITIES & NET WORTH | | 4343546 |
| TOTAL OTHER ASSETS | | | | | 65 | | | |
| TOTAL ASSETS | | | | 4343546 | 67 | | | |

**FINANCIAL SUMMARY**

1048154    1648597    255795    204236
Net Working Capital Requirement    Actual Working Capital    Net Cash    Average Monthly Expense
(CURRENT ASSETS LESS CURRENT LIABILITIES & CURRENT PORTION LONG TERM DEBT)

KIA 2004 PAGE 1

**DEBTOR'S EXHIBIT 8**

PAGE 2 — TOTAL INCOME AND EXPENSE

| | NAME OF ACCOUNT | ACCT. NO. | TOTAL DEALERSHIP MONTH | O/S SALES | YEAR TO DATE | % SALES | (1) NEW KIA DEPARTMENT MONTH | YEAR TO DATE | (2) NEW OTHER DEPARTMENT MONTH | YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TOTAL SALES | | 1310639 | | 16849724 | | 208561 | 2735100 | 31295 | 235474 |
| 2 | TOTAL GROSS PROFIT | | 271252 | 2070 | 3209297 | 1905 | 18579 | 206396 | -12 | 10221 |
| | PERSONNEL EXPENSES | | | | | | | | | |
| 4 | Sales Compensation | 7000 | 25469 | 939 | 4099651 | 277 | 1337 | 30375 | | 11522 |
| 5 | Supervision Compensation | 7010 | 17543 | 753 | 5239981 | 633 | 4180 | 66062 | | |
| 6 | Delivery Expenses | 7020 | | | | | | | | |
| 7 | Emp. Ins. & S.S. Compensation | 7030 | 7361 | 271 | 80057 | 249 | 887 | 3933 | | |
| 8 | Advertising – Departmental | 7040 | 50759 | 1871 | 748213 | 2331 | 7095 | 153710 | | 22724 |
| 9 | Interest – Floor Plan | 7050 | 12727 | 469 | 137789 | 429 | 1712 | 61282 | 844 | 1708 |
| 10 | TOTAL SELLING EXPENSES | | 143859 | 5304 | 18999925 | 920 | 18211 | 321370 | 844 | 38954 |
| 11 | DEPARTMENTAL OPERATING EXPENSES | | | | | | | | | |
| 12 | Policy Adjustments | 7110 | 806 | 30 | 12066 | 38 | | | | |
| 13 | Claims Adjustments | 7120 | | | | | | | | |
| 14 | Demos. & Company Vehicles – Dept. | 7140 | 10564 | 393 | 146756 | 457 | 1302 | 20554 | | 620 |
| 15 | Inventory Maintenance | 7150 | 3292 | 121 | 29078 | 91 | 732 | 7560 | | 28 |
| 16 | Personnel Training | 7160 | 6092 | 225 | 31899 | 99 | 2822 | 7109 | | 29 |
| 17 | Outside Services – Departmental | 7170 | | | | | | | | |
| 18 | Freight | 7180 | 13 | 0 | 2231 | 7 | | | | |
| 19 | Supplies & Small Tools | 7190 | 2939 | 108 | 25384 | 79 | 390 | 2936 | | 928 |
| 20 | Laundry & Uniforms | 7200 | 109 | 4 | 1514 | 5 | | | | 63 |
| 21 | Dept. Equip. & Vehicles – Depr. | 7210 | | | | | | | | |
| 22 | Equip. Maint., Repair & Rental Dept. | 7220 | 716 | 26 | 9050 | 29 | 13 | 142 | | |
| 23 | Miscellaneous Expenses | 7230 | 117 | 4 | 1403 | 4 | | | | |
| 24 | Salaries & Wages | 7250 | 6640 | 245 | 46984 | 153 | | | | |
| 25 | Clerical Salaries | 7260 | 8602 | 317 | 85196 | 265 | 1720 | 17192 | | |
| 26 | Vacation & Sick Pay | 7270 | -269 | -10 | 6508 | 20 | | | | |
| 27 | TOTAL OPERATING EXPENSES | | 39721 | 1464 | 400571 | 1248 | 6979 | 55492 | | 1667 |
| 28 | TOTAL SELLING & OPER. EXPS. | | 183580 | | 2800563 | | 25190 | 376862 | 844 | 40621 |
| 29 | TOTAL SELL. & OPER. EXPS. % OF GROSS PROFIT | | | 6768 | | 716B | 135.56% | 131.59% | A | 397.31% |
| 30 | NET PROFIT (LOSS) | | 876728 | 2282 | 0087342 | 832 | -6611 | -90456 | -856 | -30397 |
| | PROMOTIONAL/OPTIONAL | | | | | | | | | |
