| Line | Current Month # | Current Month Sales | Current Month Gross Profit | Department / Account | Acct # | YTD # | YTD Sales | YTD Gross Profit |
|---|---|---|---|---|---|---|---|---|
| | | | | **NEW VEHICLES** | | | | |
| 1 | | | | New Vehicle - Kia Sportage - Retail | 4010 | | | |
| 2 | 1 | 13854 | 309 309 | New Vehicle - Kia Rio - Retail | 4020 | 21 | 241202 | 23321 1111 |
| 3 | 1 | 15600 | 997 997 | New Vehicle - Kia Optima - Retail | 4040 | 22 | 387379 | 31537 1434 |
| 4 | 5 | 127498 | 95081 982 | New Vehicle - Kia Sedona - Retail | 4050 | 31 | 706639 | 430641 389 |
| 5 | | | | New Vehicle - Kia Spectra - Retail | 4060 | 23 | 348878 | 19340 841 |
| 6 | | | | New Vehicle - Kia Sorento - Retail | 4070 | 29 | 750178 | 44792 1545 |
| 7 | 2 | 50509 | -62 -31 | New Vehicle - Kia Amanti - Retail | 4080 | 10 | 255216 | 12512 1251 |
| 8 | | | | New Vehicle Incentives - Kia | 6088 | | | 32000 235 |
| 9 | 9 | 207461 | 111152 1239 | TOTAL NEW VEHICLES KIA | | 136 | 2637891 | 206566 1519 |
| | | | | **FINANCE & INSURANCE F/I NEW** | | | | |
| 11 | | 1100 | 804 89 | After Market Products - Kia | 4200 | | 12314 | 8907 65 |
| 12 | | | | Service Contracts New - Kia | 4270 | 13 | 24895 | 15126 1164 |
| 13 | 9 | | 7184 798 | Finance Income New - Kia | 8280 | 111 | | 62419 562 |
| 14 | | | | Insurance Income New - Kia | 8280 | | | |
| 15 | | | 561 62 | Adjustments F&I Service Cont. - Kia | 8295 | | | 6621 49 |
| 16 | | 1100 | 7427 825 | TOTAL KIA NEW F & I | | | 37209 | 79830 587 |
| 17 | | | | New Vehicle - Kia - Fleet | 4200 | | | |
| 18 | 9 | 208561 | 185792 064 | TOTAL NEW VEHICLE DEPARTMENT | | 136 | 2735100 | 286395 2106 |
| | | | | **OTHER FRANCHISE NEW VEHICLE DEPT.** | | | | |
| 20 | 1 | 31295 | -42 -42 | New Vehicles - Other - Retail After Incentives | 4220 | 17 | 235474 | 9747 573 |
| 21 | | | | New Vehicles - Other - Fleet After Incentives | 4230 | | | |
| 22 | 1 | | | Service Contract and F&I Inc. New - Other | 4280 | 4 | | 477 119 |
| 23 | | | | Less: Repo Losses - New Vehicles | 8299 | | | |
| 24 | 1 | 31295 | -42 -42 | TOTAL OTHER VEHICLE DEPARTMENT | | 17 | 235474 | 10224 692 |
| 25 | | | | Cost of Sale LIFO Adjustment - New | | | | |
| 26 | 10 | 239856 | 185371 854 | TOTAL NEW VEHICLE DEPT. | | 153 | 2970574 | 296620 1939 |
| | | | | **USED VEHICLE DEPARTMENT** | | | | |
| 28 | 64 | 908566 | 169790 2633 | Used Retail Vehicles - After Recon. | 4300 | 896 | 11205357 | 1887764 2107 |
| 29 | 2 | 44600 | 52483 624 | Program Vehicles-Kia | 4315 | 60 | 859125 | 133168 2253 |
| 30 | 6 | 7866 | | Used Vehicles - Wholesale | 4320 | 231 | 525723 | |
| 31 | | | 9805 136 | Adjustment - Used Vehicle Inventory | 8330 | | | 78815 66 |
| 32 | 34 | 38526 | 21786 641 | Service Contracts - Used | 4370 | 351 | 422971 | 315198 613 |
| 33 | 56 | | 37655 672 | Finance Income - Used | 8390 | 760 | | 430141 566 |
| 34 | | | | Insurance Income - Used | 8300 | | | |
| 35 | | | 4885 68 | Adjustments F&I Service Cont. Used & Program | 8395 | | | 77971 66 |
| 36 | | | | Less: Repo Losses-Total Used | 8399 | | | |
| 37 | | | | Cost of Sale LIFO Adjustment - Used | 8397 | | | |
| 38 | 72 | 999558 | 219788 3053 | TOTAL USED VEHICLE DEPARTMENT | | 1187 | 13013176 | 2511461 2115 |
| 39 | 82 | 1239414 | 238325 2906 | TOTAL VEHICLE DEPT. | | 1340 | 15983750 | 2808101 2096 |
