## TOTAL INCOME AND EXPENSE

PAGE 3

| NAME OF ACCOUNT | ACCT. NO. | (3) USED VEHICLE DEPARTMENT MONTH | YEAR TO DATE | (4) SERVICE DEPARTMENT MONTH | YEAR TO DATE | (5) BODY SHOP DEPARTMENT MONTH | YEAR TO DATE | (6) PARTS & ACCESS. DEPARTMENT MONTH | YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL SALES | | 917105 | 11587193 | 38956 | 479511 | | | 48051 | 505152 |
| TOTAL GROSS PROFIT | | 192673 | 2210438 | 21467 | 276399 | | | 15153 | 166578 |
| **DEPARTMENTAL SELLING EXPENSES** | | | | | | | | | |
| Sales Compensation | 7000 | 21426 | 294818 | 1200 | 33104 | | | 1600 | 17399 |
| Supervision Compensation | 7010 | 24623 | 321937 | 5400 | 62150 | | | 2760 | 29343 |
| Delivery Expense | 7020 | | | | | | | | |
| Fin., Ins. & S.C. Compensation | 7030 | 1412 | 76471 | | | | | | |
| Advertising - Departmental | 7040 | 29890 | 139525 | 1196 | 26322 | | | 512 | 11416 |
| Interest - Floor Plan | 7050 | 9597 | 84638 | | | | | | |
| TOTAL SELLING EXPENSES | | 90048 | 1217389 | 9896 | 121576 | | | 4872 | 58189 |
| **DEPARTMENTAL OPERATING EXPENSES** | | | | | | | | | |
| Policy Adjustments | 7110 | | | 178 | 2361 | | | 32 | 1141 |
| Claims Adjustments | 7120 | | | | | | | | |
| Demos. & Company Vehicles Depr'n | 7140 | 4917 | 62580 | 1476 | 17138 | | | 549 | 6774 |
| Inventory Maintenance | 7150 | 2117 | 25503 | | | | | | |
| Personal Telephone | 7160 | 728 | 8002 | 763 | 7640 | | | 410 | 3948 |
| Outside Services - Departmental | 7170 | | | | | | | | |
| Freight | 7180 | | | | | | | | 378 | 2329 |
| Supplies & Small Tools | 7190 | 689 | 2518 | 627 | 11506 | | | 48 | 724 |
| Laundry & Uniforms | 7200 | | | 82 | 1273 | | | 4 | 94 |
| Dept. Equip. & Vehicles Dep't. | 7210 | | | | | | | | |
| Shop, Maint. Repair & Rental (Dep't.) | 7220 | 258 | 3101 | 308 | 3694 | | | 133 | 1599 |
| Miscellaneous Expenses | 7230 | | | | | | | | 117 | 1404 |
| Salaries & Wages | 7250 | 1215 | 14073 | 2204 | 27180 | | | | |
| Clerical Salaries | 7260 | 2222 | 29286 | 1905 | 23655 | | | 952 | 11820 |
| Vacation & Time Off Pay | 7270 | | 5576 | 187 | 1640 | | | | |
| TOTAL PERSONNEL EXPENSES | | 12147 | 151459 | 7680 | 98087 | | | 2623 | 29839 |
| TOTAL SELLING & OPER. EXPS. | | 102195 | 1368848 | 17576 | 219663 | | | 7495 | 88018 |
| TOTAL SELL & OPER. EXPS. % OF GROSS PROFIT | | 52.9% | 61.9% | 81.87% | 79.42% | % | % | 49.46% | 52.84% |
| DEPT'L PROFIT (LOSS) | | 90678 | 841590 | 3891 | 56936 | | | 7658 | 78560 |
| **OVERHEAD EXPENSES** | | | | PRORATION OPTIONAL | | | | | |
| Rent & Equivalent | 7400 | 12857 | 157522 | 3739 | 14850 | | | 1979 | 23745 |
| Salaries & Wages - Admin. & General | 7410 | 1810 | 22930 | 1551 | 19454 | | | 776 | 9827 |
