## DEALER FINANCIAL STATEMENT

PAGE 1

**KIA**

Dealership: INCREDIBLE AUTO SALES
Address: 1832 KING AVE WEST
City, State: BILLINGS MT

Month: 08
Year: 06
MT004
DIS

### ASSETS

| ASSETS | ACCT NO | AMOUNT |
|---|---|---|
| **CASH AND CONTRACTS** | | |
| Cash on Hand | 2010 | 500 |
| Cash in Bank / Temp. Cash Investment | 2020 | 35202 |
| Contracts in Transit | 2030 | 134298 |
| TOTAL CASH AND CONTRACTS LINES 2-4 INCL. | | 170100 |
| **RECEIVABLES** | | |
| CUSTOMER | | |
| Service and Parts | 2100 | 96123 |
| Vehicle | 2110 | 170152 |
| Customer Notes | 2120 | |
| Lease, Rental and Service Contracts | 2130/2140 | |
| Miscellaneous Customer | 2150 | 143729 |
| DISTRIBUTOR | | |
| Warranty Claims - Kia | 2200 | 124004 |
| Warranty Claims - Other | 2209 | |
| Pre-Delivery Service - Kia | 2210 | 430 |
| Factory Holdback Receivable - Kia | 2230 | |
| Factory Holdback Receivable - Other | 2235 | |
| Vehicle Incentives | 2240 | 11000 |
| Other Distributor Receivables | 2270/2250 | 4680 |
| LESS: Allowance For Doubtful Accounts | 2280 | |
| NET CUST. / DIST. REC. LINES 6-21 INCL. | | 450118 |
| Finance and Insurance Receivables - Current | 2270/2280 | 33335 |
| TOTAL RECEIVABLES LINES 22-23 INCL. | | 483453 |
| **INVENTORIES** | CAR | TRUCK |
| * Demos - Kia | 2300 | |
| * Demos - Other | 2310 | |
| * New Vehicles - Kia | 2320 | 854692 |
| * New Vehicles - Other | 2330 | 51900 |
| TOTAL NEW VEH. INV. | | 906592 |
| Used Vehicles - Kia | 2400 | 199159 |
| Used Vehicles - Other | 2405 | 1823928 |
| Program Vehicles - Kia | 2408 | 47659 |
| Parts and Accessories - Kia | 2410 | 131528 |
| Parts and Accessories - Other | 2418 | 18876 |
| Tires, Gas, Oil and Grease | 2430 | 3106 |
| Body Shop Materials / Sublet Repairs | 2460 | 912 |
| Work in Process - Labor | 2470 | 1441 |
| Non-Automotive Merchandise | 2480 | |
| TOTAL AU. INVENTORIES LINES 26-39 | | 3133200 |
| **OTHER CURRENT ASSETS** | | |
| Marketable Securities | 2500 | |
| Prepaid Expenses | 2530/2540 | 163779 |
| TOTAL OTHER CURRENT ASSETS LINES 41-43 INCL. | | 163779 |
| **OTHER VEHICLE ASSETS** | | |
| * Lease Vehicles | 2600/2601 | |
| * Rental Vehicles | 2610/2611 | 41571 |
| TOTAL OTHER VEHICLE ASSETS LINES 46-47 INCL. | | 41571 |
| TOTAL CURRENT ASSETS LINES 5, 24, 40, 44 & 48 | | 3991903 |
| **FIXED ASSETS - AUTO BUSINESS ONLY** | | |
| DESC. | ACCT NO. | COST | ACCUMULATED DEPRECIATION | |
| LAND | 2700 | | | |
| BLDG. & IMPR. | 2710/2711 | | | |
| MACH. EQUIP. | 2720/2721 | 110782 | 93085 | 17697 |
| PARTS EQUIP. | 2730/2731 | 1209 | 318 | 891 |
| FURN, SIGNS, FIXTURES | 2740/2741 | 79803 | 74384 | 5419 |
| COMPANY VEHICLES | 2750/2751 | 19012 | 19012 | |
| LEASEHOLDS | 2760/2761 | 317983 | 130781 | 187202 |
| TOTAL FIXED ASSETS LINES 52-59 INCL. | | 528789 | 317580 | 210909 |
| **OTHER ASSETS** | | |
| Deposits on Contracts | 2800 | |
| Life Insurance - Cash Value | 2810 | |
| Notes & Accts Rec. - Officers / Owners Employee Advances | 2820/2830 | |
| Due From Finance Companies - Deferred | 2840 | |
| Other Non-Franchised Assets | 2850 | |
| TOTAL OTHER ASSETS LINES 61-65 INCL. | | |
| TOTAL ASSETS LINES 49, 59 & 66 | | 4202812 |

