## TOTAL INCOME AND EXPENSE

PAGE 3

| NAME OF ACCOUNT | ACCT. NO. | (3) USED VEHICLE DEPARTMENT | | (4) SERVICE DEPARTMENT | | (5) BODY SHOP DEPARTMENT | | (6) PARTS & ACCESS. DEPARTMENT | |
|---|---|---|---|---|---|---|---|---|---|
| | | MONTH | YEAR TO DATE | MONTH | YEAR TO DATE | MONTH | YEAR TO DATE | MONTH | YEAR TO DATE |
| TOTAL SALES | | 838574 | 6131342 | 45663 | 279516 | | | 44341 | 388442 |
| TOTAL GROSS PROFIT | | 154340 | 1203368 | 24533 | 152108 | | | 13342 | 118126 |
| **DEPARTMENTAL SELLING EXPENSE** | | | | | | | | | |
| Sales Compensation | 7000 | 23310 | 172557 | 4300 | 28450 | | | 1600 | 13047 |
| Supervision Compensation | 7010 | 13915 | 143686 | 4000 | 38125 | | | 2733 | 22523 |
| Delivery Expenses | 7020 | | | | | | | | |
| Fin., Ins., & S.C. Compensation | 7030 | 4195 | 39137 | | | | | | |
| Advertising - Departmental | 7040 | 37825 | 262125 | 138 | 14942 | | | -72 | 5576 |
| Interest - Floor Plan | 7050 | 12379 | 87120 | | | | | | |
| TOTAL SELLING EXPENSES LINES 6-7 INCL. | | 91624 | 704625 | 8438 | 81517 | | | 4260 | 41146 |
| **DEPARTMENTAL OPERATING EXPENSE** | | | | | | | | | |
| Policy Adjustments | 7110 | | | 409 | 1810 | | | 2 | 56 |
| Claims Adjustments | 7120 | | | | | | | | |
| Comm. & Company Vehicles - Dept. | 7140 | 5049 | 33642 | 1421 | 11808 | | | 564 | 4226 |
| Inventory Maintenance | 7150 | 2202 | 16391 | | | | | | |
| Personnel Training | 7160 | 121 | 500 | 720 | 5039 | | | 304 | 2539 |
| Outside Services - Departmental | 7170 | | | | | | | | |
| Freight | 7180 | | | | | | | 375 | 1741 |
| Supplies & Small Tools | 7190 | 207 | 2571 | 742 | 5253 | | | 53 | 455 |
| Laundry & Uniforms | 7200 | | | 52 | 1086 | | | 5 | 189 |
| Depr.,Equip. & Vehicles-Dept. | 7210 | | | | | | | | |
| Equip.,Maint., Repair & Readjustmt. | 7220 | 20 | 431 | 308 | 2442 | | | 133 | 1055 |
| Miscellaneous Expenses | 7230 | | | | | | | 117 | 936 |
| Salaries & Wages | 7250 | 56 | 772 | 2338 | 17210 | | | | 170 |
| Clerical Salaries | 7260 | 2010 | 21457 | 1723 | 14392 | | | 861 | 7196 |
| Vacation & Time Off Pay | 7270 | | | 159 | 3830 | | | | |
| TOTAL OPERATING EXPENSES | | 9665 | 75764 | 7872 | 62870 | | | 2420 | 18563 |
| TOTAL SELLING & OPER. EXP. | | 101289 | 780389 | 16310 | 144387 | | | 6680 | 59709 |
| TOTAL SELL. & OPER. EXP. % OF GROSS PROFIT | | 65.63% | 64.85% | 66.48% | 94.92% | % | % | 50.07% | 50.55% |
| DEPT'L PROFIT (LOSS) | | 53051 | 422979 | 8223 | 7721 | | | 6662 | 58417 |
| **OVERHEAD EXPENSE** | | | | | | | | | |
| Rent & Equivalent | 7400 | 12064 | 98029 | 4298 | 32703 | | | 2259 | 17232 |
| Salaries & Wages - Admin. & General | 7410 | 1814 | 14501 | 1555 | 12429 | | | 777 | 6215 |
| Owners Salaries | 7420 | 5775 | 11550 | 1950 | 3900 | | | 975 | 1950 |
| Payroll Taxes | 7430 | 5292 | 49717 | 2502 | 21852 | | | 1251 | 10926 |
| Employee Benefits | 7440 | 2465 | 21789 | 877 | 7899 | | | 438 | 3950 |
| Pension Fund / Profit Sharing | 7450 | | | | | | | | |
| Advertising-General & Institutional | 7460 | 870 | 3521 | 299 | 2362 | | | 70 | 550 |
| Stationery & Office Supplies | 7470 | 639 | 5113 | 360 | 1934 | | | 180 | 924 |
| Data Processing Services | 7480 | 1219 | 10521 | 1219 | 10570 | | | 2164 | 18051 |
| Outside Services - General & Inst. | 7490 | 12420 | 94777 | 1008 | 8241 | | | 504 | 3439 |
| Company Vehicles - Administration | 7600 | | | | | | | | |
| Contributions | 7610 | 1011 | 8284 | 141 | 2885 | | | 171 | 1443 |
| Dues & Subscriptions | 7620 | 244 | 2422 | 68 | 590 | | | 34 | 450 |
| Telephone | 7630 | 1222 | 14017 | 515 | 5099 | | | 258 | 2550 |
| Legal & Auditing | 7640 | 2014 | 15300 | 698 | 5400 | | | 349 | 2700 |
| Postage | 7650 | 551 | 4187 | 36 | 449 | | | 18 | 375 |
| Travel & Entertainment | 7660 | 498 | 3331 | 427 | 1461 | | | 213 | 730 |
| Heat, Light, Power & Water | 7670 | 1743 | 13945 | 636 | 5938 | | | 318 | 2969 |
| Insurance, Signs, Fixtures & Equipment | 7680 | 1423 | 12656 | 743 | 6156 | | | 335 | 2728 |
| Insurance, Signs, Repairs & Equipment | 7690 | 723 | 5782 | 1140 | 9116 | | | 314 | 2514 |
| Ins.-Other Than Bldgs. & Improvements | 7800 | 3167 | 24130 | 571 | 4678 | | | 285 | 2339 |
| Taxes-Other Than Payroll, Sales & Income | 7810 | 509 | 3774 | 368 | 3116 | | | 184 | 1558 |
| Interest-Other Than Floor Plan & R.E. Mortgage | 7820 | 11596 | 96713 | | | | | | |
| TOTAL OVERHEAD EXPENSES | | 67259 | 514059 | 19611 | 146778 | | | 11097 | 84393 |
| TOTAL EXPENSES LINES 26-86 | | 168548 | 1294448 | 35921 | 291165 | | | 17777 | 144102 |
| ADJUSTED DEPT. PROFIT (LOSS) | | -14208 | -91080 | -11388 | -139057 | | | -4435 | -25976 |

