UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

**INCREDIBLE AUTO SALES LLC**,

Debtor.

Case No. **06-60855-11**

# O R D E R

At Butte in said District this 6th day of November, 2006.

Upon review of Debtor's "Emergency Motion to Extend Deadlines for Filing Schedules, Statement of Affairs and Initial U.S. Trustee Reports and to Reset Date for 341 Meeting" filed November 5, 2006,

IT IS ORDERED that Debtor's Motion to Extend Deadlines for Filing Schedules and Statement of Financial Affairs is GRANTED, in part; Debtor shall have through Sunday, November 19, 2006, to file its Schedules and Statement of Financial Affairs; and Debtor's Motion to Reset Date for 341 Meeting is DENIED on the basis that such request should be directed to the Trustee and/or Office of the United States Trustee, and not the Court.

IT IS FURTHER ORDERED that a hearing on Debtor's Motion to Extend Deadlines for Filing Initial U.S. Trustee Reports shall be held **Tuesday, November 14, 2006, at 09:00 a.m.**, or as soon thereafter as the parties can be heard, in the 5TH FLOOR COURTROOM, FEDERAL BUILDING, 316 NORTH 26TH, BILLINGS, MONTANA. Debtor's counsel shall appear at the

hearing and be prepared to show cause why the Court should grant Debtor additional time to submit the appropriate reports to the Office of the United States Trustee.

                                                        BY THE COURT

                                                       *Ralph B. Kirscher*

                                                       HON. RALPH B. KIRSCHER
                                                       U.S. Bankruptcy Judge
                                                       United States Bankruptcy Court
                                                       District of Montana