UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

**INCREDIBLE AUTO SALES LLC**, Case No. **06-60855-11**

Debtor.

# O R D E R

At Butte in said District this 14th day of November, 2006.

In this Chapter 11 bankruptcy, after due notice, a hearing was held November 14, 2006, in Billings on Debtor's Motion to Extend Deadlines for Filing Initial U.S. Trustee Reports. Counsel for Debtor appeared at the hearing and represented that the reports have been produced and the matter is moot. Accordingly,

IT IS ORDERED that Debtor's Motion to Extend Deadlines for Filing Initial U.S. Trustee Reports filed November 5, 2006, is deemed withdrawn.

BY THE COURT

HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana