IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| In re | ) | Bankruptcy No.: 06-60855-RBK-11 |
|---|---|---|
| INCREDIBLE AUTO SALES LLC, | ) | **ORDER MODIFYING STAY** |
| Debtor. | ) | |

On November 22, 2006, the Court conducted a preliminary hearing on First Interstate Bank's motion to modify, doc. # 37, and the objection filed by Hyundai Motor Finance Co., doc. # 59. Debtor and no other creditors have responded and requested a hearing. The appearing parties requested that they be allowed to pursue their respective interests and priorities under State law in State court. Upon consideration of creditor's Motion to Modify Stay filed herein by First Interstate Bank, and good cause appearing therefore;

**IT IS HEREBY ORDERED** that the stay afforded by §362(a) of the Bankruptcy Code be, and hereby is, modified to permit First Interstate Bank and Hyundai Motor Finance Co to pursue their nonbankruptcy remedies against the following personal property:

2001 Buick Regal, VIN 2G4WB55KX11307432.

This Order is effective immediately and shall not be stayed for ten (10) days as provided in F.R.B.P. 4001(a)(3).

Dated this 22nd day of November, 2006.

BY THE COURT

*/s/ Ralph B. Kirscher*
HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana