William L. Needler
William L. Needler and Associates
555 Skokie Blvd Ste 500
Northbrook, IL 60062
(847) 559-8330 ph
(847) 559-8331 fax
Bar ID 02025248
E-Mail: WilliamLNeedler@aol.com

Attorneys for the Debtor
    Incredible Auto Sales LLC

Clarke B. Rice
Clarke B. Rice P.C.
2951 King Avenue West
Billings, Montana 59102
(406) 254-2500 ofc phone
(406) 294-2525 fax
Montana ID # 1289
E-Mail: Clarkerice@imt.net

Co-Counsel for the Debtor
    Incredible Auto Sales LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MONTANA**

| | |
|---|---|
| **IN RE:** | |
| INCREDIBLE AUTO SALES L.L.C. | Case No. 06-60855-RBK |
| Debtor | Judge Ralph B Kirscher |
| | A Chapter 11 Proceedings For Reorganization |

## DEBTOR'S PAYROLL REPORT FOR NOVEMBER 17, 2006

    The Debtor, Incredible Auto Sales L.L.C. by and through its Attorneys pursuant to an additional Order issued by this Court as to further Use of Collateral issued on November 21, 2006 with regards to the Debtor's unpaid post petition November 17,

2006 payroll based on this Courts November 21, 2006 permission to pay, hereby attaches a record of this payroll as paid.

November 25, 2006

/s/ William L. Needler
Attorney for the Debtor
Incredible Auto Sales L.L.C.

# Incredible Kia
## Payroll November 17th

**Revised 11/24/06**

| Date | Account | Num | Description | Memo | Clr | Amount |
|---|---|---|---|---|---|---|

**Tech Pay**

| Date | Account | Num | Description | Memo | Amount |
|---|---|---|---|---|---|
| 11/17/2006 | DIP 5188 | 1019 | Lenny Klein | Tech Pay Cost Of sales | -$502.63 |
| 11/17/2006 | DIP 5188 | 1021 | Jason Perfitt | Tech pay Cost of Sales | -$1,356.05 |
| 11/17/2006 | DIP 5188 | 50020 | Lenny Klein | Reimbursed health Ins Deducted from check | -$64.98 |
| | | | | **Tech Pay** | **-$1,923.66** |

**Clerical Salaries**

| Date | Account | Num | Description | Memo | Amount |
|---|---|---|---|---|---|
| 11/17/2006 | DIP 5188 | 1020 | Teresa Hartgerink (Stevenson) | Warranty Clerk | -$551.67 |
| 11/17/2006 | DIP 5188 | 1025 | Jeannette Berlinger | Payable - Office staff | -$1,031.52 |
| 11/17/2006 | DIP 5188 | 1026 | Lalonna Seymour | Title Clerk | -$605.13 |
| 11/22/2006 | DIP 5188 | 50022 | Montana Department Of Revenue | Teresa Stevenson garnishment | -$260.30 |
| 11/22/2006 | DIP 5188 | 50025 | Credit Services Co INc | Lalonna Seymour Garnishment | -$50.00 |
| | | | | **Clerical Salaries** | **-$2,498.62** |

**Employee Benefits**

| Date | Account | Num | Description | Memo | Amount |
|---|---|---|---|---|---|
| 11/22/2006 | DIP 5188 | 50027 | Sentry Life Insurance | 401k | -$256.62 |
| 11/22/2006 | DIP 5188 | 50028 | Sentry Life Insurance | 401k | -$32.43 |
| 11/24/2006 | DIP 5189 | 50030 | Associated Employee Group | Health ins | -$2,960.49 |
| 11/24/2006 | DIP 5190 | 50031 | Montana State Fund | Workers Comp | -$3,710.03 |
| 11/22/2006 | DIP 5188 | 50026 | Sentry Life Insurance | 401k | -$150.95 |
| | | | | **Employee Benefits** | **-$7,110.52** |

**Finance Compensation**

| Date | Account | Num | Description | Memo | Amount |
|---|---|---|---|---|---|
| 11/17/2006 | DIP 5188 | 1017 | Dee Ann Phillips | Finance Manager | -$677.92 |
| | | | | **Finance Compensation** | **-$677.92** |

**Owners Salaries**

| Date | Account | Num | Description | Memo | Amount |
|---|---|---|---|---|---|
| 11/22/2006 | DIP 5188 | 50029 | Paradise Management Inc | Ken Cornelison | -$5,000.00 |
| | | | | **Owners Salaries** | **-$5,000.00** |

**Salaries General Admin**

| Date | Account | Num | Description | Memo | Amount |
|---|---|---|---|---|---|
| 11/17/2006 | DIP 5188 | 1024 | Jody Stephens | Office manager | -$1,614.33 |
| | | | | **Salaries General Admin** | **-$1,614.33** |

**Salary & Wages**

| Date | Account | Num | Description | Memo | Amount |
|---|---|---|---|---|---|
| 11/17/2006 | DIP 5188 | 1015 | Anthony Stevens | Driver | -$68.26 |
| 11/18/2006 | DIP 5188 | 1018 | Andrew Staszcuk | Lot Att | -$609.62 |
| | | | | **Salary & Wages** | **-$677.88** |

