Bruce F. Fain
Murphy, Kirkpatrick & Fain, P.L.L.P.
208 North Broadway, Suite 208
P.O. Box 429
Billings, MT 59103-0429
Phone: (406) 256-9700
Fax: (406) 256-9755
E-mail: bruce@murphkirk.com
I.D. Number: 3377

Attorneys for Plaintiff
     Auto Auction of Montana

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re:<br><br>INCREDIBLE AUTO SALES, LLC,<br><br>       Debtor. | CASE NO. 06-60855<br><br>**LIMITED OBJECTION TO HYUNDAI MOTION TO MODIFY STAY**<br><br>**NOTICE OF HEARING**<br>**Date: December 5, 2006**<br>**Time: 10:00 a.m.**<br>**Location: 2nd Floor Courtroom**<br>    **Federal Building**<br>    **400 N. Main**<br>    **Butte, MT** |

- - - - - - - - - - - - - - - -

  AUTO AUCTION ASSOCIATES OF MONTANA, INC., D/B/A AUTO AUCTION OF MONTANA A/K/A AUTO AUCTION OF BILLINGS ("Auto Auction") enters this Limited Objection to Hyundai's Motion to Modify the Automatic Stay.

  Hyundai Motor Finance Company ("HMFC") has filed a motion to

modify the automatic stay and seeks court approval to liquidate all inventory in order to apply the proceeds to its claim.  As noted in HMFC's motion, there are numerous claims asserted against the Debtor's inventory, including claims asserted by Auto Auction.  A contested proceeding is not the appropriate method to determine rights or interests in property, but those proceedings should be done in an adversary proceeding.  Auto Auction has filed such a proceeding and HMFC has filed an answer and that is the appropriate proceeding to determine HMFC's rights to liquidate all inventory and apply the proceeds to its claims.

HMFC's motion should be denied to the extent it seeks Court approval of the ability to sell all inventory and apply the proceeds to its claim.  HMFC should not be permitted to either liquidate or apply proceeds from the sale of any vehicles claimed by Auto Auction, Steve's Auto Sales or the South Seattle Auction.  Those matters must be determined in the appropriate arena.

Wherefore, Auto Requests an order which:
1. Limits HMFC's relief and prevents it from liquidating any of the inventory claimed by Auto Auction and applying proceeds from such sales to its claim; and
2. Grants such other and further relief as the Court deems just and equitable.

DATED this 27th day of November, 2006.

                                            Murphy, Kirkpatrick & Fain, P.L.L.P.
                                            208 North Broadway, Suite 208
                                            P.O. Box 429
                                            Billings, MT 59103-0429

                                            By: /S/ Bruce F. Fain
                                                  Bruce F. Fain
                                                  Attorneys for Plaintiff Auto
                                                  Auction of Montana

## CERTIFICATE OF SERVICE

    I hereby certify under penalty of perjury that on this 27th day of November, 2006, a copy of the LIMITED OBJECTION TO HYUNDAI MOTION TO MODIFY STAY was served upon counsel of record by the following method:

1-5        CM/ECF

_____     Hand Delivery

 6        Mail

_____     Overnight Delivery Service

_____     Fax

_____     E-Mail


1.    William L. Needler
      William L. Needler and Associates
      555 Skokie Blvd. Ste. 500
      Northbrook, IL 60062

2.    Charles W. Hingle
      Shane P. Coleman
      P.O. Box 639
      Billings, MT 59103-0639

3.    Neal Jensen
      U.S. Trustee
      Liberty Center, Ste. 204
      301 Central Ave.
      P.O. Box 3509
      Great Falls, MT 59403

4. James A. Patten
   Patten, Peterman, Bekkedahl
     & Green, PLLC
   2817 2nd Avenue North, #300
   Billings, MT  59101

5. Christopher Birkle
   P.O. Box 1415
   Billings, MT  59103

6. Nick Gutierrez
   Incredible Auto Sales, LLC
   1832 King Avenue West
   Billings, MT 59102


                              /s/ Bruce F. Fain