Daniel P. McKay
Attorney for U.S. Trustee
Office of U.S. Trustee
301 Central Avenue, Suite 204
Great Falls, MT  59401
Phone:  (406) 761-8777
Fax: (406) 761-8895
dan.p.mckay@usdoj.gov
State Bar No. 2422

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re                                                      )
                                                           )
INCREDIBLE AUTO SALES, LLC,                                )
                                                           )          Case No.  06-60855-11
                                                           )
                                                           )
                        Debtor.                            )
-------------------------------------------------------------------------------------------------------------------
STATEMENT OF UNITED STATES TRUSTEE CONCERNING
INABILITY TO APPOINT COMMITTEE OF UNSECURED CREDITORS
-------------------------------------------------------------------------------------------------------------------

TO THE HONORABLE RALPH B. KIRSCHER, BANKRUPTCY JUDGE:

The Office of United States Trustee for the District of Montana reports as follows:

1.  The order for relief in this case under Chapter 11 of the Bankruptcy Code (11 U.S.C. § 1101, et seq.) was entered on November 17, 2006.

2.  Despite efforts by the United States Trustee to contact unsecured creditors, as of this date sufficient indications of willingness to serve on a committee of unsecured creditors have not been received from persons eligible to serve on such a committee.  Accordingly, the Office of United States Trustee is unable to appoint a committee pursuant to 11 U.S.C. § 1102(a).

DATED this 27th day of November, 2006.

                                              ILENE J. LASHINSKY
                                              United States Trustee


                                        By:  /s/ Daniel P. McKay
                                            DANIEL P. MCKAY
                                            Attorney for U.S. Trustee