James A. Patten (I.D. No. 1191)
**PATTEN, PETERMAN, BEKKEDAHL & GREEN, P.L.L.C.**
2817 Second Ave. North, Suite 300
Billings, MT  59101
Telephone (406) 252-8500
Facsimile: (406) 294-9500
Email:japatten@ppbglaw.com

Attorney for Steve's Auto Sales, Inc.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN RE: ) | Case No. 06-60855 |
| ) | |
| INCREDIBLE AUTO SALES, LLC ) | **OBJECTION TO** |
| ) | **MOTION TO MODIFY STAY** |
| Debtor. ) | |
| ) | |

**NOTICE OF HEARING**

| | |
|---|---|
| **Date:** | **December 5, 2006** |
| **Time:** | **10:00 o'clock p.m.** |
| **Location:** | **Second Floor Courtroom** |
| | **Federal Building** |
| | **400 North Main** |
| | **Butte, Montana** |

COMES NOW STEVE'S AUTO SALES, INC. by and through its attorney James A. Patten, who hereby objects to the Expedited Motion to Modify Stay, Alternative Motion for Appointment of Trustee upon the following grounds:

    1.    It is unclear if Hyundai Motor Finance Company seeks an order allowing the sale of the motor vehicles subject to the Motion of Steve's Auto Sales Inc. for relief from the stay. If Hyundai Motor

Finance does seek to lift the stay on the same vehicles Steve's Auto Sales, Inc. objects upon the ground that neither the Debtor nor Hyundai Motor Finance Company have an interest in said vehicles superior to the interest of Steve's Auto Sale, sion of all but two of the vehicles is with Incredible Auto Sales, Inc. The vehicles at issue are as follows:

| YEAR | MAKE/MODEL | VIN NO. |
| --- | --- | --- |
| 2004 | Chevrolet Cavalier | 235271 |
| 2005 | Chrysler Town & County | 589847 |
| 2007 | Dodge Caliber | 530095 |
| 2003 | Dodge Stratus | 620717 |
| 2005 | KIA Spectra | 124532 |
| 2002 | Mercury Sable | 614160 |
| 2006 | Pontiac G6 | 176395 |
| 2005 | Suzuki Forenza | 174188 |
| 2004 | Chevrolet Blazer | 163169 |
| 2005 | Chevrolet Classic | 177176 |
| 2003 | Chevrolet Malibu | 699843 |
| 2005 | Chrysler Sebring | 568587 |
| 2004 | Ford Ranger | A07225 |
| 2005 | Pontiac Montana Van | 121917 |

WHEREFORE the foregoing reasons, Steve's Auto Sales, Inc. respectfully objects to the Motion for relief from the automatic stay.

DATED this 27th day of November, 2006.

        PATTEN, PETERMAN, BEKKEDAHL & GREEN, P.L.L.C.
        2817 Second Ave. North, Suite 300
        Billings, Montana 59101

    By: /s/ J.A. Patten
        JAMES A. PATTEN
        Attorney for Steve's Auto Sales, Inc.