William L. Needler
William L. Needler and Associates
555 Skokie Blvd Ste 500
Northbrook, IL 60062
(847) 559-8330 ph
(847) 559-8331 fax
Bar ID 02025248
E-Mail: WilliamLNeedler@aol.com

Attorneys for the Debtor
    Incredible Auto Sales LLC

Clarke B. Rice
Clarke B. Rice P.C.
2951 King Avenue West
Billings, Montana 59102
(406) 254-2500 ofc phone
(406) 294-2525 fax
Montana ID # 1289
E-Mail: CLarkerice@imt.net

Co-Counsel for the Debtor
    Incredible Auto Sales LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MONTANA**

| | |
|---|---|
| **IN RE:**<br><br>INCREDIBLE AUTO SALES L.L.C.<br><br>    Debtor | Case No. 06-60855-RBK<br><br>Judge Ralph B Kirscher<br><br>A Chapter 11 Proceedings<br>For Reorganization |

**DEBTOR'S RESPONSE, RESISTANCE AND OBJECTION TO**
**MOTION FOR RELIEF FROM THE STAY FILED BY STEVE'S AUTO**

    NOW COMES the Debtor Incredible Auto Sales L.L.C. and Responds, Resists and Objects to the Motion for Relief from the Automatic Stay as filed by Steve's Auto.

    IN SUPPORT hereof, the Debtor states as follows:

1.) All matters including matters relating to Steve's Auto, and the other auction entities have been continued for hearing based on Debtor's understanding to December 5, 2006 at 10:00 A.M. in Butte, Montana.

2.) These Auto Auction matters have been treated to date by this Court together. They should not be tried piecemeal. The facts are basically the same.

3.) The Debtor has offered to sell these vehicles in the normal course of business and turnover auction proceed funds as directed.

4.) These vehicles, whether paid for or not constitute an asset of this Debtors estate.

5.) The Auctions as well as Steve's Auto are not secured creditors, but unsecured claimants holding unsecured pre petition claims.

6.) This Court has previously addressed these Auction vehicles and has sought a consent agreement between the parties including Hyundai, whose secured assets include these vehicles- No agreement to date has been reached.

7.) Piecemeal settlement of these Auction vehicles makes no sense and is costly.

8.) No basis exists now at this time to grant this Motion to Steve's Auto or treat Steve's Auto different from the other Auction Parties.

9.) The Debtor Resists and Objects to this Motion and requests a hearing.

WHEREFORE the Debtor Resists and Objects to the Steve's Auto Auction's Motion for Relief and requests a hearing at the next available date on 12/5/06 at Butte, Montana at 10:00 A.M. as now scheduled.

November 27, 2006

/s/ William L. Needler
Attorney for the Debtor
Incredible Auto Sales L.L.C

William L. Needler
William L. Needler and Associates
555 Skokie Blvd Ste 500
Northbrook, IL 60062
(847) 559-8330 ph
(847) 559-8331 fax
Bar ID 02025248
E-Mail: WilliamLNeedler@aol.com

Attorneys for the Debtor
　　　Incredible Auto Sales LLC

Clarke B. Rice
Clarke B. Rice P.C.
2951 King Avenue West
Billings, Montana 59102
(406) 254-2500 ofc phone
(406) 294-2525 fax
Montana ID # 1289
E-Mail: CLarkerice@imt.net

Co-Counsel for the Debtor
　　　Incredible Auto Sales LLC

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA**

| | |
|---|---|
| **IN RE:** | |
| INCREDIBLE AUTO SALES L.L.C. | Case No. 06-60855-RBK |
| Debtor | Judge Ralph B Kirscher |
| | A Chapter 11 Proceedings For Reorganization |

**NOTICE OF RESPONSE**

　　　PLEASE TAKE NOTICE, that on Tuesday December 5, 2006 at 10:00 A.M. that the attached Response, Resistance and Objection to the Motion of Steve's Auto Auction for Relief from the Automatic Stay will be heard before Judge Ralph B. Kirscher at the United States Bankruptcy Court for the District of Montana, 400 North Main Street, 2nd

Floor, Butte, Montana. (A copy of the Response, Resistance and Objection and Notice are attached.)

      /s/ William L. Needler
William L. Needler
William L. Needler and Associates
555 Skokie Blvd.
Suite 500
Northbrook, IL 60062
Bar ID# 2025248
(847) 559-8330
(847) 559-8331 - FAX

## PROOF OF SERVICE

William L. Needler, an attorney, certifies that he filed this Objection on November 27, 2006 with the Clerk of the above Court via CM/ECF electronic filing and the persons listed by the Court were served electronically.

CHRISTOPHER P BIRKLE    lovellaw@hotmail.com
ALAN C. BRYAN    abryan@crowleylaw.com
SHANE P. COLEMAN    spcoleman@hollandhart.com,
bbowler@hollandhart.com;vhenry@hollandhart.com;intaketeam@hollandhart.com
BRUCE F. FAIN    bruce@murphkirk.com, pam@murphkirk.com;amy@murphkirk.com
CHARLES W. HINGLE    chingle@hollandhart.com,
bbowler@hollandhart.com,mhauck@hollandhart.com,jritchie@hollandhart.com,pmoritz@hollandhart.com,lsawatzke@hollandhart.com
DOUG JAMES    james@moultonlawfirm.com, smarble@moultonlawfirm.com
NEAL G. JENSEN    Neal.G.Jensen@usdoj.gov
WILLIAM L NEEDLER    williamlneedler@aol.com
OFFICE OF THE U.S. TRUSTEE    ustpregion18.gf.ecf@usdoj.gov
JAMES A. PATTEN    japatten@ppbglaw.com, aschueler@ppbglaw.com;ESchoemer@ppbglaw.com

    This Attorney also certifies that he also caused to be served, a copy of the above Objection and Notice as attached hereto, to the persons listed below served by Facsimile Service from the Attorneys offices on November 27, 2005.

      /s/ William L. Needler
      William L. Needler

Incredible Auto Sales
Nick Gutierrez
1832 King Avenue West
Billings, MT 59102
(406) 294-2525 fax

Clarke B Rice
2951 King Avenue West
Billings, MT 59102
(406) 294-2525 fax