James A. Patten (I.D. No. 1191)
**PATTEN, PETERMAN, BEKKEDAHL & GREEN, P.L.L.C.**
2817 Second Ave. North, Suite 300
Billings, MT  59101
Telephone (406) 252-8500
Fax (406) 294-9500
E-mail: japatten@ppbglaw.com

Attorneys for Steve's Auto Sales, Inc.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MONTANA

| IN RE: | ) | Case No. 06-60855 |
|---|---|---|
| | ) | |
| INCREDIBLE AUTO SALES, LLC, | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

**LIST OF EXHIBITS SUBMITTED BY :**

JAMES A. PATTEN, Attorney for Steve's Auto Sales, Inc., hereby submits the following Exhibits for the hearing on the above-referenced matter now set for *December 5, 2006 at 10:00 o'clock a.m.*

| EXH. NO | DATE SUBMITTED | DATE ADMITTED | LEGAL GROUND FOR OBJECTION | DESCRIPTION |
|---|---|---|---|---|
| 1 | | | | 2004 Chevrolet Cavalier |
| 2 | | | | 2007 Dodge Caliber |
| 3 | | | | 2003 Dodge Stratus |
| 4 | | | | 2005 KIA Spectra |
| 5 | | | | 2002 Mercury Sable |

| 6 | | | | 2006 Pontiac G6 |
|---|---|---|---|---|
| 7 | | | | 2005 Suzuki Forenza |

GROUNDS FOR OBJECTION

| | | | |
|---|---|---|---|
| 1. | No Objection: Admissibility Stipulated | 5. | Inadmissible Opinion |
| 2. | Irrelevant | 6. | Insufficient Foundation (Relevancy, personal Knowledge, Authenticity) |
| 3. | Hearsay | | |
| 4. | Best Evidence | 7. | Unduly Time Consuming, Prejudicial, Confusing or Misleading |
| | | 8. | Other (Specify) |

DATED this 27th day of November, 2006.

        James A. Patten
        **PATTEN, PETERMAN, BEKKEDHAL & GREEN**
        2817 Second Ave. North, Suite 300
        Billings, Montana 59101


By:    **/s/JA Patten**
        James A. Patten
        Attorneys for Steve's Auto Sales, Inc.