

ARIZONA CERTIFICATE OF TITLE

Motor Vehicle Division

Vehicle Identification Number: 1G1JC12F847235271

Year: 2004 Make: CHEV Model: CAVL

ARIZONA FEDERAL CREDIT UNION
PO BOX 60070
PHOENIX AZ 85082

Title Number: 10ET0061780281 Issue Date: 06272006

Previous Title Number: 030H005203027 State: AZ Date: 07232006

Arizona Brands

Owners/Lessees: ARIZONA FEDERAL CREDIT UNION

Lienholders

LIEN RELEASE

VOID WITHOUT EAGLE WATERMARK OR IF ALTERED OR E

EXHIBIT 1

Federal and State law require that the seller state the vehicle mileage upon transfer of ownership. Failure to complete the odometer statement or providing a false statement may result in fines and/or imprisonment ... title in order to avoid penalty charges, whether or not the vehicle is being used. This time period is subject to legislative change.

TRANSFER OF OWNERSHIP — Seller must complete this section and give title to the new owner.

Buyer Name (printed): Steve's Auto Sales
Sale Date: 7-25-06
Street Address: 1717 1st Ave N | City: Billings | State: MT

New Lienholder Driver License or EIN | New Lienholder Name and Street Address (if no lien, write NONE) | Lien Date

Odometer Reading (no tenths) ☐ miles ☐ kilometers
☐ Mileage in excess of the odometer mechanical limits.
☐ NOT Actual Mileage. WARNING – ODOMETER DISCREPANCY.

I certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

Seller Name (printed): ARIZONA FEDERAL CREDIT UNION | Seller Signature

Street Address | City | State | Zip

GEORGIA WIGGERS NOTARY PUBLIC - ARIZONA MARICOPA COUNTY My Comm. Expires ...

Acknowledged before me this date: 6-22-06 | Notary Public or Authorized Agent Signature

I am aware of the above odometer certification made by the seller.

Buyer Name (printed) | Buyer Signature

DEALER REASSIGNMENT

Buyer Name (printed) | Sale Date
Street Address | City | State | Zip
New Lienholder Driver License or EIN | New Lienholder Name and Street Address (if no lien, write NONE) | Lien Date

Odometer Reading (no tenths) ☐ miles ☐ kilometers
☐ Mileage in excess of the odometer mechanical limits.
☐ NOT Actual Mileage. WARNING – ODOMETER DISCREPANCY.

I certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

Dealership Name: Steve's Auto Sales | Dealer Number: 30533 | Agent Name | Agent Signature

I am aware of the above odometer certification made by the seller.

Buyer Name (printed) | Buyer Signature

DEALER REASSIGNMENT

Buyer Name (printed) | Sale Date
Street Address | City | State | Zip
New Lienholder Driver License or EIN | New Lienholder Name and Street Address (if no lien, write NONE) | Lien Date

Odometer Reading (no tenths) ☐ miles ☐ kilometers
☐ Mileage in excess of the odometer mechanical limits.
☐ NOT Actual Mileage. WARNING – ODOMETER DISCREPANCY.

I certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

Dealership Name | Dealer Number | Agent Name | Agent Signature

I am aware of the above odometer certification made by the seller.

Buyer Name (printed) | Buyer Signature

DEALER REASSIGNMENT

Buyer Name (printed) | Sale Date
Street Address | City | State | Zip
New Lienholder Driver License or EIN | New Lienholder Name and Street Address (if no lien, write NONE) | Lien Date

Odometer Reading (no tenths) ☐ miles ☐ kilometers
☐ Mileage in excess of the odometer mechanical limits.
☐ NOT Actual Mileage. WARNING – ODOMETER DISCREPANCY.

I certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

Dealership Name | Dealer Number | Agent Name | Agent Signature

I am aware of the above odometer certification made by the seller.

Buyer Name (printed) | Buyer Signature

No Additional Reassignments Permitted — Last Buyer Must Apply For Title — Void If Altered Or Erased

(4)

LEGAL DOCUMENT - KEEP IN A SAFE PLACE

# CERTIFICATE OF TITLE FOR A VEHICLE

NORTH DAKOTA DEPARTMENT OF TRANSPORTATION
SFN 2875 (Rev. 01-01)

MOTOR VEHICLE DIVISION 9933
ND DEPT. OF TRANSPORTATION
608 E. BOULEVARD AVENUE
BISMARCK, ND 58505-0780
PHONE (701) 328-2725

| VIN | YEAR MODEL | YEAR REGISTERED | MAKE | BODY STYLE | MODEL |
|---|---|---|---|---|---|
| 1B3HB48B27D530095 | 2007 | 2006 | DODGE | SEDAN 4 DOOR | CALIBER SXT |

OWNER(S) NAME
ENTERPRISE RENT A CAR OF MT/WY,

| TITLE NUMBER | VEHICLE TYPE | SHIPPING WEIGHT | DATE ISSUED |
|---|---|---|---|
| 5557389 | PASSENGER | 3058 | 08-30-2006 |

