Charles W. Hingle, #1947
Shane P. Coleman, #3417
Jason S. Ritchie, #7442
HOLLAND & HART LLP
401 North 31st Street
Suite 1500
P.O. Box 639
Billings, Montana 59103-0639
Telephone: (406) 252-2166
Fax: (406) 252-1669

Attorneys for Hyundai Motor Finance Co.

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MONTANA

| INCREDIBLE AUTO SALES, LLC | ) | Bankruptcy No.06-60855-RBK |
|---|---|---|
| Debtor. | ) ) | |

### LIST OF EXHIBITS SUBMITTED BY:

Charles W. Hingle, Shane P. Coleman and Jason S. Ritchie, Attorneys for Hyundai Motor Finance Company, may offer the following exhibits at the hearing set in the above-referenced matter now set for December 5, 2006, at 10:00 a.m. Exhibits 1 through 21 are attached.

| No. | Date Submitted | Date Admitted | Legal Ground for Objection | Description |
|---|---|---|---|---|
| 1. | | | | Inventory Loan and Security Agreement dated 7/27/05 between Hyundai Motor Finance Company and Incredible Auto Sales, LLC |
| 2. | | | | Addendum to Loan Agreement |
| 3. | | | | UCC Financing Statement #83548795 |
| 4. | | | | UCC Financing Statement #83946575 |
| 5. | | | | UCC Financing Statement #89380937 |
| 6. | | | | Inventory List |
| 7. | | | | Inventory Audit 10/6/06 |

| # | | | | |
|---|---|---|---|---|
| 8. | | | | Inventory Audit 10/11/06 |
| 9. | | | | Inventory Audit 10/13/06 |
| 10. | | | | Inventory Audit 10/16/06 |
| 11. | | | | Inventory Audit 11/23/06 |
| 12. | | | | Inventory Audit 11/24/06 |
| 13. | | | | Wholesale Orders |
| 14. | | | | Bill of Sale - Starla Shotgun |
| 15. | | | | Debtor Schedule B, Exhibit B – List |
| 16. | | | | GMAC Flooring list 9/5/06 |
| 17. | | | | GMAC Flooring list 10/25/06 |
| 18. | | | | Summary of GMAC Double-Flooring |
| 19. | | | | HMFC SOT list |
| 20. | | | | Debtor's Payroll 11/17 |
| 21. | | | | Unpaid liens |
| 22. | | | | HMFC SOT Totals |
| 23. | | | | Vehicle Titles |

Grounds for Objection:

1. No Objection: Admissibility Stipulated
2. Irrelevant
3. Hearsay
4. Best Evidence
5. Inadmissible Opinion
6. Insufficient Foundation (relevancy, personal knowledge, authenticity)
7. Unduly Time Consuming, Prejudicial, Confusing or Misleading
8. Other (Specify)

DATED this 30th day of November, 2006.

/s/ Shane P. Coleman
Charles W. Hingle, #1947
Shane P. Coleman, #3417
Jason S. Ritchie, #7442
HOLLAND & HART LLP
401 North 31st Street
Suite 1500
P.O. Box 639
Billings, Montana 59103-0639

ATTORNEYS FOR HYUNDAI MOTOR
FINANCE CO.

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of November, 2006, I served a true and correct copy of the foregoing, addressed as follows and by the method shown below:

| | |
|---|---|
| William L. Needler<br>P.O. Box 177<br>Fuller Building Suite H<br>2 North Spruce Street<br>Ogallala NE 69153<br>williamlneedler@aol.com | [ ] U.S. Mail, postage prepaid<br>[X] Electronic service<br>[ ] Overnight Delivery |
| Clarke B. Rice<br>Clark B. Rice, P.C.<br>2951 King Avenue West<br>Billings, MT 59102 | [X] U.S. Mail, postage prepaid<br>[ ] Electronic service<br>[ ] Overnight Delivery |
| Office of the U.S. Trustee<br>U.S. Trustee's Office<br>Liberty Center Suite 204<br>301 Central Avenue<br>Great Falls MT 59401 | [ ] U.S. Mail, postage prepaid<br>[X] Electronic service<br>[ ] Overnight Delivery |
| Bruce F. Fain<br>Murphy, Kirkpatrick & Fain, P.L.L.P.<br>208 North Broadway, Suite 208<br>P.O. Box 429<br>Billings, MT 59103-0429<br>bruce@murphkirk.com | [ ] U.S. Mail, postage prepaid<br>[X] Electronic service<br>[ ] Overnight Delivery |
| Christopher P. Birkle<br>Lovell Law Firm, P.C.<br>175 North 27th Street, Suite 1206<br>P.O. Box 1415<br>Billings, MT 59101<br>cbirkle@lovellaw.com | [ ] U.S. Mail, postage prepaid<br>[X] Electronic service<br>[ ] Overnight Delivery |

/s/ Shane P. Coleman

3638421_1.DOC