Copy of Original Title

# STATE OF CALIFORNIA
## CERTIFICATE OF TITLE

F20060705JX

VEHICLE HISTORY 9898

257901-80

COMMERCIAL

VEHICLE ID NUMBER: 1FTZR44E34PA07225
YR MODEL: 2004
MAKE: FORD
PLATE NUMBER: 7N51935

BODY TYPE MODEL: 4C
AX: 2
UNLADEN WEIGHT: 03400
FUEL: G
TRANSFER DATE: —
FEES PAID: NONE
REGISTRATION EXPIRATION DATE: 07/31/2006

YR 1ST SOLD: 2004
CLASS: FK
YR: —
MO: MU
EQUIPMT/TRUST NUMBER: —
ISSUE DATE: 07/13/06

MOTORCYCLE ENGINE NUMBER: —
ODOMETER DATE: 07/02/2004
ODOMETER READING: 56 MI
ACTUAL MILEAGE

REGISTERED OWNER(S):
SILVER KYLE J
OR SILVER FAWNA M
724 NORTH ST
BUTTE
MT 59701

I certify under penalty of perjury under the laws of the State of California, that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.

1a. _____ DATE  X _____ SIGNATURE OF REGISTERED OWNER

1b. _____ DATE  X _____ SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads [ 5 8 8 2 7 ] (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked.

WARNING  ☐ Odometer reading is not the actual mileage.  ☐ Mileage exceeds the odometer mechanical limits.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE ____ TRANSFEROR/SELLER SIGNATURE(S) _Linton TC._  DATE ____ TRANSFEREE/BUYER SIGNATURE(S) X _____

PRINTED NAME OF AGENT SIGNING FOR A COMPANY: First Future CU
PRINTED NAME OF AGENT SIGNING FOR A COMPANY: Steve's Auto Sales

**IMPORTANT READ CAREFULLY**
Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S):
FIRST FUTURE CU
PO BX 509074
SAN DIEGO CA 92150

2. X _____ FIRST FUTURE CREDIT UNION
Signature releases interest in vehicle. (Company names must be countersigned)
Release Date _____

CA96728766
031953
REG. 17.30R (REV. 10/03)

**KEEP IN A SAFE PLACE - VOID IF ALTERED**


EXHIBIT 23

23-1

## APPLICATION FOR TRANSFER BY NEW OWNER (Please print or type.)

Any change of registered owner or lienholder must be recorded with the Department of Motor Vehicles (DMV) within ten (10) days. The title, transfer fee and in most instances, use tax and a smog certificate must be presented to DMV to record the ownership change.

**NEW REGISTERED OWNER**

3a. TRUE FULL NAME(S) OF NEW REGISTERED OWNER(S) (LAST, FIRST, MIDDLE) AS IT APPEARS ON DRIVER'S LICENSE OR I.D. CARD

3b. ☐ AND ☐ OR (LAST, FIRST, MIDDLE)

4. STREET ADDRESS OR P.O. BOX NUMBER

5. CITY — STATE — ZIP CODE

6. MAILING ADDRESS STREET OR P.O. BOX NUMBER (DO NOT COMPLETE IF SAME AS RESIDENCE ABOVE)

7. CITY — STATE — ZIP CODE

8. FOR TRAILER COACHES ONLY — ADDRESS OR LOCATION WHERE KEPT

I certify under penalty of perjury under the laws of the State of California that the information entered by me on this document is true and correct. If there is a mailing address entered on this form, it is a valid, existing and accurate address. I consent to receive service of process at this mailing address pursuant to Civil Procedures Code Sections 415.20(b), 415.30(a) and 416.90.

9a. DATE — SIGNATURE OF NEW REGISTERED OWNER X — CALIFORNIA DRIVER LICENSE OR ID CARD NO. — PURCHASE DATE

9b. DATE — SIGNATURE OF NEW REGISTERED OWNER X — CALIFORNIA DRIVER LICENSE OR ID CARD NO. — PURCHASE PRICE OR IF GIFT, SO STATE

LEASED VEH. ONLY 10. ADDRESS OF NEW LESSEE IF DIFFERENT FROM LINE 4 ABOVE (WILL NOT BE PRINTED ON TITLE)

**NEW LIENHOLDER**

11. NAME OF LIENHOLDER — FIRM OR INDIVIDUAL HOLDING SECURITY INTEREST (IF NO LIEN, WRITE "NONE") DO NOT ENTER NAME OF REGISTERED OWNER(S) ABOVE   ELECTRONIC LIENHOLDER ID ELT #

12. STREET ADDRESS OR P.O. BOX NUMBER

13. CITY — STATE — ZIP CODE

## TITLE REASSIGNMENTS BY LICENSED CALIFORNIA DEALERS

FEDERAL LAW REQUIRES that you state the mileage upon transfer of ownership. Failure to complete or making a false statement may result in fines and / or imprisonment.

