While out at top - fax from thuttkd Dealer service

photocopy

# ARIZONA CERTIFICATE OF TITLE

Motor
Vehicle
Division
ADOT
48-7202

Vehicle Identification Number: 1G1ND52F75M177176
Year: 2005
Make: CHEV

First Registered: 04/200 Est Price: 40019505

A-L FINANCIAL CORP
7250 N 16TH ST #105
PHOENIX AZ 85020-5214

Title Number: G0E70006088073
Previous Title Number: G0E6006054009 AZ
Issue Date: 02232006
Previous File Number: G05400E607

Arizona Brands

Previous Brand
State Previous Brand

Owners/lessees:
SHANE MICHEAL THOMAS
2627 W DESERT SPRING WAY
QUEEN CREEK 852423905

Lienholders:
FIRST LIEN-
A-L FINANCIAL CORP
7250 N 16TH ST #105
PHOENIX 85020 5214
LIEN DATE: 03132006

23-11

PHOTOCOPY

Federal and State law require that the seller states the vehicle mileage upon transfer of ownership. Failure to complete the odometer statement, or providing a false statement, may result in fines and/or imprisonment. The buyer has 15 business **days** to apply for a new vehicle title in order to avoid penalty charges, whether or not the vehicle is being used. This time period is subject to legislative change.

## TRANSFER OF OWNERSHIP

Stars Auto Sales

Dallas

OFFICIAL SEAL
BECKIE WEAVER
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires June 13, 2009

☐ Mileage in excess of the odometer mechanical limits
☐ NOT Actual Mileage, WARNING - ODOMETER DISCREPANCY

## DEALER REASSIGNMENT

☐ Mileage in excess of the odometer mechanical limits
☐ NOT Actual Mileage, WARNING - ODOMETER DISCREPANCY

## DEALER REASSIGNMENT

☐ Mileage in excess of the odometer mechanical limits
☐ NOT Actual Mileage, WARNING - ODOMETER DISCREPANCY

## DEALER REASSIGNMENT

☐ Mileage in excess of the odometer mechanical limits
☐ NOT Actual Mileage, WARNING - ODOMETER DISCREPANCY

No Additional Reassignments Permitted ——— Last Buyer Must Apply For Title ——— Void If Altered Or Erased

23-12

# STATE OF ILLINOIS
## CERTIFICATE OF TITLE OF A VEHICLE

2787205

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO. |
|---|---|---|---|---|---|
| 2CNDL73F456011384 | 2005 | CHEVROLET | | CARRYALL | T4119699167 |

2CNDL73F456011384

| DATE ISSUED | ODOMETER | CCM | PURCHASED | PURCHASE DATE |
|---|---|---|---|---|
| 04/28/04 | 10 | *Copy of Original* | NEW | 04/13/04 |

10

MOBILE HOME SQ. FT.

TYPE OF TITLE
ORIGINAL

MAILING ADDRESS

CITIBANK NA AS AGENT
POB 3011
BOCA RATON FL 33431

LEGEND(S)

ACTUAL MILEAGE

OWNER(S) NAME AND ADDRESS
ALAMO FINANCING L P
3800 N MANNHEIM RD
FRANKLIN PARK IL 60131

FIRST LIENHOLDER NAME AND ADDRESS
CITIBANK NA AS AGENT
POB 3011
BOCA RATON FL 33431

SECOND LIENHOLDER NAME AND ADDRESS

**RELEASE OF LIEN**

Citibank N. As Agent of Lien on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

3/25/05

Firm Name _____ By _____ Signature of Authorized Agent _____ Date _____

Firm Name _____ By _____ Signature of Authorized Agent _____ Date _____

NEW LIEN ASSIGNMENT: The information below must be on an application for title and presented to the Secretary of State.

Secured Party: _____ Address: _____

▶ Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

## ASSIGNMENT OF TITLE

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address: G.M. Corp. / G.M. Auction Dept   17500 E 32ND AVE AURORA CO 80011

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

20717

☐ NO TENTHS

ODOMETER READING

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage."
WARNING-ODOMETER DISCREPANCY

"If this vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair market value unless this document is accompanied by a salvage application."

