

Montana Department of Justice
MVD
Motor Vehicle Division
Safety • Efficiency • Dependability

Title and Registration Bureau

# Application for a Certificate of Title for a Motor Vehicle

Fees: $12 for automobiles, vans, SUVs, trucks, buses and logging trucks - all weighing one ton or less; $10 for all other vehicles
Additional fees and taxes may be due upon registration

Office Use Only

1003 Buckskin Drive, Deer Lodge, MT 59722-2371 • Phone (406) 846-6000 • Fax (406) 846-6039 • mvdinfo@state.mt.us

Title No. ______

1. I/we Incredible Auto Sales the applicant(s) making claim of ownership of the following described motor vehicle to obtain a Certificate of Ownership (Title) for said vehicle, pursuant to the provisions of the Montana Statutes, make the following statements and represent them to be true without reservation, and agree that the Certificate of Title issued shall be null and void if any false statements are made.

2. Mailing Address 1832 King Ave W (Street) Billings (City) MT (State) 59102 (Zip)

3. Residential Address ______ Street ______ City ______ State ______ Zip ______

4. County of Residence Yellowstone 5. State MT 6. Manuf. Suggested Retail Price $ ______

7. Vehicle Year 2005 8. Vehicle Make Chevrolet 9. Vehicle Model Classic 10. Style of Body 4DS

11. Vehicle Color Silver 12. Vehicle Identification Number 1G1ND52F35M223537 13. Fuel Type GAS

14. Unladen Weight 2405 15. Ton ______ 16. MGVW for Trucks ______ 17. MGCW for Trucks/Tractors ______

18. CCs for Motorcycles ______ 19. Length of Travel Trailer or Truck Camper ______ 20. Inter or Intra state ______

21. No Certificate of Title shall be issued by the Department for a motor vehicle, trailer or semitrailer from another state or country unless the foreign certificate of title and/or registration is surrendered.

22. The vehicle described above was acquired Second Hand (New or second hand – if new, attach the Manufacturer's Certificate of Origin) on Oct 6 2006

23. From Avis Budget Group 300 Centre Pt Virginia Beach VA 23462 (Give name and complete address of former owner, whether dealer or individual)

24. The vehicle described above is free and clear of any encumbrances whatsoever, except:

First Security Interest: For $______ (Amount of security interest) in favor of ______ (Give full and complete name of secured party)
Filing Fee $8.00
______ (Give complete address of secured party)

Second Security Interest: For $______ (Amount of security interest) in favor of ______ (Give full and complete name of secured party)
Filing Fee $8.00
______ (Give complete address of secured party)

I/we certify that: I am/we are the same person(s) named on line one; I am/we are aware of the odometer certification made by the dealer; and I/we have read the Unsworn Falsification Statement in the Dealer's Statement of Sale below.

Dated this ______ day of ______ 20 ______

[signature] Purchaser's Signature – this is my legal signature (only one signature is required)

Incredible Auto Sales
If applicant is a firm or corporation, give full name

LaLonna R. Baymond [signature]
Printed Name of Purchaser

## Dealer's Statement of Sale

I certify that:

- The vehicle described in this application was sold to (name of purchaser) ______
  Title shall be issued to none other than the purchaser designated on this form.
- The (check one) 5 ☐ or 6 ☐ digit odometer now reads (no tenths) ______ miles; date read ______ and, to the best of my knowledge, it reflects the actual mileage *unless one of the following statements is checked:*
  STOP DO NOT check one of the following unless it applies
  ☐ The odometer reading reflects the amount of mileage *in excess of its mechanical limits*
  ☐ The odometer reading is not the actual mileage. *Warning – odometer discrepancy.*
- Under penalty of law (Section 45-7-203, MCA, Unsworn Falsification to Authorities) the statements made and information contained on this form are true and correct to the best of my knowledge, information and belief and, if I am signing for a commercial entity, I have full authority to do so.

