William L. Needler
William L. Needler and Associates
555 Skokie Blvd Ste 500
Northbrook, IL 60062
(847) 559-8330 ph
(847) 559-8331 fax
Bar ID 02025248
E-Mail: WilliamLNeedler@aol.com

Attorneys for the Debtor
    Incredible Auto Sales LLC

Clarke B. Rice
Clarke B. Rice P.C.
2951 King Avenue West
Billings, Montana 59102
(406) 254-2500 ofc phone
(406) 294-2525 fax
Montana ID # 1289
E-Mail: Clarkerice@imt.net

Co-Counsel for the Debtor
    Incredible Auto Sales LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MONTANA**

| | |
|---|---|
| **IN RE:**<br><br>INCREDIBLE AUTO SALES L.L.C.<br><br>                            Debtor | Case No. 06-60855-RBK<br><br>Judge Ralph B Kirscher<br><br>A Chapter 11 Proceedings<br>For Reorganization |

### INCREDIBLE AUTO SALES L.L.C., DEBTOR

### Debtor's Exhibit List for Continued Emergency Cash Collateral Hearing Scheduled for December 6, at 10:00 A.M. in U.S. Bankruptcy Court, Butte, Montana

1.)   Exhibit 1 – Debtor's List of New Vehicles – List A;  (Admitted)

2.)   Exhibit 2 – Debtor's List of Used Vehicles – List B;  (Admitted)

3.)   Exhibit 3 – Debtor's analysis of Assets Securing Hyundai Motor Finance;  (Admitted)

4.)   Exhibit 4 – Debtor's Proforma Projection of Income and Expenses (Budget) for Period of November 2006 through October 2007;  (Admitted)

5.)   Exhibit 5 – Debtor's Detailed Procedure for Debtor's Use of Cash Collateral and Further Adequate Protection for Hyundai Motor Finance;  (Admitted)

6.)   Exhibit 6 – Debtor's Analysis of D.I.P. and Cash Collateral Accounts as of November 4, 2006;  (Admitted)

7.)   Exhibit 7 – Debtor's Exhibits as to Values of Kia Franchises – "Blue Sky". (Partially Admitted)

8.)   Exhibit 8 – Debtor's Financial Statements for 2004, 2005, and through August 2006.  (Admitted)

9.)   Exhibit 9 – November 5, 2006 Article from Business Section of Billings Gazette as to the King Avenue Bridge Reconstruction Project.  (Not Admitted)

10.)  Exhibit 10 - Debtor's Report on Profit and Loss for Period of October 17, 2006 to November 30, 2006.

11.)  Exhibit 11 – Debtor's Revised Budget for November, 2006 and proposed Budget for December, 2006 and Budgets for January and February 2007.

12.)  Exhibit 12 – Debtor's Analysis of D.I.P. and Cash Collateral Accounts as of December 3, 2006.

December 3, 2006

/s/ William L. Needler
Attorneys for the Debtor
Incredible Auto Sales LLC

William L. Needler
William L. Needler and Associates
555 Skokie Blvd Ste 500
Northbrook, IL 60062
(847) 559-8330 ph
(847) 559-8331 fax
Bar ID 02025248
E-Mail: WilliamLNeedler@aol.com

Attorneys for the Debtor
    Incredible Auto Sales LLC

Clarke B. Rice
Clarke B. Rice P.C.
2951 King Avenue West
Billings, Montana 59102
(406) 254-2500 ofc phone
(406) 294-2525 fax
Montana ID # 1289
E-Mail: CLarkerice@imt.net

Co-Counsel for the Debtor
    Incredible Auto Sales LLC

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA**

| | |
|---|---|
| **IN RE:**<br><br>INCREDIBLE AUTO SALES L.L.C.<br><br>    Debtor | Case No. 06-60885-RBK<br><br>Judge Ralph B Kirscher<br><br>A Chapter 11 Proceeding<br>For Reorganization |

## NOTICE OF FILING

    Please be advised that the attached List of Debtor's Exhibit List For Continued Emergency Cash Collateral Hearing Scheduled for December 6, at 10:00 A.M. in U.S. Bankruptcy Court, Butte, Montana, including this Notice, Certificate of Service and Service List, were filed with the above Court in Butte, Montana on December 3, 2006.

    This Pleading is hereby attached and served on you.

Should you have any questions about this Exhibit List you may call the Debtor's Attorneys listed below.

December 3, 2006

/s/ William L. Needler
Attorney for Incredible Auto Sales LLC

**PROOF OF SERVICE**

William L. Needler, an Attorney, hereby certifies that the above and foregoing was filed on December 3, 2006 with the Clerk of the Bankruptcy Court using the CM/ECF system, which will electronically notify all persons listed with the Court.

    CHRISTOPHER P BIRKLE    lovellaw@hotmail.com
    ALAN C. BRYAN    abryan@crowleylaw.com
    SHANE P. COLEMAN    spcoleman@hollandhart.com,
    bbowler@hollandhart.com;vhenry@hollandhart.com;intaketeam@hollandhart.com
    BRUCE F. FAIN    bruce@murphkirk.com, pam@murphkirk.com;amy@murphkirk.com
    CHARLES W. HINGLE    chingle@hollandhart.com,
    bbowler@hollandhart.com,mhauck@hollandhart.com,jritchie@hollandhart.com,pmoritz@hollandhart.com,lsawatzke@hollandhart.com
    WILLIAM L NEEDLER    williamlneedler@aol.com
    OFFICE OF THE U.S. TRUSTEE    ustpregion18.gf.ecf@usdoj.gov
    JAMES A. PATTEN    japatten@ppbglaw.com, aschueler!@ppbglaw.com;ESchoemer@ppbglaw.com

I also hereby certify that it was served by facsimile on or before December 3, 2006 from the Attorneys offices.

/s/ William L. Needler

Incredible Auto Sales
Ken Cornelison
1832 King Avenue West
Billings, MT  59102
(406) 652-3487 fax
(406) 294-2525 fax

Clarke B Rice
2951 King Avenue West
Billings, MT 59102
(406) 294-2525 fax

Jill Smith
Kia Motors of America
9801 Muirlands Blvd.
PO Box 52410
Irvine, California, 92619-2410
(949) 595-5805 phone
(949) 595-5805 fax