

# ARIZONA CERTIFICATE OF TITLE

ADOT
Motor Vehicle Division

48-7200 R09/03

Inventory Control
6289424

| Vehicle Identification Number | Year | Make | Model | Body Style |
|---|---|---|---|---|
| 1G1JC12F847235271 | 2004 | CHEV | CAVI | CP |

| First Registered | List Price | Mobile Home Manufacturer | Unit Number |
|---|---|---|---|
| 12/2003 | 014025 | | |

ARIZONA FEDERAL CREDIT UNION
PO BOX 60070
PHOENIX AZ 85082

| Title Number | Issue Date | Film Number | Odometer Reading (no tenths) * |
|---|---|---|---|
| 16E1006178028 | 06272006 | G17816E109 | 0019129 A |

| Previous Title Number | State | Issue Date | Previous Film Number |
|---|---|---|---|
| 030H005203027 | AZ | 07232005 | F203030H09 |

* A - Actual Mileage
B - Mileage in excess of the odometer mechanical limits
C - NOT Actual Mileage, WARNING ODOMETER DISCREPANCY

**Arizona Brands**

Previous Brand State Previous Brand State Previous Brand State Other States With Brands

Owners/Lessees
ARIZONA FEDERAL CREDIT UNION

Lienholders

EXHIBIT
1

LIEN RELEASE

| Lienholder Name | | | Acknowledged before me this date | Notary Public Signature | | |
|---|---|---|---|---|---|---|
| Lien Amount | Lien Date | Lienholder Signature | Date | County | State | Commission Expires |

VOID WITHOUT EAGLE WATERMARK OR IF ALTERED OR ERASED

Federal and State law require that the seller state the vehicle mileage upon transfer of ownership. Failure to complete the odometer statement, or providing a false statement, may result in fines and/or imprisonment. The buyer has **15 business** days to apply for a new vehicle title in order to avoid penalty charges, whether or not the vehicle is being used. This time period is subject to legislative change.

**TRANSFER OF OWNERSHIP** — Seller must complete this section and give title to the new owner.

Buyer Name (printed): Steve's Auto Sales
Sale Date: 7-25-06
Street Address: 1717 1st Ave N
City: Billings
State: MT
Zip:
New Lienholder Driver License or EIN:
New Lienholder Name and Street Address (if no lien, write NONE):
Lien Date:

Odometer Reading (no tenths): 43514 ☐ miles ☐ kilometers

☐ Mileage in excess of the odometer mechanical limits
☐ NOT Actual Mileage. WARNING – ODOMETER DISCREPANCY

I certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

Seller Name (printed): ARIZONA FEDERAL CREDIT UNION
Dealer Number:
Seller Signature: [signature]
Street Address:
City:
State:
Zip:

GEORGIA A. WIDGEON
NOTARY PUBLIC-ARIZONA
MARICOPA COUNTY
My Comm. Expires Aug. 1, 2008

Acknowledged before me this date
Notary Public or MVD Agent Signature: Georgia Widgeon
Date: 6-27-06
County: Maricopa
State: AZ
Commission Expires: Aug 1 2008

I am aware of the above odometer certification made by the seller.

Buyer Name (printed):
Buyer Signature: M Bradley

**DEALER REASSIGNMENT**

Buyer Name (printed):
Sale Date:
Street Address:
City:
State:
Zip:
New Lienholder Driver License or EIN:
New Lienholder Name and Street Address (if no lien, write NONE):
Lien Date:

Odometer Reading (no tenths): ☐ miles ☐ kilometers

☐ Mileage in excess of the odometer mechanical limits
☐ NOT Actual Mileage. WARNING – ODOMETER DISCREPANCY

I certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

Dealership Name: Steve's Auto Sales
Dealer Number: 30533
Agent Name:
Agent Signature: M Bradley

I am aware of the above odometer certification made by the seller.

Buyer Name (printed):
Buyer Signature:

**DEALER REASSIGNMENT**

Buyer Name (printed):
Sale Date:
Street Address:
City:
State:
Zip:
New Lienholder Driver License or EIN:
New Lienholder Name and Street Address (if no lien, write NONE):
Lien Date:

Odometer Reading (no tenths): ☐ miles ☐ kilometers

☐ Mileage in excess of the odometer mechanical limits
☐ NOT Actual Mileage. WARNING – ODOMETER DISCREPANCY

I certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

Dealership Name:
Dealer Number:
Agent Name:
Agent Signature:

I am aware of the above odometer certification made by the seller.

Buyer Name (printed):
Buyer Signature:

**DEALER REASSIGNMENT**

Buyer Name (printed):
Sale Date:
Street Address:
City:
State:
Zip:
New Lienholder Driver License or EIN:
New Lienholder Name and Street Address (if no lien, write NONE):
Lien Date:

Odometer Reading (no tenths): ☐ miles ☐ kilometers

☐ Mileage in excess of the odometer mechanical limits
☐ NOT Actual Mileage. WARNING – ODOMETER DISCREPANCY

I certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

Dealership Name:
Dealer Number:
Agent Name:
Agent Signature:

I am aware of the above odometer certification made by the seller.

Buyer Name (printed):
Buyer Signature:

**No Additional Reassignments Permitted** — **Last Buyer Must Apply For Title** — **Void If Altered Or Erased**

# CERTIFICATE OF TITLE FOR A VEHICLE

NORTH DAKOTA DEPARTMENT OF TRANSPORTATION
SFN 2875 (Rev. 01-01)

MOTOR VEHICLE DIVISION
ND DEPT. OF TRANSPORTATION
608 E. BOULEVARD AVENUE
BISMARCK, ND 58505-0780
PHONE (701) 328-2725

| VIN | YEAR MODEL | YEAR REGISTERED | MAKE | BODY STYLE | MODEL |
|---|---|---|---|---|---|
| 1B3HB48B27D530095 | 2007 | 2006 | DODGE | SEDAN 4 DOOR | CALIBER SXT |

OWNER(S) NAME
ENTERPRISE RENT A CAR OF MT/WY.

| TITLE NUMBER | VEHICLE TYPE | SHIPPING WEIGHT | DATE ISSUED |
|---|---|---|---|
| 5557389 | PASSENGER | 3058 | 06-30-2006 |

MAIL TO 477

ENTERPRISE RENT A CAR OF MT/WY
1200 BOZEMAN AVE
HELENA MT 59601-2939

| ODOMETER READING | ODOMETER STATUS |
|---|---|
| 10 MI | ACTUAL |

FOR MVD USE ONLY

| DECAL NUMBER | LICENSE NUMBER | |
|---|---|---|
| | | |
| DFU MO-YR | PRORATE | YTLF |
| TOTAL $ | | |

| PLATE NUMBER | |
|---|---|
| PLATE FEE | $5.00 |
| CREDIT | $ |

| TAX | $ |
|---|---|
| TITLE | $ |
| LICENSE | $ |

## PART 1. SELLER'S - ASSIGNMENT AND WARRANTY OF TITLE (DELIVER TITLE TO BUYER WITHIN 15 DAYS FROM DATE OF SALE)

Name of Buyer(s) First, Middle, Last: Shoes Auto Sales Inc
Check if Joint Tenants with Right of Survivorship is desired
Selling Price
Daytime Phone #
Address | City | State | Zip Code | County

ODOMETER DISCLOSURE: Federal and State laws require that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment. I certify to the best of my knowledge the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1 - The mileage stated is in excess of its mechanical limits. ☐ 2 - The odometer reading is not the actual mileage.

Odometer Reading: 6307 NO TENTHS
Date of Sale
(WARNING ODOMETER DISCREPANCY)

Signature of Seller X [signature] | Date (Mo., Day, Year) | Signature of Buyer X | Date (Mo., Day, Year)
Signature of Seller X | Date (Mo., Day, Year) | Signature of Buyer X | Date (Mo., Day, Year)
Hand Printed (Not Typed) Name(s) of Seller(s): Enterprise Rent A Car of MT/WY
Daytime Phone #
Hand Printed (Not Typed) Name(s) of Buyer(s)

AUTO AUCTION OF MONTANA 382

LEGAL TITLE OWNER (LIENHOLDER)

I certify that the applicant has complied with the requirements of Title 39 of the North Dakota Century Code relative to the issuance of a certificate of title for a vehicle. Any lien recorded in the office of the Department of Transportation is shown below and the lienholder named is and shall remain legal owner of the vehicle until the encumbrance is released or satisfied.

Keith C. Magnusson
Deputy Director for Driver and Vehicle Services

### LIEN RELEASE

ALL INTERESTS IN THE ABOVE DESCRIBED VEHICLE ARE RELEASED.

