William L. Needler
William L. Needler and Associates
555 Skokie Blvd Ste 500
Northbrook, IL 60062
(847) 559-8330 ph
(847) 559-8331 fax
Bar ID 02025248
E-Mail: WilliamLNeedler@aol.com

Attorneys for the Debtor
    Incredible Auto Sales LLC

Clarke B. Rice
Clarke B. Rice P.C.
2951 King Avenue West
Billings, Montana 59102
(406) 254-2500 ofc phone
(406) 294-2525 fax
Montana ID # 1289
E-Mail: Clarkerice@imt.net

Co-Counsel for the Debtor
    Incredible Auto Sales LLC

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

IN RE:

INCREDIBLE AUTO SALES L.L.C.

    Case No. 06-60855-RBK

        Debtor

    Judge Ralph B Kirscher

    A Chapter 11 Proceedings
    For Reorganization

County of Tarrant   )
                  ) SS
State of Texas     )

## AFFIDAVIT OF JAPPY DICKSON IN SUPPORT OF

## APPLICATION EMPLOY BROKER

Jappy Dickson under oath deposes and states ad follows:

1.) Affiant is the 100% shareholder of Southwest Brokerage Company, Arlington, Texas (hereinafter "the Broker"); and also

2.) Affiant has visited the Dealership at least two times and reviewed the assets on site in Billings, Montana;

3.) Affiant knows of no conflict of interest which exists between the Dealership and this Broker;

4.) Affiant must disclose that the Debtor's Attorney was William L. Needler, an Attorney for his former Auto Dealership Corporation in the State of Illinois, which was in a Chapter 11 in 1991 in the Bankruptcy Court for the Middle District of Illinois;

5.) Affiant does not believe that this prior representation by William L. Needler creates any conflict of interest with him;

6.) Affiant also states that he also has a Brokerage Contract for Sale of a Company called Rio Valley Motors Company L.L.C. Chapter 11 Case No. 06-11866-s11 pending in the U.S. Bankruptcy Court in Albuquerque, New Mexico in which William L. Needler is also the Debtor's Attorney;

7.) Affiant has over 42 years in the car business and in selling franchises;

8.) Affiant has attached his data sheet in support of this Application;

9.) The statements made herein by this Affiant in this Motion and in this Affidavit are true and correct to the best of Affiant's knowledge and belief.

_Jappy Dickson_ (signature)

Jappy Dickson

Sworn to before me on this <u>4th</u> day of December 2006.

_____
Notary Public

CHRISTY L DAVIS
My Commission Expires
December 14, 2009