# JAPPY DICKSON

3501 Lagustrum Court • Arlington, Texas 76017
Phone: (817) 516-7164 • Fax: (817) 563-4861
E-mail: jappy_dickson@hotmail.com

Dealer Brokerage Firm where my professional and educational skills will provide clients and myself both monetary and personal gratification.

**AMERICAN SCHOOL OF REAL ESTATE**                                    December 1996
*Real Estate License*

**SOUTHWESTERN BROKERAGE COMPANY, Arlington, Texas**                   October 1996 - Present
*General Manager / Owner*
- List automobile franchises, assets, and properties for sale and procure buy/sell agreements with dealer investors.

**BEN HICKS & ASSOCIATES, INC.**                                       August 1994 - October 1996
*Dealer Broker / Consultant*
- Listed automobile franchises, assets, and properties for sale and procured buy/sell agreements with dealer investors.
- Territory covers Missouri and Illinois.

**STERLING SALES & FINANCE, Saint Louis, Missouri**                    May 1993 - August 1994
*Used Automobile Sales*
- Bought and sold used vehicles wholesale in the Saint Louis market.

**GRANT DAVIS AUTO GROUP, INC., Saint Louis, Missouri**                August 1992 - March 1993
*General Manager*
- Directed dealer management operations and personnel administration. Significantly decreased total dealership expenses by over 30% and made improvements concerning customer satisfaction index.
- Supervised, hired/dismissed, trained/evaluated, reviewed performance appraisals, and promoted seven Managers and up to 65 employees.
  Sold and financed new and used vehicles, parts/body shop and service.
- Managed advertising and promotional campaigns.
- Handled monthly inventory control, including cash flow; purchased new and used vehicles.
- Successfully completed company's in-house Sales and Management Training Program.

**TERRY FISHER FORD, INC., Saint Louis, Missouri**                     November 1991 - March 1992
*General Manager*
- Directed dealer management operations and personnel administration. Procured buyer for dealership. Maintained high customer satisfaction index.
- Supervised, hired/dismissed, trained/evaluated, reviewed performance appraisals, and promoted Managers and up to 40 employees.
- Significantly decreased total monthly overhead expenses by $40,000.

**LEADER LINCOLN MERCURY, Saint Louis, Missouri**                      March 1991 - November 1991
*General Manager*
- Directed dealer management operations and personnel administration. Took company from a $152,000 year-to-date loss to exceed $160,000 in profits in 1991. Significantly improved customer satisfaction index.
- Supervised, hired/dismissed, trained/evaluated, reviewed performance appraisals, promoted and motivated 12 Managers and up to 90 employees.
- Managed all advertising and promotional campaigns.

**JAPPY DICKSON CADILLAC/OLDS/TOYOTA, Quincy, Illinois**               October 1964 - November 1990
*General Manager / Owner*
- Directed all management operations and personnel administration. Won numerous "Sales Awards" and "Service Awards" from General Motors and Toyota, including Cadillac's prestigious "Dewar Award" for providing outstanding service.
- Supervised and motivated seven Managers and up to 55 employees.
- Managed all advertising and promotional campaigns.

## SOUTHWESTERN BROKERAGE COMPANY
## JAPPY DICKSON

The following is a partial list of some of my more recent closings.

| Dealership | Location |
|---|---|
| Sewell Mazda | Odessa, Texas |
| Mallory Buick-GMC Isuzu | St. Louis, Missouri |
| Dewar Auto Plex | Johnstown, Pennsylvania |
| Little Apple Toyota, Honda | Manhattan, Kansas |
| White's Auto Plex | Tyler, Texas |
| Bailey Chevrolet Pontiac GMC | Willow Springs, Missouri |
| Spencer-Reed GM-Chrysler | Alamosa, Colorado |
| Davis-Moore Infiniti | Wichita, Kansas |
| Fullerton Ford-Chrysler | Stuttgart, Arkansas |
| Greg Ford Lincoln Mercury | Carthage, Texas |
| John Paul Jones Chevrolet, Pontiac, Buick, Olds, and GMC | Fort Stockton, Texas |
| John Paul Jones Chevrolet, Pontiac, Buick, Olds, and GMC | Monahans, Texas |
| Bob Bickhaus Chevrolet Pontiac Buick Olds | Macon, Missouri |
| Star Lincoln Mercury Dodge | Abilene, Texas |
| Joe Camp Ford | Laporte, Texas (Houston) |
| Mullin Ford Mercury | Childress, Texas |
| International Auto Sport (SAAB) | Kansas City, Kansas |
| Garry McKinney Toyota | Fort Worth, Texas |
| Motor City USA Chrysler-Dodge-Jeep | Monahans, Texas |
| Motor City USA Chevrolet-Pontiac-Buick-GMC | Monahans, Texas |
| Heritage Chrysler Dodge Jeep | Huntsville, Texas |
| Premier Chrysler Dodge Jeep | Odessa, Texas |
| Village, Dodge, Hyundai | Midland, Texas |
| Village Lincoln-Mercury | Midland, Texas |
| Bronco Chevrolet | Odessa, Texas |
| Jack Sherman Chevrolet | Midland, Texas |
| Garry McKinney KIA | Bozzier City, Louisiana |
| Preston Chrysler-Jeep | Dallas, Texas |
| Preston Dodge | Dallas, Texas |
| Summit Chrysler Dodge Nissan | Helena, Montana |
| Performance Chrysler, Dodge, Jeep | Butte, Montana |
| Performance Honda, Chrysler, Jeep, Isuzu | Midland, Texas |

Attorneys and CPAs involved in recent Buy/Sells:

| Name | Location |
|---|---|
| Don Paule | St. Louis, Missouri |
| Herbert Rule, III | Little Rock, Arkansas |
| Russell Berry | Dewitt, Arkansas |
| Tim Bickhaus | Macon, Missouri |
| Jay Durell | Odessa, Texas |
| Richard Buck | Odessa, Texas |