UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re
    INCREDIBLE AUTO SALES LLC,

        Debtor.        Case No. 06-60855-11

RECORD OF EXHIBITS INTRODUCED
12/05/06

| EXHIBIT NO. | OBJ | ADM | SUS | REF | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| HYUNDAI'S | | | | | |
| 7 | N | Y | | | INVENTORY AUDITS 10/06/06 |
| 8 | N | Y | | | INVENTORY AUDITS 10/11/06 |
| 9 | N | Y | | | INVENTORY AUDITS 10/13/06 |
| 10 | N | Y | | | INVENTORY AUDITS 10/16/06 |
| 11 | Y | | | | INVENTORY AUDITS 11/23/06 |
| 12 | N | Y | | | INVENTORY AUDITS 11/24/06 |
| 19 | N | Y | | | RECAP STATEMENT OF AUDITOR |
| 1 | N | Y | | | LOAN AND SECURITY AGREEMENT |
| 2 | N | Y | | | ADDENDUM TO AGREEMENT |
| 3 | N | Y | | | UCC FINANCING STATEMENTS |
| 4 | N | Y | | | UCC FINANCING STATEMENTS |
| 5 | N | Y | | | UCC FINANCING STATEMENTS |
| 6 | N | Y | | | INVENTORY LIST |
| 22 | Y | Y | | | SPREADSHEET |
| 16 | N | Y | | | GMAC FLOORING LIST 09/05/06 |
| 17 | N | Y | | | GMAC FLOORING LIST 10/25/06 |
| 18 | N | Y | | | SUMMARY OF GMAC SPREADSHEET |
| 21 | N | Y | | | UNPAID LIENS |
| 15 | N | Y | | | DEBTOR'S SCHEDULE B |
| 23-1 THRU 23-35 | N | Y | | | PHOTOCOPIES OF TITLES |
| 13 | N | Y | | | WHOLESALE SALES ORDER |
| 14 | N | Y | | | BILL OF SALE |
| 20 | N | Y | | | INCREDIBLE KIA PAYROLL |

DEBTOR'S
| | | | |
|---|---|---|---|
| 10 | N | Y | DEBTOR'S PROFIT AND LOSS |
| 11 | N | Y | REVISED BUDGET |
| 12 | N | Y | RECAP OF BANK ACCOUNT |