UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

**INCREDIBLE AUTO SALES LLC,**

Debtor.

Case No. **06-60855-11**

ORDER
on STEVE'S AUTO SALES, INC.'S
MOTION for RELIEF FROM the
AUTOMATIC STAY

At Butte in said District this 7th day of December, 2006.

In this Chapter 11 bankruptcy, a hearing was held December 5, 2006, in Butte on the Motion for Relief from the Automatic Stay filed by Steve's Auto Sales, Inc., together with the objection thereto filed by Hyundai Motor Finance Company. Debtor was represented at the hearing by attorneys William L. Needler of Northbrook, Illinois and Clarke B. Rice of Billings, Montana. Debtor, through counsel, consented on the record during the December 5, 2006, hearing to the Motion for Relief from the Automatic Stay filed by Steve's Auto Sales, Inc. Additionally, Hyundai Motor Finance Company was represented by attorney Shane Coleman of Billings, Montana, and Steve's Auto Sales, Inc. was represented by attorney James A. Patten of Billings, Montana.

Counsel for Steve's Auto Sales, Inc. and counsel for Hyundai Motor Finance Company agreed at the hearing that Steve's Auto Sales, Inc. could take possession of the following:

2004 Chevrolet Cavalier - Exhibit A

1

      2007 Dodge Caliber- Exhibit B

      2003 Dodge Stratus- Exhibit C

      2005 KIA Spectra- Exhibit D

      2002 Mercury Sable- Exhibit E

      2006 Pontiac G6- Exhibit F

      2005 Suzuki Forenza- Exhibit G

Counsel for Steve's Auto Sales, Inc. and counsel for Hyundai Motor Finance Company further agreed that Steve's Auto Sales, Inc. could sell the above automobiles and hold the sales proceeds in a segregated account pending further order of this Court. The Court then agreed to continue the hearing on Steve's Auto Sales, Inc.'s Motion for Relief from the Automatic Stay to afford counsel for Steve's Auto Sales, Inc. and Hyundai Motor Finance Company an opportunity to depose Steve Marks. Accordingly,

      IT IS ORDERED the stay afforded by § 362(a) of the Bankruptcy Code is modified to permit Steve's Auto Sales, Inc. to take possession of and sell:

      2004 Chevrolet Cavalier - Exhibit A

      2007 Dodge Caliber- Exhibit B

      2003 Dodge Stratus- Exhibit C

      2005 KIA Spectra- Exhibit D

      2002 Mercury Sable- Exhibit E

      2006 Pontiac G6- Exhibit F

      2005 Suzuki Forenza- Exhibit G

The proceeds from the sale of the above automobiles shall be held in a segregated account; and the hearing on the Motion for Relief from the Automatic Stay filed by Steve's Auto Sales, Inc.,

together with the objection thereto filed by Hyundai Motor Finance Company, and subject to any claim by Debtor for improvements made to the automobiles while in Debtor's possession, is continued to **Tuesday, December 12, 2006, at 10:00 a.m.**, or as soon thereafter as the parties can be heard, in the 5TH FLOOR COURTROOM, FEDERAL BUILDING, 316 NORTH 26th, BILLINGS, MONTANA.

BY THE COURT

/s/ Ralph B. Kirscher
HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana