# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

In re

**INCREDIBLE AUTO SALES LLC**,

Debtor.

Case No. **06-60855-11**

# O R D E R

At Butte in said District this 7th day of December, 2006.

Upon review of Creditor's Expedited Joint Motion Re. Liquidation of South Seattle Auction's Vehicles filed by Hyundai Motor Finance Company and Manheim Services Corporation, d/b/a South Seattle Auto Auction ("SSAA") on December 4, 2006,[1]

**IT IS ORDERED** that Creditors' Expedited Motion Re. Liquidation of South Seattle Auto Auction's Vehicles filed December 1, 2006, at Docket Entry No. 103 and filed December 4, 2006, at Docket Entry No. 107, is GRANTED.

**IT IS FURTHER ORDERED** that SSAA's vehicles in Debtor's possession listed on Exhibit "B" of Creditors' motion shall be transported to SSAA's premises by SSAA prior to the end of business hours on Friday, December 15, 2006.

**IT IS FURTHER ORDERED** that Debtor or Hyundai Motor Finance Corporation ("HMFC") shall release the certificates of title they have in their possession for the vehicles listed on Exhibit "B" of Creditors' motion to SSAA prior to the end of the business hours on Friday, December 15, 2006.

---

[1] The instant Motion filed at Docket Entry No. 107 appears to be a duplicate of the Motion filed on December 1, 2006, at Docket Entry No. 103.

**IT IS FURTHER ORDERED** that SSAA shall sell the vehicles for at least minimum wholesale floor price based upon Manheim Market Research (MMR) figures for cars in similar condition with similar mileage.

**IT IS FURTHER ORDERED** that the proceeds of the sale at auction of SSAA's vehicles shall be put into an escrow account located in Billings, Montana, pending resolution of Adversary Proceeding No. 06-00120. The account will be opened by counsel for SSAA. Said counsel will oversee the proceeds in the escrow account and will provide account statements at the request of Debtor or HMFC.

**IT IS FURTHER ORDERED** that this Order shall make null and void the stipulation to segregate and not dispose of SSAA's vehicles in Adversary Proceeding No. 06-00120.

**IT IS FURTHER ORDERED** that this Order shall not affect SSAA's right of reclamation or HMFC's rights in regard to the vehicles or their proceeds subject to Adversary Proceeding No. 06-00120.

BY THE COURT

/s/ Ralph B. Kirscher
HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana