```
Bruce F. Fain
Murphy, Kirkpatrick & Fain, P.L.L.P.
208 North Broadway, Suite 208
P.O. Box 429
Billings, MT 59103-0429
Phone: (406) 256-9700
Fax: (406) 256-9755
E-mail: bruce@murphkirk.com
I.D. Number: 3377

Attorneys for Plaintiff
     Auto Auction of Montana
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re: | CASE NO. 06-60855 |
| INCREDIBLE AUTO SALES, LLC, | **EXPEDITED JOINT MOTION TO MODIFY AUTOMATIC STAY** |
| Debtor. | |

- - - - - - - - - - - - - - -

AUTO AUCTION ASSOCIATES OF MONTANA, INC., d/b/a AUTO AUCTION OF MONTANA a/k/a AUTO AUCTION OF BILLINGS ("Auto Auction") and Hyundai Motor Finance Company ("HMFC") (together, Auto Auction and HMFC are referred to in this stipulation as "Creditors") hereby jointly move this Court, pursuant to 11 U.S.C. §§ 362(d)(1) and (2), for an order requiring the surrender of the motor vehicles identified below to Auto Auction for the purpose of sale as set forth in this joint motion. Auto Auction and HMFC make this joint

1

motion pursuant to the Court's direction that the Vehicles be sold so as to limit depreciation of the Vehicles, preserving Auto Auction's reclamation rights and HMFC's rights as a secured inventory lender.

The vehicles (the "Vehicles") subject to this joint motion are as follows:

| CHEVY | BLAZER | 1GNDT13X74K163169 |
| PONTIAC | MONTANA | 1GMDV23E75D121917 |
| FORD | RANGER | 1FTZR44E34PA07225 |
| CHEVY | MALIBU | 1G1ND52F75M177176 |
| CHEVY | MALIBU | 1G1ND52J93M699843 |
| KIA | SORRENTO | KNDJC733565573207 |
| CHRYSLER | SEBRING | 1C3EL46X35N568587 |

The Vehicles are the subject of Auto Auction's reclamation claim which is filed as Adverse Proceeding No. 06-00119. Auto Auction shall coordinate the pick up of the Vehicles with the General Manager of Incredible Auto Sales, Inc.

Auto Auction shall have the right to sell the Vehicles, subject to its regular procedures, for at least a minimum agreed price, to be agreed upon by Auto Auction and HMFC at least one day prior to the auction sale (the "Minimum Sales Price"). It is anticipated that the sale date will be December 13, 2006, provided the Court grants this request in time for the vehicles to be picked up no later than Monday, December 11, 2006. The sale should be

ordered to be conducted without further notice to HMFC or Incredible.

Auto Auction will be permitted to deduct from the Minimum Sales Price the sum of $50.00 per Vehicle for sales preparation costs, but shall not be entitled to deduct a seller fee from such proceeds, without further approval of the Court or an agreement of the parties. Auto Auction shall account for all proceeds to HMFC and to Incredible and deposit all proceeds of sales, less the $50.00 sales preparation cost per Vehicle, into the Murphy, Kirkpatrick & Fain, PLLP, Trust Account pending resolution of Adversary Proceeding No. 06-00119, at which time such amounts shall be distributed pursuant to an order of the Court.

The Creditors do not waive any rights or remedies they may have with respect to the Vehicles and/or proceeds from liquidating the Vehicles by the Court granting the requested.

A draft of a proposed stipulation seeking to set obtain this relief was provided to Debtor's counsel, but no input or comments were received. The Debtor has not objected to similar requests by Steve's Auto Sales or South Seattle Auto Auction and has no equity in the Vehicles. Auto Auction and HMFC are the only parties with claims to the Vehicles so the Court should grant the relief on an expedited basis and without further notice so the sale can be conducted on Wednesday, December 13, 2006.

DATED this 7th day of December, 2006.

        Murphy, Kirkpatrick & Fain, P.L.L.P.
        208 North Broadway, Suite 208
        P.O. Box 429
        Billings, MT 59103-0429


By: /S/ Bruce F. Fain
    Bruce F. Fain
    Attorneys for Auto Auction

Holland & Hart
P.O. Box 639
Billings, MT  59103-0639

By: /S/ Shane P. Coleman
    Shane P. Coleman
    Attorneys for HMFC

---

**NOTICE TO DEBTOR**

---

**If you object to the motion, you must file a written responsive pleading and request a hearing within ten (10) days of the date of the motion.  The objecting party shall schedule the hearing and shall include in the caption of the responsive pleading the date, time and location of the hearing by inserting in the caption the following:**

    **NOTICE OF HEARING**
    **Date: _____**
    **Time: _____**
    **Location: _____**

**This contested matter shall be scheduled for hearing for the next hearing date scheduled in the division within which the case is filed.  The date, time, and location of the hearing can be obtained from the Clerk of Court or from the Court's website at www.mtb.uscourt.gov.  In the event such scheduled hearing date is thirty (30) days beyond the filing date of the motion for relief, then a preliminary hearing within such thirty (3) day period shall be scheduled by the responding party after such party contacts the**

4

**Clerk of Court to confirm the preliminary telephone hearing date and time, which shall be set forth in the response.**

**If you fail to file a written response to the above Motion to Modify Stay with the particularity required by Mont. LBR 4001-1(b), and request a hearing, within ten (10) days of the date of this Notice, with service on the undersigned and all parties entitled to service under all applicable rules, then your failure to respond or to request a hearing will be deemed an admission that the motion for relief should be granted without further notice of hearing.**

DATED this 7th day of December, 2006.

                                        Murphy, Kirkpatrick & Fain, P.L.L.P.
                                        208 North Broadway, Suite 208
                                        P.O. Box 429
                                        Billings, MT 59103-0429


                                        By: /S/ Bruce F. Fain
                                            Bruce F. Fain
                                            Attorneys for Auto Auction

CERTIFICATE OF SERVICE

  I hereby certify under penalty of perjury that on this 7th day of December, 2006, a copy of the **EXPEDITED JOINT MOTION TO MODIFY AUTOMATIC STAY** was served upon counsel of record by the following method:

 1-5  CM/ECF

  6  Mail

1. William L. Needler
  William L. Needler and Associates
  555 Skokie Blvd. Ste. 500
  Northbrook, IL 60062

2. Charles W. Hingle
  Shane P. Coleman
  P.O. Box 639
  Billings, MT  59103-0639

3. Neal Jensen
  U.S. Trustee
  Liberty Center, Ste. 204
  301 Central Ave.
  P.O. Box 3509
  Great Falls, MT 59403

4. James A. Patten
  Patten, Peterman, Bekkedahl
   & Green, PLLC
  2817 2nd Avenue North, #300
  Billings, MT  59101

5. Christopher Birkle
  P.O. Box 1415
  Billings, MT  59103

6. Ken Cornelison
  Incredible Auto Sales, LLC
  1832 King Avenue West
  Billings, MT 59102

              /s/ Bruce F. Fain