IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re | CASE NO. 06-60855 |
| INCREDIBLE AUTO SALES, LLC, | |
| Debtor. | **ORDER GRANTING EXPEDITED JOINT MOTION TO MODIFY STAY** |

- - - - - - - - - - - - - - - - -

At Butte in said District this 8th day of December, 2006.

Upon review of Creditor's Expedited Joint Motion to Modify Stay filed by Hyundai Motor Finance Company ("HMFC") and Auto Auction Associates of Montana, Inc., d/b/a Auto Auction of Montana a/k/a Auto Auction of Billings ("Auto Auction")

IT IS ORDERED that the Expedited Joint Motion to Modify Stay is GRANTED.

IT IS FURTHER ORDERED that Auto Auction will coordinate with the General Manager of Incredible Auto Sales, LLC in order to transport the vehicles in Debtor's possession and identified in the Joint Motion to Auto Auction's premises prior to the end of business on Monday, December 11, 2006 in order that the vehicles may be offered for auction sale.

IT IS FURTHER ORDERED that Debtor or HMFC shall release the certificates of title they have, or may have in their possession, for the vehicles identified in the Joint Motion prior to the end of business on Monday, December 11, 2006, properly executed so that the vehicles and associated certificates of title may be provided to a successful buyer at the auction.

1

IT IS FURTHER ORDERED that the proceeds of the sale at auction, less costs agreed to in the joint motion, shall be placed into the Murphy, Kirkpatrick & Fain, PLLP Trust Account, pending resolution of Adversary Proceeding No. 06-00119.

IT IS FURTHER ORDERED that this Order shall make null and void the stipulation to segregate and not dispose of Auto Auction's vehicles in Adversary Proceeding No. 06-00119.

IT IS FURTHER ORDERED that his Order shall not affect Auto Auction's right of reclamation or HMFC's rights in regards to the vehicles or their proceeds subject to Adversary Proceeding No. 06-00119.


BY THE COURT

HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana

2