Charles W. Hingle, #1947
Shane P. Coleman, #3417
Jason S. Ritchie, #7442
Holland & Hart LLP
401 North 31st Street
Suite 1500
P.O. Box 639
Billings, MT 59103-0639
Telephone: (406) 252-2166
Facsimile: (406) 252-1669

Attorneys for Hyundai Motor Finance Co.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| INCREDIBLE AUTO SALES, LLC, | ) | Bankruptcy No. 06-60855-RBK |
|---|---|---|
| Debtor. | )<br>)<br>)<br>)<br>) | **AMENDED**<br>**MOTION FOR RULE 2004**<br>**EXAMINATION** |

Pursuant to F.R.B.P. 2004, the undersigned respectfully requests the Court to order an examination as follows:

1. Witness to be examined: Nick Gutierrez

2. Date: December 20, 2006

3. Time: 9:00 a.m.

4. Place: Holland & Hart, LLP
   401 North 31st Street, Suite 1500,
   Billings, MT 59101

5. Scope of examination:

    A. Operations, ownership, assets, liabilities, and finances of the Debtor.

    B. Lien payoffs on trade-in vehicles.

    C. Post-Petition transactions between the Debtor and Incredible Chevrolet.

       D.      Documentation of vehicle sales, including deal jackets and funding information.

       E.      Documentation of Debtor's vehicle flooring through Hyundai Motor Finance Company and through any other lender since January 1, 2006.

6.    Documents to be produced:

       A.      All documents related to Debtor's purchase of vehicles floored by Hyundai Motor Finance Company since January 1, 2006.

       B.      All documents related to lien payoffs on trade-in vehicles.

       C.      All documents related Post-Petition transactions between the Debtor and Incredible Chevrolet.

       D.      All documents related to ownership of Debtor and Incredible Chevrolet and related to transfer of ownership interests since January 1, 2006.

       E.      All documents related to purchases of those vehicles from the auto auctions that are the subject of the pending adversary proceedings.

7.    Time, Date and Place of Production (if different from examination): same as examination

8.    Movant's Calculation of Mileage pursuant to F.R.B.P. 2004(e): 5 miles at 44½ cents per mile.

9.    The undersigned has contacted Debtor's counsel, Clarke Rice and Bill Needler, who advised that they do not oppose this Motion and do not object to Mr. Gutierrez producing the documents described herein without a subpoena duces tecum pursuant to F.R.B.P. 9016.

Dated this 13th day of December, 2006.

                                                 /s/ Shane P. Coleman
                                                 Shane P. Coleman
                                                 Holland & Hart LLP
                                                 401 North 31st Street, Suite 1500
                                                 P.O. Box 639
                                                 Billings, MT 59103-0639

                                                 Attorneys for Hyundai Motor Finance Co.

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 13th day of December, 2006, a copy of this motion was served upon counsel of record by the following method:

<u>1, 2, 3, 4, 5,</u>
<u>6, 7, 8, 9,</u>
<u>10 & 11</u>      CM/ECF

_____      Hand Delivery

_____      Mail

_____      Overnight Delivery Service

_____      Fax

_____      E-Mail

1.  Clarke B. Rice
    2951 King Avenue West
    Billings, MT 59102

2.  William L. Needler
    William L. Needles and Associates
    555 Skokie Blvd., Ste. 500
    Northbrook, IL 60062

3.  Neal Jensen
    U.S. Trustee
    Liberty Center, Ste. 204
    301 Central Avenue
    P.O. Box 3509
    Great Falls, MT 59403

4.  Bruce F. Fain
    Murphy, Kirkpatrick & Fain, P.L.L.P.
    208 North Broadway, Suite 208
    P.O. Box 429
    Billings, MT 59103-0429

5.  Christopher P. Birkle
    Lovell Law Firm, P.C.
    175 North 27th Street, Suite 1206

3

P.O. Box 1415
Billings, MT 59101

6. James A. Patten
    Patten, Peterman, Bekkedahl & Green, P.L.L.C.
    2817 2nd Avenue North, Suite 300
    Billings, MT 59101

7. Doug James
    Moulton, Bellingham, Longo & Mather P.C.
    27 North 27th Street, Suite 1900
    P.O. Box 2559
    Billings, MT 59103-2559

8. Ross Richardson
    P.O. Box 399
    Butte, MT 59703

9. Christian T. Nygren
    Milodragovich, Dale, Steinbrenner & Nygren P.C.
    620 High Park Way
    P.O. Box 4947
    Missoula, MT 59806-4947

10. Jeffrey N. Rich
    Kirkpatrick & Lockhart Nicholson Graham LLP
    599 Lexington Avenue
    New York, NY 10022-6030

11. Alan C. Bryan
    Crowley, Haughey, Hanson, Toole
      & Dietrich, P.L.L.P.
    P.O. Box 2529
    Billings, MT 59103-2529

/s/ Shane P. Coleman

3643351_1.DOC