UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

**INCREDIBLE AUTO SALES LLC,**

Debtor.

Case No. **06-60855-11**

ORDER

At Butte in said District this 14th day of December, 2006.

In this Chapter 11 bankruptcy, attorney Shane P. Coleman, attorney for Hyundai Motor Finance Company, filed an Amended Motion for Rule 2004 Examination on December 13, 2006. Upon review of the Hyundai Motor Finance Company's Motion, it appears that said Examination is authorized by F.R.B.P. 2004. Accordingly,

IT IS ORDERED that Nick Gutierrez shall appear and be examined by counsel for Hyundai Motor Finance Company at the time and place set forth in Hyundai Motor Finance Company's Motion for Rule 2004 Examination and Nick Gutierrez shall produce those documents for inspection and copying in connection with said Examination held pursuant to F.R.B.P. 2004 at the time and place described in the Hyundai Motor Finance Company's Motion for Rule 2004 Examination.

BY THE COURT

HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana