Charles W. Hingle, #1947
Shane P. Coleman, #3417
Jason S. Ritchie, #7442
HOLLAND & HART LLP
401 North 31st Street
Suite 1500
P.O. Box 639
Billings, Montana 59103-0639
Telephone: (406) 252-2166
Fax: (406) 252-1669

Attorneys for Hyundai Motor Finance Co.

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MONTANA

| INCREDIBLE AUTO SALES, LLC | ) | Bankruptcy No.06-60855-RBK |
|---|---|---|
| | ) | |
| Debtor. | ) | |

## LIST OF EXHIBITS SUBMITTED BY:

Charles W. Hingle, Shane P. Coleman and Jason S. Ritchie, Attorneys for Hyundai Motor Finance Company, may offer the following exhibits at the hearing set in the above-referenced matter now set for December 19, 2006, at 9:00 a.m. Exhibits 1 through 23 were previously attached to dkt. 100 and were admitted by the Court during the December 5 hearing.

| No. | Date Submitted | Date Admitted | Legal Ground for Objection | Description |
|---|---|---|---|---|
| 1. | | | | Inventory Loan and Security Agreement dated 7/27/05 between Hyundai Motor Finance Company and Incredible Auto Sales, LLC |
| 2. | | | | Addendum to Loan Agreement |
| 3. | | | | UCC Financing Statement #83548795 |
| 4. | | | | UCC Financing Statement #83946575 |
| 5. | | | | UCC Financing Statement #89380937 |
| 6. | | | | Inventory List |

|     |     |     |     |                                      |
| --- | --- | --- | --- | ------------------------------------ |
| 7.  |     |     |     | Inventory Audit 10/6/06              |
| 8.  |     |     |     | Inventory Audit 10/11/06             |
| 9.  |     |     |     | Inventory Audit 10/13/06             |
| 10. |     |     |     | Inventory Audit 10/16/06             |
| 11. |     |     |     | Inventory Audit 11/23/06             |
| 12. |     |     |     | Inventory Audit 11/24/06             |
| 13. |     |     |     | Wholesale Orders                     |
| 14. |     |     |     | Bill of Sale - Starla Shotgun        |
| 15. |     |     |     | Debtor Schedule B, Exhibit B – List  |
| 16. |     |     |     | GMAC Flooring list 9/5/06            |
| 17. |     |     |     | GMAC Flooring list 10/25/06          |
| 18. |     |     |     | Summary of GMAC Double-Flooring      |
| 19. |     |     |     | HMFC SOT list                        |
| 20. |     |     |     | Debtor's Payroll 11/17               |
| 21. |     |     |     | Unpaid liens                         |
| 22. |     |     |     | HMFC SOT Totals                      |
| 23. |     |     |     | Vehicle Titles                       |

Grounds for Objection:

1. No Objection: Admissibility Stipulated
2. Irrelevant
3. Hearsay
5. Inadmissible Opinion
6. Insufficient Foundation (relevancy, personal knowledge, authenticity)
7. Unduly Time Consuming, Prejudicial, Confusing or Misleading

4.  Best Evidence                              8.  Other (Specify)

DATED this 15th day of December, 2006.

/s/ Shane P. Coleman
Charles W. Hingle, #1947
Shane P. Coleman, #3417
Jason S. Ritchie, #7442
HOLLAND & HART LLP
401 North 31st Street
Suite 1500
P.O. Box 639
Billings, Montana 59103-0639

ATTORNEYS FOR HYUNDAI MOTOR
FINANCE CO.

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 15th day of December, 2006, a copy of this motion was served upon counsel of record by the following method:

| | |
|---|---|
| __1-11__ | CM/ECF |
| _____ | Hand Delivery |
| _____ | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | E-Mail |

1. Clarke B. Rice
   2951 King Avenue West
   Billings, MT 59102

2. William L. Needler
   William L. Needles and Associates
   555 Skokie Blvd., Ste. 500
   Northbrook, IL 60062

3. Neal Jensen
   U.S. Trustee
   Liberty Center, Ste. 204
   301 Central Avenue
   P.O. Box 3509
   Great Falls, MT 59403

4. Bruce F. Fain
   Murphy, Kirkpatrick & Fain, P.L.L.P.
   208 North Broadway, Suite 208
   P.O. Box 429
   Billings, MT 59103-0429

5. Christopher P. Birkle
   Lovell Law Firm, P.C.
   175 North 27th Street, Suite 1206
   P.O. Box 1415
   Billings, MT 59101

6.  James A. Patten
    Patten, Peterman, Bekkedahl & Green, P.L.L.C.
    2817 2nd Avenue North, Suite 300
    Billings, MT 59101

7.  Doug James
    Moulton, Bellingham, Longo & Mather P.C.
    27 North 27th Street, Suite 1900
    P.O. Box 2559
    Billings, MT 59103-2559

8.  Ross Richardson
    P.O. Box 399
    Butte, MT 59703

9.  Christian T. Nygren
    Milodragovich, Dale, Steinbrenner & Nygren P.C.
    620 High Park Way
    P.O. Box 4947
    Missoula, MT 59806-4947

10. Jeffrey N. Rich
    Kirkpatrick & Lockhart Nicholson Graham LLP
    599 Lexington Avenue
    New York, NY 10022-6030

11. Alan C. Bryan
    Crowley, Haughey, Hanson, Toole
      & Dietrich, P.L.L.P.
    P.O. Box 2529
    Billings, MT 59103-2529

/s/ Shane P. Coleman

3645818_1.DOC