William L. Needler
William L. Needler and Associates
555 Skokie Blvd Ste 500
Northbrook, IL 60062
(847) 559-8330 ph
(847) 559-8331 fax
Bar ID 02025248
E-Mail: WilliamLNeedler@aol.com

Attorneys for the Debtor
    Incredible Auto Sales LLC

Clarke B. Rice
Clarke B. Rice P.C.
2951 King Avenue West
Billings, Montana 59102
(406) 254-2500 ofc phone
(406) 294-2525 fax
Montana ID # 1289
E-Mail: CLarkerice@imt.net

Co-Counsel for the Debtor
    Incredible Auto Sales LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MONTANA**

| | |
|---|---|
| **IN RE:** | |
| INCREDIBLE AUTO SALES L.L.C. | Case No. 06-60855-RBK |
| Debtor | Judge Ralph B Kirscher |
| | A Chapter 11 Proceedings For Reorganization |

## RESPONSE, LIMITED RESISTANCE AND OBJECTION TO G.E. COMMERCIAL FINANCE CORPORATION (HEREINAFTER "GE")

    NOW COMES the Debtor, Incredible auto Sales L.L.C., by and through its Attorneys and Responds and herein files this Debtor's Limited Resistance and Objection to the GE Motion for Relief.

The Debtor states as follows:

1.) This case was filed as a Chapter 11 on 10/17/06.

2.) At the time of filing, this Debtor had various vehicles on hand at its premises covered by liens to Hyundai Motor Financial and various boats and motors subject to lien of movant herein GE Commercial Distribution Finance Corp. (GE).

3.) The list of inventory on hand and subject to this Motion is as follows:

| Boats | Model | Serial Number |
|---|---|---|
| | 14 AVENGER | BUJ18475J304 |
| | GENERIC 1232 | BUJ22092K304 |
| | GV12/V1264 | BUJ23496L304 |
| | HAWK 186 SPT | BUJ28288A404 |
| | 14 AVENGER | BUJ35781D404 |
| Motors | | |
| | 40EL | 0T827250 |
| | 9.9M | 0T924009 |
| | 115E | 0T932614 |
| | 25EL | 0T953777 |

4.) The Debtor is primarily an Automobile Dealer and will consent to a relief and return of these above assets so long as GE:

(1.) Waives any and all claims against the Debtor; and

(2.) Picks up merchandise at a pre-arranged time.

WHEREFORE the Debtor consents to stay relief provided it receives full release as set forth and as Order of Court as to this disposition.

/s/ William L. Needler
Attorney for
Incredible Auto Sales L.L.C

William L. Needler
William L. Needler and Associates
555 Skokie Blvd Ste 500
Northbrook, IL 60062
(847) 559-8330 ph
(847) 559-8331 fax
Bar ID 02025248
E-Mail: WilliamLNeedler@aol.com

Attorneys for the Debtor
　　　Incredible Auto Sales LLC

Clarke B. Rice
Clarke B. Rice P.C.
2951 King Avenue West
Billings, Montana 59102
(406) 254-2500 ofc phone
(406) 294-2525 fax
Montana ID # 1289
E-Mail: CLarkerice@imt.net

Co-Counsel for the Debtor
　　　Incredible Auto Sales LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| **IN RE:** <br><br> INCREDIBLE AUTO SALES L.L.C. <br><br> Debtor | Case No. 06-60855-RBK <br><br> Judge Ralph B Kirscher <br><br> A Chapter 11 Proceedings <br> For Reorganization |

**NOTICE OF RESPONSE**

　　　PLEASE TAKE NOTICE, that on December 15, 2006 that the attached

RESPONSE, LIMITED RESISTANCE AND OBJECTION TO G.E. COMMERCIAL

FINANCE CORPORATION (HEREINAFTER "GE") was filed with the United States

Bankruptcy Court for the District of Montana, 400 North Main Street, 2nd Floor, Butte, Montana. (A copy of the Objection and Notice are attached.)

/s/ William L. Needler
William L. Needler
William L. Needler and Associates
555 Skokie Blvd.
Suite 500
Northbrook, IL 60062
Bar ID# 2025248
(847) 559-8330
(847) 559-8331 - FAX

## PROOF OF SERVICE

William L. Needler, an attorney, certifies that he filed this Objection on December 15, 2006 with the Clerk of the above Court via CM/ECF electronic filing and the persons listed by the Court were served electronically.

CHRISTOPHER P BIRKLE    lovellaw@hotmail.com
ALAN C. BRYAN    abryan@crowleylaw.com
SHANE P. COLEMAN    spcoleman@hollandhart.com,
bbowler@hollandhart.com;vhenry@hollandhart.com;intaketeam@hollandhart.com
BRUCE F. FAIN    bruce@murphkirk.com, pam@murphkirk.com;amy@murphkirk.com
CHARLES W. HINGLE    chingle@hollandhart.com,
bbowler@hollandhart.com,mhauck@hollandhart.com,jritchie@hollandhart.com,pmoritz@hollandhart.com,lsawatzke@hollandhart.com
DOUG JAMES    james@moultonlawfirm.com, smarble@moultonlawfirm.com
NEAL G. JENSEN    Neal.G.Jensen@usdoj.gov
WILLIAM L NEEDLER    williamlneedler@aol.com
OFFICE OF THE U.S. TRUSTEE    ustpregion18.gf.ecf@usdoj.gov
JAMES A. PATTEN    japatten@ppbglaw.com, aschueler@ppbglaw.com;ESchoemer@ppbglaw.com

    This Attorney also certifies that he also caused to be served, a copy of the above Objection and Notice as attached hereto, to the persons listed below served by Facsimile Service from the Attorneys offices on December 15, 2005.

/s/ William L. Needler
William L. Needler

Incredible Auto Sales
Ken Cornelison
1832 King Avenue West
Billings, MT 59102
(406) 652-3297 new fax

Clarke B Rice
2951 King Avenue West
Billings, MT 59102
(406) 294-2525 fax

902 RespResisObj GEComFinCorp    4    902 INCREDIBLE
FL 12-15-06