William L. Needler
William L. Needler and Associates
555 Skokie Blvd Ste 500
Northbrook, IL 60062
(847) 559-8330 ph
(847) 559-8331 fax
Bar ID 02025248
E-Mail: WilliamLNeedler@aol.com

Attorneys for the Debtor
    Incredible Auto Sales LLC

Clarke B. Rice
Clarke B. Rice P.C.
2951 King Avenue West
Billings, Montana 59102
(406) 254-2500 ofc phone
(406) 294-2525 fax
Montana ID # 1289
E-Mail: Clarkerice@imt.net

Co-Counsel for the Debtor
    Incredible Auto Sales LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MONTANA**

| | |
|---|---|
| **IN RE:** <br><br> INCREDIBLE AUTO SALES L.L.C. <br><br> Debtor | Case No. 06-60855-RBK <br><br> Judge Ralph B Kirscher <br><br> Chapter 11 Proceedings <br> For Reorganization |

### INCREDIBLE AUTO SALES L.L.C., DEBTOR

### List of Debtor's Exhibits for Continued Emergency Cash Collateral Hearing Scheduled for December 19, 2006 and Request for Extension to January and February 2007 for 9:00 A.M. in U.S. Bankruptcy Court, Billings, Montana

The Debtor, Incredible Auto Sales L.L.C. will use the following Exhibits:

1.) Exhibit 1 – Debtor's List of New Vehicles as of December 13, 2006 – List A;

2.) Exhibit 2 – Debtor's List of Used Vehicles as of December 13, 2006 – List B;

3.) Exhibit 3 – Debtor's Analysis of Assets Securing Hyundai Motor Finance as of December 13, 2006;

4.) Exhibit 4 – Debtor Proforma Projection of Income and Expenses (Budget) For the Period of January 2007 and February 2007;

5.) Exhibit 5 – Debtor's Analysis of D.I.P. and Cash Collateral Accounts as of December 13, 2006;

6.) Exhibit 6 – Debtor's Report on Profit and Loss for the Period of October 18, 2006 to December 12, 2006;

December 17, 2006

/s/ William L. Needler
William L. Needler
Attorneys for the Debtor
Incredible Auto Sales LLC

William L. Needler
William L. Needler and Associates
555 Skokie Blvd Ste 500
Northbrook, IL 60062
(847) 559-8330 ph
(847) 559-8331 fax
Bar ID 02025248
E-Mail: WilliamLNeedler@aol.com

Attorneys for the Debtor
    Incredible Auto Sales LLC

Clarke B. Rice
Clarke B. Rice P.C.
2951 King Avenue West
Billings, Montana 59102
(406) 254-2500 ofc phone
(406) 294-2525 fax
Montana ID # 1289
E-Mail: CLarkerice@imt.net

Co-Counsel for the Debtor
    Incredible Auto Sales LLC

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA**

**IN RE:**

INCREDIBLE AUTO SALES L.L.C.

            Debtor

Case No. 06-60885-RBK

Judge Ralph B Kirscher

A Chapter 11 Proceeding
For Reorganization

**<u>NOTICE OF FILING</u>**

Please be advised that the attached List of Debtor's Exhibits for Continued Emergency Cash Collateral Hearing and Request for Extension to January and February 2007 Scheduled for December 19, 2006 at 9:00 A.M. in U.S. Bankruptcy Court, Billings, Montana including this Notice, Certificate of Service and Service List, were filed with the above Court in Butte, Montana on December 18, 2006.

Should you have any questions about this Witness List you may call the Debtor's Attorneys listed above.

December 17, 2006

/s/ William L. Needler  
Attorney for the Debtor  
Incredible Auto Sales L.L.C.

## PROOF OF SERVICE

William L. Needler, an Attorney, hereby certifies that the above and foregoing were filed on filed on December 18, 2006 with the Clerk of the Bankruptcy Court using the CM/ECF system, which will electronically notify all persons listed with the Court.

CHRISTOPHER P BIRKLE     lovellaw@hotmail.com  
ALAN C. BRYAN     abryan@crowleylaw.com  
SHANE P. COLEMAN     spcoleman@hollandhart.com, bbowler@hollandhart.com;vhenry@hollandhart.com;intaketeam@hollandhart.com  
BRUCE F. FAIN     bruce@murphkirk.com, pam@murphkirk.com;amy@murphkirk.com  
CHARLES W. HINGLE     chingle@hollandhart.com, bbowler@hollandhart.com,mhauck@hollandhart.com,jritchie@hollandhart.com,pmoritz@hollandhart.com,lsawatzke@hollandhart.com  
DOUG JAMES     james@moultonlawfirm.com, smarble@moultonlawfirm.com  
NEAL G. JENSEN     Neal.G.Jensen@usdoj.gov  
DANIEL P. MCKAY     Dan.P.McKay@usdoj.gov  
WILLIAM L NEEDLER     williamlneedler@aol.com  
CHRISTIAN T. NYGREN     nygren@bigskylawyers.com, becki@bigskylawyers.com;maul@bigskylawyers.com  
OFFICE OF THE U.S. TRUSTEE     ustpregion18.gf.ecf@usdoj.gov  
JAMES A. PATTEN     japatten@ppbglaw.com, aschueler@ppbglaw.com;ESchoemer@ppbglaw.com  
CLARKE B RICE     clarkerice@imt.net  
JEFFREY N RICH     jrich@klng.com  
ROSS P. RICHARDSON     rossrichardson@qwest.net, henningsenvucuro@qwest.net

I also hereby certify that it was served by facsimile on December 18, 2006 from the Attorneys offices.

/s/ William L. Needler

Incredible Auto Sales  
Ken Cornelison  
1832 King Avenue West  
Billings, MT  59102  
(406) 652-3297 new fax

Clarke B Rice  
2951 King Avenue West  
Billings, MT 59102  
(406) 294-2525 fax

Jill Smith
Kia Motors of America
9801 Muirlands Blvd
PO Box 52410
Irvine, California 926-2410
(949) 595-5805 ph
(949) 595-5805 fax

Alan C Bryan
Crowley, Haughey, Hanson
Toole & Dietrich PLLD
PO Box 2529
Billings, Montana 59103
(406) 255-7258 ph
(406) 259-4159 fax