William L. Needler
William L. Needler and Associates
555 Skokie Blvd Ste 500
Northbrook, IL 60062
(847) 559-8330 ph
(847) 559-8331 fax
Bar ID 02025248
E-Mail: WilliamLNeedler@aol.com

Attorneys for the Debtor
    Incredible Auto Sales LLC

Clarke B. Rice
Clarke B. Rice P.C.
2951 King Avenue West
Billings, Montana 59102
(406) 254-2500 ofc phone
(406) 294-2525 fax
Montana ID # 1289
E-mail: Clarkrice@imt.net

Co-Counsel for the Debtor
    Incredible Auto Sales LLC

| | |
|---|---|
| IN RE: ) | |
| ) | |
| INCREDIBLE AUTO SALES L.L.C. ) | Case No. 06-60855-RBK |
| ) | |
| ) | Judge Ralph B Kirscher |
| ) | |
| Debtor ) | A Chapter 11 Proceedings |
| ) | For Reorganization |

### EXHIBIT 1

### DEBTOR'S LIST OF NEW VEHICLES – LIST A
### AS OF DECEMBER 13, 2007

## New Car Inventory
### As of 12/13/06
### A List

| STOCK # | VIN (LAST 6) | Year | MODEL | | Invoice | Customer Sold To | Date Sold | Bank | Funding Date |
|---|---|---|---|---|---|---|---|---|---|
| K6012 | 463043 | 2006 | OPTIMA | $ | 16,582.00 | | | | |
| K6018 | 442057 | 2006 | OPTIMA | $ | 19,654.00 | Martens | 10/23/2006 | HMFC | Never |
| K6019 | 466081 | 2006 | OPTIMA | $ | 18,562.00 | | | | |
| K6029 | 458646 | 2006 | OPTIMA | $ | 18,562.00 | | | | |
| K6030 | 458753 | 2006 | OPTIMA | $ | 19,654.00 | | | | |
| K6031 | 450951 | 2006 | OPTIMA | $ | 15,111.00 | | | | |
| K6032 | 451697 | 2006 | OPTIMA | $ | 16,431.00 | | | | |
| K6039 | 233351 | 2006 | SPECTRA | $ | 20,351.00 | | | | |
| K6043 | 161823 | 2006 | SPORTAGE | $ | 15,340.00 | | | | |
| K6046 | 243173 | 2006 | SPECTRA | $ | 19,868.00 | Adams | 10/23/2006 | BoA | 10/23/2006 |
| K6091 | 69503 | 2006 | SEDONA | $ | 15,431.00 | | | | |
| K6093 | 504483 | 2006 | OPTIMA | $ | 22,804.00 | | | | |
| K6095 | 332492 | 2006 | SPECTRA | $ | 20,785.00 | | | | |
| K6102 | 56570 | 2006 | SEDONA | $ | 21,543.00 | O'leary | 10/21/2006 | | 11/22/2006 |
| K6108 | 266874 | 2006 | SPORTAGE | $ | 23,028.00 | COWGER | 11/8/2006 | Cash | 11/10/2006 |
| K6109 | 31808 | 2006 | SEDONA | $ | 25,085.00 | KRISTENSON,ARLO | 12/2/2006 | Americredit | Pending |
| K6110 | 267187 | 2006 | SPORTAGE | $ | 17,430.00 | | | | |
| K6115 | 34761 | 2006 | SEDONA | $ | 15,111.00 | Clifton | 10/15/2006 | WFS | 10/19/2006 |
| K6116 | 33649 | 2006 | SEDONA | $ | 23,231.00 | | | | |
| K6117 | 636631 | 2006 | SORENTO | | | | | | |
| K6125 | 600013 | 2006 | SORENTO | | | | | | |
| K6128 | 73655 | 2006 | OPTIMA | | | | | | |
| K6050 | 241054 | 2006 | Spectra | | | | | | |
| K6037 | 232211 | 2006 | Spectra | | | | | | |
| K6132 | 62171 | 2006 | SEDONA | | | | | | |
| | | | Total | $ | 364,533.00 | | | | 12/14/2006 |

William L. Needler
William L. Needler and Associates
555 Skokie Blvd Ste 500
Northbrook, IL 60062
(847) 559-8330 ph
(847) 559-8331 fax
Bar ID 02025248
E-Mail: WilliamLNeedler@aol.com

Attorneys for the Debtor
    Incredible Auto Sales LLC

Clarke B. Rice
Clarke B. Rice P.C.
2951 King Avenue West
Billings, Montana 59102
(406) 254-2500 ofc phone
(406) 294-2525 fax
Montana ID # 1289
E-mail: Clarkrice@imt.net

Co-Counsel for the Debtor
    Incredible Auto Sales LLC

IN RE: )
)
    INCREDIBLE AUTO SALES L.L.C.)     Case No. 06-60855-RBK
)
)     Judge Ralph B Kirscher
)
    Debtor )     A Chapter 11 Proceedings
)     For Reorganization

