Charles W. Hingle, #1947
Shane P. Coleman, #3417
Jason S. Ritchie, #7442
Holland & Hart LLP
401 North 31st Street
Suite 1500
P.O. Box 639
Billings, MT  59103-0639
Telephone:  (406) 252-2166
Facsimile:  (406) 252-1669

Attorneys for Hyundai Motor Finance Co.


## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

| | | |
|---|---|---|
| INCREDIBLE AUTO SALES, LLC, | ) | Bankruptcy No. 06-60855-RBK |
| | ) | |
| Debtor. | ) | **MOTION FOR RULE 2004** |
| | ) | **EXAMINATION** |
| | ) | |
| | ) | |

Pursuant to F.R.B.P. 2004, the undersigned respectfully requests the Court to order an examination as follows:

1.   Witnesses to be examined:   Jody Stephens
                                 Lalonna Seymour
                                 Krista Davis

2.   Date:  Wednesday, January 3, 2007

3.   Time:  beginning at 9:00 a.m., with subsequent depositions continuing immediately after the conclusion of the prior deposition, in the order shown above (or at another time mutually agreed upon by all counsel)

4.   Place:  Holland & Hart, LLP
             401 North 31st Street, Suite 1500,
             Billings, MT  59101

5.   Scope of examination for each individual:

     A.   Operations, ownership, assets, liabilities, and finances of the Debtor.

B.    Lien payoffs on trade-in vehicles.

C.    Post-Petition transactions between the Debtor and Incredible Chevrolet.

D.    Documentation of vehicle sales, including deal jackets and funding information.

E.    Documentation of Debtor's vehicle flooring through Hyundai Motor Finance Company and through any other lender since January 1, 2006.

6.    Documents to be produced by each individual:

A.    All documents related to Debtor's purchase of vehicles floored by Hyundai Motor Finance Company since January 1, 2006.

B.    All documents related to lien payoffs on trade-in vehicles.

C.    All documents related Post-Petition transactions between the Debtor and Incredible Chevrolet.

D.    All documents related to ownership of Debtor and Incredible Chevrolet and related to transfer of ownership interests since January 1, 2006.

E.    All documents related to purchases of those vehicles from the auto auctions that are the subject of the pending adversary proceedings.

7.    Time, Date and Place of Production (if different from examination):  same as examination

8.    Movant's Calculation of Mileage pursuant to F.R.B.P. 2004(e):  5 miles at 44½ cents per mile for each individual

9.    The undersigned has contacted Debtor's counsel, Clarke Rice and Bill Needler, who advised that they oppose this Motion and object to these individuals producing the documents described herein without a subpoena duces tecum pursuant to F.R.B.P. 9016.

10    This morning, Debtor's 80% shareholder, Nick Gutierrez, asserted his 5th Amendment rights and refused to answer any substantive questions concerning this matter.  As a result, creditors have been unable to ascertain necessary information about this case.  Based upon the testimony during the various court hearings, each of the above-identified individuals is believed to have unique knowledge concerning the nature of the Debtor's operations, ownership, assets, liabilities, and finances.

2

Dated this 20th day of December, 2006.

      /s/ Shane P. Coleman
Shane P. Coleman
Holland & Hart LLP
401 North 31st Street, Suite 1500
P.O. Box 639
Billings, MT  59103-0639

Attorneys for Hyundai Motor Finance Co.

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 20th day of December, 2006, a copy of this motion was served upon counsel of record by the following method:

| | |
|---|---|
| 1, 2, 3, 4, 5, 6, 7, 8, 9, 10 & 11 | CM/ECF |
| _____ | Hand Delivery |
| _____ | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | E-Mail |

1. Clarke B. Rice
   2951 King Avenue West
   Billings, MT 59102

2. William L. Needler
   William L. Needles and Associates
   555 Skokie Blvd., Ste. 500
   Northbrook, IL 60062

3. Neal Jensen
   U.S. Trustee
   Liberty Center, Ste. 204
   301 Central Avenue
   P.O. Box 3509
   Great Falls, MT 59403

4. Bruce F. Fain
   Murphy, Kirkpatrick & Fain, P.L.L.P.
   208 North Broadway, Suite 208
   P.O. Box 429
   Billings, MT  59103-0429

5. Christopher P. Birkle
   Lovell Law Firm, P.C.
   175 North 27th Street, Suite 1206

4

P.O. Box 1415
Billings, MT  59101

6.  James A. Patten
    Patten, Peterman, Bekkedahl & Green, P.L.L.C.
    2817 2nd Avenue North, Suite 300
    Billings, MT  59101

7.  Doug James
    Moulton, Bellingham, Longo & Mather P.C.
    27 North 27th Street, Suite 1900
    P.O. Box 2559
    Billings, MT  59103-2559

8.  Ross Richardson
    P.O. Box 399
    Butte, MT  59703

9.  Christian T. Nygren
    Milodragovich, Dale, Steinbrenner & Nygren P.C.
    620 High Park Way
    P.O. Box 4947
    Missoula, MT  59806-4947

10. Jeffrey N. Rich
    Kirkpatrick & Lockhart Nicholson Graham LLP
    599 Lexington Avenue
    New York, NY  10022-6030

11. Alan C. Bryan
    Crowley, Haughey, Hanson, Toole
      & Dietrich, P.L.L.P.
    P.O. Box 2529
    Billings, MT  59103-2529

                                    /s/ Shane P. Coleman
    _____

3643351_1.DOC