William L. Needler
William L. Needler and Associates
555 Skokie Blvd Ste 500
Northbrook, IL 60062
(847) 559-8330 ph
(847) 559-8331 fax
Bar ID 02025248
E-Mail: WilliamLNeedler@aol.com

Attorneys for the Debtor
    Incredible Auto Sales LLC

Clarke B. Rice
Clarke B. Rice P.C.
2951 King Avenue West
Billings, Montana 59102
(406) 254-2500 ofc phone
(406) 294-2525 fax
Montana ID # 1289
E-mail: Clarkrice@imt.net

Co-Counsel for the Debtor
    Incredible Auto Sales LLC

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| INCREDIBLE AUTO SALES L.L.C. | ) | Case No. 06-60855-RBK |
| | ) | |
| | ) | Judge Ralph B Kirscher |
| | ) | |
| Debtor | ) | A Chapter 11 Proceedings |
| | ) | For Reorganization |

## EXHIBIT 3

## DEBTOR'S ANALYSIS OF ASSETS SECURING HYUNDAI MOTOR FINANCE

## AS OF DECEMBER 13, 2007

Incredible Auto Sales LLC
Chapter 11 06-60855-RBK

Analysis of Assets
Under Liens to
Hyundai Motor Claim Of
$2,176,375.82
(Revised 12/13/06)
(see Explanation as to Claim Amount attached)

| | | | |
|---|---|---|---|
| Cash On Hand | | | $   241,798.56 |
| New Vehicles (see exhbit 1-list A) | | | $   364,533.00 |
| Used Vehicles See List B) | $ | 1,220,166.00 | |
| Less lien payoffs on list attached | $ | 84,854.71 | |
| | $ | 1,135,311.29 | $  1,135,311.29 |
| Service loaners | | | $   33,600.00 |
| Parts & Supplies | | | $   141,957.68 |
| Machinery & Fixtures | | | $   43,352.00 |
| Signage & Lease Hold Improvements | | | $   25,000.00 |

### Receivables

| | | |
|---|---|---|
| Service Contract Receivables | $ | 841.00 |
| Other Distributors | $ | 350.00 |
| Customer Receivables | $ | - |
| Customer Parts & Service | $ | 21,355.47 |
| Factory (holdback) | $ | - |
| Factory Incentives | $ | 2,500.00 |
| Factory Warranty Receivables & Rebates | $ | 5,759.30 |
| Contracts in Transit | $ | 66,208.00 |
| Finance Receivables | $ | 609.88 |
| Misc Customer (Buy here pay here) | $ | 6,975.65 |

| | | | |
|---|---|---|---|
| Total Recievibles | $ | 104,599.30 | $   104,599.30 |

| | | |
|---|---|---|
| Misc. Lawsuit Receivables 80% x 628,000 Nick Gutierrez, Incredible Auto Sales LLC vs United Car Care Case #0-V-05-0575 State of Montana | | $   502,400.00 |
| Subtotal of Valued Assets in support of Hyundai Motor Finance Claim (Without Franchise) | | $  2,592,551.83 |

| | | | |
|---|---|---|---|
| Franchise Sale | | | $   800,000.00 |
| | | Total Assets | $  3,392,551.83 |
| Recap | $ | 3,392,551.83 | |
| Less Hyndia Claim on Filing | $ | (2,176,375.82) | |
| Total Equity Cushion | $ | 1,216,176.01 | |

902 Exhibit Analysis Assts Hyundai
Fl 12 13 06                                    DEBTOR'S EXHBITS 3                                    12/19/2006

William L. Needler
William L. Needler and Associates
555 Skokie Blvd Ste 500
Northbrook, IL 60062
(847) 559-8330 ph
(847) 559-8331 fax
Bar ID 02025248
E-Mail: WilliamLNeedler@aol.com

Attorneys for the Debtor
        Incredible Auto Sales LLC

Clarke B. Rice
Clarke B. Rice P.C.
2951 King Avenue West
Billings, Montana 59102
(406) 254-2500 ofc phone
(406) 294-2525 fax
Montana ID # 1289
E-mail: Clarkrice@imt.net

Co-Counsel for the Debtor
        Incredible Auto Sales LLC


IN RE:                                )
                                      )
        INCREDIBLE AUTO SALES L.L.C.) Case No. 06-60855-RBK
                                      )
                                      )  Judge Ralph B Kirscher
                                      )
                        Debtor    )  A Chapter 11 Proceedings
                                      )  For Reorganization
                                      )


