UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| **INCREDIBLE AUTO SALES, LLC**, ) | Bankruptcy No. 06-60855-11 RBK |
| ) | |
| Debtor. ) | **ORDER FOR RULE 2004** |
| ) | **EXAMINATION** |
| ) | |

At Butte in this District this 21st day of December, 2006.

Pursuant to the Motion for Rule 2004 Examination filed herein by creditor Hyundai Motor Finance Co. on December 20, 2006, it appearing that said examination is authorized by F.R.B.P. 2004, and good cause appearing therein,

**IT IS HEREBY ORDERED** the Motion for Rule 2004 Examination filed herein by creditor Hyundai Motor Finance Co. on December 20, 2006, is granted.

**IT IS FURTHER ORDERED:**

1. That Jody Stephens, Lalonna Seymour and Krista Davis shall appear and be examined by the Moving Party at the time and place described in the Motion for 2004 Examination;

2. That Jody Stephens, Lalonna Seymour, and Krista Davis shall produce documents for inspection and copying in connection with said examination held pursuant to F.R.B.P. 2004 at the time and place described in the Motion for 2004 Examination;

3. That subpoenas duces tecum may be issued pursuant to F.R.B.P. 9016 by the Clerk of the Bankruptcy Court; and

4. That counsel for Hyundai Motor Finance Co. shall send a copy of this Order to all parties in interest.

DATED this 21ˢᵗ day of December, 2006.

       BY THE COURT

       *Ralph B. Kirscher*
       HON. RALPH B. KIRSCHER
       U.S. Bankruptcy Judge
       United States Bankruptcy Court
       District of Montana