UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

    INCREDIBLE AUTO SALES LLC,

        Debtor.        Case No. 06-60855-11

RECORD OF EXHIBITS INTRODUCED
12/19/06

| EXHIBIT NO. | OBJ | ADM | SUS | REF | EXHIBIT DESCRIPTION |
|---|---|---|---|---|---|
| **DEBTOR'S** | | | | | |
| 1 | Y | Y | | | LIST OF NEW VEHICLES 12/13/06 |
| 2 | Y | Y | | | LIST OF USED VEHICLES 12/13/06 |
| 3 | Y | | Y | | ANALYSIS OF ASSETS AND AMENDMENT TO 3 |
| 4 | N | Y | | | REVISED BUDGET |
| 5 | Y | Y | | | TRUSTS AND DIP ACCOUNTS |
| 6 | Y | Y | | | PROFIT AND LOSS STATEMENT |
| **HYUNDAI'S** | | | | | |
| 15 | N | Y | | | SCHEDULE B |
| 21 | N | Y | | | UNPAID LIENS |
| 18 | N | Y | | | SUMMARY OF GMAC SPREADSHEET |
| 22 | N | Y | | | SPREADSHEET |
| 6 | | | | | INVENTORY LIST |