William L. Needler
William L. Needler and Associates
555 Skokie Blvd Ste 500
Northbrook, IL 60062
(847) 559-8330 ph
(847) 559-8331 fax
Bar ID 02025248
E-Mail: WilliamLNeedler@aol.com

Attorneys for the Debtor
	Incredible Auto Sales LLC

Clarke B. Rice
Clarke B. Rice P.C.
2951 King Avenue West
Billings, Montana 59102
(406) 254-2500 ofc phone
(406) 294-2525 fax
Montana ID # 1289
E-Mail: Clarkerice@imt.net

Co-Counsel for the Debtor
	Incredible Auto Sales LLC

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA**

| | |
|---|---|
| **IN RE:** | |
| INCREDIBLE AUTO SALES L.L.C. | Case No. 06-60885-RBK |
| Debtor | Judge Ralph B Kirscher |
| | A Chapter 11 Proceedings For Reorganization |

**NOTICE OF FILING**

Please be advised that the attached *DEBTOR'S MONTHLY OPERATING REPORT FOR THE MONTH OF OCTOBER 17 2006 THROUGH NOVEMBER 30, 2006* was filed electronically with the above Bankruptcy Court, Billings, Montana on December 26, 2006.

December 26, 2006

					/s/ William L. Needler

                                             Attorney for the Debtor
                                             Incredible Auto Sales L.L.C.

## **PROOF OF SERVICE**

      William L. Needler, an Attorney, hereby certifies that the above and foregoing was filed on December 26, 2006 with the Clerk of the Bankruptcy Court using the CM/ECF system, which will electronically notify all persons listed with the Court.

CHRISTOPHER P BIRKLE    lovellaw@hotmail.com
ALAN C. BRYAN    abryan@crowleylaw.com
SHANE P. COLEMAN    spcoleman@hollandhart.com,
bbowler@hollandhart.com;vhenry@hollandhart.com;intaketeam@hollandhart.com
GREGORY W. DUNCAN    gd@mt.net, kg@mt.net
BRUCE F. FAIN    bruce@murphkirk.com, pam@murphkirk.com;amy@murphkirk.com
CHARLES W. HINGLE    chingle@hollandhart.com,
bbowler@hollandhart.com,mhauck@hollandhart.com,jritchie@hollandhart.com,pmoritz@hollandhart.com,lsawatzke@hollandhart.com
JEFFERY A. HUNNES    jhunnes@ghrtlawfirm.com
DOUG JAMES    james@moultonlawfirm.com, smarble@moultonlawfirm.com
NEAL G. JENSEN    Neal.G.Jensen@usdoj.gov
DANIEL P. MCKAY    Dan.P.McKay@usdoj.gov
WILLIAM L NEEDLER    williamlneedler@aol.com
CHRISTIAN T. NYGREN    nygren@bigskylawyers.com,
becki@bigskylawyers.com;maul@bigskylawyers.com
OFFICE OF THE U.S. TRUSTEE    ustpregion18.gf.ecf@usdoj.gov
JAMES A. PATTEN    japatten@ppbglaw.com,
aschueler@ppbglaw.com;ESchoemer@ppbglaw.com;mberg@ppbglaw.com
CLARKE B RICE    clarkerice@imt.net
JEFFREY N RICH    jrich@klng.com
ROSS P. RICHARDSON    rossrichardson@qwest.net, henningsenvucuro@qwest.net
JASON S RITCHIE    jritchie@holland! hart.com , lsawatzke@hollandhart.com;bbowler@hollandhart.com
LISA SWAN SEMANSKY    semansky@bresnan.net


      I also hereby certify that it was served by facsimile on December 26, 2006 from the Attorneys offices.

                                                                        /s/ William L. Needler

Incredible Auto Sales
Ken Cornelison
1832 King Avenue West
Billings, MT  59102
(406) 652-3297 new fax

Clarke B Rice
2951 King Avenue West
Billings, MT 59102
(406) 294-2525 fax