UST-5 COVER SHEET

# MONTHLY OPERATING REPORT FOR CORPORATE OR PARTNERSHIP DEBTOR

Case No. 06-06855-RBK  Report Month/Year November 2006

Debtor Incredible Auto Sales LLC

INSTRUCTIONS: The debtor's monthly operating report shall include a cover sheet signed by the debtor and all UST forms and supporting documents. Exceptions, if allowed, are noted in the checklist below. Failure to comply with the reporting requirements of Local Bankruptcy Rules, or the United States Trustee's reporting requirements, may be cause for conversion or dismissal of the case.

The debtor has provided the following with this monthly operating report:  Yes  No

| | | | |
|---|---|---|---|
| UST-6 | **Comparative Balance Sheet**, or debtor's balance sheet. The debtor's balance sheet, if used, shall include a breakdown of pre- and post-petition liabilities. The breakdown may be provided as a separate attachment to the debtor's balance sheet. | ☑ | ☐ |
| UST-7 | Comparative Income Statement, or debtor's income statement. | ☑ | ☐ |
| UST-8 | Summary of Deposits and Disbursements | ☑ | |
| UST-9 8 Continuation Sheets | Statement(s) of Cash Receipts and Disbursements. A Continuation Sheet shall be completed for each bank account or other source of debtor funds and shall include a monthly bank statement and all supporting documents described in the instructions. | ☑ | ☐ |
| UST-10 9 | Statement of Aged Receivables. A detailed accounting of aged receivables shall be provided on, or in an attachment to, UST-10. | ☐ | ☐ |
| UST-11 10 | Statement of Aged Postpetition Payables. A detailed accounting of aged post-petition payables shall be provided on, or in an attachment to, UST-11. | ☑ | ☐ |
| UST-12 11 | Other Information. When applicable, attach supporting documents. When changes or renewals of insurance occur, attach a copy of the new certificate of insurance or binder. | ☑ | ☐ |

## CONTACT INFORMATION

Who is the best person to contact if the UST has questions about this report?

Name: KEN Cornelison
Telephone: 406-652-3340 or 406 697-5287
Email: Ken@incrediblekia.com

## CORPORATE OR PARTNERSHIP DEBTOR



| Debtor | INCREDIBLE AUTO SALES | Case Number | 06-60855-RBK |
|---|---|---|---|
| | | Report Mo/Yr | NOV 06 |

### DEBTOR'S CERTIFICATION

**INSTRUCTIONS:** The debtor, or trustee, if appointed, must answer questions 1 and 2 and sign this financial report where indicated below. Only an officer has authority to sign an operating report for a corporate debtor and only a general partner has authority to sign an operating report for a partnership debtor. **Debtor's counsel may not sign an operating report for the debtor.**

**Question 1** At month end, was the debtor delinquent on any <u>postpetition</u> tax obligation?

Yes ☐  No ☒
If yes, list each delinquent postpetition tax obligation on page 9.

**Question 2** For purposes of calculating the debtor's obligation under 28 U.S.C. 1930(a)(6) to pay a quarterly fee to the United States Trustee, TOTAL DISBURSEMENTS this month from <u>all sources</u> were:

Complete page 6 to calculate TOTAL DISBURSEMENTS and enter the total here.
$ 88,549.40

I certify under penalty of perjury that all of the information contained in this monthly operating report is complete, true, and accurate to the best of my knowledge, information, and belief.

Debtor's signature: _[signed]_
Date: 12/15/06
Title:

**WHERE TO FILE A MONTHLY OPERATING REPORT:** The debtor is required to file its monthly operating report electronically with the U.S. Bankruptcy Court, and to serve copies of such report on the United States Trustee, and on each member of any committees elected or appointed pursuant to the Bankruptcy Code and to their authorized agents.

| File the <u>original</u>... | Send a <u>hard copy</u> to <u>each</u> of the following... |
|---|---|
| Electronically, in PDF file format, with the United States Bankruptcy Court. | (1) Office of the United States Trustee<br>Liberty Center, Suite 204<br>301 Central Avenue<br>Great Falls, Montana 59401<br><br>(2) If applicable, each member of any committees elected or appointed, and to their authorized agents.<br><br>(3) Debtor's counsel. |

