| | |
|---|---|
| Debtor | INCREDIBLE AUTO SALES |
| Case Number ⇨ | 06-60855-RBK |
| Report Mo/Yr ⇨ | OCT 06 |

## UST-8 CONTINUATION SHEET
## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

**INSTRUCTIONS:** Prepare a CONTINUATION SHEET for each bank account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

Depository (bank) name ⇨ STOCKMAN BANK
Account number ⇨ 4310025218

Purpose of this account (select one):
☐ General operating account
☐ General payroll account
☐ Tax deposit account (payroll, sales, or other taxes)
☒ Other (explain) __USED CAR ACCOUNT__

| | | |
|---|---|---|
| Beginning cash balance | | 0 |
| Add: | Transfers in from other estate bank accounts | / |
| | Cash receipts deposited to this account | |
| | Financing or other loaned funds (identify source) | |
| Total cash available this month | | |
| Subtract: | Transfers out to other estate bank accounts | |
| | **Cash disbursements** from this account (total checks written plus cash withdrawals, if any) | |
| Adjustments, if any (explain) | | |
| Ending cash balance | | 0 |

| | Yes | No |
|---|---|---|
| Does this CONTINUATION SHEET include the following supporting documents, as required: | | |
| A monthly bank statement (or trust account statement); | ☒ | ☐ |
| A detailed list of receipts for that account (deposit log or receipts journal); | ☐ | ☐ |
| A detailed list of disbursements for that account (check register or disbursement journal); and, | ☐ | ☐ |
| If applicable, a detailed list of funds received and/or disbursed by another party for the debtor. | ☐ | ☐ |

UST-8 CONTINUATION SHEET, Number _____ of _____

```
      Stockman Bank                000 00043 01                  PAGE:    1
      P O Box 50850                ACCOUNT:        4310025218 10/31/2006
      Billings    MT  59105-0850


      TELEPHONE:406-896-4800




                   ┃┃┃┃┃┃╻╻╻┃┃┃┃╻╻╻┃┃┃╻┃┃╻┃┃┃┃┃╻╻╻┃┃╻┃┃┃┃┃
                   *************AUTO**5-DIGIT 59102
                   2583 0.4420 AV 0.293      23 1 38
                   INCREDIBLE AUTO SALES LLC
                   TRUST ACCT B - USED VEHICLES                    30
                   1832 KING AVE W                                   0
                   BILLINGS   MT 59102-6459                          0


  ===========================================================================
             Use your VISA Check Card instead of writing checks
                 it's Safe, Convenient and Easy to use.

  It's safer to carry - get the cash you need at ATM machines worldwide or
  request cash back when making purchases.
  It's convenient to carry in your wallet, luggage or your pocket.
  It's easy to use and saves time when buying gas, groceries or to make
  purchases at any retailer.
  Plus, it's FREE -- ask your banker for more information.

  ===========================================================================
                    Commercial Checking ACCOUNT 4310025218
  ===========================================================================
                                LAST STATEMENT 10/19/06            .00
                                               CREDITS             .00
                                               DEBITS              .00
                                THIS STATEMENT 10/31/06            .00
```




Debtor: INCREDIBLE AUTO SALES

Case Number ⇨ 06-60855-RBK
Report Mo/Yr ⇨ OCT 06

# UST-8 CONTINUATION SHEET
## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

INSTRUCTIONS: Prepare a CONTINUATION SHEET for each bank account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

