| | |
|---|---|
| Debtor: Incredible Auto Sales LLC | Case Number ⇨ 06-06855-RBK |
| | Report Mo/Yr ⇨ NOV 06 |

## UST-8 CONTINUATION SHEET
## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

INSTRUCTIONS: Prepare a CONTINUATION SHEET for each bank account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| | |
|---|---|
| **Depository (bank) name** ⇨ | Stockman Bank |
| **Account number** ⇨ | 43100 25293 |

Purpose of this account (select one):
☐ General operating account
☐ General payroll account
☐ Tax deposit account (payroll, sales, or other taxes)
☒ Other (explain) RECEIVABLES

| | | |
|---|---|---|
| Beginning cash balance | | 0 |
| Add: | Transfers in from other estate bank accounts | 50 |
| | Cash receipts deposited to this account | |
| | Financing or other loaned funds (identify source) | |
| Total cash available this month | | |
| Subtract: | Transfers out to other estate bank accounts | |
| | **Cash disbursements** from this account (total checks written plus cash withdrawals, if any) | 34.59 |
| Adjustments, if any (explain) | | |
| Ending cash balance | | 15.41 |

| Does this CONTINUATION SHEET include the following supporting documents, as required: | Yes | No |
|---|---|---|
| A monthly bank statement (or trust account statement); | ☒ | ☐ |
| A detailed list of receipts for that account (deposit log or receipts journal); | ☐ | ☒ |
| A detailed list of disbursements for that account (check register or disbursement journal); and, | ☐ | ☒ |
| If applicable, a detailed list of funds received and/or disbursed by another party for the debtor. | ☐ | ☒ |

UST-8 CONTINUATION SHEET, Number _____ of _____

```
Stockman Bank                  000 00043 01                    PAGE:      1
P O Box 50850                  ACCOUNT:      4310025293    11/30/2006
Billings   MT   59105-0850
```



TELEPHONE:406-896-4800

```
                  ************AUTO**5-DIGIT 59102
                  2569 0.5200 AV 0.293     24 1 40
                  INCREDIBLE AUTO SALES LLC
                  TRUST ACCOUNT E-RECEIVABLES                      30
                  1832 KING AVE W                                   0
                  BILLINGS   MT 59102-6459                          0
```

================================================================================
             Use your VISA Check Card instead of writing checks
                   it's Safe, Convenient and Easy to use.

It's safer to carry - get the cash you need at ATM machines worldwide or
request cash back when making purchases.
It's convenient to carry in your wallet, luggage or your pocket.
It's easy to use and saves time when buying gas, groceries or to make
purchases at any retailer.
Plus, it's FREE -- ask your banker for more information.

================================================================================
             Commercial Checking ACCOUNT 4310025293
================================================================================

```
                              LAST STATEMENT 11/03/06        .00
                                    1 CREDITS              50.00
                                    2 DEBITS               34.59
                              THIS STATEMENT 11/30/06      15.41
```

```
              - - - - - - - - OTHER CREDITS - - - - - - - - -
DESCRIPTION                                          DATE        AMOUNT
eBank Transfer From Commercial Checking 4310025188 ON   11/24     50.00
  11/24/06 AT 8:22
              - - - - - - - - OTHER DEBITS - - - - - - - - -
DESCRIPTION                                          DATE        AMOUNT
HARLAND CHECKS CHK ORDERS 021 06324115530             11/22        27.30
Service Charge                                        11/30         7.29
              - - - - - - - DAILY BALANCE - - - - - - - -
DATE..........BALANCE      DATE..........BALANCE      DATE..........BALANCE
11/22          27.30-      11/24           22.70      11/30           15.41
```




Debtor	Incredible Auto Sales LLC	Case Number	06-60855-RBK
Report Mo/Yr	NOV 06

## UST-8 CONTINUATION SHEET
## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

**INSTRUCTIONS:** Prepare a CONTINUATION SHEET for each bank account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| | |
|---|---|
| Depository (bank) name ⇒ | Stockman Bank |
| Account number ⇒ | 4310025153 |

Purpose of this account (select one):
- ☐ General operating account
- ☐ General payroll account
- ☐ Tax deposit account (payroll, sales, or other taxes)
- ☒ Other (explain) __PARTS & SERVICE__

| | | |
|---|---|---|
| Beginning cash balance | | 3846.65 |
| Add: | Transfers in from other estate bank accounts | 3675.85 |
| | Cash receipts deposited to this account | 1253.45 |
| | Financing or other loaned funds (identify source) | |
| Total cash available this month | | 8775.95 |
| Subtract: | Transfers out to other estate bank accounts | -0- |
| | Cash disbursements from this account (total checks written plus cash withdrawals, if any) | 1031.80 |
| Adjustments, if any (explain) | | |
| Ending cash balance | | 7744.15 |

