Case Number ⇒ 06-60855-RBK
Debtor  Incredible Auto Sales LLC   Report Mo/Yr ⇒ NOV 06

## UST-8 CONTINUATION SHEET
## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS

INSTRUCTIONS: Prepare a CONTINUATION SHEET for each bank account or other source of the debtor's funds and attach supporting documents as indicated on the checklist below.

| | |
|---|---|
| Depository (bank) name ⇒ | Stockman Bank |
| Account number ⇒ | 43100 25196 |

Purpose of this account (select one):
- ☐ General operating account
- ☐ General payroll account
- ☐ Tax deposit account (payroll, sales, or other taxes)
- ☒ Other (explain) __New Vehicle__

| | | |
|---|---|---|
| Beginning cash balance | | 0 |
| Add: | Transfers in from other estate bank accounts | 84,470.00 |
| | Cash receipts deposited to this account | 0 |
| | Financing or other loaned funds (identify source) | 0 |
| Total cash available this month | | 84,470.00 |
| Subtract: | Transfers out to other estate bank accounts | 0 |
| | **Cash disbursements** from this account (total checks written plus cash withdrawals, if any) | 27.30 |
| Adjustments, if any (explain) | | |
| Ending cash balance | | 84,442.70 |

Does this CONTINUATION SHEET include the following supporting documents, as required:   Yes   No

- A monthly bank statement (or trust account statement);   ☒   ☐
- A detailed list of receipts for that account (deposit log or receipts journal);   ☐   ☒
- A detailed list of disbursements for that account (check register or disbursement journal); and,   ☐   ☒
- If applicable, a detailed list of funds received and/or disbursed by another party for the debtor.   ☐   ☐

UST-8 CONTINUATION SHEET, Number _____ of _____

```
Stockman Bank                    000 00043 01                    PAGE:      1
P O Box 50850                    ACCOUNT:         4310025196  11/30/2006
Billings   MT  59105-0850

TELEPHONE:406-896-4800


             **************AUTO**5-DIGIT 59102
             2567 0.5200 AV 0.293      24 1 38
             INCREDIBLE AUTO SALES LLC
             TRUST ACCT A - NEW VEHICLES                            30
             1832 KING AVE W                                         0
             BILLINGS  MT 59102-6459                                 0


==============================================================================
             Use your VISA Check Card instead of writing checks
                  it's Safe, Convenient and Easy to use.
_____
It's safer to carry - get the cash you need at ATM machines worldwide or
request cash back when making purchases.
It's convenient to carry in your wallet, luggage or your pocket.
It's easy to use and saves time when buying gas, groceries or to make
purchases at any retailer.
Plus, it's FREE -- ask your banker for more information.


==============================================================================
                  Commercial Checking ACCOUNT 4310025196
==============================================================================

                                 LAST STATEMENT 10/31/06             .00
                                             2 CREDITS         84,470.00
                                              1 DEBITS             27.30
                                 THIS STATEMENT 11/30/06       84,442.70

              - - - - - - - - OTHER CREDITS - - - - - - - - -
DESCRIPTION                                                DATE         AMOUNT
eBank Transfer From Commercial Checking 4310025188 ON      11/02      63,970.00
   11/02/06 AT 15:27
eBank Transfer From Commercial Checking 4310025188 ON      11/21      20,500.00
   11/21/06 AT 16:32
              - - - - - - - - - OTHER DEBITS - - - - - - - -
DESCRIPTION                                                DATE         AMOUNT
HARLAND CHECKS CHK ORDERS 021 06324115530                  11/22          27.30
              - - - - - - - - DAILY BALANCE - - - - - - - -
DATE..........BALANCE      DATE..........BALANCE     DATE..........BALANCE
11/02       63,970.00      11/21       84,470.00    11/22       84,442.70
```




Debtor: Incredible Auto Sales

Case Number: 06-60855-RBK
Report Mo/Yr: Oct 06

## UST-9 STATEMENT OF AGED RECEIVABLES

INSTRUCTIONS: Complete all portions of UST-9, STATEMENT OF AGED RECEIVABLES, unless the debtor asserts the following two statements are true for this reporting month:

1) At the beginning of the reporting month, the debtor did not have any uncollected receivables from prior months which includes both prepetition and postpetition accounts receivable; and,
2) During the reporting month, the debtor did not have any receivables activity, including the accrual of new accounts receivable, or the collection or writeoff of accounts receivable from prior months.

Check here ☐ if the debtor asserts that both statements are correct and skip to UST-10, STATEMENT OF POST-PETITION PAYABLES, on the next page.

### Accounts Receivable Aging (list totals only, do not list each receivable.

| | Balance at month end | Current portion | Past due 31-60 days | Past due 61-90 days | Past due over 90 days | Uncollectible receivables |
|---|---|---|---|---|---|---|
| Prepetition receivables | 429054.02 | | | 429054.02 | | 356406.41 |
| Postpetition receivables | 50667.33 | 50667.33 | | | | |
| TOTALS | 479721.35 | 50667.33 | | 429054.02 | | 356406.41 |

Explain what efforts the debtor made during this reporting month to collect receivables over 60 days past due.

