Schedule: 22 VEH SETTLEMENT ANALYSIS
Complete Final Report as of 10/31/06

| V Rcv Cust | Jrn | Refer | Acctg Dt | Acct | Amount | 2110 | 2111 | 2030 | 3010 | 3020 |
|---|---|---|---|---|---|---|---|---|---|---|
| | BF | | 09/30/06 | | 600.00 | | | | | |
| | 56 | 34394 | 10/09/06 | 2111 | 600.00- | | | | | |
| | | | Balance: | | 0.00 | | | | | |
| 102397 | Cntl Name: REIDY,PHILIP | | | | Cntl Age: 09/28/06 | | | | | |
| | BF | | 09/30/06 | | 400.00 | | | | | |
| | | | Balance: | | 400.00 | | 400.00 PRE | | | |
| 102401 | Cntl Name: FINKBERNER,RUSSELL D | | | | Cntl Age: 10/09/06 | | | | | |
| | 56 | 34392 | 10/09/06 | 2110 | 11,069.00 | | | | | |
| | 56 | 34392 | 10/09/06 | 2110 | 11,069.00- | | | | | |
| | | | Balance: | | 0.00 | | | | | |
| 102411 | Cntl Name: BENNETTS,JOHN | | | | Cntl Age: 09/30/06 | | | | | |
| | BF | | 09/30/06 | | 8,600.00- | | | | | |
| | 56 | 34357 | 10/03/06 | 3010 | 197.13- | | | | | |
| | | | Balance: | | 8,797.13- | | | | 8,797.13- | |
| 102413 | Cntl Name: DUCE,DARCY | | | | Cntl Age: 09/30/06 | | | | | |
| | BF | | 09/30/06 | | 11,399.00 | | | | | |
| | 56 | 34368 | 10/05/06 | 2030 | 11,399.00- | | | | | |
| | | | Balance: | | 0.00 | | | | | |
| 102418 | Cntl Name: SHEEHAN,DEAN | | | | Cntl Age: 09/30/06 | | | | | |
| | BF | | 09/30/06 | | 5,680.00- | | | | | |
| | | | Balance: | | 5,680.00- | | | | 5,680.00- | |
| 102420 | Cntl Name: ROCK,AVIS | | | | Cntl Age: 09/30/06 | | | | | |
| | BF | | 09/30/06 | | 1,000.00 | | | | | |
| | | | Balance: | | 1,000.00 | | 1,000.00 PRE | | | |
| 102421 | Cntl Name: GEISER,MICHAEL | | | | Cntl Age: 09/30/06 | | | | | |
| | BF | | 09/30/06 | | 3,152.63- | | | | | |
| | | | Balance: | | 3,152.63- | | | | 3,152.63- | |
| 102423 | Cntl Name: STEFANIK,DANIEL | | | | Cntl Age: 09/30/06 | | | | | |
| | BF | | 09/30/06 | | 11,584.63- | | | | | |
| | 56 | 34355 | 10/03/06 | 2110 | 1,000.00- | | | | | |
| | 56 | STEFANIK | 10/05/06 | 2030 | 24,228.00- | | | | | |
| | 56 | STEFANIK | 10/05/06 | 2030 | 24,228.00 | | | | | |
| | | | Balance: | | 12,584.63- | | | | 12,584.63- | |
| 102426 | Cntl Name: BURGESS,KATHRYN M | | | | Cntl Age: 09/30/06 | | | | | |
| | BF | | 09/30/06 | | 3,737.00 | | | | | |
| | 56 | 34389 | 10/09/06 | 2030 | 3,977.00- | | | | | |
| | | | Balance: | | 240.00- | 1,000.00 | 1,240.00- PRE | | | |
| 102440 | Cntl Name: DESJARLAIS,SHELLIE | | | | Cntl Age: 09/30/06 | | | | | |
| | BF | | 09/30/06 | | 300.00 | | | | | |
| | 56 | 34374 | 10/06/06 | 2110 | 300.00- | | | | | |
| | | | Balance: | | 0.00 | | | | | |
| 102444 | Cntl Name: MADER,JERRY L | | | | Cntl Age: 09/30/06 | | | | | |
| | BF | | 09/30/06 | | 8,899.00 | | | | | |

```
V Rcv Cust  Jrn    Refer  Acctg Dt   Acct    Amount        2110         2111         2030         3010         3020
-----------  ---  --------  --------  ------  -----------  -----------  -----------  -----------  -----------  -----------
             56    34372   10/06/06   2110    3,000.00-
             56    34434   10/30/06   2030    5,899.00-
                                    Balance:     0.00

     102447  Cntl Name: KURTH,NICHOLAS M        Cntl Age: 09/30/06
             BF            09/30/06              500.00
             56    34373   10/06/06   2110       500.00-
                                    Balance:     0.00

     102452  Cntl Name: ROCK ABOVE,ASHLEY       Cntl Age: 09/30/06
             BF            09/30/06              500.00
             56    34393   10/09/06   2110       500.00-
                                    Balance:     0.00

     102460  Cntl Name: WHITAKER,SHIRLEY L      Cntl Age: 09/30/06
             BF            09/30/06           11,696.00
             56  WHITTAKER 10/19/06   2030    11,696.00-
                                    Balance:     0.00

     102465  Cntl Name: BENNETTS,SARA           Cntl Age: 10/14/06
             10    K6127   10/14/06   3010    12,500.00-
             10    K6127   10/14/06   3010        79.59-
             10    K6127   10/14/06   2030    29,238.00
             56  BENNETTS  10/16/06   2030    29,238.00-
