```
Rcv Cust Jrn      Refer Acctg Dt   Acct      Amount           2110            2111            2030            3010            3020
-------- ---      ----- --------   ----      ------           ----            ----            ----            ----            ----

     13  Cntl Name: MONTH,THIRTEENTH      Cntl Age: 12/31/00
         BF           10/31/06            110,181.89
                            Balance:      110,181.89      110,181.89

 100652  Cntl Name: GOODIRON,PERCY        Cntl Age: 10/13/06
         BF           10/31/06             13,759.00-
                            Balance:       13,759.00-                                                        13,759.00-

 101305  Cntl Name: HAAK,MARGO            Cntl Age: 09/28/06
         BF           10/31/06             10,232.00-
                            Balance:       10,232.00-                                                        10,232.00-

 101564  Cntl Name: BLACKSTONE,SHIRLEY    Cntl Age: 10/06/06
         BF           10/31/06                600.00-
                            Balance:           600.00-                                                          600.00-

 101603  Cntl Name: SMITH,DARREN          Cntl Age: 09/28/06
         BF           10/31/06              9,055.96-
                            Balance:        9,055.96-                                                         9,055.96-

 101604  Cntl Name: GATES,DIANE M         Cntl Age: 09/28/06
         BF           10/31/06             13,153.00-
                            Balance:       13,153.00-                                                        13,153.00-

 101615  Cntl Name: BEAR                  Cntl Age: 09/28/06
                    MEDICINE,JENNIFER
         BF           10/31/06              3,500.00-
                            Balance:        3,500.00-                                                         3,500.00-

 101632  Cntl Name: KNOBLOCH,JACK         Cntl Age: 09/28/06
         BF           10/31/06             11,474.00-
                            Balance:       11,474.00-                                                        11,474.00-

 101683  Cntl Name: SENTER,GREGG          Cntl Age: 09/01/06
         BF           10/31/06              2,000.00
                            Balance:        2,000.00        2,000.00

 101703  Cntl Name: HARPSTER,HANNAH       Cntl Age: 09/01/06
         BF           10/31/06                800.00
                            Balance:          800.00          800.00

 101767  Cntl Name: KENNEDY,CHERYL        Cntl Age: 09/28/06
         BF           10/31/06              7,607.28-
                            Balance:        7,607.28-                                                         7,607.28-

 101775  Cntl Name: HATTON,VALERIE A      Cntl Age: 09/28/06
         BF           10/31/06             16,066.48-
                            Balance:       16,066.48-                                                        16,066.48-

 101891  Cntl Name: KOSTELECKY,DUANE      Cntl Age: 09/28/06
         BF           10/31/06              4,473.00-
                            Balance:        4,473.00-                                                         4,473.00-
```

| Rcv Cust | Jrn | Refer | Acctg Dt | Acct | Amount | 2110 | 2111 | 2030 | 3010 | 3020 |
|---|---|---|---|---|---|---|---|---|---|---|
| 101914 | Cntl Name: SPAH,KELLY S | | | | Cntl Age: 09/26/06 | | | | | |
| | BF | | 10/31/06 | | 15,357.09- | | | | | |
| | | | Balance: | | 15,357.09- | | | | 15,357.09- | |
| 102000 | Cntl Name: SATKO,DARYL | | | | Cntl Age: 08/31/06 | | | | | |
| | BF | | 10/31/06 | | 1,050.00- | | | | | |
| | | | Balance: | | 1,050.00- | | | | 1,050.00- | |
| 102022 | Cntl Name: FOURBEAR,DENNIS | | | | Cntl Age: 08/18/06 | | | | | |
| | BF | | 10/31/06 | | 500.00 | | | | | |
| | | | Balance: | | 500.00 | 500.00 | | | | |
| 102128 | Cntl Name: JAGELSKI,WHITNEY | | | | Cntl Age: 08/31/06 | | | | | |
| | BF | | 10/31/06 | | 1,826.01- | | | | | |
| | | | Balance: | | 1,826.01- | | | | 1,826.01- | |
| 102129 | Cntl Name: BROWN,RYAN | | | | Cntl Age: 08/31/06 | | | | | |
| | BF | | 10/31/06 | | 3,101.61- | | | | | |
| | | | Balance: | | 3,101.61- | | | | 3,101.61- | |
| 102142 | Cntl Name: PARNELL,KEVIN | | | | Cntl Age: 08/31/06 | | | | | |
| | BF | | 10/31/06 | | 2,706.62- | | | | | |
| | | | Balance: | | 2,706.62- | | | | 2,706.62- | |
| 102164 | Cntl Name: VEIT,KIT | | | | Cntl Age: 08/31/06 | | | | | |
| | BF | | 10/31/06 | | 2,300.11- | | | | | |
| | | | Balance: | | 2,300.11- | | | | 2,300.11- | |
