# DEALER FINANCIAL STATEMENT



**Dealership Name:** INCREDIBLE AUTO SALES
**Address:** 1832 KING AVE WEST
**City, State:** BILLINGS MT

**Month:** 11   **Year:** 06   **Dealer Code:** MT004   **Reg./Dist.:** DIS

| ASSETS | Acct. No. | AMOUNT | | LIABILITIES | Acct. No. | AMOUNT |
|---|---|---|---|---|---|---|
| **CASH AND CONTRACTS** | | | | **ACCOUNTS PAYABLE** | | |
| Cash on Hand | 2010 | 600 | 2 | Trade Creditors | 3000 | -19306 |
| Cash in Bank / Temp. Cash Investment | 2020 | 244961 | 3 | Vehicle Lien Payoff | 3010 | 109926 |
| Contracts in Transit | 2030 | 56862 | 4 | Customer Deposits / Prepaid Dist. Incentives | 3020 | 10457 |
| TOTAL CASH AND CONTRACTS | | 302423 | 5 | License and Title Fees | 3030 | 724412 |
| **RECEIVABLES** | | | 6 | TOTAL ACCOUNTS PAYABLE | | 1025489 |
| **CUSTOMER** | | | 7 | **ACCRUED LIABILITIES** | | |
| Service and Parts | 2100 | 85816 | 8 | Interest | 3100 | 18658 |
| Vehicle | 2110 | 166624 | 9 | Insurance | 3110 | |
| Customer Notes | 2120 | | 10 | Payroll | 3120 | -3403 |
| Loans, Rental and Service Contracts | 2130 | 841 | 11 | Payroll Taxes / Sales Tax | 3140 | 38157 |
| Miscellaneous Customer | 2150 | 144015 | 12 | Taxes - Other Than Payroll, Sales & Income | 3150 | |
| **DISTRIBUTOR** | | | 13 | Corporate / Income Tax | 3160 | |
| Warranty Claims - Kia | 2200 | 5522 | 14 | Bonuses - Owners and Employees | 3170 | |
| Warranty Claims - Other | 2205 | | 15 | Pension Fund / Profit Sharing | 3180 | 1309 |
| Pre-Delivery Service - Kia | 2210 | | 16 | Miscellaneous Accruals / Notes Payable Short Term | 3190 | 68505 |
| Factory Holdback Receivable - Kia | 2230 | | 17 | TOTAL ACCRUED LIABILITIES | | 123226 |
| Factory Holdback Receivable - Other | 2235 | | 18 | TOTAL ACCTS. PAYABLE & ACCRUED LIABILITIES | | 1148715 |
| Vehicle Incentives | 2240 | 500 | 19 | **NOTES PAYABLE** | | |
| Other Distributor Receivables | | 350 | 20 | New Vehicles and Demonstrators | 3300 | 840457 |
| Less: Allowance For Doubtful Accounts | 2260 | | 21 | Used Vehicles | 3310 | 1346031 |
| NET CUST. / DIST. REC. | | 403668 | 22 | Other Inventories | 3320 | 37589 |
| Finance and Insurance Receivables - Current | | 18568 | 23 | Lease Vehicles | 3400 | |
| TOTAL RECEIVABLES | | 422236 | 24 | Rental Vehicles | 3410 | 57121 |
| **INVENTORIES** | CAR | TRUCK | 25 | TOTAL VEHICLES LIABILITIES | | 2281198 |
| * Demos - Kia | 2300 | | 26 | TOTAL CURRENT LIABILITIES | | 3429913 |
| * Demos - Other | 2310 | | 27 | Reserve For Repossession and Service Contract Losses | | -25747 |
| * New Vehicles - Kia | 17 11 | 2320 | 633610 | 28 | **LONG TERM DEBT** | | |
| * New Vehicles - Other | 5 4 | 2330 | 41504 | 29 | Notes Pay. - Capital Loans | 3600 | |
| TOTAL NEW VEH. INV. | 37 | | 675114 | 30 | Mortgages Payable | 3610 | |
| Used Vehicles - Kia | 11 2 | 2400 | 180674 | 31 | Other Notes & Contracts | 3620 | |
| Used Vehicles - Other | 94 59 | 2405 | 1456835 | 32 | Owners / Officers Notes | 3630 | 1066836 |
| Program Vehicles - Kia | 1 | 2406 | 14304 | 33 | TOTAL CURRENT PORTION | | |
| Parts and Accessories - Kia | | 2410 | 127818 | 34 | TOTAL LONG TERM DEBT | | 1066836 |
| Parts and Accessories - Other | | 2415 | 16477 | 35 | TOTAL LIABILITIES | | 4239872 |
| Tires, Gas, Oil and Grease | | 2430 | 3733 | 36 | LIFO Reserve Inventory Adjustment | 3801 | |
| Body Shop Materials / Sublet Repairs | | | 878 | 37 | | | |
| Work In Process - Labor | | 2470 | 988 | 38 | **NET WORTH** | | |
| Non-Automotive Merchandise | | 2480 | | 39 | CORPORATION / PROPRIETORSHIP OR PARTNERSHIP | | |
| TOTAL ALL INVENTORIES | | | 3475821 | 40 | Capital Stock / Investments | | 781291 |
| **OTHER CURRENT ASSETS** | | | 41 | Add'l. Paid in Capital | 3970 | 1263399 |
| Marketable Securities | | 2500 | | 42 | Treasury Stock | 3810 | |
| Prepaid Expenses | | | 157247 | 43 | Retained Earnings | 3920 | -2171860 |
| TOTAL OTHER CURRENT ASSETS | | | 157247 | 44 | Dividends / Drawing | | |
| **OTHER VEHICLE ASSETS** | | 2475 | | 45 | NET INVESTMENT | | -127170 |
| * Lease Vehicles | | | | 46 | **CURRENT EARNINGS BEFORE TAXES** | | |
| * Rental Vehicles | | 2611 | 39311 | 47 | MO. | | |
| TOTAL OTHER VEHICLE ASSETS | | | 39311 | 48 | JAN. | 46 15 | 4826 |
| TOTAL CURRENT ASSETS | | | 1397038 | 49 | FEB. | 8 65 4 | 7895 |
| **FIXED ASSETS - AUTO BUSINESS ONLY** | | | | 50 | MAR. | 9 46 9 | -39007 |

