| Debtor | INCREDIBLE AUTO SALES | Case Number ⇨ | 06 - 06855 - RBL |
| | | Report Mo/Yr ⇨ | NOV 06 |

UST-10 STATEMENT OF AGED POSTPETITION PAYABLES
PART B

Accounts Payable  Aging (list totals only, do not list each receivable.   Page 1

| Vendor Name | Description | Total Due | Current 0-30 days | Past due 31-60 days | Past due 61- 90 days | Past due 91 days |
|---|---|---|---|---|---|---|
| Alsco | | | | 221.02 | | |
| Action Towing | | | | 156.00 | | |
| Glass Specialists | | | | 248.00 | | |
| Auto Auction of Montana | | | | 110.10 | | |
| Blaize Marketing | | | | 206.97 | | |
| Bob's Pickup + Delivery | | | | 24.27 | | |
| Dolphin Capital Corp | | | | 1295.00 | | |
| Farstad Oil Inc | | | | 318.00 | | |
| Pam Oil Inc. | | | | 570.70 | | |
| Griffin Automotive | | | | 332.50 | | |
| O'Reilly Automotive | | | | 188.60 | | |
| Holiday Fleet | | | | 560.82 | | |
| Interstate Batteries | | | | 112.90 | | |
| Midwest Property Recovery | | | | 250.00 | | |
| Planteriors Unlimited | | | | 137.00 | | |
| TOTALS | | | | | | |

Please include only postpetition payables and explain why accounts over 30 days past due have not
been paid.

| Accounts Payable Reconciliation Acct | 3802 | 3000 | 3001 | Totals |
|---|---|---|---|---|
| Closing balance from prior month | 339.31 | 0320.87 | ⟨71,235.15⟩ | ⟨64574.97⟩ |
| New accounts payable amounts added this month | 853.60 | 6365.13 | 38,516.98 | 45,735.71 |
| Subtotal | 1192.91 | 12,686.00 | ⟨32,718.17⟩ | ⟨18,839.26⟩ |
| Less accounts payable paid | 654.31 | -0- | - 0 - | 654.31 |
| Closing balance for current month | 538.60 | 12,686.00 | ⟨32,718.17⟩ | ⟨19,493.57⟩ |

see attached

INCREDIBLE AUTO SALES

INCREDIBLE AUTO SALES

Debtor

| Case Number | ⇒ | 06-00855-RBK |
| Report Mo/Yr | ⇒ | NOV06 |

UST-10 STATEMENT OF AGED POSTPETITION PAYABLES
PART B

Accounts Payable  Aging (list totals only, do not list each receivable.

Page 2

| Vendor Name | Description | Total Due | Current 0-30 days | Past due 31-60 days | Past due 61-90 days | Past due 91 days |
|---|---|---|---|---|---|---|
| Pulse Accounting Services | | | | 362.50 | | |
| Reply! Inc. | | | | 322.05 | | |
| The Service Source | | | | 125.19 | | |
| Tony Stevens | | | | 121.17 | | |
| Gases Plus | | | | 226.32 | | |
| Staley's Tire | | | | 127.44 | | |
| TriState Oil Recycling | | | | (45.00) | | |
| United Parcel Service | | | | 119.21 | | |
| CarQuest Auto Parts | | | | 224.11 | | |
| | Subtotal | | | $6320.87 | | |
| | | | | | | |
| Accent Media | | | | 550.00 | | |
| King Avenue Properties | | | | 14,327.08 | | |
| Kia Motors America | | | | (65858.04) | | |
| Mt. Gov | | | | 16.00 | | |
| Jody's Credit Card | | | | 247.50 | | |

Please include only postpetition payables and explain why accounts over 30 days past due have not been paid.

Accounts Payable  Reconciliation

| | |
|---|---|
| Closing balance from prior month | |
| New accounts payable amounts added this month | |
| Subtotal | |
| Less accounts payable paid | |
| Closing balance for current month | |

INCREDIBLE AUTO SALES

Debtor _____ = AUTO SALES

Case Number ⇒ 06-06855-RBK

Report Mo/Yr ⇒ NOVO6

## UST-10 STATEMENT OF AGED POSTPETITION PAYABLES
### PART B

Accounts Payable  Aging (list totals only, do not list each receivable.

Page 3

| Vendor Name | Description | Total Due | Current 0-30 days | Past due 31-60 days | Past due 61- 90 days | Past due 91 days |
|---|---|---|---|---|---|---|
| Kens Credit Card | | | | 1279.34 | | |
| Kia-HMFC (Retail) (Contracts) | | | | (23551.14) | | |
| Networks | | | | 1354.78 | | |
| Petty Cash | | | | 395.33 | | |
| | | Subtotal | | (64914.28) | | |
| | | | | | | |
| Mark Walpofer | | | | (315.00) | | |
| Tony Stevens | | | | 75.00 | | |
| Krista Gulick | | | | 540.56 | | |
| Brad Denham | | | | 38.75 | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| TOTALS | | | | (64574.97) | | |

Please include only postpetition payables and explain why accounts over 30 days past due have not been paid.

Accounts Payable  Reconciliation

| | |
|---|---|
| Closing balance from prior month | |
| New accounts payable amounts added this month | |
| Subtotal | |
| Less accounts payable paid | |
| Closing balance for current month | |

INCREDIBLE AUTO SALES

Debtor

| Case Number | ⇨ | 06 - 06855 - RBK |
| Report Mo/Yr | ⇨ | NOV 06 |

---

### UST-10, STATEMENT OF AGED POST-PETITION PAYABLES
### PART B - PAYABLES (contd.)

---

**INSTRUCTIONS:** List each postpetition payable delinquent more than 30 days. Alternatively, attach the debtor's accounts payable aging report if the report: 1) clearly separates pre and postpetition accounts payable, and, 2) identifies each delinquent payable by vendor's name, invoice date, invoice amount, and payment due date.

