| | |
|---|---|
| Debtor | Case Number ⇨ 06-60855-RBK |
| | Report Mo/Yr ⇨ OCT/NOV 06 |

## UST-10 STATEMENT OF AGED POSTPETITION PAYABLES
## PART C - ESTIMATED PROFESSIONAL FEES

INSTRUCTIONS: Report only postpetition professional fees and expenses. To the extent possible, use billing statements to report the actual amounts due. If billing statements are not available, use the best information available to estimate the fees and costs.

| Type of professional | Fees and expenses from prior months | Fees and expenses added this month | Fees and expenses paid this month | Total estimated fees and expenses at month end |
|---|---|---|---|---|
| Debtor's counsel | | | | |
| Debtor's accountant | | | | |
| Debtor's other professional | | | | |
| Total estimated postpetition professional fees and costs | | | | $ |

# Incredible Auto Sales
## Gross Profit Report
## Oct 18th to Dec 12

| Sale Date | Customer | Stock # | New/Used | Profit | |
|---|---|---|---|---|---|
| 10/17/06 | Incredible Chevy | P4030 | Used | $ 500.00 | |
| 10/18/06 | Incredible Chevy | K6127a | Used | $ - | |
| 10/20/06 | Kendra Odei | P4073 | Used | $ 4,399.00 | |
| 10/20/06 | Darcy Dockter | P4090 | Used | $ 4,502.00 | |
| 10/21/06 | Edward O'leary | K6109 | New | $ 5,474.63 | |
| 10/23/06 | James Martens | P4081 | Used | $ 3,194.00 | |
| 10/23/06 | James Martens | K6019 | New | $ 2.422.00 | |
| 10/23/06 | Gene Adams | K6091 | New | $ 3,278.00 | Oct |
| 10/26/06 | Incredible Chevy | p4087 | Used | $ 930.00 | $ 24,699.63 |
| 11/3/06 | Cory Ireland | K6019A2 | Used | $ 2,501.00 | |
| 11/3/06 | Lisa Berendt | P3966 | Used | $ 3,594.00 | |
| 11/4/06 | Incredible Chevy | P4001 | Used | $ 1,189.00 | |
| 11/6/06 | Conrad Moline | P3951 | Used | $ 5,444.00 | |
| 11/7/06 | Incredible Chevy | P4069 | Used | $ 1,100.00 | |
| 11/8/06 | Mr. Cowger | K6115 | New | $ 3,590.00 | |
| 11/16/06 | Wayne Ogger | P4086 | Used | $ 4,738.00 | |
| 11/16/06 | Carrion / Parrish | P3951A | used | $ 3,644.00 | |
| 11/16/06 | Jamie Ogger | P4082 | Used | $ 5,494.00 | |
| 11/18/06 | Cheryl Weiland | P4086A | Used | $ 5,598.00 | Nov |
| 11/25/06 | Wade Kolar | P4092 | Used | $ 3,532.00 | $ 40,424.00 |
| 12/2/06 | KRISTENSON,ARLO | K6117 | NEW | $ 1,551.00 | |
| 12/5/06 | Chris Harmon | P4003 | Used | $ 6,796.00 | Dec |
| 12/7/06 | Loie Wipf | P4071 | Used | $ 5,018.00 | $ 13,365.00 |

| | | | | |
|---|---|---|---|---|
| Oct 18 to 31st | Parts & Service | | $ | 9,026.00 |
| Nov 2006 | Parts & Service | | $ | 14,131.07 |
| Dec 2006 | Parts & Service | | $ | 4,576.95 |
| | Total Gross Profit | | $ | 106,222.65 |

Debtor: Incredible Auto Sales LLC
Case Number: 06-06855-RBK
Report Mo/Yr: NOV 06

**UST-11 OTHER INFORMATION**

INSTRUCTIONS: Answer each question fully and attach additional sheets if necessary to provide a complete response.      Yes   No

**Question 1 - Sale or Abandonment of the Debtor's Assets.** Did the debtor, or another party on behalf of the debtor, sell, transfer, or otherwise dispose of any of the debtor's assets during the reporting month? Include only sales out of the ordinary course. ☐ ☒

| Asset Description | Date of Court Approval | Method of Disposition | Gross Sales Price | Net Proceeds Received (&Date) |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |

Total _____

**Question 2 - Financing.** During the reporting month, did the debtor receive any funds from an outside or insider (officer, director, partner, or other insider) funding source? ☐ ☒

| Date of Court Approval | Amount | Source of funds | Date Received |
|---|---|---|---|

Total _____

**Question 3 - Payments on prepetition unsecured debt.** During the reporting month, did the debtor make any payments on pre-petition unsecured debt? ☐ ☒

| Date of Court Approval | Amount | Source of funds | Date Received |
|---|---|---|---|

