Charles W. Hingle, #1947
Shane P. Coleman, #3417
Jason S. Ritchie, #7442
Holland & Hart LLP
401 North 31st Street
Suite 1500
P.O. Box 639
Billings, MT 59103-0639
Telephone: (406) 252-2166
Facsimile: (406) 252-1669

Attorneys for Hyundai Motor Finance Co.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | | |
|---|---|---|
| INCREDIBLE AUTO SALES, LLC, | ) | Bankruptcy No. 06-60855-RBK |
| | ) | |
| Debtor. | ) | **DECLARATION OF DALE UENO** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

I, DALE UENO, make the following declaration under penalty of perjury.

1. I am a resident of Westminster, California.

2. I am the Assistant Manager of Commercial Credit for Hyundai Motor Finance Company.

3. I am familiar with the books and records of Hyundai Motor Finance Company as they are maintained in the usual course of business.

4. Hyundai Motor Finance Company provided Debtor floor plan financing on new and used vehicles. For used vehicles, Hyundai Motor Finance Company financed 80% of the purchase price for those vehicles purchased directly from sellers and 100% of the purchase price for those vehicles purchased through auto auctions.

5. To obtain advances for particular vehicles, Debtor was required to first purchase the vehicles and then fax to Hyundai Motor Finance Company copies of the original certificates of title for the vehicles showing that the vehicles had been transferred to Debtor.

6. Exhibits 1-4 hereto are true, correct, and complete copies of title documents received by Debtor for these four vehicles that are the subject of the Motion for Relief from Stay filed by Steve's Auto Sales.

7. Based upon receipt of these documents (Ex. 1-4), Hyundai Motor Finance Company provided Debtor with financing for each of these four vehicles in the following amounts:

| 2007 | Dodge   | Caliber | $15,385 |
|------|---------|---------|---------|
| 2002 | Mercury | Sable   | $4,700  |
| 2006 | Pontiac | G6      | $14,560 |
| 2005 | Suzuki  | Forenza | $7,060  |
|      |         | **Total** | **$41,705** |

(See also HMFC Ex. 6 to 12/5/06 Hearing.)

Dated this 26th day of December, 2006.

_____
Dale Ueno

SUBSCRIBED AND SWORN TO before me this 26th day of December, 2006.

_____

[Print Name]
Notary Public for the State of California
Residing at _____
My Commission Expires: _____

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of December, 2006, I served a true and correct copy of the foregoing, addressed as follows and by the method shown below:

| | |
|---|---|
| William L. Needler<br>P.O. Box 177<br>Fuller Building Suite H<br>2 North Spruce Street<br>Ogallala NE 69153<br>williamlneedler@aol.com | [ ] U.S. Mail, postage prepaid<br>[X] Electronic service<br>[ ] Overnight Delivery |
| Clarke B. Rice<br>Clark B. Rice, P.C.<br>2951 King Avenue West<br>Billings, MT 59102 | [X] U.S. Mail, postage prepaid<br>[ ] Electronic service<br>[ ] Overnight Delivery |
| Office of the U.S. Trustee<br>U.S. Trustee's Office<br>Liberty Center Suite 204<br>301 Central Avenue<br>Great Falls MT 59401 | [ ] U.S. Mail, postage prepaid<br>[X] Electronic service<br>[ ] Overnight Delivery |
| Bruce F. Fain<br>Murphy, Kirkpatrick & Fain, P.L.L.P.<br>208 North Broadway, Suite 208<br>P.O. Box 429<br>Billings, MT 59103-0429<br>bruce@murphkirk.com | [ ] U.S. Mail, postage prepaid<br>[X] Electronic service<br>[ ] Overnight Delivery |
| Christopher P. Birkle<br>Lovell Law Firm, P.C.<br>175 North 27th Street, Suite 1206<br>P.O. Box 1415<br>Billings, MT 59101<br>cbirkle@lovellaw.com | [ ] U.S. Mail, postage prepaid<br>[X] Electronic service<br>[ ] Overnight Delivery |
| James A. Patten<br>Patten, Peterman, Bekkedahl & Green, P.L.L.C.<br>2817 2nd Avenue North, Suite 300<br>Billings, MT 59101<br>japatten@ppbglaw.com | [ ] U.S. Mail, postage prepaid<br>[X] Electronic service<br>[ ] Overnight Delivery |

| | |
|---|---|
| Doug James<br>Moulton, Bellingham, Longo & Mather P.C.<br>27 North 27th Street, Suite 1900<br>P.O. Box 2559<br>Billings, MT 59103-2559<br>james@moultonlawfirm.com | [ ] U.S. Mail, postage prepaid<br>[X] Electronic service<br>[ ] Overnight Delivery |
| Alan C. Bryan<br>490 North 31st Street, Suite 500<br>P.O. Box 2529<br>Billings, MT 59101<br>abryan@crowleylaw.com | [ ] U.S. Mail, postage prepaid<br>[X] Electronic service<br>[ ] Overnight Delivery |

