UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

**INCREDIBLE AUTO SALES LLC**,

Debtor.

Case No. **06-60855-11**

**O R D E R**

At Butte in said District this 4th day of January, 2007.

In this Chapter 11 bankruptcy, Debtor filed on December 16, 2006, a Motion to Affirm Lease of Premises, seeking to assume Debtor's valid Lease of the Premises at 1832 King Avenue, Billings, Montana (hereinafter "the Premises"), which is the legal location of the Kia Franchise Automobile Dealer. In the absence of any timely opposition by any party in interest and given the fact that Debtor's Kia Franchise is now for sale,

IT IS ORDERED that Debtor's Motion to Affirm Lease of Premises filed December 16, 2006, is GRANTED; and Debtor is granted authority to assume the Lease of its premises under 11 U.S.C. § 365.

BY THE COURT

/s/ Ralph B. Kirscher
HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana