IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

_____
IN RE: )
 ) Bankruptcy No.: 06-60855-RBK-11
INCREDIBLE AUTO SALES INC., )
 )
 Debtor. )
_____

**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY**
_____

At Butte in said District this 5th day of January, 2007.

In this Chapter 11 case, Marty and Wendy Andres ("Creditor") filed a Motion to Modify Stay on December 22, 2006. In accordance with Mont. LBR 4001-1, Mont. LBR 9013-1 and Mont. LBF 8, Creditor attached a "Notice to Debtor(s)" to the motion advising Debtor, and other parties in interest that they had ten (10) days within which to respond to Creditor's motion. Neither Debtor nor any party in interest filed a timely response to Creditor's motion in accordance with Mont. LBR 4001-1. In the absence of any outstanding opposition after notice, the Court finds that Creditor's motion is filed for good cause under 11 U.S.C. § 362(d). Accordingly,

**IT IS HEREBY ORDERED** that the stay afforded by §362(a) of the Bankruptcy Code be, and hereby is modified as against the Debtor and the estate in order to permit Creditor to take possession of the subject personal property, in accordance with applicable non-bankruptcy law:

1998 Ford Expedition, VIN 1FMPU18L0WLB20441.

**IT IS FURTHER ORDERED** that this Order is effective immediately and shall not be stayed for ten (10) days as provided in F.R.B.P. 4001(a)(3).

BY THE COURT

/s/ Ralph B. Kirscher
HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana