## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

In re

**INCREDIBLE AUTO SALES LLC**,

Debtor.

Case No.  **06-60855-11**

# *O R D E R*

At Butte in said District this 12th day of January, 2007.

In accordance with the Memorandum of Decision entered in the above-referenced bankruptcy on this same date,

IT IS ORDERED that the Motion for Relief from the Automatic Stay filed by Steve's Auto Sales, Inc. on November 17, 2006, is GRANTED; and the stay afforded by § 362(a) of the Bankruptcy Code is modified to permit Steve's Auto Sales, Inc. to pursue its nonbankruptcy remedies with respect to a 2007 Dodge Caliber 530095; a 2002 Mercury Sable 614160; a 2006 Pontiac G6 176395; a 2005 Suzuki Forenza 174188; and a 2004 Chevrolet Cavalier 235271.

IT IS FURTHER ORDERED that this Order is effective immediately and shall not be stayed for ten (10) days as provided in F.R.B.P. 4001(a)(3).

BY THE COURT

HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana

1

2