UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

**INCREDIBLE AUTO SALES LLC**,

Debtor.

Case No. **06-60855-11**

# *O R D E R*

At Butte in said District this 12th day of January, 2007.

In accordance with the Memorandum of Decision entered in the above-referenced bankruptcy case on this same date,

IT IS ORDERED that the Expedited Motion to Modify Stay filed by Hyundai Motor Finance Company on November 17, 2006, is GRANTED; and the stay afforded by § 362(a) of the Bankruptcy Code is modified to permit Hyundai Motor Finance Company to pursue its nonbankruptcy remedies against Debtor's new and used vehicle inventory, parts inventory, equipment and fixtures, but excluding those used vehicles identified in Adversary Proceeding Nos. 06-00119 or 06-00120.

IT IS FURTHER ORDERED that Hyundai Motor Finance Company's Alternative Motion for Appointment of Trustee filed November 17, 2006, is DENIED.

BY THE COURT

_____
HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana

1