Bruce F. Fain
Murphy, Kirkpatrick & Fain, P.L.L.P.
208 North Broadway, Suite 208
P.O. Box 429
Billings, MT 59103-0429
Phone: (406) 256-9700
Fax: (406) 256-9755
E-mail: bruce@murphkirk.com
I.D. Number: 3377

Attorneys for Creditor
    Auto Auction of Montana

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| In re: | CASE NO. 06-60855 |
|---|---|
| INCREDIBLE AUTO SALES, LLC, | |
| Debtor. | **APPLICATION FOR ADMINISTRATIVE EXPENSES** |

- - - - - - - - - - - - - - - - -

    AUTO AUCTION ASSOCIATES OF MONTANA, INC., d/b/a AUTO AUCTION OF MONTANA a/k/a AUTO AUCTION OF BILLINGS ("Auto Auction"), through its counsel, and pursuant to 11 U.S.C. § 503(9) submits this Application for Administrative Expenses.

    Auto Auction makes this application on the grounds that it is entitled to an administrative expense for goods received by the debtor within twenty (20) days before the commencement of bankruptcy when the goods were sold to the debtor in the debtor's ordinary course of business.  This application is being made for

vehicles which the debtor received and sold without obtaining financing from any lender. This application is being made without waiving the reclamation claims for vehicles which were not sold prior to bankruptcy and Auto Auction reserves the right to assert a right to additional administrative expenses, depending upon the outcome of its reclamation claims.

In particular, Auto Auction requests an administrative expense in the amount of $32,225.00 for the following vehicles:

| Year | Make | Model | VIN | Value |
|------|------|-------|-----|-------|
| 2006 | CHEVY | MALIBU | 1G1ZT51F46F115830 | $9,675.00 |
| 2005 | KIA | OPTIMA | KNAGD126855426066 | $8,050.00 |
| 2005 | KIA | RIO | KNADC125356361327 | $6,450.00 |
| 2005 | KIA | SPECTRA | KNAFE121755172069 | $8,050.00 |

Each of the above vehicles were subject to sales within twenty (20) days of the filing of bankruptcy and were sold by the debtor, presumably to consumers.

DATED this 16th day of January, 2007.

>Murphy, Kirkpatrick & Fain, P.L.L.P.
>208 North Broadway, Suite 208
>P.O. Box 429
>Billings, MT 59103-0429

2

By: /S/ Bruce F. Fain
Bruce F. Fain
Attorneys for Plaintiff Auto
Auction of Montana

---

**NOTICE TO CREDITORS**

---

If you object to the application, you must file a written responsive pleading and request a hearing within ten (10) days of the date of the motion. The objecting party shall schedule the hearing and shall include in the caption of the responsive pleading the date, time and location of the hearing by inserting in the caption the following:

**NOTICE OF HEARING**
Date: _____
Time: _____
Location: _____

This contested matter shall be scheduled for hearing for the next hearing date scheduled in the division within which the case is filed. The date, time, and location of the hearing can be obtained from the Clerk of Court or from the Court's website at www.mtb.uscourt.gov. In the event such scheduled hearing date is thirty (30) days beyond the filing date of the motion for relief, then a preliminary hearing within such thirty (30) day period shall be scheduled by the responding party after such party contacts the Clerk of Court to confirm the preliminary telephone hearing date and time, which shall be set forth in the response.

If you fail to file a written response to the above Motion to Modify Stay with the particularity required by Mont. LBR 4001-1(b), and request a hearing, within ten (10) days of the date of this Notice, with service on the undersigned and all parties entitled to service under all applicable rules, then your failure to respond or to request a hearing will be deemed an admission that the motion for relief should be granted without further notice of hearing.

DATED this 16th day of January, 2007.

Murphy, Kirkpatrick & Fain, P.L.L.P.
208 North Broadway, Suite 208
P.O. Box 429
Billings, MT 59103-0429

By: /S/ Bruce F. Fain
Bruce F. Fain
Attorneys for Auto Auction

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 16th day of January, 2007, a copy of the APPLICATION FOR ADMINISTRATIVE EXPENSES was served upon counsel of record by the following method:

 1-5, 7-19    CM/ECF

   6          Mail

1.   William L. Needler
     William L. Needler and Associates
     555 Skokie Blvd. Ste. 500
     Northbrook, IL 60062
     williamlneedler@aol.com

2.   Charles W. Hingle
     Shane P. Coleman
     P.O. Box 639
     Billings, MT  59103-0639
     chingle@hollandhart.com

3.   Neal G. Jensen
     U.S. Trustee
     Liberty Center, Ste. 204
     301 Central Ave.
     P.O. Box 3509
     Great Falls, MT 59401
     Neal.G.Jensen@usdoj.gov

4.   James A. Patten
     Patten, Peterman, Bekkedahl
       & Green, PLLC
     2817 2nd Avenue North, #300
     Billings, MT  59101
     japatten@ppbglaw.com

5.   Christopher Birkle
     P.O. Box 1415
     Billings, MT  59103
     lovellaw@hotmail.com

6.   Ken Cornelison
     Incredible Auto Sales, LLC
     1832 King Avenue West
     Billings, MT 59102

7. Alan C. Bryan
   P.O. Box 2529
   Billings, MT 59103-2529
   abrayn@crowleylaw.com

8. Shane P. Coleman
   Holland & Hart
   P.O. Box 639
   Billings, MT 59103-0639
   spcoleman@hollandhart.com

9. Gregory W. Duncan
   2687 Airport Road, Ste. A
   Helena, MT 59601
   gd@mt.net

10. Jeffrey A. Hunnes
    Guthal, Hunnes, Reuss, Thompson, PC
    P.O. Box 1977
    Billings, MT 59103-1977
    jhunnes@ghrtlawfirm.com

11. Doug James
    Moulton, Bellingham, Longo & Mather, PC
    P.O. Box 2559
    Billings, MT 59103
    james@moultonlawfirm.com

12. Steven M. Johnson
    Church, Harris, Johnson & Williams, PC
    P.O. Box 1645
    Great Falls, MT 59403
    sjohnson@chjw.com

13. Daniel P. McKay
    Office of the U.S. Trustee
    Liberty Center Suite 204
    301 Central Ave.
    Great Falls, MT 59401
    Dan.P.McKay@usdoj.gov

14. Christian T. Nygren
    Milodragovich, Dale, Steinbrenner & Binney, PC
    P.O. Box 4947
    Missoula, MT 59806-4947
    nygren@bigskylawyers.com

15. Clarke B. Rice
    P.O. Box 23563
    Billings, MT 59104
    clarkerice@imt.net

16. Jeffrey N. Rich
    Kirkpatrick & Lockhart Nicholson Graham LLP
    599 Lexington Avenue
    New York, NY 10022
    jrich@klng.com

17. Ross P. Richardson
    P.O. Box 399
    Butte, MT 59701
    rossrichardson@qwest.net

18. Jason S. Ritchie
    Holland & Hart
    401 N 31st Street Suite 1500
    Billings, MT 59101
    jritchie@hollandhart.com

19. Lisa Swan Semansky
    Semansky Law Office
    P.O. Box 3267
    Great Falls, MT 59403-3267
    semanksy@bresnan.net

/S/    Bruce F. Fain