Bruce F. Fain
Murphy, Kirkpatrick & Fain, P.L.L.P.
208 North Broadway, Suite 208
P.O. Box 429
Billings, MT 59103-0429
Phone: (406) 256-9700
Fax: (406) 256-9755
E-mail: bruce@murphkirk.com
I.D. Number: 3377

Attorneys for Creditor
      Auto Auction of Montana

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re:<br><br>INCREDIBLE AUTO SALES, LLC,<br><br>                              Debtor. | CASE NO. 06-60855<br><br>**LIMITED OBJECTION TO DEBTOR'S SALE MOTION**<br><br>**Notice of Hearing**<br>**Date: January 23, 2007**<br>**Time: 10:00 a.m.**<br>**Location: 5th Floor**<br>            **Federal Courthouse**<br>            **Billings, MT** |

- - - - - - - - - - - - - - - - -

AUTO AUCTION ASSOCIATES OF MONTANA, INC., d/b/a AUTO AUCTION OF MONTANA a/k/a AUTO AUCTION OF BILLINGS ("Auto Auction"), through its counsel, submits the following limited objection to Debtor's Sale Motion.

The Sale Motion contains no value for any vehicles to be sold, but instead notes that the price will be "as agreed." There simply

is no way for a competing bidder, or this Court, to determine an acceptable bid.

DATED this 17th day of January, 2007.

                                        Murphy, Kirkpatrick & Fain, P.L.L.P.
                                        208 North Broadway, Suite 208
                                        P.O. Box 429
                                        Billings, MT 59103-0429

                                        By: /S/ Bruce F. Fain
                                             Bruce F. Fain
                                             Attorneys for Plaintiff Auto
                                             Auction of Montana

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 16th day of January, 2007, a copy of the APPLICATION FOR ADMINISTRATIVE EXPENSES was served upon counsel of record by the following method:

 1-18    CM/ECF


1.  William L. Needler
    William L. Needler and Associates
    555 Skokie Blvd. Ste. 500
    Northbrook, IL 60062
    williamlneedler@aol.com

2.  Charles W. Hingle
    Shane P. Coleman
    P.O. Box 639
    Billings, MT  59103-0639
    chingle@hollandhart.com

3.  Neal G. Jensen
    U.S. Trustee
    Liberty Center, Ste. 204
    301 Central Ave.
    P.O. Box 3509
    Great Falls, MT 59401
    Neal.G.Jensen@usdoj.gov

4.  James A. Patten
    Patten, Peterman, Bekkedahl
       & Green, PLLC

2

```
            2817 2nd Avenue North, #300
            Billings, MT  59101
            japatten@ppbglaw.com

5.   Christopher Birkle
     P.O. Box 1415
     Billings, MT  59103
     lovellaw@hotmail.com

6.   Alan C. Bryan
     P.O. Box 2529
     Billings, MT 59103-2529
     abrayn@crowleylaw.com

7.   Shane P. Coleman
     Holland & Hart
     P.O. Box 639
     Billings, MT 59103-0639
     spcoleman@hollandhart.com

8.   Gregory W. Duncan
     2687 Airport Road, Ste. A
     Helena, MT 59601
     gd@mt.net

9.   Jeffrey A. Hunnes
     Guthal, Hunnes, Reuss, Thompson, PC
     P.O. Box 1977
     Billings, MT 59103-1977
     jhunnes@ghrtlawfirm.com

10.  Doug James
     Moulton, Bellingham, Longo & Mather, PC
     P.O. Box 2559
     Billings, MT 59103
     james@moultonlawfirm.com

11.  Steven M. Johnson
     Church, Harris, Johnson & Williams, PC
     P.O. Box 1645
     Great Falls, MT 59403
     sjohnson@chjw.com

12.  Daniel P. McKay
     Office of the U.S. Trustee
     Liberty Center Suite 204
     301 Central Ave.
     Great Falls, MT 59401
     Dan.P.McKay@usdoj.gov
```

13. Christian T. Nygren
    Milodragovich, Dale, Steinbrenner & Binney, PC
    P.O. Box 4947
    Missoula, MT 59806-4947
    nygren@bigskylawyers.com

14. Clarke B. Rice
    P.O. Box 23563
    Billings, MT 59104
    clarkerice@imt.net

15. Jeffrey N. Rich
    Kirkpatrick & Lockhart Nicholson Graham LLP
    599 Lexington Avenue
    New York, NY 10022
    jrich@klng.com

16. Ross P. Richardson
    P.O. Box 399
    Butte, MT 59701
    rossrichardson@qwest.net

17. Jason S. Ritchie
    Holland & Hart
    401 N 31st Street Suite 1500
    Billings, MT 59101
    jritchie@hollandhart.com

18. Lisa Swan Semansky
    Semansky Law Office
    P.O. Box 3267
    Great Falls, MT 59403-3267
    semanksy@bresnan.net

                                          /S/    Bruce F. Fain