Daniel P. McKay
Office of United States Trustee
Liberty Center, Suite 204
301 Central Avenue
Great Falls, MT 59403
Phone: (406) 761-8777
Fax: (406) 761-8895
e-mail: dan.p.mckay@usdoj.gov
State bar I.D. No. 2422
(Attorney for the United States Trustee)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re                                                    )   Case No. 06-60855-11
                                                         )
INCREDIBLE AUTO SALES, L.L.C.,                           )
                                                         )
                         Debtor.                         )
_____

LIST OF EXHIBITS
_____

U.S. Trustee Ilene J. Lashinsky, through her undersigned attorney, Daniel P. McKay, provides the following List of Exhibits for the hearing on the U.S. Trustee's Motion to Convert and the Debtor's Objection thereto, which is set for January 23, 2007. Copies of all exhibits are attached hereto.

Exhibit 1:   Financial Statement and Income and Expense Statement for October, 2006.

Exhibit 2:   Financial Statement and Income and Expense Statement for November, 2006.

Exhibit 3:   Financial Statement and Income and Expense Statement for December, 2006.

DATED this 18th day of January, 2007.

Respectfully Submitted

ILENE J. LASHINSKY
United States Trustee

/s/ Daniel P. McKay
DANIEL P. McKAY
Attorney for United States Trustee