DEALER FINANCIAL STATEMENT PAGE 1

Dealership Name: **INCREDIBLE AUTO SALES**
Address: **1832 KING AVE WEST**
City, State: **BILLINGS MT**

Month: **10** Year: **06**
Dealer Code: **MT004**
Reg./Dist.: **DIS**



| ASSETS | ACCT. NO | AMOUNT (OMIT CENTS) |  | LIABILITIES | ACCT. NO | AMOUNT (OMIT CENTS) |
|---|---|---|---|---|---|---|
| **CASH AND CONTRACTS** | | | 1 | **ACCOUNTS PAYABLE** | | |
| Cash on Hand | 2000/2010 | 600 | 2 | Trade Creditors | 3000 | -64358 |
| Cash in Bank / Temp. Cash Investment | 2020 | 136076 | 3 | Vehicle Lien Payoff | 3010 | 295032 |
| Contracts in Transit | 2030 | 20616 | 4 | Customer Deposits / Prepaid Dist. Incentives | 3020/3025 | 7417 |
| TOTAL CASH AND CONTRACTS LINES 2-4 INCL. | | 157292 | 5 | License and Title Fees | 3030 | 724412 |
| **RECEIVABLES** | | | 6 | TOTAL ACCOUNTS PAYABLE LINES 2-5 INCL. | | 962503 |
| CUSTOMER (PAST DUE OVER 30 DAYS) | | | 7 | **ACCRUED LIABILITIES** | | |
| Service and Parts | 2100 | 87915 | 8 | Interest | 3100 | 18658 |
| Vehicle | 2110 | 212187 | 9 | Insurance | 3110 | |
| Customer Notes | 2120 | | 10 | Payroll | 3120 | 2054 |
| Lease, Rental and Service Contracts | 2130/2140 | 841 | 11 | Payroll Taxes / Sales Tax | 3130/3140 | 35602 |
| Miscellaneous Customer | 2150 | 148566 | 12 | Taxes - Other Than Payroll, Sales & Income | 3150 | |
| DISTRIBUTOR | | | 13 | Corporate / Income Tax | 3160 | |
| Warranty Claims - Kia | 2200 | 5817 | 14 | Bonuses - Owners and Employees | 3170/3180 | |
| Warranty Claims - Other | 2209 | | 15 | Pension Fund / Profit Sharing | 3190 | 1193 |
| Pre-Delivery Service - Kia | 2210 | | 16 | Miscellaneous Accruals / Notes Payable Short Term | 3220/3060 | 68505 |
| Factory Holdback Receivable - Kia | 2230 | | 17 | TOTAL ACCRUED LIABILITIES LINES 8-16 INCL. | | 126012 |
| Factory Holdback Receivable - Other | 2235 | | 18 | TOTAL ACCTS. PAYABLE & ACCRUED LIABILITIES LINE 6 AND 17 | | 1088515 |
| Vehicle Incentives | 2240 | 500 | 19 | **NOTES PAYABLE** | | |
| Other Distributor Receivables | 2220/3250 | 350 | 20 | New Vehicles and Demonstrators | 3300 | 840457 |
| Less: Allowance For Doubtful Accounts | 2260 | | 21 | Used Vehicles | 3310 | 1346031 |
| NET CUST. / DIST. REC. LINES 8-21 INCL. | | 456176 | 22 | Other Inventories | 3320 | 37589 |
| Finance and Insurance Receivables - Current | 2270/3280 | 23546 | 23 | Lease Vehicles | 3400 | |
| TOTAL RECEIVABLES LINES 22-23 INCL. | | 479722 | 24 | Rental Vehicles | 3410 | 57121 |
| **INVENTORIES** CAR TRUCK | | | 25 | TOTAL VEHICLES LIABILITIES LINES 20-24 | | 2281198 |
| * Demos - Kia | 2300 | | 26 | TOTAL CURRENT LIABILITIES LINE 18 AND 25 | | 3369713 |
| * Demos - Other | 2310 | | 27 | Reserve For Repossession and Service Contract Losses | 3450/3460 | -245346 |
| * New Vehicles - Kia  17  12 | 2320 | 656961 | 28 | **LONG TERM DEBT** AMOUNT DUE WITHIN 1 YEAR | | |
| * New Vehicles - Other  5  4 | 2330 | 41504 | 29 | Notes Pay. - Capital Loans | 3500 | |
| TOTAL NEW VEH. INV.  TOTAL UNITS  38 | LINES 24-29 INCL. | 698465 | 30 | Mortgages Payable | 3510 | |
| Used Vehicles - Kia  11  2 | 2400 | 180674 | 31 | Other Notes & Contracts | 3520 | |
