### DEALER FINANCIAL STATEMENT

| Dealership Name: | INCREDIBLE AUTO SALES |
|---|---|
| Address: | 1832 KING AVE WEST |
| City, State: | BILLINGS | MT |



## FINANCIAL SUMMARY

| $ 1048154 | $ -32875 | $ 289103 | $ 235489 |
|---|---|---|---|
| Net Working Capital Requirement | Actual Working Capital | Net Cash | Average Monthly Expense |
| | (CURRENT ASSETS) LESS (CURRENT LIABILITIES & CURRENT PORTION LONG TERM DEBT) | | |



# TOTAL INCOME AND EXPENSE

| NAME OF ACCOUNT | ACCT NO. | TOTAL DEALERSHIP MONTH | % | YEAR TO DATE | % | NEW KIA DEPARTMENT MONTH | YEAR TO DATE | OTHER DEPARTMENTS MONTH | YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL SALES | | [illegible] | | [illegible] | | 26151 | [illegible] | | 164[illegible] |
| TOTAL GROSS PROFIT | | [illegible] | 22.84 | [illegible] | | [illegible] | 283453 | | [illegible] |
| DEPARTMENTAL SELLING EXPENSES | | | | | | | | | |
| Sales Compensation | [illegible] | 3857 | 4.25 | 2752060 | 5.21 | [illegible] | 24834 | | [illegible] |
| Supervision Compensation | [illegible] | 140596 | [illegible] | 278209 | 5.04 | 3690 | [illegible] | | |
| [illegible] | [illegible] | | | | | | | | |
| [illegible] Compensation | [illegible] | 1800 | 3.61 | 538170 | 2.94 | 308 | [illegible] | | |
| Advertising [illegible] | [illegible] | 55090 | 12.24 | 44787 | 12.65 | [illegible] | 8104 | | |
| [illegible] | [illegible] | | | [illegible] | 9.58 | | 49261 | | 5772 |
| TOTAL SELLING EXPENSES [illegible] | | [illegible] | 33.66 | [illegible] | 3.78 | 3115 | [illegible] | | 6061 |
| DEPARTMENTAL OPERATING EXPENSES | | | | | | | | | |
| Policy Adjustments | 7310 | 284 | .68 | [illegible] | [illegible] | | | | |
| Claims Adjustments | 7330 | | | | | | | | |
| [illegible] | [illegible] | 2341 | [illegible] | 70834 | 3.80 | 254 | 13059 | | |
| [illegible] | [illegible] | 2607 | [illegible] | 28855 | 1.59 | [illegible] | 8951 | | |
| [illegible] | [illegible] | 870 | [illegible] | 11234 | .61 | 83 | 998 | | |
| [illegible] | [illegible] | | | | | | | | |
| [illegible] | [illegible] | 43 | .10 | 7589 | [illegible] | | | | |
| Supplies & Small Tools | [illegible] | 434 | 1.02 | [illegible] | .66 | 44 | 828 | | |
| [illegible] | [illegible] | 653 | 1.61 | [illegible] | [illegible] | | | | |

[illegible]

| | |
|---|---|
| TOTAL PERSONNEL EXPENSES | |
| MONTH | YEAR TO DATE |
| 40376 | [illegible] |
| % G.P. [illegible] | % G.P. [illegible] |

## ADDITIONS TO INCOME

| ACCOUNT NAME | ACCT NO. | MONTH | YEAR TO DATE |
|---|---|---|---|
| [illegible] | 8000 | [illegible] | [illegible] |
| [illegible] | [illegible] | | |
| [illegible] | 8030 | | |
| [illegible] | [illegible] | [illegible] | [illegible] |
| TOTAL ADDITIONS [illegible] | | [illegible] | [illegible] |

## DEDUCTIONS FROM INCOME

| ACCOUNT NAME | ACCT NO. | MONTH | YEAR TO DATE |
|---|---|---|---|
| [illegible] | 8100 | | |
| [illegible] | [illegible] | | |
| [illegible] | [illegible] | [illegible] | [illegible] |
| [illegible] | [illegible] | | |
| [illegible] | [illegible] | [illegible] | [illegible] |
| TOTAL DEDUCTIONS [illegible] | | [illegible] | [illegible] |

KIA US 2005 PAGE 2

PAGE 2.