| 31 | Fees & Relocations | 7400 | 23403 | 878 | 265921 | 827 | 2493 | 29900 | 110 | 970 |
| 32 | Salaries & Wages – Admin. & General | 7410 | 6252 | 230 | 61140 | 191 | 1850 | 12228 | | |
| 33 | Owners Salaries | 7420 | | | | | | | | |
| 34 | Payroll Taxes | 7430 | 15548 | 573 | 173561 | 541 | 2436 | 28827 | | |
| 35 | Employee Benefits | 7440 | 4842 | 178 | 57599 | 180 | 882 | 10355 | | |
| 36 | Pension Fund / Profit Sharing | 7450 | | | | | | | | |
| 37 | Advertising – General & Institutional | 7460 | 3721 | 137 | 14878 | 47 | 1532 | 3361 | | 11 |
| 38 | Stationery & Office Supplies | 7470 | 1806 | 67 | 19513 | 61 | 303 | 3822 | | 26 |
| 39 | Data Processing Services | 7480 | 6398 | 236 | 70861 | 221 | 1212 | 13924 | | 250 |
| 40 | Outside Services – General & Inst. | 7490 | 19424 | 716 | 167245 | 521 | 4398 | 33274 | | 510 |
| 41 | Company Vehicles – Administration | 7500 | | | | | | | | |
| 42 | Contributions | 7510 | 560 | 21 | 4042 | 13 | 112 | 908 | | |
| 43 | Dues & Subscriptions | 7520 | 391 | 14 | 6292 | 20 | 67 | 1070 | | 205 |
| 44 | Telephone | 7530 | 3957 | 146 | 43415 | 135 | 545 | 6690 | | |
| 45 | Legal & Auditing | 7540 | 1326 | 49 | 15900 | 50 | 245 | 2940 | | |
| 46 | Postage | 7550 | 1243 | 46 | 12041 | 38 | 143 | 1427 | | 46 |
| 47 | Travel & Entertainment | 7560 | 1243 | 46 | 13131 | 41 | 166 | 2432 | | |
| 48 | Heat, Light, Power & Water | 7570 | 3893 | 144 | 34942 | 109 | 564 | 5063 | | |
| 49 | Insurance, Legal, Medical & Employee Insurance, Rental & Misc. | 7580 | 5927 | 219 | 40135 | 126 | 882 | 4442 | | |
| 50 | Furniture, Equip., Fixtures & Equipment – Depreciation | 7590 | 2495 | 92 | 29940 | 93 | 375 | 4500 | | |
| 51 | Insurance – Other Than Bldgs & Improvements | 7600 | 5959 | 220 | 77564 | 242 | 910 | 12031 | 250 | 2500 |
| 52 | Taxes – Other Than Real Estate, Payroll & Income | 7610 | 6384 | 235 | 15950 | 48 | 161 | 1939 | | |
| 53 | Interest – Other Than Floor Plan & R.E. Mortgage | 7620 | 9926 | 366 | 106532 | 332 | | | | |
| 54 | TOTAL OVERHEAD EXPENSES LINES 31-54 INCL. | | 135108 | 4612 | 1330372 | 3833 | 18675 | 178633 | 360 | 4518 |
| 55 | TOTAL EXPENSES LINES 28 & 54 | | 308688 | B | 3630935 | C | 43866 | 555493 | 1204 | 45139 |
| 56 | ADDITIONS OPT. PROFIT / ADD. LINE 2-25 LINE 55 | | -25207 | | -269099 | | -1216 | -34915 | | |
| 57 | OPERATING PROFIT / LOSS LINE 2 LESS LINE 55 | | -37436 | D | -421538 | E | | | | |
| 58 | ADDITIONS OR DEDUCTIONS PG. 2 LINE 75 | | 39759 | 1466 | 3814621 | 189 | TOTAL PERSONNEL EXPENSES | | | |
| 59 | NET PROFIT / LOSS BEFORE BONUS | | 2323 | 86 | 59924 | 187 | MONTH 121908 | YEAR TO DATE 1447510 | | |
| 61 | ADJUSTMENTS OVER (BRACKET) IF CREDIT | 7700 | | | | | | | | |
| 62 | ADJUSTMENTS – OWNERS (BRACKET) IF CREDIT | 7710 | | | | | | | | |
| 63 | NET PROFIT (LOSS) BEFORE TAXES | | 2323 | 86 | 59924 | 187 | M.P. 44.97 | %G.P. 45.10 | | |
| 64 | ESTIMATED INCOME TAXES | 7800 | (4) | -0 | 3 | 0 | | | | |
| 65 | NET PROFIT (LOSS) AFTER TAXES | | 2327 | 86 | 59921 | 187 | LINES 1, 6, 7, 24, 25, 26, 19, 20, 28 & 37 | | | |