| | | | | **SERVICE LABOR KIA** | | | | |
| 41 | 58 | 6227 | 44227 1.0 | Customer Mechanical Labor - Kia | 4400 | 717 | 62061 | 447272 1 |
| 42 | 46 | 3478 | 31149 .5 | Warranty Claims Mechanical Labor - Kia | 4420 | 698 | 45653 | 332873 .4 |
| 43 | 48 | 3551 | 20357 .4 | Internal Mechanical Labor - Kia | 4430 | 582 | 49107 | 305236 .2 |
| 44 | 152 | 13256 | 95747 2.2 | TOTAL SERVICE LABOR KIA | | 1997 | 156821 | 1087776 .4 |
| | | | | **OTHER FRANCHISE SERVICE** | | | | |
| 46 | 35 | 2557 | 17786 9.5 | Customer Mechanical Labor - Other | 4408 | 539 | 44163 | 306426 9.4 |
| 47 | | | | Warranty Claims Mechanical Labor - Other | 4428 | | | |
| 48 | 95 | 15768 | 91345 7.9 | Internal Mechanical Labor - Other | 4438 | 1348 | 176152 | 1049815 9.6 |
| 49 | 130 | 18325 | 109125 9.3 | TOTAL SERVICE LABOR-OTHER | | 1887 | 220315 | 1356236 1.6 |
| 50 | 18 | 1384 | 104875 .7 | Pre-Delivery Serving Labor | 4440 | 138 | 10091 | 74167 3.5 |
| 51 | | | 1011 0.3 | Labor - Unapplied Time - Mechanical | 8450 | | | 3291 0.8 |
| 52 | | 32969 | 214336 5.0 | TOTAL SERVICE LABOR | | | 387227 | 2485256 4.2 |
| 53 | | 1967 | 157 8.0 | Sublet Repairs - Mechanical | 4450 | | 41401 | 624015 .1 |
| 54 | 300 | 34932 | 215906 1.8 | TOTAL SERVICE DEPT. | | 4022 | 428628 | 2547635 9.4 |
| | | | | **PAINT & BODY SHOP DEPARTMENT** | | | | |
| 56 | | | | Customer Body Shop Labor | 4500 | | | |
| 57 | | | | Warranty Claims Body Shop Labor | 4520 | | | |
| 58 | | | | Internal Body Shop Labor | 4530 | | | |
| 59 | | | | Unapplied Time - Body Shop | 8500 | | | |
| 60 | | | | Sublet Repairs / Body Shop Materials | 4550 | | | |
| | | | | **PARTS & ACCESSORIES KIA** | | | | |
| 63 | 52 | 5683 | 19343 4.0 | P&A R.O. Cust. Mechanical - Kia | 4700 | 658 | 50628 | 231293 8.1 |
| 64 | 43 | 6548 | 18752 8.6 | P&A Warranty Claims - Kia | 4720 | 621 | 105805 | 298592 8.2 |
| 65 | 46 | 2375 | 7973 3.6 | P&A Internal R.O. - Kia | 4730 | 545 | 34347 | 136823 9.8 |
| 66 | | | | P&A R.O. Cust. Body Shop - Kia | 4710 | | | |
| 67 | 19 | 2113 | 6182 9.2 | P&A Counter Retail - Kia | 4740 | 317 | 25526 | 87092 4.1 |
| 68 | 35 | 8159 | 21282 6.1 | P&A Wholesale - Kia | 4750 | 379 | 56367 | 149622 6.5 |
| 69 | 195 | 24878 | 73522 9.6 | TOTAL PARTS & ACCESSORIES KIA | | 2420 | 282874 | 903403 1.9 |
| | | | | **PARTS & ACCESSORIES OTHER** | | | | |
| 71 | 29 | 1893 | 4752 5.1 | P&A R.O. Cust. Mech. - Other | 4708 | 489 | 33696 | 103343 0.8 |
| 72 | | | | P&A Warranty Claims - Other | 4728 | | | |
| 73 | 92 | 7691 | 28993 7.7 | P&A R.O. Cust. Body Shop / Internal - Other | 4738 | 1215 | 95883 | 373133 8.9 |
| 74 | 25 | 366 | 1443 9.3 | P&A Counter Retail - Other | 4748 | 223 | 5361 | 18143 3.8 |
| 75 | 1 | 8 | 675 .0 | P&A Wholesale - Other | 4758 | 13 | 295 | 11532 .0 |
| 76 | 147 | 9958 | 35243 5.4 | TOTAL OTHER P & A DEPARTMENT | | 1940 | 135135 | 495963 6.7 |
| 77 | | 1457 | 46131 .6 | P&A Inv Adj/Purch Disc Earned | 4795 | | 19337 | 64953 .6 |
| 78 | | | | Tires, Gas, Oil & Grease / Non-Auto Merchandise | 4190 | | | |
| 79 | | | | Cost of Sale LIFO Adjustment - P & A | 8797 | | | |
| 80 | | 36293 | 113373 1.2 | TOTAL PARTS DEPT. | | | 437346 | 1464313 3.5 |
| 81 | | 71225 | 329274 6.2 | TOTAL SERVICE DEPT. | | | 865974 | 4011964 6.3 |
| 82 | | 1310639 | 2712522 0.7 | TOTAL DEPARTMENTS | | | 16849724 | 32092971 2.0 |