| Owners Salaries | 7420 | | | | | | | | |
| Payroll Taxes | 7430 | 5886 | 89123 | 1175 | 40205 | | | 1589 | 20103 |
| Employee Benefits | 7440 | 2246 | 30667 | 1351 | 16432 | | | 653 | 8166 |
| Pension Fund / Profit Sharing | 7450 | | | | | | | | |
| Advertising-General & Institutional | 7460 | 415 | 4168 | 272 | 8901 | | | 59 | 1179 |
| Stationery & Office Supplies | 7470 | 1153 | 11173 | 431 | 4232 | | | 194 | 1560 |
| Data Processing Services | 7480 | 1503 | 19423 | 1383 | 18570 | | | 2463 | 30290 |
| Outside Services - General & Inst. | 7490 | 11915 | 130803 | 1724 | 15308 | | | 701 | 6500 |
| Company Vehicles - Administration | 7500 | | | | | | | | |
| Contributions | 7510 | 1796 | 4768 | 971 | 3433 | | | 486 | 1717 |
| Dues & Subscriptions | 7520 | 237 | 4097 | 39 | 1404 | | | 20 | 702 |
| Telephone | 7530 | 1740 | 27372 | 727 | 8786 | | | 364 | 4393 |
| Legal & Auditing | 7540 | 704 | 8656 | 518 | 6227 | | | 259 | 3112 |
| Postage | 7550 | 746 | 8150 | 120 | 1665 | | | 110 | 993 |
| Travel & Entertainment | 7560 | 543 | 7604 | 284 | 3411 | | | 112 | 1705 |
| Heat, Light, Power & Water | 7570 | 3826 | 24414 | 1248 | 9117 | | | 624 | 4558 |
| Insurance, Taxes, Repairs & Equipment | 7580 | 1663 | 18770 | 733 | 8751 | | | 324 | 4050 |
| Insurance, Mdse, Fixtures & Equipment | 7590 | 712 | 8491 | 1186 | 14203 | | | 312 | 3726 |
| Maint. Repairs & Improvements | 7600 | 3160 | 27594 | 600 | 8569 | | | 300 | 4282 |
| Depreciation - Bldg (Equip., Fixed & Impr.) | 7610 | | 5047 | | 1258 | | | | 2129 |
| Miscellaneous | 7620 | 13238 | 145520 | | | | | | |
| TOTAL OVERHEAD EXPENSES | | 66176 | 756859 | 20050 | 237981 | | | 11354 | 132736 |
| TOTAL EXPENSES | | 168071 | 2125707 | 37626 | 457644 | | | 18849 | 220744 |
| ADJUSTED PROFIT (LOSS) | | 24502 | 84731 | -16159 | -181045 | | | -3696 | -54165 |

### ANALYSIS OF OPERATIONS

| | CURRENT MONTH DOLLARS | SALES | UNIT | SAME MONTH AS PRIOR YEAR DOLLARS | SALES | UNIT | CURRENT YEAR TO DATE DOLLARS | SALES | UNIT | PRIOR YEAR TO DATE DOLLARS | SALES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL DOLLAR SALES | 1169818 | | | | | | 15598663 | | | | |
| NEW CAR GROSS | 22 | 15165 | 103 | | | | 144 | 338294 | 217 | | |
| NEW TRUCK GROSS | | | | | | | 3 | 74 | 0 | | |
| USED VEHICLE GROSS | 72 | 192873 | 1312 | | | | 1016 | 2210438 | 1417 | | |
| SERVICE GROSS | | 21467 | 146 | | | | | 276399 | 177 | | |
| BODY SHOP GROSS | | | | | | | | | | | |
| PARTS & ACCESS GROSS | | 15153 | 103 | | | | | 166578 | 107 | | |
| TOTAL GROSS | | 244658 | 1665 | | | | | 2992683 | 1919 | | |
| TOTAL EXPENSES | | 285359 | 1941 | | | | | 3339392 | 2141 | | |
| OPER. PROFIT (LOSS) | | -40701 | -277 | | | | | -346709 | -222 | | |