### LIABILITIES

| LIABILITIES | ACCT NO | AMOUNT |
|---|---|---|
| **ACCOUNTS PAYABLE** | | |
| Trade Creditors | 3000 | 89980 |
| Vehicle Lien Payoff | 3010 | 194123 |
| Customer Deposits / Prepaid Dist. Incentives | 3020/3025 | 14493 |
| License and Title Fees | 3030 | |
| TOTAL ACCOUNTS PAYABLE LINES 2-5 INCL. | | 298596 |
| **ACCRUED LIABILITIES** | | |
| Interest | 3100 | 20500 |
| Insurance | 3110 | |
| Payroll | 3120 | 20350 |
| Payroll Taxes / Sales Tax | 3130/3140 | 16269 |
| Taxes - Other Than Payroll, Sales & Income | 3150 | |
| Corporate / Income Tax | 3160 | |
| Bonuses - Owners and Employees | 3170/3180 | |
| Pension Fund / Profit Sharing | 3190 | 552 |
| Miscellaneous Accruals / Notes Payable Short Term | 3200/3250 | 68505 |
| TOTAL ACCRUED LIABILITIES LINES 8-16 INCL. | | 126186 |
| TOTAL ACCTS. PAYABLE & ACCRUED LIABILITIES LINES 6 AND 17 | | 424782 |
| **NOTES PAYABLE** | | |
| New Vehicles and Demonstrators | 3300 | 925498 |
| Used Vehicles | 3310 | 1255975 |
| Other Inventories | 3320 | 37589 |
| Lease Vehicles | 3400 | |
| Rental Vehicles | 3410 | 57121 |
| TOTAL VEHICLES LIABILITIES LINES 20-24 | | 2276183 |
| TOTAL CURRENT LIABILITIES LINE 18 AND 25 | | 2700965 |
| Reserve For Repossession and Service Contract Losses | 3500 | 39116 |
| **LONG TERM DEBT** | | |
| Notes Pay. - Capital Loans | 3600 | |
| Mortgages Payable | 3610 | |
| Other Notes & Contracts | 3620 | |
| Owners / Officers Notes | 3630 | 1134137 |
| TOTAL CURRENT PORTION LONG TERM DEBT | | |
| TOTAL LONG TERM DEBT LINES 28-32 INCL. | | 1134137 |
| TOTAL LIABILITIES LINES 26, 27 & 34 INCL. | | 3874218 |
| LIFO Reserve Inventory Adjustment | 3800 | |
| **NET WORTH** | | |
| CORPORATION ☐ PROPRIETORSHIP OR PARTNERSHIP ☐ | | |
| Capital Stock | Investments | 3900/3901 | 781291 |
| Add'l. Paid In Capital | | 3970 | 1263899 |
| Treasury Stock | | 3910 | |
| Retained Earnings | | 3920 | -1590512 |
| Dividends | Drawing | 3930/3931 | |
| NET INVESTMENT LINES 40-44 INCL. | | 454178 |
| **CURRENT EARNINGS BEFORE TAXES** | | |