### ANALYSIS OF OPERATIONS

| | CURRENT MONTH | | | SAME MONTH AS PRIOR YEAR | | | CURRENT YEAR TO DATE | | | PRIOR YEAR TO DATE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | UNIT SALES | DOLLARS | % SALES | UNIT SALES | DOLLARS | % SALES | UNIT SALES | DOLLARS | % SALES | UNIT SALES | DOLLARS | % SALES |
| TOTAL DOLLAR SALES | | 1163166 | | | | | | 8522705 | | | | |
| NEW KIA GROSS | 11 | 45436 | 3.91 | | | | 77 | 214216 | 2.51 | | | |
| NEW OTHER GROSS | | | | | | | 1 | | | | | |
| USED VEHICLE GROSS | 67 | 154340 | 13.27 | | | | 485 | 1203368 | 14.12 | | | |
| SERVICE GROSS | | 24533 | 2.11 | | | | | 152108 | 1.78 | | | |
| BODY SHOP GROSS | | | | | | | | | | | | |
| PARTS & ACCESS GROSS | | 13342 | 1.15 | | | | | 118126 | 1.39 | | | |
| TOTAL GROSS | | 237651 | 20.43 | | | | | 1687818 | 19.80 | | | |
| TOTAL EXPENSES | | 261312 | 22.47 | | | | | 2047993 | 24.03 | | | |
| OPER. PROFIT (LOSS) | | -23672 | -2.04 | | | | | -360175 | -4.23 | | | |
| NET ADDITIONS OR DEDUCTIONS | | 27476 | 2.36 | | | | | 234590 | 2.75 | | | |
| TOTAL BONUSES | | | | | | | | | | | | |
| NET PROFIT (LOSS) BEFORE TAXES | | 3804 | .33 | | | | | -125585 | -1.47 | | | |