# Incredible Kia
## Payroll November 17th

| Date | Account | Num | Description | Memo | Clr | Amount |
|---|---|---|---|---|---|---|
| **Sale Compensation** | | | | | | |
| 11/17/2006 | DIP 5188 | 50019 | Dennis Rasmussen | Sales Person Draw | | -$675.00 |
| 11/17/2006 | DIP 5188 | 1027 | Brad Denham | sales Person | | -$257.34 |
| 11/22/2006 | DIP 5188 | 50023 | Montana CSED | Brad Denham Garnishment | | -$257.34 |
| 11/22/2006 | DIP 5188 | 1029 | Dennis Rasmussen | Sales Person comp | | -$311.55 |
| 11/22/2006 | DIP 5188 | 1030 | Krista Davis | Sale Commission | | -$473.59 |
| | | | | Sale Compensation | | -$1,974.82 |
| **Supervision Compensation** | | | | | | |
| 11/17/2006 | DIP 5188 | 1016 | Steve Lofton | GSM | | -$2,340.78 |
| 11/17/2006 | DIP 5188 | 1022 | Kelly Lambert | Service manager | | -$1,512.24 |
| 11/17/2006 | DIP 5188 | 1023 | RICHARD KEISER | Parts Manager | | -$841.03 |
| 11/22/2006 | DIP 5188 | 50024 | Montana CSED | Erwin Garnishment | | -$239.56 |
| 11/22/2006 | DIP 5188 | 1031 | Michael Erwin | sales Manager | | -$239.55 |
| | | | | Supervision Compensation | | -$5,173.16 |
| **Payroll Taxes** | | | | | | |
| 11/22/2006 | Trust D | EFT | IRS Tax payment | Fed Tax | | -$7,435.97 |
| 11/22/2006 | Trust D | EFT | Dept Of Revenue | State Income tax | | -$378.98 |
| 11/24/2006 | Trust D | 40002 | Dept Of Revenue | State Deposit for 111M | | -$18.00 |
| | | | | Payroll Taxes | | -$7,832.95 |
| | | | | **OVERALL TOTAL** | | **-$34,483.86** |

11/25/2006                                                                                                                                             2

William L. Needler
William L. Needler and Associates
555 Skokie Blvd Ste 500
Northbrook, IL 60062
(847) 559-8330 ph
(847) 559-8331 fax
Bar ID 02025248
E-Mail: WilliamLNeedler@aol.com

Attorneys for the Debtor
    Incredible Auto Sales LLC

Clarke B. Rice
Clarke B. Rice P.C.
2951 King Avenue West
Billings, Montana 59102
(406) 254-2500 ofc phone
(406) 294-2525 fax
Montana ID # 1289
E-Mail: CLarkerice@imt.net

Co-Counsel for the Debtor
    Incredible Auto Sales LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MONTANA**

| | |
|---|---|
| **IN RE:** | |
| INCREDIBLE AUTO SALES L.L.C. | Case No. 06-60885-RBK |
| Debtor | Judge Ralph B Kirscher |
| | A Chapter 11 Proceedings For Reorganization |

## NOTICE OF FILING

Please be advised that the attached *Debtor's Payroll Record for November 17, 2006* was filed electronically with the above Bankruptcy Court, Billings, Montana on November 25, 2006.

November 25 2006

/s/ William L. Needler
Attorney for the Debtor
Incredible Auto Sales L.L.C.

## PROOF OF SERVICE

William L. Needler, an Attorney, hereby certifies that the above and foregoing was filed on November 25, 2006 with the Clerk of the Bankruptcy Court using the CM/ECF system, which will electronically notify all persons listed with the Court.

CHRISTOPHER P BIRKLE    lovellaw@hotmail.com
ALAN C. BRYAN    abryan@crowleylaw.com
SHANE P. COLEMAN    spcoleman@hollandhart.com,
bbowler@hollandhart.com;vhenry@hollandhart.com;intaketeam@hollandhart.com
BRUCE F. FAIN    bruce@murphkirk.com, pam@murphkirk.com;amy@murphkirk.com
CHARLES W. HINGLE    chingle@hollandhart.com,
bbowler@hollandhart.com,mhauck@hollandhart.com,jritchie@hollandhart.com,pmoritz@hollandhart.com,lsawatzke@hollandhart.com
WILLIAM L NEEDLER    williamlneedler@aol.com
OFFICE OF THE U.S. TRUSTEE    ustpregion18.gf.ecf@usdoj.gov
JAMES A. PATTEN    japatten@ppbglaw.com, aschueler!@ppbglaw.com;ESchoemer@ppbglaw.com

I also hereby certify that it was served by facsimile on November 25, 2006 from the Attorneys offices.

/s/ William L. Needler

Incredible Auto Sales
Nick Gutierrez
1832 King Avenue West
Billings, MT  59102
(406) 294-2525 fax

Clarke B Rice
2951 King Avenue West
Billings, MT 59102
(406) 294-2525 fax