MAIL TO: 477

ENTERPRISE RENT A CAR OF MT/WY
1200 BOZEMAN AVE
HELENA MT 59601-2939

| ODOMETER READING | ODOMETER STATUS |
|---|---|
| 10 MI | ACTUAL |

FOR MVD USE ONLY

| DECAL NUMBER | LICENSE NUMBER | |
|---|---|---|
| DFU MO-YR | PRORATE | TITLE |
| TOTAL $ | | |

| PLATE NUMBER | |
|---|---|
| PLATE FEE | $5.00 |
| CREDIT | $ |

| TAX | $ |
|---|---|
| TITLE | $ |
| LICENSE | $ |

PART 1. SELLER'S ASSIGNMENT AND WARRANTY OF TITLE (DELIVER TITLE TO BUYER WITHIN 15 DAYS FROM DATE OF SALE)

Name of Buyer(s) First, Middle, Last: Shoes Auto Sales Inc
☐ Check if Joint Tenants with Right of Survivorship is desired
Selling Price
Daytime Phone #

Address: 1717 1st Ave N
City: Bigs
State: MT
Zip Code: 59101
County: Yell

ODOMETER DISCLOSURE: Federal and State laws require that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.
I certify to the best of my knowledge the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1 - The mileage stated is in excess of its mechanical limits. ☐ 2 - The odometer reading is not the actual mileage.

Odometer Reading: 6307 NO TENTHS
Date of Sale

(WARNING - ODOMETER DISCREPANCY)

Signature of Seller X [signature] Date (Mo., Day, Year)
Signature of Seller X Date (Mo., Day, Year)
[signature]

Hand Printed (Not Typed) Name(s) of Seller(s): Enterprise Rent A Car of ...

To: Patton

Hand Printed (Not Typed) Name(s) of Buyer(s)

LEGAL TITLE OWNER (LIENHOLDER)

The applicant has complied with the requirements of Title 39 of the North Dakota Century Code relative to the issuance of a certificate of title for a vehicle. Any lien recorded in the Department of Transportation is shown below and the lienholder named is and the legal owner of the vehicle until the encumbrance is released or satisfied.

Keith C. Magnusson
Deputy Director for Driver and Vehicle Services

LIEN RELEASE

ALL INTERESTS IN THE ABOVE DESCRIBED VEHICLE ARE RELEASED.

Lienholder Name

X
Signature of Agent Date

THE DEPARTMENT OF TRANSPORTATION IS NOT RESPONSIBLE FOR FALSE OR FRAUDULENT STATEMENTS MADE IN THE ASSIGNMENT OF THE CERTIFICATE OF TITLE.

J0831044

ERASURES, ALTERATIONS OR MUTILATIONS VOID THIS TITLE

EXHIBIT 2

# STATE OF MONTANA

## DEPARTMENT OF JUSTICE - MOTOR VEHICLE DIVISION

0009966525

## CERTIFICATE OF TITLE

DUPLICATE

| TITLE NUMBER | YEAR | MAKE/MANUFACT. | MODEL | BODY STYLE/LENGTH |
|---|---|---|---|---|
| 52677724 | 2003 | DODG | STR | 4D |

| VEHICLE/VESSEL IDENTIFICATION NUMBER | UNLADEN WEIGHT/MATERIAL | TON/PROPULSION | VESSEL NUMBER |
|---|---|---|---|
| 1B3EL36X03N520717 | 3,000 | | |

ODOMETER READING: ODMTR: 24,112 LAST KNOWN READING 01

DATE ISSUED: 10/02/2006

OTHER IDENTIFYING DATA

OWNER(S) NAME AND ADDRESS

HOCHMUTH, DANIEL
PO BOX 80450
BILLINGS MT 59108

THIS DUPLICATE VOIDS ANY PREVIOUSLY ISSUED CERTIFICATE

THIS VEHICLE/VESSEL IS SUBJECT TO THE FOLLOWING SECURITY INTEREST(S)

WELLS FARGO FINANCIAL
P O BOX 250
BILLINGS MT 59102
$27,079.20 03/24/2004

THE VEHICLE/VESSEL MAY BE SUBJECT TO OTHER SECURITY INTEREST(S)

The Montana Department of Justice, Motor Vehicle Division, hereby certifies that the person(s) named above is/are the owner(s) of the vehicle/vessel described, which is subject to the security interest(s) shown.

TITLE AND REGISTRATION BUREAU
1003 BUCKSKIN DRIVE
DEER LODGE MT 59722-2370

000132094

CONTROL NO. 9712079
(This is not a title number)

This entire section must be completed when selling, trading or transferring your vehicle/vessel.

**STEP 1 OWNER(S) ASSIGNMENT OF TITLE TO PURCHASER(S)**

Owner(s) shown above must enter the name and address of the purchaser(s). Do not leave these lines blank – doing so constitutes an "open title" and is a violation of state law.

DENNY MENHOLT FRONTIER CHEVROLET
Print Name(s): PO BOX 80450 BILLINGS MT 59108

Address

**STEP 2 OWNER(S) MILEAGE DISCLOSURE AND RELEASE OF INTEREST**

Warning: Federal and state law require that you state the mileage of the vehicle – failure to do so or providing a false statement may result in fines and/or imprisonment.

I/we state that this (check one) [ ] or [ ] digit odometer now reads 29670 miles, date read [illegible] and to the best of my/our knowledge reflects the actual mileage unless one of the following statements is checked.