I certify under penalty of perjury under the laws of the State of California that the signature below releases my interest in this vehicle, acknowledges the odometer mileage recorded by the seller, and certifies that the odometer reading entered above my signature (in compliance with Federal law) and the other information entered by me on this document are true and correct.

**DEALER TRANSACTIONS ONLY**

14. Odometer now reads: 159,824 (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: WARNING - Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits.   R/S NUMBER

DATE — SIGNATURE OF AUTHORIZED AGENT X _Sh___ — PRINTED NAME OF AGENT Steve Mull— — DEALER NAME — DEALER NUMBER

DATE — BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING X — PRINTED NAME OF BUYER OR AGENT Incredible Auto Sales — SALES PERSON'S NO.

SOLD THROUGH AUCTION IF APPLICABLE — DATE OF AUCTION 10-4-06 — AUCTION NAME **AUTO AUCTION OF MONTANA 3A2** — DEALER NUMBER

15. Odometer now reads: _____ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: WARNING - Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits.   R/S NUMBER

DATE — SIGNATURE OF AUTHORIZED AGENT X — PRINTED NAME OF AGENT — DEALER NAME — DEALER NUMBER

DATE — BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING X — PRINTED NAME OF BUYER OR AGENT — SALES PERSON'S NO.

16. Odometer now reads: _____ (no tenths) miles, and to the best of my knowledge reflects the actual mileage of the vehicle unless one of the following statements is checked: WARNING - Mileage ☐ is not the actual mileage. ☐ exceeds the odometer mechanical limits.   R/S NUMBER

DATE — SIGNATURE OF AUTHORIZED AGENT X — PRINTED NAME OF AGENT — DEALER NAME — DEALER NUMBER

DATE — BUYER'S SIGNATURE, ACKNOWLEDGES ODOMETER READING X — PRINTED NAME OF BUYER OR AGENT — SALES PERSON'S NO.

23-2

| | | | |
|---|---|---|---|
| B. NEW OWNER'S ADDRESS | | APT NUMBER | C. ODOMETER READING (NO TEN |
| D. CITY | STATE ZIP CODE | | E. DATE OF SALE OR LEASE RET<br>MO. DAY YR |
| F. SELLER'S OR LESSEE'S LAST NAME (OR) COMPANY NAME | FIRST | | G. SELLING PRICE (NO CENTS)<br>WHOL<br>DOLLA |
| H. SELLER'S OR LESSEE'S ADDRESS | | APT NUMBER | I. SELLER'S OR LESSEE'S SIGNAT<br>X |
| J. CITY | STATE ZIP CODE | | |
| VEHICLE ID NUMBER | YR. MODEL MAKE | | PLATE NUMBER |
| 1FTZR44E34PA07225 | 2004 FORD | | 7N51935 |

REG 138A (REV. 10/2004)

Photocopy of title in file

Changed on copy

## STATE OF CALIFORNIA
### CERTIFICATE OF TITLE

F20060705JX    VEHICLE HISTORY    G898

25901-80

COMMERCIAL

VEHICLE ID NUMBER: 1FTZR44E34PA07225    YR MODEL: 2004    MAKE: FORD    PLATE NUMBER: 7N51935

BODY TYPE MODEL: 4C    AXLES: 2    UNLADEN WEIGHT: 03400    FUEL: G    TRANSFER DATE: —    FEES PAID: NONE    REGISTRATION EXPIRATION DATE: 07/30/2006

YR 1ST SOLD: 2004    CLASS: FK    *YR: —    MO: MU    EQUIPMT/TRUST NUMBER: —    ISSUE DATE: 07/13/06

MOTORCYCLE ENGINE NUMBER: —    ODOMETER DATE: 07/02/2004    ACTUAL MILEAGE    ODOMETER READING: 56 MI

REGISTERED OWNER(S):
SILVER KYLE J
OR SILVER FAWNA M
724 NORTH ST
BUTTE
MT 59701

I certify under penalty of perjury under the laws of the State of California that THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.