Signature(s) of Seller(s) _____ Alamo Financing LP

Printed Name(s) of Seller(s) _____

I am aware of the above odometer certification made by seller

Signature(s) of Buyer(s) _____ Printed Name _____

DATE OF SALE 4-1-05

Printed Name _____

I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named herein is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any. IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS AT SPRINGFIELD.

D33589173

CONTROL NO.

*Jesse White*
JESSE WHITE, Secretary of State

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

23-13

*Copy of Original*

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

## FIRST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

Name of Purchaser: INC RED IBLe Chevrolet Broad3# Gordon MH 59034

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING: 20718   NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage: WARNING - ODOMETER DISCREPANCY.

Date of Sale: 4 14 05

**GM CORP/GM AUCTION DEPT**

Dealer's Name

Dealer No. 7380

Agent's Signature: D.B.s   Printed Name (same as signature): D. Irons

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent: Kathleen Vandesloot   Printed Name (same as signature): Kathleen Vandesloot

## SECOND REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens except as noted, and has been transferred to the following printed name and address.

Name of Purchaser: Kalispell Auto Financing

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING: 20908   NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage: WARNING - ODOMETER DISCREPANCY.

Date of Sale: A-21-06

Dealer's Name: Vince Vande Villenovt   Dealer No. 5503

Agent's Signature: Kathleen Vandesloot   Printed Name (same as signature): Kathleen Vandesloot

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent:   Printed Name (same as signature):

## THIRD REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

Name of Purchaser:   Street:   City:   State:   Zip:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING:   NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage: WARNING - ODOMETER DISCREPANCY.

Date of Sale:

Dealer's Name:   Dealer No.

Agent's Signature:   Printed Name (same as signature):

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent:   Printed Name (same as signature):

## FOURTH REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

Name of Purchaser:   Street:   City:   State:   Zip:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING:   NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage: WARNING - ODOMETER DISCREPANCY.

Date of Sale:

Dealer's Name:   Dealer No.

Agent's Signature:   Printed Name (same as signature):

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent:   Printed Name (same as signature):

## LAST REASSIGNMENT DEALER ONLY

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

Name of Purchaser:   Street:   City:   State:   Zip:

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING:   NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage: WARNING - ODOMETER DISCREPANCY.

Date of Sale:

Dealer's Name:

Agent's Signature:   Printed Name (same as signature):

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent:   Printed Name (same as signature):

LIENHOLDER INFORMATION IS REQUIRED ON THE APPLICATION

**DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.**

VSD 40.   20

23-14

# STATE OF ILLINOIS

## CERTIFICATE OF TITLE OF A VEHICLE

2787205

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE | MODEL | BODY STYLE | TITLE NO. |
|---|---|---|---|---|---|
| 2CNDL73F456011384 | 2005 | CHEVROLET | | CARRYALL | T4119699167 |
| **2CNDL73F456011384** | | | | | |

| DATE ISSUED | ODOMETER | CCM | PURCHASED | PURCHASE DATE |
|---|---|---|---|---|
| 04/28/04 | 10 / **10** | | NEW | 04/13/04 |

Photo copy

MOBILE HOME SQ. FT.

TYPE OF TITLE
ORIGINAL

MAILING ADDRESS

CITIBANK NA AS AGENT
POB 3011
BOCA RATON FL 33431

LEGEND(S)

OWNER(S) NAME AND ADDRESS
ALAMO FINANCING L P
3800 N MANNHEIM RD
FRANKLIN PARK IL 60131

ACTUAL MILEAGE

FIRST LIENHOLDER NAME AND ADDRESS
CITIBANK NA AS AGENT
POB 3011
BOCA RATON FL 33431

SECOND LIENHOLDER NAME AND ADDRESS:

RELEASE OF LIEN
Citibank NA As Agent of Lien on the vehicle described in this Certificate does hereby state that the lien is released and discharged.

By _____

Firm Name _____    Signature of Authorized Agent    Date 3 /25/05

Firm Name _____    Signature of Authorized Agent    Date

NEW LIEN ASSIGNMENT: The information below must be on an application for title and presented to the Secretary of State.