Dated this ______ day of ______ 20 ______

______ Dealer's License Number

______ Signature of Dealer's Agent – this is my legal signature

______ Dealer's Firm Name

______ Printed Name of Dealer's Agent

23-31

# ARIZONA CERTIFICATE OF TITLE

Motor Vehicle Division
ADOT

Inventory Control

| Vehicle Identification Number | Year | Make | Model | Body Style |
|---|---|---|---|---|
| KNAFE121655124532 | 2005 | KIA | SPEC | 4DSD |

| First Registered | List Price | Mobile Home Manufacturer | Unit Number |
|---|---|---|---|
| 06/2005 | 015150 | | |

ARIZONA STATE SAVINGS & CREDIT UNION
1812 W MONROE
PHOENIX AZ 85007

| Title Number | Issue Date | Film Number | Odometer Reading (no tenths) |
|---|---|---|---|
| 00H6006206094 | 07252006 | G20600H538 | 0000023 A |

| Previous Title Number | State | Issue Date | Previous Film Number |
|---|---|---|---|
| 903H005173006 | AZ | 06222005 | F173903H06 |

A - Actual Mileage
B - Mileage in excess of the odometer mechanical limits
C - NOT Actual Mileage - WARNING ODOMETER DISCREPANCY

Arizona Brands

Previous Brand State Previous Brand State Previous Brand State Other States With Brands

Owners/Lessees
ARIZONA STATE SAVINGS & CREDIT UNION

Lienholders

LIEN RELEASE

| Lienholder Name | | | Acknowledged before me this date | Notary Public Signature | | |
|---|---|---|---|---|---|---|
| Lien Amount | Lien Date | Lienholder Signature | Date | County | State | Commission Expires |

VOID WITHOUT EAGLE WATERMARK OR IF ALTERED OR ERASED

23-32

TRANSFER OF OWNERSHIP

BECKIE WEAVER

DEALER REASSIGNMENT

DEALER REASSIGNMENT

DEALER REASSIGNMENT

No Additional Reassignments Permitted — Last Buyer Must Apply For Title — Void If Altered Or Erased

23-33

...providing a false statement may result in fines and/or imprisonment. The buyer has 15 business days to apply for a new vehicle title in order to avoid penalty charges, whether or not the vehicle is being used. This time period is subject to legislative change.

TRANSFER OF OWNERSHIP — Seller must complete this section and give title to the new owner.

Buyer Name (printed): Steves Auto Sales — Sale Date: 7-28-04
Street Address — City: Billings — State: MT — Zip

Odometer Reading (no tenths): 17788 ☐ miles ☐ kilometers
☐ Mileage in excess of the odometer mechanical limits
☐ NOT Actual Mileage, WARNING – ODOMETER DISCREPANCY

I certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

Seller Name (printed): [illegible] State Savings Credit Union ... Wollenman — Dealer Number — Seller Signature

OFFICIAL SEAL
BECKIE WEAVER
NOTARY PUBLIC - State of ARIZONA
MARICOPA COUNTY

Acknowledged before me this date: 7-28-04 — Notary Public/MVD Agent Signature — County — State — Commission Expires

I am aware of the above odometer certification made by the seller.

Buyer Name (printed): Steve's Auto Sales — Buyer Signature

DEALER REASSIGNMENT

Buyer Name (printed): Incredible Auto Sales — Sale Date
Street Address — City — State — Zip
New Lienholder Name and Street Address (if no lien, write NONE) — Lien Date

Odometer Reading (no tenths): 17788 ☐ miles ☐ kilometers
☐ Mileage in excess of the odometer mechanical limits
☐ NOT Actual Mileage, WARNING – ODOMETER DISCREPANCY

I certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

Dealership Name: Steve's Auto Sales — Dealer Number: 30833 — Agent Name: Steve Wilson — Agent Signature

I am aware of the above odometer certification made by the seller.

Buyer Name (printed): Incredible Auto Sales — Buyer Signature

DEALER REASSIGNMENT

Buyer Name (printed) — Sale Date
Street Address — City — State — Zip
New Lienholder Name and Street Address (if no lien, write NONE) — Lien Date

Odometer Reading (no tenths) ☐ miles ☐ kilometers
☐ Mileage in excess of the odometer mechanical limits
☐ NOT Actual Mileage, WARNING – ODOMETER DISCREPANCY

I certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

Dealership Name — Dealer Number — Agent Name — Agent Signature

I am aware of the above odometer certification made by the seller.

Buyer Name (printed) — Buyer Signature

DEALER REASSIGNMENT

Buyer Name (printed) — Sale Date
Street Address — City — State — Zip
New Lienholder Name and Street Address (if no lien, write NONE) — Lien Date

Odometer Reading (no tenths) ☐ miles ☐ kilometers
☐ Mileage in excess of the odometer mechanical limits
☐ NOT Actual Mileage, WARNING – ODOMETER DISCREPANCY

I certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

Dealership Name — Dealer Number — Agent Name — Agent Signature

I am aware of the above odometer certification made by the seller.