Lienholder Name

X
Signature of Agent Date

EXHIBIT 2

J0831044

THE DEPARTMENT OF TRANSPORTATION IS NOT RESPONSIBLE FOR FALSE OR FRAUDULENT STATEMENTS MADE IN THE ASSIGNMENT OF THE CERTIFICATE OF TITLE.

ERASURES, ALTERATIONS OR MUTILATIONS VOID THIS TITLE

**Part 2. FIRST DEALER ASSIGNMENT AND WARRANTY OF TITLE (DELIVER TITLE TO BUYER WITHIN 15 DAYS FROM DATE OF SALE)**

Name of Buyer(s) First, Middle, Last | ☐ Check if Joint Tenants with Right of Survivorship is desired | Selling Price | Daytime Phone #

Address | City | State | Zip Code | County

ODOMETER DISCLOSURE: Federal and State laws require that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment. I certify to the best of my knowledge the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

☐ 1 - The mileage stated is in excess of its mechanical limits. ☐ 2 - The odometer reading is not the actual mileage. (WARNING "ODOMETER DISCREPANCY)

Odometer Reading NO TENTHS | Date of Sale

Name of Dealer | Dealer License Number | Signature of Buyer X | Date (Mo., Day, Year)

Signature of Authorized Agent X | Date (Mo., Day, Year) | Signature of Buyer X | Date (Mo., Day, Year)

Hand Printed (Not Typed) Name of Authorized Agent | Hand Printed (Not Typed) Name(s) of Buyer(s)

**Part 2A. SECOND DEALER ASSIGNMENT AND WARRANTY OF TITLE (DELIVER TITLE TO BUYER WITHIN 15 DAYS FROM DATE OF SALE)**

Name of Buyer(s) First, Middle, Last | ☐ Check if Joint Tenants with Right of Survivorship is desired | Selling Price | Daytime Phone #

Address | City | State | Zip Code | County

ODOMETER DISCLOSURE: Federal and State laws require that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment. I certify to the best of my knowledge the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:

☐ 1 - The mileage stated is in excess of its mechanical limits. ☐ 2 - The odometer reading is not the actual mileage. (WARNING "ODOMETER DISCREPANCY)

Odometer Reading NO TENTHS | Date of Sale

Name of Dealer | Dealer License Number | Signature of Buyer X | Date (Mo., Day, Year)

Signature of Authorized Agent X | Date (Mo., Day, Year) | Signature of Buyer X | Date (Mo., Day, Year)

Hand Printed (Not Typed) Name of Authorized Agent | Hand Printed (Not Typed) Name(s) of Buyer(s)

**Part 3. PURCHASER'S CERTIFICATION AND APPLICATION (PRESENT TO DEPARTMENT OF TRANSPORTATION WITHIN 30 DAYS)**

**MOTOR VEHICLE EXCISE TAX EXEMPTIONS** (Circle one if applicable)

1. Gift from wife, husband, parent, child, brother or sister (Circle One)
2. Joint tenancy with right of survivorship and now vehicle is being put in one name only
3. Inheritance
4. Change of name by marriage, adoption or court order (Circle One)
5. Vehicle aquired through a lease purchase agreement (Circle One)
   - A. If tax was paid on the total lease consideration, tax is due on the lease buyout amount.
   - B. If tax was paid on the full purchase price and you have been in possession of the vehicle over one year, no tax is due
   - C. If tax was paid on the full purchase price and you have been in possession of the vehicle for less than one year, tax is due on the lease buyout amount.
6. State Fleet
7. Lien change — RECORD ODOMETER READING ________
8. Interstate carriers — Account Number ________
9. Tax paid to state that grants reciprocity to North Dakota (Proof Required)
10. Transfer into state by non-resident
11. Dealer resale - USED vehicle
12. Dealer resale - NEW vehicle
13. Tribal (form SFN 18095 required)
14. Disabled American Veteran or Former Prisoner of War
15. Nonprofit senior citizens' or mobility impaired persons' corporation owned buses
16. Mobility impaired persons purchasing specially equipped vehicle
17. Homemade vehicles
18. Newly formed partnership or corporation (Circle One) Date formed ________
19. Dissolved partnership or corporation (Circle One) Date dissolved ________
20. Parochial or private non-profit school buses
21. Assembled vehicle by motor vehicle dealer (form SFN 22056 required)
22. Transfer into family trust - trust date ________
23. Military home of record - entry or discharge (Circle One)
24. Mobile Home (form SFN 3004 required)
25. North Dakota political subdivisions
26. Repossession (form SFN 2880 required)
27. Non-resident military lease
28. Insurance company-total loss settlement
29. Other

**NOTICE:** Persons making a false entry or altering a government document are guilty of a class A misdemeanor, punishable by a penalty of up to $2,000 and/or one year in jail.

| | |
|---|---|
| 1. Full purchase price of vehicle | $ |
| 2. Less trade-in allowance | $ |
| 3. Difference | $ |
| 4. Tax (5% of line 3) | $ |
| 5. Title fee | $ 5.00 |
| 6. TOTAL | $ |

**FIRST LIEN**

Name

Address

City | State | Zip Code

**SECOND LIEN**

Name

Address

City | State | Zip Code

Vehicle Identification Number of Trade-In

Year and Make of Trade-In

I reside in the county of:

The buyer (applicant), subject to the penalties of law, certifies the purchase price of the vehicle. The buyer makes application for certificate of title to the vehicle, having acquired it subject to the liens stated. The buyer certifies the vehicle is and will continue to be insured while operating upon public streets and highways.

Signature of Buyer X | Date (Mo., Day, Year)

Signature of Buyer X | Date (Mo., Day, Year)

# STATE OF MONTANA

## DEPARTMENT OF JUSTICE - MOTOR VEHICLE DIVISION

0009966525

32

DUPLICATE

## CERTIFICATE OF TITLE

| TITLE NUMBER | YEAR | MAKE/MANUFACT. | MODEL | BODY STYLE/LENGTH |
|---|---|---|---|---|
| G267772 | 2003 | DODG | STR | 4D |

| VEHICLE/VESSEL IDENTIFICATION NUMBER | UNLADEN WEIGHT/MATERIAL | TON/PROPULSION | VESSEL NUMBER |
|---|---|---|---|
| 1B3EL36X83N520717 | 3,000 | | |

ODOMETER READING

ODMTR: 24,112 LAST KNOWN READING 0

DATE ISSUED

10/02/2006

OTHER PERTINENT DATA

OWNER(S) NAME AND ADDRESS

HOCHMUTH, DANIEL
PO BOX 80430
BILLINGS MT 59108

THIS DUPLICATE VOIDS ANY PREVIOUSLY ISSUED CERTIFICATE

THIS VEHICLE/VESSEL IS SUBJECT TO THE FOLLOWING SECURITY INTEREST(S)

WELLS FARGO FINANCIAL
P O BOX 250
BILLINGS MT 59102
$27,079.20 03/24/2004

THE VEHICLE/VESSEL MAY BE SUBJECT TO OTHER SECURITY INTEREST(S)

The Montana Department of Justice, Motor Vehicle Division, hereby certifies that the person(s) named above is/are the owner(s) of the vehicle/vessel described, which is subject to the security interest(s) shown.

TITLE AND REGISTRATION BUREAU
1003 BUCKSKIN DRIVE
DEER LODGE MT 59722-2375

000132094

CONTROL NO. 9712079

(This is not a title number)

This entire section must be completed when selling, trading or transferring your vehicle/vessel.

**STEP 1 -- OWNER(S) ASSIGNMENT OF TITLE TO PURCHASER(S)**

Owner(s) shown above must enter the name and address of the purchaser(s) here. Do not leave these lines blank -- doing so constitutes an "open title" and is a violation of state law.

DENNY MENHOLT FRONTIER CHEVROLET

Print Name of Purchaser(s)

P.O. BOX 80430, Billings, MT 59108

Address

**STEP 2 -- OWNER(S) MILEAGE DISCLOSURE AND RELEASE OF INTEREST**

**Warning: Federal and state law requires that you state the mileage of the vehicle -- failure to do so or providing a false statement may result in fines and/or imprisonment.**

I/we state that this (check one) 5☐ or 6☐ digit odometer now reads (no tenths) 79670 miles, date read ______ and to the best of my/our knowledge it reflects the actual mileage *unless one of the following statements is checked:*

| DO NOT CHECK UNLESS APPLICABLE | ☐ The odometer reading reflects the amount of mileage *in excess of its mechanical limits.* ☐ The odometer reading is not the actual mileage. *Warning - odometer discrepancy.* |
|---|---|

I/we certify under penalty of law (**Section 45-7-203 Unsworn Falsification to Authorities**) that the statements made on this certificate are true and correct to the best of my/our knowledge, information and belief, that I am/we are the same person(s) named above, and if signing for a commercial entity, I/we have full authority to do so.