## EXHIBIT 2

## DEBTOR'S LIST OF USED VEHICLES – LIST B

## AS OF DECEMBER 13, 2007

Incredible Auto Sales LLC
Used Car Inventory
## B LIST

| STOCK # | VIN | | MODEL | MIL | Wholesale Value | | Customer Sold To / Purchased form | Date | Bank | Date Funded |
|---|---|---|---|---|---|---|---|---|---|---|
| K5043A | A69857 | 2002 | EXPLORER | | $ 9,350 | | | | | |
| K6016B | 249244 | 2001 | REGAL | | $ 25 | | | | | |
| K6025A | 810096 | 2004 | INTREPID | | $ 5,500 | LP | | | | |
| K6035B | 56130 | 96 | PATHFINDER | | $ 500 | LP | Picked by VFCU | 12/1/2006 | | |
| K6044A | 150836 | 91 | B2600i | | $ 50 | LP | | | | |
| k6098a | 290993 | 2005 | SPECTRA | ## | $ 10,440 | | | | | |
| K6113A | 160570 | 99 | SILHOUETTE | | $ 100 | LP | | | | |
| K6126A | 178243 | 2002 | Chevy 2500 | | $ 10,000 | LP | | | | |
| K6129B | 677615 | 95 | gr Cherokee | | $ 2,000 | | | | | |
| K6133A | 100682 | 92 | SWIFT | | $ 25 | | | | | |
| K6135A | 211272 | 2002 | CHEVY 1500 | | $ 7,500 | | | | | |
| P3694 | 644271 | 2004 | INTREPID | | $ 8,000 | | | | | |
| P3763A | 144702 | 94 | ACCORD | | $ 2,300 | | | | | |
| P3789 | A69700 | 2000 | F150 | ## | $ 8,000 | | | | | |
| P3790 | 239551 | 2004 | CHEVY 3500 | ## | $ 19,225 | | | | | |
| p3793 | 128062 | 2006 | Montana | ## | $ 13,000 | | | | | |
| p3797 | 124788 | 2006 | grand prix | ## | $ 11,000 | | | | | |
| P3798 | 108472 | 2006 | IMPALA | ## | $ 12,800 | | | | | |
| P3801A | B01587 | 98 | EXPLORER | | $ 1,500 | LP | | | | |
| P3804 | 112772 | 2006 | IMPALA | ## | $ 13,300 | | | | | |
| p3807 | 250977 | 2006 | IMPALA | ## | $ 10,000 | | | | | |
| p3809 | 285443 | 2004 | Sorento | ## | $ 10,000 | | | | | |
| p3813 | 174174 | 2005 | IMPALA | ## | $ 10,900 | | | | | |
| P3824A | A35836 | 2003 | F150 | ## | $ 15,000 | | | | | |
| p3840 | 504249 | 2006 | caravan | ## | $ 13,500 | | | | | |
| P3843 | 628742 | 2006 | COBALT | ## | $ 9,800 | | | | | |
| p3844 | 144969 | 2006 | TAURUS | ## | $ 10,500 | | | | | |
| p3848 | 125581 | 2006 | Taurus | ## | $ 10,300 | | | | | |
| p3849 | 129353 | 2006 | TAURUS | ## | $ 9,800 | | | | | |
| p3853 | 187750 | 2005 | grand am | ## | $ 9,000 | | | | | |
| p3854 | 188016 | 2005 | Malibu | ## | $ 10,000 | | | | | |
| P3857 | 40851 | 2005 | OPTIMA | ## | $ 10,000 | | | | | |
| p3859 | 166608 | 2006 | Taurus | ## | $ 10,200 | | | | | |
| p3860 | 166617 | 2006 | TAURUS | ## | $ 10,200 | | | | | |
| P3861 | 121854 | 2006 | TAURUS | ## | $ 9,500 | | | | | |
| p3866 | 224647 | 2005 | MALIBU | ## | $ 9,800 | | | | | |
| p3867 | 221438 | 2005 | MALIBU | ## | $ 10,000 | | | | | |
| p3896 | 152759 | 2006 | TAURUS | ## | $ 9,800 | | | | | |
| P3903 | 598184 | 2005 | SEBRING | ## | $ 9,800 | | | | | |
| p3911 | 126364 | 2006 | TAURUS | ## | $ 10,100 | | | | | |
| p3914 | 322572 | 2004 | grand prix | ## | $ 8,500 | | | | | |
| p3928 | 133201 | 2005 | SPECTRA | ## | $ 8,800 | | | | | |
| P3938 | 56351 | 2005 | AMANTI | ## | $ 13,000 | | | | | |
| P3942 | 57617 | 2005 | AMANTI | ## | $ 13,000 | | | | | |
| P3943 | 57614 | 2005 | AMANTI | ## | $ 13,200 | | | | | |
| P3944 | 52308 | 2005 | AMANTI | ## | $ 12,700 | | | | | |
| p3945 | 560519 | 2003 | gr Cherokee | ## | $ 11,800 | | | | | |
| p3946 | 589162 | 2003 | gr Cherokee | ## | $ 11,000 | | | | | |
| P3951 | 11384 | 2005 | Ford 500 | ## | $ - | | MOLINE | 11/6/2006 | WFS | 11/10/2006 |
| P3954 | A63716 | 2005 | RANGER | ## | $ 14,500 | | | | | |