**EXHIBIT 6**

**DEBTOR'S REPORT ON PROFIT AND LOSS FOR THE PERIOD OF**

**OCTOBER 18 2006 THROUGH DECEMBER 12, 2006**

# Ir Inedible Auto Sales LLC
## Estimated Expenses
### 10/18/06 to 12/13/06

| | | | |
|---|---|---|---|
| Gross Profit | | $ | 106,223 |
| | 6500 | | |
| Sales Comp (Front Gross Only+ C6) | 7000 | $ | 4,993 |
| Supervision Comp (Total Sales Gross+ C7 ) | 7010 | $ | 15,380 |
| Delivery Exp | 7020 | | |
| Finance Mgr Comp (Back End Gross Only) | 7030 | $ | 2,110 |
| Advertising (New & Used) | 7040 | $ | 15,263 |
| flooring | 7050 | | |
| **TTL Selling Expenses** | | $ | 37,745 |
| Policy Adjustment | 7110 | $ | 250 |
| Claims Adjustment | 7120 | | |
| Company Vehicles | 7140 | $ | 1,800 |
| Inventory Maintenance | 7150 | $ | - |
| Personnel Maintenance | 7160 | $ | 500 |
| Outside Services | 7170 | $ | 1,800 |
| Freight | 7180 | $ | 600 |
| Small Tools | 7190 | $ | 125 |
| Laundry & Uniforms | 7200 | $ | 350 |
| Depr. Equipment & Veh | 7210 | $ | - |
| Equip Maint. Repair Rental | 7220 | $ | 250 |
| Miscellaneous Expenses | 7230 | $ | - |
| Salaries & Wages | 7250 | $ | 2,800 |
| Clerical Salaries | 7260 | $ | 7,200 |
| Vacation & Time off | 7270 | $ | - |
| **Operating Expenses** | | $ | 15,575 |
| Rent | 7400 | $ | 34,000 |
| Admin, General Salary & Wages | 7410 | $ | 6,000 |
| Owner's Salary (2) | 7420 | $ | 25,000 |
| Payroll Taxes | 7430 | $ | 9,820 |
| Employee Benefits | 7440 | $ | 4,800 |
| Profit Sharing | 7450 | | |
| Advertising General | 7460 | $ | 850 |
| Office Supplies | 7470 | $ | 650 |
| Data Processing Services | 7480 | $ | 8,600 |
| Outside Service | 7490 | $ | 3,200 |
| Company Vehicles Admin | 7500 | | |
| Contributions | 7510 | $ | - |
| Dues & Subscriptions | 7520 | $ | - |
| Telephone | 7530 | $ | 1,800 |
| Legal & Auditing (US Trustee) | 7540 | | |
| Postage | 7550 | $ | 1,500 |
| Travel & Entertainment | 7560 | $ | 550 |
| Heat, Light, Power & Water | 7570 | $ | 4,200 |
| Fixture Repair and Maint. | 7580 | | |
| Deprecation; Fixtures, Furniture etc. | 7590 | | |
| Insurance (other than Building) | 7600 | $ | 10,000 |
| Taxes (other than Real Estate& payroll) | 7610 | $ | 2,650 |
| Interest (other than Flooring) | 7620 | | |
| **Total Overhead Expenses** | | $ | 113,620 |
| Simi Fixed | | $ | 15,575 |
| Variable | | $ | 37,745 |
| **Total Expenses** | | $ | 166,940 |
| **Profit or Loss** | | **$** | **(60,717)** |



EXHIBIT

6

DEBTORS

# Incredible Auto Sales
## Gross Profit Report
### Oct 17th to Dec 12

| Sale Date | Customer | Stock # | New/Used | | Profit | | |
|---|---|---|---|---|---|---|---|
| 10/17/06 | Incredible Chevy | P4030 | Used | $ | 500.00 | | |
| 10/18/06 | Incredible Chevy | K6127a | Used | $ | - | | |
| 10/20/06 | Kendra Odei | P4073 | Used | $ | 4,399.00 | | |
| 10/20/06 | Darcy Dockter | P4090 | Used | $ | 4,502.00 | | |
| 10/21/06 | Edward O'leary | K6109 | New | $ | 5,474.63 | | |
| 10/23/06 | James Martens | P4081 | Used | $ | 3,194.00 | | |
| 10/23/06 | James Martens | K6019 | New | $ | 2,422.00 | | |
| 10/23/06 | Gene Adams | K6091 | New | $ | 3,278.00 | Oct | |
| 10/26/06 | Incredible Chevy | p4087 | Used | $ | 930.00 | $ | 24,699.63 |
| 11/3/06 | Cory Ireland | K6019A2 | Used | $ | 2,501.00 | | |
| 11/3/06 | Lisa Berendt | P3966 | Used | $ | 3,594.00 | | |
| 11/4/06 | Incredible Chevy | P4001 | Used | $ | 1,189.00 | | |
| 11/6/06 | Conrad Moline | P3951 | Used | $ | 5,444.00 | | |
| 11/7/06 | Incredible Chevy | P4069 | Used | $ | 1,100.00 | | |
| 11/8/06 | Mr. Cowger | K6115 | New | $ | 3,590.00 | | |
| 11/16/06 | Wayne Ogger | P4086 | Used | $ | 4,738.00 | | |
| 11/16/06 | Carrion / Parrish | P3951A | used | $ | 3,644.00 | | |
| 11/16/06 | Jamie Ogger | P4082 | Used | $ | 5,494.00 | | |
| 11/18/06 | Cheryl Weiland | P4086A | Used | $ | 5,598.00 | Nov | |
| 11/25/06 | Wade Kolar | P4092 | Used | $ | 3,532.00 | $ | 40,424.00 |
| 12/2/06 | KRISTENSON,ARLO | K6117 | NEW | $ | 1,551.00 | | |
| 12/5/06 | Chris Harmon | P4003 | Used | $ | 6,796.00 | Dec | |
| 12/7/06 | Loie Wipf | P4071 | Used | $ | 5,018.00 | $ | 13,365.00 |

| Oct /Nov/dec | Parts & Service Gross Profit | | $ | 27,734.02 |
|---|---|---|---|---|
| | **Total Gross Profit** | | $ | 106,222.65 |