## CORPORATE OR PARTNERSHIP DEBTOR

| Debtor | INCREDIBLE AUTO SALES | Case Number | 06-60855-RBK |
|---|---|---|---|
| | | Report Mo/Yr | OCT-06 |

### DEBTOR'S CERTIFICATION

**INSTRUCTIONS:** The debtor, or trustee, if appointed, must answer questions 1 and 2 and sign this financial report where indicated below. Only an officer has authority to sign an operating report for a corporate debtor and only a general partner has authority to sign an operating report for a partnership debtor. **Debtor's counsel may not sign an operating report for the debtor.**

**Question 1** At month end, was the debtor delinquent on any <u>postpetition</u> tax obligation?

Yes ☐ No ☐
If yes, list each delinquent postpetition tax obligation on page 5.

**Question 2** For purposes of calculating the debtor's obligation under 28 U.S.C. 1930(a)(6) to pay a quarterly fee to the United States Trustee, TOTAL DISBURSEMENTS this month from <u>all sources</u> were:

Complete page 6 to calculate TOTAL DISBURSEMENTS and enter the total here.
$ 4676.42

I certify under penalty of perjury that all of the information contained in this monthly operating report is complete, true, and accurate to the best of my knowledge, information, and belief.

Debtor's signature: [signed]
Date: 12/15/06
Title: VP

---

**WHERE TO FILE A MONTHLY OPERATING REPORT:** The debtor is required to file its monthly operating report electronically with the U.S. Bankruptcy Court, and to serve copies of such report on the United States Trustee, and on each member of any committees elected or appointed pursuant to the Bankruptcy Code and to their authorized agents.

| File the <u>original</u>... | Send a <u>hard copy</u> to <u>each</u> of the following... |
|---|---|
| Electronically, in PDF file format, with the United States Bankruptcy Court. | (1) Office of the United States Trustee<br>Liberty Center, Suite 204<br>301 Central Avenue<br>Great Falls, Montana 59401<br><br>(2) If applicable, each member of any committees elected or appointed, and to their authorized agents.<br><br>(3) Debtor's counsel. |

Monthly Operating Report - Corporate or Partnership Debtor

| | | |
|---|---|---|
| Debtor | INCREDIBLE AUTO SALES | Case Number ⇨ 06-60855-RBK |
| | | Report Mo/Yr ⇨ OCT-2006 |

## UST-8 SUMMARY OF DEPOSITS & DISBURSEMENTS

**INSTRUCTIONS:** <u>BEFORE COMPLETING THIS PAGE</u>, prepare a UST-8 CONTINUATION SHEET (see next page) for each bank account or other source of the debtor's funds. The deposit and disbursement total from each CONTINUATION SHEET will be used to complete this SUMMARY.

The debtor is responsible for providing an accurate <u>monthly</u> disbursement total for the purpose of calculating its obligation pursuant to 28 U.S.C. § 1930 (a)(6) to pay statutory fees to the United States Trustee. The disbursement total encompasses all payments made by the bankruptcy estate during the reporting month, whether made directly by the debtor or by another party for the debtor. It includes checks written and cash payments for inventory and equipment purchases, payroll and related taxes and expenses, other operating costs, and debt reduction. It also includes payments made pursuant to joint check arrangements and those resulting from a sale or liquidation of the debtor's assets. The only transactions normally excluded from the disbursement total are transfers within the same reporting month between multiple debtor accounts.

A fee payment is due within 30 days after the end of each calendar quarter, or on April 30, July 31, October 31, and January 31, respectively. Since the amount billed is an estimate, the debtor is responsible for paying the correct statutory fee based on its actual disbursements for the <u>calendar quarter</u>, or portion thereof the debtor was in Chapter 11. Failure to pay statutory fees to the United States Trustee may be cause for conversion or dismissal of the case. A copy of the statutory fee schedule may be found on the United States Trustee's website located at: www.usdoj.gov/ust/r18/s_library.htm

If you have questions computing the disbursement total, contact the Bankruptcy Analyst assigned to your case at (406) 761-8777.