**Depository (bank) name** ⇨
**Account number** ⇨ STOCKMAN Bank 4310025099

Purpose of this account (select one):
- ☐ General operating account
- ☐ General payroll account
- ☒ Tax deposit account (payroll, sales, or other taxes)
- ☐ Other (explain) _____

| | | |
|---|---|---|
| Beginning cash balance | | 0 |
| Add: | Transfers in from other estate bank accounts | |
| | Cash receipts deposited to this account | |
| | Financing or other loaned funds (identify source) | |
| Total cash available this month | | |
| Subtract: | Transfers out to other estate bank accounts | |
| | **Cash disbursements** from this account (total checks written plus cash withdrawals, if any) | |
| Adjustments, if any (explain) | | |
| Ending cash balance | | 0 |

| Does this CONTINUATION SHEET include the following supporting documents, as required: | Yes | No |
|---|---|---|
| A monthly bank statement (or trust account statement); | ☒ | ☐ |
| A detailed list of receipts for that account (deposit log or receipts journal); | ☐ | ☐ |
| A detailed list of disbursements for that account (check register or disbursement journal); and, | ☐ | ☐ |
| If applicable, a detailed list of funds received and/or disbursed by another party for the debtor. | ☐ | ☐ |

UST-8 CONTINUATION SHEET, Number _____ of _____

```
Stockman Bank            000 00043 01                      PAGE:     1
P O Box 50850            ACCOUNT:        4310025099  10/31/2006
Billings   MT  59105-0850

TELEPHONE: 406-896-4800


                    ************AUTO**5-DIGIT 59102
                    2579 0.4420 AV 0.293    23 1 34
                    INCREDIBLE AUTO SALES LLC
                    TRUST ACCT D - TAX PROCEEDS                    30
                    1832 KING AVE W                                 0
                    BILLINGS  MT 59102-6459                         0
```

===============================================================================
Use your VISA Check Card instead of writing checks
it's Safe, Convenient and Easy to use.
───────────────────────────────────────────────────────────────────────────────
It's safer to carry - get the cash you need at ATM machines worldwide or
request cash back when making purchases.
It's convenient to carry in your wallet, luggage or your pocket.
It's easy to use and saves time when buying gas, groceries or to make
purchases at any retailer.
Plus, it's FREE -- ask your banker for more information.

===============================================================================
Commercial Checking ACCOUNT 4310025099
===============================================================================

```
                              LAST STATEMENT 10/19/06        .00
                                      CREDITS                .00
                                       DEBITS                .00
                              THIS STATEMENT 10/31/06        .00
```




| | |
|---|---|
| Debtor | INCREDIBLE AUTO SALES |
| Case Number ⇨ | 06-60855-RBK |
| Report Mo/Yr ⇨ | OCT 06 |

## UST-8 CONTINUATION SHEET
## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

**INSTRUCTIONS:** Prepare a CONTINUATION SHEET for each bank account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| | |
|---|---|
| **Depository (bank) name** ⇨ **Account number** ⇨ | Stockman Bank 4310025196 |
| Purpose of this account (select one):<br>☐ General operating account<br>☐ General payroll account<br>☐ Tax deposit account (payroll, sales, or other taxes)<br>☒ Other (explain): New Car | |
| Beginning cash balance | 0 |
| Add: Transfers in from other estate bank accounts | |
| Cash receipts deposited to this account | |
| Financing or other loaned funds (identify source) | |
| Total cash available this month | |
| Subtract: Transfers out to other estate bank accounts | |
| **Cash disbursements** from this account (total checks written plus cash withdrawals, if any) | |
| Adjustments, if any (explain) | |
| Ending cash balance | 0 |

| | Yes | No |
|---|---|---|
| Does this CONTINUATION SHEET include the following supporting documents, as required: | | |
| A monthly bank statement (or trust account statement); | ☒ | |
| A detailed list of receipts for that account (deposit log or receipts journal); | ☐ | ☐ |
| A detailed list of disbursements for that account (check register or disbursement journal); and, | ☐ | ☐ |
| If applicable, a detailed list of funds received and/or disbursed by another party for the debtor. | ☐ | ☐ |

UST-8 CONTINUATION SHEET, Number _____ of _____

```
Stockman Bank                000 00043 01                       PAGE:    1
P O Box 50850                ACCOUNT:         4310025196   10/31/2006
Billings  MT  59105-0850
```

TELEPHONE:406-896-4800

```
           ************AUTO**5-DIGIT 59102
           2582 0.4420 AV 0.293    23 1 37
           INCREDIBLE AUTO SALES LLC
           TRUST ACCT A - NEW VEHICLES                    30
           1832 KING AVE W                                 0
           BILLINGS  MT 59102-6459                         0
```

================================================================
         Use your VISA Check Card instead of writing checks
              it's Safe, Convenient and Easy to use.