Does this CONTINUATION SHEET include the following supporting documents, as required:  Yes  No

- A monthly bank statement (or trust account statement);  ☒ ☐
- A detailed list of receipts for that account (deposit log or receipts journal);  ☒ ☐
- A detailed list of disbursements for that account (check register or disbursement journal); and,  ☒ ☐
- If applicable, a detailed list of funds received and/or disbursed by another party for the debtor.  ☐ ☐

UST-8 CONTINUATION SHEET, Number ____ of ____

## UST-9 Parts C Account - Last month:2
### 11/1/2006 through 11/30/2006

12/7/2006 — Page 1

| Date | Description | Memo | Category | Amount |
|---|---|---|---|---|
| 11/6/2006 | Returned Deposit Items | RETURNED DEPOSIT ITEMS | Receivable | -1,000.00 |
| 11/6/2006 | American Express Collection | Bank fees | Outside Services | -4.50 |
| 11/6/2006 | Harland Checks Chk Orders ... | HARLAND CHECKS CHK ORDERS 021 0... | Office Supplies | -27.30 |
| **11/1/2006 - 11/30/2006** | | | | **-1,031.80** |

| | |
|---|---|
| TOTAL INFLOWS | 0.00 |
| TOTAL OUTFLOWS | -1,031.80 |
| NET TOTAL | -1,031.80 |

## UST-9 Parts C Account - Last month
### 11/1/2006 through 11/30/2006

| 12/7/2006 | | | | Page 1 |
|---|---|---|---|---|
| Date | Description | Memo | Category | Amount |
| 11/2/2006 | Ebank Transfer To Commer... | eBank Transfer To Commercial Checking 4... | [DIP 5188] | 3,254.79 |
| 11/3/2006 | Department Of Revenue | eBank Transfer To Commercial Checking 4... | [Trust D Tax 50... | 421.06 |
| 11/7/2006 | American Express Settlemen... | AMERICAN EXPRESS SETTLEMENT 125... | Parts Sales | 67.11 |
| 11/13/2006 | American Express Settlemen... | AMERICAN EXPRESS SETTLEMENT 125... | Parts Sales | 279.50 |
| 11/14/2006 | American Express Settlemen... | AMERICAN EXPRESS SETTLEMENT 125... | Parts Sales | 864.64 |
| 11/20/2006 | American Express Settlemen... | AMERICAN EXPRESS SETTLEMENT 125... | Parts Sales | 42.20 |
| **11/1/2006 - 11/30/2006** | | | | **4,929.30** |

| | | |
|---|---|---|
| | TOTAL INFLOWS | 4,929.30 |
| | TOTAL OUTFLOWS | 0.00 |
| | NET TOTAL | 4,929.30 |

```
       Stockman Bank              000 00043 01                  PAGE:    1
       P O Box 50850              ACCOUNT:         4310025153  11/30/2006
       Billings   MT  59105-0850

       TELEPHONE:406-896-4800



                        ************AUTO**5-DIGIT 59102
                        2565 0.6820 AV 0.293     24 1 36
                        INCREDIBLE AUTO SALES LLC
                        TRUST ACCT C - PARTS & SERVICE                    30
                        1832 KING AVE W                                    0
                        BILLINGS  MT 59102-6459                            0


==================================================================================
           Use your VISA Check Card instead of writing checks
             it's Safe, Convenient and Easy to use.
_____
It's safer to carry - get the cash you need at ATM machines worldwide or
request cash back when making purchases.
It's convenient to carry in your wallet, luggage or your pocket.
It's easy to use and saves time when buying gas, groceries or to make
purchases at any retailer.
Plus, it's FREE -- ask your banker for more information.

==================================================================================
             Commercial Checking ACCOUNT 4310025153
==================================================================================


                            LAST STATEMENT 10/31/06        3,846.65
                                   6 CREDITS               4,929.30
                                   3 DEBITS                1,031.80
                            THIS STATEMENT 11/30/06        7,744.15

               - - - - - - - - OTHER CREDITS - - - - - - - - -
DESCRIPTION                                           DATE          AMOUNT
eBank Transfer From Commercial Checking 4310025188 ON 11/02       3,254.79
  11/02/06 AT 15:27
eBank Transfer From Commercial Checking 4310025099 ON 11/03         421.06
  11/03/06 AT 9:55
AMERICAN EXPRESS SETTLEMENT 1253016216                11/07          67.11
AMERICAN EXPRESS SETTLEMENT 1253016216                11/13         279.50
AMERICAN EXPRESS SETTLEMENT 1253016216                11/14         864.64
AMERICAN EXPRESS SETTLEMENT 1253016216                11/20          42.20
               - - - - - - - - - OTHER DEBITS - - - - - - - - -
DESCRIPTION                                           DATE          AMOUNT
RETURNED DEPOSIT ITEMS                                11/06       1,000.00
AMERICAN EXPRESS COLLECTION 1253016216                11/17           4.50
HARLAND CHECKS CHK ORDERS 021 06324115530             11/22          27.30
                       * * *  C O N T I N U E D  * * *
```




```
Stockman Bank                          000 00043 01                    PAGE:    2
P O Box 50850                          ACCOUNT:       4310025153  11/30/2006
Billings   MT  59105-0850

TELEPHONE:406-896-4800

             INCREDIBLE AUTO SALES LLC

================================================================================
                 Commercial Checking ACCOUNT 4310025153
================================================================================
           - - - - - - - DAILY BALANCE - - - - - - -
DATE..........BALANCE    DATE..........BALANCE    DATE..........BALANCE
11/02        7,101.44    11/07        6,589.61    11/17        7,729.25
11/03        7,522.50    11/13        6,869.11    11/20        7,771.45
11/06        6,522.50    11/14        7,733.75    11/22        7,744.15
```