Does the debtor have any accounts receivable due from an officer, director, partner, or other insider of the debtor?   If yes, explain.

### Accounts Receivable Reconciliation

| | |
|---|---|
| Closing balance from prior month | |
| New accounts receivable added this month | |
| Subtotal | |
| Less accounts receivable collected | |
| Closing balance for current month | |

```
1 SCHEDULE OF OPEN ACCOUNTS RECEIVABLE - MR BIG TIRE WHOLESALE
= OCT)                    14:15:21  07 DEC 2006          SORTED BY CUSTOMER NUMBER
  DATE  REFER CONTROL     AMOUNT   CURRENT   OVER-30   OVER-60   OVER-90  OVER-120   NAME....................... TELEPHONE..

BF 31OCT          13   55,339.49                                                     13TH MONTH WRITE-OFF
                 ***   55,339.49            55,339.49

BF 31OCT        7777      155.37-                                                    C O D CUSTOMER
                 ***      155.37-   155.37-

BF 31OCT        7778       52.09                                                     CODW
                 ***       52.09              52.09

0  01OCT 73065  50130   2,429.00-                                                    AFCO
0  01OCT 73141  50130   2,429.00
                 ***        0.00

BF 31OCT       50180       50.66                                                     AMERICAN AUTO BODY          655-0300
                 ***       50.66                                 11.36    39.30

BF 31OCT       50185      603.88                                                     AMERICAN AUTOMOTIVE INC  406-222-0815
                 ***      603.88                                          603.88

BF 31OCT       50410      139.44                                                     AUTO BODY SPECIALISTS INC   259-1856
                 ***      139.44                                 139.44

0  01OCT 73065 50425   1,539.94-                                                     AUTOPRO/NDWBEGININGS     406-259-3177
0  01OCT 73141 50425   4,539.94
0  12OCT 73604 50425   3,000.00-
                 ***        0.00

BF 31OCT       50490       81.86                                                     AUTO GLASS SPECIALISTS INC 406-652-6991
                 ***       81.86                                          81.86

BF 31OCT       50510       88.72                                                     AUTOMATIC TRANSMISSION CO   252-8011
                 ***       88.72                                 88.72

BF 31OCT       50511       20.16                                                     BROWN'S AUTO TRANSMISSION 406-259-4008
                 ***       20.16                                 20.16

BF 31OCT       50960    3,895.96                                                     BIG SKY COLLISION CENTER    259-6328
                 ***    3,895.96           1,072.92  1,205.27  1,617.77

BF 31OCT       51100      175.52                                                     BILLINGS AUTO AUCTION       252-3561
                 ***      175.52                      175.52

BF 31OCT       51200       28.30-                                                    BILLINGS NISSAN          406-655-9001
                 ***       28.30-    28.30-

BF 31OCT       51242    1,010.32                                                     BILLION CHRYSLER KIA     406-582-5555
                 ***    1,010.32            1,010.32

BF 31OCT       51300      247.20                                                     BUDGET CAR RENTAL        406-388-8395
                 ***      247.20                      247.20

BF 31OCT       51345       35.05                                                     BOZEMAN MOTOR INC        406-587-1221
                 ***       35.05                                           35.05

BF 31OCT       51775        0.03                                                     CERTIFIED AUTO              672-8233
                 ***        0.03                                            0.03
```

```
2 SCHEDULE SCH-AR FINAL ACCTS RECEIVABLE (2100) INCREDIBLE AUTO SALES LLC
TH = OCT)         14:15:21  07 DEC 2006             SORTED BY CUSTOMER NUMBER
```