                                    Balance: 12,579.59-                                                 12,579.59-

     102466  Cntl Name: VONFELDT,LENNY          Cntl Age: 10/16/06
             56    34413   10/16/06   2110       450.00
             56    34413   10/16/06   2110       450.00-
                                    Balance:     0.00

     102467  Cntl Name: CLIFTON,BILL L          Cntl Age: 10/15/06
             10    K6050   10/15/06   2030    17,499.00
             10    K6050   10/15/06   2030        50.00-
             10    K6050   10/15/06   2111       250.00
             10    K6050   10/15/06   2110       250.00
             56    34423   10/17/06   2110       250.00-
             56    34430   10/30/06   2111       250.00-
             56  CLIFTON   10/18/06   2030    17,449.00-
                                    Balance:     0.00

     102476  Cntl Name: ODEI,KENDRA A           Cntl Age: 10/20/06
             20    P4073   10/20/06   2030        50.00-
             20    P4073   10/20/06   2030    13,049.00
             56    ODEI    10/20/06   2030    12,999.00-
                                    Balance:     0.00

     102479  Cntl Name: DOCKTER,DARCY           Cntl Age: 10/20/06
             20    P4090   10/20/06   3010     3,000.00-
             20    P4090   10/20/06   2030    22,398.00
             20    P4090   10/20/06   2030       470.00-
             56  DOCKTOR   10/27/06   2030    21,928.00-
                                    Balance:  3,000.00-                                                  3,000.00-
```

```
V Rcv Cust Jrn    Refer   Acctg Dt    Acct    Amount          2110          2111          2030          3010          3020
---------- ---   -------- --------   ------- -----------     ---------     ---------     ---------     ---------     ---------

    102481  Cntl Name: O'LEARY,EDWARD E        Cntl Age: 10/21/06
            10        K6109 10/21/06   2030     21,204.00
            10        K6109 10/21/06   2030        370.00-
                      K6109 10/31/06   2030        218.00-
            10        K6109 10/21/06   2110      1,000.00
            56        34424 10/30/06   2110      1,000.00-
                                 Balance:       20,616.00                                              20,616.00   post

    102483  Cntl Name: ADAMS,GENE               Cntl Age: 10/23/06
            10        K6091 10/23/06   3010     21,426.00-
            10        K6091 10/23/06   3010         57.70-
            10        K6091 10/23/06   2030     31,925.00
            10        K6091 10/23/06   2111      1,000.00
            10        K6091 10/23/06   2110      4,000.00
            56        34425 10/30/06   2110      4,000.00-
            56        ADAMS 10/25/06   2030     31,925.00-
                                 Balance:       20,483.70-                  1,000.00 post              21,483.70-

    102484  Cntl Name: MARTENS,JAMES W          Cntl Age: 10/23/06
            10        K6019 10/23/06   3010     13,551.54-
            10        K6019 10/23/06   3010      4,800.60-
            10        K6019 10/23/06   2030     23,351.14
            10        K6019 10/23/06   2111        100.00
            56        34442 10/30/06   2111        100.00-
            56        MARTENS 10/25/06 2030     23,351.14-
                                 Balance:       18,352.14-                                             18,352.14-

    102485  Cntl Name: MARTENS,JAMES W          Cntl Age: 10/23/06
            20        P4081 10/23/06   2030         50.00-
            20        P4081 10/23/06   2030     11,994.00
            56        MARTENS 10/24/06 2030     11,944.00-
                                 Balance:            0.00

    102486  Cntl Name: KASE,MICHAEL JOHN        Cntl Age: 10/24/06
            10        B103 10/24/06    2110      8,533.00
                                 Balance:        8,533.00     8,533.00 post

    K6127A  Cntl Name: GRAHAM                   Cntl Age: 10/31/06
            21        K6127A 10/31/06  2110      6,500.00
                                 Balance:        6,500.00     6,500.00 post