| 102174 | Cntl Name: GOOD HOUSE,EVELYN | | | | Cntl Age: 10/23/06 | | | | | |
| | BF | | 10/31/06 | | 1,000.00 | | | | | |
| | | | Balance: | | 1,000.00 | 1,000.00 | | | | |
| 102186 | Cntl Name: HAS EAGLE,DORCAS | | | | Cntl Age: 08/31/06 | | | | | |
| | BF | | 10/31/06 | | 5,025.00- | | | | | |
| | | | Balance: | | 5,025.00- | | | | 5,025.00- | |
| 102192 | Cntl Name: ANDRES,MARTY | | | | Cntl Age: 08/31/06 | | | | | |
| | BF | | 10/31/06 | | 4,964.17- | | | | | |
| | | | Balance: | | 4,964.17- | | | | 4,964.17- | |
| 102194 | Cntl Name: MOORE,MOLLY A | | | | Cntl Age: 08/31/06 | | | | | |
| | BF | | 10/31/06 | | 11,801.66- | | | | | |
| | | | Balance: | | 11,801.66- | | | | 11,801.66- | |
| 102204 | Cntl Name: GREEN,RENEE L | | | | Cntl Age: 11/06/06 | | | | | |
| | 60 | 950001 | 11/06/06 | 2110 | 1,000.00 | | | | | |
| | | | Balance: | | 1,000.00 | 1,000.00 | | | | |
| 102216 | Cntl Name: MILLER,CATHLEEN | | | | Cntl Age: 08/31/06 | | | | | |
| | BF | | 10/31/06 | | 18,771.96- | | | | | |
| | | | Balance: | | 18,771.96- | | | | 18,771.96- | |
| 102225 | Cntl Name: STEADMAN,ADAM J | | | | Cntl Age: 08/31/06 | | | | | |
| | BF | | 10/31/06 | | 14,450.00- | | | | | |

```
Rcv Cust Jrn      Refer  Acctg Dt    Acct       Amount          2110          2111          2030          3010          3020
-------- ---  ---------- --------  -------  --------------  ------------  ------------  ------------  ------------  ------------
                                   Balance:     14,450.00-                                              14,450.00-

 102230  Cntl Name: WHITEBULL SR,RUBIN C   Cntl Age: 08/31/06
         BF            10/31/06              500.00
                                   Balance:     500.00         500.00

 102260  Cntl Name: LAWLEY,SCOTT            Cntl Age: 08/31/06
         BF            10/31/06            6,881.65-
                                   Balance:   6,881.65-                                                  6,881.65-

 102267  Cntl Name: KYHL,PAULA              Cntl Age: 08/31/06
         BF            10/31/06            7,462.17-
                                   Balance:   7,462.17-                                                  7,462.17-

 102305  Cntl Name: TURNER,LINDA            Cntl Age: 09/15/06
         BF            10/31/06            1,050.00-
                                   Balance:   1,050.00-                                                  1,050.00-

 102338  Cntl Name: DEROCKBRAINE,FRANK      Cntl Age: 09/20/06
         BF            10/31/06           11,533.55-
         56    34477    11/06/06   2111      500.00-
                                   Balance:  12,033.55-                                                 12,033.55-

 102354  Cntl Name: LANDRIE,LEROY           Cntl Age: 09/22/06
         BF            10/31/06            1,900.00-
                                   Balance:   1,900.00-                                                  1,900.00-

 102361  Cntl Name: HOWELL,WILLADEAN        Cntl Age: 09/23/06
         92    73676    10/31/06   3010    9,270.44-
         92    P3697    10/31/06   3010    8,800.00-
         92    P3697    10/31/06   2030    8,800.00
         BF            10/31/06            8,800.00-
                                   Balance:   8,800.00-                                                  8,800.00-

 102397  Cntl Name: REIDY,PHILIP            Cntl Age: 09/28/06
         BF            10/31/06              400.00
         56    34495    11/10/06   2111      400.00-
         60   950004    11/15/06   2110      400.00
                                   Balance:     400.00         400.00

 102411  Cntl Name: BENNETTS,JOHN           Cntl Age: 09/30/06
         BF            10/31/06            8,797.13-
                                   Balance:   8,797.13-                                                  8,797.13-

 102418  Cntl Name: SHEEHAN,DEAN            Cntl Age: 09/30/06
         BF            10/31/06            5,680.00-
                                   Balance:   5,680.00-                                                  5,680.00-

 102420  Cntl Name: ROCK,AVIS               Cntl Age: 09/30/06
         BF            10/31/06            1,000.00
         56    34476    11/06/06   2111    1,000.00-
         60   950003    11/09/06   2110    1,000.00
                                   Balance:   1,000.00        1,000.00
```

```
Rcv Cust Jrn      Refer Acctg Dt   Acct      Amount          2110          2111          2030          3010          3020
-------- ---  ----------- --------  ------ --------------  ------------  ------------  ------------  ------------  ------------