(Further fixed assets and monthly earnings continue with COST / ACCUM DEPR / NET BOOK columns; monthly figures for APR through DEC follow.)

| MAR. | 9 | | 46 | 9 | -39007 |
| APR. | 8 | | 46 | 8 | -22754 |
| MAY | 7 | 1 | 52 | 18 | -30028 |
| JUNE | 13 | | 35 | 8 | -51134 |
| JULY | 13 | | 50 | 16 | 11152 |
| AUG. | 11 | | 50 | 17 | 3806 |
| SEP. | 9 | | 39 | 36 | -236266 |
| OCT. | 5 | 1 | 4 | 3 | -85911 |
| NOV. | 1 | | 7 | 2 | -58874 |
| DEC. | | | | | |
| TOT. | 92 | 2 | 440 | 136 | -506735 |

Net Profit (Loss) After Taxes: 3990  -506735
TOTAL NET WORTH: -633905
TOTAL LIABILITIES & NET WORTH: 3605967
TOTAL ASSETS: 3605967

## FINANCIAL SUMMARY

| $ 1048154 | $ -32875 | $ 289103 | $ 235489 |
|---|---|---|---|
| Net Working Capital Requirement | Actual Working Capital (CURRENT ASSETS) LESS (CURRENT LIABILITIES & CURRENT PORTION LONG TERM DEBT.) | Net Cash | Average Monthly Expense |