## Delinquent Postpetition Payables (excluding taxes and professional fees)

| Vendor name | Invoice date | Invoice amount | Payment due date |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

---

Monthly Operating Report - Corporate or Partnership Debtor
United States Trustee - District of Montana

(May 2006)

12/15/06 03:52:37/FRI

1    INCREDIBLE AUTO SALES RBK    Doc#: 163    Filed: 12/26/06    Entered: 12/26/06 11:45:16    Page 5 of 18
AGRI Online Inquiries              Selection as of 12/15 03:52:48PM

| Account | Account Desc | Mo/Yr | Balance Fwd | Jrn | Month Balance | Month Debits | Month Credits | Closing |
|---------|--------------|-------|-------------|-----|---------------|--------------|---------------|---------|
| 3000 | ACCTS PAYABLE | 11/06 | 6,650.05- | 75 | 6,223.45- | 1,239.14 | 7,462.59- | 12,873.50- |
| 3001 | ACCOUNTS PAYABL | 11/06 | 71,347.28 | 33 | 29.55 | 29.55 | 0.00 | |
| | | | | 60 | 602.20 | 1,204.40 | 602.20- | |
| | | | | 75 | 37,968.05- | 16,663.27 | 54,631.32- | |
| | | | | 80 | 1,292.81- | 0.00 | 1,292.81- | |
| | | | | 81 | 0.00 | 600.00 | 600.00- | 32,718.17 |
| 3002 | COMMISSIONS PAY | 11/06 | 339.31- | 10 | 485.75- | 0.00 | 485.75- | |
| | | | | 20 | 2,567.85- | 21.75 | 2,589.60- | |
| | | | | 40 | 2,854.31 | 2,854.31 | 0.00 | 538.60- |

*handwritten notes:*

$ 64,357.92

acct 3000
(12873.50)
187.50 paid by creditcard
$12686.00

financial statement

$19306.07

paid by credit card - 187.50
$19493.57

INCREDIBLE AUTO SALES LLC
Scheduled 5 ACCOUNTS PAYABLE

Selected Detail Report for the Period From 11/01/06 to 11/30/06 (Excludes Zero Balanced Controls)

| Vendor Jrn | | Refer Acctg Dt | Acct | Amount | 3001 | 3001V |
|---|---|---|---|---|---|---|
| 5005 | Cntl Name: ADP DEALER SERVICES | | | Cntl Age: 11/25/06 | | |
| | 75 | 93253147 11/25/06 | 3001 | 2,832.86 | | |
| | 75 | 93253147 11/25/06 | 3001 | 1,453.31 | | |
| | 75 | 93253147 11/25/06 | 3001 | 1,453.31- | | |
| | 75 | 93253147 11/25/06 | 3001 | 1,453.31- | | |
| | 75 | 93253147 11/25/06 | 3001 | 2,832.86- | | |
| | | | Balance: | 1,453.31- | 1,453.31- | |
| 5009 | Cntl Name: ADP COMMERCIAL LEASING | | | Cntl Age: 11/30/06 | | |
| | 75 | 1403990 11/30/06 | 3001 | 1,355.96- | | |
| | 75 | 1406394 11/30/06 | 3001 | 10.04- | | |
| | | | Balance: | 1,366.00- | 1,366.00- | |
| 5028 | Cntl Name: AIRCEPT.COM | | | Cntl Age: 10/31/06 | | |
| | 92 | AIRCEPT 10/31/06 | 3001 | 25.00 | | |
| | BF | 10/31/06 | | 0.00 | | |
| | 75 | 95945 11/30/06 | 3001 | 25.00- | | |
| | | | Balance: | 25.00- | 25.00- | |
| 5031 | Cntl Name: ACCENT MEDIA PRODUCTIONS | | | Cntl Age: 10/31/06 | | |
| | BF | 10/31/06 | | 550.00- | | |
| | | | Balance: | 550.00- | 550.00- | |
| 5202 | Cntl Name: CROSS CHECK | | | Cntl Age: 10/31/06 | | |
| | 92 | 999417897 10/31/06 | 3001 | 35.53 | | |
| | 92 | 9994178986 10/31/06 | 3001 | 1,595.77 | | |
| | BF | 10/31/06 | | 0.00 | | |
| | 75 | 9995178986 11/30/06 | 3001 | 1,615.11- | | |
| | | | Balance: | 1,615.11- | 1,615.11- | |
| 5252 | Cntl Name: DEALER MARKETING SERVICES INC | | | Cntl Age: 10/31/06 | | |
| | 92 | 63338 10/31/06 | 3001 | 141.68 | | |
| | BF | 10/31/06 | | 141.68 | | |
| | 75 | 63338 11/01/06 | 3001 | 141.68- | | |
| | 75 | 64524 11/30/06 | 3001 | 873.52- | | |
| | 75 | 64524 11/30/06 | 3001 | 873.52 | | |
| | 75 | 64524 11/30/06 | 3001 | 101.70- | | |
| | | | Balance: | 101.70- | 101.70- | |
| 5254 | Cntl Name: DEX MEDIA WEST | | | Cntl Age: 10/31/06 | | |
| | 92 | 73633 10/31/06 | 3001 | 20.30 | | |
| | 92 | 73633 10/31/06 | 3001 | 20.30- | | |
| | BF | 10/31/06 | | 0.00 | | |
| | 75 | 306886538 11/17/06 | 3001 | 20.30- | | |
| | 75 | 307200345 11/17/06 | 3001 | 401.95- | | |
| | | | Balance: | 422.25- | 422.25- | |
| 5483 | Cntl Name: KING AVENUE PROPERTIES | | | Cntl Age: 10/31/06 | | |
| | 92 | 73603 10/31/06 | 3001 | 14,327.08- | | |

*(handwritten annotations appear in right margin: "Nov", "Nov", "Nov", "oct", "Nov", "Nov", "Nov")*

| Vendor | Jrn | Refer | Acctg Dt | Acct | Amount | 3001 | 3001V |
|--------|-----|-------|----------|------|--------|------|-------|
| | BF | | 10/31/06 | | 14,327.08- | | |
| | 75 | NOV2006 | 11/30/06 | 3001 | 14,327.08- | | |
| | | | | Balance: | 28,654.16- | 28,654.16- | |

Oct - (14,327.08)
Nov - (14,327.08)