Total _____

**Question 4 - Payments of salary or debt owed to insiders.** During the reporting month, did the debtor make any payments of salary or debt owed to or personally guaranteed by any principal, partner, officer or other insider of the business? ☒ ☐

| Date of Court Approval | Amount | Source of funds | Date Received |
|---|---|---|---|

See Attached

Total _____

## UST-11 Owners Question #4 – Last month
### 11/1/2006 through 11/30/2006

12/7/2006 Page 1

| Date | Account | Num | Category | Memo | Cl | Amount |
|---|---|---|---|---|---|---|
| **EXPENSES** | | | | | | **-18,028.02** |
| **Auto Pro** | | | | | | -6,846.02 |
| 11/13/2006 | DIP 5188 | 50017 | S Owners Salaries | Nov. Consulting | R | -5,000.00 |
| | | | Employee Benefits | Nov Health Ins | R | -991.02 |
| | | | Employee Benefits | Life Ins | R | -855.00 |
| **Paradise Management Inc** | | | | | | -11,182.00 |
| 11/14/2006 | DIP 5188 | 50005 | Owners Salaries | Ken Cornelison | R | -5,000.00 |
| 11/14/2006 | DIP 5188 | 50006 | S Employee Benefits | Health Ins | R | -708.00 |
| | | | Company Vehicles - De... | Car Pmt | R | -428.00 |
| | | | Insurance | Car ins | R | -46.00 |
| 11/22/2006 | DIP 5188 | 50029 | Owners Salaries | Ken Cornelison | R | -5,000.00 |

| | | | | **OVERALL TOTAL** | | **-18,028.02** |

AMENDED UST-11 Owners · Last month:2
11/1/2006 through 11/30/2006

12/20/2006 Page 1

| Date | Account | Num | | Category | Memo | Clr | Amount |
|---|---|---|---|---|---|---|---|
| **EXPENSES** | | | | | | | **-18,028.02** |
| **Auto Pro** | | | | | | | **-6,846.02** |
| 11/13/2006 | DIP 5188 | 50017 | S | Owners Salaries | Nick Gutierrez | R | -5,000.00 |
| | | | | Employee Benefits | Nov Health Ins | R | -991.02 |
| | | | | Employee Benefits | Life Ins | R | -855.00 |
| **Paradise Management Inc** | | | | | | | **-11,182.00** |
| 11/14/2006 | DIP 5188 | 50005 | | Owners Salaries | Ken Cornelison | R | -5,000.00 |
| 11/14/2006 | DIP 5188 | 50006 | S | Employee Benefits | Health Ins | R | 708.00 |
| | | | | Company Vehicles - De... | Car Pmt | R | -428.00 |
| | | | | Insurance | Car ins | R | -46.00 |
| 11/22/2006 | DIP 5188 | 50029 | | Owners Salaries | Ken Cornelison | R | -5,000.00 |

OVERALL TOTAL -18,028.02

Debtor: Incredible Auto Sales
Case Number: 06-06855-RBK
Report Mo/Yr: Oct 2006

## UST-11 OTHER INFORMATION

|  | Yes | No |
|---|---|---|
| **Question 5 - Insurance Coverage.** Did the debtor renew, modify, or replace any insurance policies during this reporting month? | ☐ | ☐ |

**Renewals:**
Provider    New Premium    Is a Copy Attached to this Report?

**Changes:**
Provider    New Premium    Is a Copy Attached to this Report?

|  | Yes | No |
|---|---|---|
| Were any insurance policies canceled or otherwise terminated for any reason during the reporting month? If yes, explain. | ☐ | ☐ |

**Question 6 - Personnel Changes.** Complete the following:

|  | Full-time | Part-time |
|---|---|---|
| Number of employees at beginning of month | 22 |  |
| Employees added | 0 |  |
| Employees resigned/terminated | 10 |  |
| Number employees at end of month | 12 |  |
| **Gross Monthly Payroll and Taxes** | $ |  |

**Question 7 - Significant Events.** Explain any significant new developments during the reporting month.

**Question 8 - Case Progress.** Explain what progress the debtor made during the reporting month toward confirmation of a plan of reorganization.

Debtor **Incredible Auto Sales**

Case Number ⇨ 06-06855-RBK
Report Mo/Yr ⇨ Nov 2006

## UST-11 OTHER INFORMATION

|  | Yes | No |
|---|---|---|
| **Question 5 - Insurance Coverage.** Did the debtor renew, modify, or replace any insurance policies during this reporting month?<br><br>**Renewals:**<br>Provider   New Premium   Is a Copy Attached to this Report?<br><br>**Changes:**<br>**Provider**   New Premium   Is a Copy Attached to this Report? | ☐ | ☐ |
| Were any insurance policies canceled or otherwise terminated for any reason during the reporting month? If yes, explain. | ☐ | ☐ |

**Question 6 - Personnel Changes.** Complete the following:

|  | Full-time | Part-time |
|---|---|---|
| Number of employees at beginning of month | 12 |  |
| Employees added | 0 |  |
| Employees resigned/terminated | 2 |  |
| Number employees at end of month | 10 |  |
| **Gross Monthly Payroll and Taxes** | $ |  |

**Question 7 - Significant Events.** Explain any significant new developments during the reporting month.

**Question 8 - Case Progress.** Explain what progress the debtor made during the reporting month toward confirmation of a plan of reorganization.