/s/ Shane P. Coleman

3648279_1.DOC

## SALES CONTRACT AND SECURITY AGREEMENT — BUYER

**Auto Auction of Montana**
4432 South Frontage Road
Billings, MT 59101
Ph: (406)252-6332 Fax (406)252-6126

| YEAR | MAKE | MODEL | SALE DATE | LANE/RUN |
|---|---|---|---|---|
| 2007 | DODGE | CAliber | 10/04/2006 | 7 - 15 |

| VIN | BODY | INVOICE # |
|---|---|---|
| 1B3HB48B27D530095 | SXT | 744282 |

| STOCK # | COLOR | ENGINE |
|---|---|---|
|  | WHITE |  |

**BUYER**
05-0005    103
INCREDIBLE AUTO SALES
1832 KING AVE WEST
BILLINGS, MT 59102
(406)652-3340
NICK GUTIERREZ

AUCTIONEER: NO AUCTIONEER
BLK CLERK: JEFF

| TITLE STATE & NUMBER | TITLE RECEIVED | BUYER PAYMENT DATE | OFFICE CLERK | SOLD TIME |
|---|---|---|---|---|
|  |  |  |  | 15:34:45 |

| TITLE DISTRIBUTED DATE | SELLER OK & DATE | ☐ CK ☐ CASH ☐ DRAFT | ANNOUNCEMENTS: AS IS |
|---|---|---|---|

Mail: Call: Hold: PkUp:

**ODOMETER DISCLOSURE STATEMENT**

Federal law (and state law, if applicable) requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

☐ (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

☐ (2) I hereby certify that the odometer reading is NOT the actual mileage. WARNING - ODOMETER DISCREPANCY

☐ Vehicle is EXEMPT from reporting requirements.

(seller name) _____ state that dometer now reads (mileage) miles (no tenths) and to the best of my knowledge, that it reflects the actual mileage of the described, unless one of the above statements is

6307

TYPE: ☐ 5 DIGIT  ☐ 6 DIGIT

SIGNATURE:

NAME OF SELLER:

**DISCLOSURES:**

- DOCUMENT NOT VALID FOR EXPORT
- EXCEPT AS OTHERWISE STATED IN THE AUCTION'S POLICY AND PROCEDURES MANUAL, AAM DISCLAIMS ANY AND ALL WARRANTIES ON THE VEHICLE WHETHER EXPRESS OR IMPLIED.
- AAM DISCLAIMS ALL LIABILITY FOR THEFT OR PROPERTY DAMAGE TO VEHICLES LEFT ON AAM PROPERTY.
- PURCHASER AND SELLER AGREE THAT AAM IS ACTING AS A BROKER AND EACH PARTY AGREES TO INDEMNIFY AND HOLD AAM HARMLESS FROM AND AGAINST ANY AND ALL LIABILITY ARISING FROM THIS TRANSACTION.
- SEE REVERSE SIDE OF THIS CONTRACT FOR OTHER IMPORTANT TERMS AND CONDITIONS

BUYER SIGNATURE:

PRINTED NAME OF BUYER:

| SALE PRICE $ | 15,200.00 |
|---|---|
| BUYER FEE $ | 185.00 |
| DRAFT FEE $ | 0.00 |
| CUST CHGS $ | 0.00 |
| MISC FEES $ | 0.00 |
| TOTAL DUE $ | 15,385.00 |

**EXHIBIT 1**

# CERTIFICATE OF TITLE FOR A VEHICLE
NORTH DAKOTA DEPARTMENT OF TRANSPORTATION
SFN 2875 (Rev. 01-01)

MOTOR VEHICLE DIVISION
ND DEPT. OF TRANSPORTATION
608 E. BOULEVARD AVENUE
BISMARCK, ND 58505-0780
PHONE (701) 328-2725

| VIN | YEAR MODEL | YEAR REGISTERED | MAKE | BODY STYLE | MODEL |
|---|---|---|---|---|---|
| 1B3HB48B27D530095 | 2007 | 2008 | DODGE | SEDAN 4 DOOR | CALIBER SXT |

OWNER(S) NAME: ENTERPRISE RENT A CAR OF MT/WY

| TITLE NUMBER | VEHICLE TYPE | SHIPPING WEIGHT | DATE ISSUED |
|---|---|---|---|
| 5957389 | PASSENGER | 3058 | 06-30-2008 |

MAIL TO: 477
ENTERPRISE RENT A CAR OF MT/WY
1200 BOZEMAN AVE
HELENA MT 59601-2939

ODOMETER READING: 10 M
ODOMETER STATUS: ACTUAL

**PART 1. SELLER'S - ASSIGNMENT AND WARRANTY OF TITLE (DELIVER TITLE TO BUYER WITHIN 15 DAYS FROM DATE OF SALE)**

Buyer(s): Shues Auto Sales Inc

Odometer Reading: 6307 NO TENTHS
(WARNING "ODOMETER DISCREPANCY")

Hand Printed Name of Seller: Enterprise Rent A Car of MT/WY

LEGAL TITLE OWNER (LIENHOLDER)

Keith C. Magnuson
Deputy Director for Driver and Vehicle Services

**LIEN RELEASE**
ALL INTERESTS IN THE ABOVE DESCRIBED VEHICLE ARE RELEASED.

J0831044

THE DEPARTMENT OF TRANSPORTATION IS NOT RESPONSIBLE FOR FALSE OR FRAUDULENT STATEMENTS MADE IN THE ASSIGNMENT OF THE CERTIFICATE OF TITLE.