| Used Vehicles - Other  97  50 | 2405 | 1525821 | 32 | Owners / Officers Notes | 3530 | 1066836 |
| Program Vehicles - Kia  1 | 2406 | 14304 | 33 | TOTAL CURRENT PORTION LONG TERM DEBT (MEMO) | | |
| Parts and Accessories - Kia | 2410 | 127085 | 34 | TOTAL LONG TERM DEBT LINES 29-32 INCL. | | 1066836 |
| Parts and Accessories - Other | 2419 | 17057 | 35 | TOTAL LIABILITIES LINES 26, 27, & 34 INCL. | | 4191203 |
| Tires, Gas, Oil and Grease | 2430 | 2587 | 36 | LIFO Reserve Inventory Adjustment New 3801 | 3800 | |
| Body Shop Materials / Sublet Repairs | 2450/2460 | 923 | 37 | Used 3802  P & A 3803 | | |
| Work in Process - Labor | 2470 | 1315 | 38 | **NET WORTH** | | |
| Non-Automotive Merchandise | 2480 | | 39 | CORPORATION [ ]  PROPRIETORSHIP OR PARTNERSHIP [ ] | | |
| TOTAL ALL INVENTORIES LINES 30-39 | | 2568231 | 40 | Capital Stock  Investments | 2900/3960 | 781291 |
| **OTHER CURRENT ASSETS** | | | 41 | Add'l. Paid in Capital  — | 3970 | 1263399 |
| Marketable Securities | 2500 | | 42 | Treasury Stock  — | 3910 | |
| Prepaid Expenses | 2510 TO 2560 | 163387 | 43 | Retained Earnings  — | 3920 | -2171850 |
| TOTAL OTHER CURRENT ASSETS LINES 42-43 INCL. | | 163387 | 44 | Dividends  Drawing | 3930/3960 | |
| **OTHER VEHICLE ASSETS** UNITS | | | 45 | NET INVESTMENT LINES 40-44 INCL. | | -127170 |
| * Lease Vehicles | 2600/2601 | | 46 | **CURRENT EARNINGS BEFORE TAXES** | | |
| * Rental Vehicles  5 | 2610/2611 | 39311 | 47 | MO.  NEW UNITS KIA / OTHER  USED RTL  USED WHL  PROFIT OR (LOSS) | | |
| TOTAL OTHER VEHICLE ASSETS LINES 46-47 INCL. | | 39311 | 48 | JAN.  9  46  15  4826 | | |
| TOTAL CURRENT ASSETS LINES 5, 24, 40, 44 & 48 | | 3407943 | 49 | FEB.  8  65  4  7895 | | |
| **FIXED ASSETS - AUTO BUSINESS ONLY** | | | 50 | MAR.  9  46  9  -39007 | | |
| DESC.  ACCT. NO.  COST  ACCUMULATED DEPRECIATION | | | 51 | APR.  8  46  8  -22794 | | |
| LAND  2700 | | | 52 | MAY  7  1  52  18  -30828 | | |
| BLDG. & IMP.  2710/2711 | | | 53 | JUNE  13  35  8  -51134 | | |
| SERV. EQUIP.  2720/2721  110782  93920 | | 16862 | 54 | JULY  12  50  16  1152 | | |
| P & A EQUIP.  2730/2731  1209  330 | | 879 | 55 | AUG.  11  50  17  3806 | | |
| FURN. SIGNS FIXTURES  2740/2741  79803  74999 | | 4804 | 56 | SEP.  9  39  36  -236266 | | |
| COMPANY VEHICLES  2750/2751  19012  19012 | | | 57 | OCT.  5  1  4  3  -85911 | | |
| LEASEHOLDS  2760/2761  317983  132199 | | 185784 | 58 | NOV. | | |
| TOTAL FIXED ASSETS LINES 52-58 INCL.  528789  320460 | | 208329 | 59 | DEC. | | |
| **OTHER ASSETS** | | | 60 | TOT.  91  2  433  134  -447261 | | |
| Deposits on Contracts | 2800 | | 61 | Estimated Income Tax | | |
| Life Insurance - Cash Value | 2810 | | 62 | Net Profit (Loss) After Taxes | 3990 | -447761 |
| Notes & Accts Rec. / Officers / Owners Employee Advances | 2820/2830 | | 63 | TOTAL NET WORTH LINES 45 AND 62 | | -574931 |
| Due From Finance Companies - Deferred | 2840 | | 64 | TOTAL LIABILITIES & NET WORTH LINES 35, 39 AND 63 | | 3616272 |
| Other Non-Franchised Assets | 2850 | | 65 | | | |
| TOTAL OTHER ASSETS LINES 61-65 INCL. | | | 66 | | | |
| TOTAL ASSETS LINES 49, 59 & 66 | | 3616272 | 67 | | | |