# TOTAL INCOME AND EXPENSE

| Line | Name of Account | Acct No. | Total Dealership Month | % | Total Dealership Year to Date | % | Service Department Month | Service Department Year to Date | Body Shop Month | Body Shop Year to Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TOTAL SALES | | [illegible] | | [illegible] | | [illegible] | [illegible] | | [illegible] |
| 2 | TOTAL GROSS PROFIT | | [illegible] | | [illegible] | | [illegible] | 28365 | | [illegible] |
| 3 | SELLING EXPENSES | | | | | | | | | |
| 4 | Sales Compensation | 7000 | [illegible] | | [illegible] | | [illegible] | [illegible] | | [illegible] |
| 5 | Supervision Compensation | 7010 | [illegible] | | [illegible] | | [illegible] | [illegible] | | |
| 6 | Delivery Expense | 7020 | | | | | | | | |
| 7 | Policy & S.C. Commissions | 7030 | [illegible] | | [illegible] | | [illegible] | [illegible] | | |
| 8 | Advertising - Department | 7040 | [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | | |
| 9 | Interest - Floor Plan | 7050 | | | [illegible] | | | [illegible] | | [illegible] |
| 10 | TOTAL SELLING EXPENSE | | [illegible] | | [illegible] | | [illegible] | [illegible] | | [illegible] |
| 11 | DEPARTMENTAL SEMI-FIXED EXPENSE | | | | | | | | | |
| 12 | Policy Adjustments | | [illegible] | | [illegible] | | | | | |
| 13 | Claims Adjustments | | | | | | | | | |
| 14 | Demo & Company Vehicle Expense | | 1561 | 467 | [illegible] | 388 | [illegible] | [illegible] | | |
| 15 | Inventory Maintenance | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | |
| 16 | Personal Training | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | |
| 17 | Outside Services | | | | | | | | | |
| 18 | Freight | | [illegible] | [illegible] | [illegible] | [illegible] | | | | |
| 19 | Vacation & Sick Time | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | |
| 20 | Laundry & Uniforms | | [illegible] | [illegible] | [illegible] | [illegible] | | | | |
| 21 | Tires, Parts & Vehicles | | | | | | | | | |
| 22 | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | |
| 23 | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | | | | |
| 24 | Salaries & Wages | | [illegible] | [illegible] | [illegible] | [illegible] | | | | |
| 25 | [illegible] Salaries | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | |
| 26 | Vacation & Time Off Pay | | [illegible] | [illegible] | [illegible] | [illegible] | | | | |
| 27 | TOTAL SEMI-FIXED EXPENSE | | [illegible] | | [illegible] | | [illegible] | [illegible] | | |
| 28 | TOTAL SELLING & SEMI-FIXED EXPENSE | | [illegible] | | [illegible] | | [illegible] | [illegible] | | [illegible] |
| 29 | TOTAL SELL & SEMI-FIXED EXP. & SALARIES | | | [illegible] | | [illegible] | [illegible] | [illegible] | | [illegible] |
| 30 | DEPARTMENTAL PROFIT | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] |

| Line | Name of Account | Acct No. | Total Dealership Month | % | Total Dealership Year to Date | % | Proration Optional (Month) | Proration Optional (Year to Date) | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 31 | OVERHEAD EXPENSE | | | | | | | | | |
| 32 | Rent & Equivalent | | [illegible] | | [illegible] | | [illegible] | [illegible] | | [illegible] |
| 33 | Salaries & Wages - Admin. & General | | [illegible] | | [illegible] | | [illegible] | [illegible] | | |
| 34 | Executive Salaries | | 15000 | | [illegible] | | [illegible] | [illegible] | | |
| 35 | Payroll Taxes | | [illegible] | | [illegible] | | [illegible] | [illegible] | | |
| 36 | Employee Benefits | | [illegible] | | [illegible] | | [illegible] | [illegible] | | |
| 37 | Pension / Profit Sharing | | | | | | | | | |
| 38 | [illegible] | | [illegible] | | [illegible] | | [illegible] | [illegible] | | |
| 39 | Stationery & Office Supplies | | [illegible] | | [illegible] | | [illegible] | [illegible] | | |
| 40 | Data Processing Services | | [illegible] | | [illegible] | | [illegible] | [illegible] | | |
| 41 | Outside Services | | [illegible] | | [illegible] | | [illegible] | [illegible] | | |
| 42 | [illegible] | | | | | | | | | |
| 43 | Contributions | | | | [illegible] | | | [illegible] | | |
| 44 | Dues & Subscriptions | | [illegible] | | [illegible] | | | [illegible] | | |
| 45 | Insurance | | [illegible] | | [illegible] | | [illegible] | [illegible] | | |
| 46 | Legal & Auditing | | | | [illegible] | | | [illegible] | | |
| 47 | Postage | | [illegible] | | [illegible] | | [illegible] | [illegible] | | |
| 48 | Travel & Entertainment | | [illegible] | | [illegible] | | [illegible] | [illegible] | | |
| 49 | Heat, Light, Power & Water | | [illegible] | | [illegible] | | [illegible] | [illegible] | | |
| 50 | [illegible] | | [illegible] | | [illegible] | | [illegible] | [illegible] | | |
| 51 | [illegible] | | | | [illegible] | | | [illegible] | | |
| 52 | [illegible] | | [illegible] | | [illegible] | | [illegible] | [illegible] | | [illegible] |
| 53 | [illegible] | | | | [illegible] | | | [illegible] | | |
| 54 | [illegible] | | | | [illegible] | | | | | |
| 55 | TOTAL OVERHEAD EXPENSE | | [illegible] | | [illegible] | | [illegible] | [illegible] | | [illegible] |
| 56 | TOTAL EXPENSES | | [illegible] | | [illegible] | | [illegible] | [illegible] | | [illegible] |
| 57 | [illegible] | | | | | | [illegible] | [illegible] | | [illegible] |
| 58 | [illegible] | | [illegible] | | [illegible] | | | | | |
| 59 | [illegible] | | [illegible] | | [illegible] | | | | | |
| 60 | NET PROFIT (LOSS) [illegible] | | [illegible] | | [illegible] | | | | | |
| 61 | [illegible] | | | | | | | | | |
| 62 | [illegible] | | | | | | | | | |
| 63 | NET PROFIT (LOSS) BEFORE TAXES | | [illegible] | | [illegible] | | | | | |
| 64 | ESTIMATED INCOME TAXES | | | | | | | | | |
| 65 | NET PROFIT (LOSS) AFTER TAXES | | [illegible] | | [illegible] | | | | | |