### ADDITIONS TO INCOME / DEDUCTIONS FROM INCOME

| | ACCOUNT NAME | ACCT. NO. | MONTH | YEAR TO DATE | ACCOUNT NAME | ACCT. NO. | MONTH | YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|
| 69 | Cash Discounts Earned | 8000 | | 1292 | Cash Discounts Allowed | 8100 | | |
| 70 | Interest Earned | 8010 | | | Adj. for Doubtful Accounts | 8120 | | |
| 71 | Bad Debts Recovered | 8020 | | | Other Deductions | 8140 | 3364 | 38128 |
| 72 | Other Income | 8040 | 43425 | 426281 | Lease Expenses | 8150 | | |
| 73 | Lease Income | 8050 | | | Rental Expenses | 8160 | 302 | 7985 |
| 74 | Rental Income | 8060 | | | | | | |
| | TOTAL ADDITIONS LINES 69-74 INCL. | | 43425 | 427575 | TOTAL DEDUCTIONS LINES 69-74 INCL. | | 3665 | 46113 |

## TOTAL INCOME AND EXPENSE

| NAME OF ACCOUNT | ACCT. NO. | (2) USED VEHICLE DEPARTMENT MONTH | YEAR TO DATE | (4) SERVICE DEPARTMENT MONTH | YEAR TO DATE | (3) BODY SHOP DEPARTMENT MONTH | YEAR TO DATE | (9) PARTS & ACCESS. DEPARTMENT MONTH | YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL SALES | | 995558 | 13013176 | 34932 | 428526 | | | 36293 | 437345 |
| TOTAL GROSS PROFIT | | 219788 | 2511481 | 21590 | 254765 | | | 11337 | 146431 |
| **DEPARTMENTAL SELLING EXPENSE** | | | | | | | | | |
| Sales Compensation | 7000 | 22382 | 316558 | 1750 | 21510 | | | | |
| Supervision Compensation | 7010 | 35541 | 382218 | 5822 | 53406 | | | 2000 | 22312 |
| Delivery Expense | 7020 | | | | | | | | |
| Fin., Ins. & S.C. Compensation | 7030 | 6474 | 70124 | | | | | | |
| Advertising - Departmental | 7040 | 42213 | 546363 | 1110 | 12647 | | | 343 | 7761 |
| Interest - Floor Plan | 7050 | 7171 | 71769 | | | | | | |
| TOTAL SELLING EXPENSES | | 113779 | 1417012 | 8682 | 92563 | | | 2343 | 30073 |
| **DEPARTMENTAL DISTRIBUTION** | | | | | | | | | |
| Policy Adjustments | 7110 | | | 806 | 11959 | | | | 107 |
| Claims Adjustments | 7120 | | | | | | | | |
| Demos & Company Vehicles - Dept'l | 7140 | 6235 | 83750 | 2139 | 28714 | | | 988 | 13110 |
| Inventory Maintenance | 7150 | 2560 | 21490 | | | | | | |
| Personnel Training | 7160 | 1208 | 10317 | 1288 | 13145 | | | 774 | 1307 |
| Outside Services - Departmental | 7170 | | | | | | | | |
| Freight | 7180 | | | | | | | | 13 | 2231 |
| Supplies & Small Tools | 7190 | 806 | 6503 | 1602 | 13901 | | | 141 | 1026 |
| Laundry & Uniforms | 7200 | | | 108 | 1332 | | | 1 | 118 |
| Depr., Equip., & Vehicles-Dept'l. | 7210 | | | | | | | | |
| Equip.-Maint., Repair & Rental-Dept'l | 7220 | 260 | 3106 | 303 | 4377 | | | 134 | 1725 |
| Miscellaneous Expenses | 7230 | | | | | | | 317 | 1203 |
| Salaries & Wages | 7250 | 3126 | 23059 | 3314 | 22613 | | | | 3312 |