KIA 2004 PAGE 4

# DEALER FINANCIAL STATEMENT

**Dealership Name:** INCREDIBLE AUTO SALES
**Address:** 1832 KING AVE WEST
**City, State:** BILLINGS MT



| Month: 12 | Dealer Code: MT004 | Reg./Dist.: DIS |
| --- | --- | --- |
| Year: 05 | | |

## ASSETS

| | Acct. No. | Amount (Omit Cents) |
| --- | --- | --- |
| **CASH AND CONTRACTS** | | |
| Cash on Hand | 2010 | 500 |
| Cash in Bank / Temp. Cash Investment | 2020 | 95798 |
| Contracts in Transit | 2030 | 118628 |
| TOTAL CASH AND CONTRACTS | | 215026 |
| **RECEIVABLES** | Past Due Over 90 Days | |
| Service and Parts | 2100 | 150334 |
| Vehicle | 2110 | 130037 |
| Customer Notes | 2120 | |
| Lease, Rental and Service Contracts | 2130 | |
| Miscellaneous Customer | 2190 | 153473 |
| **DISTRIBUTOR** | | |
| Warranty Claims - Kia | 2200 | 9709 |
| Warranty Claims - Other | 2205 | |
| Pre-Delivery Service - Kia | 2210 | 162 |
| Factory Holdback Receivable - Kia | 2230 | |
| Factory Holdback Receivable - Other | 2235 | |
| Vehicle Incentives | 2240 | 6750 |
| Other Distributor Receivables | 2270 | 6418 |
| Less: Allowance For Doubtful Accounts | 2260 | |
| NET CUST. / DIST. REC. | | 456803 |
| Finance and Insurance Receivables - Current | 2275 | 38575 |
| TOTAL RECEIVABLES | | 495458 |
| **INVENTORIES** | Stock | |
| Demos - Kia | 2300 | |
| Demos - Other | 2310 | |
| New Vehicles - Kia | 2320 | 1249218 |
| New Vehicles - Other | 2330 | 72145 |
| TOTAL NEW VEH. INV. (71) | | 1321363 |
| Used Vehicles - Kia | 2400 | 106816 |
| Used Vehicles - Other | 2405 | 1367957 |
| Company Vehicles - Kia | 2408 | 23503 |
| Parts and Accessories - Kia | 2410 | 155028 |
| Parts and Accessories - Other | 2419 | 12967 |
| Tires, Gas, Oil and Grease | 2420 | 1716 |
| Body Shop Materials / Sublet Repairs | 2450 | 89 |
| Work In Process - Labor | 2470 | 495 |
| Non-Automotive Merchandise | 2480 | |
| TOTAL ALL INVENTORIES | | 3009934 |
| **OTHER CURRENT ASSETS** | | |
| Marketable Securities | 2500 | |
| Prepaid Expenses | 2590 | 87959 |
| TOTAL OTHER CURRENT ASSETS | | 87959 |
| **OTHER VEHICLE ASSETS** | | |
| Lease Vehicles | 2700 | |
| Rental Vehicles | 2710 | 80624 |
| TOTAL OTHER VEHICLE ASSETS | | 80624 |
| TOTAL CURRENT ASSETS | | 3889001 |
| **FIXED ASSETS - AUTO BUSINESS ONLY** | Acct. No. | Cost | Accumulated Depreciation | |