| NET ADDITIONS OR DEDUCTIONS | | 45472 | 309 | | | | | 353016 | 227 | | |
| TOTAL ADDITIONS | | | | | | | | | | | |
| NET PROFIT (LOSS) BEFORE TAXES | | 4771 | 32 | | | | | 6307 | 5 | | |

### USED VEHICLE TRADE IN SUMMARY / PERSONNEL SUMMARY - USE WHOLE NUMBERS ONLY

| | MONTH | Y-T-D | | NEW | USED | COMB | S&I | SRVC | BODY SHOP | PARTS ACCESS | ACCT | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No Car Sales | | | Owner(s) | | | | | | | | 2 | 2 |
| No Truck Sales | | | Managers / Foreman | 1 | 2 | | 2 | 1 | | 1 | 1 | 8 |
| Other Sales | | | Salesman / Asst. Service Mgrs. | 2 | 6 | | | 1 | | | 1 | 10 |
| **LEASE ANALYSIS** | MONTH | Y-T-D | Service / Body Shop Technicians | | | | | 4 | | | | 4 |
| Retail Lease Units | | | Clerical | | | | | 1 | | | 3 | 4 |
| Retail Lease Gross | | | Other | 1 | 1 | | | | | | | 2 |
| | | | TOTAL PERSONNEL | 4 | 9 | | 2 | 7 | | 2 | 6 | 30 |

| PAGE | CURRENT MONTH | | | | DEPARTMENTAL SALES GROSS PROFIT | | YEAR TO DATE | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | UNITS | SALES | GROSS PROFIT | % | NEW VEHICLES | ACCT | UNITS | SALES | GROSS PROFIT | % |
| 1 | 1 | 22070 | 2701 27.01 | | New Vehicle - Kia Sportage - Retail | 4010 | 16 | 350644 | 29691 10.55 | |
| 2 | | | | | New Vehicle - Kia Rio - Retail | 4030 | 24 | 312589 | 25300 10.54 | |
| 3 | | | | | New Vehicle - Kia Optima - Retail | 4040 | 20 | 371879 | 23548 11.77 | |
| 4 | 1 | 21895 | 989 9.89 | | New Vehicle - Kia Sedona - Retail | 4050 | 21 | 512561 | 55670 22.27 | |
| 5 | 2 | 33735 | 3105 15.53 | | New Vehicle - Kia Spectra - Retail | 4060 | 23 | 377782 | 28175 12.25 | |
| 6 | 2 | 52750 | 2963 14.32 | | New Vehicle - Kia Sorento - Retail | 4070 | 15 | 407908 | 13265 23.18 | |
| 7 | | | | | New Vehicle - Kia Amanti - Retail | 4080 | 5 | 145131 | 15111 30.22 | |
| 8 | | | | | New Vehicle Incentives - Kia | 8000 | | | 36200 2.83 | |
| 9 | 6 | 130458 | 9658 16.10 | | TOTAL KIA NEW VEHICLE RETAIL | | 126 | 2570501 | 246950 19.29 | |
| 10 | | | | | FINANCE & INSURANCE KIA NEW | | | | | |
| 11 | | 1800 | 1320 2.20 | | After Market Products - Kia | 4260 | | 12164 | 3308 0.18 | |
| 12 | | | | | Service Contracts New - Kia | 4270 | 18 | 30074 | 10683 5.94 | |
| 13 | 6 | | 3387 5.65 | | Finance Income New - Kia | 0270 | 112 | | 65998 5.99 | |
| 14 | | | | | Insurance Income New - Kia | 6280 | | | | |
| 15 | | | | | Adjustments F&I Service Cont. - Kia | 6285 | | | 8535 .67 | |
| 16 | | 1800 | 4707 7.85 | | TOTAL KIA NEW F & I | | | 62238 | 91236 7.13 | |
| 17 | 16 | 333448 | 800 .50 | | New Vehicle - Kia - Fleet | 4200 | 16 | 333648 | 800 .50 | |
| 18 | 22 | 465706 | 15165 6.89 | | TOTAL KIA NEW VEHICLE DEPARTMENT | | 144 | 2974107 | 338094 23.54 | |