| MO. | SIS | VEH R | UNIT WHL | UNIT RTL | PROFIT/LOSS |
|---|---|---|---|---|---|
| JAN. | 9 | | 46 | 15 | 4826 |
| FEB. | 8 | | 65 | 4 | 7895 |
| MAR. | 9 | | 46 | 9 | -39007 |
| APR. | 8 | | 46 | 8 | -22794 |
| MAY | 7 | 1 | 52 | 18 | -30328 |
| JUNE | 13 | | 35 | 8 | -51134 |
| JULY | 12 | | 50 | 16 | 1152 |
| AUG. | 11 | | 50 | 17 | 3806 |
| SEP. | | | | | |
| OCT. | | | | | |
| NOV. | | | | | |
| DEC. | | | | | |
| TOT. | 77 | 1 | 390 | 95 | -125684 |

| Estimated Income Tax | | |
| Net Profit (Loss) After Taxes | 3990 | -125684 |
| TOTAL NET WORTH LINES 45 AND 62 | | 328594 |
| TOTAL LIABILITIES & NET WORTH LINES 35, 60 AND 63 | | 4202812 |

### FINANCIAL SUMMARY

| $ 1048154 | $ 1290938 | $ 927500 | $ 255999 |
|---|---|---|---|
| Net Working Capital Requirement | Actual Working Capital (CURRENT ASSETS LESS (CURRENT LIABILITIES & CURRENT PORTION LONG TERM DEBT)) | Net Cash | Average Monthly Expense |