### USED VEHICLE TRADE-IN SUMMARY

| Trade-Ins Received On: | UNITS | UNITS |
|---|---|---|
| Kia Car Sales | | |
| Kia Truck Sales | | |
| Other Sales | | |

### LEASE ANALYSIS

| | MONTH | Y-T-D |
|---|---|---|
| Retail Lease Units | | |
| Retail Lease Gross | | |

### PERSONNEL SUMMARY - USE WHOLE NUMBERS ONLY

| Description | NEW | USED | COMB. | F&I | SERV. | BODY SHOP | PARTS & ACCESS | ADM. | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| Owner(s) | | | | | | | | 2 | 2 |
| Managers / Foremen | 1 | 2 | | 1 | 1 | | 1 | | 6 |
| Salespersons / Asst. Service Mgrs. | 2 | 7 | | | 1 | | 1 | | 11 |
| Service / Body Shop Technicians | | | | | 3 | | | | 3 |
| Clerical | | | | | 1 | | | 2 | 3 |
| Other | | 1 | | | | | | | 1 |
| TOTAL PERSONNEL | 3 | 10 | | 1 | 6 | | 2 | 4 | 26 |

| # | CURRENT MONTH | | | Description | Acct | UNITS | YTD SALES | YTD GROSS PROFIT |
|---|---|---|---|---|---|---|---|---|
| | UNITS | SALES | GROSS PROFIT | | | | | |
| 1 | 1 | 24659 | 44084408 | New Vehicle - Kia Sportage - Retail | 4010 | 7 | 161784 | 243333476 |
| 2 | 4 | 52740 | 90342259 | New Vehicle - Kia Rio - Retail | 4030 | 12 | 179613 | 236901974 |
| 3 | 2 | 34650 | 43302165 | New Vehicle - Kia Optima - Retail | 4040 | 9 | 164338 | 186902077 |
| 4 | 2 | 53614 | 72033602 | New Vehicle - Kia Sedona - Retail | 4050 | 15 | 385734 | 323782159 |
| 5 | | | | New Vehicle - Kia Spectra - Retail | 4060 | 7 | 118355 | 135451935 |
| 6 | 2 | 52133 | 33561678 | New Vehicle - Kia Sorento - Retail | 4070 | 13 | 356993 | 310202386 |
| 7 | | | | New Vehicle - Kia Amanti - Retail | 4080 | 2 | 54367 | 37481874 |
| 8 | | | 9900 900 | New Vehicle Incentives - Kia | 0099 | | 37300 574 | |
| 9 | 11 | 227796 | 382313476 | TOTAL NEW VEHICLE RETAIL | | 65 | 1421184 | 1647042842 |
| 10 | | | | FINANCE & INSURANCE KIA NEW | | | | |
| 11 | | 3598 | 2534 230 | After Market Products - Kia | 4250 | | 9683 | 6884 106 |
| 12 | 2 | 3194 | 1067 534 | Service Contracts New - Kia | 4270 | 7 | 11306 | 3526 504 |
| 13 | | | 4615 | Finance Income New - Kia | 4280 | 45 | | 25132 558 |
| 14 | | | | Insurance Income New - Kia | 4290 | | | |
| 15 | | | 1011 92 | Adjustments F&I Service Cont. - Kia | 6295 | | | 6630 102 |
| 16 | | 6792 | 7205 655 | TOTAL KIA NEW F&I | | | 20989 | 28912 445 |
| 17 | | | | New Vehicle - Kia - Fleet | 4200 | 12 | 272928 | 600 50 |
| 18 | | | | Cost of Sale LIFO Adjustment New - Kia | 6297 | | | |
| 19 | 11 | 234588 | 454364131 | TOTAL NEW VEHICLE DEPARTMENT | | 77 | 1715101 | 2142162782 |