DO NOT CHECK UNLESS APPLICABLE
- [ ] The odometer reading reflects the amount of mileage in excess of its mechanical limits.
- [ ] The odometer reading is not the actual mileage. Warning – odometer discrepancy.

I/we certify under penalty of law (Section [illegible] Uniform Federal [illegible] Authorities) that the statements made [illegible] are true and [illegible] best of my/our knowledge, [illegible] person(s) named above, [illegible] ity to do so.

All owners must sign [illegible]

X Daniel Hochmuth [illegible]
Signature of Seller or Business Name

Printed Name – must be same as signature (do not type)

Signature of Seller (if more than one) or Business Name

Printed Name – must be same as signature (do not type)

DO NOT NOTARIZE OR VERIFY UNLESS SIGNED IN YOUR PRESENCE AND PURCHASER NAME(S) IS LISTED.

State of Montana County of Yellowstone

Subscribed and affirmed to before me on (date) 9-4-06 by (clearly print name of person appearing before you)

Notary signature
Printed name
Title or rank
For the State of ________ County of ________
Residing at
My commission expires

**STEP 3 PURCHASER(S) ACKNOWLEDGMENT OF MILEAGE DISCLOSURE**

I am/we are aware of the above odometer certification made by the seller(s).

X
Signature of Purchaser – only one signature is required

Printed Name – must be same as signature (do not type)

PURCHASER(S): See reverse side for Title Application (Section E) or Dealer/Insurer Reassignments (Sections A,B,C,D)

VERIFY PRESENCE OF WATERMARK - HOLD TO LIGHT TO VIEW

KEEP IN SAFE PLACE-ANY ALTERATION-USE OF CORRECTION FLUID-ERASURE - VOIDS THIS

EXHIBIT 3

# ARIZONA CERTIFICATE OF TITLE

Motor Vehicle Division

Vehicle Identification Number: KNAFE121655124582
Year: 2005
Make: KIA
Model: SPEC
Body Style: 4DSD

Date: 06/2005
Price: 015150

ARIZONA STATE SAVINGS & CREDIT UNION
1812 W MONROE
PHOENIX AZ 85007

Title Number: 00H6006206004
Issue Date: 07252006
Form Number: E20600H636
Odometer Reading: 0000020 A

Previous Title Number / State: 903H005173006 AZ
Issue Date: 05222005
Previous Form Number: E173903H06

Arizona Brands:

Previous Brand: State: Previous Brand: State: Previous Brand: State: Other States With Brands:

Owners/Lessees:
ARIZONA STATE SAVINGS & CREDIT UNION

DSC Mark Ashford ASCU

Lienholders:

LIEN RELEASE
Lienholder Name:
Lien Amount:

VOID WITHOUT EAGLE WATERMARK OR IF ALTERED OR ER

EXHIBIT 4

Federal and State law require that the seller states the vehicle mileage upon transfer of ownership. Failure to complete the odometer statement or providing ... to avoid penalty charges whether or not the vehicle is being used. This time period is subject to legislative change.

(13)

## TRANSFER OF OWNERSHIP

Seller must complete this section and give title to the new owner.

Buyer Name (Printed): Steves Auto Sales
Sale Date: 2-25-04
Street Address: 1217 1st Ave N
City: Billings
State: MT
Zip:
New Lienholder Driver License No. or EIN:
New Lienholder Name and Street Address (If no lien, write NONE):
Lien Date:

Odometer Reading (no tenths): [illegible] ☐ miles ☐ kilometers

☐ Mileage in excess of the odometer mechanical limits
☐ NOT Actual Mileage, WARNING – ODOMETER DISCREPANCY

I certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

Seller Name (Printed): Arizona State Savings Credit Union M. Wolleman
Dealer Number:
Seller Signature: [signature]
Street Address:
City:
State:
Zip:

OFFICIAL SEAL
BECKIE WEAVER
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires ...

Acknowledged before me this date:
Date: 2-25-04
County:
Notary Public or MVD Agent Signature: [signature]
State:
Commission Expires:

I am aware of the above odometer certification made by the seller.

Buyer Name (Printed): M. Bradley
Buyer Signature: [signature]

## DEALER REASSIGNMENT

Buyer Name (Printed):
Sale Date:
Street Address:
City:
State:
Zip:
New Lienholder Driver License No. or EIN:
New Lienholder Name and Street Address (If no lien, write NONE):
Lien Date:

Odometer Reading (no tenths): ☐ miles ☐ kilometers

☐ Mileage in excess of the odometer mechanical limits
☐ NOT Actual Mileage, WARNING – ODOMETER DISCREPANCY

I certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

Dealership Name: Steves Auto Sales
Dealer Number: 31033
Agent Name: M. Bradley
Agent Signature: [signature]

I am aware of the above odometer certification made by the seller.

Buyer Name (Printed):
Buyer Signature:

## DEALER REASSIGNMENT

Buyer Name (Printed):
Sale Date:
Street Address:
City:
State:
Zip:
New Lienholder Driver License No. or EIN:
New Lienholder Name and Street Address (If no lien, write NONE):
Lien Date:

Odometer Reading (no tenths): ☐ miles ☐ kilometers

☐ Mileage in excess of the odometer mechanical limits
☐ NOT Actual Mileage, WARNING – ODOMETER DISCREPANCY

I certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

Dealership Name:
Dealer Number:
Agent Name:
Agent Signature:

I am aware of the above odometer certification made by the seller.