X _____ DATE _____ SIGNATURE OF REGISTERED OWNER

X _____ DATE _____ SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads _____ (no tenths) miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked.

WARNING: ☐ Odometer reading is not the actual mileage.  ☐ Mileage exceeds the odometer mechanical limits.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE _____ TRANSFEROR/SELLER SIGNATURE(S) _____ DATE _____ TRANSFEREE/BUYER SIGNATURE(S)
PRINTED NAME OF AGENT SIGNING FOR A COMPANY: First Future CU    PRINTED NAME OF AGENT SIGNING FOR A COMPANY: Incredible Autosales

**IMPORTANT READ CAREFULLY**
Any change of lienholders (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.

LIENHOLDER(S):
FIRST FUTURE CU
PO BX 509074
SAN DIEGO CA 92150

FIRST FUTURE CREDIT UNION
Signature release interest in vehicle (Company names must be countersigned)
Release Date

031953

CA96728766
REG 1730R (REV. 10/03)

**KEEP IN A SAFE PLACE - VOID IF ALTERED**

VOID WITHOUT BEAR WATERMARK HOLD TO LIGHT TO VIEW    AUTO AUCTION OF MONTANA

23-3

# ARIZONA CERTIFICATE OF TITLE

 Motor Vehicle Division ADOT
48-7200 R09/03

*Copies of original*

Inventory Control
5818416

| Vehicle Identification Number | Year | Make | Model | Body Style |
|---|---|---|---|---|
| 1GMDV23E75D121917 | 2005 | PONT | MONTA | 4DSW |
| | Mobile Home Manufacturer | | | Unit Number |

First Registered: 03/2004
List Price: 026040

AMERICREDIT FINANCIAL SERVICES
PO BOX 183724
ARLINGTON TX 76096

*Sherrill Moses 429068245*

| Title Number | Issue Date | Film Number | Odometer Reading (no tenths) |
|---|---|---|---|
| 326M006170051 | 06192006 | G170326M19 | 0046140 A |
| Previous Title Number / State | Issue Date | Previous Film Number | A - Actual Mileage<br>B - Mileage in excess of the odometer mechanical limits<br>C - NOT Actual Mileage, WARNING ODOMETER DISCREPANCY |
| 00E7006075030 AZ | 03162006 | G07500E714 | |

**Arizona Brands**

| Previous Brand | State Previous Brand | State Previous Brand | State Other States With Brands |
|---|---|---|---|

Owners/Lessees
AMERICREDIT FINANCIAL SERVICES

Lienholders:

**LIEN RELEASE**

| Lienholder Name | | | Acknowledged before me this date | Notary Public Signature | | |
|---|---|---|---|---|---|---|
| Lien Amount | Lien Date | Lienholder Signature | Date | County | State | Commission Expires |

VOID WITHOUT EAGLE WATERMARK OR IF ALTERED OR ERASED

Federal and State law require that the seller states the vehicle mileage upon transfer of ownership. Failure to complete the odometer statement or providing a false statement, may result in fines and/or imprisonment. The buyer has 15 business days to apply for a new vehicle title in order to avoid penalty charges, whether or not the vehicle is being used. This time period is subject to legislative change.

## TRANSFER OF OWNERSHIP

Seller must complete this section and give title to the new owner.