Secured Party: _____    Address: _____

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

## ASSIGNMENT OF TITLE

The undersigned hereby certifies that the vehicle described in this title has been transferred to the following printed name and address:

G.M. Corp / G.M. Auction Dept - 17500 E 32nd AVE - AURORA CO 80011

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING 20,077    ☐ NO TENTHS

☐ 1. The mileage stated is in excess of its mechanical limits.
☐ 2. The odometer reading is not the actual mileage: WARNING-ODOMETER DISCREPANCY

☐ This vehicle is one of more than 5 commercial vehicles owned by me, I certify also that the vehicle is not damaged in excess of 33 1/3% of its fair market value unless this document is accompanied by a salvage application.

Signature(s) of Seller(s) _____
Printed Name(s) of Seller(s)   Alamo Financing LP

I am aware of the above odometer certification made by seller.
Signature(s) of Buyer(s) _____    DATE OF SALE 4-1-05
Printed Name _____

I, Jesse White, Secretary of State of the State of Illinois, do hereby certify that according to the records on file with my Office, the person or entity named hereon is the owner of the vehicle described hereon, which is subject to the above named liens and encumbrances, if any. IN WITNESS WHEREOF, I HAVE AFFIXED MY SIGNATURE AND THE GREAT SEAL OF THE STATE OF ILLINOIS AT SPRINGFIELD.

D33589173
CONTROL NO.

*Jesse White*
JESSE WHITE, Secretary of State

DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS.

23-15

Federal and State law requires that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

**FIRST REASSIGNMENT DEALER ONLY**

Name of Purchaser: INC Red 1314 Chevrolet Trq034 — Hardin — MT — 59034

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING: 20718   [ ] NO TENTHS
- [ ] 1. The mileage stated is in excess of its mechanical limits.
- [ ] 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale: 4/14/05   Dealer's Name: GM CORP/GM AUCTION DEPT   Dealer No. 7380

Agent's Signature: DBB   Printed Name (same as signature): D. Irons

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent   Printed Name (same as signature): Koreen Vanderbout

---

**SECOND REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

Name of Purchaser: Kalispell Auto Liquidators

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING: 20908   [ ] TENTHS
- [ ] 1. The mileage stated is in excess of its mechanical limits.
- [ ] 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale: 4-20-2005   Dealer's Name:   Dealer No. 5503

Agent's Signature:   Printed Name (same as signature): Koreen Vanderbout

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent: Leonard Segura   Printed Name (same as signature): Kalispell Auto Liquidators

---

**THIRD REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

Name of Purchaser: Incredible Auto Sales

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING: 20908   [ ] NO TENTHS
- [ ] 1. The mileage stated is in excess of its mechanical limits.
- [ ] 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale:   Dealer's Name: Kalispell Auto Liquidators   Dealer No.

Agent's Signature:   Printed Name (same as signature): Leonard Segura

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent: Leonard Segura   Printed Name (same as signature): Incredible Auto Sales

*Orig Ink on Copy*

---

**FOURTH REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

Name of Purchaser:   Street   City   State   Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING:   [ ] NO TENTHS
- [ ] 1. The mileage stated is in excess of its mechanical limits.
- [ ] 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale:   Dealer's Name:   Dealer No.

Agent's Signature:   Printed Name (same as signature):

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent   Printed Name (same as signature):

---

**LAST REASSIGNMENT DEALER ONLY**

The undersigned hereby certifies that the vehicle described in this title is free and clear of all liens, except as noted, and has been transferred to the following printed name and address.

Name of Purchaser:   Street   City   State   Zip

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

ODOMETER READING:   [ ] NO TENTHS
- [ ] 1. The mileage stated is in excess of its mechanical limits.
- [ ] 2. The odometer reading is not the actual mileage. WARNING - ODOMETER DISCREPANCY.

Date of Sale:   Dealer's Name:   Dealer No.

Agent's Signature:   Printed Name (same as signature):

I am aware of the above odometer certification made by the seller/agent.