Buyer Name (printed) — Buyer Signature

No Additional Reassignments Permitted — Last Buyer Must Apply For Title — Void If Altered Or Erased



Montana Department of Justice
MVD
Motor Vehicle Division
Safety • Efficiency • Dependability
Title and Registration Bureau

# Application for a Certificate of Title for a Motor Vehicle

Fees: $12 for automobiles, vans, SUVs, trucks, buses and logging trucks - all weighing one ton or less; $10 for all other vehicles

Additional fees and taxes may be due upon registration

Office Use Only

1003 Buckskin Drive Deer Lodge, MT 59722-2371 • Phone (406) 846-6000 Fax (406) 846-6039 • mvdtitleinfo@state.mt.us

Title No. ____________

1. I/we Incredible Auto Sales ____ the applicant(s) making claim of ownership of the following described motor vehicle to obtain a Certificate of Ownership (Title) for said vehicle, pursuant to the provisions of the Montana Statutes, make the following statements and represent them to be true without reservation, and agree that the Certificate of Title issued shall be null and void if any false statements are made.

2. Mailing Address 1832 King Ave West (Street) Billings (City) MT (State) 59102 (Zip)

3. Residential Address ____ (Street) ____ (City) ____ (State) ____ (Zip)

4. County of Residence Yellowstone 5. State MT 6. Manuf. Suggested Retail Price $ ____

7. Vehicle Year 2005 8. Vehicle Make KIA 9. Vehicle Model Spectra 10. Style of Body 4DR

11. Vehicle Color 2701 12. Vehicle Identification Number KNAFE121655124532 13. Fuel Type GAS

14. Unladen Weight ____ 15. Ton ____ 16. MGVW for Trucks ____ 17. MGCW for Trucks/Tractors ____

18. CCs for Motorcycles ____ 19. Length of Travel Trailer or Truck Camper ____ 20. Inter or Intra state ____

21. No Certificate of Title shall be issued by the Department for a motor vehicle, trailer or semitrailer from another state or country unless the foreign certificate of title and/or registration is surrendered.

22. The vehicle described above was acquired Second Hand (New or second hand – if new, attach the Manufacturer's Certificate of Origin) on 10-4 20 06

23. From Steve's Auto Sales 1501 1st Ave N. Blgs MT 59101 (Give name and complete address of former owner, whether dealer or individual)

24. The vehicle described above is free and clear of any encumbrances whatsoever, except:

First Security Interest: For $____ (Amount of security interest) in favor of ____ (Give full and complete name of secured party)
Filing Fee $8.00
____ (Give complete address of secured party)

Second Security Interest: For $____ (Amount of security interest) in favor of ____ (Give full and complete name of secured party)
Filing Fee $8.00
____ (Give complete address of secured party)

I/we certify that: I am/we are the same person(s) named on line one; I am/we are aware of the odometer certification made by the dealer; and I/we have read the Unsworn Falsification Statement in the Dealer's Statement of Sale below.

Dated this ____ day of ____ 20 ____

LaLonna L. Seymour — Purchaser's Signature – this is my legal signature (only one signature is required)

Incredible Auto Sales — If applicant is a firm or corporation, give full name

LaLonna L. Seymour — Printed Name of Purchaser

## Dealer's Statement of Sale

I certify that:

- The vehicle described in this application was sold to (name of purchaser) ____
  Title shall be issued to none other than the purchaser designated on this form.
- The (check one) 5 ☐ or 6 ☐ digit odometer now reads (no tenths) ____ miles; date read ____ and, to the best of my knowledge, it reflects the actual mileage *unless one of the following statements is checked:*

  STOP DO NOT check one of the following unless it applies

  ☐ The odometer reading reflects the amount of mileage *in excess of its mechanical limits*
  ☐ The odometer reading is not the actual mileage. *Warning – odometer discrepancy.*
- Under penalty of law (Section 45-7-203, MCA, Unsworn Falsification to Authorities) the statements made and information contained on this form are true and correct to the best of my knowledge, information and belief and, if I am signing for a commercial entity, I have full authority to do so.

Dated this ____ day of ____ 20 ____

____ Dealer's License Number

____ Signature of Dealer's Agent – this is my legal signature

____ Dealer's Firm Name

____ Printed Name of Dealer's Agent

23-35