All owners must sign in ink. If commercial entity, enter business name.

X Daniel Hochmuth by Janet ... POA
Signature of Seller--or--Business Name

Printed Name -- must be same as signature (do not type)

X
Signature of Seller (if more than one) --or-- Business Name

Printed Name -- must be same as signature (do not type)

**DO NOT NOTARIZE OR VERIFY UNLESS SIGNED IN YOUR PRESENCE AND PURCHASER NAME(S) IS LISTED.**

State of Montana County of Yellowstone

Subscribed and affirmed to before me on (date) 4-9-06 by (clearly print name of person appearing before you)

Notary signature

Printed name

Title or rank

For the State of ______ County of

Residing at

My commission expires

Affix Notary Seal Here

**STEP 3 -- PURCHASER(S) ACKNOWLEDGMENT OF MILEAGE DISCLOSURE**

I am/we are aware of the above odometer certification made by the seller(s).

X
Signature of Purchaser -- only one signature is required    Date of Sale

Printed Name--must be same as signature (do not type)

**PURCHASER(S):** See reverse side for Title Application (Section E) or Dealer/Insurer Reassignments (Sections A,B,C,D)

Rev. 03/06

VERIFY PRESENCE OF WATERMARK - HOLD TO LIGHT TO VIEW

KEEP IN SAFE PLACE-ANY ALTERATION-USE OF CORRECTION FLUID-ERASURE - VOIDS THIS TITLE.

EXHIBIT 3

## *INSTRUCTIONS – READ CAREFULLY*

- Purchaser applying for title is required to complete Section E, Title Application - Security Interest Acknowledgment. Application must be signed by the purchaser and submitted to the County Treasurer within 40 days of purchase - failure to do so is a violation of 61-3-220, MCA, and will result in a $10.00 penalty. Application must be accompanied by the last Montana registration receipt for this vehicle/vessel.
- Any security interest(s) encumbering this vehicle/vessel must be shown in Section E.
- Licensed dealers may execute up to four transfers by completing Dealer Reassignment Sections A, B, C and D. Insurance companies may execute one transfer by completing Section A. **Warning: Federal and State law requires that you transfer ownership to your purchaser and state the mileage in connection with the transfer - failure to do so or providing a false statement is a violation of state law and may result in fines and/or imprisonment.**
- Any alteration - use of correction fluid - erasure - voids this certificate.

**A — FIRST DEALER/INSURER REASSIGNMENT**

For value received I, the undersigned dealer/insurer, transfer ownership of the vehicle/vessel described on this certificate of title to:

Print name of purchaser(s) ______ Address ______

I state that this (check one) 5 ☐ or 6 ☐ digit odometer now reads (no tenths) ______ miles, date read ______ and to the best of my knowledge that it reflects the actual mileage ***unless one of the following statements is checked:***

| DO NOT CHECK UNLESS APPLICABLE | ☐ The odometer reading reflects the amount of mileage *in excess of its mechanical limits.*<br>☐ The odometer reading is not the actual mileage. *Warning – odometer discrepancy.* |
|---|---|

I certify under penalty of law **(Section 45-7-203, Unsworn Falsification to Authorities)** that the statements made on this certificate are true and correct to the best of my knowledge, information and belief, and I have full authority to sign for the dealership or insurer.

Signature of dealer/insurer (sign in ink) ______ Printed name ______

Name of dealership/insurer ______ Dealer license number ______

I am aware of the above odometer certification made by the dealer or insurer. Print business name ______

Date of sale ______ Signature of purchaser ______ Printed name (do not type) ______

**B — SECOND DEALER REASSIGNMENT**

For value received I, the undersigned dealer, transfer ownership of the vehicle/vessel described on this certificate of title to:

Print name of purchaser(s) ______ Address ______

I state that this (check one) 5 ☐ or 6 ☐ digit odometer now reads (no tenths) ______ miles, date read ______ and to the best of my knowledge that it reflects the actual mileage ***unless one of the following statements is checked:***

| DO NOT CHECK UNLESS APPLICABLE | ☐ The odometer reading reflects the amount of mileage *in excess of its mechanical limits.*<br>☐ The odometer reading is not the actual mileage. *Warning – odometer discrepancy.* |
|---|---|

I certify under penalty of law **(Section 45-7-203, Unsworn Falsification to Authorities)** that the statements made on this certificate are true and correct to the best of my knowledge, information and belief, and I have full authority to sign for the dealership.

Signature of dealer (sign in ink) ______ Printed name ______

Name of dealership ______ Dealer license number ______

I am aware of the above odometer certification made by the dealer. Print business name ______

Date of sale ______ Signature of purchaser ______ Printed name (do not type) ______

**C — THIRD DEALER REASSIGNMENT**

For value received I, the undersigned dealer, transfer ownership of the vehicle/vessel described on this certificate of title to:

Print name of purchaser(s) ______ Address ______

I state that this (check one) 5 ☐ or 6 ☐ digit odometer now reads (no tenths) ______ miles, date read ______ and to the best of my knowledge that it reflects the actual mileage ***unless one of the following statements is checked:***

| DO NOT CHECK UNLESS APPLICABLE | ☐ The odometer reading reflects the amount of mileage *in excess of its mechanical limits.*<br>☐ The odometer reading is not the actual mileage. *Warning – odometer discrepancy.* |
|---|---|

I certify under penalty of law **(Section 45-7-203, Unsworn Falsification to Authorities)** that the statements made on this certificate are true and correct to the best of my knowledge, information and belief, and I have full authority to sign for the dealership.

Signature of dealer (sign in ink) ______ Printed name ______

Name of dealership ______ Dealer license number ______

I am aware of the above odometer certification made by the dealer. Print business name ______

Date of sale ______ Signature of purchaser ______ Printed name (do not type) ______

**D — FOURTH DEALER REASSIGNMENT**

For value received I, the undersigned dealer, transfer ownership of the vehicle/vessel described on this certificate of title to:

Print name of purchaser(s) ______ Address ______

I state that this (check one) 5 ☐ or 6 ☐ digit odometer now reads (no tenths) ______ miles, date read ______ and to the best of my knowledge that it reflects the actual mileage ***unless one of the following statements is checked:***

| DO NOT CHECK UNLESS APPLICABLE | ☐ The odometer reading reflects the amount of mileage *in excess of its mechanical limits.*<br>☐ The odometer reading is not the actual mileage. *Warning – odometer discrepancy.* |
|---|---|

I certify under penalty of law **(Section 45-7-203, Unsworn Falsification to Authorities)** that the statements made on this certificate are true and correct to the best of my knowledge, information and belief, and I have full authority to sign for the dealership.

Signature of dealer (sign in ink) ______ Printed name ______

Name of dealership ______ Dealer license number ______

I am aware of the above odometer certification made by the dealer. Print business name ______

Date of sale ______ Signature of purchaser ______ Printed name (do not type) ______

**E — TITLE APPLICATION - SECURITY INTEREST ACKNOWLEDGMENT**

I/we state that I/we have compared the manufacturer's vehicle/vessel identification number shown on the face of this certificate with the manufacturer's vehicle/vessel identification plate affixed to the vehicle/vessel and they agree in every particular.

This vehicle/vessel is subject to the security interest(s) shown below. Write "NONE" if no security interest exists: ______

First Secured Party ______ Security Interest Amount ______

Address ______ Security Interest Date ______

Second Secured Party ______ Security Interest Amount ______

Address ______ Security Interest Date ______

I/we certify under penalty of law **(Section 45-7-203, Unsworn Falsification to Authorities)** that the statements made on this certificate are true and correct to the best of my/our knowledge, information and belief, that I am/we are the same person(s) named below in this purchaser(s) application, and if signing for a commercial entity, I/we have full authority to do so.