12/14/2006

Incredible Auto Sales LLC
Used Car Inventory
## B LIST

| STOCK # | VIN | | MODEL | Mile Value | | | | Customer Sold To / Purchased form | Date | Bank | Date Funded |
|---|---|---|---|---|---|---|---|---|---|---|---|
| p3966 | 174454 | 2006 | TAURUS | ## | $ | - | | Berendt | 3-Nov | | 11/7/2006 |
| P3972B | 618990 | 92 | PARK AVE | 1 | $ | 25 | | | | | |
| P3981 | 11384 | 2006 | EQUINOX | ## | $ | 15,000 | | | | | |
| P3982 | B32359 | 2004 | EXPLORER | ## | $ | 13,500 | | | | | |
| P3983 | A89348 | 2005 | FREESTAR | ## | $ | 12,500 | | | | | |
| P3984 | R49972 | 2003 | EXPLORER | ## | $ | 10,000 | | | | | |
| p3985 | 477337 | 2004 | sentra | ## | $ | 8,500 | | | | | |
| P3986 | 759270 | 2001 | ram 1500 | ## | $ | 12,000 | | | | | |
| p3989 | 229758 | 2006 | grand prix | ## | $ | 11,800 | | | | | |
| p3991 | 560038 | 2003 | ram 1500 | ## | $ | 12,000 | | | | | |
| p3995 | 129120 | 2001 | lasabre | ## | $ | 6,000 | | | | | |
| P3996 | b21673 | 2002 | RANGER | ## | $ | 8,000 | | | | | |
| P3998A | B30022 | 86 | RANGER | | $ | 25 | | | | | |
| p3999 | 463589 | 2006 | sentra | ## | $ | 9,600 | | | | | |
| P4000 | 103903 | 2006 | ENVOY | ## | $ | 17,500 | | | | | |
| P4001 | 111440 | 2006 | MALIBU | ## | | | | Chevy | 11/4/2006 | Cash ws | 11/21/2006 |
| P4002 | 110139 | 2006 | MALIBU | ## | $ | 11,500 | | | | | |
| P4003 | 113576 | 2006 | TRAILBLAZER | ## | | | 16500 | Harmon | 12/4/2006 | Cap 1 | |
| P4006A | 820441 | 98 | Expedition | ## | $ | 4,500 | LP | | | | |
| P4007 | 666831 | 2005 | STRATUS | ## | $ | 8,000 | | | | | |
| p4010 | 240750 | 2005 | grand am | ## | $ | 9,800 | | | | | |
| p4011 | 240875 | 2005 | grand am | ## | $ | 9,800 | | | | | |
| p4012 | 231318 | 2006 | Sebring | ## | $ | 10,100 | | | | | |
| P4016A | C05001 | 97 | EXPLORER | | $ | 2,500 | LP | | | | |
| P4018A | 227822 | 99 | COROLLA | | $ | 500 | LP | VINCE WHLS | | | |
| P4026A | 846217 | 98 | OLDS 88 | | $ | 1,000 | | | | | |
| P4030 | A40343 | 2003 | F150 | | $ | - | | CHEVY | | 17500 | 11/21/2006 |
| P4031 | 544945 | 2003 | DODGE 1500 | | $ | 14,850 | | | | | |
| p4039 | 340923 | 2004 | gr Cherokee | ## | $ | 12,700 | | | | | |
| p4040 | 382695 | 2004 | Chevy 2500 | ## | $ | 16,600 | | | | | |
| P4045 | 119787 | 2003 | GRAND AM | ## | $ | 6,500 | | | | | |
| P4047 | B60170 | 2005 | F150 | ## | $ | 15,000 | | | | | |
| p4059 | 248080 | 2006 | grand am | ## | $ | 9,700 | | | | | |
| p4060 | 325543 | 2006 | outback | ## | $ | 17,000 | | | | | |
| p4061 | 135068 | 2006 | ion | ## | $ | 9,800 | | | | | |
| P4062A | 212918 | 96 | STRATUS | | $ | 25 | | | | | |
| P4063 | 116141 | 2005 | SPECTRA | ## | $ | 7,800 | | | | | |
| p4064 | 146461 | 2006 | Durango | ## | $ | 18,200 | | | | | |
| P4065A | 256897 | 89 | FIREBIRD | | $ | 50 | | WALNOFFER | | | |
| P4068A | 5018183 | 2004 | AMANTI | | $ | 11,300 | LP | | | | |
| p4069 | 273744 | 2005 | NEON | ## | $ | - | | CHEVY | 10/25/2006 | Cash WS | 11/21/2006 |
| P4071 | 703184 | 2005 | Sebring | ## | | | 8200 | Wipf | 12/7/2006 | Americredit | |
| p4072 | 273674 | 2005 | neon | ## | $ | 9,000 | ? | | | | |
| p4073 | 667397 | 2005 | STRATUS | ## | $ | - | | ODIE | 10/20/2006 | WFS | 10/23/2006 |
| p4074 | 193038 | 2005 | classic | ## | $ | 8,000 | | | | | |
| P4076 | M68683 | 2005 | MAZDA I6 | ## | $ | 11,100 | | | | | |
| p4077 | 216267 | 2005 | classic | ## | $ | 8,000 | ? | | | | |
| p4081 | 259566 | 2005 | focus | ## | $ | | | Martens | 10/23/2006 | WFS | 10/25/2006 |
| p4082 | 136144 | 2005 | Ford 500 | ## | $ | - | 13600 | Ogger,J | 11/16/2006 | WFS | |
| p4085 | 141879 | 2005 | Mazda RX8 | ## | $ | 19,500 | | | | | |
| P4087 | B60868 | 2005 | EXPLORER | ## | $ | | | CHEVY | 10/26/2006 | Cash WS | 11/21/2006 |
| p4090 | 237316 | 2006 | TRAILBLAZER | ## | $ | | | Dockter | 10/20/2006 | National | 11/1/2006 |
| P4092 | 111645 | 2006 | NEON | ## | | | 8000 | Kolar | 11/25/2006 | Amercredit | 12/15/2006 |