### Summary of Deposits This Month

| | |
|---|---|
| Deposits from UST-8 Continuation Sheet(s) | 141,243.98 |
| Cash receipts not included above (if any) | 0 |
| TOTAL RECEIPTS ☞ | 141243.98 |

### Summary of Disbursements This Month

| | |
|---|---|
| Disbursements from UST-8 Continuation Sheet(s) | 4676.42 |
| Disbursements resulting from asset sales out of the ordinary course (see Page 14, Question 1) | 0 |
| Disbursements made by other parties for the debtor (if any, explain) | 0 |
| Note: Enter the amount for TOTAL DISBURSEMENTS here <u>and</u> on Page 2. TOTAL DISBURSEMENTS ☞ | 4678.42 |
| NET CASH FLOW (TOTAL RECEIPTS MINUS TOTAL DISBURSEMENTS) ☞ | 136,567.56 |

At the end of this reporting month, did the debtor have any <u>delinquent</u> statutory fees owing to the United States Trustee?   Yes ☐   No ☑   If "Yes", list each quarter that is delinquent and the amount due.

(UST-8 CONTINUATION SHEETS, with attachments, should follow this page.)

| | | |
|---|---|---|
| Debtor | INCREDIBLE AUTO SALES | Case Number ⇨ 06-60855-RBK |
| | | Report Mo/Yr ⇨ OCT-2006 |

## UST-8 CONTINUATION SHEET
## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

INSTRUCTIONS: Prepare a CONTINUATION SHEET for each bank account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| | |
|---|---|
| **Depository (bank) name** ⇨ **Account number** ⇨ | Stockman Bank    B    4310025188 |

Purpose of this account (select one):
- ☒ General operating account  DIP
- ☐ General payroll account
- ☐ Tax deposit account (payroll, sales, or other taxes)
- ☐ Other (explain) _____

| | | |
|---|---|---|
| Beginning cash balance | | -0- |
| Add: | Transfers in from other estate bank accounts | -0- |
| | Cash receipts deposited to this account | 137,394.26 |
| | Financing or other loaned funds (identify source) | -0- |
| Total cash available this month | | |
| Subtract: | Transfers out to other estate bank accounts | |
| | **Cash disbursements** from this account (total checks written plus cash withdrawals, if any) | 4673.35 |
| Adjustments, if any (explain) | | |
| Ending cash balance | | 137,720.91 |

| Does this CONTINUATION SHEET include the following supporting documents, as required: | Yes | No |
|---|---|---|
| A monthly bank statement (or trust account statement); | ☒ | ☐ |
| A detailed list of receipts for that account (deposit log or receipts journal); | ☒ | ☐ |
| A detailed list of disbursements for that account (check register or disbursement journal); and, | ☒ | ☐ |
| If applicable, a detailed list of funds received and/or disbursed by another party for the debtor. | ☐ | ☐ |

UST-8 CONTINUATION SHEET, Number __1__ of _____

**INCREDIBLE AUTO SALES**

UST-8 DIP Account:7
10/17/2006 through 10/31/2006

12/7/2006 Page 1

| Date | Description | Memo | Category | Amount |
|---|---|---|---|---|
| 10/23/2006 | Returned Deposit Items | RETURNED DEPOSIT ITEMS | Receivable | -1,000.00 |
| 10/23/2006 | Returned Deposit Items | RETURNED DEPOSIT ITEMS | Receivable | -3,673.35 |
| 10/17/2006 - 10/31/2006 | | | | -4,673.35 |

| | |
|---|---|
| **TOTAL INFLOWS** | 0.00 |
| **TOTAL OUTFLOWS** | -4,673.35 |
| **NET TOTAL** | -4,673.35 |

**INCREDIBLE AUTO SALES**

**UST-8 DIP Account:8**
10/17/2006 through 10/31/2006

12/7/2006                                                                                                                                              Page 1