It's safer to carry - get the cash you need at ATM machines worldwide or
request cash back when making purchases.
It's convenient to carry in your wallet, luggage or your pocket.
It's easy to use and saves time when buying gas, groceries or to make
purchases at any retailer.
Plus, it's FREE -- ask your banker for more information.

================================================================
              Commercial Checking ACCOUNT 4310025196
================================================================

```
                      LAST STATEMENT 10/19/06           .00
                                CREDITS                 .00
                                 DEBITS                 .00
                      THIS STATEMENT 10/31/06           .00
```




Total Liabilities

*Nov*

| Receivables | | | | |
|---|---|---|---|---|
| Parts & Service | $ | 158,741.28 | 86315.64 | |
| Uncolletable | $ | 116,196.00 | .49 | |
| Total Parts & Service | $ | 42,545.28 | 30976.15 | |
| | | | | 30.48 |
| Factory (holdback) | $ | 14,576.00 | .00 | 144.5 |
| Factory ad coop | $ | 1,550.00 | .00 | |
| Factory Rebate | $ | 32,500.00 | 500.00 | |
| | | | | |
| Warranty | $ | 39,230.36 | 5522.07 | |
| Buy here pay here | $ | 7,296.08 | 6975.65 | |
| Vehicle Incentives | $ | 13,599.00 | 500.00 | |
| CIT | $ | 27,044.00 | 56862.00 | |
| Finance Recievible | $ | 7,500.00 | 4000.00 | |
| Total Recievibles | $ | 185,840.72 | | |

## Assets

| | | |
|---|---|---|
| Furniture & Fixtures | $ | 42,352.00 |
| Signage & Lease hold | $ | 25,000.00 |
| Parts & Access | $ | 153,510.00 |
| Boats & Access | $ | 32,000.00 |

| | | | |
|---|---|---|---|
| New A List | $ | 467,100.00 | 364,533.90 |
| Used B List | $ | 1,317,065.00 | 1,073,466.00 |
| Service Loaner | $ | 33,600.00 | 33,600.00 |
| Total Assets | $ | 2,070,627.00 | |

12/14/2006

```
Control    Jrn    Refer    Acctg Dt    Acct    Amount           2230
---------- ---    -------- --------    ------- ----------------  --------------
```

No information to report.

2/14/06  03:18PM  1 INCREDIBLE AUTO SALES LLC  Page 1
GRS
06-60855-RBK    Doc#: 163-2    Filed: 12/26/06    Entered: 12/26/06 11:45:16    Page 9 of 15
Schedule of Warranty
Account: 2200 WARRANTY CLAIMS-KIA
Selected Detail Report for the Period From 11/01/06 to 11/30/06 (Excludes Zero Balanced Controls)