Case Number ⇒ 06-60855-RBK
Debtor   Incredible Auto Sales LLC   Report Mo/Yr ⇒ NOV 06

## UST-8 CONTINUATION SHEET
## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

INSTRUCTIONS: Prepare a CONTINUATION SHEET for each bank account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

Depository (bank) name ⇒ Stockman Bank
Account number ⇒ 43100 25099

Purpose of this account (select one):
- ☐ General operating account
- ☐ General payroll account
- ☒ Tax deposit account (payroll, sales, or other taxes)
- ☐ Other (explain) _____

| | | |
|---|---|---|
| Beginning cash balance | | 0 |
| Add: | Transfers in from other estate bank accounts | 10736.01 |
| | Cash receipts deposited to this account | 0 |
| | Financing or other loaned funds (identify source) | 0 |
| Total cash available this month | | |
| Subtract: | Transfers out to other estate bank accounts | 0 |
| | Cash disbursements from this account (total checks written plus cash withdrawals, if any) | 9736.50 |
| Adjustments, if any (explain) | | |
| Ending cash balance | | 999.51 |

Does this CONTINUATION SHEET include the following supporting documents, as required:  Yes  No

- A monthly bank statement (or trust account statement);
- A detailed list of receipts for that account (deposit log or receipts journal); ☒ ☐
- A detailed list of disbursements for that account (check register or disbursement journal); and, ☒ ☐
- If applicable, a detailed list of funds received and/or disbursed by another party for the debtor. ☐ ☐

UST-8 CONTINUATION SHEET, Number _____ of _____

```
           Stockman Bank              000 00043 01                      PAGE:     1
           P O Box 50850              ACCOUNT:        4310025099   11/30/2006
           Billings   MT  59105-0850


           TELEPHONE:406-896-4800




                          ************AUTO**5-DIGIT 59102
                          2564 0.8420 AV 0.293     24 1 35
                          INCREDIBLE AUTO SALES LLC
                          TRUST ACCT D - TAX PROCEEDS                    30
                          1832 KING AVE W                                  0
                          BILLINGS   MT 59102-6459                         1




   ================================================================================
                  Use your VISA Check Card instead of writing checks
                       it's Safe, Convenient and Easy to use.
   --------------------------------------------------------------------------------
    It's safer to carry - get the cash you need at ATM machines worldwide or
    request cash back when making purchases.
    It's convenient to carry in your wallet, luggage or your pocket.
    It's easy to use and saves time when buying gas, groceries or to make
    purchases at any retailer.
    Plus, it's FREE -- ask your banker for more information.


   ================================================================================
                      Commercial Checking ACCOUNT 4310025099
   ================================================================================


                                      LAST STATEMENT 10/31/06             .00
                                              4 CREDITS           10,736.01
                                              7 DEBITS             9,736.50
                                      THIS STATEMENT 11/30/06          999.51

                    - - - - - - - - OTHER CREDITS - - - - - - - -
   DESCRIPTION                                            DATE          AMOUNT
   eBank Transfer From Commercial Checking 4310025188 ON  11/03          421.06
      11/03/06 AT 9:54
   eBank Transfer From Commercial Checking 4310025188 ON  11/16        2,500.00
      11/16/06 AT 8:41
   eBank Transfer From Commercial Checking 4310025188 ON  11/21        7,435.97
      11/21/06 AT 16:28
   eBank Transfer From Commercial Checking 4310025188 ON  11/22          378.98
      11/22/06 AT 16:45

                    - - - - - - - - - CHECKS - - - - - - - - - -
      CHECK #..DATE......AMOUNT   CHECK #..DATE......AMOUNT   CHECK #..DATE......AMOUNT
       40000 11/30       313.00
                           * * * C O N T I N U E D * * *
```



```
Stockman Bank                    000 00043 01                PAGE:     2
P O Box 50850                    ACCOUNT:      4310025099  11/30/2006
Billings   MT  59105-0850
```