| DATE | REFER | CONTROL | AMOUNT | CURRENT | OVER-30 | OVER-60 | OVER-90 | OVER-120 | NAME | TELEPHONE |
|---|---|---|---|---|---|---|---|---|---|---|
| 31OCT | | 51872 | 1,060.60 | | | | | | COLLISION PRO INC | 406-442-4472 |
| | | *** | 1,060.60 | | 109.01 | 830.79 | 120.80 | | | |
| 31OCT | | 51875 | 200.00 | | | | | | COLORADO AUTO AUCTION | 303-287-8077 |
| | | *** | 200.00 | | | | | 200.00 | | |
| 31OCT | | 53150 | 416.55 | | | | | | ENTERPRISE RENT A CAR | 406-443-2308 |
| | | *** | 416.55 | | 3.27 | 34.80 | | 378.48 | | |
| 31OCT | | 53370 | 34.46 | | | | | | FIRESTONE TIRE & SERVICE C | 406-587-1291 |
| | | | | | | | | | ENTER | |
| | | *** | 34.46 | | | | | 34.46 | | |
| 31OCT | | 53760 | 53.20- | | | | | | GOLDEN NUGGET BODY & PAINT | 256-8085 |
| | | *** | 53.20- | 53.20- | | | | | | |
| 31OCT | | 53795 | 78.00 | | | | | | GUFFEY,SUSAN D | 406-652-6067 |
| | | *** | 78.00 | | 78.00 | | | | | |
| 31OCT | | 53930 | 451.96 | | | | | | HANK'S BODY SHOP | 652-1440 |
| | | *** | 451.96 | | | | 451.96 | | | |
| 31OCT | | 54100 | 88.09 | | | | | | O'REILLY AUTOMOTIVE INC | |
| | | *** | 88.09 | | | | 88.09 | | | |
| 31OCT | | 54610 | 99.03 | | | | | | J C BILLION | |
| | | *** | 99.03 | | 99.03 | | | | | |
| 31OCT | | 54640 | 126.40- | | | | | | JACK'S BODY SHOP | 234-1661 |
| | | *** | 126.40- | 126.40- | | | | | | |
| 01OCT | 0921 | 54675 | 151.13 | | | | | | JOHNSON & SON'S LLC | 651-1791 |
| 01OCT | 73065 | 54675 | 1,282.19- | | | | | | | |
| 01OCT | 73141 | 54675 | 1,131.06 | | | | | | | |
| | | *** | 0.00 | | | | | | | |
| 31OCT | | 54770 | 60.34 | | | | | | K&K AUTO REPAIR INC | 307-682-8666 |
| | | *** | 60.34 | | 60.34 | | | | | |
| 31OCT | | 54771 | 3,145.36 | | | | | | K & R AUTO BODY INC | 538-3236 |
| | | *** | 3,145.36 | | 3,145.36 | | | | | |
| 31OCT | | 55062 | 5,476.91 | | | | | | INCREDIBLE CHEVROLET | 665-1611 |
| 31OCT 50017 | | 55062 | 495.51- | | | | | | | |
| 310103106IAS | | 55062 | 174.94- | | | | | | | |
| 310C103106NB | | 55062 | 172.50- | | | | | | | |
| | | *** | 4,633.96 | | 4,633.96 | | | | | |
| 31OCT | | 55505 | 959.51 | | | | | | LES SCHWAB TIRE CENTER | 406-495-0070 |
| | | *** | 959.51 | | 959.51 | | | | | |
| 31OCT | | 55525 | 176.16 | | | | | | LITHIA CHRYSLER DODGE OF H | 406-442-9994 |
| | | | | | | | | | ELENA | |
| | | *** | 176.16 | | 176.16 | | | | | |

| SO | DATE | REFER CONTROL | AMOUNT | CURRENT | OVER-30 | OVER-60 | OVER-90 | OVER-120 | NAME | TELEPHONE |
|---|---|---|---|---|---|---|---|---|---|---|
| BF | 31OCT | 56000 | 63.37 | | | | | | NAPA AUTO PARTS | 245-62 |
| | | *** | 63.37 | 63.37 | | | | | | |
| BF | 31OCT | 56170 | 758.01 | | | | | | O'CONNOR AUTO BODY LLC | 406-222-02 |
| | | *** | 758.01 | | | 758.01 | | | | |
| BF | 31OCT | 57378 | 786.41 | | | | | | CHEVROLET OF HELENA | 406-442-90 |
| | | *** | 786.41 | 786.41 | | | | | | |
| BF | 31OCT | 57450 | 121.20 | | | | | | RIMROCK OLDS SUZUKI | 406-656-62 |
| | | *** | 121.20 | | | 121.20 | | | | |
| BF | 31OCT | 58200 | 408.40 | | | | | | SPEEDY AUTO GLASS | 248-36 |
| | | *** | 408.40 | | | 408.40 | | | | |
| BF | 31OCT | 58204 | 150.00 | | | | | | STEVE'S AUTO SALES | 406-252-458 |
| | | *** | 150.00 | | 150.00 | | | | | |
| BF | 31OCT | 58461 | 142.18 | | | | | | TAYLOR'S AUTOMAX | 406-727-038 |
| | | *** | 142.18 | | 142.18 | | | | | |
| BF | 31OCT | 58575 | 768.16 | | | | | | JACK'S AUTO BODY SPECIALIS TS INC | 307-672-333 |
| | | *** | 768.16 | | 768.16 | | | | | |
| BF | 31OCT | 59370 | 462.18- | | | | | | VALLEY MOTOR SUPPLY | 800-231-846 |
| | | *** | 462.18- | 462.18- | | | | | | |
| BF | 31OCT | 59650 | 732.64 | | | | | | WRIGHT,VINCE | |
| | | *** | 732.64 | | | | 67.05 | 665.59 | | |
| BF | 31OCT | 447392 | 941.26 | | | | | | MASSA,MARVELYN | 406-769-296 |
| | | *** | 941.26 | | | | | 941.26 | | |
| BF | 31OCT | 550740 | 450.00 | | | | | | BERGUM,KELLY | 406-248-828 |
| | | *** | 450.00 | | | | 450.00 | | | |
| BF | 31OCT | 550934 | 568.60 | | | | | | BUROUS,CHRISTINA | 406-671-350 |
| | | *** | 568.60 | | | 568.60 | | | | |
| BF | 31OCT | 551039 | 860.97 | | | | | | STEWART,CAROL | 406-896-123 |
| | | *** | 860.97 | | | 860.97 | | | | |
| BF | 31OCT | 551054 | 104.81- | | | | | | BURNS,LOIS | 406-256-086 |
| | | *** | 104.81- | 104.81- | | | | | | |
| BF | 31OCT | 551281 | 650.00 | | | | | | RUNSTHROUGH,DOUGLAS E | 406-786-325 |
| | | *** | 650.00 | | 650.00 | | | | | |
| BF | 31OCT | 551336 | 3,673.35 | | | | | | SCARVER,JAMES | 406-232-131 |
| | | *** | 3,673.35 | | 3,673.35 | | | | | |
| BF | 31OCT | 551353 | 40.05 | | | | | | INDIAN HEALTH SERVICE | 406-338-615 |
| | | *** | 40.05 | | | 40.05 | | | | |