      NSF   Cntl Name: NSF CHECKS W/OFF         Cntl Age: 01/31/02
            BF           09/30/06               35,357.49
            56        34414 10/16/06   2110         50.00-
                                 Balance:       35,307.49    35,307.49 PRE

    P3211A  Cntl Name: KALISPELL AUTO           Cntl Age: 09/30/06
                       LIQUIDATORS
            BF           09/30/06                5,500.00
                                 Balance:        5,500.00     5,500.00 PRE

    P3384A  Cntl Name: KALISPELL AUTO           Cntl Age: 09/30/06
                       LIQUIDATORS
            BF           09/30/06                2,000.00
```

```
V Rcv Cust  Jrn    Refer  Acctg Dt   Acct     Amount         2110         2111        2030        3010        3020
---------- ---  --------- --------  ------  -----------   -----------   ---------   ---------   ---------   ---------
                                    Balance:  2,000.00     2,000.00                                                    pre

   P3704  Cntl Name: KALISPELL AUTO           Cntl Age: 10/09/06
          LIQUIDATORS
          56     34386  10/09/06    2110     7,800.00
          56     34386  10/09/06    2110     7,800.00-
                                    Balance:     0.00

   P3750  Cntl Name: ZOE                      Cntl Age: 09/30/06
          BF            09/30/06             11,500.00
          56     34358  10/03/06    2110      8,500.00
          56     34358  10/03/06    2110      8,500.00-
          56     34359  10/03/06    2110     11,500.00-
                                    Balance:     0.00

   P3780  Cntl Name: KALISPELL AUTO           Cntl Age: 10/09/06
          LIQUIDATORS
          56     34385  10/09/06    2110     8,500.00
          56     34385  10/09/06    2110     8,500.00-
                                    Balance:     0.00

   P3782  Cntl Name: KALISPELL AUTO           Cntl Age: 10/09/06
          LIQUIDATORS
          56     34388  10/09/06    2110     8,500.00
          56     34388  10/09/06    2110     8,500.00-
                                    Balance:     0.00

   P3805  Cntl Name: KALISPELL AUTO           Cntl Age: 10/09/06
          LIQUIDATORS
          56     34387  10/09/06    2110     8,900.00
          56     34387  10/09/06    2110     8,900.00-
                                    Balance:     0.00

   P4030  Cntl Name: GRAHAM                   Cntl Age: 10/26/06
          21     P4030  10/26/06    2110    18,000.00
                                    Balance: 18,000.00    18,000.00                                                    post

   P4042  Cntl Name: ZOE                      Cntl Age: 09/30/06
          BF            09/30/06              8,500.00
          56     34358  10/03/06    2110      8,500.00-
          56     34359  10/03/06    2110     11,500.00
          56     34359  10/03/06    2110     11,500.00-
                                    Balance:     0.00

   P4087  Cntl Name: GRAHAM                   Cntl Age: 10/31/06
          21     P4087  10/31/06    2110    15,429.83
                                    Balance: 15,429.83    15,429.83                                                    Post

  P4094A2 Cntl Name: GALLE IV,HUGO F          Cntl Age: 10/12/06
          21    P4094A2 10/12/06    2111        35.00
          21    P4094A2 10/12/06    2110       800.00
          56     34403  10/12/06    2110       800.00-
                                    Balance:    35.00                     35.00                                        PRE
```

INCREDIBLE AUTO SALES  
Schedule: 22 VEH SETTLEMENT ANALYSIS  
Complete Final Report as of 10/31/06

| cv Cust Jrn | Refer Acctg Dt | Acct | Amount | 2110 | 2111 | 2030 | 3010 | 3020 |
|---|---|---|---|---|---|---|---|---|
| | | Grand Total: | 53,898.49- | 206,532.21 | 5,935.00 | 10,576.00 | 276,261.70- | |

Handwritten annotations:
- 206252.21 (below 206,532.21)
- 20616.00 (below 10,576.00)
- 295032.14- (below 276,261.70-)

Values 206,532.21, 10,576.00 (partially), and 276,261.70- are crossed out.