102421 Cntl Name: GEISER,MICHAEL       Cntl Age: 09/30/06
       BF            10/31/06             3,152.63-
                              Balance:    3,152.63-                                                    3,152.63-

102423 Cntl Name: STEFANIK,DANIEL      Cntl Age: 09/30/06
       BF            10/31/06            12,584.63-
                              Balance:   12,584.63-                                                   12,584.63-

102465 Cntl Name: BENNETTS,SARA        Cntl Age: 10/14/06
       BF            10/31/06            12,579.59-
                              Balance:   12,579.59-                                                   12,579.59-

102479 Cntl Name: DOCKTER,DARCY        Cntl Age: 10/20/06
       BF            10/31/06             3,000.00-
                              Balance:    3,000.00-                                                    3,000.00-

102483 Cntl Name: ADAMS,GENE           Cntl Age: 10/23/06
       BF            10/31/06            20,483.70-
       56     34468 11/06/06   2111      1,000.00-
                              Balance:   21,483.70-                                                   21,483.70-

102484 Cntl Name: MARTENS,JAMES W      Cntl Age: 10/23/06
       BF            10/31/06            18,352.14-
                              Balance:   18,352.14-                                                   18,352.14-

102496 Cntl Name: MOLINE,CONRAD        Cntl Age: 11/06/06
       20     P3951 11/06/06   3010     10,094.00-
       20     P3951 11/06/06   2030     15,788.00
       20     P3951 11/06/06   2110      1,000.00
       56     34467 11/06/06   2110      1,000.00-
       56     MOLINE 11/09/06  2030     15,788.00-
                              Balance:   10,094.00-                                                   10,094.00-

102502 Cntl Name: OGGER,JAMIE          Cntl Age: 11/16/06
       20     P4082 11/16/06   2030     17,494.00
                              Balance:   17,494.00                                     17,494.00

102503 Cntl Name: OGGER,WAYNE          Cntl Age: 11/16/06
       20     P4086 11/16/06   3010      4,800.00-
       20     P4086 11/16/06   2030     18,599.00
       20     P4086 11/16/06   2030         75.00-
       20     P4086 11/30/06   2030         95.00-
                              Balance:   13,629.00                                     18,429.00      4,800.00-

102506 Cntl Name: WEILAND,CHERYL       Cntl Age: 11/18/06
       20    P4086A 11/18/06   2030         75.00-
       20    P4086A 11/18/06   2030     10,179.00
                              Balance:   10,104.00                                     10,104.00

102507 Cntl Name: KOLAR,WADE           Cntl Age: 11/25/06
       20     P4092 11/25/06   2030     11,205.00
       20     P4092 11/25/06   2030        370.00-
                              Balance:   10,835.00                                     10,835.00
```

```
Rcv Cust Jrn      Refer  Acctg Dt   Acct      Amount           2110            2111            2030            3010            3020
-------- ---  ----------  --------  ------  --------------  --------------  --------------  --------------  --------------  --------------

K6127A   Cntl Name: GRAHAM                   Cntl Age: 10/31/06
         BF           10/31/06                  6,500.00
                                  Balance:     6,500.00        6,500.00

   NSF   Cntl Name: NSF CHECKS W/OFF          Cntl Age: 01/31/02
         BF           10/31/06                 35,307.49
         56     34483 11/06/06    2110            50.00-
         56     34506 11/13/06    2110            50.00-
                                  Balance:    35,207.49       35,207.49

P3211A   Cntl Name: KALISPELL AUTO            Cntl Age: 09/30/06
                    LIQUIDATORS
         BF           10/31/06                  5,500.00
                                  Balance:     5,500.00        5,500.00

P3384A   Cntl Name: KALISPELL AUTO            Cntl Age: 09/30/06
                    LIQUIDATORS
         BF           10/31/06                  2,000.00
                                  Balance:     2,000.00        2,000.00

P4094A2  Cntl Name: GALLE IV,HUGO F           Cntl Age: 10/12/06
         BF           10/31/06                     35.00
                                  Balance:        35.00                                          35.00

                              Grand Total:   86,439.76-     166,589.38          35.00        56,862.00      309,926.14-
```

*handwritten:* $ 166,624.38