| # | NAME OF ACCOUNT | ACCT. NO. | TOTAL DEALERSHIP MONTH | % SALES | YEAR TO DATE | % SALES | (1) NEW KIA DEPARTMENT MONTH | YEAR TO DATE | (2) NEW OTHER DEPARTMENT MONTH | YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TOTAL SALES | | 182109 | | 10057695 | | 26351 | 2103677 | | 16438 |
| 2 | TOTAL GROSS PROFIT | | 41594 22.84 | | 1808296 17.98 | | 1726 | 283657 | | 476 |
| 3 | DEPARTMENTAL SELLING EXPENSES | | | | | | | | | |
| 4 | Sales Compensation | 7000 | 3657 8.79 | | 275106 15.21 | | 496 | 24634 | | 295 |
| 5 | Supervision Compensation | 7010 | 14150 34.02 | | 278209 15.39 | | 1600 | 33097 | | |
| 6 | Delivery Expenses | 7020 | | | | | | | | |
| 7 | Fin., Ins. & S.C. Compensation | 7030 | 1500 3.61 | | 53170 2.94 | | 300 | 6559 | | |
| 8 | Advertising - Departmental | 7040 | 5506 13.24 | | 445871 26.66 | | 1361 | 81243 | | |
| 9 | Interest - Floor Plan | 7050 | | | 173266 9.58 | | | 69263 | | 5771 |
| 10 | TOTAL SELLING EXPENSES | | 24813 59.66 | | 1225622 67.78 | | 3757 | 214796 | | 6066 |
| 11 | DEPARTMENTAL OPERATING EXPENSES | | | | | | | | | |
| 12 | Policy Adjustments | 7110 | 284 .68 | | 2903 .16 | | | | | |
| 13 | Claims Adjustments | 7130 | | | | | | | | |
| 14 | Demos. & Company Vehicles - Dept. | 7140 | 1941 4.67 | | 70214 3.88 | | 299 | 10509 | | |
| 15 | Inventory Maintenance | 7150 | 1607 3.86 | | 28835 1.59 | | 450 | 6991 | | |
| 16 | Personnel Training | 7160 | 470 1.13 | | 11034 .61 | | 83 | 998 | | |
| 17 | Outside Services - Departmental | 7170 | | | | | | | | |
| 18 | Freight | 7180 | -43 -.10 | | 2199 .12 | | | | | |
| 19 | Supplies & Small Tools | 7190 | 426 1.02 | | 11938 .66 | | 44 | 659 | | |
| 20 | Laundry & Uniforms | 7200 | 669 1.61 | | 2189 .12 | | | | | |
| 21 | Depr.-Equip. & Vehicles-Dept. | 7210 | | | | | | | | |
| 22 | Equip. Maint., Repair & Rental Dept. | 7220 | 467 1.13 | | 5362 .30 | | 11 | 101 | | |
| 23 | Miscellaneous Expenses | 7230 | 117 .28 | | 1286 .07 | | | | | |
| 24 | Salaries & Wages | 7250 | 2286 5.50 | | 25201 1.39 | | | | | |
| 25 | Clerical Salaries | 7260 | 4136 9.94 | | 67187 3.75 | | 827 | 13644 | | |
| 26 | Vacation & Time Off Pay | 7270 | 335 .81 | | 4727 .26 | | | | | |
| 27 | TOTAL OPERATING EXPENSES | | 12695 30.52 | | 233075 12.93 | | 1714 | 31902 | | |
| 28 | TOTAL SELLING & OPER. EXPS. | | 37508 | | 1458597 | | 5471 | 246698 | | 6066 |
| 29 | TOTAL SELL. & OPER. EXPS. % OF GROSS PROFIT | | 90.18 | | 80.71 | | 316.98% | 86.97% | | A % |
| 30 | DEPT'L. PROFIT (LOSS) | | 4086 9.82 | | 348899 19.29 | | -3745 | 36959 | | -5590 |
| 31 | OVERHEAD EXPENSES | | | | | | PRORATION OPTIONAL | | | |
| 32 | Rent & Equivalent | 7400 | 17546 42.18 | | 128691 12.65 | | 2865 | 30398 | | 1100 |
| 33 | Salaries & Wages - Admin. & General | 7410 | 5024 12.08 | | 62711 3.47 | | 1005 | 12542 | | |
| 34 | Owners Salaries | 7420 | 15000 36.06 | | 60000 33.3 | | 3000 | 9200 | | |
| 35 | Payroll Taxes | 7430 | 6782 16.31 | | 126028 6.97 | | 1329 | 19768 | | |
| 36 | Employee Benefits | 7440 | 2506 6.02 | | 48167 2.66 | | 499 | 6603 | | |
| 37 | Pension Fund / Profit Sharing | 7450 | | | | | | | | |
| 38 | Advertising - General & Institutional | 7460 | 1505 3.62 | | 9987 .55 | | 269 | 1197 | | |
| 39 | Stationery & Office Supplies | 7470 | 317 .76 | | 12193 .67 | | 63 | 1851 | | |
| 40 | Data Processing Services | 7480 | 5488 13.19 | | 66981 3.70 | | 1200 | 10841 | | |
| 41 | Outside Services - General & Inst. | 7490 | 2018 4.85 | | 16492 .90 | | 413 | 32577 | | |
| 42 | Company Vehicles - Administration | 7500 | | | | | | | | |
| 43 | Contributions | 7510 | | | 15286 .85 | | | 2021 | | |
| 44 | Dues & Subscriptions | 7520 | 40 .10 | | 4347 .24 | | 8 | 481 | | |
| 45 | Telephone | 7530 | 1358 3.26 | | 31659 1.75 | | 272 | 4392 | | |
| 46 | Legal & Auditing | 7540 | | | 30963 1.71 | | | 4153 | | |
| 47 | Postage | 7550 | 620 1.49 | | 6712 .37 | | 104 | 543 | | |
| 48 | Travel & Entertainment | 7560 | 66 .16 | | 7265 .40 | | 11 | 1105 | | |
| 49 | Heat, Light, Power & Water | 7570 | 494 1.19 | | 33132 1.83 | | 59 | 4888 | | |
| 50 | Furniture, Sign, Fixtures & Equipment - Maintenance, Repair & Rental | 7580 | 1669 4.01 | | 31814 1.76 | | 250 | 4624 | | |
| 51 | Furniture, Sign, Fixtures & Equipment - Depreciation | 7590 | | | 23215 1.28 | | | 3627 | | |
| 52 | Insurance - Other Than Bldgs. & Improvements | 7600 | 5855 14.08 | | 56577 3.13 | | 1171 | 10595 | | 2250 |
| 53 | Taxes - Other Than Real Estate, Payroll & Income | 7610 | | | 11670 .65 | | | 2306 | | |
| 54 | Interest - Other Than Floor Plan & R.E. Mortgage | 7620 | | | 99187 5.49 | | | | | |
| 55 | TOTAL OVERHEAD EXPENSES | | 66288 B | | 1130977 62.54 | | 12560 | 163812 | | 3350 |
| 56 | TOTAL EXPENSES | | 103796 C | | 2589574 D | | 18031 | 410510 | | 9416 |
| 57 | ADJUSTED DEPT. PROFIT (LOSS) | | | | | | -16305 | -126853 | | -8940 |
| 58 | OPERATING PROFIT (LOSS) | | -62202 E | | -782078 F | | | | | |
| 59 | NET ADDITIONS OR DEDUCTIONS | | 3229 .776 | | 275339 15.23 | | | | | |
| 60 | NET PROFIT (LOSS) BEFORE BONUS | | -58973 G | | -506739 H | | | | | |
| 61 | BONUSES-EMPLOYEES | 7700 | | | | | | | | |
| 62 | BONUSES-OWNERS | 7710 | | | | | | | | |
| 63 | NET PROFIT (LOSS) BEFORE TAXES | | -58973 I | | -506739 J | | | | | |
| 64 | ESTIMATED INCOME TAXES | 7800 | 1 | 0 | 14 | -0 | | | | |
| 65 | NET PROFIT (LOSS) AFTER TAXES | | -58974 K | | -506735 L | | | | | |