| 5485 | Cntl Name: KIA MOTORS AMERICA | | | | Cntl Age: 01/23/99 | |
|------|-------------------------------|---|---|---|--------------------|---|
| | BF | | 10/31/06 | | 65,854.04 | |
| | 75 | 88865 | 11/01/06 | 3001 | 125.61- | |
| | 75 | C6113 | 11/30/06 | 3001 | 3,000.00 | |
| | 75 | C6118 | 11/30/06 | 3001 | 1,000.00 | |
| | 75 | 6118773 | 11/03/06 | 3001 | 701.60- | |
| | 75 | 61101471 | 11/15/06 | 3001 | 112.09- | |
| | 75 | 61103066 | 11/16/06 | 3001 | 522.50- | |
| | 75 | 61103067 | 11/16/06 | 3001 | 82.22- | |
| | 75 | 61104886 | 11/17/06 | 3001 | 2,010.00- | |
| | 75 | 61104887 | 11/17/06 | 3001 | 93.50- | |
| | 75 | 61106340 | 11/20/06 | 3001 | 447.04- | |
| | 75 | 61107898 | 11/21/06 | 3001 | 146.04- | |
| | 75 | 61110133 | 11/22/06 | 3001 | 4,959.05- | |
| | 75 | 61110134 | 11/22/06 | 3001 | 104.66- | |
| | 75 | 61110504 | 11/22/06 | 3001 | 85.00- | |
| | 75 | 61111547 | 11/27/06 | 3001 | 301.67- | |
| | 75 | 61113496 | 11/28/06 | 3001 | 332.55- | |
| | 75 | 61113497 | 11/28/06 | 3001 | 61.60- | |
| | 75 | 61113967 | 11/28/06 | 3001 | 16.30- | |
| | 75 | 61114974 | 11/28/06 | 3001 | 50.00- | |
| | 75 | 61115359 | 11/29/06 | 3001 | 268.84- | |
| | 75 | 61116922 | 11/30/06 | 3001 | 52.85- | |
| | 75 | 61184781 | 11/01/06 | 3001 | 188.76- | |
| | 75 | 61184781 | 11/17/06 | 3001 | 188.76- | |
| | 75 | 61184781 | 11/17/06 | 3001 | 188.76 | |
| | 75 | 61186369 | 11/02/06 | 3001 | 361.50- | |
| | 75 | 61186369 | 11/17/06 | 3001 | 361.50- | |
| | 75 | 61186369 | 11/17/06 | 3001 | 361.50 | |
| | 75 | 61189417 | 11/06/06 | 3001 | 265.65- | |
| | 75 | 61189418 | 11/06/06 | 3001 | 307.20- | |
| | 75 | 61191107 | 11/07/06 | 3001 | 10.06- | |
| | 75 | 61193307 | 11/08/06 | 3001 | 395.30- | |
| | 75 | 61193307 | 11/17/06 | 3001 | 395.30- | |
| | 75 | 61193307 | 11/17/06 | 3001 | 395.30 | |
| | 75 | 61193308 | 11/08/06 | 3001 | 10.23- | |
| | 75 | 61193308 | 11/17/06 | 3001 | 10.23- | |
| | 75 | 61193308 | 11/17/06 | 3001 | 10.23 | |
| | 75 | 61194720 | 11/09/06 | 3001 | 520.66- | |
| | 75 | 61196466 | 11/10/06 | 3001 | 1,563.27- | |
| | 75 | 61197134 | 11/10/06 | 3001 | 112.50- | |
| | 75 | 61197640 | 11/11/06 | 3001 | 11.77- | |
| | 75 | 61197993 | 11/13/06 | 3001 | 1,768.27- | |
| | 75 | 61197994 | 11/13/06 | 3001 | 248.27- | |
| | 75 | 61199583 | 11/14/06 | 3001 | 153.92- | |
| | 75 | 61199584 | 11/14/06 | 3001 | 103.84- | |
| | 75 | 61199584 | 11/17/06 | 3001 | 103.84- | |
| | 75 | 61199584 | 11/17/06 | 3001 | 103.84 | |
| | 75 | NOV06DIS | 11/30/06 | 3001 | 250.00- | |
| | 75 | NOV06EPC | 11/30/06 | 3001 | 221.00- | |

| Vendor Jrn | Refer Acctg Dt | Acct | Amount | 3001 | 3001V |
|---|---|---|---|---|---|
| 75 NOV06GDS 11/30/06 | | 3001 | 126.48- | | |
| 75 NOV06WEB 11/30/06 | | 3001 | 495.00- | | |
| 75 NOV06DCSN 11/30/06 | | 3001 | 250.00- | | |
| 75 NOV06SIGN 11/30/06 | | 3001 | 343.00- | | |
| 75 200611DDSP 11/30/06 | | 3001 | 314.78- | | |
| 75 61101MT004 11/30/06 | | 3001 | 5,430.55 | | |
| 75 CL60928464 11/08/06 | | 3001 | 210.00 | | |
| 75 CL61030775 11/22/06 | | 3001 | 253.40 | | |
| 75 CX61146978 11/06/06 | | 3001 | 150.00 | | |
| 75 NOV06TMPUB 11/30/06 | | 3001 | 178.50- | | |
| 75 NOV06TRAIN 11/30/06 | | 3001 | 250.00- | | |
| | | Balance: | 56,974.91 | 56,974.91 | |

Handwritten: Sept - 62,118.29 (Debit Balance forward), Oct - 3,735.75, Nov - 68879.13?

5523 Cntl Name: mt gov — Cntl Age: 10/31/06
BF 10/31/06 — 16.00-
Balance: 16.00- 16.00-  *Oct*

5620 Cntl Name: OFFICE SYSTEMS — Cntl Age: 11/30/06
75 181028 11/30/06 3001 45.00-
Balance: 45.00- 45.00-  *Nov*

5702 Cntl Name: PURCHASE POWER — Cntl Age: 11/30/06
75 111206 11/30/06 3001 158.55-
75 111406 11/30/06 3001 1,258.98-
Balance: 1,417.53- 1,417.53-  *Nov*

BARNES Cntl Name: BARNES DISTRIBUTION — Cntl Age: 11/12/06
75 7069573001 11/12/06 3001 116.95-
Balance: 116.95- 116.95-  *Nov*

BRIDGEBAND Cntl Name: BRIDGEBAND — Cntl Age: 11/30/06
75 87889 11/30/06 3001 78.95-
Balance: 78.95- 78.95-  *Nov*

CA: NCELLATIONS Cntl Name: CANCELLATIONS — Cntl Age: 11/30/06
80 1120 11/30/06 3001 257.55-
80 1120 11/30/06 3001 460.26-
80 1120 11/30/06 3001 90.00-
80 1120 11/30/06 3001 485.00-
Balance: 1,292.81- 1,292.81-  *Nov*

COBALT Cntl Name: THE COBALT GROUP — Cntl Age: 11/30/06
75 652090 11/30/06 3001 25.00-
75 COBALT 11/30/06 3001 25.00
75 COBALT 11/30/06 3001 25.00-
Balance: 25.00- 25.00-  *Nov*

CREDCO Cntl Name: FIRST ADVANTAGE CREDCO — Cntl Age: 11/30/06
75 3453075 11/30/06 3001 15.90-
Balance: 15.90- 15.90-  *Nov*

EQUIFAX Cntl Name: EQUIFAX — Cntl Age: 11/30/06

Selected Detail Report for the Period From 11/01/06 to 11/30/06 (Excludes Zero Balanced Controls)