**UNIVERSAL UNDERWRITERS GROUP**
7045 College Boulevard • Overland Park, KS 66211-1523 • 913-339-1000

*Examine your policy exclusions carefully. This form does not constitute any part of your insurance policy or bond.*

*This policy does not cover all operators nor does it cover non-owned vehicles under all situations. Questions should be referred to the insurer.*

*This card MUST be carried in the possession of or in the vehicle of the named insured at all times the named insured is operating the vehicle.*

**MONTANA INSURANCE IDENTIFICATION CARD**
NAIC #41181 UNIVERSAL UNDERWRITERS INSURANCE COMPANY
7045 COLLEGE BLVD. * OVERLAND PARK, KS 66211
1-800-821-7803 * WWW.UUIC.COM

| | |
|---|---|
| POLICY NO: | 251705 |
| EFF. DATE: | 1/1/2006 |
| EXP. DATE: | 1/1/2007 |
| INSURED: | Incredible Auto Sales |
| ADDRESS: | 1832 King Ave W |
| CITY: | Billings    STATE: MT    ZIP: 59102 |
| YEAR:       MAKE: FLEET | |
| MODEL: FLEET    VIN: FLEET | |

The coverage provided by this policy meets the minimum liability limits prescribed by law.

X50004AZ

---

These are your insurance identification cards. Please detach and keep one with your vehicle at all times.

You will be required to supply the information on your identification card when you (1) register your vehicle; (2) as proof of financial responsibility and (3) upon demand to a law enforcement officer of the state or any subdivision thereof, or agent of the department, or to another person involved in an accident.

---

*Examine your policy exclusions carefully. This form does not constitute any part of your insurance policy or bond.*

*This policy does not cover all operators nor does it cover non-owned vehicles under all situations. Questions should be referred to the insurer.*

*This card MUST be carried in the possession of or in the vehicle of the named insured at all times the named insured is operating the vehicle.*

**MONTANA INSURANCE IDENTIFICATION CARD**
NAIC #41181 UNIVERSAL UNDERWRITERS INSURANCE COMPANY
7045 COLLEGE BLVD. * OVERLAND PARK, KS 66211
1-800-821-7803 * WWW.UUIC.COM

| | |
|---|---|
| POLICY NO: | 251705 |
| EFF. DATE: | 1/1/2006 |
| EXP. DATE: | 1/1/2007 |
| INSURED: | Incredible Auto Sales |
| ADDRESS: | 1832 King Ave W |
| CITY: | Billings    STATE: MT    ZIP: 59102 |
| YEAR:       MAKE: FLEET | |
| MODEL: FLEET    VIN: FLEET | |

The coverage provided by this policy meets the minimum liability limits prescribed by law.

X50004AZ

Debtor: Incredible Auto Sales LLC
Case Number: 06-06855-RBK
Report Mo/Yr: Nov 06

## UST-11 OTHER INFORMATION

| | Yes | No |
|---|---|---|
| **Question 5 - Insurance Coverage.** Did the debtor renew, modify, or replace any insurance policies during this reporting month? *No changes enclosed copy of Policy.* | | ☒ |
| Renewals: Provider / New Premium / Is a Copy Attached to this Report? | | |
| Changes: Provider / New Premium / Is a Copy Attached to this Report? | | |
| Were any insurance policies canceled or otherwise terminated for any reason during the reporting month? If yes, explain. | | ☒ |

**Question 6 - Personnel Changes.** Complete the following:

| | Full-time | Part-time |
|---|---|---|
| Number of employees at beginning of month | 13 | 3 |
| Employees added | 1 | |
| Employees resigned/terminated | 2 | - |
| Number employees at end of month | 12 | 3 |
| Gross Monthly Payroll and Taxes (See Attached) | | $60,825.02 |

**Question 7 - Significant Events.** Explain any significant new developments during the reporting month.

waiting for cash collateral to be approved

**Question 8 - Case Progress.** Explain what progress the debtor made during the reporting month toward confirmation of a plan of reorganization.

Cash Collateral Approved Dec 9th.

Monthly Operating Report - Corporate or Partnership Debtor
United States Trustee - District of Montana
Page 15 of 15
(May 2006)