**Part 2. FIRST DEALER ASSIGNMENT AND WARRANTY OF TITLE (DELIVER TITLE TO BUYER WITHIN 15 DAYS FROM DATE OF SALE)**

Name of Buyer(s) First, Middle, Last: Incredible Auto Sales

Address: _____

City: _____ State: _____ Zip Code: _____ County: _____

Check if Joint Tenants with Right of Survivorship is desired: ☐

Selling Price: _____ Daytime Phone #: _____

ODOMETER DISCLOSURE: Federal and State laws require that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment. I certify to the best of my knowledge the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1 - The mileage stated is in excess of its mechanical limits.
☐ 2 - The odometer reading is not the actual mileage. (WARNING *ODOMETER DISCREPANCY)

Odometer Reading: 6307  NO TENTHS
Date of Sale: _____

Name of Dealer: Steve's Auto Sales
Dealer License Number: 3UD33
Signature of Buyer: X _Lorna Seymour_
Date (Mo., Day, Year): _____

Signature of Authorized Agent: X _____
Date (Mo., Day, Year): _____

Hand Printed (Not Typed) Name of Authorized Agent: _____
Hand Printed (Not Typed) Name(s) of Buyer(s): Incredible Auto Sales

**Part 2A. SECOND DEALER ASSIGNMENT AND WARRANTY OF TITLE (DELIVER TITLE TO BUYER WITHIN 15 DAYS FROM DATE OF SALE)**

Name of Buyer(s) First, Middle, Last: _____

Address: _____ City: _____ State: _____ Zip Code: _____ County: _____

Check if Joint Tenants with Right of Survivorship is desired: ☐
Selling Price: _____ Daytime Phone #: _____

ODOMETER DISCLOSURE: Federal and State laws require that you state the mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment. I certify to the best of my knowledge the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked:
☐ 1 - The mileage stated is in excess of its mechanical limits.
☐ 2 - The odometer reading is not the actual mileage. (WARNING *ODOMETER DISCREPANCY)

Odometer Reading: _____  NO TENTHS
Date of Sale: _____

Name of Dealer: _____
Dealer License Number: _____
Signature of Buyer: X _____
Date (Mo., Day, Year): _____

Signature of Authorized Agent: X _____
Date (Mo., Day, Year): _____

**Part 3. PURCHASER'S CERTIFICATION AND APPLICATION (PRESENT TO DEPARTMENT OF TRANSPORTATION WITHIN 30 DAYS)**

MOTOR VEHICLE EXCISE TAX EXEMPTIONS (Circle one if applicable)
1. Gift from wife, husband, parent, child, brother or sister (Circle One)
2. Joint tenancy with right of survivorship and now vehicle is being put in one name only
3. Inheritance
4. Change of name by marriage, adoption or court order (Circle One)
5. Vehicle acquired through a lease purchase agreement (Circle One)
   A. If tax was paid on the total lease capitalization, tax is due on the lease buyout amount.
   B. If tax was paid on the full purchase price and you have been in possession of the vehicle over one year, no tax is due
   C. If tax was paid on the full purchase price and you have been in possession of the vehicle for less than one year, tax is due on the lease buyout amount.
6. State Fleet
7. Unit change — RECORD ODOMETER READING _____
8. Interstate carriers — Account Number _____
9. Tax paid to state that grants reciprocity to (Verify Carrier) (Proof Required)
10. Transfer into state by non-resident
11. Dealer resale - USED vehicle
12. Dealer resale - NEW vehicle

13. Tribal (form SFN 18069 required)
14. Disabled American Veteran or Former Prisoner of War
15. Nonprofit senior citizens' or mobility impaired persons' corporation owned buses
16. Mobility impaired persons purchasing specially equipped vehicle
17. Homemade vehicles
18. Newly formed partnership or corporation (Circle One) Date formed _____
19. Dissolved partnership or corporation (Circle One) Date dissolved _____
20. Parochial or private nonprofit school buses
21. Assembled vehicle by motor vehicle dealer (form SFN 22058 required)
22. Transfer into family trust - trust date _____
23. Military home of record - entry or discharge (Circle One)
24. Mobile Home (form SFN 2004 required)
25. North Dakota political subdivisions
26. Repossession (form SFN 2899 required)
27. Non-resident military lease
28. Insurance company-total loss settlement
29. Other

**NOTICE:** Persons making a false entry or altering a government document are guilty of a class A misdemeanor, punishable by a penalty of up to $2,000 and/or one year in jail.