**FINANCIAL SUMMARY**

$ __1048154__  Net Working Capital Requirement
$ __38230__  Actual Working Capital (CURRENT ASSETS LESS CURRENT LIABILITIES & CURRENT PORTION LONG TERM DEBT.)
$ __299806__  Net Cash
$ __248657__  Average Monthly Expense

KIA US 2006 PAGE 1

PAGE 2 — TOTAL INCOME AND EXPENSE

| # | NAME OF ACCOUNT | ACCT. NO. | TOTAL DEALERSHIP MONTH | G.P.% SALES | YEAR TO DATE | G.P.% SALES | (1) NEW KIA DEPARTMENT MONTH | YEAR TO DATE | (2) NEW OTHER DEPARTMENT MONTH | YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TOTAL SALES | | 276166 | | 9875592 | | 120044 | 2077326 | 8134 | 16438 |
| 2 | TOTAL GROSS PROFIT | | 61066 22.11 | | 1766700 17.89 | | 15422 | 281931 | 476 | 476 |
| 3 | **DEPARTMENTAL SELLING EXPENSES** | | | | | | | | | |
| 4 | Sales Compensation | 7000 | 8435 13.81 | | 2714491 15.36 | | 1702 | 24138 | 10 | 295 |
| 5 | Supervision Compensation | 7010 | 14678 24.04 | | 2640591 14.95 | | 1600 | 31497 | | |
| 6 | Delivery Expenses | 7020 | | | | | | | | |
| 7 | Fin., Ins. & S.C. Compensation | 7030 | 1614 2.64 | | 51670 2.92 | | 1071 | 6259 | | |
| 8 | Advertising - Departmental | 7040 | 40725 66.69 | | 4403652 4.93 | | 13735 | 79882 | | |
| 9 | Interest - Floor Plan | 7050 | -356 -.58 | | 173266 .981 | | -107 | 69263 | | 5771 |
| 10 | TOTAL SELLING EXPENSES LINES 4-9 INCL. | | 65096 A | | 12008096 7.97 | | 16001 | 211039 | 10 | 6066 |
| 11 | **DEPARTMENTAL OPERATING EXPENSES** | | | | | | | | | |
| 12 | Policy Adjustments | 7110 | 720 1.18 | | 2619 .15 | | | | | |
| 13 | Claims Adjustments | 7120 | | | | | | | | |
| 14 | Demos. & Company Vehicles - Dept'l. | 7140 | 2904 4.76 | | 68272 3.86 | | 480 | 10210 | | |
| 15 | Inventory Maintenance | 7150 | 2085 3.41 | | 27228 1.54 | | 507 | 6541 | | |
| 16 | Personnel Training | 7160 | 470 .77 | | 10563 .60 | | 83 | 915 | | |
| 17 | Outside Services - Departmental | 7170 | | | | | | | | |
| 18 | Freight | 7180 | 328 .54 | | 2242 .13 | | | | | |
| 19 | Supplies & Small Tools | 7190 | 373 .61 | | 11513 .65 | | 50 | 615 | | |
| 20 | Laundry & Uniforms | 7200 | 164 .27 | | 1522 .9 | | | | | |
| 21 | Depr.-Equip. & Vehicles-Dept'l. | 7210 | | | | | | | | |
| 22 | Equip.-Maint., Repair & Rental Dept'l. | 7220 | 416 .68 | | 4894 .28 | | | 90 | | |
| 23 | Miscellaneous Expenses | 7230 | 117 .19 | | 1170 .7 | | | | | |
| 24 | Salaries & Wages | 7250 | 2355 3.86 | | 22916 1.30 | | | | | |
| 25 | Clerical Salaries | 7260 | 5317 8.71 | | 63751 3.61 | | 1063 | 11817 | | |
| 26 | Vacation & Time Off Pay | 7270 | 131 .21 | | 4391 .25 | | | | | |
| 27 | TOTAL OPERATING EXPENSES LINES 12-26 INCL. | | 15380 25.19 | | 221081 12.51 | | 2183 | 30188 | | |
| 28 | TOTAL SELLING & OPER. EXPS. LINES 10 & 27 | | 80476 | | 1421890 | | 20184 | 241227 | 10 | 6066 |
| 29 | TOTAL SELL. & OPER. EXPS. % OF GROSS PROFIT | | B | | 80.48 | | 130.88% | 85.56% | 2.10% | C % |
| 30 | DEPT'L. PROFIT (LOSS) LINE 2 LESS LINE 28 | | -19410 D | | 344810 19.52 | | -4762 | 40704 | 466 | -5590 |
| 31 | **OVERHEAD EXPENSES** | | | | | | | PRORATION OPTIONAL | | |
| 32 | Rent & Equivalent | 7400 | 18901 30.95 | | 2111444 11.95 | | 2865 | 27533 | 110 | 1100 |
| 33 | Salaries & Wages - Admin. & General | 7410 | 5026 8.23 | | 57686 3.27 | | 1005 | 11537 | | |
| 34 | Owners Salaries | 7420 | 15000 24.56 | | 45000 2.55 | | 2300 | 6200 | | |
| 35 | Payroll Taxes | 7430 | 10309 16.88 | | 119245 6.75 | | 1925 | 18438 | | |
| 36 | Employee Benefits | 7440 | 2793 4.57 | | 45660 2.58 | | 343 | 6103 | | |