TOTAL PERSONNEL EXPENSES

| | Month | Year to Date |
|---|---|---|
| $ | 40376 | [illegible] |
| % G.P. | 37.07 | 72.05 |

## ADDITIONS TO INCOME

| Line | Account Name | Acct No. | Month | Year to Date |
|---|---|---|---|---|
| 66 | [illegible] | | [illegible] | [illegible] |
| 67 | Interest [illegible] | | | |
| 68 | [illegible] | | | |
| 69 | Other Income | | [illegible] | [illegible] |
| 70 | Lease Income | | | |
| 71 | Rental Income | | | |
| 72 | | | | |
| 73 | TOTAL ADDITIONS | | [illegible] | [illegible] |

## DEDUCTIONS FROM INCOME

| Account Name | Acct No. | Month | Year to Date |
|---|---|---|---|
| Cash Discounts Allowed | | | |
| Adj. for Doubtful Accounts | | | |
| Other Deductions | | [illegible] | [illegible] |
| [illegible] Expenses | | | |
| [illegible] Expenses | | [illegible] | [illegible] |
| | | | |
| TOTAL DEDUCTIONS | | [illegible] | [illegible] |

# TOTAL INCOME AND EXPENSE

| [illegible] | Acct | [illegible] Department Month | [illegible] Department Year to Date | Service Department Month | Service Department Year to Date | [illegible] Department Month | [illegible] Department Year to Date | [illegible] Month | [illegible] Year to Date |
|---|---|---|---|---|---|---|---|---|---|
| Total Sales | | [illegible] | 7050654 | [illegible] | 322789 | | | [illegible] | [illegible] |
| Total Gross Profit | | [illegible] | 1183613 | [illegible] | 191200 | | | 7878 | [illegible] |
| [illegible] | | | | | | | | | |
| [illegible] Compensation | | 3161 | [illegible] | | [illegible] | | | | [illegible] |
| [illegible] Compensation | | 4470 | [illegible] | 2750 | 41164 | | | 2950 | [illegible] |
| [illegible] | | | | [redacted] | | | | | |
| [illegible] | | 5200 | 49611 | | | | | | |
| [illegible] | | 2960 | [illegible] | 125 | 15536 | | | 54 | 1783 |
| [illegible] | | | [illegible] | [redacted] | | | | | |
| Total [illegible] | | [illegible] | [illegible] | 3075 | 50031 | | | [illegible] | [illegible] |
| [illegible] | | | | | | | | | |
| Policy [illegible] | | | | 284 | 3943 | | | | [illegible] |
| [illegible] | | [redacted] | | | | | | | |
| [illegible] | | [illegible] | 45029 | 171 | 14615 | | | 450 | [illegible] |
| [illegible] | | 1117 | 21844 | [redacted] | | | | | |
| [illegible] | | | 500 | 67 | 20641 | | | 704 | 2470 |
| [illegible] | | [redacted] | | | | | | | |
| [illegible] | | [illegible] | [illegible] | 202 | [illegible] | | | [illegible] | [illegible] |
| [illegible] | | | | 342 | [illegible] | | | | [illegible] |
| [illegible] | | 48 | [illegible] | 305 | 3044 | | | [illegible] | [illegible] |
| [illegible] | | | [illegible] | 4480 | 44235 | | | | [illegible] |
| [illegible] | | 1440 | 26291 | 2241 | 18978 | | | 634 | [illegible] |
| [illegible] | | | | 332 | 3727 | | | | |
| [illegible] | | [illegible] | 51330 | [illegible] | 84338 | | | 2530 | [illegible] |
| Total [illegible] | | [illegible] | 746621 | [illegible] | 108207 | | | [illegible] | [illegible] |
| [illegible] | | [illegible] [redacted] | 299894 | [illegible] [redacted] | 95604 | [redacted] | | [illegible] [redacted] | [illegible] |
| [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | 2939 |