| Clerical Salaries | 7260 | 3013 | 31314 | 2581 | 29007 | | | 1290 | 12005 |
| Vacation & Time Off Pay | 7270 | | 771 | -269 | 5737 | | | | |
| TOTAL OPERATING EXPENSES | | 17408 | 180210 | 11872 | 126786 | | | 3458 | 30416 |
| TOTAL SELLING & OPER. EXPS. | | 131185 | 1597242 | 20560 | 219349 | | | 5801 | 65489 |
| TOTAL SELL. & OPER. EXPS. % of GROSS PROFIT | | 59.69% | 63.60% | 95.23% | 86.10% | | | 51.17% | 45.41% |
| DEPT'L PROFIT (LOSS) LINE 11 LESS LINE 62 | | 88603 | 914239 | 1030 | 35416 | | | 5536 | 79942 |
| **PRORATION OPERATION** | | | | | | | | | |
| Rent & Equivalent | 7400 | 15484 | 165926 | 3738 | 44850 | | | 1979 | 23745 |
| Salaries & Wages - Admin. & General | 7410 | 2186 | 21399 | 1876 | 18342 | | | 938 | 9171 |
| Owners Salaries | 7420 | | | | | | | | |
| Payroll Taxes | 7430 | 7531 | 79973 | 3654 | 43241 | | | 1027 | 21620 |
| Employee Benefits | 7440 | 1976 | 24379 | 1323 | 15316 | | | 661 | 7649 |
| Pension Fund / Profit Sharing | 7460 | | | | | | | | |
| Advertising - General & Institutional | 7460 | 134 | 1232 | 1601 | 9238 | | | 454 | 2136 |
| Stationery & Office Supplies | 7470 | 714 | 9564 | 595 | 5091 | | | 194 | 1610 |
| Data Processing Services | 7480 | 1536 | 18264 | 1555 | 16503 | | | 1995 | 21920 |
| Outside Services - General & Inst. | 7490 | 11956 | 97077 | 2047 | 24259 | | | 1023 | 11425 |
| Company Vehicles - Administration | 7500 | | | | | | | | |
| Contributions | 7510 | 196 | 1415 | 168 | 1213 | | | 84 | 606 |
| Dues & Subscriptions | 7520 | 257 | 3499 | 45 | 1012 | | | 22 | 506 |
| Telephone | 7530 | 2182 | 21671 | 819 | 10036 | | | 410 | 5018 |
| Legal & Auditing | 7540 | 529 | 6343 | 368 | 4410 | | | 184 | 2205 |
| Postage | 7590 | 748 | 7817 | 235 | 1842 | | | 117 | 909 |
| Travel & Entertainment | 7560 | 704 | 5226 | 249 | 3649 | | | 124 | 1824 |
| Heat, Light, Power & Water | 7570 | 2060 | 18486 | 846 | 7595 | | | 423 | 3798 |
| Freight, Taxes, Insurance & Interest - Maintenance, Repair & Rental | 7580 | 2936 | 23202 | 1471 | 9277 | | | 618 | 3514 |
| Depreciation - Equip., Fixtures & Company Vehicles-Administration | 7590 | 676 | 8115 | 1163 | 13950 | | | 281 | 3375 |
| Ins.-Other Than Bldgs. & Improvements | 7600 | 3019 | 40521 | 1193 | 18008 | | | 597 | 7504 |
| Taxes - Other Than Payroll, Income, Real Estate | 7610 | 5860 | 9049 | 242 | 2308 | | | 121 | 1454 |
| Interest - Other Than Floor Plan N.C. & A.R.S. Accounts | 7620 | 9936 | 106512 | | | | | | |
| TOTAL OVERHEAD EXPENSES | | 70832 | 669692 | 23198 | 248440 | | | 12052 | 128989 |
| TOTAL EXPENSES | | 202017 | 2266934 | 43748 | 467789 | | | 17853 | 195478 |
| ADJUSTED DEPT. PROFIT (LOSS) | | 17771 | 244547 | -22158 | -213024 | | | -6516 | -49047 |