| | | 100419 | 89660 | 10759 |
| | | 572 | 169 | 403 |
| | | 78527 | 70864 | 7663 |
| | | 19012 | 19012 | |
| | | 319939 | 118947 | 201091 |
| | | 518560 | 298652 | 219916 |
| **OTHER ASSETS** | | | | |
| Deposits on Contracts | 2900 | | | |
| Life Insurance - Cash Value | 2910 | | | |
| Notes & Accts Rec. - Officers / Owners / Employee Advances | 2930 | | | |
| Due From Finance Companies - Deferred | 2940 | | | |
| Other Non-Franchised Assets | 2950 | | | |
| TOTAL OTHER ASSETS | | | | |
| TOTAL ASSETS | | | | 4108917 |

## LIABILITIES

| | Acct. No. | Amount (Omit Cents) |
| --- | --- | --- |
| **ACCOUNTS PAYABLE** | | |
| Trade Creditors | 3000 | 139033 |
| Vehicle Lien Payoff | 3010 | 146217 |
| Customer Deposits / Prepaid Dist. Incentives | 3020 | 22533 |
| License and Title Fees | 3030 | |
| TOTAL ACCOUNTS PAYABLE | | 308583 |
| **ACCRUED LIABILITIES** | | |
| Interest | 3100 | 21803 |
| Insurance | 3110 | |
| Payroll | 3120 | 29284 |
| Payroll Taxes / Sales Tax | | 19171 |
| Taxes - Other Than Payroll, Sales & Income | 3150 | |
| Corporate / Income Tax | 3180 | |
| Bonuses - Owners and Employees | 3190 | |
| Pension Fund / Profit Sharing | 3190 | 618 |
| Miscellaneous Accruals / Notes Payable Short Term | | |
| TOTAL ACCRUED LIABILITIES | | 70876 |
| TOTAL ACCTS. PAYABLE & ACCRUED LIABILITIES | | 379465 |
| **NOTES PAYABLE** | | |
| New Vehicles and Demonstrators | 3300 | 1235873 |
| Used Vehicles | 3310 | 895299 |
| Other Inventories | 3320 | 59704 |
| Lease Vehicles | 3400 | |
| Rental Vehicles | 3410 | 33462 |
| TOTAL VEHICLES LIABILITIES | | 2384338 |
| TOTAL CURRENT LIABILITIES | | 2663803 |
| Reserve For Repossession and Service Contract Losses | | 4759 |
| **LONG TERM DEBT** | | |
| Notes Pay. - Capital Loans | 3500 | |
| Mortgages Payable | 3510 | |
| Other Notes & Contracts | 3520 | |
| Owners / Officers Notes | 3530 | 1000000 |
| TOTAL LONG TERM DEBT | | 1000000 |
| TOTAL LIABILITIES | | 3668562 |
| LIFO Reserve Inventory Adjustment | 3600 | |
| **NET WORTH** | | |
| CORPORATION / PROPRIETORSHIP OR PARTNERSHIP | | |
| Capital Stock | | 791293 |
| Add'l. Paid In Capital | 3870 | 1015412 |
| Treasury Stock | 3810 | |
| Retained Earnings | 3920 | -1363453 |
| Dividends / Drawing | | |
| NET INVESTMENT | | 433250 |