| 19 | | | | | OTHER FRANCHISE NEW VEHICLE DEPT. | | | | | |
| 20 | | | | | New Vehicles - Other - Retail After Incentives | 4220 | 3 | 52614 | -1979 -6.60 | |
| 21 | | | | | New Vehicles - Other - Fleet After Incentives | 4230 | | | | |
| 22 | | | | | Service Contract and F&I Inc. New - Other | STKIRM | 3 | | 2053 6.84 | |
| 23 | | | | | Less: Repo Losses - New Vehicles | 6280 | | | | |
| 24 | | | | | TOTAL OTHER VEHICLE DEPARTMENT | | 3 | 52614 | 74 .25 | |
| 25 | | | | | Cost of Sale LIFO Adjustment - New | | | | | |
| 26 | 22 | 465706 | 15165 6.89 | | TOTAL NEW VEHICLES DEPT. | | 147 | 3026801 | 339068 22.07 | |
| 27 | | | | | USED VEHICLE DEPARTMENT | | | | | |
| 28 | 52 | 796274 | 168200 32.35 | | Used Retail Vehicles - After Reser. | 4300 | 791 | 10205602 | 1786083 42.58 | |
| 29 | | | | | Program Vehicles - Kia | 4310 | 22 | 340521 | 23281 10.58 | |
| 30 | 20 | 83050 | | | Used Vehicles - Wholesale | 4320 | 203 | 525172 | -40947 -1.99 | |
| 31 | | | 7635 1.06 | | Adjustment - Used Vehicle Inventory | 8330 | | | 102269 1.01 | |
| 32 | 35 | 37781 | 16972 4.85 | | Service Contracts - Used | 4370 | 510 | 515904 | 244145 4.79 | |
| 33 | 51 | | 22842 4.48 | | Finance Income - Used | 6360 | 698 | | 378262 5.42 | |
| 34 | | | | | Insurance Income - Used | 6380 | 0 | | 1743 .21 | |
| 35 | | | 7506 1.04 | | Adjustments F&I Service Cont. Used & Program | 6325 | | | 80360 .79 | |
| 36 | | | | | Less: Repo Losses-Total Used | 6300 | | | | |
| 37 | | | | | Cost of Sale LIFO Adjustment - Used | 6352 | | | | |
| 38 | 72 | 917105 | 192873 26.79 | | TOTAL USED VEHICLE DEPARTMENT | | 1016 | 11587199 | 2210438 21.76 | |
| 39 | 94 | 1382811 | 208038 22.13 | | TOTAL VEHICLE DEPARTMENT | | 1163 | 14614000 | 2549506 21.92 | |
| 40 | | SALES | GROSS PROFIT | % | SERVICE DEPARTMENT KIA | | HOURS | | GROSS PROFIT | % |
| 41 | 46 | 10089 | 6920 68.7 | | Customer Mechanical Labor - Kia | 4400 | 638 | 95613 | 66105 69.1 | |
| 42 | 73 | 5847 | 3836 65.6 | | Warranty Claims Mechanical Labor - Kia | 4420 | 607 | 62431 | 39990 64.1 | |
| 43 | 65 | 2918 | 6562 22.5 | | Internal Mechanical Labor - Kia | 4430 | 541 | 44848 | 22984 51.2 | |
| 44 | 184 | 18854 | 11420 60.6 | | TOTAL SERVICE LABOR KIA | | 1966 | 202892 | 129079 63.6 | |
| 45 | | | | | OTHER FRANCHISE SERVICE | | | | | |
| 46 | 33 | 9197 | 6520 70.9 | | Customer Mechanical Labor - Other | 4400 | 460 | 70060 | 46580 66.5 | |
| 47 | | | | | Warranty Claims Mechanical Labor - Other | 4420 | | | | |
| 48 | 77 | 6101 | 3940 64.6 | | Internal Mechanical Labor - Other | 4430 | 1250 | 159590 | 93242 58.4 | |
| 49 | 110 | 15298 | 10460 68.4 | | TOTAL SERVICE LABOR-OTHER | | 1710 | 229550 | 139822 60.9 | |