KIA KM DS 2000 PAGE 1

PAGE 2 — TOTAL INCOME AND EXPENSE

| # | NAME OF ACCOUNT | ACCT. NO | TOTAL DEALERSHIP MONTH | % | TOTAL DEALERSHIP YEAR TO DATE | % | (1) NEW KIA DEPARTMENT MONTH | (1) NEW KIA DEPARTMENT YEAR TO DATE | (2) NEW OTHER DEPARTMENT MONTH | (2) NEW OTHER DEPARTMENT YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TOTAL SALES | | 1163166 | | 8522705 | | 234588 | 1715101 | | 8304 |
| 2 | TOTAL GROSS PROFIT | | 237651 20.43 | | 1687816 19.80 | | 45436 | 214216 | | |
| 3 | DEPARTMENTAL SELLING EXPENSES | | | | | | | | | |
| 4 | Sales Compensation | 7000 | 32331 13.60 | | 231828 4.37 | | 3121 | 17489 | | 285 |
| 5 | Supervision Compensation | 7010 | 23047 9.70 | | 232631 13.78 | | 2400 | 28297 | | |
| 6 | Delivery Expenses | 7020 | | | | | | | | |
| 7 | Pm., Ins. & S.C. Compensation | 7030 | 5224 2.20 | | 43102 2.55 | | 1029 | 3965 | | |
| 8 | Advertising - Departmental | 7040 | 42897 18.05 | | 335907 19.90 | | 5006 | 53264 | | |
| 9 | Interest - Floor Plan | 7050 | 20441 8.60 | | 154439 9.15 | | 7577 | 62019 | 485 | 5300 |
| 10 | TOTAL SELLING EXPENSES LINES 4-9 INCL. | | 123940 52.15 | | 997907 59.12 | | 19133 | 165034 | 485 | 5585 |
| 11 | DEPARTMENTAL OPERATING EXPENSES | | | | | | | | | |
| 12 | Policy Adjustments | 7110 | 411 .17 | | 1866 .11 | | | | | |
| 13 | Claims Adjustments | 7120 | | | | | | | | |
| 14 | Damag. & Company Vehicles - Dept'l | 7140 | 8450 3.56 | | 58596 3.47 | | 1416 | 8920 | | |
| 15 | Inventory Maintenance | 7150 | 2888 1.22 | | 21659 1.28 | | 686 | 5268 | | |
| 16 | Personnel Training | 7160 | 1258 .53 | | 8826 .52 | | 113 | 748 | | |
| 17 | Outside Services - Departmental | 7170 | | | | | | | | |
| 18 | Freight | 7180 | 375 .16 | | 1741 .10 | | | | | |
| 19 | Supplies & Small Tools | 7190 | 1087 .46 | | 8805 .52 | | 79 | 526 | | |
| 20 | Laundry & Uniforms | 7200 | 57 .02 | | 1275 .08 | | | | | |
| 21 | Depr.-Equip. & Vehicles-Dept'l | 7210 | | | | | | | | |
| 22 | Equip.-Maint.-Repair & Rental-Dept'l | 7220 | 473 .20 | | 4006 .24 | | 12 | 78 | | |
| 23 | Miscellaneous Expenses | 7230 | 117 .05 | | 936 .06 | | | | | |
| 24 | Salaries & Wages | 7250 | 2394 1.01 | | 18152 1.08 | | | | | |
| 25 | Clerical Salaries | 7260 | 5742 2.42 | | 52540 3.12 | | 1148 | 9595 | | |
| 26 | Vacation & Time Off Pay | 7270 | 159 .07 | | 3830 .23 | | | | | |
| 27 | TOTAL OPERATING EXPENSES LINES 12-26 INCL. | | 23411 9.85 | | 182332 10.80 | | 3454 | 25135 | | |
| 28 | TOTAL SELLING & OPER. EXPS. LINES 10 & 27 | | 147351 | | 1180239 | | 22587 | 190169 | 485 | 5585 |
| 29 | TOTAL SELL. & OPER. EXPS. % OF GROSS PROFIT | | 62.00 | | 69.93 | | 49.71% | 88.77% | % | % |
| 30 | DEPT'L. PROFIT (LOSS) LINE 2 LESS LINE 28 | | 90300 3.80 | | 507579 3.00 | | 22849 | 24047 | -485 | -5585 |
| 31 | OVERHEAD EXPENSES | | | | | | | | PRORATION OCT. TOTAL — % | |
| 32 | Rent & Equivalent | 7400 | 21596 9.09 | | 170646 10.11 | | 2865 | 21802 | 110 | 880 |
| 33 | Salaries & Wages - Admin. & General | 7410 | 5183 2.18 | | 41131 2.45 | | 1037 | 8286 | | |
| 34 | Owners Salaries | 7420 | 10000 4.21 | | 20000 1.18 | | 1300 | 2600 | | |
| 35 | Payroll Taxes | 7430 | 10713 4.51 | | 97063 5.75 | | 1668 | 14568 | | |
| 36 | Employee Benefits | 7440 | 4365 1.84 | | 38904 2.30 | | 585 | 5266 | | |
| 37 | Pension Fund / Profit Sharing | 7450 | | | | | | | | |
| 38 | Advertising - General & Institutional | 7460 | 1332 .56 | | 7187 .43 | | 93 | 754 | | |