| 20 | | | | OTHER FRANCHISE NEW VEHICLE DEPT. | | | | |
| 21 | | | | New Vehicles - Other - Retail After Incentives | 4220 | 1 | 8304 | |
| 22 | | | | New Vehicles - Other - Fleet After Incentives | 4230 | | | |
| 23 | | | | Service Contract and F&I Inc. New - Other | | | | |
| 24 | | | | Less: Repo Losses - New Vehicles | 6200 | | | |
| 25 | | | | Cost of Sale LIFO Adjustment New - Other | 6298 | | | |
| 26 | | | | TOTAL OTHER VEHICLE DEPARTMENT | | 1 | 8304 | |
| 27 | 11 | 234588 | 454364131 | TOTAL NEW VEHICLE DEPT | | 78 | 1723405 | 2142162746 |
| 28 | | | | USED VEHICLE DEPARTMENT | | | | |
| 29 | 50 | 69901 | 1348662697 | Used Retail Vehicles - After Recon. | 4300 | 381 | 5180225 | 1006329264 |
| 30 | | | | Program Vehicles - Kia | 4315 | 9 | 122512 | 17867 1985 |
| 31 | 17 | 121383 | | Used Vehicles - Wholesale | 4320 | 95 | 509993 | |
| 32 | | | 4293 64 | Adjustment - Used Vehicle Inventory | 0320 | | | 58058 121 |
| 33 | 30 | 28090 | 14528 481 | Service Contracts - Used | 4370 | 288 | 308612 | 139791 485 |
| 34 | | | 15041 | Finance Income - Used | 6380 | 306 | | 143832 470 |
| 35 | | | | Insurance Income - Used | 6380 | | | |
| 36 | | | 5702 85 | Adjustments F&I Service Cont. Used & Program | 6395 | | | 45587 94 |
| 37 | | | | Less: Repo Losses - Total Used | 6399 | | | |
| 38 | | | | Cost of Sale LIFO Adjustment - Used | 6397 | | | |
| 39 | 67 | 838574 | 1543402304 | TOTAL USED VEHICLE DEPARTMENT | | 485 | 6131342 | 1203368248 |
| 40 | 78 | 1073162 | 1997762561 | TOTAL VEHICLE DEPARTMENT | | 563 | 7854747 | 141758425 |
| 41 | | | | SERVICE DEPARTMENT | | | | |
| 42 | 57 | 11278 | 812972.1 | Customer Mechanical Labor - Kia | 4400 | 366 | 68017 | 4696559.0 |
| 43 | 38 | 2350 | 136858.2 | Warranty Claims Mechanical Labor - Kia | 4420 | 349 | 27320 | 1749664.0 |
| 44 | 50 | 2952 | -403 D | Internal Mechanical Labor - Kia | 4430 | 408 | 24683 | 615324.9 |
| 45 | 145 | 16580 | 909454.6 | TOTAL KIA SERVICE LABOR | | 1123 | 120020 | 7061458.6 |
| 46 | 59 | 9290 | 666771.8 | Customer Mechanical Labor - Other | 4400 | 283 | 39959 | 2772269.4 |
| 47 | | | | Warranty Claims Mechanical Labor - Other | 4425 | | | |
| 48 | 132 | 15657 | 798151.0 | Internal Mechanical Labor - Other | 4439 | 887 | 102804 | 5139650.0 |
| 49 | 191 | 24947 | 1464858.7 | TOTAL SERVICE LABOR-OTHER | | 1170 | 142763 | 7911855.4 |
| 50 | 6 | 430 | 30270.2 | Pre-Delivery Service Labor | 4440 | 45 | 3360 | 250074.4 |