Buyer Name (Printed):
Buyer Signature:

## DEALER REASSIGNMENT

Buyer Name (Printed):
Sale Date:
Street Address:
City:
State:
Zip:
New Lienholder Driver License No. or EIN:
New Lienholder Name and Street Address (If no lien, write NONE):
Lien Date:

Odometer Reading (no tenths): ☐ miles ☐ kilometers

☐ Mileage in excess of the odometer mechanical limits
☐ NOT Actual Mileage, WARNING – ODOMETER DISCREPANCY

I certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

Dealership Name:
Dealer Number:
Agent Name:
Agent Signature:

I am aware of the above odometer certification made by the seller.

Buyer Name (Printed):
Buyer Signature:

No Additional Reassignments Permitted — Last Buyer Must Apply For Title — Void If Altered Or Erased

# ARIZONA CERTIFICATE OF TITLE

Motor Vehicle Division

1MEFM50U12G614160 2002 MERC SABLE 4DSD

02/2002 19545

ARIZONA CENTRAL CREDIT UNION
6782 S POTOMAC ST
CENTENNIAL CO 80112

081H004089013 AZ 03292004 ED89081H09 0012434 A

081H004058008 AZ 03082004 E060081104

Arizona Brands

ADDITIONAL BRAND INFORMATION WILL BE PRINTED HERE IN THE FUTURE

SANDRA LOUISE ALVARADO OR
2709 W ALICE AVE PHOENIX AZ 85051
NICHOLAS PETE ALVARADO

FIRST LIEN LIEN DATE 01/2/2004
ARIZONA CENTRAL CREDIT UNION
6782 S POTOMAC ST CENTENNIAL CO 80112

VOID WITHOUT EAGLE WATERMARK OR IF ALTERED OR ERA[SED]

EXHIBIT 5

Federal and State law require both of the seller state the vehicle mileage upon transfer of ownership. Failure to complete the odometer statement or providing a false statement may result in fines and/or imprisonment. ... in order to avoid penalty charges, whether or not the vehicle is being used. This time period is subject to legislative change.

## TRANSFER OF OWNERSHIP

Seller must complete this section and give title to the new owner.

Buyer Name (printed): Steves Auto Sales | Sale Date: 7-18-06

Street Address | City: Billings | State: MT | Zip

New Lienholder | New Lienholder Name and Street Address (If no lien, write NONE) | Lien Date

Odometer Reading (no tenths): 58808 ☐ miles ☐ kilometers

☐ Mileage in excess of the odometer mechanical limits.
☐ NOT Actual Mileage. WARNING – ODOMETER DISCREPANCY.

I certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

Seller Name (printed): Arizona Central Credit Union by [signature] | Seller Signature: Arizona Central Credit Union by [signature]

Street Address: 6282 S. [illegible] St | City: Centennial | State: CO | Zip: 80112

Notary Public: JAMIE CASTILLO NOTARY PUBLIC STATE OF COLORADO — Acknowledged before me this date: 7-[illegible]-06 | County: Arapahoe | State: CO | Commission Expires: [illegible]

My Commission Expires [illegible]

I am aware of the above odometer certification made by the seller.

Buyer Name (printed) | Buyer Signature

## DEALER REASSIGNMENT

Buyer Name (printed) | Sale Date

Street Address | City | State | Zip

New Lienholder | New Lienholder Name and Street Address (If no lien, write NONE) | Lien Date

Odometer Reading (no tenths) ☐ miles ☐ kilometers

☐ Mileage in excess of the odometer mechanical limits.
☐ NOT Actual Mileage. WARNING – ODOMETER DISCREPANCY.

I certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

Dealership Name | Dealer Number | Agent Name | Agent Signature

I am aware of the above odometer certification made by the seller.

Buyer Name (printed) | Buyer Signature

## DEALER REASSIGNMENT

Buyer Name (printed) | Sale Date

Street Address | City | State | Zip

New Lienholder | New Lienholder Name and Street Address (If no lien, write NONE) | Lien Date

Odometer Reading (no tenths) ☐ miles ☐ kilometers

☐ Mileage in excess of the odometer mechanical limits.
☐ NOT Actual Mileage. WARNING – ODOMETER DISCREPANCY.

I certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

Dealership Name | Dealer Number | Agent Name | Agent Signature

I am aware of the above odometer certification made by the seller.

Buyer Name (printed) | Buyer Signature

## DEALER REASSIGNMENT

Buyer Name (printed) | Sale Date

Street Address | City | State | Zip

New Lienholder | New Lienholder Name and Street Address (If no lien, write NONE) | Lien Date

Odometer Reading (no tenths) ☐ miles ☐ kilometers

☐ Mileage in excess of the odometer mechanical limits.
☐ NOT Actual Mileage. WARNING – ODOMETER DISCREPANCY.

I certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

Dealership Name | Dealer Number | Agent Name | Agent Signature

I am aware of the above odometer certification made by the seller.