**Buyer Name (printed):** Steve's Auto Sales
**Street Address:** 1717 1ST AVE N, BILLINGS, MT 59101
**City:** Billings
**State:** MT
**Sale Date:** 8-8-06

**Odometer Reading (no tenths):** 96140  ☐ miles ☐ kilometers
☐ Mileage in excess of the odometer mechanical limits.
☐ NOT Actual Mileage. WARNING – ODOMETER DISCREPANCY

Seller Name (printed): Shalinda Gordon
AMERICREDIT FINANCIAL SERVICES
4001 EMBARCADERO
ARLINGTON TX 76014

Seller Signature: Shalinda Gordon

Notary: SHANNON TRINH, Notary Public, STATE OF TEXAS, My Comm. Exp. 05/02/2009
Date: 7-13-06
County: TARRANT

Buyer Signature: M Bradley

## DEALER REASSIGNMENT

**Buyer Name (printed):** Incredible Auto Sales
**Sale Date:** 10-4-06

**Odometer Reading (no tenths):** 96140  ☑ miles ☐ kilometers

**Dealership Name:** STEVE'S AUTO SALES INC.
**Dealer Number:** 30033
**Agent Signature:** M Bradley

## DEALER REASSIGNMENT

AUTO AUCTION OF MONTANA 3AZ

(blank fields)

## DEALER REASSIGNMENT

(blank fields)

No Additional Reassignments Permitted — Last Buyer Must Apply For Title — Void If Altered Or Erased

23-5

# ARIZONA CERTIFICATE OF TITLE

**Motor Vehicle Division**
ADOT
46-7200 R09/03

Photocopy

Inventory Control: 5848418

| Vehicle Identification Number | Year | Make | Model | Body Style |
|---|---|---|---|---|
| 1GMDV23E75D121917 | 2005 | PONT | MONTA | 4DSW |

| First Registered | List Price | Mobile Home Manufacturer | | Unit Number |
|---|---|---|---|---|
| 03/2004 | 026040 | | | |

AMERICREDIT FINANCIAL SERVICES
PO BOX 183724
ARLINGTON TX 76096

Sherill Moses 4290082410

| Title Number | Issue Date | Film Number | Odometer Reading (no tenths) |
|---|---|---|---|
| 326M006170051 | 06192006 | G170326M19 | 0046140 A |

| Previous Title Number | State | Issue Date | Previous Film Number | |
|---|---|---|---|---|
| 00E7006075030 | AZ | 03162006 | G07500E714 | A - Actual Mileage<br>B - Mileage in excess of the odometer mechanical limits<br>C - NOT Actual Mileage, WARNING ODOMETER DISCREPANCY |

**Arizona Brands**

| Previous Brand | State Previous Brand | State Previous Brand | State Other States With Brands |
|---|---|---|---|

**Owners/Lessees**
AMERICREDIT FINANCIAL SERVICES

Lienholders:

**LIEN RELEASE**

| Lienholder Name | | | Acknowledged before me this date | Notary Public Signature | | |
|---|---|---|---|---|---|---|
| Lien Amount | Lien Date | Lienholder Signature | Date | County | State | Commission Expires |

VOID WITHOUT EAGLE WATERMARK OR IF ALTERED OR ERASED

23-6

**TRANSFER OF OWNERSHIP**

Buyer: Steve's Auto Sales — Bellevue, WA

Odometer Reading: 46140 miles

AMERICREDIT FINANCIAL SERVICES
4001 EMBARCADERO
ARLINGTON, TX 76014

Notary: SHANNON [illegible], STATE OF TEXAS, TARRANT County

Seller: Steve's Auto Sales

**DEALER REASSIGNMENT**

Dealer Name: Incredible Auto Sales

Odometer Reading: 46140 kilometers

Seller: Steve's Auto Sales

Buyer: Incredible Auto Sales

**DEALER REASSIGNMENT**

[blank]

**DEALER REASSIGNMENT**

[blank]

No Additional Reassignments Permitted — Last Buyer Must Apply For Title — Void If Altered Or Erased

23-7

159

Federal and State law require that the seller states the vehicle mileage upon transfer of ownership. Failure to complete the odo or providing a false statement, may result in fines and/or imprisonment. The buyer has **15 business days** to apply for a new veh to avoid penalty charges, whether or not the vehicle is being used. This time period is subject to legislative change.