Signature of Buyer/Agent   Printed Name (same as signature):

LIENHOLDER INFORMATION IS REQUIRED ON THE APPLICATION
DO NOT ACCEPT TITLE SHOWING ANY ERASURES, ALTERATIONS OR MUTILATIONS

VSD 40   20

23-16

# STATE OF MONTANA

## DEPARTMENT OF JUSTICE - MOTOR VEHICLE DIVISION

## CERTIFICATE OF TITLE

*Copy of Original* (handwritten)

66

| TITLE NUMBER | YEAR | MAKE/MANUFACT. | MODEL | BODY STYLE/LENGTH |
|---|---|---|---|---|
| G752952 | 2005 | DODG | NEO | 4D |
| VEHICLE/VESSEL IDENTIFICATION NUMBER | UNLADEN WEIGHT/MATERIAL | | TON/PROPULSION | VESSEL NUMBER |
| 1B3ES26C95D111645 | 2,584 | | | |
| ODOMETER READING | | | | DATE ISSUED |
| ODMTR: 39,434 ACTUAL | 0 | | | 10/04/2006 |

OTHER PERTINENT DATA

OWNER(S) NAME AND ADDRESS

INCREDIBLE AUTO SALES
1832 KING AVE W
BILLINGS MT  59102

This entire section must be completed when selling, trading or transferring your vehicle/vessel.

**STEP 1 — OWNER(S) ASSIGNMENT OF TITLE TO PURCHASER(S)**

Owner(s) shown above must enter the name and address of the purchaser(s) here. Do not leave these lines blank – doing so constitutes an "open title" and is a violation of state law.

Print Name of Purchaser(s), whether individual(s) or business

Address

THIS VEHICLE/VESSEL IS SUBJECT TO THE FOLLOWING SECURITY INTEREST(S)

**STEP 2 — OWNER(S) MILEAGE DISCLOSURE AND RELEASE OF INTEREST**

Warning:   Federal and state law requires that you state the mileage of the vehicle – failure to do so or providing a false statement may result in fines and/or imprisonment.

I/we state that this (check one)  5☐ or 6☐ digit odometer now reads (no tenths)

_____ miles, date read _____ and to the best of my/our knowledge it reflects the actual mileage *unless one of the following statements is checked:*

| DO NOT CHECK UNLESS APPLICABLE | ☐ The odometer reading reflects the amount of mileage *in excess of its mechanical limits.* |
|---|---|
| | ☐ The odometer reading is not the actual mileage. *Warning – odometer discrepancy.* |

I/we certify under penalty of law (Section 45-7-203 Unsworn Falsification to Authorities) that the statements made on this certificate are true and correct to the best of my/our knowledge, information and belief; that I am/we are the same person(s) named above; and if signing for a commercial entity, I/we have full authority to do so. All owners must sign in ink. If commercial entity, enter business name.

X_____
Signature of Seller – or – Business Name

_____
Printed Name – must be same as signature (do not type)

X_____
Signature of Seller (if more than one) – or – Business Name

_____
Printed Name – must be same as signature (do not type)

**DO NOT NOTARIZE OR VERIFY UNLESS SIGNED IN YOUR PRESENCE AND PURCHASER NAME(S) IS LISTED.**

State of _____ County of _____

Subscribed and affirmed to before me on (date) _____ by (clearly print

name of person appearing before you) _____

Notary signature _____

Printed name _____  Affix

Title or rank _____  Notary

For the State of_____ County of _____  Seal

Residing at _____  Here

My commission expires _____

**STEP 3 — PURCHASER(S) ACKNOWLEDGMENT OF MILEAGE DISCLOSURE**

I am/we are aware of the above odometer certification made by the seller(s).

X_____
Signature of Purchaser – only one signature is required  Date of Sale

_____
Printed Name – must be same as signature (do not type)

PURCHASER(S): See reverse side for Title Application (Section F)

THE VEHICLE/VESSEL MAY BE SUBJECT TO OTHER SECURITY INTEREST(S)

The Montana Department of Justice, Motor Vehicle Division, hereby certifies that the person(s) named above is/are the owner(s) of the vehicle/vessel described, which is subject to the security interest(s) shown.



TITLE AND REGISTRATION BUREAU
1003 BUCKSKIN DRIVE
DEER LODGE MT 59722-2375

000135731
9711063

VERIFY PRESENCE OF WATERMARK - HOLD TO LIGHT TO VIEW



Montana Department of Justice

# MVD
## MOTOR VEHICLE DIVISION
Safety • Efficiency • Dependability

## Application for a Certificate of Title for a Motor Vehicle
Fees: $12 for automobiles, vans, SUVs, trucks, buses and logging trucks – all weighing one ton or less; $10 for all other vehicles
Additional fees and taxes may be

Office Use Only