______ Printed or typed name of purchaser/owner/business ______ Printed or typed name of co-purchaser/owner

______ Mailing address ______ Residence address (must be street or rural route) ______ City or town ______ State ______ Zip

______ Legal signature of purchaser/owner (sign in ink, only one signature required) - signature also required for security interest filing without transfer ______ Driver license number ______ Date

# ARIZONA CERTIFICATE OF TITLE

ADOT Motor Vehicle Division
48-7200 R09/03

Inventory Control
5402953

| Vehicle Identification Number | Year | Make | Model | Body Style |
|---|---|---|---|---|
| KNAFE121655124532 | 2005 | KIA | SPEC | 4DSD |

| First Registered | List Price | Mobile Home Manufacturer | Unit Number |
|---|---|---|---|
| 06/2005 | 015150 | | |

ARIZONA STATE SAVINGS & CREDIT UNION
1812 W MONROE
PHOENIX AZ 85007

| Title Number | Issue Date | Film Number | Odometer Reading (no tenths) |
|---|---|---|---|
| 00H6006206094 | 07252006 | G20600H638 | 0000023 A |

| Previous Title Number | State | Issue Date | Previous Film Number |
|---|---|---|---|
| 903H005173006 | AZ | 06222005 | F173903H06 |

A - Actual Mileage
B - Mileage in excess of the odometer mechanical limits
C - NOT Actual Mileage, WARNING ODOMETER DISCREPANCY

Arizona Brands

Previous Brand | State | Previous Brand | State | Previous Brand | State | Other States With Brands

Owners/Lessees
ARIZONA STATE SAVINGS & CREDIT UNION

Lienholders

VOID VOID VOID

LIEN RELEASE

| Lienholder Name | | | Acknowledged before me this date | Notary Public Signature | | |
|---|---|---|---|---|---|---|
| Lien Amount | Lien Date | Lienholder Signature | Date | County | State | Commission Expires |

VOID WITHOUT EAGLE WATERMARK OR IF ALTERED OR ER

EXHIBIT 4

or providing [illegible] to avoid penalty charges whether or not the [illegible] is being used. This time period is subject to [illegible] legislative change.

(13)

TRANSFER OF OWNERSHIP — Seller must complete this section and give title to the new owner

Buyer Name (printed): Sieges Auto Sales
Sale Date: 2-8-04
Street Address: [illegible] 1st Ave N
City: Billings
State: MT
New Lienholder [illegible] — New Lienholder Name and Street Address (If no lien, write NONE)
Lien Date

Odometer Reading (No Tenths) [illegible] ☐ miles ☐ Kilometers
☐ Mileage in excess of the odometer mechanical limits
☐ NOT Actual Mileage. WARNING — ODOMETER DISCREPANCY
I certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

Seller Name (printed): Arizona State Swap [illegible] M. Wollenman
Dealer Number — Seller Signature: [signature]
Street Address — City — State — Zip

OFFICIAL SEAL
BECKIE WEAVER
NOTARY PUBLIC - STATE of ARIZONA
MARICOPA COUNTY

Acknowledged before me this date: 2-8-04
County
Notary Public or MVD Agent Signature: [signature]
State — Commission Expires

I am aware of the above odometer certification made by the seller.
Buyer Name (printed): M. Bradley
Buyer Signature: M. Bradley

DEALER REASSIGNMENT

Buyer Name (printed) — Sale Date
Street Address — City — State — Zip
New Lienholder [illegible] — New Lienholder Name and Street Address (If no lien, write NONE) — Lien Date

Odometer Reading (No Tenths) ☐ miles ☐ Kilometers
☐ Mileage in excess of the odometer mechanical limits
☐ NOT Actual Mileage. WARNING — ODOMETER DISCREPANCY
I certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

Dealership Name: [illegible] Auto Sales
Dealer Number: 8033
Agent Name: R. Bradley
Agent Signature: [signature]

I am aware of the above odometer certification made by the seller.
Buyer Name (Printed) — Buyer Signature

DEALER REASSIGNMENT

Buyer Name (printed) — Sale Date
Street Address — City — State — Zip
New Lienholder [illegible] — New Lienholder Name and Street Address (If no lien, write NONE) — Lien Date

Odometer Reading (No Tenths) ☐ miles ☐ Kilometers
☐ Mileage in excess of the odometer mechanical limits
☐ NOT Actual Mileage. WARNING — ODOMETER DISCREPANCY
I certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

Dealership Name — Dealer Number — Agent Name — Agent Signature

I am aware of the above odometer certification made by the seller.
Buyer Name (Printed) — Buyer Signature

DEALER REASSIGNMENT

Buyer Name (printed) — Sale Date
Street Address — City — State — Zip
New Lienholder [illegible] — New Lienholder Name and Street Address (If no lien, write NONE) — Lien Date

Odometer Reading (No Tenths) ☐ miles ☐ Kilometers
☐ Mileage in excess of the odometer mechanical limits
☐ NOT Actual Mileage. WARNING — ODOMETER DISCREPANCY
I certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

Dealership Name — Dealer Number — Agent Name — Agent Signature

I am aware of the above odometer certification made by the seller.
Buyer Name (Printed) — Buyer Signature

No Additional Reassignments Permitted — Last Buyer Must Apply For Title — Void If Altered Or Erased

# ARIZONA CERTIFICATE OF TITLE

ADOT Motor Vehicle Division
48-7200 R09/03

Inventory Control 99074.15
435W

| Vehicle Identification Number | Year | Make | Model | Body Style |
|---|---|---|---|---|
| 1MEFM50U12G614160 | 2002 | MERC | SABLE | 4DSD |

| First Registered | List Price | Mobile Home Manufacturer | Unit Number |
|---|---|---|---|
| 02/2002 | 19545 | | |

10646

ARIZONA CENTRAL CREDIT UNION
6782 S POTOMAC ST
CENTENNIAL CO 80112

| Title Number | Issue Date | Film Number | Odometer Reading (no tenths) |
|---|---|---|---|
| 081H004089013 | 03292004 | E089081H09 | 0016434 A |

| Previous Title Number | State | Issue Date | Previous Film Number |
|---|---|---|---|
| 081H004068008 | AZ | 03082004 | E068081H04 |

A- Actual Mileage
B- Mileage in excess of the odometer mechanical limits
C- NOT Actual Mileage, WARNING ODOMETER DISCREPANCY

Arizona Brands

Previous Brand State Previous Brand State Previous Brand State Other States With Brands

ADDITIONAL BRAND INFORMATION WILL BE PRINTED HERE IN THE FUTURE.

Owners/Lessees

SANDRA LOUISE ALVARADO OR
2709 W ALICE AVE PHOENIX AZ 85051

NICHOLAS PETE ALVARADO

Lienholders

FIRST LIEN- LIEN DATE: 01292004
ARIZONA CENTRAL CREDIT UNION

6782 S POTOMAC ST CENTENNIAL CO 80112

LIEN RELEASE

| Lienholder Name | | | Acknowledged before me this date | Notary Public Signature | |
|---|---|---|---|---|---|
| Lien Amount | Lien Date | Lienholder Signature | Date | County | State / Commission Expires |

VOID WITHOUT EAGLE WATERMARK OR IF ALTERED OR E

EXHIBIT
5

Federal and State law require that the seller states the vehicle mileage upon transfer of ownership. Failure to complete the odometer statement or providing a false statement may result in fines and/or imprisonment. ... to avoid penalty charged, whether or not the vehicle is being used. This time period is subject to legislative change.

## TRANSFER OF OWNERSHIP

Seller must complete this section and give title to the new owner.

Buyer Name (printed): Steve's Auto Sales
Sale Date: 7-28-06
Street Address:
City: Billings
State: MT
New Lienholder/Driver License or EIN | New Lienholder Name and Street Address (if no lien, write NONE) | Lien Date

Odometer Reading (no tenths): 58808 ☐ miles ☐ kilometers

☐ Mileage in excess of the odometer mechanical limits.
☐ NOT Actual Mileage. WARNING – ODOMETER DISCREPANCY.

I certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

Seller Name (printed): Arizona Central Credit Union by [illegible]
Dealer Number | Seller Signature: Arizona Central Credit Union by [signature]
Street Address: 1650 S [illegible]
City: Centennial
State: CO
Zip: 80112

JAMIE CASTILLO
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires [illegible]

Subscribed and acknowledged before me this date: 7-31-06
Name (Notary Public signature): [signature]
County: Arapahoe
State: CO
Commission Expires: 5/20/10

I am aware of the above odometer certification made by the seller.
Buyer Name (printed) | Buyer Signature

## DEALER REASSIGNMENT

Buyer Name (printed) | Sale Date
Street Address | City | State | Zip
New Lienholder/Driver License or EIN | New Lienholder Name and Street Address (if no lien, write NONE) | Lien Date

Odometer Reading (no tenths) ☐ miles ☐ kilometers

☐ Mileage in excess of the odometer mechanical limits.
☐ NOT Actual Mileage. WARNING – ODOMETER DISCREPANCY.

I certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.
Dealership Name | Dealer Number | Agent Name | Agent Signature

I am aware of the above odometer certification made by the seller.
Buyer Name (printed) | Buyer Signature

## DEALER REASSIGNMENT

Buyer Name (printed) | Sale Date
Street Address | City | State | Zip
New Lienholder/Driver License or EIN | New Lienholder Name and Street Address (if no lien, write NONE) | Lien Date

Odometer Reading (no tenths) ☐ miles ☐ kilometers

☐ Mileage in excess of the odometer mechanical limits.
☐ NOT Actual Mileage. WARNING – ODOMETER DISCREPANCY.

I certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.
Dealership Name | Dealer Number | Agent Name | Agent Signature

I am aware of the above odometer certification made by the seller.
Buyer Name (printed) | Buyer Signature

## DEALER REASSIGNMENT

Buyer Name (printed) | Sale Date
Street Address | City | State | Zip
New Lienholder/Driver License or EIN | New Lienholder Name and Street Address (if no lien, write NONE) | Lien Date

Odometer Reading (no tenths) ☐ miles ☐ kilometers

☐ Mileage in excess of the odometer mechanical limits.
☐ NOT Actual Mileage. WARNING – ODOMETER DISCREPANCY.

I certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.
Dealership Name | Dealer Number | Agent Name | Agent Signature

I am aware of the above odometer certification made by the seller.
Buyer Name (printed) | Buyer Signature

No Additional Reassignments Permitted — Last Buyer Must Apply For Title — Void If Altered Or Erased



ADOT
Motor Vehicle Division

48-0902 R01/05 www.azdot.gov

# REPOSSESSION AFFIDAVIT

| Vehicle Identification Number | Year | Make | |
|---|---|---|---|
| 1MEFM50U12G614160 | 2002 | MERCURY | |
| **Registered Owner Names (printed)** | **Repossession Date** | | **Title State** |
| SANDRA LOUISE ALVARADO OR NICHOLAS PETE ALVARADO | 06/26/2006 | | AZ |

I certify that I am the legal owner and a lienholder of record for the vehicle described above, that the vehicle is physically located in Arizona and that I repossessed the vehicle upon default pursuant to the terms of the lien and all applicable laws and regulations, and that the State of Arizona, its agencies, employees and agents shall not be held liable for relying on the contents of this affidavit.

| Lienholder Company Name | |
|---|---|
| ARIZONA CENTRAL CREDIT UNION | |
| **Lienholder Agent Name** | **Lienholder Signature** |
| M. WOLLENMAN | [signature] |

OFFICIAL SEAL
BECKIE WEAVER
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires June 13, 2009

Acknowledged before me this date.

| Date | County | Notary or MVD Agent Signature | |
|---|---|---|---|
| | | [signature] | |
| | | **State** | **Commission Expires** |
| 7-13-06 | | | |

## BILL OF SALE

I hereby sell to the Buyer, the vehicle described above.

| Buyer Name | | Sale Date | |
|---|---|---|---|
| Steves Auto Sales | | 7-18-06 | |
| **Street Address** | **City** | **State** | **Zip** |
| | Billings | MT | |
| **Name of New Lienholder (If no lien, write NONE)** | | **Lien Date** | |
| | | | |

Federal and State law require that the seller states the mileage in connection with the transfer of ownership. Failure to complete the odometer statement, or providing a false statement, may result in fines and/or imprisonment.

| Odometer Reading (no tenths) |
|---|
| 58805 ☐ miles ☐ kilometers |

☐ Mileage in excess of the odometer mechanical limits.
☐ NOT Actual Mileage, WARNING – ODOMETER DISCREPANCY.

I certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

| Seller Name (printed) | Seller Signature | | |
|---|---|---|---|
| Arizona Central Credit Union | [signature] | | |
| **Street Address** | **City** | **State** | **Zip** |
| 6782 S POTOMAC ST | CENTENNIAL | CO | 80112 |

OFFICIAL SEAL
BECKIE WEAVER
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires June 13, 2009

Acknowledged before me this date.

| Date | County | Notary or MVD Agent Signature | |
|---|---|---|---|
| | | [signature] | |
| | | **State** | **Commission Expires** |
| 7-13-06 | | | |

I am aware of the above odometer certification made by the seller.

| Buyer Name (printed) | Buyer Signature |
|---|---|
| | |

— Sequential Bills Of Sale Will Not Be Accepted —

STATE OF MONTANA

DEPARTM[illegible]T OF JUSTICE - MOTOR VEHIC[illegible] DIVISION

0000000000

# CERTIFICATE OF TITLE

| TITLE NUMBER | YEAR | MAKE/MANUFACT. | MODEL | BODY STYLE/LENGTH |
|---|---|---|---|---|
| G758068 | 2006 | PONT | G6 | 4D |

| VEHICLE/VESSEL IDENTIFICATION NUMBER | UNLADEN WEIGHT/MATERIAL | TON/PROPULSION | VESSEL NUMBER |
|---|---|---|---|
| 1G2ZF55B164176395 | 3,419 | | |

| ODOMETER READING | | DATE ISSUED |
|---|---|---|
| ODMTR: 28,163 ACTUAL | 0 | 10/13/2006 |

OTHER PERTINENT DATA

OWNER(S) NAME AND ADDRESS

STEVES AUTO SALES INC
1717 1ST AVE N
BILLINGS MT 59101

THIS VEHICLE/VESSEL IS SUBJECT TO THE FOLLOWING SECURITY INTEREST(S)

DSC - Mark Hatlestad
ASM

THE VEHICLE/VESSEL MAY BE SUBJECT TO OTHER SECURITY INTEREST(S)

The Montana Department of Justice, Motor Vehicle Division, hereby certifies that the person(s) named above is/are the owner(s) of the vehicle/vessel described, which is subject to the security interest(s) shown.

TITLE AND REGISTRATION BUREAU
1003 BUCKSKIN DRIVE
DEER LODGE MT 59722-2375

000149355

CONTROL NO. 9725822

(This is not a title number)

This entire section must be completed when selling, trading or transferring your vehicle/vessel.

**STEP 1 -- OWNER(S) ASSIGNMENT OF TITLE TO PURCHASER(S)**

Owner(s) shown above must enter the name and address of the purchaser(s) here. **Do not leave these lines blank – doing so constitutes an "open title" and is a violation of state law.**

Print Name of Purchaser(s), whether individual(s) or business

Address

**STEP 2 -- OWNER(S) MILEAGE DISCLOSURE AND RELEASE OF INTEREST**

**Warning: Federal and state law requires that you state the mileage of the vehicle – failure to do so or providing a false statement may result in fines and/or imprisonment.**

I/we state that this (check one) 5☐ or 6☐ digit odometer now reads (no tenths) ________ miles, date read ________ and to the best of my/our knowledge it reflects the actual mileage *unless one of the following statements is checked:*

| DO NOT CHECK UNLESS APPLICABLE | ☐ The odometer reading reflects the amount of mileage *in excess of its mechanical limits.* ☐ The odometer reading is not the actual mileage. *Warning - odometer discrepancy.* |
|---|---|

I/we certify under penalty of law (Section 45-7-203 Unsworn Falsification to Authorities) that the statements made on this certificate are true and correct to the best of my/our knowledge, information and belief, that I am/we are the same person(s) named above, and if signing for a commercial entity, I/we have full authority to do so.

**All owners must sign in ink. If commercial entity, enter business name.**

X ________ Signature of Seller -or- Business Name

Printed Name – must be same as signature (do not type)

X ________ Signature of Seller (if more than one) -or- Business Name

Printed Name – must be same as signature (do not type)

**DO NOT NOTARIZE OR VERIFY UNLESS SIGNED IN YOUR PRESENCE AND PURCHASER NAME(S) IS LISTED.**

State of ________ County of ________

Subscribed and affirmed to before me on (date) ________ by (clearly print name of person appearing before you) ________

Notary signature ________
Printed name ________ Affix
Title or rank ________ Notary
For the State of ________ County of ________ Seal
Residing at ________ Here
My commission expires ________

**STEP 3 -- PURCHASER(S) ACKNOWLEDGMENT OF MILEAGE DISCLOSURE**

I am/we are aware of the above odometer certification made by the seller(s).