Incredible Auto Sales LLC
Used Car Inventory
**B LIST**

| STOCK # | VIN | | MODEL | MILile Value | | | Customer Sold To / Purchased form | Date | Bank | Date Funded |
|---|---|---|---|---|---|---|---|---|---|---|
| K6127a | 50292 | 1999 | Audi A4 | | | 5800 | Incredible Chevy | 10/18/2006 | | |
| P3371B | 276468 | 1995 | CORSICA | | $ | 25 | | | | |
| p4093 | 193038 | 2006 | liberty | ## | $ | 14,300 | | | | |
| p4096 | 176395 | 2006 | G6 | ## | | | BAA | Back to Auction | | | |
| p4097 | 121917 | 2005 | Montana | ## | | | BAA | Back to Auction | | | |
| p4098 | 568587 | 2005 | Sebring | ## | | | BAA | Back to Auction | | | |
| p4099 | 530095 | 2007 | caliber | ## | | | BAA | Back to Auction | | | |
| p4101 | 124532 | 2005 | SPECTRA | ## | | | BAA | Back to Auction | | | |
| p4104 | 177176 | 2005 | classic | ## | | | BAA | Back to Auction | | | |
| P4105 | 699843 | 2003 | MALIBU | ## | | | BAA | Back to Auction | | | |
| P4106 | 520717 | 2003 | STRATUS | | | | BAA | Back to Auction | | | |
| p4107 | 174188 | 2005 | forenza | ## | | | BAA | Back to Auction | | | |
| p4108 | 163169 | 2004 | blazer | ## | | | BAA | Back to Auction | | | |
| P4109 | A07225 | 2004 | RANGER | ## | | | BAA | Back to Auction | | | |
| P4110 | 573207 | 2006 | Sorento | | | | BAA | Back to Auction | | | |
| P4112 | 616130 | 2006 | COBALT | ## | | | SSAA | Back to Auction | | | |
| P4113 | 646983 | 2005 | COBALT | ## | | | SSAA | Back to Auction | | | |
| P4114 | 251839 | 2005 | GRAND AM | ## | | | SSAA | Back to Auction | | | |
| P4115 | 234620 | 2005 | classic | ## | | | SSAA | Back to Auction | | | |
| P4116 | 223537 | 2005 | classic | ## | | | SSAA | Back to Auction | | | |
| P534 | A77370 | 93 | F150 | | $ | 500 | | | | |
| K6130 | 649501 | 2006 | SORENTO | ## | $ | 18,925 | Demo | | | |
| K6134 | 102568 | 2006 | SEDONA | ## | $ | 20,700 | Demo | | | |
| K5101 | 52263 | 2005 | AMANTI | ## | $ | 14,625 | Demo | | | |
| K5035 | 51088 | 2005 | AMANTI | | $ | 15,100 | | | | |
| K5050 | 51531 | 2005 | AMANTI | | $ | 15,100 | | | | |
| K5100 | 52214 | 2005 | AMANTI | | $ | 16,200 | | | | |
| K5112 | 67791 | 2005 | AMANTI | | $ | 15,000 | | | | |
| K6112 | 47378 | 2006 | SEDONA | ## | $ | 18,200 | demo | | | |
| P3832 | 139522 | 2003 | TAURUS | | $ | 3,500 | | | | |
| P4089 | 309447 | 2005 | TOWN & COUNTRY | | | | 11500 | Ogger | 11/16/2006 | WFS | 12/15/2006 |
| P3892 | 364168 | 2005 | GR CARAVAN | | $ | 11,000 | | | | |
| P4066 | 426238 | 1999 | CENTURY | | $ | 1,500 | | | | |
| P3881 | 687966 | 2005 | SEBRING | | $ | 8,000 | | | | |
| p3835 | B06655 | 2003 | f150 | | $ | 13,000 | | | | |
| P3966a | M28198 | 1999 | Mazda B3000 | | $ | 6,000 | | Berendt | 11/03/06 | | |
| K6019A1 | 660968 | 2004 | Intrepid | | $ | 8,500 | | MARTENS | 11/3/2006 | | |
| K6019A2 | 200752 | 1999 | Saturn SC2 | | | | 4000 | MARTENS/ Ireland | 11/3/2006 | cash | 11/06/06 |
| K6019B2 | | 1991 | Geo | | $ | 1 | | IRELAND | | | |
| K6091 | 22956 | 2004 | Amanti | | $ | 12,500 | | Adams | 10/23/2006 | | |
| P4090A | | 1994 | f150 | | $ | 2,000 | | dockter | | | |
| K6115A | 264989 | 1997 | trans Sport | | $ | 2,500 | | cowger | | | |
| P3951 | A14191 | 2001 | expedition | | | | 10750 | moline / Parrish | 11/16/2006 | cash | 11/17/2006 |
| P4082A | 613969 | 1997 | Breeze | | $ | 1,800 | | Ogger | | | |
| P4086A | 309447 | 2001 | Optima | | | | 4000 | Ogger / Weiland | 11/18/2006 | Americredit | 12/12/2006 |
| K6117a | b60255 | 2002 | F350 | | $ | 17,500 | | Kristenson | 12/0206 | | |
| K6109a | 527866 | 1991 | Caravan | | $ | 500 | | O'Leary | 10/21/2006 | | |

| Total | Tot $ | 1,073,455 |
|---|---|---|

12/14/2006     3

William L. Needler
William L. Needler and Associates
555 Skokie Blvd Ste 500
Northbrook, IL 60062
(847) 559-8330 ph
(847) 559-8331 fax
Bar ID 02025248
E-Mail: WilliamLNeedler@aol.com

Attorneys for the Debtor
    Incredible Auto Sales LLC

Clarke B. Rice
Clarke B. Rice P.C.
2951 King Avenue West
Billings, Montana 59102
(406) 254-2500 ofc phone
(406) 294-2525 fax
Montana ID # 1289
E-mail: Clarkrice@imt.net

Co-Counsel for the Debtor
    Incredible Auto Sales LLC


IN RE:                                      )
                                           )
    INCREDIBLE AUTO SALES L.L.C.)    Case No. 06-60855-RBK
                                           )
                                           )   Judge Ralph B Kirscher
                                           )
                            Debtor   )    A Chapter 11 Proceedings
                                           )   For Reorganization


## EXHIBIT 3

## DEBTOR'S ANALYSIS OF ASSETS SECURING HYUNDAI MOTOR FINANCE

## AS OF DECEMBER 13, 2007

INCREDIBLE AUTO SALES LLC  
Chapter 11 06-60855-RBK

ANALYSIS OF  
HYUNDAI MOTOR FINANCE CLAIM ON FILING

| | |
|---|---:|
| On filing (agreed debt as per Cash Collateral Stiputlation) | 2,275,375.82 |
| Less Agreed payment reductions Kia Motor Moneys due through 9/30/06. (See Exhibit) | -62,118.23 |
| Moneys owed to the Debtor from Martens Transaction by Hyundai but never paid | -23,551.00 |
| Estimated Payment due to Hyundai | <u>-13,331.00</u> |
| **NEW BALANCE** | **2,176,375.59** |