| Date | Description | Memo | Category | Amount |
|---|---|---|---|---|
| 10/19/2006 | Cts Holdings Llc Settlement 0864 | CTS HOLDINGS LLC SETTLEMENT 0864... | Parts Sales | 55.15 |
| 10/19/2006 | Wfs Financial Purchase 492000... | Clifton Deal | New Car Sales | 17,449.00 |
| 10/19/2006 | Transfer From Closed Account | Transfer from Closed Account | | 23,547.77 |
| 10/20/2006 | Cts Holdings Llc Settlement 0864 | CTS HOLDINGS LLC SETTLEMENT 0864... | Parts Sales | 131.68 |
| 10/23/2006 | Cts Holdings Llc Settlement 0864 | CTS HOLDINGS LLC SETTLEMENT 0864... | Parts Sales | 300.07 |
| 10/23/2006 | Americredit Corp Loan Fundi 0005 | Whittaker P4122/172069 | Used Cars S... | 12,204.60 |
| 10/23/2006 | Wfs Financial Purchase 492000... | Odei P4073 / 667397 | Used Cars S... | 12,999.00 |
| 10/24/2006 | American Express Settlement 12... | AMERICAN EXPRESS SETTLEMENT 125... | Parts Sales | 24.26 |
| 10/24/2006 | Cts Holdings Llc Settlement 0864 | CTS HOLDINGS LLC SETTLEMENT 0864... | Parts Sales | 790.61 |
| 10/25/2006 | Wfs Financial Purchase 492000... | MArtens P4081/259566 | Used Cars S... | 11,944.00 |
| 10/25/2006 | Cts Holdings Llc Settlement 0864 | CTS HOLDINGS LLC SETTLEMENT 0864... | Parts Sales | 823.96 |
| 10/26/2006 | Cts Holdings Llc Settlement 0864 | CTS HOLDINGS LLC SETTLEMENT 0864... | Parts Sales | 548.02 |
| 10/26/2006 | Bank Of America Funded App 9... | Gene Adams K6091/069503 | New Car Sales | 33,122.00 |
| 10/27/2006 | Cts Holdings Llc Settlement 0864 | CTS HOLDINGS LLC SETTLEMENT 0864... | Parts Sales | 529.35 |
| 10/30/2006 | Deposit | Store Deposit | --Split-- | 18,907.95 |
| 10/31/2006 | Deposit | Store Deposit | --Split-- | 3,726.55 |
| 10/31/2006 | Deposit | DEPOSIT | --Split-- | 125.00 |
| 10/31/2006 | Cts Holdings Llc Settlement 0864 | CTS HOLDINGS LLC SETTLEMENT 0864... | Parts Sales | 165.29 |
| **10/17/2006 - 10/31/2006** | | | | **137,394.26** |

| | | |
|---|---|---|
| | **TOTAL INFLOWS** | 137,394.26 |
| | **TOTAL OUTFLOWS** | 0.00 |
| | **NET TOTAL** | 137,394.26 |