| Control | Jrn | Refer | Acctg Dt | Acct | Amount | Current | 31-60 days | 61-90 days | 91-120 days | 121+ days |
|---|---|---|---|---|---|---|---|---|---|---|
| 50426 | | | | | | | | | | |
| | 75 | CE60630704 | 07/31/06 | 2200 | 77.89- | | | | | |
| | 35 | 50426 | 09/29/06 | 2200 | 993.92 | | | | | |
| | 80 | 0912 | 09/30/06 | 2200 | 77.89- | | | | | |
| | 80 | 0912 | 09/30/06 | 2200 | 77.89 | | | | | |
| | 75 | CE61043352 | 10/31/06 | 2200 | 77.89- | | | | | |
| | | | | Balance: | 838.14 | | | | | 838.14 |
| 50451 | | | | | | | | | | |
| | 35 | 50451 | 06/08/06 | 2200 | 67.57 | | | | | |
| | | | | Balance: | 67.57 | | | | | 67.57 |
| 51635 | | | | | | | | | | |
| | 35 | 51635 | 09/26/06 | 2200 | 306.09 | | | | | |
| | 75 | CE60942333 | 10/31/06 | 2200 | 7.30- | | | | | |
| | | | | Balance: | 298.79 | | | 298.79 | | |
| 51758 | | | | | | | | | | |
| | 35 | 51758 | 10/07/06 | 2200 | 580.73 | | | | | |
| | 75 | 61001MT004 | 10/31/06 | 2200 | 231.79- | | | | | |
| | 75 | 61001MT004 | 10/31/06 | 2200 | 124.27- | | | | | |
| | 75 | 61001MT004 | 10/31/06 | 2200 | 106.35- | | | | | |
| | 80 | 1112 | 11/30/06 | 2200 | 29.62- | | | | | |
| | | | | Balance: | 88.70 | | 88.70 | | | |
| 51827 | | | | | | | | | | |
| | 35 | 51827 | 10/05/06 | 2200 | 49.29 | | | | | |
| | | | | Balance: | 49.29 | | 49.29 | | | |
| 51829 | | | | | | | | | | |
| | 35 | 51829 | 10/31/06 | 2200 | 1,205.98 | | | | | |
| | 75 | 61101MT004 | 11/30/06 | 2200 | 744.38- | | | | | |
| | 75 | 61101MT004 | 11/30/06 | 2200 | 174.39- | | | | | |
| | 75 | 61101MT004 | 11/30/06 | 2200 | 318.36- | | | | | |
| | | | | Balance: | 31.15- | 31.15- | | | | |
| 51868 | | | | | | | | | | |
| | 35 | 51868 | 10/09/06 | 2200 | 358.77 | | | | | |
| | | | | Balance: | 358.77 | | 358.77 | | | |
| 51903 | | | | | | | | | | |
| | 35 | 51903 | 10/23/06 | 2200 | 901.22 | | | | | |
| | 75 | 61001MT004 | 10/31/06 | 2200 | 81.49- | | | | | |
| | 75 | 61001MT004 | 10/31/06 | 2200 | 12.47- | | | | | |
| | | | | Balance: | 807.26 | | 807.26 | | | |
| 51973 | | | | | | | | | | |
| | 35 | 51973 | 10/23/06 | 2200 | 910.44 | | | | | |
| | | | | Balance: | 910.44 | | 910.44 | | | |
| 52054 | | | | | | | | | | |