TELEPHONE:406-896-4800

INCREDIBLE AUTO SALES LLC

```
================================================================
            Commercial Checking ACCOUNT 4310025099
================================================================
         - - - - - - - - OTHER DEBITS - - - - - - - - -
DESCRIPTION                                          DATE      AMOUNT
eBank Transfer To Commercial Checking 4310025153 ON 11/03/06 11/03    421.06
   AT 9:55
IRS  USATAXPYMT 220672100565373                      11/17    2,160.44
HARLAND CHECKS  CHK ORDERS 021 06324115530           11/22       27.30
IRS  USATAXPYMT 220672600557176                      11/22    6,447.97
IRS  USATAXPYMT 220673100694689                      11/27      360.98
Service Charge                                       11/30        5.75

         - - - - - - - DAILY BALANCE - - - - - - - -
DATE..........BALANCE       DATE...........BALANCE       DATE...........BALANCE
11/03             .00       11/21         7,775.53       11/30           999.51
11/16        2,500.00       11/22         1,679.24
11/17          339.56       11/27         1,318.26
```



## UST-8 Tax - Last month:3
11/1/2006 through 11/30/2006

12/7/2006   Page 1

| Date | Description | Memo | Category | Amount |
|---|---|---|---|---|
| 11/3/2006 | Department Of Revenue | eBank Transfer To... | Payroll Tax... | -421.06 |
| 11/16/2006 | Department Of Revenue | Sate 21S | Payroll Tax... | -313.00 |
| 11/16/2006 | Irs Usataxpymt 2206721005... | IRS USATAXPYM... | Payroll Tax... | -2,160.44 |
| 11/22/2006 | Irs Usataxpymt 2206721005... | IRS USATAXPYM... | Payroll Tax... | -6,447.97 |
| 11/22/2006 | Irs Usataxpymt 2206721005... | IRS | Payroll Tax... | -360.98 |
| 11/22/2006 | Harland Checks Chk Orders ... | HARLAND CHEC... | Office Sup... | -27.30 |
| 11/30/2006 | Service Charge | bank fee | Outside S... | -5.75 |
| 11/1/2006 - 11/30/2006 | | | | -9,736.50 |

|  |  |
|---|---|
| **TOTAL INFLOWS** | 0.00 |
| **TOTAL OUTFLOWS** | -9,736.50 |
| **NET TOTAL** | -9,736.50 |

## UST-8 Tax - Last month
11/1/2006 through 11/30/2006

12/7/2006                                                                                                           Page 1

| Date | Description | Memo | Category | Amount |
|---|---|---|---|---|
| 11/3/2006 | Ebank Transfer To Commerci... | eBank Transfer To ... | [DIP 5188] | 421.06 |
| 11/16/2006 | Ebank Transfer To Commerci... | eBank Transfer To ... | [DIP 5188] | 2,500.00 |
| 11/21/2006 | TAX PYAMENT | | [DIP 5188] | 7,435.97 |
| 11/22/2006 | TAX PYAMENT | | [DIP 5188] | 378.98 |
| 11/1/2006 - 11/30/2006 | | | | 10,736.01 |

|  |  |
|---|---|
| TOTAL INFLOWS | 10,736.01 |
| TOTAL OUTFLOWS | 0.00 |
| NET TOTAL | 10,736.01 |

Case Number ⇨ 06-06855-RBK

Debtor   Incredible Auto Sales LLC   Report Mo/Yr ⇨ NOV 06

## UST-8 CONTINUATION SHEET
## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

INSTRUCTIONS: Prepare a CONTINUATION SHEET for each bank account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