| ID | DATE | REFER CONTROL | AMOUNT | CURRENT | OVER-30 | OVER-60 | OVER-90 | OVER-120 | NAME | TELEPHONE |
|---|---|---|---|---|---|---|---|---|---|---|
| BF | 31OCT | 551406 | 388.90- | | | | | | BEARCLAW,ROMONA | 406-651-1925 |
| | | *** | 388.90- | 388.90- | | | | | | |
| BF | 31OCT | 551446 | 1,644.03 | | | | | | PEARSON,GARY | 406-323-1827 |
| | | *** | 1,644.03 | | | 1,644.03 | | | | |
| BF | 31OCT | 551450 | 1,316.64 | | | | | | SMITH,DARREN | 406-628-2984 |
| | | *** | 1,316.64 | | 1,316.64 | | | | | |
| BF | 31OCT | 551632 | 1,318.81 | | | | | | HALLMAN,EVERETT | 307-548-7140 |
| | | *** | 1,318.81 | | 1,318.81 | | | | | |
| BF | 31OCT | 551703 | 215.00 | | | | | | LAMBRECHT,HEATHER C | 406-860-0483 |
| | | *** | 215.00 | | | 215.00 | | | | |
| BF | 31OCT | 551872 | 365.00 | | | | | | OVERMIER,JEROME C | 406-248-8788 |
| | | *** | 365.00 | | 365.00 | | | | | |
| BF | 31OCT | 551887 | 134.85 | | | | | | BERRY,BRANDON J | 406-939-0495 |
| | | *** | 134.85 | | 134.85 | | | | | |
| BF | 31OCT | 551895 | 345.34 | | | | | | LEFTHAND,FREDERICA | 406-522-1576 |
| | | *** | 345.34 | | 345.34 | | | | | |
| BF | 31OCT | 552003 | 200.00 | | | | | | HALVERSON,PAM | 406-636-2761 |
| | | *** | 200.00 | | 200.00 | | | | | |
| BF | 31OCT | LUFF | 64.95- | | | | | | LUFF,TERRI | |
| | | *** | 64.95- | 64.95- | | | | | | |
| | | | 88,414.56 | 1,384.11- | 76,653.57 | 7,329.47 | 3,595.81 | 2,219.82 | | |

Payroll Report - Last month
11/1/2006 through 11/30/2006

12/13/2006                                                                                                                      Page 2