TOTAL PERSONNEL EXPENSES

| MONTH | YEAR TO DATE |
|---|---|
| 40376 | 941206 |
| %G.P. 97.07 | %G.P. 52.05 |

LINES 4, 5, 7, 14, 25, 26, 32, 33, 34 & 37

| # | ADDITIONS TO INCOME | | | | DEDUCTIONS FROM INCOME | | | |
|---|---|---|---|---|---|---|---|---|
| | ACCOUNT NAME | ACCT. NO. | MONTH | YEAR TO DATE | ACCOUNT NAME | ACCT. NO. | MONTH | YEAR TO DATE |
| | Cash Discounts Earned | 8000 | 40 | 728 | Cash Discounts Allowed | 8100 | | |
| | Interest Earned | 8010 | | | Adj. For Doubtful Accounts | 8120 | | |
| | Bad Debts Recovered | 8020 | | | Other Deductions | 8140 | 29 | 10016 |
| | Other Income | 8040 | 3326 | 289740 | Lease Expenses | 8150 | | |
| | Lease Income | 8050 | | | Rental Expenses | 8160 | 106 | 5113 |
| | Rental Income | 8060 | | | | | | |
| | TOTAL ADDITIONS | | 3364 | 290468 | TOTAL DEDUCTIONS | | 135 | 15129 |