| Vendor | Jrn | Refer | Acctg Dt | Acct | Amount | 3001 | 3001V |
|---|---|---|---|---|---|---|---|
| | 75 | 1974853 | 11/30/06 | 3001 | 25.00- | | Nov |
| | | | | Balance: | 25.00- | 25.00- | |
| GECAPITAL | Cntl Name: GE CAPITAL | | | | Cntl Age: 11/15/06 | | |
| | 75 | 45765763 | 11/15/06 | 3001 | 430.99- | | Nov |
| | | | | Balance: | 430.99- | 430.99- | |
| IN-HOUSE | Cntl Name: IN-HOUSE | | | | Cntl Age: 11/30/06 | | |
| | 75 | 102306 | 11/30/06 | 3001 | 350.00- | | |
| | 75 | 102606 | 11/30/06 | 3001 | 100.00- | | Nov |
| | 75 | 120506 | 11/30/06 | 3001 | 986.00- | | |
| | 75 | 1200506 | 11/30/06 | 3001 | 2,445.00- | | |
| | | | | Balance: | 3,881.00- | 3,881.00- | |
| I:NSIDE-SIGNS | Cntl Name: INSIDE-SIGNS | | | | Cntl Age: 11/30/06 | | |
| | 75 | NOV2006 | 11/30/06 | 3001 | 350.00- | | Nov |
| | | | | Balance: | 350.00- | 350.00- | |
| JODY | Cntl Name: JODYS CREDIT CARD | | | | Cntl Age: 08/28/06 | | |
| | BF | | 10/31/06 | | 247.50- | | |
| | 60 | 50047 | 11/30/06 | 3001 | 602.20- | | |
| | 60 | 50047 | 11/30/06 | 3001 | 602.20 | | |
| | 75 | BAA | 11/01/06 | 3001 | 187.50 | | |
| | 75 | BAA | 11/01/06 | 3001 | 187.50- | | |
| | 75 | UPS | 11/20/06 | 3001 | 7.47- | | |
| | 75 | UPS | 11/21/06 | 3001 | 17.19- | | |
| | 75 | UPS | 11/27/06 | 3001 | 18.45- | | |
| | 75 | OREILLY | 11/28/06 | 3001 | 5.38- | | |
| | 75 | OREILLY | 11/30/06 | 3001 | 12.42- | | |
| | 75 | WALMART | 11/16/06 | 3001 | 5.94- | | |
| | | | | Balance: | 314.35- | 314.35- | |
| JODYCCPARTS | Cntl Name: JODYCCPARTS | | | | Cntl Age: 11/01/06 | | |
| | 60 | 30000 | 11/30/06 | 3001 | 602.20 | | |
| | 75 | BAA | 11/01/06 | 3001 | 187.50- | | |
| | 75 | BAA | 11/01/06 | 3001 | 187.50 | | |
| | 75 | OREILLY | 11/20/06 | 3001 | 77.56- | | |
| | 75 | OREILLY | 11/20/06 | 3001 | 1.99- | | |
| | 75 | OREILLY | 11/24/06 | 3001 | 5.97- | | |
| | 75 | OREILLY | 11/28/06 | 3001 | 138.08- | | |
| | 75 | OREILLY | 11/29/06 | 3001 | 24.15- | | Nov |
| | 75 | ACTIONTOWI | 11/27/06 | 3001 | 60.00- | | |
| | 75 | AIDISTRIBU | 11/08/06 | 3001 | 414.70- | | |
| | 75 | AUTOAUCTIO | 11/13/06 | 3001 | 112.50- | | |
| | 75 | AUTOAUCTIO | 11/13/06 | 3001 | 75.00- | | |
| | | | | Balance: | 307.75- | 307.75- | |
| KEN | Cntl Name: KENS CREDIT CARD | | | | Cntl Age: 08/14/06 | | |
| | BF | | 10/31/06 | | 1,279.34- | | |
| | 75 | UPS | 11/28/06 | 3001 | 21.63- | | |
| | 75 | UPS | 11/29/06 | 3001 | 7.84- | | |
| | 75 | UPS | 11/30/06 | 3001 | 14.53- | | |
| | 75 | HOMEDEPOT | 11/20/06 | 3001 | 27.98- | | |

Handwritten annotations: "oct - (247.50  Nov - (66.85)"; "oct - (1279.34  Nov - (136.98)"

06-60855-RBK  Doc#: 163-13  Filed: 12/26/06  Entered: 12/26/06 11:45:16  Page 10 of 18

INCREDIBLE AUTO SALES LLC
Schedule# 3 ACCOUNTS PAYABLE

Selected Detail Report for the Period From 11/01/06 to 11/30/06 (Excludes Zero Balanced Controls)

| Vendor | Jrn | ReFer | Acctg Dt | Acct | Amount | 3001 | 3001V |
|--------|-----|-------|----------|------|--------|------|-------|
|  | 75 | SIGNPRODUC | 11/16/06 | 3001 | 65.00- | | |
|  | | | Balance: | | 1,416.32- | 1,416.32- | |
| KENCOPARTS | Cntl Name: KENCOPARTS | | | | Cntl Age: 11/20/06 | | |
|  | 75 | LITHIA | 11/20/06 | 3001 | 63.30- | | Nov |
|  | 75 | AIDISTRIBU | 11/29/06 | 3001 | 418.65- | | |
|  | | | Balance: | | 481.95- | 481.95- | |
| KIA-HMFC | Cntl Name: KIA-HMFC | | | | Cntl Age: 10/31/06 | | |
|  | 92 | MARTENS | 10/31/06 | 3001 | 23,551.14 | | Oct |
|  | BF | | 10/31/06 | | 23,551.14 | | |
|  | | | Balance: | | 23,551.14 | 23,551.14 | |
| NET-WORKS | Cntl Name: NET WORKS INC | | | | Cntl Age: 10/31/06 | | |
|  | 92 | NET-WORKS | 10/31/06 | 3001 | 1,354.78- | | Oct |
|  | BF | | 10/31/06 | | 1,354.78- | | |
|  | | | Balance: | | 1,354.78- | 1,354.78- | |
| PETTYCASH | Cntl Name: PETTY CASH | | | | Cntl Age: 10/31/06 | | |
|  | | PETTYCASH | 10/31/06 | 3001 | 395.33- | | oct - (395.33) |
|  | BF | | 10/31/06 | | 395.33- | | nov - (268.24) |
|  | 75 | 113006 | 11/30/06 | 3001 | 268.24- | | |
|  | | | Balance: | | 663.57- | 663.57- | |
| PIERCE | Cntl Name: GEO R PIERCE INC | | | | Cntl Age: 11/16/06 | | |
|  | 75 | L53479 | 11/16/06 | 3001 | 110.00- | | Nov |
|  | 75 | L53598 | 11/16/06 | 3001 | 110.00- | | |
|  | | | Balance: | | 220.00- | 220.00- | |
| QWEST | Cntl Name: QWEST | | | | Cntl Age: 11/30/06 | | |
|  | 75 | 4066523340 | 11/30/06 | 3001 | 572.87- | | Nov |
|  | 75 | 4066554665 | 11/30/06 | 3001 | 178.63- | | |
|  | | | Balance: | | 751.50- | 751.50- | |
| SI:  GN-PRODUCTS | Cntl Name: SIGN-PRODUCTS | | | | Cntl Age: 11/16/06 | | |
|  | 75 | 110106 | 11/16/06 | 3001 | 415.00- | | Nov |
|  | | | Balance: | | 415.00- | 415.00- | |
|  | | | Grand Total: | | 32,718.17 | 32,718.17 | |