1. Full purchase price of vehicle . . . $ _____
2. Less trade-in allowance . . . $ _____
3. Difference . . . $ _____
4. Tax (5% of line 3) . . . $ _____
5. Title fee . . . $ 5.00
6. TOTAL . . . $ _____

Vehicle Identification Number of Trade-In: _____
Year and Make of Trade-In: _____
I reside in the county of: _____

**FIRST LIEN**
Name: _____
Address: _____
City: _____ State: _____ Zip Code: _____

**SECOND LIEN**
Name: _____
Address: _____
City: _____ State: _____ Zip Code: _____

The buyer (applicant), subject to the penalties of law, certifies the purchase price of the vehicle. The buyer makes application for certificate of title to the vehicle, having acquired it subject to the liens stated. The buyer certifies the vehicle is and will continue to be insured while operating upon public streets and highways.

Signature of Buyer: X _____ Date (Mo., Day, Year): _____
Signature of Buyer: X _____ Date (Mo., Day, Year): _____

Oct 3, 2006

# Wholesale Breakdown

# Kelley Blue Book
# Sep-Oct 2006

2002 Mercury Sable GS Sedan 4D .................................................. $5,700

VIN: 1MEFM50U126614160

| | |
|---|---|
| V6 3.0 Liter | Included |
| Automatic | Included |
| FWD | Included |

### *** Equipment ***

| | |
|---|---|
| Air Conditioning | Included |
| Power Steering | Included |
| Power Windows | Included |
| Power Door Locks | Included |
| Tilt Wheel | Included |
| Cruise Control | Included |
| AM/FM Stereo | Included |
| Cassette | Included |
| Dual Front Air Bags | Included |

Wholesale Value without mileage ..................................... $5,700
Mileage adjustment (58,805) miles ...................................    175

*** Kelley Blue Book Wholesale Value ............................. $5,875

*4700* (handwritten)

Sep-Oct 2006 Kelley Blue Book KARPOWER values for Montana
Values are subjective opinions. Kelley Blue Book assumes no responsibility for errors or omiss
© Copyright Kelley Blue Book 2006, all rights reserved

EXHIBIT
2



# ARIZONA CERTIFICATE OF TITLE

**Motor Vehicle Division** — ADOT

Inventory Control: 3A07415

| Vehicle Identification Number | Year | Make | Model | Style |
|---|---|---|---|---|
| 1MEFM50U12G614160 | 2002 | MERC | SABLE | 4DSD |

First Registered: 02/2002
List Price: 19545

ARIZONA CENTRAL CREDIT UNION
6782 S POTOMAC ST
CENTENNIAL CO 80112

| Title Number | | Issue Date | Previous Plate Number | Odometer Reading |
|---|---|---|---|---|
| 081H004089013 | | 08292006 | E068081H09 | 0045834 A |

| Previous Title Number | State | Issue Date | Previous Plate Number | |
|---|---|---|---|---|
| 081H004068008 | AZ | 03082004 | E068081H04 | |

ADDITIONAL BRAND INFORMATION WILL BE PRINTED HERE IN THE FUTURE.

Owners/Lessees:
SANDRA LOUISE ALVARADO
2709 W ALICE AVE                    PHOENIX                    AZ 85051

NICHOLAS PETE ALVARADO

Lienholder:
FIRST LIEN
ARIZONA CENTRAL CREDIT UNION
6782 S POTOMAC ST  CENTENNIAL

LIEN DATE: 03292004

VOID WITHOUT EAGLE WATERMARK OR IF ALTERED OR ERASED

Federal and State law require that the seller states the vehicle mileage upon transfer of ownership. Failure to complete or providing a false statement, may result in fines and/or imprisonment. The buyer has 15 business days to apply for a new vehicle title in order to avoid penalty charges, whether or not the vehicle is being used. This time period is subject to legislative change.

Seller must complete this section and give title to the new owner.

## TRANSFER OF OWNERSHIP

Buyer: Steve's Auto Sales
City: Billings
Sale Date: 3/1/06

Odometer Reading: 58608 miles

Seller Name: Arizona Central Credit Union by [signature]
Dealer Name: Arizona Central Credit Union by [signature]
Dealer Number: 80113

JAMIE CASTILLO
NOTARY PUBLIC
STATE OF COLORADO

Buyer Name: Steve's Auto Sales

## DEALER REASSIGNMENT

Buyer Name: Incredible Auto Sales

Odometer Reading: 58608

Dealer: Steve's Auto Sales    Dealer Number: 80033    Agent: Steve Wilson

Buyer Name: Incredible Auto Sales

## DEALER REASSIGNMENT

(blank)

## DEALER REASSIGNMENT

(blank)



Motor Vehicle Division
ADOT
40-0902 R07/05  www.azdot.gov

# REPOSSESSION AFFIDAVIT

| Vehicle Identification Number | Year | Make |
|---|---|---|
| 1MEFM50U12G614160 | 2002 | MERCURY |

| Registered Owner Names (printed) | Repossession Date | Title State |
|---|---|---|
| SANDRA LOUISE ALVARADO OR NICHOLAS PETE ALVARADO | 06/26/2006 | AZ |

I certify that I am the legal owner and a lienholder of record for the vehicle described above, that the vehicle is physically located in Arizona and that I repossessed the vehicle upon default pursuant to the terms of the lien and all applicable laws and regulations, and that the State of Arizona, its agencies, employees and agents shall not be held liable for relying on the contents of this affidavit.