| 37 | Pension Fund / Profit Sharing | 7450 | | | | | | | | |
| 38 | Advertising - General & Institutional | 7460 | 680 1.11 | | 8480 .48 | | 84 | 927 | | |
| 39 | Stationery & Office Supplies | 7470 | 371 .61 | | 11876 .67 | | 47 | 1788 | | |
| 40 | Data Processing Services | 7480 | 8428 13.80 | | 61493 3.48 | | 1530 | 9641 | | |
| 41 | Outside Services - General & Inst. | 7490 | 9158 15.00 | | 162373 9.19 | | 1856 | 32163 | | |
| 42 | Company Vehicles - Administration | 7500 | | | | | | | | |
| 43 | Contributions | 7510 | | | 1586 .87 | | | 2021 | | |
| 44 | Dues & Subscriptions | 7520 | | | 4307 .24 | | | 473 | | |
| 45 | Telephone | 7530 | 2330 3.82 | | 30302 1.72 | | 291 | 4121 | | |
| 46 | Legal & Auditing | 7540 | 438 .72 | | 30963 1.75 | | 88 | 4153 | | |
| 47 | Postage | 7550 | 227 .37 | | 6092 .34 | | 9 | 539 | | |
| 48 | Travel & Entertainment | 7560 | | | 7200 .41 | | | 1092 | | |
| 49 | Heat, Light, Power & Water | 7570 | 3000 4.91 | | 32637 1.85 | | 425 | 4789 | | |
| 50 | Furniture, Signs, Fixtures & Equipment - Maintenance, Repair & Rental | 7580 | 677 1.11 | | 30144 1.71 | | 116 | -4374 | | |
| 51 | Furniture, Signs, Fixtures & Equipment - Depreciation | 7590 | | | 23215 1.31 | | | 3627 | | |
| 52 | Insurance - Other Than Bldgs & Improvements | 7600 | 5000 8.19 | | 50722 2.87 | | 1000 | 9424 | | 2250 |
| 53 | Taxes - Other Than Real Estate, Payroll & Income | 7610 | | | 11570 .66 | | | 2306 | | |
| 54 | Interest - Other Than Floor Plan & R.E. Mortgage | 7620 | 242 .40 | | 99187 5.61 | | | | | |
| 55 | TOTAL OVERHEAD EXPENSES LINES 32-54 INCL. | | 82580 E | | 1064682 60.26 | | 13884 | 151249 | 110 | 3350 |
| 56 | TOTAL EXPENSES LINES 28 & 55 | | 163056 F | | 2486572 G | | 34068 | 392476 | 120 | 9416 |
| 57 | ADJUSTED DEPT. PROFIT (LOSS) LINE 2 LESS LINE 56 | | | | | | -18646 | -110545 | 356 | -8940 |
| 58 | OPERATING PROFIT (LOSS) LINE 2 LESS LINE 56 | | -101990 H | | -719872 I | | | | | |
| 59 | NET ADDITIONS OR DEDUCTIONS PG. 2 LINE 76 | | 16078 26.33 | | 272109 15.40 | | | **TOTAL PERSONNEL EXPENSES** | | |
| 60 | NET PROFIT (LOSS) BEFORE BONUS | | -85912 J | | -447763 K | | MONTH | YEAR TO DATE | | |
| 61 | BONUSES-EMPLOYEES (BRACKET IF CREDIT) | 7700 | | | | | $ 50658 | 900827 | | |
| 62 | BONUSES-OWNERS (BRACKET IF CREDIT) | 7710 | | | | | | | | |
| 63 | NET PROFIT (LOSS) BEFORE TAXES | | -85912 L | | -447763 M | | %G.P. 82.96 | %G.P. 50.99 | | |
| 64 | ESTIMATED INCOME TAXES | 7800 | (1) -0 | | (2) -0 | | LINES 4, 5, 7, 24, 25, 26, 33, 35, 36 & 37 | | | |
| 65 | NET PROFIT (LOSS) AFTER TAXES | | -85911 N | | -447761 O | | | | | |
| 66 | | | | | | | | | | |
| 67 | **ADDITIONS TO INCOME** | | | | | | **DEDUCTIONS FROM INCOME** | | | |
| 68 | ACCOUNT NAME | ACCT. NO. | MONTH | | YEAR TO DATE | | ACCOUNT NAME | ACCT. NO. | MONTH | YEAR TO DATE |
| 69 | Cash Discounts Earned | 8000 | 54 | | 688 | | Cash Discounts Allowed | 8100 | | |
| 70 | Interest Earned | 8010 | | | | | Adj. For Doubtful Accounts | 8120 | | |
| 71 | Bad Debts Recovered | 8020 | | | | | Other Deductions | 8140 | 44 | 9987 |
| 72 | Other Income | 8040 | 16289 | | 286415 | | Lease Expenses | 8150 | | |
| 73 | Lease Income | 8050 | | | | | Rental Expenses | 8160 | 221 | 5007 |
| 74 | Rental Income | 8060 | | | | | | | | |
| 75 | | | | | | | | | | |
| 76 | TOTAL ADDITIONS LINES 69-75 INCL. | | 16343 | | 287103 | | TOTAL DEDUCTIONS LINES 69-75 INCL. | | 265 | 14994 |