PRORATION (OPTIONAL)

| [illegible] | Acct | Month | Year to Date | Month | Year to Date | Month | Year to Date | Month | Year to Date |
|---|---|---|---|---|---|---|---|---|---|
| Rent & Equivalent | | 8034 | 117877 | 4280 | [illegible] | | | [illegible] | [illegible] |
| [illegible] | | 1733 | [illegible] | 1227 | [illegible] | | | [illegible] | [illegible] |
| [illegible] | | 9250 | [illegible] | 4592 | [illegible] | | | [illegible] | [illegible] |
| Payroll Taxes | | [illegible] | [illegible] | 1934 | [illegible] | | | [illegible] | [illegible] |
| [illegible] | | 1862 | [illegible] | 149 | [illegible] | | | [illegible] | [illegible] |
| [illegible] | | | | | | | | | |
| [illegible] | | [illegible] | [illegible] | 563 | 3504 | | | [illegible] | [illegible] |
| [illegible] | | [illegible] | [illegible] | 35 | 2052 | | | 42 | [illegible] |
| Data Processing [illegible] | | [illegible] | 18857 | [illegible] | 14948 | | | 853 | [illegible] |
| Outside Services [illegible] | | [illegible] | 109615 | [illegible] | 15358 | | | 581 | [illegible] |
| [illegible] | | | [illegible] | | 5624 | | | | [illegible] |
| [illegible] | | 14 | [illegible] | 12 | [illegible] | | | 6 | [illegible] |
| [illegible] | | 475 | [illegible] | 407 | [illegible] | | | 204 | [illegible] |
| Legal & [illegible] | | | [illegible] | | 2225 | | | | [illegible] |
| [illegible] | | 307 | [illegible] | 100 | 680 | | | [illegible] | [illegible] |
| Travel & [illegible] | | 22 | [illegible] | 20 | [illegible] | | | [illegible] | [illegible] |
| [illegible] | | [illegible] | [illegible] | 148 | [illegible] | | | [illegible] | [illegible] |
| [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] |
| [illegible] | | | [illegible] | | 10436 | | | | [illegible] |
| [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | | | 1878 | [illegible] |
| [illegible] | | | 4175 | | [illegible] | | | | [illegible] |
| [illegible] | | | [illegible] | | | | | | |
| Total [illegible] | | 28186 | [illegible] | 18526 | 210398 | | | 1006 | [illegible] |
| [illegible] | | [illegible] | [illegible] | 28011 | [illegible] | | | [illegible] | [illegible] |
| [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | [illegible] |

ANALYSIS OF OPERATIONS

| [illegible] | Current Month | | Same Month Last Year | | Current Year to Date | | Prior Year to Date | |
|---|---|---|---|---|---|---|---|---|
| Total [illegible] | [redacted] [illegible] | [redacted] | | [redacted] | 22557693 | [redacted] | | [redacted] |
| [illegible] | 1726 | [illegible] | | 92 | 5536657 | [illegible] | | |
| [illegible] | | | | | 476 | | | |
| [illegible] | [redacted] [illegible] | [redacted] | | 570 | [illegible] | [redacted] | | [redacted] |
| [illegible] | [illegible] | | | | [illegible] | | | |
| [illegible] | [illegible] | | | | [illegible] | | | |
| Total [illegible] | [illegible] | | | | [illegible] | | | |
| [illegible] | [illegible] | | | | [illegible] | | | |
| [illegible] | [illegible] | | | | [illegible] | | | |
| [illegible] | [illegible] | | | | [illegible] | | | |
| [illegible] | [illegible] | | | | [illegible] | | | |

USED VEHICLE TRADE IN SUMMARY

| [illegible] | [illegible] | [illegible] |
|---|---|---|
| [illegible] | | |
| [illegible] | | |
| [illegible] | | |
| [illegible] | | |
| [illegible] | | |

PERSONNEL SUMMARY (THE WHOLE DEALERSHIP)

| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|---|---|---|---|
| [illegible] | [redacted] | | | | | | |
| [illegible] | | | | | | | |
| [illegible] | | | | | [redacted] | | |
| [illegible] | | [redacted] | | | | | |
| [illegible] | | | | | | | |
| [illegible] | | | | | | | |