### ANALYSIS OF OPERATIONS

| | | CURRENT MONTH | | | SAME MONTH AS PRIOR YEAR | | | CURRENT YEAR TO DATE | | | PRIOR YEAR TO DATE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | UNIT SALES | DOLLARS | % SALES | UNIT SALES | DOLLARS | % SALES | UNIT SALES | DOLLARS | % SALES | UNIT SALES | DOLLARS | % SALES |
| TOTAL DOLLAR SALES | | 1310839 | | | | | | 16849724 | | | | |
| NEW KIA GROSS | 9 | 18679 | 142 | | | | 136 | 286396 | 170 | | | |
| New Other Gross | 1 | -42 | -0 | | | | 17 | 10224 | 6 | | | |
| USED VEHICLE GROSS | 72 | 219788 | 1677 | | | | 1167 | 2511481 | 1491 | | | |
| SERVICE ORDER | | 21590 | 165 | | | | | 254765 | 151 | | | |
| BODY SHOP GROSS | | | | | | | | | | | | |
| PARTS & ACCESS. GROSS | | 11337 | 86 | | | | | 146431 | 87 | | | |
| TOTAL GROSS | | 271252 | 2070 | | | | | 3209297 | 1905 | | | |
| TOTAL EXPENSES | | 308688 | 2355 | | | | | 3530835 | 2095 | | | |
| OPER. PROFIT (LOSS) | | -37436 | -285 | | | | | -321538 | -191 | | | |
| NET ADDITIONS OR DEDUCTIONS | | 39759 | 303 | | | | | 381162 | 226 | | | |
| TOTAL ADDITIONS | | | | | | | | | | | | |
| NET PROFIT/LOSS | | 2323 | 18 | | | | | 59924 | 36 | | | |

### USED VEHICLE TRADE-IN SUMMARY / PERSONNEL SUMMARY / USE WHOLE NUMBERS ONLY

| Vehicles Received On: | INV. NO. | UNITS T.I. | | NEW | USED | COMB. | A&I | SERV. | BODY SHOP | PARTS & ACCESS. | ADM. | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Car Sales | | | Principal | | | | | | | | | 2 | 2 |
| Kia Truck Sales | | | Managers / Foreman | 2 | 3 | | 2 | 1 | | 1 | 1 | 10 |
| Other Sales | | | Salespersons / Asst. Service Mgr. | 3 | 10 | | | 1 | | | | 14 |
| **LEASE ANALYSIS** | MONTH | Y-T-D | Service / Body Shop Technicians | | | | | 4 | | | | 4 |
| Retail Lease Units | | | Clerical | | | | | 1 | | | 4 | 5 |
| Retail Lease Gross | | | Other | | 1 | 3 | | | | 1 | | 5 |
| | | | TOTAL PERSONNEL | 5 | 16 | | 2 | 8 | | 1 | 7 | 40 |