### CURRENT EARNINGS BEFORE TAXES

| MO. | | | | |
| --- | --- | --- | --- | --- |
| JAN. | 4 | | 66 | 18 | 2875 |
| FEB. | 13 | 1 | 78 | 3 | 14728 |
| MAR. | 6 | | 83 | 17 | 5770 |
| APR. | 7 | 1 | 67 | 8 | 713 |
| MAY | 15 | | 86 | 19 | 16424 |
| JUNE | 17 | | 85 | 19 | 27246 |
| JULY | 11 | | 74 | 19 | 5236 |
| AUG. | 11 | | 69 | 23 | 1626 |
| SEP. | 16 | 1 | 55 | 23 | 2589 |
| OCT. | 12 | | 58 | 13 | -32714 |
| NOV. | 8 | | 49 | 21 | -42251 |
| DEC. | 22 | | 52 | 20 | 4777 |
| TOT. | 144 | 3 | 813 | 203 | 7187 |

| Estimated Income Tax | | |
| --- | --- | --- |
| Net Profit (Loss) After Taxes | 3990 | 7105 |
| TOTAL NET WORTH | | 440355 |
| TOTAL LIABILITIES & NET WORTH | | 4108917 |

## FINANCIAL SUMMARY

| $ 1048154 | $ 1225198 | $ 884774 | $ 278283 |
| --- | --- | --- | --- |
| Net Working Capital Requirement | Actual Working Capital | Net Cash | Average Monthly Expense |