| 50 | 14 | 983 | 7337 4.1 | | Pre-Delivery Service Labor | 4440 | 144 | 10054 | 7456 74.8 | |
| 51 | | | 1516 3.9 | | Labor - Unapplied Time - Mechanical | 6450 | | | 4250 0.9 | |
| 52 | | 35137 | 21097 60.0 | | TOTAL SERVICE LABOR | | | 442536 | 273139 61.3 | |
| 53 | | 3812 | 370 9.7 | | Sublet Repair - Mechanical | 4460 | | 36915 | 4460 12.1 | |
| 54 | 308 | 30956 | 21467 55.1 | | TOTAL SERVICE DEPARTMENT | | 3820 | 479511 | 276599 57.7 | |
| 55 | | | | | PAINT & BODY SHOP DEPARTMENT | | | | | |
| 56 | | | | | Customer Body Shop Labor | 4500 | | | | |
| 57 | | | | | Warranty Claims Body Shop Labor | 4520 | | | | |
| 58 | | | | | Internal Body Shop Labor | 4530 | | | | |
| 59 | | | | | Unapplied Time - Body Shop | 6500 | | | | |
| 60 | | | | | Sublet Repairs / Body Shop Materials | 4550 | | | | |
| 61 | | | | | TOTAL PAINT & BODY SHOP | | | | | |
| 62 | | | | | PARTS & ACCESSORIES KIA | | | | | |
| 63 | 45 | 10311 | 3173 30.8 | | P&A R.O. Cust. Mechanical - Kia | 4700 | 525 | 86934 | 41102 35.8 | |
| 64 | 59 | 12130 | 3474 28.6 | | P&A Warranty Claims - Kia | 4720 | 598 | 110887 | 31022 28.0 | |
| 65 | 55 | 1515 | 626 41.3 | | P&A Internal R.O. - Kia | 4730 | 587 | 25365 | 10199 40.2 | |
| 66 | | | | | P&A R.O. Cust. Body Shop - Kia | 4710 | | | | |
| 67 | 34 | 2123 | 9814 6.2 | | P&A Counter Retail - Kia | 4740 | 389 | 46395 | 14589 31.7 | |
| 68 | 38 | 8219 | 2007 25.4 | | P&A Wholesale - Kia | 4760 | 447 | 76289 | 20819 27.3 | |
| 69 | 231 | 34298 | 10341 30.2 | | TOTAL KIA PARTS & ACCESSORIES | | 2616 | 345820 | 1078313 31.3 | |
| 70 | | | | | PARTS & ACCESSORIES OTHER | | | | | |
| 71 | 35 | 9780 | 2714 27.8 | | P&A R.O. Cust. Mech. - Other | 4700 | 426 | 60908 | 17288 20.4 | |
| 72 | | | | | P&A Warranty Claims - Other | 4720 | | | | |
| 73 | 69 | 2511 | 1824 72.6 | | P&A R.O. Cust. Body Shop / Internal - Other | 4710 | 1171 | 73476 | 34521 47.0 | |
| 74 | 24 | 357 | 1243 4.7 | | P&A Counter Retail - Other | 4740 | 230 | 5423 | 1701 32.8 | |
| 75 | 1 | | 266 .7 | | P&A Wholesale - Other | 4750 | 17 | 821 | 161 19.6 | |
| 76 | 129 | 12651 | 4664 35.9 | | TOTAL OTHER P & A DEPARTMENT | | 1844 | 140628 | 53751 38.2 | |
| 77 | | | | | P&A Inv Adjustmnt Disc General | 6720 | | | | |
| 78 | | 1102 | 148 13.4 | | Tires, Gas, Oil & Grease / Non-Auto Merchandise | 4770 | | 18704 | 4996 26.7 | |
| 79 | | | | | Cost of Sale LIFO Adjustment - P & A | 6797 | | | | |
| 80 | | 48051 | 15153 31.5 | | TOTAL PARTS & ACCESSORIES DEPT | | | 505152 | 166578 33.0 | |
| 81 | | 87007 | 36620 42.1 | | TOTAL SERV. & P.A. DEPTS | | | 984663 | 443177 45.0 | |
| 82 | | 1469818 | 244650 16.6 | | TOTAL ALL DEPARTMENTS | | | 15598663 | 2992683 19.2 | |