| 39 | Stationery & Office Supplies | 7470 | 1391 .59 | | 9403 .56 | | 212 | 1432 | | |
| 40 | Data Processing Services | 7480 | 5429 2.28 | | 47138 2.79 | | 827 | 7196 | | |
| 41 | Outside Services - General & Inst. | 7490 | 17166 7.22 | | 132929 7.88 | | 3234 | 26472 | | |
| 42 | Company Vehicles - Administration | 7500 | | | | | | | | |
| 43 | Contributions | 7510 | 1751 .74 | | 14536 .86 | | 228 | 1924 | | |
| 44 | Dues & Subscriptions | 7520 | 394 .17 | | 3895 .23 | | 48 | 433 | | |
| 45 | Telephone | 7530 | 2338 .98 | | 25094 1.49 | | 343 | 3428 | | |
| 46 | Legal & Auditing | 7540 | 3526 1.48 | | 27000 1.60 | | 465 | 3600 | | |
| 47 | Postage | 7550 | 634 .27 | | 5520 .33 | | 29 | 509 | | |
| 48 | Travel & Entertainment | 7560 | 1423 .60 | | 6496 .38 | | 285 | 974 | | |
| 49 | Heat, Light, Power & Water | 7570 | 3121 1.31 | | 26911 1.59 | | 424 | 3959 | | |
| 50 | Insurance, Depr. Repairs & Equipment Maintenance, Repair & Rental | 7580 | 2948 1.24 | | 25108 1.49 | | 447 | 3568 | | |
| 51 | Insurance, Repr. Repairs & Equipment - Organization | 7590 | 2580 1.09 | | 20536 1.22 | | 403 | 3224 | | |
| 52 | Insurance - Other Than Bldgs. & Improvements | 7600 | 5180 2.18 | | 40719 2.41 | | 907 | 7572 | 250 | 2000 |
| 53 | Taxes - Other Than Real Estate, Payroll & Income | 7610 | 1306 .55 | | 10525 .62 | | 245 | 2077 | | |
| 54 | Interest - Other Than Floor Plan & R.E. Mortgage | 7620 | 11596 4.88 | | 96713 5.73 | | | | | |
| 55 | TOTAL OVERHEAD EXPENSES LINES 32-54 INCL. | | 113972 47.96 | | 867754 51.41 | | 15645 | 119644 | 360 | 2880 |
| 56 | TOTAL EXPENSES LINES 28 & 55 | | 261323 A | | 2047993 B | | 38232 | 309813 | 845 | 8465 |
| 57 | ADJUSTED DEPT. PROFIT (LOSS) LINE 2 LESS LINE 56 | | | | | | 7204 | -95597 | -845 | -8465 |
| 58 | OPERATING PROFIT (LOSS) LINE 2 LESS LINE 56 | | -23672 -9.96 | | -360175 C | | | | | |
| 59 | NET ADDITIONS OR DEDUCTIONS (L.74 LESS L.75) | | 27476 11.56 | | 234590 13.90 | | | | | |
| 60 | NET PROFIT (LOSS) BEFORE BONUS | | 3804 1.60 | | -125585 -7.44 | | | TOTAL PERSONNEL EXPENSES | | |
| 61 | BONUSES-EMPLOYEES (Mngrs. & Sales) | 7700 | | | | | MONTH | | YEAR TO DATE | |
| 62 | BONUSES-OWNERS (Except Corp.) | 7710 | | | | | $ 891.58 | | $ 759581. | |
| 63 | NET PROFIT (LOSS) BEFORE TAXES | | 3804 1.60 | | -125585 -7.44 | | M.C.P. 37.52 | | M.C.P. 45.00 | |
| 64 | ESTIMATED INCOME TAXES | 7800 | (2) -0 | | (1) -0 | | LINES 4, 5, 7, 24, 25, 26, 33, 34, 36 & 37 | | | |
| 65 | NET PROFIT (LOSS) AFTER TAXES | | 3806 1.60 | | -125584 -7.44 | | | | | |
| 66 | | | | | | | | | | |
| 67 | ADDITIONS TO INCOME | | | | | | DEDUCTIONS FROM INCOME | | | |
| 68 | ACCOUNT NAME | ACCT. NO | MONTH | | YEAR TO DATE | | ACCOUNT NAME | ACCT. NO | MONTH | YEAR TO DATE |
| 69 | Cash Discounts Earned | 8000 | 97 | | 569 | | Cash Discounts Allowed | 8100 | | |
| 70 | Interest Earned | 8010 | | | | | Adj. For Doubtful Accounts | 8120 | | |
| 71 | Bad Debts Recovered | 8020 | | | | | Other Deductions | 8150 | 1980 | 8995 |
| 72 | Other Income | 8040 | 29700 | | 246896 | | Lease Expenses | 8150 | | |
| 73 | Lease Income | 8050 | | | | | Rental Expenses | 8180 | 341 | 3880 |
| 74 | Rental Income | 8060 | | | | | | | | |
| 75 | | | | | | | | | | |
| 76 | TOTAL ADDITIONS LINES 69-75 INCL. | | 29797 | | 247465 | | TOTAL DEDUCTIONS LINES 69-75 INCL. | | 2321 | 12875 |