| 51 | | | 117 0.3 | Labor - Unapplied Time - Mechanical | 6460 | | | 2213 0.8 |
| 52 | | 41957 | 2392757.0 | TOTAL SERVICE LABOR | | | 266143 | 15001956.4 |
| 53 | | 3706 | 60616.4 | Sublet Repairs - Mechanical | 4460 | | 13373 | 209915.6 |
| 54 | 342 | 45663 | 2453353.7 | TOTAL SERVICE DEPARTMENT | | 2338 | 279516 | 15210854.4 |
| 55 | | | | PAINT & BODY SHOP DEPARTMENT | | | | |
| 56 | | | | Customer Body Shop Labor | 4500 | | | |
| 57 | | | | Warranty Claims Body Shop Labor | 4520 | | | |
| 58 | | | | Internal Body Shop Labor | 4530 | | | |
| 59 | | | | Unapplied Time - Body Shop | 6560 | | | |
| 60 | | | | Sublet Repairs / Body Shop Materials | | | | |
| 61 | | | | TOTAL PAINT & BODY SHOP | | | | |
| 62 | | | | PARTS & ACCESSORIES | | | | |
| 63 | 53 | 7982 | 312539.2 | P&A R.O. Cust. Mechanical - Kia | 4700 | 362 | 58256 | 2236338.4 |
| 64 | 35 | 6845 | 158223.1 | P&A Warranty Claims - Kia | 4720 | 324 | 97940 | 2757528.2 |
| 65 | 49 | 2233 | 79735.7 | P&A Internal R.O. - Kia | 4730 | 415 | 22664 | 717231.5 |
| 66 | | | | P&A R.O. Cust. Body Shop - Kia | 4710 | | | |
| 67 | 52 | 2928 | 104935.8 | P&A Counter Retail - Kia | 4740 | 319 | 31639 | 1043933.0 |
| 68 | 27 | 4257 | 95132.3 | P&A Wholesale - Kia | 4750 | 249 | 65001 | 1591824.1 |
| 69 | 216 | 24245 | 750431.0 | TOTAL PARTS & ACCESSORIES | | 1669 | 276500 | 8346730.2 |
| 70 | 56 | 7924 | 205329.7 | P&A R.O. Cust. Mech. - Other | 4705 | 267 | 27393 | 859831.4 |
| 71 | | | | P&A Warranty Claims - Other | 4725 | | | |
| 72 | 123 | 9866 | 333833.8 | P&A R.O. Cust. Body Shop / Internal - Other | 4715 | 840 | 67714 | 2355534.8 |
| 73 | 19 | 515 | 18836.5 | P&A Counter Retail - Other | 4745 | 115 | 4850 | 133127.4 |
| 74 | | -89 | -1.02 F | P&A Wholesale - Other | 4760 | 7 | -38 | -77 F |
| 75 | 198 | 18216 | 57731.7 | TOTAL OTHER P&A DEPARTMENT | | 1229 | 99919 | 3340733.4 |
| 76 | | | | P&A Inv Adj/Purch Disc Earned | | | | |
| 77 | | 1880 | 61 3.2 | Tires, Gas, Oil & Grease / Non-Auto Merchandise | | | 12023 | 125210.4 |
| 78 | | | | Cost of Sale LIFO Adjustment - P&A | 6797 | | | |
| 79 | | 44341 | 1334230.1 | TOTAL PARTS & ACCESSORIES | | | 388442 | 11812600.4 |
| 80 | | 90004 | 3787542.1 | TOTAL SERVICE DEPARTMENT | | | 667958 | 27023440.5 |
| 81 | | 1163166 | 23765120.4 | TOTAL DEPARTMENT | | | 8522705 | 168781819.8 |

ADP Kia US 7PDG PAGE 4

ITEMS NOT PRINTED BECAUSE OF EXCESSIVE LENGTH:

```
A=10996        B=12134        C=-2134        D=-13.7
E=114.6        F=202.6
```