Buyer Name (printed) | Buyer Signature

No Additional Reassignments Permitted — Last Buyer Must Apply For Title — Void If Altered Or Erased



(11)

ADOT
Motor Vehicle Division

48-0902 R01/05 www.azdot.gov

# REPOSSESSION AFFIDAVIT

| Vehicle Identification Number | Year | Make | |
|---|---|---|---|
| 1MEFM50U12G614160 | 2002 | MERCURY | |
| **Registered Owner Names (printed)** | **Repossession Date** | | **Title State** |
| SANDRA LOUISE ALVARADO OR NICHOLAS PETE ALVARADO | 06/26/2006 | | AZ |

I certify that I am the legal owner and a lienholder of record for the vehicle described above, that the vehicle is physically located in Arizona and that I repossessed the vehicle upon default pursuant to the terms of the lien and all applicable laws and regulations, and that the State of Arizona, its agencies, employees and agents shall not be held liable for relying on the contents of this affidavit.

| Lienholder Company Name | |
|---|---|
| ARIZONA CENTRAL CREDIT UNION | |
| **Lienholder Agent Name** | **Lienholder Signature** |
| M. WOLLENMAN | [signature] |

OFFICIAL SEAL
BECKIE WEAVER
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires June 13, 2009

Acknowledged before me this date.

| Date | County | Notary or MVD Agent Signature | |
|---|---|---|---|
| 7-13-06 | | [signature] | |
| | | **State** | **Commission Expires** |

## BILL OF SALE

I hereby sell to the Buyer, the vehicle described above.

| Buyer Name | | Sale Date | |
|---|---|---|---|
| Steves Auto Sales | | 7-18-06 | |
| **Street Address** | **City** | **State** | **Zip** |
| | Billings | MT | |
| **Name of New Lienholder (if no lien, write NONE)** | | **Lien Date** | |
| | | | |

Federal and State law require that the seller states the mileage in connection with the transfer of ownership. Failure to complete the odometer statement, or providing a false statement, may result in fines and/or imprisonment.

Odometer Reading (no tenths): 58805 ☐ miles ☐ kilometers

☐ Mileage in excess of the odometer mechanical limits.
☐ NOT Actual Mileage, WARNING – ODOMETER DISCREPANCY.

I certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

| Seller Name (printed) | Seller Signature | | |
|---|---|---|---|
| Arizona Central Credit Union | [signature] | | |
| **Street Address** | **City** | **State** | **Zip** |
| 6782 S POTOMAC ST | CENTENNIAL | CO | 80112 |

OFFICIAL SEAL
BECKIE WEAVER
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires June 13, 2009

Acknowledged before me this date.

| Date | County | Notary or MVD Agent Signature | |
|---|---|---|---|
| 7-13-06 | | [signature] | |
| | | **State** | **Commission Expires** |

I am aware of the above odometer certification made by the seller.

| Buyer Name (printed) | Buyer Signature |
|---|---|
| | |

— Sequential Bills Of Sale Will Not Be Accepted —

# STATE OF MONTANA

DEPARTMENT OF JUSTICE - MOTOR VEHICLE DIVISION

#178 9855

0000000000

# CERTIFICATE OF TITLE

| TITLE NUMBER | YEAR | MAKE/MANUFACT. | MODEL | BODY STYLE/LENGTH |
|---|---|---|---|---|
| G758068 | 2006 | PONT | G6 | 4D |

| VEHICLE/VESSEL IDENTIFICATION NUMBER | UNLADEN WEIGHT/MATERIAL | TON/PROPULSION | VESSEL NUMBER |
|---|---|---|---|
| 1G2ZF55B164176395 | 3,419 | | |

| ODOMETER READING | | DATE ISSUED |
|---|---|---|
| ODMTR: 28,163 ACTUAL | 10 | 10/13/2006 |

OTHER PERTINENT DATA

OWNER(S) NAME AND ADDRESS

STEVES AUTO SALES INC
1717 1ST AVE N
BILLINGS MT 59101

THIS VEHICLE/VESSEL IS SUBJECT TO THE FOLLOWING SECURITY INTEREST(S)

THE VEHICLE/VESSEL MAY BE SUBJECT TO OTHER SECURITY INTERESTS

The Montana Department of Justice, Motor Vehicle Division, hereby certifies that the person(s) named above is/are the owner(s) of the vehicle/vessel described, which is subject to the security interest(s) shown.

TITLE AND REGISTRATION BUREAU
1003 BUCKSKIN DRIVE
DEER LODGE MT 59722-2375

000149355

CONTROL NO. 9725822
(This is not a title number)

This entire section must be completed when selling (trading or transferring) your vehicle/vessel.

**STEP 1 -- OWNER(S) ASSIGNMENT OF TITLE TO PURCHASER(S)**

Owner(s) shown above must enter the name and address of the purchaser(s) below. Do not leave these lines blank – doing so constitutes an "open title" and is a violation of state law.

Print Name of Purchaser(s), whether individual(s) or business

Address

**STEP 2 -- OWNER(S) MILEAGE DISCLOSURE AND RELEASE OF INTEREST**

Warning: Federal and state law requires that you state the mileage of the vehicle – failure to do so or providing a false statement may result in fines and/or imprisonment.