### TRANSFER OF OWNERSHIP
Seller must complete this section and give title to the new ow

Buyer Name (printed): Stores Auto Sales
City: Billings

Odometer Reading (no tenths): 37335 ☐ miles ☐ kilometers

☐ Mileage in excess of the odometer mechanical limits
☐ NOT Actual Mileage, WARNING — ODOMETER DISCREPANCY

I certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

Seller Name (printed): [illegible] Cardon
AMERICREDIT FINANCIAL SERVICES
200 N EMBARCADERO
ARLINGTON, TX 76014

Seller Signature: [signature]

SANDRA GUARDADO
Notary Public
STATE OF TEXAS
My Comm. Exp. 04/19/2008

Acknowledged before me this date:
Date: 8-2-06
County: TARRANT

### DEALER REASSIGNMENT
(blank)

### DEALER REASSIGNMENT
(blank)

### DEALER REASSIGNMENT
(blank)

23-8

# ARIZONA CERTIFICATE OF TITLE

**Motor Vehicle Division**
ADOT
48-7200 R09/03

Copy of Original

Inventory Control
56 28 392

| Vehicle Identification Number | Year | Make | Model | Body Style |
|---|---|---|---|---|
| 1G1ND52F75M177176 | 2005 | CHEV | CLA | 4DSD |

| First Registered | List Price | Mobile Home Manufacturer | | Unit Number |
|---|---|---|---|---|
| 04/2004 | 019505 | | | |

A-L FINANCIAL CORP
7250 N 16TH ST #105
PHOENIX AZ  85020-5214

| Title Number | Issue Date | Film Number | Odometer Reading (no tenths) |
|---|---|---|---|
| 00E7006088073 | 03292006 | G08800E729 | 0030835 A |

| Previous Title Number | State | Issue Date | Previous Film Number | |
|---|---|---|---|---|
| 00E6006054009 | AZ | 02232006 | G05400E607 | A - Actual Mileage<br>B - Mileage in excess of the odometer mechanical limits<br>C - NOT Actual Mileage, WARNING ODOMETER DISCREPANCY |

**Arizona Brands**

| Previous Brand | State Previous Brand | State Previous Brand | State Other States With Brands |
|---|---|---|---|

S& 23129

Owners/Lessees
SHANE MICHEAL THOMAS
2627 W DESERT SPRING WAY            QUEEN CREEK                    AZ 852425906

Lienholders
FIRST LIEN-
A-L FINANCIAL CORP

7250 N 16TH ST #105                           LIEN DATE: 03132006

                                              PHOENIX             AZ 850205214

**LIEN RELEASE**

| Lienholder Name | | | Acknowledged before me this date | Notary Public Signature | | |
|---|---|---|---|---|---|---|
| Lien Amount | Lien Date | Lienholder Signature | Date | County | State | Commission Expires |

**VOID WITHOUT EAGLE WATERMARK OR IF ALTERED OR ERASED**

23-9

Back of Original

Federal and State law require that the seller states the vehicle mileage upon transfer of ownership. Failure to complete the odometer or providing a false statement may result in fines and/or imprisonment. The buyer has 15 business days to apply for a new vehicle to avoid penalty charges, whether or not the vehicle is being used. This time period is subject to legislative change.

## TRANSFER OF OWNERSHIP

Seller must complete this section and give title to the new owner.

**Buyer Name (printed):** Steves Auto Sales
**Street Address:** 1717 1ST AVE N, BILLINGS, MT 59101
**City:** Billings **State:** MT
**Sale Date:** 8-?-06

**Odometer Reading (no tenths):** 43323 ☐ miles ☐ kilometers
☐ Mileage in excess of the odometer mechanical limits
☐ NOT Actual Mileage: WARNING — ODOMETER DISCREPANCY

**Seller Name (printed):** CC Financial Corp M Wullenn
**Seller Signature:** M Muller

OFFICIAL SEAL
BECKIE WEAVER
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires June 13, 2009

Acknowledged before me this date: 8-9-06

**Buyer Signature:** M Bradley

## DEALER REASSIGNMENT

**Buyer Name (printed):** Incredible Auto Sales
**Sale Date:** 10-4-06

**Odometer Reading (no tenths):** 43323 ☐ miles ☐ kilometers
☐ Mileage in excess of the odometer mechanical limits
☐ NOT Actual Mileage: WARNING — ODOMETER DISCREPANCY

**Dealership Name:** STEVE'S AUTO SALES INC.
**Dealer Number:** 30D33
**Agent Signature:** M Bradley

## DEALER REASSIGNMENT

AUTO AUCTION OF MONTANA 3A2

(blank)

## DEALER REASSIGNMENT

(blank)

**No Additional Reassignments Permitted — Last Buyer Must Apply For Title — Void If Altered Or Erased**

23-10