X ________ Signature of Purchaser – only one signature is required ________ Date of Sale

Printed Name – must be same as signature (do not type)

**PURCHASER(S):** See reverse side for Title Application (Section E) or Dealer/Insurer Reassignments (Sections A,B,C,D)

KEEP IN SAFE PLACE-ANY ALTERATION-USE OF CORRECTION FLUID-ERASURE - V[illegible]

EXHIBIT 6

**INSTRUCTIONS – READ CAREFULLY**

- Purchaser applying for title is required to complete Secti... Title Application - Security Interest Acknowledgment. Applica... must be signed by the purchaser and submitted to the County Treasurer within 40 days of purchase - failure to do ... is a violation of 61-3-220, MCA, and will result in a $10.00 penalty. Application must be accompanied by the last Montana registration receipt for this vehicle/vessel.
- Any security interest(s) encumbering this vehicle/vessel must be shown in Section E.
- Licensed dealers may execute up to four transfers by completing Dealer Reassignment Sections A, B, C and D. Insurance companies may execute one transfer by completing Section A. **Warning: Federal and State law requires that you transfer ownership to your purchaser and state the mileage in connection with the transfer - failure to do so or providing a false statement is a violation of state law and may result in fines and/or imprisonment.**
- Any alteration - use of correction fluid - erasure - voids this certificate.

## A — FIRST DEALER/INSURER REASSIGNMENT

For value received I, the undersigned dealer/insurer, transfer ownership of the vehicle/vessel described on this certificate of title to:

Print name of purchaser(s) ______________________ Address ______________________

I state that this (check one) 5 ☐ or 6 ☐ digit odometer now reads (no tenths) ____________ miles, date read ____________ and to the best of my knowledge that it reflects the actual mileage ***unless one of the following statements is checked:***

| DO NOT CHECK UNLESS APPLICABLE | ☐ The odometer reading reflects the amount of mileage ***in excess of its mechanical limits.***<br>☐ The odometer reading is not the actual mileage. ***Warning – odometer discrepancy.*** |
|---|---|

I certify under penalty of law **(Section 45-7-203, Unsworn Falsification to Authorities)** that the statements made on this certificate are true and correct to the best of my knowledge, information and belief, and I have full authority to sign for the dealership or insurer.

Signature of dealer/insurer (sign in ink) ______________________ Printed name ______________________

Name of dealership/insurer ______________________ Dealer license number ____________

I am aware of the above odometer certification made by the dealer or insurer. Print business name ______________________

Date of sale ____________ Signature of purchaser ______________________ Printed name (do not type) ______________________

## B — SECOND DEALER REASSIGNMENT

For value received I, the undersigned dealer, transfer ownership of the vehicle/vessel described on this certificate of title to:

Print name of purchaser(s) ______________________ Address ______________________

I state that this (check one) 5 ☐ or 6 ☐ digit odometer now reads (no tenths) ____________ miles, date read ____________ and to the best of my knowledge that it reflects the actual mileage ***unless one of the following statements is checked:***

| DO NOT CHECK UNLESS APPLICABLE | ☐ The odometer reading reflects the amount of mileage ***in excess of its mechanical limits.***<br>☐ The odometer reading is not the actual mileage. ***Warning – odometer discrepancy.*** |
|---|---|

I certify under penalty of law **(Section 45-7-203, Unsworn Falsification to Authorities)** that the statements made on this certificate are true and correct to the best of my knowledge, information and belief, and I have full authority to sign for the dealership.

Signature of dealer (sign in ink) ______________________ Printed name ______________________

Name of dealership ______________________ Dealer license number ____________

I am aware of the above odometer certification made by the dealer. Print business name ______________________

Date of sale ____________ Signature of purchaser ______________________ Printed name (do not type) ______________________

## C — THIRD DEALER REASSIGNMENT

For value received I, the undersigned dealer, transfer ownership of the vehicle/vessel described on this certificate of title to:

Print name of purchaser(s) ______________________ Address ______________________

I state that this (check one) 5 ☐ or 6 ☐ digit odometer now reads (no tenths) ____________ miles, date read ____________ and to the best of my knowledge that it reflects the actual mileage ***unless one of the following statements is checked:***

| DO NOT CHECK UNLESS APPLICABLE | ☐ The odometer reading reflects the amount of mileage ***in excess of its mechanical limits.***<br>☐ The odometer reading is not the actual mileage. ***Warning – odometer discrepancy.*** |
|---|---|

I certify under penalty of law **(Section 45-7-203, Unsworn Falsification to Authorities)** that the statements made on this certificate are true and correct to the best of my knowledge, information and belief, and I have full authority to sign for the dealership.

Signature of dealer (sign in ink) ______________________ Printed name ______________________

Name of dealership ______________________ Dealer license number ____________

I am aware of the above odometer certification made by the dealer. Print business name ______________________

Date of sale ____________ Signature of purchaser ______________________ Printed name (do not type) ______________________

## D — FOURTH DEALER REASSIGNMENT

For value received I, the undersigned dealer, transfer ownership of the vehicle/vessel described on this certificate of title to:

Print name of purchaser(s) ______________________ Address ______________________

I state that this (check one) 5 ☐ or 6 ☐ digit odometer now reads (no tenths) ____________ miles, date read ____________ and to the best of my knowledge that it reflects the actual mileage ***unless one of the following statements is checked:***

| DO NOT CHECK UNLESS APPLICABLE | ☐ The odometer reading reflects the amount of mileage ***in excess of its mechanical limits.***<br>☐ The odometer reading is not the actual mileage. ***Warning – odometer discrepancy.*** |
|---|---|

I certify under penalty of law **(Section 45-7-203, Unsworn Falsification to Authorities)** that the statements made on this certificate are true and correct to the best of my knowledge, information and belief, and I have full authority to sign for the dealership.

Signature of dealer (sign in ink) ______________________ Printed name ______________________

Name of dealership ______________________ Dealer license number ____________

I am aware of the above odometer certification made by the dealer. Print business name ______________________

Date of sale ____________ Signature of purchaser ______________________ Printed name (do not type) ______________________

## E — TITLE APPLICATION - SECURITY INTEREST ACKNOWLEDGMENT

I/we state that I/we have compared the manufacturer's vehicle/vessel identification number shown on the face of this certificate with the manufacturer's vehicle/vessel identification plate affixed to the vehicle/vessel and they agree in every particular.

This vehicle/vessel is subject to the security interest(s) shown below. Write "NONE" if no security interest exists: ____________

First Secured Party ______________________ Security Interest Amount ____________

Address ______________________ Security Interest Date ____________

Second Secured Party ______________________ Security Interest Amount ____________

Address ______________________ Security Interest Date ____________

I/we certify under penalty of law **(Section 45-7-203, Unsworn Falsification to Authorities)** that the statements made on this certificate are true and correct to the best of my/our knowledge, information and belief, that I am/we are the same person(s) named below in this purchaser(s) application, and if signing for a commercial entity, I/we have full authority to do so.

______________________ Printed or typed name of purchaser/owner/business

______________________ Printed or typed name of co-purchaser/owner

______________________ Mailing address | Residence address (must be street or rural route) | City or town | State | Zip

______________________ Legal signature of purchaser/owner (sign in ink, only one signature required) - signature also required for security interest filing without transfer | Driver license number | Date

# ARIZONA CERTIFICATE OF TITLE

Motor Vehicle Division
ADOT

Inventory Control 190908

Vehicle Identification Number KL5JD56Z55K174188 | Year 2005 | Make SUZI | Model FZS | Body Style 4DSD

First Registered 07/2005 | List Price 013449 | Mobile Home Manufacturer | Unit Number

CENTIX FUNDS SERIES CLPF
6782 S POTOMAC
CENTENNIAL CO 80112

Title Number C062005213004 | Issue Date 08012005 | Film Number F213C06203 | Odometer Reading (no tenths) 0000021 A

Previous Title Number MSO | State | Issue Date 00000000 | Previous Film Number ORIGINAL

A - Actual Mileage
B - Mileage in excess of the odometer mechanical limits
C - NOT Actual Mileage, WARNING ODOMETER DISCREPANCY

Arizona Brands

Previous Brand | State | Previous Brand | State | Previous Brand | State | Other States With Brands

Owners/Lessees

LORITA BARLOW
PO BOX 2311 KAYENTA AZ 86033

2454
-5011
OSC - Mark Hatlestad
AJM

Lienholders

FIRST LIEN-
CENTIX FUNDS SERIES CLPF LIEN DATE: 06252005
6782 S POTOMAC CENTENNIAL CO 80112

EXHIBIT 7

AMANDA TRUJILLO
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 03/27/2007

LIEN RELEASE

| Lienholder Name | | | Acknowledged before me this date | Notary Public Signature | | |
|---|---|---|---|---|---|---|
| Centrix Funds Series CLPF | | | | | | |
| Lien Amount | Lien Date | Lienholder Signature | Date | County | State | Commission Expires |
| 19,602.45 | 06/25/2005 | [signature] | 05/19/2006 | Arapahoe | CO | 3/27/07 |

VOID WITHOUT EAGLE WATERMARK OR IF ALTERED OR ERASED

Federal and State law require that you state the mileage in connection with the transfer of ownership. Failure to complete the odometer statement or providing a false statement, may result in fines and/or imprisonment. The buyer has **15 business days** to apply for a new title in order to avoid penalty charges, whether or not the vehicle is being used. This time period is subject to legislative change.