INCREDIBLE AUTO SALES LLC
Chapter 11 06-60855-RBK

Analysis of Assets
Under Liens to
Hyundai Motor Finance
Securing Present Claim of
$2,176,375.82
(Revised 12/13/06)
(See Explanation as to
Claim Amount attached.)

| | | |
|---|---:|---:|
| Cash on hand (Exhibit 5) | | 241,798.56 |
| New Vehicles (See Exhbit 1-List A) | | $ 364,533.00 |
| Used Vehicles (See List B) | $ 1,317,065.00 | |
|    Less lien payoffs on list attached | $ (84,854.71) | |
| | $ 1,232,210.29 | $ 1,232,210.29 |
| Service Loaners | | $ 33,600.00 |
| Parts and Supplies | | $ 141,957.68 |
| Machinery and Fixtures | | $ 42,352.00 |
| Signage and Lease Hold Improvements | | $ 25,000.00 |
| Receivables | | |
|    Service Contract Receivables | $ 841.00 | |
|    Other Distributors Receivables | $ 350.00 | |
|    Customer Vehicles Receivables | $ - | |
|    Customer Parts and Service | $ 21,355.47 | |
|    Factory Hold Backs | $ - | |
|    Factory Incentives | $ 2,500.00 | |
|    Factory Warranty Receivables and Rebates | $ 5,759.30 | |
|    Contracts in Transit | $ 66,208.00 | |
|    Finance Receivables | $ 609.88 | |
|    Misc. Customer "Buy Here"payable Rec' | $ 6,975.65 | |
| | $ 104,599.30 | $ 104,599.30 |
| Misc Law Suit Receivable: | | |
|    80% x 628.00 | | |
|    Nick Gutierrez, Incredible Auto | | |
|    Sales LLC vs United Car Care | | |
|    Case No 0-v-05-0575 | | |
|    State of Montana | | |
| Subtotal of Valued Assets in Support of Hyundai Motor Finance Claim (without franchise) | | $ 2,186,050.83 |
| Franchise Sale | | $ 800,000.00 |
| TOTAL ASSETS | | $ 2,986,050.83 |
| RECAP | | |
|    Total Assets | $ 2,986,050.83 | |
|    Less Hyundai Claim on Filing | $ (2,176,375.82) | |
|    TOTAL EQUITY CUSHION | $ 809,675.01 | |

WE DEALER PARTS STATEMENT

| DEALER NO. | MT004 | STATEMENT DATE/NUMBER | PAGE |
|---|---|---|---|
| DEALER ID | 10568 | 9/30/2006  84697 | 2 |

KIA MOTORS
9801 Muirlands Blvd.
IRVINE, CA 92618-2521
PO BOX 52410
IRVINE, CA 92619-2410

INCREDIBLE KIA
1832 KING AVENUE WEST

BILLINGS, MT 59102

|   | Reference Number | Date | Due Date | Description | Invoice Amount |
|---|---|---|---|---|---|
| I | PL60928990 | 9/18/2006 | 10/20/2006 | Parts Invoice | 30.58 |
| I | PL60929448 | 9/19/2006 | 10/20/2006 | Parts Invoice | 144.50 |
| I | PL60931491 | 9/20/2006 | 10/20/2006 | Parts Invoice | 98.30 |
| C | CL60825886 | 9/21/2006 | 10/20/2006 | Credit Memo | 229.45- |
| C | CX60941871 | 9/21/2006 | 10/20/2006 | Parts Core Credit | 75.00 |
| C | CX60941871 | 9/21/2006 | 10/20/2006 | Parts Core Credit | 75.00 |
| I | 200609DDSPB | 9/21/2006 | 10/20/2006 | DDS(866)542-6268 | 1,679.20 |
| I | PL60935085 | 9/22/2006 | 10/20/2006 | Parts Invoice | 80.35 |
| I | PL60936268 | 9/22/2006 | 10/20/2006 | Parts Invoice | 89.37 |
| I | PL60936842 | 9/25/2006 | 10/20/2006 | Parts Invoice | 830.05 |
| I | PL60938504 | 9/26/2006 | 10/20/2006 | Parts Invoice | 296.10 |
| I | PL60938505 | 9/26/2006 | 10/20/2006 | Parts Invoice | 214.44 |
| I | PL60940956 | 9/27/2006 | 10/20/2006 | Parts Invoice | 1,086.90 |
| I | PL60940957 | 9/27/2006 | 10/20/2006 | Parts Invoice | 26.78 |
| I | PL60942569 | 9/28/2006 | 10/20/2006 | Parts Invoice | 11.75 |
| C | CX60942656 | 9/29/2006 | 10/20/2006 | Parts Core Credit | 75.00- |
| I | PL60944537 | 9/29/2006 | 10/20/2006 | Parts Invoice | 6.38 |
| C | 060901MT004 | 9/30/2006 | 10/20/2006 | WARRANTY CREDIT ME | 33,538.83- |
| C | 060922COADV001 | 9/30/2006 | 10/20/2006 | CLAIM #85364 | 4,330.24- |
| I | 092006SRVKU001 | 9/30/2006 | 10/20/2006 | GDS Service Fee | 126.48 |
| I | 092006EPC001 | 9/30/2006 | 10/20/2006 | ELECT PARTS CTLO | 221.00 |
| I | 092006SGNLS001 | 9/30/2006 | 10/20/2006 | SIGN LEASE | 343.00 |
| I | 092006DCS001 | 9/30/2006 | 10/20/2006 | KIA DCSN | 250.00 |
| I | 092006DIS001 | 9/30/2006 | 10/20/2006 | DIS | 250.00 |
| I | 092006WEB001 | 9/30/2006 | 10/20/2006 | 08/06 CBLT Adv P | 495.00 |
| I | 092006KIAUN001 | 9/30/2006 | 10/20/2006 | 09/2006_Training | 250.00 |
| C | 6097 | 10/06/2006 | 10/20/2006 | Customer Cash- 609 | 22,250.00- |
| C | 6098 | 10/06/2006 | 10/20/2006 | SEPTEMBER CE EA WE | 4,000.00- |
| C | 6100 | 10/06/2006 | 10/20/2006 | SEPT CE EA WE OWNE | 500.00- |
| C | W615 | 10/06/2006 | 10/20/2006 | DEALER CASH INCENT | 11,700.00- |
| I | AF | 10/06/2006 | 10/20/2006 | Administrative Fee | 100.00 |
| I | 6089 | 10/06/2006 | 10/20/2006 | Customer Cash- 608 | 500.00 |