INCREDIBLE AUTO SALES

## UST-8 DIP Account:9
### 10/17/2006 through 10/31/2006

12/7/2006

Page 1

| Date | Description | Memo | Category | Amount |
|---|---|---|---|---|
| 10/19/2006 | Cts Holdings Llc Settlement 0864 | CTS HOLDINGS LLC SETTLEMENT 0864... | Parts Sales | 55.15 |
| 10/19/2006 | Wfs Financial Purchase 492000... | Clifton Deal | New Car Sales | 17,449.00 |
| 10/19/2006 | Transfer From Closed Account | Transfer from Closed Account | | 23,547.77 |
| 10/20/2006 | Cts Holdings Llc Settlement 0864 | CTS HOLDINGS LLC SETTLEMENT 0864... | Parts Sales | 131.68 |
| 10/23/2006 | Cts Holdings Llc Settlement 0864 | CTS HOLDINGS LLC SETTLEMENT 0864... | Parts Sales | 300.07 |
| 10/23/2006 | Americredit Corp Loan Fundi 0005 | Whittaker P4122/172069 | Used Cars S... | 12,204.60 |
| 10/23/2006 | Wfs Financial Purchase 492000... | Odei P4073 / 667397 | Used Cars S... | 12,999.00 |
| 10/24/2006 | American Express Settlement 12... | AMERICAN EXPRESS SETTLEMENT 125... | Parts Sales | 24.26 |
| 10/24/2006 | Cts Holdings Llc Settlement 0864 | CTS HOLDINGS LLC SETTLEMENT 0864... | Parts Sales | 790.61 |
| 10/25/2006 | Wfs Financial Purchase 492000... | MArtens P4081/259566 | Used Cars S... | 11,944.00 |
| 10/25/2006 | Cts Holdings Llc Settlement 0864 | CTS HOLDINGS LLC SETTLEMENT 0864... | Parts Sales | 823.96 |
| 10/26/2006 | Cts Holdings Llc Settlement 0864 | CTS HOLDINGS LLC SETTLEMENT 0864... | Parts Sales | 548.02 |
| 10/26/2006 | Bank Of America Funded App 9... | Gene Adams K6091/069503 | New Car Sales | 33,122.00 |
| 10/27/2006 | Cts Holdings Llc Settlement 0864 | CTS HOLDINGS LLC SETTLEMENT 0864... | Parts Sales | 529.35 |
| 10/30/2006 | Deposit | 551560  5 | Parts Sales | 263.58 |
| | | martens 101484  4 | Used Cars S... | 100.00 |
| | | Mouat Hold check 102253  3 | Receivable | 399.00 |
| | | enterprize 53150  2 | Parts Sales | 34.80 |
| | | Jeff Knipp Copra pmt 1 | Employee Be... | 235.00 |
| | | 58203  23 | Parts Sales | 11.88 |
| | | Gap Wise  22 | Receivable | 466.68 |
| | | Resouce life ins co  21 | Receivable | 304.85 |
| | | losing 10330  6 | Parts Sales | 19.82 |
| | | alby 10326  7 | Parts Sales | 29.75 |
| | | alby 10318  8 | Parts Sales | 348.80 |
| | | tri state used oil credit  9 | Receivable | 33.00 |
| | | Coke Cola  14 | Receivable | 18.34 |
| | | Jerry Mader 10244 VFCU 10 | Used Cars S... | 5,899.00 |
| | | Jesse Jackson Car pmt 101689 19 | Receivable | 257.00 |
| | | Hanson Cobra pmt 20 | Employee Be... | 258.72 |
| | | D Walker hold check  15 | Receivable | 2,000.00 |
| | | Clifton 102206  11 | New Car Sales | 250.00 |
| | | Jones Hold Check 102206  17 | Receivable | 1,000.00 |
| | | Gene Adams 102483  12 | New Car Sales | 4,000.00 |
| | | Arroyo BHPH pmt 100940  13 | Receivable | 337.73 |
| | | audiss HC  16 | Receivable | 250.00 |
| | | enos HC 18 | Receivable | 1,000.00 |
| | | Cash depost 24 | Parts Sales | 1,140.00 |
| | | clifton 102206 | New Car Sales | 250.00 |
| 10/31/2006 | Deposit | alby 10364 | Parts Sales | 152.25 |
| | | Johnson HC 104080 | Receivable | 500.00 |
| | | mailenson | Parts Sales | 1,627.02 |
| | | BHPH Payoff | Receivable | 1,447.28 |
| 10/31/2006 | Deposit | TriState Used Oil | Receivable | 75.00 |
| | | Check Rite Pmt | Receivable | 50.00 |
| 10/31/2006 | Cts Holdings Llc Settlement 0864 | CTS HOLDINGS LLC SETTLEMENT 0864... | Parts Sales | 165.29 |
| **10/17/2006 - 10/31/2006** | | | | **137,394.26** |

| | |
|---|---|
| TOTAL INFLOWS | 137,394.26 |
| TOTAL OUTFLOWS | 0.00 |

INCREDIBLE AUTO SALES

## UST-8 DIP Account:9
### 10/17/2006 through 10/31/2006

12/7/2006                                                                                                    Page 2