| Control | Jrn | Refer | Acctg Dt | Acct | Amount | Current | 31-60 days | 61-90 days | 91-120 days | 121+ days |
|---|---|---|---|---|---|---|---|---|---|---|
|  | 35 |  52054 | 11/06/06 | 2200 | 257.59 |  |  |  |  |  |
|  | 75 | 61101MT004 | 11/30/06 | 2200 | 242.50- |  |  |  |  |  |
|  |  |  | Balance: |  | 15.09 | 15.09 |  |  |  |  |
| 52098 |  |  |  |  |  |  |  |  |  |  |
|  | 35 | 52098 | 11/10/06 | 2200 | 88.70 |  |  |  |  |  |
|  |  |  | Balance: |  | 88.70 | 88.70 |  |  |  |  |
| 52109 |  |  |  |  |  |  |  |  |  |  |
|  | 35 | 52109 | 11/22/06 | 2200 | 785.54 |  |  |  |  |  |
|  | 75 | 61101MT004 | 11/30/06 | 2200 | 516.62- |  |  |  |  |  |
|  |  |  | Balance: |  | 268.92 | 268.92 |  |  |  |  |
| 52133 |  |  |  |  |  |  |  |  |  |  |
|  | 35 | 52133 | 11/21/06 | 2200 | 209.08 |  |  |  |  |  |
|  | 75 | 61101MT004 | 11/30/06 | 2200 | 24.93- |  |  |  |  |  |
|  | 75 | 61101MT004 | 11/30/06 | 2200 | 64.85- |  |  |  |  |  |
|  |  |  | Balance: |  | 119.30 | 119.30 |  |  |  |  |
| 52141 |  |  |  |  |  |  |  |  |  |  |
|  | 35 | 52141 | 11/22/06 | 2200 | 51.05 |  |  |  |  |  |
|  |  |  | Balance: |  | 51.05 | 51.05 |  |  |  |  |
| 52145 |  |  |  |  |  |  |  |  |  |  |
|  | 35 | 52145 | 11/24/06 | 2200 | 994.41 |  |  |  |  |  |
|  |  |  | Balance: |  | 994.41 | 994.41 |  |  |  |  |
| 52163 |  |  |  |  |  |  |  |  |  |  |
|  | 35 | 52163 | 11/30/06 | 2200 | 520.70 |  |  |  |  |  |
|  |  |  | Balance: |  | 520.70 | 520.70 |  |  |  |  |
| 52167 |  |  |  |  |  |  |  |  |  |  |
|  | 35 | 52167 | 11/30/06 | 2200 | 405.88 |  |  |  |  |  |
|  | 75 | 61101MT004 | 11/30/06 | 2200 | 329.79- |  |  |  |  |  |
|  |  |  | Balance: |  | 76.09 | 76.09 |  |  |  |  |
|  |  |  | Grand Total: |  | 5,522.07 | 2,103.11 | 2,214.46 | 298.79 |  | 905.71 |

```
Rcv Cust  Jrn      Refer  Acctg Dt   Acct      Amount          2150          2150N
--------  ---  ---------- --------  ------  --------------  -------------  -------------

    13    Cntl Name: MONTH,THIRTEENTH
          80        1333 12/31/01    2150     250,000.00
          80        0824 08/31/02    2150     120,000.00-                               uncollect
          80        1316 12/31/03    2150     130,000.00-
          80        1320 12/31/03    2150     130,000.00
                                    Balance:  130,000.00     130,000.00

 89250    Cntl Name: JOHNSON,ERCEL
          20       P1998 06/15/05    2150       3,787.00
          56       28629 07/01/05    2150         415.75-
          56       28879 07/01/05    2150         207.86-
          56       29099 07/01/05    2150         207.00-
          56       29364 07/01/05    2150         207.00-
          56       29567 07/01/05    2150         210.00-
          56       29771 07/01/05    2150         209.55-
          56       30096 07/01/05    2150         208.00-
          56       30516 07/01/05    2150         415.72-
          56       31666 09/07/05    2150         107.00-
          40         21S 10/31/05    2150         100.86-
          40         22S 11/15/05    2150         103.93-
          40         23S 11/30/05    2150         103.93-
          40         24S 12/15/05    2150         103.93-
          40          1S 12/31/05    2150         103.93-
          56       32579 01/18/06    2150         103.93-
          56       32710 02/03/06    2150         103.93-
          56       32842 02/20/06    2150         103.93-
          56       33372 05/09/06    2150         103.93-
          56       33440 05/18/06    2150         103.93-
          56       33564 06/05/06    2150         103.93-
          56       33682 06/22/06    2150         103.93-
                                    Balance:        355.03        355.03

 98763    Cntl Name: PORTEOUS,ROBERT
          21      P3504A 10/31/05    2150       1,899.00
          40          1S 12/31/05    2150         183.26-
          40          3S 01/31/06    2150         183.26-                               uncollect
          40          4S 02/15/06    2150         183.26-
          40          6S 03/15/06    2150         183.26-
          40          8S 04/15/06    2150         183.26-
                                    Balance:        982.70        982.70

100940    Cntl Name: ESCAMILLA,LUIS
          20      P3846A 04/17/06    2150       4,848.00
          56       33403 05/12/06    2150         337.73-
          56       33665 06/19/06    2150         337.73-
          56       34095 08/23/06    2150         337.73-
          56       34329 09/28/06    2150         337.73-
          56       34426 10/30/06    2150         337.73-
          56       34524 11/17/06    2150         337.73-
                                    Balance:      2,821.62      2,821.62

102441    Cntl Name: SEYMOUR,LA LONNA
          21      K6033A 10/06/06    2150       3,799.00
```

```
Rcv Cust  Jrn     Refer  Acctg Dt   Acct     Amount          2150            2150N
--------  ---  ---------- --------  ------  --------------- --------------- ---------------
                              Balance:      3,799.00        3,799.00

K5036A  Cntl Name: CORTEZ,NINA
        21     K5036A  06/30/05   2150     2,124.13
        21     K5036A  06/30/05   2150       800.00-                          uncollect
        75        205  07/31/05   2150       400.00
        75      48529  09/30/05   2150       210.00
                              Balance:      1,934.13        1,934.13

                           Grand Total:   139,892.48      139,892.48
```