Depository (bank) name ⇨ Stockman Bank
Account number ⇨ 4310025218

Purpose of this account (select one):
- ☐ General operating account
- ☐ General payroll account
- ☐ Tax deposit account (payroll, sales, or other taxes)
- ☑ Other (explain) __USED Vehicles__

| | | |
|---|---|---|
| Beginning cash balance | | 0 |
| Add: | Transfers in from other estate bank accounts | 86071.91 |
| | Cash receipts deposited to this account | 0 |
| | Financing or other loaned funds (identify source) | 0 |
| Total cash available this month | | 86071.91 |
| Subtract: | Transfers out to other estate bank accounts | |
| | Cash disbursements from this account (total checks written plus cash withdrawals, if any) | 27.30 |
| Adjustments, if any (explain) | | |
| Ending cash balance | | 86,044.61 |

Does this CONTINUATION SHEET include the following supporting documents, as required:   Yes   No

- A monthly bank statement (or trust account statement);   ☑   ☐
- A detailed list of receipts for that account (deposit log or receipts journal);   ☐   ☑
- A detailed list of disbursements for that account (check register or disbursement journal); and,   ☐   ☑
- If applicable, a detailed list of funds received and/or disbursed by another party for the debtor.   ☐   ☐

UST-8 CONTINUATION SHEET, Number _____ of _____

```
Stockman Bank                     000 00043 01                  PAGE:    1
P O Box 50850                     ACCOUNT:       4310025218   11/30/2006
Billings   MT   59105-0850

TELEPHONE:406-896-4800


                 ||.|.|.|.|....|||||......|.|.|.|||..|.|.|.|.|.|.|....||..|.|.|.||
                 *************AUTO**5-DIGIT 59102
                 2568 0.6820 AV 0.293      24 1 39
                 INCREDIBLE AUTO SALES LLC
                 TRUST ACCT B - USED VEHICLES                          30
                 1832 KING AVE W                                        0
                 BILLINGS   MT 59102-6459                               0


=================================================================================
              Use your VISA Check Card instead of writing checks
                  it's Safe, Convenient and Easy to use.
_____
It's safer to carry - get the cash you need at ATM machines worldwide or
request cash back when making purchases.
It's convenient to carry in your wallet, luggage or your pocket.
It's easy to use and saves time when buying gas, groceries or to make
purchases at any retailer.
Plus, it's FREE -- ask your banker for more information.

=================================================================================
                 Commercial Checking ACCOUNT 4310025218
=================================================================================

                                       LAST STATEMENT 10/31/06            .00
                                                 4 CREDITS          86,071.91
                                                 1 DEBITS               27.30
                                       THIS STATEMENT 11/30/06      86,044.61
                - - - - - - - - OTHER CREDITS - - - - - - - - -
DESCRIPTION                                              DATE          AMOUNT
eBank Transfer From Commercial Checking 4310025188 ON   11/02       38,896.60
   11/02/06 AT 15:27
eBank Transfer From Commercial Checking 4310025188 ON   11/03       22,993.31
   11/03/06 AT 9:54
eBank Transfer From Commercial Checking 4310025188 ON   11/21        8,394.00
   11/21/06 AT 16:33
eBank Transfer From Commercial Checking 4310025188 ON   11/21       15,788.00
   11/21/06 AT 16:31

                - - - - - - - - OTHER DEBITS - - - - - - - - -
DESCRIPTION                                              DATE          AMOUNT
HARLAND CHECKS CHK ORDERS 021 06324115530               11/22           27.30

                - - - - - - - - DAILY BALANCE  - - - - - - -
DATE..........BALANCE        DATE..........BALANCE        DATE..........BALANCE
11/02       38,896.60        11/03       61,889.91        11/21       86,071.91
                          * * * C O N T I N U E D * * *
```



06-60855-RBK Doc#: 163-5 Filed: 12/26/06 Entered: 12/26/06 11:45:16 Page 15 of 15

```
          Stockman Bank                000 00043 01                PAGE:     2
          P O Box 50850                ACCOUNT:     4310025218  11/30/2006
          Billings   MT  59105-0850
```



```
          TELEPHONE:406-896-4800

                        INCREDIBLE AUTO SALES LLC

===============================================================================
                    Commercial Checking ACCOUNT 4310025218
===============================================================================
                 - - - - - - - DAILY BALANCE - - - - - - -
      DATE..........BALANCE       DATE..........BALANCE       DATE..........BALANCE
      11/22        86,044.61
```