| Date | Account | Num | Description | Memo | Clr | Amount |
|---|---|---|---|---|---|---|
| 11/17/2006 | DIP 5188 | 1024 | Jody Stephens | Office manager | R | -1,614.33 |
| **Salary & Wages** | | | | | | **-1,295.96** |
| 11/9/2006 | DIP 5188 | 1005 | Andrew Stasz... | Lot Att | R | -437.38 |
| 11/13/2006 | DIP 5188 | 1 | Anthony Steve... | Driver | R | -180.70 |
| 11/17/2006 | DIP 5188 | 1015 | Anthony Steve... | Driver | R | -68.26 |
| 11/18/2006 | DIP 5188 | 1018 | Andrew Stasz... | Lot Att | R | -609.62 |
| **Sale Compensation** | | | | | | **-4,068.80** |
| 11/3/2006 | DIP 5188 | 1003 | Raymond Beni... | salesperson | | -29.79 |
| 11/7/2006 | DIP 5188 | 1008 | Dana R Wallner | Service Advisor | R | -296.78 |
| 11/8/2006 | DIP 5188 | 1002 | Dennis Rassm... | Sales | R | -417.71 |
| 11/10/2006 | DIP 5188 | 1004 | Louis Ikeda | Sales person | R | -52.88 |
| 11/13/2006 | DIP 5188 | 50018 | Dennis Rassm... | Sales Person... | R | -200.00 |
| 11/15/2006 | DIP 5188 | 50007 | BIG SKY FINA... | Dan W Servi... | R | -220.20 |
| 11/16/2006 | DIP 5188 | 50009 | Montan CSED | Jorge Arroyo ... | R | -186.00 |
| 11/16/2006 | DIP 5188 | 50014 | Montan CSED | Dan W Garni... | R | -230.00 |
| 11/16/2006 | DIP 5188 | 50015 | Montan CSED | Brad Denha... | R | -460.62 |
| 11/17/2006 | DIP 5188 | 50019 | Dennis Rassm... | Sales Person... | R | -675.00 |
| 11/17/2006 | DIP 5188 | 1027 | Brad Denham | sales Person | R | -257.34 |
| 11/22/2006 | DIP 5188 | 50023 | Montan CSED | Brad Denha... | R | -257.34 |
| 11/22/2006 | DIP 5188 | 1029 | Dennis Rassm... | Sales Person... | R | -311.55 |
| 11/22/2006 | DIP 5188 | 1030 | Krista Davis | Sale Commis... | R | -473.59 |
| **Supervision Compensation** | | | | | | **-10,174.31** |
| 11/9/2006 | DIP 5188 | 1010 | Kelly Lambert | Service mana... | R | -1,064.85 |
| 11/15/2006 | DIP 5188 | 1011 | RICHARD KEI... | Parts Manager | R | -572.97 |
| 11/15/2006 | DIP 5188 | 50016 | Steve Lofton | GSM | R | -2,800.00 |
| 11/16/2006 | DIP 5188 | 50008 | Montan CSED | Erwin Garnis... | R | -563.33 |
| 11/17/2006 | DIP 5188 | 1016 | Steve Lofton | GSM | R | -2,340.78 |
| 11/17/2006 | DIP 5188 | 1022 | Kelly Lambert | Service mana... | R | -1,512.24 |
| 11/17/2006 | DIP 5188 | 1023 | RICHARD KEI... | Parts Manager | R | -841.03 |
| 11/22/2006 | DIP 5188 | 50024 | Montan CSED | Erwin Garnis... | R | -239.56 |
| 11/22/2006 | DIP 5188 | 1031 | Michael Erwin | sales Manager | R | -239.55 |

|  | **OVERALL TOTAL** | **-60,825.02** |
|---|---|---|

## Payroll Report - Last month
### 11/1/2006 through 11/30/2006

12/13/2006                                                                                                                                     Page 1