PAGE 2.    TOTAL INCOME AND EXPENSE

| NAME OF ACCOUNT | ACCT NO. | TOTAL DEALERSHIP MONTH | % | YEAR TO DATE | % | (1) NEW KIA DEPARTMENT MONTH | YEAR TO DATE | (2) NEW OTHER DEPARTMENT MONTH | YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|---|
| 1 TOTAL SALES | | 182105 | | 10057695 | | 26351 | 2103677 | | 16438 |
| 2 TOTAL GROSS PROFIT | | 4159 22.84 | | 180829 17.98 | | 1726 | 283657 | | 476 |
| 3 DEPARTMENTAL SELLING EXPENSES | | | | | | | | | |
| 4 Sales Compensation | 7000 | 3657 8.79 | | 275106 15.21 | | 496 | 24634 | | 295 |
| 5 Supervision Compensation | 7010 | 1415 34.02 | | 278209 15.39 | | 1600 | 33097 | | |
| 6 Delivery Expenses | 7020 | | | | | | | | |
| 7 Fin., Ins. & S.C. Compensation | 7030 | 1500 3.61 | | 53170 2.94 | | 300 | 6559 | | |
| 8 Advertising - Departmental | 7040 | 5506 13.24 | | 445871 24.66 | | 1361 | 81243 | | |
| 9 Interest - Floor Plan | 7060 | | | 173266 9.58 | | | 69263 | | 5771 |
| 10 TOTAL SELLING EXPENSES LINES 4-9 INCL. | | 24813 59.66 | | 1225622 67.78 | | 3757 | 214796 | | 6066 |
| 11 DEPARTMENTAL OPERATING EXPENSES | | | | | | | | | |
| 12 Policy Adjustments | 7110 | 284 .68 | | 2903 .16 | | | | | |
| 13 Claims Adjustments | 7120 | | | | | | | | |
| 14 Demos. & Company Vehicles - Dept'l. | 7140 | 1941 4.67 | | 70014 3.88 | | 299 | 10509 | | |
| 15 Inventory Maintenance | 7150 | 1607 3.86 | | 28835 1.59 | | 450 | 6991 | | |
| 16 Personnel Training | 7160 | 470 1.13 | | 11034 .61 | | 83 | 998 | | |
| 17 Outside Services - Departmental | 7170 | | | | | | | | |
| 18 Freight | 7180 | -43 -.10 | | 2199 .12 | | | | | |
| 19 Supplies & Small Tools | 7190 | 426 1.02 | | 11938 .66 | | 44 | 659 | | |
| 20 Laundry & Uniforms | 7200 | 669 1.61 | | 2189 .12 | | | | | |
| 21 Dept. Equip. & Vehicles-Dept'l. | 7210 | | | | | | | | |
| 22 Equip. Maint., Repair & Rental-Dept'l. | 7220 | 467 1.12 | | 5162 .30 | | 11 | 101 | | |
| 23 Miscellaneous Expenses | 7230 | 117 .28 | | 1286 .07 | | | | | |
| 24 Salaries & Wages | 7250 | 3286 5.50 | | 25301 1.39 | | | | | |
| 25 Clerical Salaries | 7260 | 4136 9.94 | | 67887 3.75 | | 827 | 12644 | | |
| 26 Vacation & Time Off Pay | 7270 | 335 .81 | | 4727 .26 | | | | | |
| 27 TOTAL OPERATING EXPENSES LINES 12-26 INCL. | | 12695 30.52 | | 233775 12.93 | | 1714 | 31802 | | |
| 28 TOTAL SELLING & OPER. EXPS. LINES 10 & 27 | | 37508 | | 1459397 | | 5471 | 246698 | | 6066 |
| 29 TOTAL SELL. & OPER. EXPS. % OF GROSS PROFIT | | 90.18 | | 80.71 | | 316.98% | 86.97% | | A % |
| 30 DEPT'L. PROFIT (LOSS) LINE 2 LESS LINE 28 | | 4086 9.82 | | 348991 19.29 | | -3745 | 36959 | | -5590 |
| 31 OVERHEAD EXPENSES | | | | | | PRORATION OPTIONAL | | | |
| 32 Rent & Equivalent | 7400 | 17546 42.18 | | 228691 12.65 | | 2865 | 30398 | | 1100 |
| 33 Salaries & Wages - Admin. & General | 7410 | 5024 12.08 | | 62711 3.47 | | 1005 | 12542 | | |
| 34 Owners Salaries | 7420 | 15000 36.06 | | 60000 3.32 | | 1000 | 9200 | | |
| 35 Payroll Taxes | 7430 | 6782 16.31 | | 126028 6.97 | | 1329 | 19768 | | |
| 36 Employee Benefits | 7440 | 2506 6.02 | | 48167 2.66 | | 499 | 6603 | | |
| 37 Pension Fund / Profit Sharing | 7450 | | | | | | | | |
| 38 Advertising - General & Institutional | 7460 | 1505 3.62 | | 9987 .55 | | 269 | 1197 | | |
| 39 Stationery & Office Supplies | 7470 | 317 .76 | | 12193 .67 | | 63 | 1851 | | |
| 40 Data Processing Services | 7480 | 5488 13.19 | | 66981 3.70 | | 1200 | 10841 | | |
| 41 Outside Services - General & Inst. | 7490 | 2018 4.85 | | 16492 .90 | | 413 | 3257 | | |
| 42 Company Vehicles - Administration | 7500 | | | | | | | | |
| 43 Contributions | 7510 | | | 1528 .85 | | | 2021 | | |
| 44 Dues & Subscriptions | 7520 | 40 .10 | | 4347 .24 | | 8 | 481 | | |
| 45 Telephone | 7530 | 1358 3.26 | | 31659 1.75 | | 272 | 4392 | | |
| 46 Legal & Auditing | 7540 | | | 30963 1.71 | | | 4153 | | |
| 47 Postage | 7550 | 620 1.49 | | 6712 .37 | | 104 | 643 | | |
| 48 Travel & Entertainment | 7560 | 66 .16 | | 7265 .40 | | 13 | 1105 | | |
| 49 Heat, Light, Power & Water | 7570 | 494 1.19 | | 33112 1.83 | | 99 | 4888 | | |
| 50 Furniture, Sign, Fixtures & Equipment Maintenance, Repair & Rental | 7580 | 1669 4.01 | | 31814 1.76 | | 250 | 4624 | | |
| 51 Furniture, Sign, Fixtures & Equipment Depreciation | 7590 | | | 23215 1.28 | | | 3637 | | |
| 52 Insurance - Other Than Bldg. & Improvements | 7600 | 5855 14.08 | | 56577 3.13 | | 1171 | 10595 | | 2250 |
| 53 Taxes - Other Than Real Estate, Payroll & Income | 7610 | | | 11570 .65 | | | 2306 | | |
| 54 Interest - Other Than Floor Plan & R.E. Mortgage | 7620 | | | 99187 5.49 | | | | | |
| 55 TOTAL OVERHEAD EXPENSES LINES 32-54 INCL. | | 66288 B | | 1130377 62.54 | | 12560 | 163812 | | 3350 |
| 56 TOTAL EXPENSES LINES 28 & 55 | | 103796 C | | 2590074 D | | 18031 | 410510 | | 9416 |
| 57 ADJUSTED DEPT. PROFIT (LOSS) LINE 2 LESS LINE 56 | | | | | | -16305 | -126853 | | -8940 |
| 58 OPERATING PROFIT (LOSS) LINE 2 LESS LINE 56 | | -62202 E | | -782078 F | | | | | |
| 59 NET ADDITIONS OR DEDUCTIONS NO. 2 LINE 78 | | 3229 776 | | 275339 15.23 | | TOTAL PERSONNEL EXPENSES | | | |
| 60 NET PROFIT (LOSS) BEFORE BONUS | | -58973 G | | -506739 H | | MONTH | | YEAR TO DATE | |
| 61 BONUSES-EMPLOYEES (BRACKET IF CREDIT) | 7700 | | | | | 40376 | | 941206 | |
| 62 BONUSES-OWNERS (BRACKET IF CREDIT) | 7710 | | | | | | | | |
| 63 NET PROFIT (LOSS) BEFORE TAXES | | -58973 I | | -506739 J | | %G.P. 97.07 | | %G.P. 52.05 | |
| 64 ESTIMATED INCOME TAXES | 7800 | 1 0 | | 40 -.0 | | LINES 4, 5, 7, 24, 25, 26, 32, 33, 34 & 37 | | | |
| 65 NET PROFIT (LOSS) AFTER TAXES | | -58974 K | | -506735 L | | | | | |