| INVOICE NUMBER | PO NUMBER | INVOICE DATE | BALANCE-FWD | CURRENT MONTH | CHECK NUMBER | CHECK AMOUNT | CHECK DATE | NET AMOUNT H |
|---|---|---|---|---|---|---|---|---|
| **VDOR: 5001  ALSCO** | | | | | | | | |
| 232437-CRD | | 07NOV06 | | -5.50 | | | | -5.50 |
| 236904-CRD | | 22NOV06 | | -5.50 | | | | -5.50 |
| _BIL227882 | | 23OCT06 | 113.51 | | | | | 113.51 |
| _BIL230178 | | 30OCT06 | 113.51 | | | | | 113.51 |
| _BIL232437 | | 06NOV06 | | 129.00 | | | | 129.00 |
| _BIL234695 | | 13NOV06 | | 242.16 | | | | 242.16 |
| _BIL236904 | | 20NOV06 | | 125.31 | | | | 125.31 |
| _BIL239232 | | 27NOV06 | | 530.74 | | | | 530.74 |
| SUBTOTALS FOR VENDOR 5001: | | | 227.02 | 1,016.21 | | 0.00 | | 1,243.23 |
| **VDOR: 5007C  ACTION TOWING** | | | | | | | | |
| 10173 | 22799 | 18OCT06 | 156.00 | | | | | 156.00 |
| SUBTOTALS FOR VENDOR 5007C: | | | 156.00 | 0.00 | | 0.00 | | 156.00 |
| **VDOR: 5011  ALL DATA** | | | | | | | | |
| 16226339 | | 08NOV06 | | 159.14 | | | | 159.14 |
| SUBTOTALS FOR VENDOR 5011: | | | 0.00 | 159.14 | | 0.00 | | 159.14 |
| **VDOR: 5043C  GLASS SPECIALIST INC** | | | | | | | | |
| 7343 | 22797 | 18OCT06 | 189.00 | | | | | 189.00 |
| 7352 | 22806 | 19OCT06 | 59.00 | | | | | 59.00 |
| SUBTOTALS FOR VENDOR 5043C: | | | 248.00 | 0.00 | | 0.00 | | 248.00 |
| **VDOR: 5106  AUTO AUCTION OF MONTANA** | | | | | | | | |
| 843173 | | 20OCT06 | 10.00 | | | | | 10.00 |
| SUBTOTALS FOR VENDOR 5106: | | | 10.00 | 0.00 | | 0.00 | | 10.00 |
| **VDOR: 5106C  AUTO.AUCTION OF MONTANA** | | | | | | | | |
| 1569 | 22707 | 18OCT06 | 287.60 | -187.50 | | | | 100.10 |
| SUBTOTALS FOR VENDOR 5106C: | | | 287.60 | -187.50 | | 0.00 | | 100.10 |
| **VDOR: 5125C  BOB SMITH LINCOLN MERCURY** | | | | | | | | |
| 82720 | 22835 | 07NOV06 | | 105.01 | | | | 105.01 |
| 82723 | 22839 | 08NOV06 | | 13.86 | | | | 13.86 |
| 82725 | 22839 | 08NOV06 | | 12.20 | | | | 12.20 |
| 82726 | 22839 | 08NOV06 | | -13.86 | | | | -13.86 |
| 82758 | 22841 | 09NOV06 | | 9.12 | | | | 9.12 |
| 82762 | 22841 | 09NOV06 | | 3.47 | | | | 3.47 |
| 82765 | 22841 | 09NOV06 | | -9.12 | | | | -9.12 |
| SUBTOTALS FOR VENDOR 5125C: | | | 0.00 | 120.68 | | 0.00 | | 120.68 |
| **VDOR: 5129  BLAIZE MARKETING** | | | | | | | | |
| SF-01-3114 | 22439 | 25OCT06 | 206.97 | | | | | 206.97 |

| INVOICE NUMBER | PO NUMBER | INVOICE DATE | BALANCE-FWD | CURRENT MONTH | CHECK NUMBER | CHECK AMOUNT | CHECK DATE | NET AMOUNT H |
|---|---|---|---|---|---|---|---|---|
| NDOR: 5129  BLAIZE MARKETING (CONTINUED) | | | | | | | | |
| SUBTOTALS FOR VENDOR 5129: | | | 206.97 | 0.00 | | 0.00 | | 206.97 |
| NDOR: 5137C  BOB'S PICKUP & DELIVERY | | | | | | | | |
| 2-089787 | | 22OCT06 | 24.27 | | | | | 24.27 |
| 2-094136 | | 05NOV06 | | 25.29 | | | | 25.29 |
| SUBTOTALS FOR VENDOR 5137C: | | | 24.27 | 25.29 | | 0.00 | | 49.56 |
| NDOR: 5153  CLC DATACOM | | | | | | | | |
| 1300 | | 21NOV06 | | 25.00 | | | | 25.00 |
| SUBTOTALS FOR VENDOR 5153: | | | 0.00 | 25.00 | | 0.00 | | 25.00 |
| NDOR: 5236  DEALER SPECIALTIES-DLS | | | | | | | | |
| 306302 | | 06NOV06 | | 149.00 | | | | 149.00 |
| SUBTOTALS FOR VENDOR 5236: | | | 0.00 | 149.00 | | 0.00 | | 149.00 |
| NDOR: 5252  DEALER MARKETING SERVICES INC | | | | | | | | |
| 63338 | | 31OCT06 | 141.68 | | | | *charged to Prepetition* | 141.68 |
| SUBTOTALS FOR VENDOR 5252: | | | 141.68 | 0.00 | | 0.00 | | 141.68 |
| NDOR: 5259  DOLPHIN CAPITAL CORP | | | | | | | | |
| 83564 | | 24OCT06 | 1,295.00 | | | | | 1,295.00 |
| 83564-2 | | 15NOV06 | | 1,295.00 | | | | 1,295.00 |
| SUBTOTALS FOR VENDOR 5259: | | | 1,295.00 | 1,295.00 | | 0.00 | | 2,590.00 |
| NDOR: 5328C  FARSTAD OIL INC | | | | | | | | |
| 32398 | 22827 | 24OCT06 | 318.00 | | | | | 318.00 |
| SUBTOTALS FOR VENDOR 5328C: | | | 318.00 | 0.00 | | 0.00 | | 318.00 |
| NDOR: 5347  FORTUNE TECHNOLOGIES | | | | | | | | |
| 4076 | | 30NOV06 | | 420.00 | | | | 420.00 |
| SUBTOTALS FOR VENDOR 5347: | | | 0.00 | 420.00 | | 0.00 | | 420.00 |
| NDOR: 5373C  PAM OIL INC | | | | | | | | |
| 2577430 | 22804 | 20OCT06 | 120.64 | | | | | 120.64 |
| 2577436 | 22808 | 20OCT06 | 99.28 | | | | | 99.28 |
| 2577447 | 22811 | 20OCT06 | 93.62 | | | | | 93.62 |
| 2577451 | 22819 | 20OCT06 | 22.15 | | | | | 22.15 |
| 2577455 | 22815 | 20OCT06 | 489.48 | | | | | 489.48 |
| 2577570 | | 24OCT06 | -254.47 | | | | | -254.47 |
| SUBTOTALS FOR VENDOR 5373C: | | | 570.70 | 0.00 | | 0.00 | | 570.70 |
| NDOR: 5388B  GRIFFIN AUTOMOTIVE ENTERPRISE INC | | | | | | | | |
| 20022262 | 22790 | 18OCT06 | 75.00 | | | | | 75.00 |