| Lienholder Company Name | Lienholder Signature |
|---|---|
| ARIZONA CENTRAL CREDIT UNION | |
| Lienholder Agent Name | |
| M. WOLLENMAN | |

Acknowledged before me this date.  Notary or MVD Agent Signature

| Date | County | State | Commission Expires |
|---|---|---|---|
| 7-13-06 | | | |

OFFICIAL SEAL
BECKIE WEAVER
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires June 13, 2009

## BILL OF SALE

I hereby sell to the Buyer, the vehicle described above.

| Buyer Name | | Sale Date |
|---|---|---|
| Steuer Auto Sales | | 7-18-06 |
| Street Address | City | State | Zip |
| | Bellarse | MT | |
| Name of New Lienholder (if no lien, write NONE) | | Lien Date |

Federal and State law require that the seller states the mileage in connection with the transfer of ownership. Failure to complete the odometer statement, or providing a false statement, may result in fines and/or imprisonment.

| Odometer Reading (no tenths) | ☐ Mileage in excess of the odometer mechanical limits. |
|---|---|
| 58805  ☐ miles ☐ kilometers | ☐ NOT Actual Mileage. WARNING — ODOMETER DISCREPANCY. |

I certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

| Seller Name (printed) | Seller Signature |
|---|---|
| Arizona Central Credit Union | |
| Street Address | City | State | Zip |
| 6782 S POTOMAC ST | CENTENNIAL | CO | 80112 |

Acknowledged before me this date.  Notary or MVD Agent Signature

| Date | County | State | Commission Expires |
|---|---|---|---|
| 7-13-06 | | | |

OFFICIAL SEAL
BECKIE WEAVER
NOTARY PUBLIC - State of Arizona
MARICOPA COUNTY
My Comm. Expires June 13, 2009

I am aware of the above odometer certification made by the seller.

| Buyer Name (printed) | Buyer Signature |
|---|---|
| | |

— Sequential Bills Of Sale Will Not Be Accepted —

# SALES CONTRACT AND SECURITY AGREEMENT — BUYER

**Auto Auction of Montana**
4432 South Frontage Road
Billings, MT 59101
Ph (406)252-6332 Fax (406)252-3126

| Field | Value |
|---|---|
| YEAR | 2006 |
| MAKE | PONTIAC |
| MODEL | G6 |
| SALE DATE | 10/04/2006 |
| LANE/RUN | 7 - 8 |
| VIN | 1G2ZF55B164176395 |
| BODY | |
| INVOICE # | 744275 |
| STOCK # | |
| COLOR | WHITE |
| ENGINE | 2.4L I-4 MPI |

**BUYER**
109-0006 102
INCREDIBLE AUTO SALES
1632 KING AVE WEST
BILLINGS, MT 59102
(406)652-2340
NICK GUTIERREZ

AUCTIONEER: NO AUCTIONEER JEFF

SOLD TIME: 15:26:53

ANNOUNCEMENTS: SELLER GUARANTEE

## ODOMETER DISCLOSURE STATEMENT

Federal law (and state law, if applicable) requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

[ ] (1) I hereby certify that to the best of my knowledge the odometer reading reflects the amount of mileage in excess of its mechanical limits.

[ ] (2) I hereby certify that the odometer reading is NOT the actual mileage. WARNING – ODOMETER DISCREPANCY

[ ] Vehicle is EXEMPT from reporting requirements.

_____ (seller name) state that the odometer now reads (mileage) miles (no tenths) and to the best of my knowledge, that it reflects the actual mileage of the vehicle described, unless one of the above statements is checked.

MILEAGE: 28163
ODOMETER TYPE: [ ] 5 DIGIT [X] 6 DIGIT

### DISCLOSURES

[ ] OK [ ] CASH [ ] DRAFT

DOCUMENT NOT VALID FOR EXPORT
EXCEPT AS OTHERWISE STATED IN THE AUCTION'S POLICY AND PROCEDURES MANUAL, AAM DISCLAIMS ANY AND ALL WARRANTIES ON THE VEHICLE WHETHER EXPRESS OR IMPLIED.
- AAM DISCLAIMS ALL LIABILITY FOR THEFT OR PROPERTY DAMAGE TO VEHICLES LEFT ON AAM PROPERTY.
- PURCHASER AND SELLER AGREE THAT AAM IS ACTING AS A BROKER AND EACH PARTY AGREES TO INDEMNIFY AND HOLD AAM HARMLESS FROM AND AGAINST ANY AND ALL LIABILITY ARISING FROM THIS TRANSACTION.
- SEE REVERSE SIDE OF THIS CONTRACT FOR OTHER IMPORTANT TERMS AND CONDITIONS

| | |
|---|---|
| SALE PRICE $ | 14,400.00 |
| BUYER FEE $ | 160.00 |
| DRAFT FEE $ | 0.00 |
| CUST CHGS $ | 0.00 |
| MISC FEES $ | 0.00 |
| TOTAL DUE $ | 14,560.00 |