KIA US 2006 PAGE 2

TOTAL INCOME AND EXPENSE PAGE 3

| NAME OF ACCOUNT | ACCT. NO. | (3) USED VEHICLE DEPARTMENT MONTH | YEAR TO DATE | (4) SERVICE DEPARTMENT MONTH | YEAR TO DATE | (5) BODY SHOP DEPARTMENT MONTH | YEAR TO DATE | (6) PARTS & ACCESS. DEPARTMENT MONTH | YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL SALES | | 80174 | 6972683 | 31505 | 348822 | | | 36309 | 460323 |
| TOTAL GROSS PROFIT | | 20324 | 1157811 | 13729 | 186610 | | | 11115 | 139872 |
| **DEPARTMENTAL SELLING EXPENSES** | | | | | | | | | |
| Sales Compensation | 7000 | 3231 | 195927 | 2442 | 35392 | | | 1050 | 15697 |
| Supervision Compensation | 7010 | 6919 | 159605 | 3759 | 45634 | | | 2400 | 27323 |
| Delivery Expenses | 7020 | | | | | | | | |
| Fin., Ins. & S.C. Compensation | 7030 | 543 | 45411 | | | | | | |
| Advertising - Departmental | 7040 | 26990 | 339341 | | 15413 | | | | 5729 |
| Interest - Floor Plan | 7050 | -249 | 98232 | | | | | | |
| TOTAL SELLING EXPENSES LINES 4-9 INCL. | | 37434 | 838516 | 6201 | 96439 | | | 3450 | 48749 |
| **DEPARTMENTAL OPERATING EXPENSES** | | | | | | | | | |
| Policy Adjustments | 7110 | | | 720 | 2558 | | | | 61 |
| Claims Adjustments | 7120 | | | | | | | | |
| Demos. & Company Vehicles - Dept'l. | 7140 | 1554 | 39038 | 684 | 14184 | | | 186 | 4840 |
| Inventory Maintenance | 7150 | 1578 | 20687 | | | | | | |
| Personnel Training | 7160 | | 500 | 83 | 5982 | | | 304 | 3166 |
| Outside Services - Departmental | 7170 | | | | | | | | |
| Freight | 7180 | | | | | | | 328 | 2242 |
| Supplies & Small Tools | 7190 | 103 | 2742 | 183 | 7620 | | | 37 | 536 |
| Laundry & Uniforms | 7200 | | | 146 | 1310 | | | 18 | 212 |
| Depr.-Equip. & Vehicles-Dept'l. | 7210 | | | | | | | | |
| Equip.-Maint., Repair & Rental-Dept'l. | 7220 | | 451 | 291 | 3040 | | | 125 | 1313 |
| Miscellaneous Expenses | 7230 | | | | | | | 117 | 1170 |
| Salaries & Wages | 7250 | | 772 | 2355 | 21974 | | | | 170 |
| Clerical Salaries | 7260 | 1861 | 25346 | 1595 | 17725 | | | 798 | 8863 |
| Vacation & Time Off Pay | 7270 | | | 131 | 4391 | | | | |
| TOTAL OPERATING EXPENSES LINES 12-26 INCL. | | 5096 | 89536 | 6188 | 78784 | | | 1913 | 22573 |
| TOTAL SELLING & OPER. EXPS. LINES 10 & 27 | | 42530 | 928052 | 12389 | 175223 | | | 5363 | 71322 |
| TOTAL SELL & OPER. EXPS. % OF GROSS PROFIT | | 209.26% | 80.16% | 90.24% | 93.90% | % | % | 48.25% | 50.99% |
| DEPT'L. PROFIT (LOSS) LINE 2 LESS LINE 28 | | -22206 | 229759 | 1340 | 11387 | | | 5752 | 68550 |
| **OVERHEAD EXPENSES** | | | | PRORATION OPTIONAL | | | | | |
| Rent & Equivalent | 7400 | 9369 | 119462 | 4298 | 41299 | | | 2259 | 21750 |
| Salaries & Wages - Admin. & General | 7410 | 1759 | 20190 | 1508 | 17306 | | | 754 | 8653 |
| Owners Salaries | 7420 | 7525 | 24850 | 3450 | 9300 | | | 1725 | 4650 |
| Payroll Taxes | 7430 | 4052 | 59320 | 2888 | 27658 | | | 1444 | 13829 |
| Employee Benefits | 7440 | 1678 | 25824 | 515 | 9155 | | | 257 | 4578 |
| Pension Fund / Profit Sharing | 7450 | | | | | | | | |
| Advertising-General & Institutional | 7460 | 247 | 3933 | 286 | 2940 | | | 63 | 680 |
| Stationary & Office Supplies | 7470 | 148 | 6385 | 140 | 2607 | | | 36 | 1096 |
| Data Processing Services | 7480 | 2622 | 14460 | 1686 | 13575 | | | 2590 | 23817 |
| Outside Services - General & Inst. | 7490 | 3980 | 108874 | 2213 | 14787 | | | 1109 | 6549 |
| Company Vehicles - Administration | 7500 | | | | | | | | |
| Contributions | 7510 | | 8717 | | 3032 | | | | 1516 |
| Dues & Subscriptions | 7520 | | 2710 | | 646 | | | | 478 |
| Telephone | 7530 | 1383 | 16973 | 437 | 6139 | | | 219 | 3069 |
| Legal & Auditing | 7540 | 153 | 17467 | 131 | 6229 | | | 66 | 3114 |
| Postage | 7550 | 197 | 4662 | 14 | 494 | | | 7 | 397 |
| Travel & Entertainment | 7560 | | 3650 | | 1639 | | | | 819 |
| Heat, Light, Power & Water | 7570 | 1619 | 17073 | 637 | 7183 | | | 319 | 3592 |
| Furniture, Signs, Fixtures & Equipment - Maintenance, Repair & Rental | 7580 | 353 | 15051 | 173 | 7438 | | | 35 | 3281 |
| Furniture, Signs, Fixtures & Equipment - Depreciation | 7590 | | 6504 | | 10256 | | | | 2828 |
| Ins.-Other Than Bldgs. & Improvements | 7600 | 1750 | 28953 | 1500 | 6730 | | | 750 | 3365 |
| Taxes-Other Than Real Estate, Payroll & Income | 7610 | | 4175 | | 3459 | | | | 1730 |
| Interest-Other Than Floor Plan & R.E. Mortgage | 7620 | 242 | 99187 | | | | | | |
| TOTAL OVERHEAD EXPENSES LINES 32-54 INCL. | | 37077 | 608420 | 19876 | 191872 | | | 11633 | 109791 |
| TOTAL EXPENSES LINES 29 & 55 | | 79607 | 1536472 | 32265 | 367095 | | | 16996 | 181113 |
| ADJUSTED DEPT. PROFIT (LOSS) LINE 2 LESS LINE 56 | | -59283 | -378661 | -18536 | -180485 | | | -5881 | -41241 |