PAGE 2 — TOTAL INCOME AND EXPENSE

| NAME OF ACCOUNT | ACCT. NO. | TOTAL DEALERSHIP MONTH | D.O.S. | YEAR TO DATE | D.O.S. | (1) NEW KIA DEPARTMENT MONTH | YEAR TO DATE | (2) NEW OTHER DEPARTMENT MONTH | YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL SALES | | 1469018 | | 15598663 | | 465706 | 2974187 | | 52614 |
| TOTAL GROSS PROFIT | | 244658 | 16.65 | 2992603 | 19.19 | 15165 | 338994 | | 74 |
| **DEPARTMENTAL SELLING EXPENSES** | | | | | | | | | |
| Sales Compensation | 7000 | 29290 | 19.7 | 386193 | 12.90 | 2964 | 38735 | | 2137 |
| Supervision Compensation | 7010 | 37833 | 15.46 | 469978 | 15.70 | 5050 | 56548 | | |
| Delivery Expense | 7020 | | | | | | | | |
| Fin. and R.E. Compensation | 7030 | 5703 | 2.33 | 87421 | 2.92 | 1291 | 10950 | | |
| Advertising - Departmental | 7040 | 47905 | 19.58 | 574963 | 19.21 | 16107 | 94959 | | 2711 |
| Interest - Floor Plan | 7050 | 19912 | 8.14 | 156736 | 5.57 | 9188 | 69898 | 1027 | 12200 |
| TOTAL SELLING EXPENSES | | 140643 | 57.49 | 1685291 | 56.31 | 34800 | 271090 | 1027 | 17048 |
| **DEPARTMENTAL OPERATING EXPENSES** | | | | | | | | | |
| Policy Adjustments | 7110 | 160 | 7 | 3502 | 12 | | | | |
| Owners Allowance | 7120 | | | | | | | | |
| Demos. & Company Vehicles - Dept. | 7140 | 8024 | 328 | 100548 | 336 | 1082 | 14135 | | 21 |
| Maintenance & Equipment | 7150 | 2830 | 116 | 33085 | 113 | 713 | 8382 | | |
| Personnel Training | 7160 | 4760 | 195 | 28373 | 95 | 2859 | 7983 | | |
| Outside Services | 7170 | | | | | | | | |
| Freight | 7180 | 378 | 15 | 2329 | 8 | | | | |
| Supplies & Small Tools | 7190 | 1580 | 65 | 15995 | 53 | 216 | 1110 | | 117 |
| Laundry & Uniforms | 7200 | 86 | 4 | 1957 | 5 | | | | |
| Dues, Subs. & Vehicles - Dept. | 7210 | | | | | | | | |
| Equip.-Maint., Repair & Rental-Dept. | 7220 | 711 | 29 | 8532 | 29 | 12 | 132 | | |
| Miscellaneous Expenses | 7230 | 117 | 5 | 1404 | 5 | | | | |
| Salaries & Wages | 7240 | 4698 | 192 | 44565 | 149 | 1278 | 3412 | | |
| Contract Salaries | 7260 | 6349 | 260 | 80539 | 269 | 1270 | 15770 | | |
| Vacation & Time Off Pay | 7270 | 187 | 8 | 9216 | 31 | | | | |
| TOTAL OPERATING EXPENSES | | 29880 | 12.21 | 330451 | 11.04 | 7430 | 50931 | | 138 |
| TOTAL SELLING & OPER. EXP. | | 170523 | | 2015736 | | 42230 | 322021 | 1027 | 17186 |
| TOTAL SELL & OPER EXPS % OF GROSS PROFIT | | | 69.70 | | 67.36 | 278.47% | 94.99% | % | A% |
| DEPT. PROFIT (LOSS) | | 74135 | 0.30 | 976847 | 3264 | -27065 | 16973 | -1027 | -17212 |
| **OVERHEAD EXPENSES / PRORATION OPTIONAL** | | | | | | | | | |
| Rent & Equipment | 7400 | 21176 | 866 | 257037 | 860 | 2492 | 29900 | 110 | 1320 |
| Salaries & Wages - Admin & Company | 7410 | 5171 | 211 | 65514 | 219 | 1034 | 13103 | | |
| Owners Salaries | 7420 | | | | | | | | |
| Payroll Taxes | 7430 | 12766 | 522 | 176233 | 589 | 3117 | 26804 | | |
| Employee Benefits | 7440 | 5120 | 209 | 66114 | 221 | 870 | 10849 | | |
| Pension Fund / Profit Sharing | 7450 | | | | | | | | |
| Advertising - General & Institutional | 7460 | 903 | 37 | 17560 | 59 | 157 | 3312 | | |