I/we state that this (check one) ☐ 5 or ☐ 6 digit odometer now reads (no tenths) ______ miles/km, and to the best of my/our knowledge reflects the actual mileage unless one of the following statements is checked:

DO NOT CHECK UNLESS APPLICABLE
☐ The odometer reading reflects the amount of mileage in excess of its mechanical limits.
☐ The odometer reading is not the actual mileage. *Warning - odometer discrepancy.*

I/we certify under penalty of law (Section 45-7-203, Unsworn Falsification to Authorities) that the statements made in this certificate are true and correct to the best of my/our knowledge, information and belief, and I/we release the person(s) named above and transfer the ownership to the new owner.

All owners must sign (if a commercial entity, enter business name)

Signature of Seller or Business Name

Printed Name – must be same as signature (do not type)

Signature of Seller (if more than one) – or Business Name

Printed Name – must be same as signature (do not type)

DO NOT NOTARIZE OR VERIFY UNLESS SIGNED IN YOUR PRESENCE AND PURCHASER NAME(S) IS LISTED.

State of ______ County of ______

Subscribed and affirmed to before me on (date) ______ by (name/print)

Name(s) of person signing/date (print)

Notary signature

Printed name

Title or rank

For the State of ______ County of ______

Residing at ______

My commission expires

**STEP 3 -- PURCHASER(S) ACKNOWLEDGEMENT OF MILEAGE DISCLOSURE**

I am/We are aware of the above odometer certification made by the seller.

Signature of Purchaser – only one signature required

Printed Name – must be same as signature (do not type)

PURCHASER(S): See reverse side for T... or Dealer/Insurer Reassignments

VERIFY PRESENCE OF WATERMARK - HOLD TO LIGHT TO VIEW

KEEP IN SAFE PLACE-ANY ALTERATION-USE OF CORRECTION FLUID-ERASURE - VOIDS T...

EXHIBIT 6

## INSTRUCTIONS – READ CAREFULLY

- Purchaser applying for title is required to complete Section E, Title Application - Security Interest Acknowledgment. Application must be signed by the purchaser and submitted to the County Treasurer within 40 days of purchase - failure to do so is a violation of 61-3-220, MCA, and will result in a $10.00 penalty. Application must be accompanied by the last Montana registration receipt for this vehicle/vessel.
- Any security interest(s) encumbering this vehicle/vessel must be shown in Section E.
- Licensed dealers may execute up to four transfers by completing Dealer Reassignment Sections A, B, C and D. Insurance companies may execute one transfer by completing Section A. **Warning: Federal and State law requires that you transfer ownership to your purchaser and state the mileage in connection with the transfer - failure to do so or providing a false statement is a violation of state law and may result in fines and/or imprisonment.**
- Any alteration - use of correction fluid - erasure - voids this certificate.

## A FIRST DEALER/INSURER REASSIGNMENT

For value received I, the undersigned dealer/insurer, transfer ownership of the vehicle/vessel described on this certificate of title to:

Print name of purchaser(s) ____ Address ____

I state that this (check one) 5 ☐ or 6 ☐ digit odometer now reads (no tenths) ____ miles, date read ____ and to the best of my knowledge that it reflects the actual mileage ***unless one of the following statements is checked:***

DO NOT CHECK UNLESS APPLICABLE
☐ The odometer reading reflects the amount of mileage *in excess of its mechanical limits.*
☐ The odometer reading is not the actual mileage. *Warning – odometer discrepancy.*

I certify under penalty of law **(Section 45-7-203, Unsworn Falsification to Authorities)** that the statements made on this certificate are true and correct to the best of my knowledge, information and belief, and I have full authority to sign for the dealership or insurer.

Signature of dealer/insurer (sign in ink) ____ Printed name ____

Name of dealership/insurer ____ Dealer license number ____

I am aware of the above odometer certification made by the dealer or insurer. Print business name ____

Date of sale ____ Signature of purchaser ____ Printed name (do not type) ____

## B SECOND DEALER REASSIGNMENT

For value received I, the undersigned dealer, transfer ownership of the vehicle/vessel described on this certificate of title to:

Print name of purchaser(s) ____ Address ____

I state that this (check one) 5 ☐ or 6 ☐ digit odometer now reads (no tenths) ____ miles, date read ____ and to the best of my knowledge that it reflects the actual mileage ***unless one of the following statements is checked:***

DO NOT CHECK UNLESS APPLICABLE
☐ The odometer reading reflects the amount of mileage *in excess of its mechanical limits.*
☐ The odometer reading is not the actual mileage. *Warning – odometer discrepancy.*

I certify under penalty of law **(Section 45-7-203, Unsworn Falsification to Authorities)** that the statements made on this certificate are true and correct to the best of my knowledge, information and belief, and I have full authority to sign for the dealership.