(1)

**TRANSFER OF OWNERSHIP** — Seller must complete this section and give title to the new owner.

Buyer Name (printed): Stees Auto Sales
Sale Date: 7-18-06
Street Address:
City: Belleue
State: MT
Zip:
New Lienholder Driver License or EIN:
New Lienholder Name and Street Address (if no lien, write NONE):
Lien Date:

Odometer Reading (no tenths): 35136 ☐ miles ☐ kilometers

☐ Mileage in excess of the odometer mechanical limits
☐ NOT Actual Mileage, WARNING – ODOMETER DISCREPANCY

I certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

Seller Name (printed): Century Funds Services CLPF
Dealer Number:
Seller Signature: A. C. S. agt
Street Address:
City:
State:
Zip:

OFFICIAL SEAL
BECKIE WEAVER
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires June 12, 2009

Acknowledged before me this date.
Date: 5-26-06
County:
Notary Public or MVD Agent Signature: B. Weaver
State:
Commission Expires:

I am aware of the above odometer certification made by the seller.

Buyer Name (printed):
Buyer Signature:

**DEALER REASSIGNMENT**

Buyer Name (printed):
Sale Date:
Street Address:
City:
State:
Zip:
New Lienholder Driver License or EIN:
New Lienholder Name and Street Address (if no lien, write NONE):
Lien Date:

Odometer Reading (no tenths): ☐ miles ☐ kilometers

☐ Mileage in excess of the odometer mechanical limits
☐ NOT Actual Mileage, WARNING – ODOMETER DISCREPANCY

I certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

Dealership Name:
Dealer Number:
Agent Name:
Agent Signature:

I am aware of the above odometer certification made by the seller.

Buyer Name (printed):
Buyer Signature:

**DEALER REASSIGNMENT**

Buyer Name (printed):
Sale Date:
Street Address:
City:
State:
Zip:
New Lienholder Driver License or EIN:
New Lienholder Name and Street Address (if no lien, write NONE):
Lien Date:

Odometer Reading (no tenths): ☐ miles ☐ kilometers

☐ Mileage in excess of the odometer mechanical limits
☐ NOT Actual Mileage, WARNING – ODOMETER DISCREPANCY

I certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

Dealership Name:
Dealer Number:
Agent Name:
Agent Signature:

I am aware of the above odometer certification made by the seller.

Buyer Name (printed):
Buyer Signature:

**DEALER REASSIGNMENT**

Buyer Name (printed):
Sale Date:
Street Address:
City:
State:
Zip:
New Lienholder Driver License or EIN:
New Lienholder Name and Street Address (if no lien, write NONE):
Lien Date:

Odometer Reading (no tenths): ☐ miles ☐ kilometers

☐ Mileage in excess of the odometer mechanical limits
☐ NOT Actual Mileage, WARNING – ODOMETER DISCREPANCY

I certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

Dealership Name:
Dealer Number:
Agent Name:
Agent Signature:

I am aware of the above odometer certification made by the seller.

Buyer Name (printed):
Buyer Signature:

**No Additional Reassignments Permitted — Last Buyer Must Apply For Title — Void If Altered Or Erased**



48-0902 R01/05 www.azdot.gov

# REPOSSESSION AFFIDAVIT

| Vehicle Identification Number | Year | Make | |
|---|---|---|---|
| KL5JD56Z55K174188 | 2005 | SUZI | |
| **Registered Owner Names (printed)** | **Repossession Date** | | **Title State** |
| LORITA BARLOW | 05/18/2006 | | AZ |

I certify that I am the legal owner and a lienholder of record for the vehicle described above, that the vehicle is physically located in Arizona and that I repossessed the vehicle upon default pursuant to the terms of the lien and all applicable laws and regulations, and that the State of Arizona, its agencies, employees and agents shall not be held liable for relying on the contents of this affidavit.

| Lienholder Company Name | |
|---|---|
| CENTRIX FUNDS SERIES CLPF | |
| **Lienholder Agent Name** | **Lienholder Signature** |
| BARBRA TOLLETTE | [signature] |

Acknowledged before me this date.

| Date | County | State | Notary or MVD Agent Signature / Commission Expires |
|---|---|---|---|
| 5/18/06 | Arapahoe | Co | [signature] 3/27/07 |

AMANDA TRUJILLO
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 03/27/2007

## BILL OF SALE

I hereby sell to the Buyer, the vehicle described above.

| Buyer Name | | Sale Date | |
|---|---|---|---|
| Steve's Auto Sales | | 5-18-06 | |
| **Street Address** | **City** | **State** | **Zip** |
| | Billings | MT | |
| **Name of New Lienholder (if no lien, write NONE)** | | **Lien Date** | |
| | | | |

Federal and State law require that the seller states the mileage in connection with the transfer of ownership. Failure to complete the odometer statement, or providing a false statement, may result in fines and/or imprisonment.

Odometer Reading (no tenths): 33836 ☐ miles ☐ kilometers

☐ Mileage in excess of the odometer mechanical limits.

☐ NOT Actual Mileage, WARNING – ODOMETER DISCREPANCY.

I certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

| Seller Name (printed) | Seller Signature | | |
|---|---|---|---|
| Centrix Funds Series CLPF | [signature] | | |
| **Street Address** | **City** | **State** | **Zip** |
| 6782 S POTOMAC | CENTENNIAL | CO | 80112 |

Acknowledged before me this date.

| Date | County | State | Notary or MVD Agent Signature / Commission Expires |
|---|---|---|---|
| 5/18/06 | Arapahoe | Co | [signature] 3/27/07 |

AMANDA TRUJILLO
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 03/27/2007

I am aware of the above odometer certification made by the seller.

| Buyer Name (printed) | Buyer Signature |
|---|---|
| | |

— Sequential Bills Of Sale Will Not Be Accepted —

# DEPARTMENT OF JUSTICE - MOTOR VEHICLE DIVISION

## CERTIFICATE OF TITLE

| TITLE NUMBER | YEAR | MAKE/MANUFACT. | MODEL | BODY STYLE/LENGTH |
|---|---|---|---|---|
| G523008 | 2005 | CHRY | TOW | VN |

| VEHICLE/VESSEL IDENTIFICATION NUMBER | UNLADEN WEIGHT/MATERIAL | TON/PROPULSION | VESSEL NUMBER |
|---|---|---|---|
| 2C4GP44R95R589847 | 4,135 | | |

| ODOMETER READING | DATE ISSUED |
|---|---|
| ODMTR: 10 ACTUAL | 09/12/2005 |

OTHER PERTINENT DATA

OWNER(S) NAME AND ADDRESS.

ENTERPRISE RENT A CAR OF MT-WY
1500 BOZEMAN
HELENA MT 59601

VOID

THIS VEHICLE/VESSEL IS SUBJECT TO THE FOLLOWING SECURITY INTEREST(S)

This entire section must be completed when selling, trading or transferring your vehicle/vessel.

**STEP 1 -- OWNER(S) ASSIGNMENT OF TITLE TO PURCHASER(S)**

Owner(s) shown above must enter the name and address of the purchaser(s) here. Do not leave these lines blank – doing so constitutes an "open title" and is a violation of state law.

Steve's Auto Sales Inc
Print Name of Purchaser(s), whether individual(s) or business

Address

**STEP 2 – OWNER(S) MILEAGE DISCLOSURE AND RELEASE OF INTEREST**

Warning: Federal and state law requires that you state the mileage of the vehicle – failure to do so or providing a false statement may result in fines and/or imprisonment. I/We state that this (check one) ☐5 or ☐6 digit odometer now reads (no tenths) 51,291 miles, date read [illegible] and to the best of my/our knowledge that it reflects the actual mileage unless one of the following statements is checked:

STOP! DO NOT check one of the following unless it applies.

☐ I/we certify that the odometer reading reflects the amount of mileage *in excess of its mechanical limits*

☐ I/we certify that the odometer reading is not the actual mileage. *Warning, odometer discrepancy*

I/we certify under penalty of law (Section 45-7-203 Unsworn Falsification to Authorities) that the statements made herein are true and correct to the best of my/our knowledge, information and belief, that I am/we are the same person(s) named above, and if signing for a commercial entity, I/we have full authority to do so.