STATEMENT BALANCE  -->  62,118.29-

*[handwritten annotations across bottom of page, partially illegible: "10/16/06 call w/ Ken - Acctg Dept. Villa CSR - recalled 10/10/06 / acct put on hold - 10/10/06 / per Dealer Development Dept. - Jill Smith 949-555-5805 / can't release any payments due to us but can still bill for parts and do warranty claims? RDR is still open but cannot release any funds into our accounts"]*

## Lien Payoffs Before BK Filing
### Vehicles in inventory or sold after filing

| SOLD | In Stock | Customer Trade From | STOCK # | VIN /deal# | Year | MODEL | Lien Owed To | | Payoff |
|---|---|---|---|---|---|---|---|---|---|
|  | 1 | Scott Lawley | K6094A2 | 102260 | 2002 | Daewoo | First Interstate Bank | Repo by FIB per court order | 3,326.80 |
|  | 1 | Ryan Brown | K6035B | 102129 | 96 | PATHFINDER | Valley Federal C/U |  | 3,101.61 |
|  | 1 | Leroy Landrie | K6044A | 102354 | 91 | B2600i | First Interstate Bank |  | 1,900.00 |
|  | 1 | Kevin Parnell | K6113A | 102142 | 99 | SILHOUETTE | Nuvell |  | 2,706.62 |
|  | 1 | Marty Andres | P4006A | 102192 | 98 | EXPLORER | Russell City |  | 4,964.17 |
|  | 1 | Dorcas Has Eagle | P3980A | 102186 | 1998 | CHEVY 1500 | HSBC |  | 5,025.00 |
|  | 1 | Dean Sheehan | P4094A | 102418 | 2001 | REGAL | First Interstate Bank | Repo by FIB per court order | 5,680.00 |
|  | 1 | Adam Steadman | P4068A | 102225 | 2004 | AMANTI | Citizen |  | 14,450.00 |
| 1 |  | Sara bennetts | K6127a | 102464 | 1999 | Audi A4 | Wells Fargo |  | 12,579.59 |
|  | 1 | Dan Stefanik | K6126A | 102423 | 2002 | Chevy 2500 | Capital One |  | 12,584.63 |
|  | 1 | Daryl Satko | P3801A | 102000 | 98 | EXPLORER | American General |  | 1,050.00 |
|  | 1 | Michael Geiser | P4016A | 102421 | 97 | EXPLORER | WFS |  | 3,152.63 |
| 1 |  | Kit Veit | P4018A | 102164 | 99 | COROLLA | Toyota Motor Credit |  | 2,300.11 |
|  | 1 | Frank Derockbraine | K6025A | 102338 | 2004 | INTREPID | Americredit |  | 12,033.55 |

2  12    14                                                                                        Total  84,854.71

12/18/2006

William L. Needler
William L. Needler and Associates
555 Skokie Blvd Ste 500
Northbrook, IL 60062
(847) 559-8330 ph
(847) 559-8331 fax
Bar ID 02025248
E-Mail: WilliamLNeedler@aol.com

Attorneys for the Debtor
    Incredible Auto Sales LLC

Clarke B. Rice
Clarke B. Rice P.C.
2951 King Avenue West
Billings, Montana 59102
(406) 254-2500 ofc phone
(406) 294-2525 fax
Montana ID # 1289
E-mail: Clarkrice@imt.net

Co-Counsel for the Debtor
    Incredible Auto Sales LLC

| | |
|---|---|
| IN RE: ) | |
| ) | |
|     INCREDIBLE AUTO SALES L.L.C. ) | Case No. 06-60855-RBK |
| ) | |
| ) | Judge Ralph B Kirscher |
| ) | |
|     Debtor ) | A Chapter 11 Proceedings |
| ) | For Reorganization |