| Date | Description | Memo | Category | Amount |
|------|-------------|------|----------|--------|
|      |             | NET TOTAL |      | 137,394.26 |

```
Stockman Bank                    000 00043 01                         PAGE:      1
P O Box 50850                    ACCOUNT:         4310025188    10/31/2006
Billings    MT  59105-0850

TELEPHONE:406-896-4800



            ************AUTO**5-DIGIT 59102
            2581 0.7640 AV 0.293     23 1 36
            INCREDIBLE AUTO SALES LLC
            DIP - CASE #06-60855                                 30
            1832 KING AVE W                                       3
            BILLINGS   MT 59102-6459                              0


==================================================================================
               Use your VISA Check Card instead of writing checks
                    it's Safe, Convenient and Easy to use.
       _____
       It's safer to carry - get the cash you need at ATM machines worldwide or
       request cash back when making purchases.
       It's convenient to carry in your wallet, luggage or your pocket.
       It's easy to use and saves time when buying gas, groceries or to make
       purchases at any retailer.
       Plus, it's FREE -- ask your banker for more information.

==================================================================================
                    Commercial Checking ACCOUNT 4310025188
==================================================================================

                                   LAST STATEMENT 10/19/06              .00
                                        18 CREDITS           137,394.26
                                         2 DEBITS              4,673.35
                                   THIS STATEMENT 10/31/06       132,720.91

         - - - - - - - - - - DEPOSITS - - - - - - - - - -
REF #.....DATE......AMOUNT  REF #.....DATE......AMOUNT  REF #.....DATE......AMOUNT
          10/30   18,907.95           10/31      125.00           10/31    3,726.55
         - - - - - - - OTHER CREDITS - - - - - - - -
DESCRIPTION                                                DATE           AMOUNT
CTS HOLDINGS,LLC SETTLEMENT 086470500011017                10/19            55.15
WFS FINANCIAL PURCHASE 492000018686793                     10/19        17,449.00
Transfer from Closed Account                               10/19        23,547.77
CTS HOLDINGS,LLC SETTLEMENT 086470500011018                10/20           131.68
CTS HOLDINGS,LLC SETTLEMENT 086470500011 019               10/23           300.07
AMERICREDIT CORP LOAN FUNDI 000506666848 WH                10/23        12,204.60
WFS FINANCIAL PURCHASE 492000018704645                     10/23        12,999.00
AMERICAN EXPRESS SETTLEMENT 1253016216                     10/24            24.26
CTS HOLDINGS,LLC SETTLEMENT 086470500011 020               10/24           790.61
CTS HOLDINGS,LLC SETTLEMENT 086470500011 023               10/25           823.96
WFS FINANCIAL PURCHASE 492000018715475                     10/25        11,944.00
CTS HOLDINGS,LLC SETTLEMENT 086470500011 024               10/26           548.02
                       * * * C O N T I N U E D * * *
```




```
Stockman Bank                        000 00043 01                    PAGE:      2
P O Box 50850              ACCOUNT:        4310025188   10/31/2006
Billings   MT   59105-0850

TELEPHONE:406-896-4800

                       INCREDIBLE AUTO SALES LLC
===============================================================================
                   Commercial Checking ACCOUNT 4310025188
===============================================================================
              - - - - - - - - OTHER CREDITS - - - - - - - - - -
DESCRIPTION                                                 DATE         AMOUNT
Bank of America FUNDED APP 9339641                         10/26      33,122.00
CTS HOLDINGS,LLC SETTLEMENT 086470500011025                10/27         529.35
CTS HOLDINGS,LLC SETTLEMENT 086470500011027                10/31         165.29

              - - - - - - - - - OTHER DEBITS - - - - - - - - -
DESCRIPTION                                                 DATE         AMOUNT
RETURNED DEPOSIT ITEMS                                     10/23       1,000.00
RETURNED DEPOSIT ITEMS                                     10/23       3,673.35

              - - - - - - - - DAILY BALANCE - - - - - - - -
DATE..........BALANCE       DATE...........BALANCE      DATE...........BALANCE
10/19        41,051.92      10/24         62,828.79     10/27        109,796.12
10/20        41,183.60      10/25         75,596.75     10/30        128,704.07
10/23        62,013.92      10/26        109,266.77     10/31        132,720.91
```




| | |
|---|---|
| Debtor | INCREDIBLE AUTO SALES |
| Case Number | 06-60855-RBK |
| Report Mo/Yr | OCT 06 |