             − 130,000.00  ⎫
             −     982.70  ⎬ uncollectible
             −   1,934.13  ⎭
             ─────────────
             $ 6975.65

```
2/14/06      04:51PM                    1 INCREDIBLE AUTO SALES LLC
GR5                                 Schedule 4/ADVANCE RECEIVABLES
             Selected Detail Report for the Period From 11/01/06 to 11/30/06 (Excludes Zero Balanced Controls)

Vehicle   Jrn      Refer   Acctg Dt    Acct      Amount           2240
---------- ---    -------- --------    ----      --------      --------

K5081    Cntl Name:                          Serial: KNAFE121X55194969
          75      C6075   09/18/06    2240       500.00
                                    Balance:     500.00         500.00


                               Grand Total:     500.00         500.00
```

```
Vendor      Jrn     Refer     Acctg Dt    Acct      Amount          3001        3001V
---------   ---   ----------  --------   -------   ------------   -----------   --------
            75    1974853     11/30/06    3001        25.00-                              Nov
                                         Balance:     25.00-         25.00-

GECAPITAL   Cntl Name: GE CAPITAL                   Cntl Age: 11/15/06
            75    45765763    11/15/06    3001       430.99-                              Nov
                                         Balance:    430.99-        430.99-

IN-HOUSE    Cntl Name: IN-HOUSE                     Cntl Age: 11/30/06
            75     102306     11/30/06    3001       350.00-
            75     102606     11/30/06    3001       100.00-
            75     120506     11/30/06    3001       986.00-                              Nov
            75    1200506     11/30/06    3001     2,445.00-
                                         Balance:  3,881.00-      3,881.00-

I:          Cntl Name: INSIDE-SIGNS                 Cntl Age: 11/30/06
NSIDE-SIGNS
            75    NOV2006     11/30/06    3001       350.00-                              Nov
                                         Balance:    350.00-        350.00-

JODY        Cntl Name: JODYS CREDIT CARD            Cntl Age: 08/28/06
            BF                10/31/06               247.50-
            60      50047     11/30/06    3001       602.20-
            60      50047     11/30/06    3001       602.20
            75       BAA      11/01/06    3001       187.50
            75       BAA      11/01/06    3001       187.50-
            75       UPS      11/20/06    3001         7.47-                    Oct - (247.50)
            75       UPS      11/21/06    3001        17.19-                    Nov - (66.85)
            75       UPS      11/27/06    3001        18.45-
            75     OREILLY    11/28/06    3001         5.38-
            75     OREILLY    11/30/06    3001        12.42-
            75     WALMART    11/16/06    3001         5.94-
                                         Balance:    314.35-        314.35-

JODYCCPARTS Cntl Name: JODYCCPARTS                  Cntl Age: 11/01/06
            60      30000     11/30/06    3001       602.20
            75       BAA      11/01/06    3001       187.50-
            75       BAA      11/01/06    3001       187.50
            75     OREILLY    11/20/06    3001        77.56-
            75     OREILLY    11/20/06    3001         1.99-
            75     OREILLY    11/24/06    3001         5.97-
            75     OREILLY    11/28/06    3001       138.08-
            75     OREILLY    11/29/06    3001        24.15-                              Nov
            75    ACTIONTOWI  11/27/06    3001        60.00-