| Date | Account | Num | Description | Memo | Clr | Amount |
|---|---|---|---|---|---|---|
| **INCOME** | | | | | | **-2,931.15** |
| **Parts Sales** | | | | | | **-2,931.15** |
| **Tech Pay** | | | | | | **-2,931.15** |
| 11/9/2006 | DIP 5188 | 1006 | Leeny Klein | Tech Pay Co... | R | -333.36 |
| 11/9/2006 | DIP 5188 | 1009 | Jason Perfitt | Tech pay Co... | R | -674.13 |
| 11/17/2006 | DIP 5188 | 1019 | Leny Klein | Tech Pay Co... | R | -502.63 |
| 11/17/2006 | DIP 5188 | 1021 | Jason Perfitt | Tech pay Co... | R | -1,356.05 |
| 11/17/2006 | DIP 5188 | 50020 | Leeny Klein | Reimbrused ... | c | -64.98 |
| **EXPENSES** | | | | | | **-57,893.87** |
| **Clerical Salaries** | | | | | | **-4,294.05** |
| 11/3/2006 | DIP 5188 | 1014 | Londonna Sey... | Title Clerk | R | -258.82 |
| 11/8/2006 | DIP 5188 | 1013 | Jennette Berlin... | Payable - Offi... | R | -780.72 |
| 11/10/2006 | DIP 5188 | 1007 | Teresa Hartge... | Warranty Clerk | R | -105.51 |
| 11/14/2006 | DIP 5188 | 50000 | Teresa Hartge... | Warranty Clerk | R | -89.22 |
| 11/15/2006 | DIP 5188 | 50012 | 5 Credit Service | Seymor garni... | R | -50.00 |
| 11/15/2006 | DIP 5188 | 50013 | 5 Credit Service | seymor garni... | R | -50.00 |
| 11/16/2006 | DIP 5188 | 50001 | Montana Depa... | teresa garnis... | R | -319.83 |
| 11/16/2006 | DIP 5188 | 50002 | Montana Depa... | teresa garnis... | R | -141.33 |
| 11/17/2006 | DIP 5188 | 1020 | Teresa Hartge... | Warranty Clerk | R | -551.67 |
| 11/17/2006 | DIP 5188 | 1025 | Jennette Berlin... | Payable - Offi... | R | -1,031.52 |
| 11/17/2006 | DIP 5188 | 1026 | Lalonna Seym... | Title Clerk | R | -605.13 |
| 11/22/2006 | DIP 5188 | 50022 | Montana Depa... | teresa Steve... | R | -260.30 |
| 11/22/2006 | DIP 5188 | 50025 | Credit Service... | LaLonna Sey... | R | -50.00 |
| **Employee Benefits** | | | | | | **-9,155.82** |
| 11/13/2006 | DIP 5188 | 50017 | S Auto Pro | Nov Health Ins | R | -991.02 |
| | | | | Life Ins | R | -855.00 |
| 11/14/2006 | DIP 5188 | 50006 | S Paradise Man... | Health Ins | R | -708.00 |
| 11/22/2006 | DIP 5188 | 50027 | Sentry Life Ins... | 401k | R | -256.62 |
| 11/22/2006 | DIP 5188 | 50028 | Sentry Life Ins... | 401k | R | -32.43 |
| 11/22/2006 | DIP 5188 | 50026 | Sentry Life Ins... | 401k | R | -150.95 |
| 11/24/2006 | DIP 5188 | 50030 | ASSOCIATED... | Health Ins | R | -2,960.49 |
| 11/24/2006 | DIP 5188 | 50031 | Montana State... | Workers Comp | R | -3,710.03 |
| 11/30/2006 | DIP 5188 | S | Deposit | Cobra Jeff K... | R | 250.00 |
| | | | | Cobra Mark ... | R | 258.72 |
| **Finance Compensation** | | | | | | **-1,427.92** |
| 11/15/2006 | DIP 5188 | 50004 | Dee Ann Phillips | Fianance Ma... | R | -750.00 |
| 11/17/2006 | DIP 5188 | 1017 | Dee Ann Phillips | Fianance Ma... | R | -677.92 |
| **Owners Salaries** | | | | | | **-15,000.00** |
| 11/13/2006 | DIP 5188 | 50017 | S Auto Pro | Nov. Consulti... | R | -5,000.00 |
| 11/14/2006 | DIP 5188 | 50005 | Paradise Man... | Ken Cornelison | R | -5,000.00 |
| 11/22/2006 | DIP 5188 | 50029 | Paradise Man... | Ken Cornelison | R | -5,000.00 |
| **Payroll Taxes 7430** | | | | | | **-9,721.45** |
| 11/3/2006 | Trust D Tax 50...4001 | | Department Of... | State 22S | R | -421.06 |
| 11/16/2006 | Trust D Tax 50...4000 | | Department Of... | Sate 21S | R | -313.00 |
| 11/16/2006 | Trust D Tax 50... | | Irs Usataxpymt... | IRS USATAX... | R | -2,160.44 |
| 11/22/2006 | Trust D Tax 50...EFT | | Irs Usataxpymt... | IRS USATAX... | R | -6,447.97 |
| 11/22/2006 | Trust D Tax 50...EFT | | Irs Usataxpymt... | IRS | R | -360.98 |
| 11/24/2006 | Trust D Tax 50...40002 | | Department Of... | 111M | | -18.00 |
| **Salaries General Admin** | | | | | | **-2,755.56** |
| 11/10/2006 | DIP 5188 | 1012 | Jody Stephens | Office manager | | -1,141.23 |

```
:v Cust   Jrn      Refer  Acctg Dt   Acct      Amount          2110           2111           2030           3010           3020
-------  ---  ----------  --------  ------  -------------  -------------  -------------  -------------  -------------  -------------

     13  Cntl Name: MONTH,THIRTEENTH           Cntl Age: 12/31/00
         BF             09/30/06              110,181.89
                             Balance:         110,181.89     110,181.89  PRE

 100652  Cntl Name: GOODIRON,PERCY             Cntl Age: 10/13/06
         60      73176 10/13/06      3010      13,759.00-
                             Balance:          13,759.00-                                                 13,759.00-

 100961  Cntl Name: LECLAIR,PAUL               Cntl Age: 09/01/06
         BF             09/30/06                 400.00
         56      34366 10/04/06      2110         400.00-
                             Balance:              0.00

 101305  Cntl Name: HAAK,MARGO                 Cntl Age: 09/28/06
         BF             09/30/06              10,232.00-
                             Balance:         10,232.00-                                                  10,232.00-

 101484  Cntl Name: HASEAGLE,TINA              Cntl Age: 10/30/06
         56      34442 10/30/06      2111       1,000.00-
         56      34442 10/30/06      2111       1,000.00
                             Balance:              0.00

 101564  Cntl Name: BLACKSTONE,SHIRLEY         Cntl Age: 10/06/06
         60      73353 10/06/06      3010         600.00-
                             Balance:            600.00-                                                     600.00-

 101603  Cntl Name: SMITH,DARREN               Cntl Age: 09/28/06
         BF             09/30/06               9,055.96-
                             Balance:          9,055.96-                                                   9,055.96-

 101604  Cntl Name: GATES,DIANE M              Cntl Age: 09/28/06
         BF             09/30/06              13,153.00-
                             Balance:         13,153.00-                                                  13,153.00-

 101615  Cntl Name: BEAR                       Cntl Age: 09/28/06
                   MEDICINE,JENNIFER
         BF             09/30/06               3,500.00-
                             Balance:          3,500.00-                                                   3,500.00-

 101632  Cntl Name: KNOBLOCH,JACK              Cntl Age: 09/28/06
         BF             09/30/06              11,474.00-
                             Balance:         11,474.00-                                                  11,474.00-

 101683  Cntl Name: SENTER,GREGG               Cntl Age: 09/01/06
         BF             09/30/06               2,000.00
                             Balance:          2,000.00       2,000.00  PRE

 101703  Cntl Name: HARPSTER,HANNAH            Cntl Age: 09/01/06
         BF             09/30/06                 800.00
                             Balance:            800.00         800.00  PRE

 101767  Cntl Name: KENNEDY,CHERYL             Cntl Age: 09/28/06
         BF             09/30/06               7,607.28-
```