| | ADDITIONS TO INCOME | | | | DEDUCTIONS FROM INCOME | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | ACCOUNT NAME | ACCT NO. | MONTH | YEAR TO DATE | ACCOUNT NAME | ACCT NO. | MONTH | YEAR TO DATE | |
| 69 | Cash Discounts Earned | 8000 | 40 | 728 | Cash Discounts Allowed | 8100 | | | |
| 70 | Interest Earned | 8010 | | | Adj. For Doubtful Accounts | 8120 | | | |
| 71 | Bad Debts Recovered | 8020 | | | Other Deductions | 8140 | 29 | 10016 | |
| 72 | Other Income | 8040 | 3324 | 289740 | Lease Expenses | 8150 | | | |
| 73 | Lease Income | 8050 | | | Rental Expenses | 8160 | 106 | 5013 | |
| 74 | Rental Income | 8060 | | | | | | | |
| 75 | | | | | | | | | |
| 76 | TOTAL ADDITIONS LINES 69-75 INCL. | | 3364 | 290468 | TOTAL DEDUCTIONS LINES 69-75 INCL. | | 135 | 15029 | |

KIA US 2006 PAGE 2

TOTAL INCOME AND EXPENSE    PAGE 3

| NAME OF ACCOUNT | ACCT. NO. | (3) USED VEHICLE DEPARTMENT | | (4) SERVICE DEPARTMENT | | (5) BODY SHOP DEPARTMENT | | (6) PARTS & ACCESS. DEPARTMENT | |
|---|---|---|---|---|---|---|---|---|---|
| | | MONTH | YEAR TO DATE | MONTH | YEAR TO DATE | MONTH | YEAR TO DATE | MONTH | YEAR TO DATE |
| TOTAL SALES | | 118211 | 7090894 | 12969 | 361785 | | | 24574 | 456857 |
| TOTAL GROSS PROFIT | | 25808 | 1183619 | 6590 | 193200 | | | 7470 | 147344 |
| DEPARTMENTAL SELLING EXPENSES | | | | | | | | | |
| Sales Compensation | 7000 | 3161 | 199088 | | 35392 | | | | 15697 |
| Supervision Compensation | 7010 | 6400 | 166005 | 3750 | 49386 | | | 2400 | 29723 |
| Delivery Expenses | 7020 | | | | | | | | |
| Fin., Ins. & S.C. Compensation | 7030 | 1200 | 46611 | | | | | | |
| Advertising - Departmental | 7040 | 1966 | 343307 | 125 | 15538 | | | 54 | 5783 |
| Interest - Floor Plan | 7060 | | 98232 | | | | | | |
| TOTAL SELLING EXPENSES | | 14727 | 853243 | 3875 | 100314 | | | 2454 | 51203 |
| DEPARTMENTAL OPERATING EXPENSES | | | | | | | | | |
| Policy Adjustments | 7110 | | | 284 | 2842 | | | | 61 |
| Claims Adjustments | 7120 | | | | | | | | |
| Demos. & Company Vehicles - Dept'l. | 7140 | 1071 | 40109 | 431 | 14615 | | | 140 | 4981 |
| Inventory Maintenance | 7150 | 1157 | 21844 | | | | | | |
| Personnel Training | 7160 | | 500 | 83 | 6066 | | | 304 | 3470 |
| Outside Services - Departmental | 7170 | | | | | | | | |
| Freight | 7180 | | | | | | | -43 | 2199 |
| Supplies & Small Tools | 7190 | 147 | 2889 | 202 | 7821 | | | 33 | 569 |
| Laundry & Uniforms | 7200 | | | 442 | 2751 | | | 327 | 418 |
| Dept. Equip. & Vehicles-Dept'l. | 7210 | | | | | | | | |
| Servic. Maint., Repair & Rental Dep't. | 7220 | 18 | 470 | 306 | 3346 | | | 132 | 1645 |
| Miscellaneous Expenses | 7230 | | | | | | | 117 | 1286 |
| Salaries & Wages | 7260 | | 772 | 2286 | 24259 | | | | 170 |
| Clerical Salaries | 7280 | 1446 | 26794 | 1241 | 18966 | | | 620 | 9483 |
| Vacation & Time Off Pay | 7290 | | | 335 | 4727 | | | | |
| TOTAL OPERATING EXPENSES | | 3841 | 93378 | 5610 | 84393 | | | 1530 | 24102 |
| TOTAL SELLING & OPER. EXPE. | | 18568 | 946621 | 9485 | 184707 | | | 3984 | 75305 |
| TOTAL SELL. & OPER. EXPS. % OF GROSS PROFIT | | 71.95% | 79.98% | 143.93% | 95.60% | | % | 53.33% | 51.11% |
| DEPT'L PROFIT (LOSS) LINE 2 LESS LINE 38 | | 7240 | 236998 | -2895 | 8493 | | | 3486 | 72039 |
| OVERHEAD EXPENSES | | | | PRORATION OPTIONAL | | | | | |