PEN-ITEM ACCOUNTS PAYABLE SCHEDULE FOR ACCOUNT# 3000
OR CURRENT MONTH: NOV 2006   SORTED BY VENDOR NUMBER
NCREDIBLE AUTO SALES

13DEC06   14:56
PAGE:   3

06-60855-RBK   Doc#: 163-13   Filed: 12/26/06   Entered: 12/26/06 11:45:16   Page 13 of 18

| INVOICE NUMBER | PO NUMBER | INVOICE DATE | BALANCE-FWD | CURRENT MONTH | CHECK NUMBER | CHECK AMOUNT | CHECK DATE | NET AMOUNT H |
|---|---|---|---|---|---|---|---|---|
| ENDOR: 5388B  GRIFFIN AUTOMOTIVE ENTERPRISE INC (CONTINUED) | | | | | | | | |
| SUBTOTALS FOR VENDOR 5388B: | | | 75.00 | 0.00 | | 0.00 | | 75.00 |
| ENDOR: 5388C  GRIFFIN AUTOMOTIVE ENTERPRISES INC | | | | | | | | |
| 20022261 | 22789 | 18OCT06 | 257.50 | | | | | 257.50 |
| SUBTOTALS FOR VENDOR 5388C: | | | 257.50 | 0.00 | | 0.00 | | 257.50 |
| ENDOR: 5410C  O'REILLY AUTOMOTIVE INC | | | | | | | | |
| 168573 | 22823 | 24OCT06 | 8.98 | | | | | 8.98 |
| 1851196 | 22794 | 18OCT06 | 59.02 | | | | | 59.02 |
| 185530 | 22803 | 19OCT06 | 38.09 | | | | | 38.09 |
| 185817 | 22813 | 20OCT06 | 19.68 | | | | | 19.68 |
| 186524 | 22822 | 24OCT06 | 11.96 | | | | | 11.96 |
| 186996 | 22826 | 26OCT06 | 9.29 | | | | | 9.29 |
| 187609 | 22828 | 30OCT06 | 59.44 | | | | | 59.44 |
| 187681 | 22829 | 30OCT06 | 36.12 | | | | | 36.12 |
| 187713 | | 30OCT06 | -67.38 | | | | | -67.38 |
| 188138 | 22831 | 01NOV06 | | 26.87 | | | | 26.87 |
| 188258 | 22832 | 02NOV06 | | 12.22 | | | | 12.22 |
| 189365 | 22836 | 07NOV06 | | 94.67 | | | | 94.67 |
| 189367 | 22837 | 07NOV06 | | 43.18 | | | | 43.18 |
| 189499 | 22842 | 08NOV06 | | 4.88 | | | | 4.88 |
| 189518 | 22840 | 09NOV06 | | 21.53 | | | | 21.53 |
| 189534 | 22844 | 08NOV06 | | 10.69 | | | | 10.69 |
| 189535 | 22843 | 08NOV06 | | 141.23 | | | | 141.23 |
| 189551 | 22845 | 08NOV06 | | 10.14 | | | | 10.14 |
| 189727 | 22846 | 09NOV06 | | 54.96 | | | | 54.96 |
| 189777 | 22847 | 09NOV06 | | 3.59 | | | | 3.59 |
| 189854 | 22848 | 09NOV06 | | 18.98 | | | | 18.98 |
| 189866 | 22849 | 09NOV06 | | 4.99 | | | | 4.99 |
| 189891 | 22850 | 09NOV06 | | 73.45 | | | | 73.45 |
| 189909 | | 09NOV06 | | -14.00 | | | | -14.00 |
| 190061 | 22851 | 10NOV06 | | 68.46 | | | | 68.46 |
| 190767 | 22854 | 14NOV06 | | 97.96 | | | | 97.96 |
| 190847 | 22855 | 14NOV06 | | 10.98 | | | | 10.98 |
| 190851 | | 14NOV06 | | -68.46 | | | | -68.46 |
| 191029 | 22856 | 15NOV06 | | 7.66 | | | | 7.66 |
| 191975 | 22858 | 20NOV06 | | 125.42 | | | | 125.42 |
| SC532576 | | 28OCT06 | 13.40 | | | | | 13.40 |
| SUBTOTALS FOR VENDOR 5410C: | | | 188.60 | 749.40 | | 0.00 | | 938.00 |
| ENDOR: 5415  HOLIDAY FLEET | | | | | | | | |
| 103106CC | | 31OCT06 | 117.56 | | | | | 117.56 H |
| 103106IAS | | 31OCT06 | 443.26 | | | | | 443.26 H |
| 111106CC | | 11NOV06 | | 125.50 | | | | 125.50 H |
| 111106IAS | | 11NOV06 | | 485.60 | | | | 485.60 H |
| 113006IAS | | 30NOV06 | | 833.29 | | | | 833.29 H |
| NOV06REBAT | | 11NOV06 | | -40.32 | | | | -40.32 H |

OPEN-ITEM ACCOUNTS PAYABLE SCHEDULE FOR ACCOUNT 3000
FOR CURRENT MONTH: NOV 2006                                    SORTED BY VENDOR NUMBER                                    PAGE:    4
INCREDIBLE AUTO SALES