SELLER SIGNATURE: ___
BUYER SIGNATURE: ___
PRINTED NAME OF SELLER: ___
PRINTED NAME OF BUYER: ___

**EXHIBIT 3**

Acid Block

7:51

**STATE OF SOUTH DAKOTA**

**CERTIFICATE OF TITLE**

| TITLE NO. | DATE ISSUED | | | CODE | COUNTY | WEIGHT/CC |
|---|---|---|---|---|---|---|
| 12333403 | 06/15/2006 | | | #12 | 02 | 3,619 |

| YEAR | MAKE | MODEL | BODY | VEHICLE IDENTIFICATION NUMBER | ODOMETER |
|---|---|---|---|---|---|
| 2006 | PONT | G6 | 4S | 1G2ZF55B164176395 | 24,759 ACTUAL |

MAIL TO:
ENTERPRISE RENT A CAR
1200 BOZEMAN AVE
HELENA MT 59601-2939

BRAND:

OWNER(S): ENTERPRISE RENT A CAR

OWNER ADDRESS:
1200 BOZEMAN AVE
HELENA MT 59601-2939

**LIENHOLDER(S)** — **LIEN RELEASE(S)**

FIRST LIENHOLDER:

NOTED BY _____ RELEASED BY _____
COUNTY TREASURER (CO.) (DATE)   COUNTY TREASURER (CO.) (DATE)

SECOND LIENHOLDER:

NOTED BY _____ RELEASED BY _____
COUNTY TREASURER (CO.) (DATE)   COUNTY TREASURER (CO.) (DATE)

THE DEPARTMENT OF REVENUE AND REGULATION, UNDER SOUTH DAKOTA LAW, CERTIFIES THAT THE PERSON(S) NAMED HEREON IS DULY REGISTERED IN THIS OFFICE AS OWNER(S) OF THE DESCRIBED PROPERTY WITH ANY LIENS OR ENCUMBRANCES HEREIN SET FORTH. SOUTH DAKOTA LAW REQUIRES DISCLOSURE OF DAMAGE ON MOTOR VEHICLES AND BOATS. DAMAGE INFORMATION IS AVAILABLE UPON WRITTEN REQUEST SENT TO THE DEPARTMENT OF REVENUE AND REGULATION, DIVISION OF MOTOR VEHICLES, 445 EAST CAPITOL AVENUE, PIERRE, SD.

SECRETARY, DEPARTMENT OF REVENUE AND REGULATION

CONTROL NO. 0291957

## First Assignment (Top Half)

CHASER MUST APPLY FOR NEW CERTIFICATE OF TITLE FROM COUNTY TREASURER WITHIN 30 DAYS OF PURCHASE OR BE SUBJECT TO PENALTY. FEDERAL AND STATE LAWS REQUIRE LOSE A MOTOR VEHICLE'S MILEAGE ON EACH TRANSFER OF OWNERSHIP. YOUR FAILURE TO COMPLETE THIS DISCLOSURE OR MAKING A FALSE DISCLOSURE MAY RESULT IN FINES AND ISONMENT.

APPLYING FOR: ☐ TRANSFER ☐ REPOSSESSION

(CHECK IF APPLICABLE)
- junking certificate - Required when vehicle is being parted out or at owner's option; vehicle cannot be put back on roads or highways.
- Salvage - Complete if vehicle is less than 7 years old and weighs less than 16,000 pounds GVWR.

(CHECK IF APPLICABLE)
Tax exemption #
Rental sales tax #

(CHECK IF APPLICABLE)
title only - By signing, owner is attesting that the vehicle will not be used on roads and highways.

Name (last, first, middle); Description of type of ownership (and, or, DBA, WROS, guardianship, lessee, lessor, etc); Identification number (SD Dr. Lic or SS No.)

| Owner/Lessor & Lessee | Type of Ownership | SD Driver's License No. or Social Security No. |
| Owner/Lessor & Lessee | Type of Ownership | SD Driver's License No. or Social Security No. |
| Owner's Address | City | State | Zip Code |
| Lessee's Address | City | State | Zip Code |
| Lienholder Name | Address | Lienholder Code |
| City | State | Zip Code | ☐ Mail to lienholder (if not checked, will be mailed to owner) |

**ODOMETER:** Complete if vehicle is less than 10 years old, and weighs less than 16,000 pounds GVWR.

Odometer reading is **28162**, which is actual vehicle mileage, unless one of the following statements is checked.

Stated mileage: ___ exceeds odometer's mechanical limits, or ___ is not the actual mileage - warning-odometer discrepancy.