**ANALYSIS OF OPERATIONS**

| | | CURRENT MONTH | | | SAME MONTH AS PRIOR YEAR | | | CURRENT YEAR TO DATE | | | PRIOR YEAR TO DATE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | UNIT SALES | DOLLARS | % SALES | UNIT SALES | DOLLARS | % SALES | UNIT SALES | DOLLARS | % SALES | UNIT SALES | DOLLARS | % SALES |
| TOTAL DOLLAR SALES | | 276166 | | | | | | 9875592 | | | | |
| NEW KIA GROSS | 5 | 15422 | 558 | | | | 91 | 281931 | 285 | | | |
| NEW OTHER GROSS | 1 | 476 | 17 | | | | 2 | 476 | 0 | | | |
| USED VEHICLE GROSS | 7 | 20324 | 736 | | | | 567 | 1157811 | 1172 | | | |
| SERVICE GROSS | | 13729 | 497 | | | | | 186610 | 189 | | | |
| BODY SHOP GROSS | | | | | | | | | | | | |
| PARTS & ACCESS GROSS | | 11115 | 402 | | | | | 139872 | 142 | | | |
| TOTAL GROSS | | 61066 2211 | | | | | | 1766700 1789 | | | | |
| TOTAL EXPENSES | | 163056 5904 | | | | | | 2486572 2518 | | | | |
| OPER. PROFIT (LOSS) | | -101990 P | | | | | | -719872 -729 | | | | |
| NET ADDITIONS OR DEDUCTIONS | | 16078 582 | | | | | | 272109 276 | | | | |
| TOTAL BONUSES | | | | | | | | | | | | |
| NET PROFIT (LOSS) BEFORE TAXES | | -85912 Q | | | | | | -447763 -453 | | | | |

| USED VEHICLE TRADE-IN SUMMARY | | | PERSONNEL SUMMARY - USE WHOLE NUMBERS ONLY | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade-ins Received On: | UNITS MO. | UNITS Y-T-D | | NEW | USED | COMB. | F & I | SERV. | BODY SHOP | PARTS & ACCESS. | ADM. | TOTAL |
| Kia Car Sales | | | Dealer(s) | | | | | | | | 2 | 2 |
| Kia Truck Sales | | | Managers / Foremen | | | 1 | 1 | 1 | | 1 | 1 | 5 |
| Other Sales | | | Salespersons / Asst. Service Mgrs. | 1 | 1 | | | | | | | 2 |
| **LEASE ANALYSIS** | | | Service / Body Shop Technicians | | | | | 2 | | | | 2 |
| | MONTH | Y-T-D | Clerical | | | | | | | 1 | 2 | 3 |
| Retail Lease Units | | | Other | | 1 | | | | | | | 1 |
| Retail Lease Gross | | | TOTAL PERSONNEL | 1 | 2 | 1 | 1 | 4 | | 1 | 5 | 15 |