| Stationery & Office Supplies | 7470 | 2158 | 88 | 20233 | 68 | 380 | 3261 | | |
| Data Processing Services | 7480 | 6537 | 267 | 82059 | 277 | 1188 | 14185 | | |
| Outside Services - General & Prof. | 7490 | 18425 | 753 | 197768 | 661 | 4065 | 45157 | | |
| Company Vehicles - Administration | 7500 | | | | | | | | |
| Contributions | 7510 | 3901 | 159 | 12207 | 41 | 648 | 2289 | | |
| Dues & Subscriptions | 7520 | 330 | 13 | 7081 | 25 | 34 | 1078 | | |
| Telephone | 7530 | 3316 | 136 | 46453 | 155 | 485 | 5902 | | |
| Legal & Auditing | 7540 | 1826 | 75 | 22147 | 74 | 345 | 4151 | | |
| Postage | 7550 | 1107 | 45 | 12023 | 40 | 131 | 1231 | | |
| Travel & Entertainment | 7580 | 1164 | 40 | 15141 | 51 | 109 | 2421 | | |
| Heat, Light, Power & Water | 7570 | 6530 | 267 | 44167 | 148 | 832 | 6070 | | |
| Insurance - Signs, Fixtures & Furnishings | 7590 | 3151 | 129 | 36865 | 123 | 432 | 5284 | | |
| Insurance, Other, Fire Ins & Equip. etc. | 7580 | 2617 | 107 | 31272 | 104 | 407 | 4852 | | |
| Insurance, Other Than Bldgs & Improvements | 7600 | 5400 | 221 | 52113 | 175 | 1090 | 8973 | 250 | 3000 |
| Taxes, Other Than Real Estate, Payroll & Income | 7610 | | | 14273 | 48 | | 2839 | | |
| Repairs - Other Than Real Estate, Misc. Garage | 7620 | 13238 | 541 | 145590 | 486 | | | | |
| TOTAL OVERHEAD EXPENSES LESS 33.5% INCL. | | 114836 | 4694 | 1323556 | 4423 | 16896 | 191770 | 360 | 4320 |
| TOTAL EXPENSES LESS 25 & 58 | | 285359 | B | 3939392 | C | 59126 | 513791 | 1387 | 21506 |
| ADJUSTED DEPT. PROFIT INCLUDING 3 LESS LINE 54 | | | | | | -43961 | -174797 | -1387 | -21432 |
| OPERATING PROFIT (LOSS) LINE 2 LESS LINE 39 | | -40701 | D | -946709 | E | | | | |
| NET ADDITIONS OR DEDUCTIONS PG. 7 LINE 39 | | 45472 | 1859 | 353816 | 1183 | | TOTAL PERSONNEL EXPENSES | | |
| NET PROFIT (LOSS) BEFORE BONUS | | 4771 | 195 | 7107 | -24 | | | | |
| BONUSES (WRITE-OFFS) IF ACCT. # ON HPUP | 7700 | | | | | MONTH | YEAR TO DATE | | |
| ADJUSTED BONUSES (BASIS) OF CREDIT | 7710 | | | | | $ 107117 | $ 1385872 | | |
| NET PROFIT (LOSS) BEFORE TAXES | | 4771 | 195 | 7107 | 24 | %G.P. 43.78 | %B.P. 46.31 | | |
| RESERVE FOR INCOME TAXES | 7900 | (6) | -0 | 2 | 0 | | | | |
| NET PROFIT (LOSS) AFTER TAXES | | 4777 | 195 | 7105 | 24 | | | | |

| **ADDITIONS TO INCOME** | | | | | | **DEDUCTIONS FROM INCOME** | | | |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NAME | | MONTH | | YEAR TO DATE | | ACCOUNT NAME | | MONTH | YEAR TO DATE |
| Cash Discounts Earned | 8000 | | 65 | | 981 | Cash Discounts Allowed | 8100 | | |
| Interest Earned | 8010 | | | | 1 | Adj. For Doubtful Accounts | 8120 | | |
| Bad Debts Recovered | 8020 | | | | 1000 | Other Deductions | 8140 | 1950 | 26344 |
| Other Income | 8040 | 48055 | | 384510 | | Lease Expenses | 8190 | | |
| Lease Income | 8050 | | | | | Rental Expenses | 8160 | 698 | 8433 |
| Rental Income | 8060 | | | | | | | | |
| TOTAL ADDITIONS | | 48120 | | 386492 | | TOTAL DEDUCTIONS | | 2648 | 33676 |