Signature of dealer (sign in ink) ____ Printed name ____

Name of dealership ____ Dealer license number ____

I am aware of the above odometer certification made by the dealer. Print business name ____

Date of sale ____ Signature of purchaser ____ Printed name (do not type) ____

## C THIRD DEALER REASSIGNMENT

For value received I, the undersigned dealer, transfer ownership of the vehicle/vessel described on this certificate of title to:

Print name of purchaser(s) ____ Address ____

I state that this (check one) 5 ☐ or 6 ☐ digit odometer now reads (no tenths) ____ miles, date read ____ and to the best of my knowledge that it reflects the actual mileage ***unless one of the following statements is checked:***

DO NOT CHECK UNLESS APPLICABLE
☐ The odometer reading reflects the amount of mileage *in excess of its mechanical limits.*
☐ The odometer reading is not the actual mileage. *Warning – odometer discrepancy.*

I certify under penalty of law **(Section 45-7-203, Unsworn Falsification to Authorities)** that the statements made on this certificate are true and correct to the best of my knowledge, information and belief, and I have full authority to sign for the dealership.

Signature of dealer (sign in ink) ____ Printed name ____

Name of dealership ____ Dealer license number ____

I am aware of the above odometer certification made by the dealer. Print business name ____

Date of sale ____ Signature of purchaser ____ Printed name (do not type) ____

## D FOURTH DEALER REASSIGNMENT

For value received I, the undersigned dealer, transfer ownership of the vehicle/vessel described on this certificate of title to:

Print name of purchaser(s) ____ Address ____

I state that this (check one) 5 ☐ or 6 ☐ digit odometer now reads (no tenths) ____ miles, date read ____ and to the best of my knowledge that it reflects the actual mileage ***unless one of the following statements is checked:***

DO NOT CHECK UNLESS APPLICABLE
☐ The odometer reading reflects the amount of mileage *in excess of its mechanical limits.*
☐ The odometer reading is not the actual mileage. *Warning – odometer discrepancy.*

I certify under penalty of law **(Section 45-7-203, Unsworn Falsification to Authorities)** that the statements made on this certificate are true and correct to the best of my knowledge, information and belief, and I have full authority to sign for the dealership.

Signature of dealer (sign in ink) ____ Printed name ____

Name of dealership ____ Dealer license number ____

I am aware of the above odometer certification made by the dealer. Print business name ____

Date of sale ____ Signature of purchaser ____ Printed name (do not type) ____

## E TITLE APPLICATION - SECURITY INTEREST ACKNOWLEDGMENT

I/we state that I/we have compared the manufacturer's vehicle/vessel identification number shown on the face of this certificate with the manufacturer's vehicle/vessel identification plate affixed to the vehicle/vessel and they agree in every particular.
This vehicle/vessel is subject to the security interest(s) shown below. Write "NONE" if no security interest exists: ____

First Secured Party ____ Security Interest Amount ____

Address ____ Security Interest Date ____

Second Secured Party ____ Security Interest Amount ____

Address ____ Security Interest Date ____

I/we certify under penalty of law **(Section 45-7-203, Unsworn Falsification to Authorities)** that the statements made on this certificate are true and correct to the best of my/our knowledge, information and belief, that I am/we are the same person(s) named below in this purchaser(s) application, and if signing for a commercial entity, I/we have full authority to do so.

____ Printed or typed name of purchaser/owner/business ____ Printed or typed name of co-purchaser/owner

____ Mailing address ____ Residence address (must be street or rural route) ____ City or town ____ State ____ Zip

____ Legal signature of purchaser/owner (sign in ink, only one signature required) - signature also required for security interest filing without transfer ____ Driver license number ____ Date

ARIZONA CERTIFICATE OF TITLE

Motor Vehicle Division

Vehicle Identification Number: KL5JD56Z55K174183 | Year: 2005 | Make: SUZI | Model: FZS | Body Style: 4DSD

First Registered: 07202005 | List Price: 016449

CENTRIX FUNDS SERIES CLPF
6782 S POTOMAC
CENTENNIAL CO 80112

Title Number: 005200521S004 | Issue Date: 08012005 | Odometer Reading: 0000021 A

Previous Title Number: MSO | 00000000 ORIGINAL

A - Actual Mileage
B - Mileage in excess of the odometer mechanical limits
C - NOT Actual Mileage. WARNING ODOMETER DISCREPANCY

Arizona Brands

Previous Brand | State | Previous Brand | State | Previous Brand | State | Other States With Brands

Owners/Lessees:
LORITA BARLOW
PO BOX 3311 KAYENTA AZ 86033

Lienholders:
FIRST LIEN-
CENTRIX FUNDS SERIES CLPF
LIEN DATE 06292005
6782 S POTOMAC CENTENNIAL CO 80112

AMANDA TRUJILLO
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 09/27/2009

LIEN RELEASE

VOID WITHOUT EAGLE WATERMARK OR IF ALTERED OR ERA[SED]

EXHIBIT 7

Federal and State law require that the seller states the vehicle mileage upon transfer of ownership. Failure to complete the odometer statement or providing [illegible] to avoid penalty charges, whether or not the vehicle is being used. This time period is subject to legislative change.

TRANSFER OF OWNERSHIP — Seller must complete this section and give title to the new owner.

Buyer Name (printed): [handwritten, illegible] Sale Date: [illegible]

Street Address | City: [handwritten, illegible]

New Lienholder Dealer License or EIN | New Lienholder Name and Street Address (if no lien, write NONE) | Lien Date

Odometer Reading (no tenths) ☐ miles ☐ kilometers

☐ Mileage in excess of the odometer mechanical limits.
☐ NOT Actual Mileage. WARNING — ODOMETER DISCREPANCY

I certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

Seller Name (printed): [handwritten, illegible] | Dealer Number | Seller Signature: [signature]

Street Address | City | State | Zip

OFFICIAL SEAL
BECKIE WEAVER
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires April 12, 2009

Acknowledged before me this date: 5-2[illegible]-06 | Notary/MVD Agent Signature: [signature]

County | State | Commission Expires

I am aware of the above odometer certification made by the seller.