All owners must sign in ink. If commercial entity, enter business name.

X [signature] ETC.
Signature of Seller - or - Business Name

L. Littleton
Printed Name Enterprise Rent-A-Car Company of Montana / Wyoming

Signature of Seller (if more than one) --or-- Business Name

Printed Name – must be same as signature (do not type)

Subscribed and affirmed to before me on (date) 9-21-05

by L. Littleton
Name of person making statement, print clearly

Notary signature [signature] My Comm. Expires March 31, 2010

Printed name Jeannie Griffin

Title and rank Owner

Notary for the State of Montana

Residing at Billings

My Commission expires March 31, 2010

JEANNIE GRIFFIN NOTARY PUBLIC STATE OF MONTANA

**STEP 3 – PURCHASER(S) ACKNOWLEDGEMENT OF MILEAGE DISCLOSURE**

I am/we are aware of the above odometer certification made by the seller(s).

X
Signature of Purchaser – only one signature is required Date of Sale

Printed Name—must be same as signature (do not type)

PURCHASER(S): See reverse side for Title Application (Section E) or Dealer/Insurer Reassignments (Sections A,B,C,D)

It is hereby certified, according to the records of the Montana Department of Justice, Motor Vehicle Division, that the person(s) named above is/are the owner(s) of the vehicle/vessel described above, which is subject to a security interest(s) as shown; however the vehicle/vessel may be subject to other security interests.

TITLE AND REGISTRATION BUREAU
1003 BUCKSKIN DRIVE
DEER LODGE MT 59722-2371

CONTROL NO. 9205706
(This is not a title number)

Rev. 12/04

VERIFY PRESENCE OF WATERMARK - HOLD TO LIGHT TO VIEW

AUTO AUCTION OF MONTANA 3A2

KEEP IN SAFE PLACE-ANY ALTERATION-USE OF CORRECTION FLUID-ERASURE -

EXHIBIT
8

06-60855-RBK Doc#: 109-1 Filed: 12/04/06 Entered: 12/04/06 17:01:03 Page 18 of 18

submitted to the County Treasurer within 20 days of purchase (failure to do so is a violation punishable by a $10.00 penalty). Application must be accompanied by the last Montana registration receipt for this vehicle/vessel.

- Any security interest(s) encumbering this vehicle/vessel must be shown in Section E.
- Licensed dealers may execute up to four transfers for wholesale or retail transfers by completing Dealer Reassignment Sections A, B, C and D. Insurance companies may execute one transfer by completing Section A. **WARNING: Federal and State law requires that you transfer ownership to your purchaser and state the mileage in connection with the transfer – failure to do so or providing a false statement is a violation of state law and may result in fines and/or imprisonment.**

## A — FIRST DEALER/INSURER REASSIGNMENT

For value received I, the undersigned dealer/insurer, transfer ownership of the vehicle/vessel described on this certificate of title to:

Print name of purchaser(s) ______ Address ______

I state that this (check one) ☐ 5 or ☐ 6 digit odometer now reads (no tenths) |_|_|_|_|_|_| miles, date read ______ and to the best of my knowledge that it reflects the actual mileage ***unless one of the following statements is checked:***

**STOP!** DO NOT check one of the following unless it applies

☐ I certify that the odometer reading reflects the amount of mileage ***in excess of its mechanical limits***
☐ I certify that the odometer reading is not the actual mileage ***Warning - odometer discrepancy***

I certify under penalty of law **(Section 45-7-203, Unsworn Falsification to Authorities)** that the statements made herein are true and correct to the best of my knowledge, information and belief, and I have full authority to sign for the dealership or insurer.

Signature of dealer/insurer (sign in ink) ______ Printed name ______

Name of dealership/insurer ______ Dealer license number ______

I am aware of the above odometer certification made by the dealer or insurer. Print business name ______

Date of sale ______ Signature of purchaser ______ Printed name (do not type) ______

## B — SECOND DEALER REASSIGNMENT

For value received I, the undersigned dealer, transfer ownership of the vehicle/vessel described on this certificate of title to:

Print name of purchaser(s) ______ Address ______

I state that this (check one) ☐ 5 or ☐ 6 digit odometer now reads (no tenths) |_|_|_|_|_|_| miles, date read ______ and to the best of my knowledge that it reflects the actual mileage ***unless one of the following statements is checked:***

**STOP!** DO NOT check one of the following unless it applies

☐ I certify that the odometer reading reflects the amount of mileage ***in excess of its mechanical limits***
☐ I certify that the odometer reading is not the actual mileage ***Warning - odometer discrepancy***

I certify under penalty of law **(Section 45-7-203, Unsworn Falsification to Authorities)** that the statements made herein are true and correct to the best of my knowledge, information and belief, and I have full authority to sign for the dealership.

Signature of dealer (sign in ink) ______ Printed name ______

Name of dealership ______ Dealer license number ______

I am aware of the above odometer certification made by the dealer. Print business name ______

Date of sale ______ Signature of purchaser ______ Printed name (do not type) ______

## C — THIRD DEALER REASSIGNMENT

For value received I, the undersigned dealer, transfer ownership of the vehicle/vessel described on this certificate of title to:

Print name of purchaser(s) ______ Address ______

I state that this (check one) ☐ 5 or ☐ 6 digit odometer now reads (no tenths) |_|_|_|_|_|_| miles, date read ______ and to the best of my knowledge that it reflects the actual mileage ***unless one of the following statements is checked:***

**STOP!** DO NOT check one of the following unless it applies

☐ I certify that the odometer reading reflects the amount of mileage ***in excess of its mechanical limits***
☐ I certify that the odometer reading is not the actual mileage ***Warning - odometer discrepancy***

I certify under penalty of law **(Section 45-7-203, Unsworn Falsification to Authorities)** that the statements made herein are true and correct to the best of my knowledge, information and belief, and I have full authority to sign for the dealership.

Signature of dealer (sign in ink) ______ Printed name ______

Name of dealership ______ Dealer license number ______

I am aware of the above odometer certification made by the dealer. Print business name ______

Date of sale ______ Signature of purchaser ______ Printed name (do not type) ______

## D — FOURTH DEALER REASSIGNMENT

For value received I, the undersigned dealer, transfer ownership of the vehicle/vessel described on this certificate of title to:

Print name of purchaser(s) ______ Address ______

I state that this (check one) ☐ 5 or ☐ 6 digit odometer now reads (no tenths) |_|_|_|_|_|_| miles, date read ______ and to the best of my knowledge that it reflects the actual mileage ***unless one of the following statements is checked:***

**STOP!** DO NOT check one of the following unless it applies

☐ I certify that the odometer reading reflects the amount of mileage ***in excess of its mechanical limits***
☐ I certify that the odometer reading is not the actual mileage ***Warning - odometer discrepancy***

I certify under penalty of law **(Section 45-7-203, Unsworn Falsification to Authorities)** that the statements made herein are true and correct to the best of my knowledge, information and belief, and I have full authority to sign for the dealership.

Signature of dealer (sign in ink) ______ Printed name ______

Name of dealership ______ Dealer license number ______

I am aware of the above odometer certification made by the dealer. Print business name ______

Date of sale ______ Signature of purchaser ______ Printed name (do not type) ______

***NO ADDITIONAL REASSIGNMENT PERMITTED BY MONTANA DEALERS – LAST ASSIGNEE MUST OBTAIN TITLE IN THEIR NAME(S)***

## E — TITLE APPLICATION – SECURITY INTEREST ACKNOWLEDGMENT

I/we state that I/we have compared the manufacturer's vehicle/vessel identification number shown on the face of this certificate with the manufacturer's vehicle/vessel identification plate affixed to the vehicle/vessel and they agree in every particular.

I/we state that this vehicle/vessel is subject to the security interest(s) shown below: Write "NONE" if no security interest exists: ______

First Secured Party ______ Amount of Security Interest ______

Address ______ Date of Security Interest ______

Second Secured Party ______ Amount of Security Interest ______

Address ______ Date of Security Interest ______

I/we certify under penalty of law **(Section 45-7-203, Unsworn Falsification to Authorities)** that the statements made herein are true and correct to the best of my/our knowledge, information and belief, that I am the, or one of the, same person(s) named below in this purchaser(s) application, and if signing for a commercial entity, I/we have full authority to do so.

______ Printed or typed name of purchaser/owner/business — ______ Printed or typed name of co-purchaser/owner

______ Mailing address — Residence address (must be street or rural route) — City or Town — State — Zip

______ Legal signature of purchaser/owner (sign in ink, only one signature required) – signature also required for security interest filing without transfer — Driver License Number — Date