### EXHIBIT 4

### DEBTOR'S PROFORMA PROJECTION OF INCOME AND EXPENSES (BUDGET)

### FOR THE PERIOD OF JANUARY 2007 AND FEBRUARY 2007

## Incredible Auto Sales LLC
### Revised Budget

| Total Units | | January-07<br>44 | | February-07<br>45 | |
|---|---|---|---|---|---|
| **Total Gross** | | 197,856 | | 187,255 | |
| Sales Comp (Front Gross Only+ C6) | 7000 | 16,915 | 17% | 14,841 | 17% |
| Supervision Comp (Total Sales Gross+ C7 ) | 7010 | 12,500 | 6% | 12,500 | 6% |
| Delivery Exp | 7020 | - | | - | |
| Finance Mgr Comp (Back End Gross Only) | 7030 | 5,382 | 18% | 5,508 | 18% |
| Advertising (New & Used) | 7040 | 27,000 | | 27,000 | |
| flooring | 7050 | | | | |
| **TTL Selling Expenses** | | **61,797** | **45%** | **59,849** | **35%** |
| Policy Adjustment | 7110 | 240 | | 240 | |
| Claims Adjustment | 7120 | | | | |
| Company Vehicles | 7140 | 2,500 | | 2,500 | |
| Inventory Maintenance | 7150 | - | | - | |
| Personnel Maintenance | 7160 | | | | |
| Outside Services | 7170 | | | | |
| Freight | 7180 | 300 | | 300 | |
| Small Tools | 7190 | 250 | | 250 | |
| Laundry & Uniforms | 7200 | 500 | | 500 | |
| Depr. Equipment & Veh | 7210 | | | | |
| Equip Maint. Repair Rental | 7220 | 110 | | 110 | |
| Miscellaneous Expenses | 7230 | 250 | | 250 | |
| Salaries & Wages | 7250 | 1,500 | | 1,500 | |
| Clerical Salaries | 7260 | 6,300 | | 6,300 | |
| Vacation & Time off | 7270 | 400 | | 400 | |
| **Operating Expenses** | | **12,350** | **7%** | **12,350** | **8%** |
| Rent | 7400 | 17,000 | | 17,000 | |
| Admin, General Salary & Wages | 7410 | 5,100 | | 5,100 | |
| Owner's Salary (2) | 7420 | 15,000 | | 15,000 | |
| Payroll Taxes | 7430 | 12,500 | | 12,500 | |
| Employee Benefits | 7440 | 5,000 | | 5,000 | |
| Profit Sharing | 7450 | | | | |
| Advertising General | 7460 | 500 | | 500 | |
| Office Supplies | 7470 | 1,000 | | 1,000 | |
| Data Processing Services | 7480 | 6,180 | | 6,180 | |
| Outside Service | 7490 | 9,500 | | 9,500 | |
| Company Vehicles Admin | 7500 | | | | |
| Contributions | 7510 | - | | - | |
| Dues & Subscriptions | 7520 | 540 | | 540 | |
| Telephone | 7530 | 3,500 | | 3,500 | |
| Legal & Auditing | 7540 | 1,500 | | 1,500 | |
| Postage | 7550 | 1,200 | | 1,200 | |
| Travel & Entertainment | 7560 | - | | - | |
| Heat, Light, Power & Water | 7570 | 3,200 | | 3,200 | |
| Fixture Repair and Maint. | 7580 | 1,500 | | 1,500 | |
| Deprecation: Fixtures, Furniture etc. | 7590 | | | | |
| Insurance (other than Building) | 7600 | 5,000 | | 5,000 | |
| Taxes (other than Real Estate& payroll) | 7610 | 1,350 | | 1,350 | |
| Interest (other than Flooring) | 7620 | | | | |
| **Total Overhead Expenses** | | **89,570** | **48%** | **89,570** | **50%** |
| Simi Fixed | | 61,797 | 7% | 59,849 | 8% |
| Variable | | 12,350 | 45% | 12,350 | 36% |
| Total | | 163,717 | 93% | 161,769 | 93% |
| **Operating Profit** | | **14,343** | | **12,536** | |

**DEBTOR'S EXHIBIT 11**

William L. Needler
William L. Needler and Associates
555 Skokie Blvd Ste 500
Northbrook, IL 60062
(847) 559-8330 ph
(847) 559-8331 fax
Bar ID 02025248
E-Mail: WilliamLNeedler@aol.com

Attorneys for the Debtor
  Incredible Auto Sales LLC

Clarke B. Rice
Clarke B. Rice P.C.
2951 King Avenue West
Billings, Montana 59102
(406) 254-2500 ofc phone
(406) 294-2525 fax
Montana ID # 1289
E-mail: Clarkrice@imt.net

Co-Counsel for the Debtor
  Incredible Auto Sales LLC

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| INCREDIBLE AUTO SALES L.L.C. | ) | Case No. 06-60855-RBK |
| | ) | |
| | ) | Judge Ralph B Kirscher |
| | ) | |
| Debtor | ) | A Chapter 11 Proceedings |
| | ) | For Reorganization |

## EXHIBIT 5

## DEBTOR'S ANALYSIS OF D.I.P. AND CASH COLLATERAL ACCOUNTS

## AS OF DECEMBER 13, 2006



EXHIBIT DEBTORS 5

## Incredible Kia
## Bank Accounts
### As of 12/13/06

| | | |
|---|---|---|
| A | DIP Account | $ 30,711.09 |
| B | New Car Account | $ 112,245.70 |
| C | Used Car Account | $ 85,015.70 |
| D | Parts & Service Account | $ 13,767.15 |
| E | Receivable Account | $ 15.41 |
| F | Taxes | $ 43.51 |
| | **Total** | **$ 241,798.56** |

William L. Needler
William L. Needler and Associates
555 Skokie Blvd Ste 500
Northbrook, IL 60062
(847) 559-8330 ph
(847) 559-8331 fax
Bar ID 02025248
E-Mail: WilliamLNeedler@aol.com

Attorneys for the Debtor
    Incredible Auto Sales LLC

Clarke B. Rice
Clarke B. Rice P.C.
2951 King Avenue West
Billings, Montana 59102
(406) 254-2500 ofc phone
(406) 294-2525 fax
Montana ID # 1289
E-mail: Clarkrice@imt.net

Co-Counsel for the Debtor
    Incredible Auto Sales LLC

| IN RE: | ) | |
|---|---|---|
| | ) | |
| INCREDIBLE AUTO SALES L.L.C. | ) | Case No. 06-60855-RBK |
| | ) | |
| | ) | Judge Ralph B Kirscher |
| | ) | |
| Debtor | ) | A Chapter 11 Proceedings |
| | ) | For Reorganization |