## UST-8 CONTINUATION SHEET
## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

INSTRUCTIONS: Prepare a CONTINUATION SHEET for each bank account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| Depository (bank) name ⇨ Account number ⇨ | Stockman Bank 4310025153 |
|---|---|

Purpose of this account (select one):
- ☐ General operating account
- ☐ General payroll account
- ☐ Tax deposit account (payroll, sales, or other taxes)
- ☒ Other (explain) __Parts Trust Account__

| | | |
|---|---|---|
| Beginning cash balance | | 0 |
| Add: | Transfers in from other estate bank accounts | 0 |
| | Cash receipts deposited to this account | 3849.72 |
| | Financing or other loaned funds (identify source) | |
| Total cash available this month | | |
| Subtract: | Transfers out to other estate bank accounts | 0 |
| | Cash disbursements from this account (total checks written plus cash withdrawals, if any) | 3.07 |
| Adjustments, if any (explain) | | 0 |
| Ending cash balance | | 3846.65 |

| Does this CONTINUATION SHEET include the following supporting documents, as required: | Yes | No |
|---|---|---|
| A monthly bank statement (or trust account statement); | ☒ | ☐ |
| A detailed list of receipts for that account (deposit log or receipts journal); | ☒ | ☐ |
| A detailed list of disbursements for that account (check register or disbursement journal); and, | ☒ | ☐ |
| If applicable, a detailed list of funds received and/or disbursed by another party for the debtor. | ☐ | ☐ |

UST-8 CONTINUATION SHEET, Number _____ of _____

```
Stockman Bank                    000 00043 01                   PAGE:      1
P O Box 50850                    ACCOUNT:        4310025153  10/31/2006
Billings   MT  59105-0850

TELEPHONE:406-896-4800



            ************AUTO**5-DIGIT 59102
            2580 0.7620 AV 0.293      23 1 35
            INCREDIBLE AUTO SALES LLC
            TRUST ACCT C - PARTS & SERVICE                       30
            1832 KING AVE W                                      12
            BILLINGS  MT 59102-6459                               0


=================================================================
            Use your VISA Check Card instead of writing checks
                 it's Safe, Convenient and Easy to use.
    It's safer to carry - get the cash you need at ATM machines worldwide or
    request cash back when making purchases.
    It's convenient to carry in your wallet, luggage or your pocket.
    It's easy to use and saves time when buying gas, groceries or to make
    purchases at any retailer.
    Plus, it's FREE -- ask your banker for more information.

=================================================================
                Commercial Checking ACCOUNT 4310025153
=================================================================

                             LAST STATEMENT 10/19/06             .00
                                  12 CREDITS              3,849.72
                                   1 DEBITS                  3.07
                             THIS STATEMENT 10/31/06       3,846.65

            - - - - - - - - DEPOSITS - - - - - - - - -
   REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT
            10/31       23.76         10/31       54.92         10/31      423.01
            10/31       24.95         10/31       92.45         10/31      560.16
            10/31       24.95         10/31       93.93         10/31      754.27
            10/31       40.45         10/31      263.43         10/31    1,493.44

            - - - - - - - - OTHER DEBITS - - - - - - - - -
   DESCRIPTION                                              DATE       AMOUNT
   Service Charge                                           10/31        3.07

            - - - - - - - - DAILY BALANCE - - - - - - - -
   DATE..........BALANCE       DATE...........BALANCE      DATE..........BALANCE
   10/31       3,846.65
```