            75    AIDISTRIBU  11/08/06    3001       414.70-
            75    AUTOAUCTIO  11/13/06    3001       112.50-
            75    AUTOAUCTIO  11/13/06    3001        75.00-
                                         Balance:    307.75-        307.75-

KEN         Cntl Name: KENS CREDIT CARD             Cntl Age: 08/14/06
            BF                10/31/06             1,279.34-
            75       UPS      11/28/06    3001        21.63-
            75       UPS      11/29/06    3001         7.84-                    Oct - (1279.34)
            75       UPS      11/30/06    3001        14.53-                    Nov - (136.98)
            75    HOMEDEPOT   11/20/06    3001        27.98-
```

```
12/15/06   10:52AM                    1 INCREDIBLE AUTO SALES LLC                             Page   5
AGRS                                  Schedule: 3 ACCOUNTS PAYABLE
             Selected Detail Report for the Period From 11/01/06 to 11/30/06 (Excludes Zero Balanced Controls)

  Vendor    Jrn     Refer    Acctg Dt    Acct      Amount            3001          3001V
  ------  ---  ----------  --------  -------  ---------------  --------------  --------------
           75  SIGNPRODUC  11/16/06    3001        65.00-
                                   Balance:     1,416.32-        1,416.32-

KENCCPARTS  Cntl Name: KENCCPARTS              Cntl Age: 11/20/06
           75     LITHIA   11/20/06    3001        63.30-
           75  AIDISTRIBU  11/29/06    3001       418.65-                              Nov
                                   Balance:       481.95-          481.95-

KIA-HMFC    Cntl Name: KIA-HMFC                Cntl Age: 10/31/06
           92    MARTENS   10/31/06    3001    23,551.14
           BF             10/31/06              23,551                                 Oct
                                   Balance:    23,551.14          23,551.14

NET-WORKS   Cntl Name: NET WORKS INC           Cntl Age: 10/31/06
           92   NET-WORKS  10/31/06    3001     1,354.78-
           BF             10/31/06               1,354.78-                             Oct
                                   Balance:     1,354.78-         1,354.78-

PETTYCASH   Cntl Name: PETTY CASH              Cntl Age: 10/31/06
           92  PETTYCASH   10/31/06    3001       395.33-
           BF             10/31/06                 395.33-                        Oct - <395.33>
           75     113006   11/30/06    3001       268.24-                         nov - <268.24>
                                   Balance:       663.57-          663.57-

PIERCE      Cntl Name: GEO R PIERCE INC        Cntl Age: 11/16/06
           75    L53479    11/16/06    3001       110.00-
           75    L53598    11/16/06    3001       110.00-                              Nov
                                   Balance:       220.00-          220.00-

QWEST       Cntl Name: QWEST                   Cntl Age: 11/30/06
           75 4066523340   11/30/06    3001       572.87-
           75 4066554665   11/30/06    3001       178.63-                              Nov
                                   Balance:       751.50-          751.50-

SI:         Cntl Name: SIGN-PRODUCTS           Cntl Age: 11/16/06
GN-PRODUCTS
           75     110106   11/16/06    3001       415.00-                              Nov
                                   Balance:       415.00-          415.00-

                              Grand Total:     32,718.17         32,718.17
```

Sept — 62,118.29
October — 9,116.86
November — <38,516.98>
───────────────
32,718.17