Schedule: 22 VEH SETTLEMENT ANALYSIS
Complete Final Report as of 10/31/06

```
/ Rcv Cust  Jrn     Refer   Acctg Dt    Acct      Amount        2110           2111           2030           3010           3020
---------- ---  ----------  --------   ------  --------------  -------------  -------------  -------------  -------------  -------------
                                       Balance:    7,607.28-                                                    7,607.28-

   101775  Cntl Name: HATTON,VALERIE A           Cntl Age: 09/28/06
           BF              09/30/06              16,066.48-
                                       Balance:  16,066.48-                                                   16,066.48-

   101843  Cntl Name: USESARROWS,LYNETTE         Cntl Age: 09/14/06
           BF              09/30/06                 300.00-
           60    973475    10/05/06     2110       600.00
                                       Balance:     300.00        300.00  PRE

   101891  Cntl Name: KOSTELECKY,DUANE           Cntl Age: 09/28/06
           BF              09/30/06               4,473.00-
                                       Balance:   4,473.00-                                                    4,473.00-

   101914  Cntl Name: SPAH,KELLY S               Cntl Age: 09/26/06
           BF              09/30/06              15,357.09-
                                       Balance:  15,357.09-                                                   15,357.09-

   101964  Cntl Name: WALKER,DALE                Cntl Age: 09/01/06
           BF              09/30/06               2,000.00
           56    34431     10/30/06     2111      2,000.00-
                                       Balance:       0.00

   102000  Cntl Name: SATKO,DARYL                Cntl Age: 08/31/06
           BF              09/30/06               1,050.00-
                                       Balance:   1,050.00-                                                    1,050.00-

   102022  Cntl Name: FOURBEAR,DENNIS            Cntl Age: 08/18/06
           BF              09/30/06                 500.00
                                       Balance:     500.00                       500.00  PRE

   102128  Cntl Name: JAGELSKI,WHITNEY           Cntl Age: 08/31/06
           BF              09/30/06               1,826.01-
                                       Balance:   1,826.01-                                                    1,826.01-

   102129  Cntl Name: BROWN,RYAN                 Cntl Age: 08/31/06
           BF              09/30/06               3,101.61-
                                       Balance:   3,101.61-                                                    3,101.61-

   102142  Cntl Name: PARNELL,KEVIN              Cntl Age: 08/31/06
           BF              09/30/06               2,706.62-
                                       Balance:   2,706.62-                                                    2,706.62-

   102164  Cntl Name: VEIT,KIT                   Cntl Age: 08/31/06
           BF              09/30/06               2,300.11-
                                       Balance:   2,300.11-                                                    2,300.11-

   102174  Cntl Name: GOOD HOUSE,EVELYN          Cntl Age: 08/31/06
           BF              09/30/06               1,000.00
           56    34410     10/12/06     2111      1,000.00-
           60    973681    10/23/06     2110      1,000.00
                                       Balance:   1,000.00      1,000.00  PRE
```

```
Rcv Cust Jrn    Refer Acctg Dt    Acct    Amount           2110           2111           2030           3010           3020
-------- ---    ----- --------    ----    ---------------  -------------  -------------  -------------  -------------  -------------

102186  Cntl Name: HAS EAGLE,DORCAS      Cntl Age: 08/31/06
        BF           09/30/06                    5,025.00-
                              Balance:            5,025.00-                                                          5,025.00-

102192  Cntl Name: ANDRES,MARTY          Cntl Age: 08/31/06
        BF           09/30/06                    4,964.17-
                              Balance:            4,964.17-                                                          4,964.17-

102194  Cntl Name: MOORE,MOLLY A         Cntl Age: 08/31/06
        BF           09/30/06                   11,801.66-
                              Balance:           11,801.66-                                                         11,801.66-

102204  Cntl Name: GREEN,RENEE L         Cntl Age: 08/31/06
        BF           09/30/06                    1,000.00
        56     34428 10/30/06     2111           1,000.00-
                              Balance:               0.00

102206  Cntl Name: JONES,MIKE            Cntl Age: 08/31/06
        BF           09/30/06                    1,000.00
        56     34429 10/30/06     2111           1,000.00-
                              Balance:               0.00

102216  Cntl Name: MILLER,CATHLEEN       Cntl Age: 08/31/06
        BF           09/30/06                   18,771.96-
                              Balance:           18,771.96-                                                         18,771.96-

102225  Cntl Name: STEADMAN,ADAM J       Cntl Age: 08/31/06
        BF           09/30/06                   14,450.00-
                              Balance:           14,450.00-                                                         14,450.00-

102230  Cntl Name: WHITEBULL SR,RUBIN C  Cntl Age: 08/31/06
        BF           09/30/06                      500.
                              Balance:              500.00          500.00  PRE

102245  Cntl Name: HARRISON,SHELIE       Cntl Age: 08/31/06
        BF           09/30/06                      500.00
        56     34380 10/06/06     2111             500.00-
                              Balance:               0.00

102247  Cntl Name: GRANT,EUGENE          Cntl Age: 08/31/06
        BF           09/30/06                      500.00
        56     34381 10/06/06     2111             500.00-
                              Balance:               0.00

102253  Cntl Name: MOUAT,FRANK           Cntl Age: 09/08/06
        BF           09/30/06                      399.00
        56     34443 10/30/06     2111             399.00-
                              Balance:               0.00

102260  Cntl Name: LAWLEY,SCOTT          Cntl Age: 08/31/06
        BF           09/30/06                    6,881.65-
                              Balance:            6,881.65-                                                          6,881.65-

102267  Cntl Name: KYHL,PAULA            Cntl Age: 08/31/06
```