| Rent & Equivalent | 7400 | 8014 | 127477 | 4298 | 45597 | | | 2369 | 24119 |
| Salaries & Wages - Admin. & General | 7410 | 1758 | 31949 | 1507 | 18813 | | | 754 | 9407 |
| Owners Salaries | 7420 | 5250 | 30100 | 4500 | 13800 | | | 2750 | 6900 |
| Payroll Taxes | 7430 | 2462 | 61782 | 1994 | 29652 | | | 997 | 14826 |
| Employee Benefits | 7440 | 884 | 26708 | 749 | 9904 | | | 374 | 4952 |
| Pension Fund / Profit Sharing | 7450 | | | | | | | | |
| Advertising-General & Institutional | 7460 | 471 | 4404 | 563 | 3504 | | | 202 | 882 |
| Stationery & Office Supplies | 7470 | 111 | 6496 | 95 | 2702 | | | 48 | 1144 |
| Data Processing Services | 7480 | 2207 | 15667 | 1372 | 14947 | | | 709 | 24526 |
| Outside Services - General & Inst. | 7490 | 761 | 109635 | 563 | 15350 | | | 281 | 6830 |
| Company Vehicles - Administration | 7500 | | | | | | | | |
| Contributions | 7510 | | 8717 | | 3032 | | | | 1516 |
| Dues & Subscriptions | 7520 | 14 | 2724 | 17 | 658 | | | 6 | 484 |
| Telephone | 7530 | 475 | 17448 | 407 | 6546 | | | 204 | 3273 |
| Legal & Auditing | 7540 | | 17467 | | 5229 | | | | 3114 |
| Postage | 7550 | 307 | 4965 | 106 | 600 | | | 103 | 500 |
| Travel & Entertainment | 7560 | 23 | 3673 | 20 | 1658 | | | 10 | 829 |
| Heat, Light, Power & Water | 7570 | 173 | 17246 | 148 | 7312 | | | 74 | 3666 |
| Buildings, Signs, Fixtures & Equipment - Maintenance, Repair & Rental | 7580 | 437 | 15489 | 435 | 7873 | | | 547 | 3828 |
| Furniture, Signs, Fixtures & Equipment - Depreciation | 7590 | | 6504 | | 10256 | | | | 2828 |
| Ins.-Other Than Bldgs. & Improvements | 7600 | 2049 | 11003 | 1757 | 8486 | | | 878 | 4243 |
| Taxes-Other Than Real Estate, Payroll & Income | 7610 | | 4175 | | 3459 | | | | 1730 |
| Interest-Other Than Floor Plan & R.E. Mortgage | 7620 | | 99187 | | | | | | |
| TOTAL OVERHEAD EXPENSES | | 25396 | 633820 | 18526 | 210398 | | | 9806 | 119597 |
| TOTAL EXPENSES | | 43964 | 1580441 | 28011 | 395105 | | | 13790 | 194902 |
| ADJUSTED DEPT. PROFIT (LOSS) | | -18156 | -396823 | -21421 | -201905 | | | -6320 | -47558 |

ANALYSIS OF OPERATIONS

| | | CURRENT MONTH | | | SAME MONTH AS PRIOR YEAR | | | CURRENT YEAR TO DATE | | | PRIOR YEAR TO DATE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | UNIT SALES | DOLLARS | % SALES | UNIT SALES | DOLLARS | % SALES | UNIT SALES | DOLLARS | % SALES | UNIT SALES | DOLLARS | % SALES |
| TOTAL DOLLAR SALES | | | 182105 | | | | | | 10057695 | | | | |
| NEW KIA GROSS | | 1 | 1726 | 95 | | | | 92 | 293657 | 282 | | | |
| NEW OTHER GROSS | | | | | | | | 2 | 476 | 0 | | | |
| USED VEHICLE GROSS | | M | 25808 | 1437 | | | | 576 | 1183619 | 1177 | | | |
| SERVICE GROSS | | | 6590 | 362 | | | | | 193200 | 192 | | | |
| BODY SHOP GROSS | | | | | | | | | | | | | |
| PARTS & ACCESS GROSS | | | 7470 | 410 | | | | | 147344 | 146 | | | |
| TOTAL GROSS | | | 41594 | 2284 | | | | | 1808296 | 1798 | | | |
| TOTAL EXPENSES | | | 103796 | 5700 | | | | | 2590374 | 2576 | | | |
| OPER. PROFIT (LOSS) | | | -62202 | M | | | | | -782078 | -778 | | | |
| NET ADDITIONS OR DEDUCTIONS | | | -3329 | 177 | | | | | 275333 | 274 | | | |
| TOTAL SERVICES | | | | | | | | | | | | | |
| NET PROFIT (LOSS) BEFORE TAXES | | | -58873 | M | | | | | -506738 | -504 | | | |