| INVOICE NUMBER | PO NUMBER | INVOICE DATE | BALANCE-FWD | CURRENT MONTH | CHECK NUMBER | CHECK AMOUNT | CHECK DATE | NET AMOUNT H |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | -833.29 |
| | | | | | | | | 131.60 |
| VENDOR: 5415  HOLIDAY FLEET (CONTINUED) | | | | | | | | |
| SUBTOTALS FOR VENDOR 5415: | | | 560.82 | 1,404.07 | | 0.00 | | 1,964.89 |
| VENDOR: 5450C  INCREDIBLE CHEVROLET | | | | | | | | |
| 9283 | 22834 | 02NOV06 | | 48.92 | | | | 48.92 |
| SUBTOTALS FOR VENDOR 5450C: | | | 0.00 | 48.92 | | 0.00 | | 48.92 |
| VENDOR: 5451C  INTERSTATE BATTERIES OF BILLINGS | | | | | | | | |
| 103155 | 22824 | 25OCT06 | 112.90 | | | | | 112.90 |
| 32321 | 22853 | 10NOV06 | | 57.95 | | | | 57.95 |
| 34581 | 22860 | 21NOV06 | | 52.95 | | | | 52.95 |
| SUBTOTALS FOR VENDOR 5451C: | | | 112.90 | 110.90 | | 0.00 | | 223.80 |
| VENDOR: 5503  THE LAWN RANGER | | | | | | | | |
| 9222 | | 30NOV06 | | 180.00 | | | | 180.00 |
| SUBTOTALS FOR VENDOR 5503: | | | 0.00 | 180.00 | | 0.00 | | 180.00 |
| VENDOR: 5532  MAGIC CITY DOORS | | | | | | | | |
| 41144 | | 01NOV06 | | 153.40 | | | | 153.40 |
| 41149 | | 10NOV06 | | 256.80 | | | | 256.80 |
| SUBTOTALS FOR VENDOR 5532: | | | 0.00 | 410.20 | | 0.00 | | 410.20 |
| VENDOR: 5557B  MIDWEST PROPERTY RECOVERY | | | | | | | | |
| 6R3576 | | 26OCT06 | 250.00 | | | | | 250.00 |
| SUBTOTALS FOR VENDOR 5557B: | | | 250.00 | 0.00 | | 0.00 | | 250.00 |
| VENDOR: 5685  PLANTERIORS UNLIMITED INC | | | | | | | | |
| 41009 | | 27OCT06 | 137.00 | | | | | 137.00 |
| 41146 | | 27NOV06 | | 137.00 | | | | 137.00 |
| SUBTOTALS FOR VENDOR 5685: | | | 137.00 | 137.00 | | 0.00 | | 274.00 |
| VENDOR: 5703  PULSE ACCOUNTING SERVICES | | | | | | | | |
| 101806K | | 18OCT06 | 200.00 | | | | | 200.00 |
| 101906K | | 19OCT06 | 118.75 | | | | | 118.75 |
| 102006K | | 20OCT06 | 43.75 | | | | | 43.75 |
| SUBTOTALS FOR VENDOR 5703: | | | 362.50 | 0.00 | | 0.00 | | 362.50 |
| VENDOR: 5730  REPLY! INC | | | | | | | | |
| 152204-6 | | 31OCT06 | 322.05 | | | | | 322.05 |
| SUBTOTALS FOR VENDOR 5730: | | | 322.05 | 0.00 | | 0.00 | | 322.05 |
| VENDOR: 5737C  ROCKY MOUNTAIN AUTO BODY | | | | | | | | |
| 461 | 22833 | 03NOV06 | | 111.75 | | | | 111.75 |

PEN-ITEM ACCOUNTS PAYABLE SCHEDULE FOR ACCOUNT# 3000
OR CURRENT MONTH: NOV 2006
13DEC06  14:56
SORTED BY VENDOR NUMBER
PAGE:  5
ICREDIBLE AUTO SALES

06-60855-RBK   Doc#: 163-13   Filed: 12/26/06   Entered: 12/26/06 11:45:16   Page 15 of 18

| INVOICE NUMBER | PO NUMBER | INVOICE DATE | BALANCE-FWD | CURRENT MONTH | CHECK NUMBER | CHECK AMOUNT | CHECK DATE | NET AMOUNT H |
|---|---|---|---|---|---|---|---|---|
| **NDOR: 5737C  ROCKY MOUNTAIN AUTO BODY (CONTINUED)** | | | | | | | | |
| SUBTOTALS FOR VENDOR 5737C: | | | 0.00 | 111.75 | | 0.00 | | 111.75 ✓ |
| **NDOR: 5770C  SAFELITE AUTOGLASS** | | | | | | | | |
| 620078 | 22857 | 16NOV06 | | 50.00 | | | | 50.00 |
| SUBTOTALS FOR VENDOR 5770C: | | | 0.00 | 50.00 | | 0.00 | | 50.00 ✓ |
| **NDOR: 5778  THE SERVICE SOURCE** | | | | | | | | |
| 3323FK24 | | 24OCT06 | 81.43 | | | | | 81.43 |
| 3323FK31 | | 31OCT06 | 43.76 | | | | | 43.76 |
| 3323FL07 | | 07NOV06 | | 56.60 | | | | 56.60 |
| SUBTOTALS FOR VENDOR 5778: | | | 125.19 | 56.60 | | 0.00 | | 181.79 |
| **NDOR: 5800  TONY STEVENS** | | | | | | | | |
| P4090 | | 20OCT06 | 121.17 | | | | | 121.17 |
| SUBTOTALS FOR VENDOR 5800: | | | 121.17 | 0.00 | | 0.00 | | 121.17 ✓ |
| **NDOR: 5812  GASES PLUS** | | | | | | | | |
| 838461 | | 23OCT06 | 68.83 | | | | | 68.83 |
| 838462 | | 23OCT06 | 68.83 | | | | | 68.83 |
| 845627 | | 31OCT06 | 88.66 | | | | | 88.66 |
| 861415 | | 30NOV06 | | 85.80 | | | | 85.80 |
| SUBTOTALS FOR VENDOR 5812: | | | 226.32 | 85.80 | | 0.00 | | 312.12 ✓ |
| **NDOR: 5821C  STALEY'S TIRE & AUTOMOTIVE INC** | | | | | | | | |
| 1114274 | 22792 | 18OCT06 | 127.44 | | | | | 127.44 |
| SUBTOTALS FOR VENDOR 5821C: | | | 127.44 | 0.00 | | 0.00 | | 127.44 ✓ |
| **NDOR: 5860C  TIRE RAMA BILLINGS** | | | | | | | | |
| 1010057772 | 22796 | 18OCT06 | 342.60 | | | | | 342.60 |
| 1010058217 | 22796 | 31OCT06 | -342.60 | | | | | -342.60 |
| SUBTOTALS FOR VENDOR 5860C: | | | 0.00 | 0.00 | | 0.00 | | 0.00 ✓ |
| **NDOR: 5880  TRI-STATE RECYCLING SERVICES INC** | | | | | | | | |
| 34415 | | 16OCT06 | 75.00 | | | | | 75.00 |
| 34436 | | 24OCT06 | 33.00 | | | | | 33.00 |
| 34507 | | 13NOV06 | | 45.00 | | | | 45.00 |
| 65880 | | 01SEP06 | -45.00 | | | | | -45.00 |
| 67141 | | 15SEP06 | -30.00 | | | | | -30.00 |
| 67201 | | 29SEP06 | -33.00 | | | | | -33.00 |
| 67225 | | 12OCT06 | -45.00 | | | | | -45.00 ++ |
| 69019 | | 22NOV06 | | -52.50 | | | | -52.50 ✓ |
| SUBTOTALS FOR VENDOR 5880: | | | -45.00 | -7.50 | | 0.00 | | -52.50 |
| **NDOR: 5915  UNITED PARCEL SERVICE** | | | | | | | | |
| F46488426 | | 21OCT06 | 23.59 | | | | | 23.59 |

```
Salesperson Jrn      Refer Acctg Dt   Acct      Amount       3002       3112
----------- ---  ---------- --------  -------  ------------- ---------- -------------

     321 Cntl Name: GRIFFITH,ROB         Cntl Age: 01/31/06
         BF             10/31/06            390.72-
                                Balance:    390.72-                      390.72-

    321M Cntl Name: EMPLOYER MATCH,ROB    Cntl Age: 02/28/06
                     GRIFFITH
         BF             10/31/06            217.37-
                                Balance:    217.37-                      217.37-

     367 Cntl Name: WALNOFER,MARK         Cntl Age: 08/31/05
         BF             10/31/06             65.00-
                                Balance:     65.00-    315.00            380.00-

     409 Cntl Name: PORTEOUS,ROBERT       Cntl Age: 01/31/04
         BF             10/31/06            150.00-
                                Balance:    150.00-                      150.00-

     454 Cntl Name: BURKE,JERRY           Cntl Age: 01/31/04
         BF             10/31/06            155.00-
                                Balance:    155.00-                      155.00-

     504 Cntl Name: ARROYO,JORGE          Cntl Age: 01/31/04
         BF             10/31/06            675.00-
                                Balance:    675.00-                      675.00-

     562 Cntl Name: PACHECO,PAUL          Cntl Age: 01/31/06
         BF             10/31/06            210.00-
                                Balance:    210.00-                      210.00-

     630 Cntl Name: IBARRA,JOSEPHINE      Cntl Age: 04/30/06
         BF             10/31/06              5.00-
                                Balance:      5.00-                        5.00-

     631 Cntl Name: GULICK,KRISTA         Cntl Age: 01/31/04
         BF             10/31/06            955.56-
         40     111M 11/15/06   3002      540.56
                                Balance:    415.00-                      415.00-

     703 Cntl Name: KLEIN,LENNY           Cntl Age: 01/31/06
         BF             10/31/06            222.17-
                                Balance:    222.17-                      222.17-

     716 Cntl Name: MCDERMOTT,TIM         Cntl Age: 05/31/06
         BF             10/31/06            125.00-
                                Balance:    125.00-                      125.00-

     719 Cntl Name: BEST,JASON            Cntl Age: 08/31/04
         BF             10/31/06            550.00-
                                Balance:    550.00-                      550.00-

     750 Cntl Name: PERFITT,JASON         Cntl Age: 01/31/06
         BF             10/31/06            661.10-
         80     1107 11/30/06   3112       43.40-
```