**DAMAGE:** Complete if vehicle/boat is less than 7 years old, and vehicle weighs less than 16,000 pounds GVWR.

Salvage - Total Loss: Was vehicle determined to be a total loss? ___ yes ___ no
Damage - Answer both questions.
1. The vehicle/boat sustained damage in excess of $5,000 in any single occurrence while I have owned the described vehicle/boat. ___ yes ___ no
2. At the time I acquired this vehicle/boat, the vehicle/boat had unrepaired damage in excess of $5,000 ___ yes ___ no

If you checked "yes" to any of the questions above, check the general cause(s) below (check all that apply):
___ collision ___ fire ___ vandalism ___ submersion in water ___ weather ___ other damage (list):

| Date of Sale | Selling Price | Trade-in Price (if any) | Total Price Paid | Trade-In: Year | Make | Serial or SD Title Number |
| 8/14/06 | | | | | | |

"AS SELLER(S) AND BUYER(S), WE CERTIFY UNDER PENALTY OF SOUTH DAKOTA LAW, THAT THE INFORMATION ENTERED ABOVE IS TRUE AND ACCURATE. IT IS A CLASS 5 FELONY TO MAKE A FALSE STATEMENT."

HAND PRINTED NAME OF SELLER(S): *L. Lalala J.C.* ENTERPRISE
SIGNATURE OF SELLER/DEALER
SELLER'S/DEALER'S ADDRESS
CITY STATE ZIP CODE
DEALER NUMBER

HAND PRINTED NAME OF PURCHASER(S)/COMPANY NAME: **NORTHWEST ADVANTAGE LLC DBA Automotive Dealer Services**
SIGNATURE OF PURCHASER(S) OR AUTHORIZED AGENT: *Dwyer Barnhart J.C.*

## Second Assignment (Bottom Half)

APPLYING FOR: ☐ TRANSFER ☐ REPOSSESSION

(CHECK IF APPLICABLE)
- junking certificate - Required when vehicle is being parted out or at owner's option; vehicle cannot be put back on roads or highways.
- Salvage - Complete if vehicle is less than 7 years old and weighs less than 16,000 pounds GVWR.

(CHECK IF APPLICABLE)
Tax exemption #
Rental sales tax #

(CHECK IF APPLICABLE)
title only - By signing, owner is attesting that the vehicle will not be used on roads and highways.

Name (last, first, middle); Description of type of ownership (and, or, DBA, WROS, guardianship, lessee, lessor, etc); Identification number (SD Dr. Lic or SS No.)

| Owner/Lessor & Lessee | Type of Ownership | SD Driver's License No. or Social Security No. |
| Owner/Lessor & Lessee | Type of Ownership | SD Driver's License No. or Social Security No. |
| Owner's Address | City | State | Zip Code |
| Lessee's Address | City | State | Zip Code |
| Lienholder Name | Address | Lienholder Code |
| City | State | Zip Code | ☐ Mail to lienholder (if not checked, will be mailed to owner) |

**ODOMETER:** Complete if vehicle is less than 10 years old, and weighs less than 16,000 pounds GVWR.

Odometer reading is **28163**, which is actual vehicle mileage, unless one of the following statements is checked.

Stated mileage: ___ exceeds odometer's mechanical limits, or ___ is not the actual mileage - warning-odometer discrepancy.

**DAMAGE:** Complete if vehicle/boat is less than 7 years old, and vehicle weighs less than 16,000 pounds GVWR.

Salvage - Total Loss: Was vehicle determined to be a total loss? ___ yes ___ no
Damage - Answer both questions.
1. The vehicle/boat sustained damage in excess of $5,000 in any single occurrence while I have owned the described vehicle/boat. ___ yes ___ no
2. At the time I acquired this vehicle/boat, the vehicle/boat had unrepaired damage in excess of $5,000 ___ yes ___ no

If you checked "yes" to any of the questions above, check the general cause(s) below (check all that apply):
___ collision ___ fire ___ vandalism ___ submersion in water ___ weather ___ other damage (list):

| Date of Sale | Selling Price | Trade-in Price (if any) | Total Price Paid | Trade-In: Year | Make | Serial or SD Title Number |
| 8/14/06 | | | | | | |

"AS SELLER(S) AND BUYER(S), WE CERTIFY UNDER PENALTY OF SOUTH DAKOTA LAW, THAT THE INFORMATION ENTERED ABOVE IS TRUE AND ACCURATE. IT IS A CLASS 5 FELONY TO MAKE A FALSE STATEMENT."

HAND PRINTED NAME OF SELLER(S): **NORTHWEST ADVANTAGE LLC DBA Automotive Dealer Services**
SIGNATURE OF SELLER/DEALER: *Dwyer Barnhart J.C.*
DEALER NUMBER: **342104**

HAND PRINTED NAME OF PURCHASER(S)/COMPANY NAME: **Incredibly Auto Sales**
SIGNATURE OF PURCHASER(S)

Oct 3, 2006

# Wholesale Breakdown

# Kelley Blue Book
# Sep-Oct 2006

2005 Suzuki Forenza S Sedan 4D ............................................................. $9,175

VIN: KLSJD56Z55K174188

| | |
|---|---|
| 4-Cyl. 2.0 Liter | Included |
| Automatic | Included |
| FWD | Included |