PAGE 4   DEPARTMENTAL SALES GROSS PROFIT

| # | CURRENT MONTH | | | | NEW VEHICLES | AC | YEAR TO DATE | | |
|---|---|---|---|---|---|---|---|---|---|
| | UNITS | SALES | GROSS PROFIT | PER UNIT | | | UNITS | SALES | GROSS PROFIT |
| 1 | | | | | New Vehicle - Kia Sportage - Retail | 4010 | 8 | 184063 | 25015 3127 |
| 2 | | | | | New Vehicle - Kia Rio - Retail | 4030 | 12 | 179613 | 23690 1974 |
| 3 | 2 | 43839 | 4438 2219 | | New Vehicle - Kia Optima - Retail | 4040 | 14 | 276568 | 28949 2068 |
| 4 | 2 | 54310 | 3443 1722 | | New Vehicle - Kia Sedona - Retail | 4050 | 17 | 440044 | 35821 2107 |
| 5 | 1 | 18000 | 1771 1771 | | New Vehicle - Kia Spectra - Retail | 4060 | 10 | 175184 | 21038 2104 |
| 6 | | | | | New Vehicle - Kia Sorento - Retail | 4070 | 16 | 458028 | 45520 2845 |
| 7 | | | | | New Vehicle - Kia Amanti - Retail | 4080 | 2 | 54367 | 3748 1874 |
| 8 | | | | | New Vehicle Incentives - Kia | 6099 | | 4900 | 620 |
| 9 | 5 | 116149 | 9652 1930 | | TOTAL KIA NEW VEHICLE RETAIL | | 79 | 1767867 | 232781 2947 |
| 10 | | | | | FINANCE & INSURANCE KIA NEW | | | | |
| 11 | | 3000 | 1972 394 | | After Market Products - Kia | 4250 | | 18523 | 12618 160 |
| 12 | 1 | 895 | 300 300 | | Service Contracts New - Kia | 4270 | 11 | 18008 | 7052 641 |
| 13 | 5 | | 3642 728 | | Finance Income New - Kia | 6280 | 70 | | 35654 509 |
| 14 | | | | | Insurance Income New - Kia | 6290 | | | |
| 15 | | | 144 29 | | Adjustments F&I Service Cont. - Kia | 6295 | | | 6774 86 |
| 16 | | 3895 | 5770 1154 | | TOTAL KIA NEW F & I | | | 36531 | 48550 615 |
| 17 | | | | | New Vehicle - Kia - Fleet | 4200 | 12 | 272928 | 600 50 |
| 18 | | | | | Cost of Sale LIFO Adjustment New - Kia | 6297 | | | |
| 19 | 5 | 120044 | 15422 3084 | | TOTAL KIA NEW VEHICLE DEPARTMENT | | 91 | 2077326 | 281931 3099 |
| 20 | | | | | OTHER FRANCHISE NEW VEHICLE DEPT. | | | | |
| 21 | 1 | 8134 | 476 476 | | New Vehicles - Other - Retail After Incentives | 4220 | 2 | 16438 | 476 238 |
| 22 | | | | | New Vehicles - Other - Fleet After Incentives | 4230 | | | |
| 23 | | | | | Service Contract and F&I Inc. New - Other | | | | |
| 24 | | | | | Less: Repo Losses - New Vehicles | 6299 | | | |
| 25 | | | | | Cost of Sale LIFO Adjustment New - Other | 6298 | | | |
| 26 | 1 | 8134 | 476 476 | | TOTAL OTHER VEHICLE DEPARTMENT | | 2 | 16438 | 476 238 |
| 27 | 6 | 128178 | 15898 2650 | | TOTAL NEW VEHICLE DEPT. | | 93 | 2093764 | 282407 3037 |
| 28 | | | | | USED VEHICLE DEPARTMENT | | | | |
| 29 | 4 | 48044 | 11559 2890 | | Used Retail Vehicles - After Recon. | 4300 | 424 | 5703560 | 1080952 2549 |
| 30 | | | | | Program Vehicles-Kia | 4315 | 9 | 132512 | 17867 1985 |
| 31 | 3 | 31530 | 13091 4364 | | Used Vehicles - Wholesale | 4320 | 134 | 809273 | -124456 -929 |
| 32 | | | 63 9 | | Adjustment - Used Vehicle Inventory | 6330 | | | 65180 115 |
| 33 | 1 | 600 | 401 401 | | Service Contracts - Used | 4370 | 308 | 327338 | 148527 482 |
| 34 | 3 | | 1639 546 | | Finance Income - Used | 6380 | 387 | | 158168 409 |
| 35 | | | | | Insurance Income - Used | 6390 | | | |
| 36 | | | 6303 900 | | Adjustments F&I Service Cont. Used & Program | 6395 | | | 58067 102 |
| 37 | | | | | Less: Repo Losses-Total Used | 6399 | | | |
| 38 | | | | | Cost of Sale LIFO Adjustment - Used | 6397 | | | |
| 39 | 7 | 80174 | 20324 2903 | | TOTAL USED VEHICLE DEPARTMENT | | 567 | 6972683 | 1157811 2042 |
| 40 | 13 | 208352 | 36222 2786 | | TOTAL VEHICLE DEPARTMENT | | 660 | 9066447 | 1440218 2182 |