Buyer Name (printed) | Buyer Signature

DEALER REASSIGNMENT

Buyer Name (printed) | Sale Date

Street Address | City | State | Zip

New Lienholder Dealer License or EIN | New Lienholder Name and Street Address (if no lien, write NONE) | Lien Date

Odometer Reading (no tenths) ☐ miles ☐ kilometers

☐ Mileage in excess of the odometer mechanical limits.
☐ NOT Actual Mileage. WARNING — ODOMETER DISCREPANCY

I certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

Dealership Name | Dealer Number | Agent Name | Agent Signature

I am aware of the above odometer certification made by the seller.

Buyer Name (printed) | Buyer Signature

DEALER REASSIGNMENT

Buyer Name (printed) | Sale Date

Street Address | City | State | Zip

New Lienholder Dealer License or EIN | New Lienholder Name and Street Address (if no lien, write NONE) | Lien Date

Odometer Reading (no tenths) ☐ miles ☐ kilometers

☐ Mileage in excess of the odometer mechanical limits.
☐ NOT Actual Mileage. WARNING — ODOMETER DISCREPANCY

I certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

Dealership Name | Dealer Number | Agent Name | Agent Signature

I am aware of the above odometer certification made by the seller.

Buyer Name (printed) | Buyer Signature

DEALER REASSIGNMENT

Buyer Name (printed) | Sale Date

Street Address | City | State | Zip

New Lienholder Dealer License or EIN | New Lienholder Name and Street Address (if no lien, write NONE) | Lien Date

Odometer Reading (no tenths) ☐ miles ☐ kilometers

☐ Mileage in excess of the odometer mechanical limits.
☐ NOT Actual Mileage. WARNING — ODOMETER DISCREPANCY

I certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

Dealership Name | Dealer Number | Agent Name | Agent Signature

I am aware of the above odometer certification made by the seller.

Buyer Name (printed) | Buyer Signature

No Additional Reassignments Permitted — Last Buyer Must Apply For Title — Void If Altered Or Erased

ADOT Motor Vehicle Division

48-0902 R01/06 www.azdot.gov

# REPOSSESSION AFFIDAVIT

| Vehicle Identification Number | Year | Make | |
|---|---|---|---|
| KL5JD56Z55K174188 | 2005 | SUZI | |
| **Registered Owner Names (printed)** | **Repossession Date** | | **Title State** |
| LORITA BARLOW | 05/18/2006 | | AZ |

I certify that I am the legal owner and a lienholder of record for the vehicle described above, that the vehicle is physically located in Arizona and that I repossessed the vehicle upon default pursuant to the terms of the lien and all applicable laws and regulations, and that the State of Arizona, its agencies, employees and agents shall not be held liable for relying on the contents of this affidavit.

| Lienholder Company Name | |
|---|---|
| CENTRIX FUNDS SERIES CLPF | |
| **Lienholder Agent Name** | **Lienholder Signature** |
| BARBRA TOLLETTE | [signature] |

Acknowledged before me this date. Notary or MVD Agent Signature [signature]

| Date | County | State | Commission Expires |
|---|---|---|---|
| 5/18/06 | Arapahoe | Co | 3/27/07 |

AMANDA TRUJILLO NOTARY PUBLIC STATE OF COLORADO My Commission Expires 03/27/2007

## BILL OF SALE

I hereby sell to the Buyer, the vehicle described above.

| Buyer Name | | | Sale Date |
|---|---|---|---|
| Steve's Auto Sales | | | 5-18-06 |
| **Street Address** | **City** | **State** | **Zip** |
| | Billings | MT | |
| **Name of New Lienholder (if no lien, write NONE)** | | | **Lien Date** |
| | | | |

Federal and State law require that the seller states the mileage in connection with the transfer of ownership. Failure to complete the odometer statement, or providing a false statement, may result in fines and/or imprisonment.

Odometer Reading (no tenths) 33836 ☐ miles ☐ kilometers

☐ Mileage in excess of the odometer mechanical limits.
☐ NOT Actual Mileage, WARNING – ODOMETER DISCREPANCY.

I certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

| Seller Name (printed) | Seller Signature | | |
|---|---|---|---|
| Centrix Funds Series CLPF | [signature] | | |
| **Street Address** | **City** | **State** | **Zip** |
| 6782 S POTOMAC | CENTENNIAL | CO | 80112 |

Acknowledged before me this date. Notary or MVD Agent Signature [signature]

| Date | County | State | Commission Expires |
|---|---|---|---|
| 5/18/06 | Arapahoe | Co | 3/27/07 |

AMANDA TRUJILLO NOTARY PUBLIC STATE OF COLORADO My Commission Expires 03/27/2007

I am aware of the above odometer certification made by the seller.

| Buyer Name (printed) | Buyer Signature |
|---|---|
| | |

— Sequential Bills Of Sale Will Not Be Accepted —