## EXHIBIT 6

## DEBTOR'S REPORT ON PROFIT AND LOSS FOR THE PERIOD OF

## OCTOBER 18 2006 THROUGH DECEMBER 12, 2006

## Incredible Auto Sales LLC
## Estimated Expenses
### 10/18/06 to 12/12/06

| | | | |
|---|---|---|---|
| **Gross Profit** | | $ | 106,223 |
| | 6500 | | |
| Sales Comp (Front Gross Only+ C6) | 7000 | $ | 4,983 |
| Supervision Comp (Total Sales Gross+ C7 ) | 7010 | $ | 15,360 |
| Delivery Exp | 7020 | | |
| Finance Mgr Comp (Back End Gross Only) | 7030 | $ | 2,119 |
| Advertising (New & Used) | 7040 | $ | 15,263 |
| flooring | 7050 | | |
| **TTL Selling Expenses** | | $ | 37,745 |
| Policy Adjustment | 7110 | $ | 250 |
| Claims Adjustment | 7120 | | |
| Company Vehicles | 7140 | $ | 1,800 |
| Inventory Maintenance | 7150 | $ | - |
| Personnel Maintenance | 7160 | $ | 500 |
| Outside Services | 7170 | $ | 1,800 |
| Freight | 7180 | $ | 500 |
| Small Tools | 7190 | $ | 125 |
| Laundry & Uniforms | 7200 | $ | 350 |
| Depr. Equipment & Veh | 7210 | $ | - |
| Equip Maint. Repair Rental | 7220 | $ | 250 |
| Miscellaneous Expenses | 7230 | $ | - |
| Salaries & Wages | 7250 | $ | 2,800 |
| Clerical Salaries | 7260 | $ | 7,200 |
| Vacation & Time off | 7270 | $ | |
| **Operating Expenses** | | $ | 15,575 |
| Rent | 7400 | $ | 34,000 |
| Admin, General Salary & Wages | 7410 | $ | 6,000 |
| Owner's Salary (2) | 7420 | $ | 25,000 |
| Payroll Taxes | 7430 | $ | 9,820 |
| Employee Benefits | 7440 | $ | 4,800 |
| Profit Sharing | 7450 | | |
| Advertising General | 7460 | $ | 650 |
| Office Supplies | 7470 | $ | 650 |
| Data Processing Services | 7480 | $ | 8,600 |
| Outside Service | 7490 | $ | 3,200 |
| Company Vehicles Admin | 7500 | | |
| Contributions | 7510 | $ | - |
| Dues & Subscriptions | 7520 | $ | - |
| Telephone | 7530 | $ | 1,800 |
| Legal & Auditing (US Trustee) | 7540 | | |
| Postage | 7550 | $ | 1,500 |
| Travel & Entertainment | 7560 | $ | 550 |
| Heat, Light, Power & Water | 7570 | $ | 4,200 |
| Fixture Repair and Maint. | 7580 | | |
| Depreciation: Fixtures, Furniture etc. | 7590 | | |
| Insurance (other than Building) | 7600 | $ | 10,000 |
| Taxes (other than Real Estate & payroll) | 7610 | $ | 2,650 |
| Interest (other than Flooring) | 7620 | | |
| **Total Overhead Expenses** | | $ | 113,620 |
| Simi Fixed | | $ | 15,575 |
| Variable | | $ | 37,745 |
| **Total Expenses** | | $ | 166,940 |
| **Profit or Loss** | | $ | (60,717) |

**EXHIBIT**

## Incredible Auto Sales
## Gross Profit Report
## Oct 17th to Dec 12

| Sale Date | Customer | Stock # | New/Used | Profit | | |
|---|---|---|---|---|---|---|
| 10/17/06 | Incredible Chevy | P4030 | Used | $ | 500.00 | |
| 10/18/06 | Incredible Chevy | K6127a | Used | $ | - | |
| 10/20/06 | Kendra Odei | P4073 | Used | $ | 4,399.00 | |
| 10/20/06 | Darcy Dockter | P4090 | Used | $ | 4,502.00 | |
| 10/21/06 | Edward O'leary | K6109 | New | $ | 5,474.63 | |
| 10/23/06 | James Martens | P4081 | Used | $ | 3,194.00 | |
| 10/23/06 | James Martens | K6019 | New | $ | 2,422.00 | |
| 10/23/06 | Gene Adams | K6091 | New | $ | 3,278.00 | Oct |
| 10/26/06 | Incredible Chevy | p4087 | Used | $ | 930.00 | $ 24,699.63 |
| 11/3/06 | Cory Ireland | K6019A2 | Used | $ | 2,501.00 | |
| 11/3/06 | Lisa Berendt | P3966 | Used | $ | 3,594.00 | |
| 11/4/06 | Incredible Chevy | P4001 | Used | $ | 1,169.00 | |
| 11/6/06 | Conrad Moline | P3951 | Used | $ | 5,444.00 | |
| 11/7/06 | Incredible Chevy | P4069 | Used | $ | 1,100.00 | |
| 11/8/06 | Mr. Cowger | K6115 | New | $ | 3,590.00 | |
| 11/16/06 | Wayne Ogger | P4086 | Used | $ | 4,738.00 | |
| 11/16/06 | Carrion / Parrish | P3951A | used | $ | 3,644.00 | |
| 11/16/06 | Jamie Ogger | P4082 | Used | $ | 5,494.00 | |
| 11/18/06 | Cheryl Weiland | P4086A | Used | $ | 5,598.00 | Nov |
| 11/25/06 | Wade Kolar | P4092 | Used | $ | 3,532.00 | $ 40,424.00 |
| 12/2/06 | KRISTENSON,ARLO | K6117 | NEW | $ | 1,551.00 | |
| 12/5/06 | Chris Harmon | P4003 | Used | $ | 6,796.00 | Dec |
| 12/7/06 | Loie Wipf | P4071 | Used | $ | 5,018.00 | $ 13,365.00 |

| Oct /Nov/dec | Parts & Service Gross Profit | | $ | 27,734.02 |
|---|---|---|---|---|
| | **Total Gross Profit** | | **$** | **108,222.65** |