INCREDIBLE AUTO SALES

## UST-8 Parts C:3
### 10/19/2006 through 10/31/2006

12/7/2006 | | | | | | Page 1

| Date | Description | Memo | Category | Amount |
|---|---|---|---|---|
| 10/19/2006 | Opening Balance | | [Trust C Parts 5153] | 0.00 |
| 10/31/2006 | Store Deposit | | --Split-- | 1,493.44 |
| 10/31/2006 | Store Deposit | | --Split-- | 754.27 |
| 10/31/2006 | Store Deposit | | --Split-- | 560.16 |
| 10/31/2006 | Store Deposit | | --Split-- | 423.01 |
| 10/31/2006 | Store Deposit | | --Split-- | 263.43 |
| 10/31/2006 | Store Deposit | cash sale | Parts Sales | 93.93 |
| 10/31/2006 | Store Deposit | cash sale | Parts Sales | 92.45 |
| 10/31/2006 | Store Deposit | cash sale | --Split-- | 54.92 |
| 10/31/2006 | Store Deposit | cash sale | --Split-- | 40.45 |
| 10/31/2006 | Store Deposit | Whiltenberg | Parts Sales | 24.95 |
| 10/31/2006 | Store Deposit | cash sale | Parts Sales | 24.95 |
| 10/31/2006 | Store Deposit | Reid | Parts Sales | 23.76 |
| **10/19/2006 - 10/31/2006** | | | | **3,849.72** |

| | |
|---|---|
| TOTAL INFLOWS | 3,849.72 |
| TOTAL OUTFLOWS | 0.00 |
| NET TOTAL | 3,849.72 |

INCREDIBLE AUTO SALES

## UST-8 Parts C:4
### 10/19/2006 through 10/31/2006

12/7/2006                                                                                                         Page 1

| Date | Description | Memo | Category | Amount |
|---|---|---|---|---|
| 10/19/2006 | Opening Balance | | [Trust C Parts 5153] | 0.00 |
| 10/31/2006 | Store Deposit | Cash Sales | Parts Sales | 432.98 |
| | | randash | Parts Sales | 38.65 |
| | | hollman | Parts Sales | 1,000.00 |
| | | owen brothers | Parts Sales | 21.81 |
| 10/31/2006 | Store Deposit | cash sales | Parts Sales | 223.76 |
| | | schoen | Parts Sales | 511.88 |
| | | Incredible chevy | Parts Sales | 18.63 |
| 10/31/2006 | Store Deposit | cash sale | Parts Sales | 501.46 |
| | | shape | Parts Sales | 33.75 |
| | | st pierre | Parts Sales | 24.95 |
| 10/31/2006 | Store Deposit | cash sale | Parts Sales | 56.13 |
| | | feathers | Parts Sales | 11.88 |
| | | annable | Parts Sales | 75.00 |
| | | bush | Parts Sales | 280.00 |
| 10/31/2006 | Store Deposit | cash sale | Parts Sales | 263.43 |
| 10/31/2006 | Store Deposit | cash sale | Parts Sales | 93.93 |
| 10/31/2006 | Store Deposit | cash sale | Parts Sales | 92.45 |
| 10/31/2006 | Store Deposit | cash sale | Parts Sales | 2.35 |
| | | halverson | Parts Sales | 52.57 |
| 10/31/2006 | Store Deposit | cash sale | Parts Sales | 35.50 |
| | | fauer | Parts Sales | 4.95 |
| 10/31/2006 | Store Deposit | Whiltenberg | Parts Sales | 24.95 |
| 10/31/2006 | Store Deposit | cash sale | Parts Sales | 24.95 |
| 10/31/2006 | Store Deposit | Reid | Parts Sales | 23.76 |
| **10/19/2006 - 10/31/2006** | | | | **3,849.72** |

| | |
|---|---|
| **TOTAL INFLOWS** | 3,849.72 |
| **TOTAL OUTFLOWS** | 0.00 |
| **NET TOTAL** | 3,849.72 |

INCREDIBLE AUTO SALES

## UST-8 Parts C:5
### 10/19/2006 through 10/31/2006

12/7/2006                                                                                                                Page 1

| Date | Description | Memo | Category | Amount |
|---|---|---|---|---|
| 10/31/2006 | Service Charge | | Outside Services | -3.07 |
| **10/19/2006 - 10/31/2006** | | | | **-3.07** |
| | | | **TOTAL INFLOWS** | 0.00 |
| | | | **TOTAL OUTFLOWS** | -3.07 |
| | | | **NET TOTAL** | -3.07 |

INCREDIBLE AUTO SALES