Complete Final Report as of 10/31/06

| V Rcv Cust | Jrn | Refer | Acctg Dt | Acct | Amount | 2110 | 2111 | 2030 | 3010 | 3020 |
|---|---|---|---|---|---|---|---|---|---|---|
| | BF | | 09/30/06 | | 7,462.17- | | | | 7,462.17- | |
| | | | | Balance: | 7,462.17- | | | | | |
| 102299 | Cnt1 Name: LEDESMA,KRISTY | | | | Cnt1 Age: 09/15/06 | | | | | |
| | BF | | 09/30/06 | | 3,165.50 | | | | | |
| | 56 | 34389 | 10/09/06 | 2030 | 3,165.50- | | | | | |
| | | | | Balance: | 0.00 | | | | | |
| 102305 | Cnt1 Name: TURNER,LINDA | | | | Cnt1 Age: 09/15/06 | | | | | |
| | BF | | 09/30/06 | | 1,050.00- | | | | | |
| | | | | Balance: | 1,050.00- | | | | 1,050.00- | |
| 102338 | Cnt1 Name: DEROCKBRAINE,FRANK | | | | Cnt1 Age: 09/20/06 | | | | | |
| | BF | | 09/30/06 | | 11,033.55- | | | | | |
| | 56 | 34376 | 10/06/06 | 2111 | 500.00- | | | | | |
| | | | | Balance: | 11,533.55- | | 500.00 PRE | | 12,033.55- | |
| 102341 | Cnt1 Name: DAY,MARY | | | | Cnt1 Age: 09/30/06 | | | | | |
| | BF | | 09/30/06 | | 500.00 | | | | | |
| | | | | Balance: | 500.00 | | 500.00 PRE | | | |
| 102354 | Cnt1 Name: LANDRIE,LEROY | | | | Cnt1 Age: 09/22/06 | | | | | |
| | BF | | 09/30/06 | | 1,900.00- | | | | | |
| | | | | Balance: | 1,900.00- | | | | 1,900.00- | |
| 102356 | Cnt1 Name: WISECUP,ROBERT | | | | Cnt1 Age: 09/22/06 | | | | | |
| | BF | | 09/30/06 | | 300.00 | | | | | |
| | 56 | 34377 | 10/06/06 | 2111 | 300.00- | | | | | |
| | | | | Balance: | 0.00 | | | | | |
| 102359 | Cnt1 Name: AUDISS,CARLOTTA | | | | Cnt1 Age: 09/22/06 | | | | | |
| | BF | | 09/30/06 | | 250.00 | | | | | |
| | 56 | 34427 | 10/30/06 | 2111 | 250.00- | | | | | |
| | | | | Balance: | 0.00 | | | | | |
| 102360 | Cnt1 Name: ST CLAIRE,CLAYTON | | | | Cnt1 Age: 09/26/06 | | | | | |
| | BF | | 09/30/06 | | 500.00 | | | | | |
| | | | | Balance: | 500.00 | | 500.00 PRE | | | |
| 102361 | Cnt1 Name: HOWELL,WILLADEAN | | | | Cnt1 Age: 09/23/06 | | | | | |
| | BF | | 09/30/06 | | 8,800.00- | | | | | |
| | 60 | 73676 | 10/13/06 | 3010 | 9,270.44 | | | | | |
| | | | | Balance: | 470.44 | | | | PRE 8,800.00-  9,270.44 | |
| 102367 | Cnt1 Name: WHITECLAY,CHERYL | | | | Cnt1 Age: 09/22/06 | | | | | |
| | BF | | 09/30/06 | | 3,445.50 | | | | | |
| | 56 | 34389 | 10/09/06 | 2030 | 3,445.50- | | | | | |
| | | | | Balance: | 0.00 | | | | | |
| 102368 | Cnt1 Name: MARTIN,BECKY | | | | Cnt1 Age: 09/25/06 | | | | | |
| | BF | | 09/30/06 | | 1,000.00 | | | | | |
| | | | | Balance: | 1,000.00 | 1,000.00 PRE | | | | |
| 102394 | Cnt1 Name: MILLER,BRANDON | | | | Cnt1 Age: 09/30/06 | | | | | |