| USED VEHICLE TRADE IN SUMMARY | | | | PERSONNEL SUMMARY - USE WHOLE NUMBERS ONLY | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade-ins Received On: | NEW | USED | | | NEW | USED | COMM. | F & I | SERV. | BODY SHOP | PARTS & ACCESS. | ADM. | TOTAL |
| Kia Car Sales | | | | Dealer(s) | | | | | | | | 2 | 2 |
| Kia Truck Sales | | | | Managers / Foreman | | | 1 | 1 | 1 | | 1 | | |
| Other Sales | | | | Salespersons / Asst. Service Mgrs. | 1 | 1 | | | | | | | 2 |
| LEASE ANALYSIS | | | | Service / Body Shop Technicians | | | | | 1 | | | | 1 |
| | MONTHLY | Y-T-D | | Clerical | | | | | | | | 1 | 1 |
| Retail Lease Units | | | | Other | | | | | 1 | | | | 1 |
| Retail Lease Gross | | | | TOTAL PERSONNEL | 1 | 1 | 1 | 1 | 3 | | 1 | 5 | 14 |

INCREDIBLE AUTO SALES

Debtor

Case Number ⇨ 06-60855-RBK

Report Mo/Yr ⇨ OCT -06

## UST-10 STATEMENT OF AGED POSTPETITION PAYABLES
## PART A - TAXES

INSTRUCTIONS: Complete both pages of PART A - TAXES unless the debtor asserts the following statement is true for this reporting month:

> At the end of this reporting month, the debtor did not have any unpaid postpetition taxes which includes both current and delinquent tax obligations.

Check here ☐ if the debtor asserts the statement is correct, and skip to PART B - OTHER PAYABLES on Page 11.

### Reconciliation of Unpaid Post-Petition Taxes

| Type of tax | (1) Unpaid postpetition taxes from prior reporting month | (2) Postpetition taxes accrued this month (new obligations) | (3) Postpetition tax payments made this reporting month | (4) Unpaid postpetition taxes at end of reporting month (Column 1+2-3 = 4) |
|---|---|---|---|---|
| Federal Taxes | | | | |
| Employee withholding taxes | | | | |
| FICA/Medicare—Employee | | | | |
| FICA/Medicare—Employer | | | | |
| Unemployment | | | | |
| State Taxes | | | | |
| Dept. of Revenue | | | | |
| Dept. of Labor & Industries | | | | |
| Empl. Security Dept. | | | | |
| Other Taxes | | | | |
| Local city/county | | | | |
| Gambling | | | | |
| Personal property | | | | |
| Real property | | | | |
| Other | | | | |
| | | | Total Unpaid Postpetition Taxes | $ 0 |

| Debtor | INCREDIBLE AUTO SALES | Case Number ⇨ | 06-60855-RBK |
|---|---|---|---|
| | | Report Mo/Yr ⇨ | NOV 06 |

## UST-10 STATEMENT OF AGED POSTPETITION PAYABLES
## PART A - TAXES

**INSTRUCTIONS:** Complete both pages of PART A - TAXES unless the debtor asserts the following statement is true for this reporting month:

> At the end of this reporting month, the debtor <u>did not have any unpaid postpetition taxes</u> which includes both current and delinquent tax obligations.

Check here ☑ if the debtor asserts the statement is correct, and skip to PART B - OTHER PAYABLES on Page 11.

### Reconciliation of Unpaid Post-Petition Taxes

| Type of tax | (1) Unpaid postpetition taxes from prior reporting month | (2) Postpetition taxes accrued this month (new obligations) | (3) Postpetition tax payments made this reporting month | (4) Unpaid postpetition taxes at end of reporting month (Column 1+2-3 = 4) |
|---|---|---|---|---|
| **Federal Taxes** | | | | |
| Employee withholding taxes | | | | |
| FICA/Medicare--Employee | | | | |
| FICA/Medicare--Employer | | | | |
| Unemployment | | | | |
| **State Taxes** | | | | |
| Dept. of Revenue | | | | |
| Dept. of Labor & Industries | | | | |
| Empl. Security Dept. | | | | |
| **Other Taxes** | | | | |
| Local city/county | | | | |
| Gambling | | | | |
| Personal property | | | | |
| Real property | | | | |
| Other | | | | |
| | | | Total Unpaid Postpetition Taxes | $ 0 |