| Salesperson | Jrn | Refer | Acctg Dt | Acct | Amount | 3002 | 3112 |
|---|---|---|---|---|---|---|---|
| | | | Balance: | | 704.50- | | 704.50- |
| 752 Cntl Name: LINARES,OMAR | | | | | Cntl Age: 05/31/05 | | |
| | BF | | 10/31/06 | | 80.00- | | |
| | | | Balance: | | 80.00- | | 80.00- |
| 763 Cntl Name: HAWKINS,LEE | | | | | Cntl Age: 08/31/05 | | |
| | BF | | 10/31/06 | | 65.00- | | |
| | | | Balance: | | 65.00- | | 65.00- |
| 766 Cntl Name: DENHAM,BRAD | | | | | Cntl Age: 09/30/05 | | |
| | BF | | 10/31/06 | | 528.75- | | |
| | 40 | 22S | 11/15/06 | 3002 | 38.75 | | |
| | | | Balance: | | 490.00- | | 490.00- |
| 775 Cntl Name: WILLIAMS,BEN | | | | | Cntl Age: 11/30/05 | | |
| | BF | | 10/31/06 | | 300.00- | | |
| | | | Balance: | | 300.00- | | 300.00- |
| 783 Cntl Name: GOLDSBERRY,DAVID | | | | | Cntl Age: 01/31/06 | | |
| | BF | | 10/31/06 | | 280.00- | | |
| | | | Balance: | | 280.00- | | 280.00- |
| 787 Cntl Name: ALTMAN,TODD | | | | | Cntl Age: 02/28/06 | | |
| | BF | | 10/31/06 | | 1.50- | | |
| | | | Balance: | | 1.50- | | 1.50- |
| 788 Cntl Name: BROOKE,MICHAEL | | | | | Cntl Age: 07/31/06 | | |
| | BF | | 10/31/06 | | 50.00- | | |
| | | | Balance: | | 50.00- | | 50.00- |
| 799 Cntl Name: MAC GREGOR,DYLAN | | | | | Cntl Age: 06/30/06 | | |
| | BF | | 10/31/06 | | 50.00- | | |
| | | | Balance: | | 50.00- | | 50.00- |
| 801 Cntl Name: GALLE,HUGO | | | | | Cntl Age: 07/31/06 | | |
| | BF | | 10/31/06 | | 22.60- | | |
| | | | Balance: | | 22.60- | | 22.60- |
| 807 Cntl Name: CALLERO,JEN | | | | | Cntl Age: 07/31/06 | | |
| | BF | | 10/31/06 | | 10.00- | | |
| | | | Balance: | | 10.00- | | 10.00- |
| 811 Cntl Name: NEWMAN,ZACK | | | | | Cntl Age: 07/31/06 | | |
| | BF | | 10/31/06 | | 90.00- | | |
| | | | Balance: | | 90.00- | | 90.00- |
| 812 Cntl Name: RASMUSSEN,DENNIS | | | | | Cntl Age: 07/31/06 | | |
| | BF | | 10/31/06 | | 285.00- | | |
| | 10 | K6115 | 11/08/06 | 3002 | 485.75- | | |
| | 20 | P3951 | 11/06/06 | 3002 | 379.02- | | |
| | 20 | P3966 | 11/03/06 | 3002 | 468.78- | | |
| | 20 | P4082 | 11/16/06 | 3002 | 641.79- | | |
| | 20 | P4082 | 11/30/06 | 3002 | 18.75 | | |

| Salesperson Jrn | | Refer Acctg Dt | Acct | Amount | 3002 | 3112 |
|---|---|---|---|---|---|---|
| | 20 | P4086 11/16/06 | 3002 | 103.00- | | |
| | 20 | P4086 11/30/06 | 3002 | 3.00 | | |
| | 20 | P4092 11/25/06 | 3002 | 196.01- | | |
| | 20 | P4086A 11/18/06 | 3002 | 538.75- | | |
| | 20 | K6019A2 11/03/06 | 3002 | 262.25- | | |
| | 40 | 23S 11/30/06 | 3002 | 1,100.00 | | |
| | 40 | 111M 11/15/06 | 3002 | 1,100.00 | | |
| | 80 | 1110 11/30/06 | 3112 | 80.00- | | |
| | | | Balance: | 1,218.60- | 853.60- | 365.00- |
| 814 | Cntl Name: BENITEZ,RAY | | | Cntl Age: 08/31/06 | | |
| | BF | 10/31/06 | | 10.00- | | |
| | | | Balance: | 10.00- | | 10.00- |
| | | | Grand Total: | 6,552.46- | 538.60- | 6,013.86- |