\*\*\* Equipment \*\*\*

| | |
|---|---|
| Air Conditioning | Included |
| Power Steering | Included |
| Power Windows | Included |
| Power Door Locks | Included |
| Tilt Wheel | Included |
| AM/FM Stereo | Included |
| Cassette | Included |
| Single Compact Disc | 200 |
| Dual Front Air Bags | Included |
| No Cruise Control | 0 |

| | |
|---|---|
| Wholesale Value without mileage | $9,375 |
| Mileage adjustment (33,836) miles | <550> |

\*\*\* Kelley Blue Book Wholesale Value ............................................. $8,825  de

7060

Sep-Oct 2006 Kelley Blue Book KARPOWER values for Montana
Values are subjective opinions. Kelley Blue Book assumes no responsibility for errors or omi
© Copyright Kelley Blue Book 2006, all rights reserved

EXHIBIT
4



Federal and State law require that the seller states the vehicle mileage upon transfer of ownership. Failure to complete the odometer disclosure statement, may result in fines and/or imprisonment. The buyer has 15 business days to apply for a new vehicle title and avoid penalty charges, whether or not the vehicle is being used. This time period is subject to legislative change.

## TRANSFER OF OWNERSHIP

Seller must complete this section and give title to the new owner.

Sale Date: 7-18-06

Buyer Name (printed): Steve's Auto Sales
City: Billings State: MT

Odometer Reading: 33,536 ☐ miles ☐ kilometers
☐ Mileage in excess of the odometer mechanical limits
☐ NOT Actual Mileage WARNING – ODOMETER DISCREPANCY

I certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

Seller Name (printed): Century Funds Seven CLPF
Dealer Number: Agent Name: A. West

Acknowledged before me this date:

OFFICIAL SEAL
BECKIE WEAVER
NOTARY PUBLIC – State of Arizona
MARICOPA COUNTY
My Comm. Expires Apr 14, 2009

Date: 7-26-06

I am aware of the above odometer certification made by the seller.

Buyer Name (printed): Steve's Auto Sales

## DEALER REASSIGNMENT

Buyer Name (printed): Incredible Auto Sales

Odometer Reading: 33,536 ☐ miles ☐ kilometers
☐ Mileage in excess of the odometer mechanical limits
☐ NOT Actual Mileage WARNING – ODOMETER DISCREPANCY

I certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

Dealer Name: Steve's Auto Sales
Dealer Number: 3VD33 Agent Name: Steve Wilson

I am aware of the above odometer certification made by the seller.

Buyer Name (printed): Incredible Auto Sales

## DEALER REASSIGNMENT

[blank section]

## DEALER REASSIGNMENT

[blank section]



**Motor Vehicle Division**
ADOT
46-0902 R01/06   www.azdot.gov

# REPOSSESSION AFFIDAVIT

| Vehicle Identification Number | | Year | Make |
|---|---|---|---|
| KL5JD56Z55K174188 | | 2005 | SUZI |
| Registered Owner Names (printed) | | Repossession Date | Title State |
| LORITA BARLOW | | 05/18/2006 | AZ |

I certify that I am the legal owner and a lienholder of record for the vehicle described above, that the vehicle is physically located in Arizona and that I repossessed the vehicle upon default pursuant to the terms of the lien and all applicable laws and regulations, and that the State of Arizona, its agencies, employees and agents shall not be held liable for relying on the contents of this affidavit.

| Lienholder Company Name | |
|---|---|
| CENTRIX FUNDS SERIES CLPF | |
| Lienholder Agent Name | Lienholder Signature |
| BARBRA TOLLETTE | |

Acknowledged before me this date.

| Date | County | State | Commission Expires |
|---|---|---|---|
| 5/18/06 | Arapahoe | CO | 3/27/07 |

## BILL OF SALE

hereby sell to the Buyer, the vehicle described above.

| Buyer Name | | | Sale Date |
|---|---|---|---|
| Steve's Auto Sales | | | |
| Street Address | City | State | Zip |
| | Billings | MT | |
| Name of New Lienholder (if no lien, write NONE) | | Lien Date | |

AMANDA TRUJILLO
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 03/27/2007

Federal and State law require that the seller states the mileage in connection with the transfer of ownership. Failure to complete the odometer statement, or providing a false statement, may result in fines and/or imprisonment.

| Odometer Reading (no tenths) | |
|---|---|
| 33836  ☐ miles  ☐ kilometers | ☐ Mileage in excess of the odometer mechanical limits.<br>☐ NOT Actual Mileage, WARNING – ODOMETER DISCREPANCY. |

I certify to the best of my knowledge that the odometer reading is the actual mileage unless one of the boxes above is checked.

| Seller Name (printed) | Seller Signature |
|---|---|
| Centrix Funds Series CLPF | |
| Street Address | City | State | Zip |
| 6782 S POTOMAC | CENTENNIAL | CO | 80112 |

Acknowledged before me this date.

| Date | County | State | Commission Expires |
|---|---|---|---|
| 5/18/06 | Arapahoe | CO | |

AMANDA TRUJILLO
NOTARY PUBLIC
STATE OF COLORADO
Commission Expires 03/27/2007

I am aware of the above odometer certification made by the seller.

| Buyer Name (printed) | Buyer Signature |
|---|---|

— Sequential Bills Of Sale Will Not Be Accepted —