| 41 | R.O. WRITTEN | SALES | GROSS PROFIT | % TO SALES | SERVICE DEPARTMENT | | R.O. WRITTEN | SALES | GROSS PROFIT |
| 42 | 53 | 6715 | 4660 69.4 | | Customer Mechanical Labor - Kia | 4400 | 473 | 82543 | 57224 69.3 |
| 43 | 31 | 2036 | 1012 49.7 | | Warranty Claims Mechanical Labor - Kia | 4420 | 414 | 32541 | 21711 66.7 |
| 44 | 41 | 1806 | -636 R | | Internal Mechanical Labor - Kia | 4430 | 496 | 28781 | 5839 20.3 |
| 45 | 125 | 10557 | 5036 47.7 | | TOTAL SERVICE LABOR KIA | | 1383 | 143865 | 84774 58.9 |
| 46 | 47 | 5147 | 3602 70.0 | | Customer Mechanical Labor - Other | 4409 | 374 | 49790 | 34456 69.2 |
| 47 | | | | | Warranty Claims Mechanical Labor - Other | 4429 | | | |
| 48 | 87 | 9343 | 4180 44.7 | | Internal Mechanical Labor - Other | 4439 | 1087 | 127016 | 63035 49.6 |
| 49 | 134 | 14490 | 7782 53.7 | | TOTAL SERVICE LABOR-OTHER | | 1461 | 176806 | 97491 55.1 |
| 50 | | | | | Pre-Delivery Service Labor | 4440 | 51 | 3858 | 2859 74.1 |
| 51 | | | 208 0.7 | | Labor - Unapplied Time - Mechanical | 6450 | | | 2440 0.7 |
| 52 | | 25047 | 12610 50.3 | | TOTAL SERVICE LABOR | | | 324529 | 182684 56.3 |
| 53 | | 6458 | 1191 17.3 | | Sublet Repairs - Mechanical | 4460 | | 24293 | 3926 16.2 |
| 54 | 259 | 31505 | 13729 43.6 | | TOTAL SERVICE DEPARTMENT | | 2895 | 348822 | 186610 53.5 |
| 55 | | | | | PAINT & BODY SHOP DEPARTMENT | | | | |
| 56 | | | | | Customer Body Shop Labor | 4500 | | | |
| 57 | | | | | Warranty Claims Body Shop Labor | 4520 | | | |
| 58 | | | | | Internal Body Shop Labor | 4530 | | | |
| 59 | | | | | Unapplied Time - Body Shop | 6550 | | | |
| 60 | | | | | Sublet Repairs / Body Shop Materials | 4560 | | | |
| 61 | | | | | TOTAL PAINT & BODY SHOP | | | | |
| 62 | | | | | PARTS & ACCESSORIES | | | | |
| 63 | 47 | 5553 | 2304 41.5 | | P&A R.O. Cust. Mechanical - Kia | 4700 | 454 | 69196 | 26513 38.3 |
| 64 | 26 | 5071 | 1609 31.7 | | P&A Warranty Claims - Kia | 4720 | 385 | 110497 | 31176 28.2 |
| 65 | 40 | 1719 | 586 34.1 | | P&A Internal R.O. - Kia | 4730 | 508 | 25849 | 8352 32.3 |
| 66 | | | | | P&A R.O. Cust. Body Shop - Kia | 4710 | | | |
| 67 | 34 | 2952 | 1107 37.5 | | P&A Counter Retail - Kia | 4740 | 394 | 38331 | 12771 33.3 |
| 68 | 33 | 9537 | 2542 26.7 | | P&A Wholesale - Kia | 4750 | 319 | 80335 | 19724 24.6 |
| 69 | 180 | 24832 | 8148 32.8 | | TOTAL KIA PARTS & ACCESSORIES | | 2060 | 324208 | 98554 30.4 |
| 70 | 39 | 3007 | 1003 33.4 | | P&A R.O. Cust. Mech. - Other | 4709 | 344 | 32837 | 10457 31.8 |
| 71 | | | | | P&A Warranty Claims - Other | 4729 | | | |
| 72 | 76 | 7031 | 1965 27.9 | | P&A R.O. Cust. Body Shop / Internal - Other | 4719 | 1024 | 83206 | 28247 33.9 |
| 73 | 24 | 281 | 1144 0.6 | | P&A Counter Retail - Other | 4749 | 149 | 5199 | 14892 8.6 |
| 74 | 1 | -158 | -161 S | | P&A Wholesale - Other | 4759 | 9 | -143 | -233 T |
| 75 | 140 | 10161 | 2921 28.7 | | TOTAL OTHER P & A DEPARTMENT | | 1526 | 121099 | 39960 33.0 |
| 76 | | | | | P&A Inv. Adj./Purch Disc. Earned | 6760 | | | |
| 77 | | 1316 | 46 3.5 | | Tires, Gas, Oil & Grease / Non-Auto Merchandise | | | 15016 | 1358 9.0 |
| 78 | | | | | Cost of Sale LIFO Adjustment - P & A | 6797 | | | |
| 79 | | 36309 | 11115 30.6 | | TOTAL PARTS & ACCESS. DEPT. | | | 460323 | 139872 30.6 |
| 80 | | 67814 | 24844 36.6 | | TOTAL SVC. B.S. & P & A DEPTS. | | | 809145 | 326482 40.3 |
| 81 | | 276166 | 61066 22.1 | | TOTAL ALL DEPARTMENTS | | | 9875592 | 1766700 17.9 |

ADP KIA US 2006 PAGE 4