# DEALER FINANCIAL STATEMENT

PAGE 1

Dealership Name: INCREDIBLE AUTO SALES
Address: 1832 KING AVE WEST
City, State: BILLINGS MT

Month: 12
Year: 06
Dealer Code: MT004
Reg./Dist.: DIS



Notation: 06-60855-RBK Dec 06

| ASSETS | ACCT NO | AMOUNT | | LIABILITIES | ACCT NO | AMOUNT |
|---|---|---|---|---|---|---|
| **CASH AND CONTRACTS** | | | 1 | **ACCOUNTS PAYABLE** | | |
| Cash on Hand | 2000/2010 | 600 | 2 | Trade Creditors | 3000 | -39902 |
| Cash in Bank / Temp. Cash Investment | 2020 | 316209 | 3 | Vehicle Lien Payoff | 3010 | 278045 |
| Contracts in Transit | 2030 | | 4 | Customer Deposits / Prepaid Dist. Incentives | 3020/3025 | 9017 |
| TOTAL CASH AND CONTRACTS LINES 2-4 INCL. | | 316809 | 5 | License and Title Fees | 3030 | 724702 |
| **RECEIVABLES** | | | 6 | TOTAL ACCOUNTS PAYABLE LINES 2-5 INCL. | | 971862 |
| CUSTOMER (PAST DUE OVER 30 DAYS) | | | 7 | **ACCRUED LIABILITIES** | | |
| Service and Parts | 2100 | 80583 | 8 | Interest | 3100 | 18658 |
| Vehicle | 2110 | 193150 | 9 | Insurance | 3110 | |
| Customer Notes | 2120 | | 10 | Payroll | 3120 | -3843 |
| Lease, Rental and Service Contracts | 2130/2140 | 180 | 11 | Payroll Taxes / Sales Tax | 3130/3140 | 38261 |
| Miscellaneous Customer | 2150 | 143961 | 12 | Taxes - Other Than Payroll, Sales & Income | 3150 | |
| DISTRIBUTOR | | | 13 | Corporate / Income Tax | 3160 | |
| Warranty Claims - Kia | 2200 | 2986 | 14 | Bonuses - Owners and Employees | 3170/3180 | |
| Warranty Claims - Other | 2209 | | 15 | Pension Fund / Profit Sharing | 3190 | 1042 |
| Pre-Delivery Service - Kia | 2210 | | 16 | Miscellaneous Accruals / Notes Payable Short Term | 3220/2060 | 68505 |
| Factory Holdback Receivable - Kia | 2230 | | 17 | TOTAL ACCRUED LIABILITIES LINES 8-16 INCL. | | 122623 |
| Factory Holdback Receivable - Other | 2235 | | 18 | TOTAL ACCTS. PAYABLE & ACCRUED LIABILITIES LINE 6 AND 17 | | 1094485 |
| Vehicle Incentives | 2240 | 500 | 19 | **NOTES PAYABLE** | | |
| Other Distributor Receivables | 2220/2260 | 350 | 20 | New Vehicles and Demonstrators | 3300 | 840457 |
| Less: Allowance For Doubtful Accounts | 2260 | | 21 | Used Vehicles | 3310 | 1346031 |
| NET CUST. / DIST. REC. LINES 8-21 INCL. | | 421710 | 22 | Other Inventories | 3320 | 37589 |
| Finance and Insurance Receivables - Current | 2270/2280 | 16653 | 23 | Lease Vehicles | 3400 | |
| TOTAL RECEIVABLES LINES 22-23 INCL. | | 438363 | 24 | Rental Vehicles | 3410 | 57121 |
| **INVENTORIES** CAR TRUCK | | | 25 | TOTAL VEHICLES LIABILITIES LINES 20-24 | | 2281198 |
| * Demos - Kia | 2300 | | 26 | TOTAL CURRENT LIABILITIES LINE 18 AND 25 | | 3375683 |
| * Demos - Other | 2310 | | 27 | Reserve For Repossession and Service Contract Losses | 3450/3460 | -251281 |
| * New Vehicles - Kia | 2320 | 467740 | 28 | **LONG TERM DEBT** AMOUNT DUE WITHIN 1 YEAR | | |
| * New Vehicles - Other | 2330 | 41504 | 29 | Notes Pay. - Capital Loans | 3500 | |
| TOTAL NEW VEH. INV. TOTAL UNITS LINES 26-29 INCL. | | 509244 | 30 | Mortgages Payable | 3510 | |
| Used Vehicles - Kia | 2400 | 184074 | 31 | Other Notes & Contracts | 3520 | |
| Used Vehicles - Other | 2405 | 1421777 | 32 | Owners / Officers Notes | 3530 | 1066836 |
| Program Vehicles - Kia | 2406 | 14304 | 33 | TOTAL CURRENT PORTION LONG TERM DEBT (MEMO) | | |
| Parts and Accessories - Kia | 2410 | 127178 | 34 | TOTAL LONG TERM DEBT LINES 29-32 INCL. | | 1066836 |
| Parts and Accessories - Other | 2419 | 16517 | 35 | TOTAL LIABILITIES LINES 26, 27, & 34 INCL. | | 4191238 |
| Tires, Gas, Oil and Grease | 2430 | 2916 | 36 | LIFO Reserve Inventory Adjustment New 3801 | 3800 | |
| Body Shop Materials / Sublet Repairs | 2450/2460 | 964 | 37 | Used 3802 P&A 3803 | | |
| Work in Process - Labor | 2470 | 1498 | 38 | **NET WORTH** | | |
| Non-Automotive Merchandise | 2480 | 73269 | 39 | CORPORATION PROPRIETORSHIP OR PARTNERSHIP | | |
| TOTAL ALL INVENTORIES LINES 30-39 | | 2351741 | 40 | Capital Stock Investments | 3900/3950 | 781291 |
| **OTHER CURRENT ASSETS** | | | 41 | Add'l. Paid In Capital | 3970 | 1263399 |
| Marketable Securities | 2500 | | 42 | Treasury Stock | 3910 | |
| Prepaid Expenses | 2510 TO 2560 | 159120 | 43 | Retained Earnings | 3920 | -2172300 |
| TOTAL OTHER CURRENT ASSETS LINES 42-43 INCL. | | 159120 | 44 | Dividends Drawing | 3930/3980 | |
| **OTHER VEHICLE ASSETS** UNITS | | | 45 | NET INVESTMENT LINES 40-44 INCL. | | -127610 |
| * Lease Vehicles | 2600/2601 | | 46 | **CURRENT EARNINGS BEFORE TAXES** | | |

| | | | | | NEW UNITS | | USED | USED | PROFIT OR |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | KIA | OTHER | RTL | WHL | (LOSS) |
| * Rental Vehicles | 2610/2611 | 38811 | 47 | MO. | | | | | |
| TOTAL OTHER VEHICLE ASSETS LINES 46-47 INCL. | | 38811 | 48 | JAN. | 9 | | 46 | 15 | 4826 |
| TOTAL CURRENT ASSETS LINE 5, 24, 40, 44 & 48 | | 3304844 | 49 | FEB. | 8 | | 65 | 4 | 7895 |
| **FIXED ASSETS - AUTO BUSINESS ONLY** | | | 50 | MAR. | 9 | | 46 | 9 | -39007 |
| DESC. ACCT. NO. COST ACCUMULATED DEPRECIATION | | | 51 | APR. | 8 | | 46 | 8 | -22794 |
| LAND 2700 | | | 52 | MAY | 7 | 1 | 52 | 18 | -30328 |
| BLDG. & IMP. 2710/2711 | | | 53 | JUNE | 13 | | 35 | 8 | -51134 |
| SERV. EQUIP. 2720/2721 110782 94455 | | 16327 | 54 | JULY | 12 | | 50 | 16 | 1152 |
| P&A EQUIP. 2730/2731 1209 342 | | 867 | 55 | AUG. | 11 | | 50 | 17 | 3806 |
| FURN., SIGNS FIXTURES 2740/2741 79803 75614 | | 4189 | 56 | SEP. | 9 | | 39 | 36 | -236266 |
| COMPANY VEHICLES 2750/2751 19012 19012 | | | 57 | OCT. | 5 | 1 | 4 | 3 | -85911 |
| LEASEHOLDS 2760/2761 317983 133616 | | 184367 | 58 | NOV. | 1 | | 7 | 2 | -58974 |
| TOTAL FIXED ASSETS LINES 52-58 INCL. 528789 323039 | | 205750 | 59 | DEC. | 6 | | 8 | - | -46299 |
| **OTHER ASSETS** | | | 60 | TOT. | 98 | 2 | 448 | 136 | -553034 |
| Deposits on Contracts | 2800 | | 61 | Estimated Income Tax | | | | | |
| Life Insurance - Cash Value | 2810 | | 62 | Net Profit (Loss) After Taxes | 3990 | | | | -553034 |
| Notes & Accts Rec. - Officers / Owners Employee Advances | 2820/2830 | | 63 | TOTAL NET WORTH LINES 45 AND 62 | | | | | -680644 |
| Due From Finance Companies - Deferred | 2840 | | 64 | TOTAL LIABILITIES & NET WORTH LINES 35, 36 AND 63 | | | | | 3510594 |
| Other Non-Franchised Assets | 2850 | | 65 | | | | | | |
| TOTAL OTHER ASSETS LINES 61-65 INCL. | | | 66 | | | | | | |
| TOTAL ASSETS LINES 49, 59 & 66 | | 3510594 | 67 | | | | | | |

## FINANCIAL SUMMARY

$ 1048154  Net Working Capital Requirement

$ -70839  Actual Working Capital
(CURRENT ASSETS) LESS (CURRENT LIABILITIES & CURRENT PORTION LONG TERM DEBT.)

$ 165808  Net Cash

$ 225845  Average Monthly Expense

KIA US 2006 PAGE 1



PAGE 2 — TOTAL INCOME AND EXPENSE

| # | NAME OF ACCOUNT | ACCT. NO. | TOTAL DEALERSHIP MONTH | G.P.% SALES | TOTAL DEALERSHIP YEAR TO DATE | G.P.% SALES | (1) NEW KIA DEPT MONTH | (1) NEW KIA DEPT YEAR TO DATE | (2) NEW OTHER DEPT MONTH | (2) NEW OTHER DEPT YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TOTAL SALES | | 277819 | | 10335509 | | 145589 | 2249266 | | 16438 |
| 2 | TOTAL GROSS PROFIT | | 69088 | 2487 | 1877383 | 1816 | 36572 | 320230 | | 476 |
| 3 | DEPARTMENTAL SELLING EXPENSES | | | | | | | | | |
| 4 | Sales Compensation | 7000 | 4009 | 580 | 279114 | 1487 | 1859 | 26492 | | 295 |
| 5 | Supervision Compensation | 7010 | 8971 | 1298 | 287180 | 1530 | 1100 | 34197 | | |
| 6 | Delivery Expenses | 7020 | | | | | | | | |
| 7 | Fin., Ins. & S.C. Compensation | 7030 | 1031 | 149 | 54202 | 289 | 206 | 6766 | | |
| 8 | Advertising - Departmental | 7040 | 19575 | 2833 | 465446 | 2479 | 3842 | 85085 | | |
| 9 | Interest - Floor Plan | 7050 | | | 173266 | 923 | | 69263 | | 5771 |
| 10 | TOTAL SELLING EXPENSES LINES 4-9 INCL. | | 33586 | 4861 | 1259208 | 6707 | 7007 | 221803 | | 6066 |
| 11 | DEPARTMENTAL OPERATING EXPENSES | | | | | | | | | |
| 12 | Policy Adjustments | 7110 | | | 2903 | 15 | | | | |
| 13 | Claims Adjustments | 7120 | | | | | | | | |
| 14 | Demos. & Company Vehicles - Dept'l. | 7140 | 1324 | 192 | 71538 | 381 | 244 | 10753 | | |
| 15 | Inventory Maintenance | 7150 | 1510 | 219 | 30345 | 162 | 450 | 7441 | | |
| 16 | Personnel Training | 7160 | 470 | 68 | 11504 | 61 | 83 | 1081 | | |
| 17 | Outside Services - Departmental | 7170 | | | | | | | | |
| 18 | Freight | 7180 | 157 | 23 | 2856 | 13 | | | | |
| 19 | Supplies & Small Tools | 7190 | 176 | 25 | 12114 | 65 | 7 | 666 | | |
| 20 | Laundry & Uniforms | 7200 | | | 2189 | 12 | | | | |
| 21 | Depr.-Equip. & Vehicles-Dept'l. | 7210 | | | | | | | | |
| 22 | Equip.-Maint., Repair & Rental-Dept'l. | 7220 | 416 | 60 | 5777 | 31 | | 101 | | |
| 23 | Miscellaneous Expenses | 7230 | 117 | 17 | 1403 | 7 | | | | |
| 24 | Salaries & Wages | 7250 | 1000 | 145 | 26201 | 140 | | | | |
| 25 | Clerical Salaries | 7260 | 5199 | 753 | 73086 | 389 | 1040 | 13684 | | |
| 26 | Vacation & Time Off Pay | 7270 | 2122 | 307 | 6849 | 36 | | | | |
| 27 | TOTAL OPERATING EXPENSES LINES 12-26 INCL. | | 12491 | 1808 | 246265 | 1312 | 1824 | 33726 | | |
| 28 | TOTAL SELLING & OPER. EXPS. LINES 10 & 27 | | 46077 | | 1505473 | | 8831 | 255529 | | 6066 |
| 29 | TOTAL SELL. & OPER. EXPS. % OF GROSS PROFIT | | | 66.69 | | 80.19 | 24.15% | 79.80% | % | A % |
| 30 | DEPT'L. PROFIT (LOSS) LINE 2 LESS LINE 28 | | 23011 | 331 | 371810 | 1981 | 27741 | 64701 | | -5590 |
| 31 | OVERHEAD EXPENSES | | | | | | PRORATION OPTIONAL | | | |
| 32 | Rent & Equivalent | 7400 | 17546 | 2540 | 246239 | 1312 | 2865 | 33264 | | 1100 |
| 33 | Salaries & Wages - Admin. & General | 7410 | 6262 | 906 | 68974 | 367 | 1252 | 13795 | | |
| 34 | Owners Salaries | 7420 | 15000 | 2171 | 75000 | 399 | 3000 | 12200 | | |
| 35 | Payroll Taxes | 7430 | 3182 | 461 | 129209 | 688 | 636 | 20404 | | |
| 36 | Employee Benefits | 7440 | 3010 | 436 | 51176 | 273 | 604 | 7206 | | |
| 37 | Pension Fund / Profit Sharing | 7450 | | | | | | | | |
| 38 | Advertising - General & Institutional | 7460 | 1371 | 198 | 11358 | 60 | 274 | 1471 | | |
| 39 | Stationery & Office Supplies | 7470 | 367 | 53 | 12560 | 67 | 66 | 1917 | | |
| 40 | Data Processing Services | 7480 | 8217 | 1189 | 75198 | 401 | 1658 | 12499 | | |
| 41 | Outside Services - General & Inst. | 7490 | 499 | 72 | 164893 | 878 | 119 | 32696 | | |
| 42 | Company Vehicles - Administration | 7500 | | | | | | | | |
| 43 | Contributions | 7510 | | | 15286 | 81 | | 2021 | | |
| 44 | Dues & Subscriptions | 7520 | 434 | 63 | 4781 | 25 | 87 | 568 | | |
| 45 | Telephone | 7530 | 1086 | 157 | 32746 | 174 | 217 | 4610 | | |
| 46 | Legal & Auditing | 7540 | 2276 | 329 | 33239 | 177 | 455 | 4608 | | |
| 47 | Postage | 7550 | 131 | 19 | 6842 | 36 | 43 | 685 | | |
| 48 | Travel & Entertainment | 7560 | 362 | 52 | 7528 | 41 | 72 | 1178 | | |
| 49 | Heat, Light, Power & Water | 7570 | 2893 | 419 | 36023 | 192 | 579 | 5466 | | |
| 50 | Furniture, Signs, Fixtures & Equipment - Maintenance, Repair & Rental | 7580 | 774 | 112 | 32589 | 174 | 155 | 4779 | | |
| 51 | Furniture, Signs, Fixtures & Equipment - Depreciation | 7590 | 2580 | 373 | 25795 | 137 | 403 | 4030 | | |
| 52 | Insurance - Other Than Bldgs & Improvements | 7600 | 7692 | 1113 | 64269 | 342 | 1538 | 12133 | | 2250 |
| 53 | Taxes - Other Than Real Estate, Payroll & Income | 7610 | | | 11670 | 62 | | 2306 | | |
| 54 | Interest - Other Than Floor Plan & R.E. Mortgage | 7620 | | | 99187 | 528 | | | | |
| 55 | TOTAL OVERHEAD EXPENSES LINES 32-54 INCL. | | 73682 | B | 1204662 | 647 | 14023 | 177836 | | 3350 |
| 56 | TOTAL EXPENSES LINES 29 & 55 | | 119759 | C | 2710135 | D | 22854 | 433365 | | 9416 |
| 57 | ADJUSTED DEPT. PROFIT (LOSS) LINE 2 LESS LINE 56 | | | | | | 13718 | -113135 | | -8940 |
| 58 | OPERATING PROFIT (LOSS) LINE 2 LESS LINE 55 | | -50671 | E | -832752 | F | | | | |
| 59 | NET ADDITIONS OR DEDUCTIONS PG. 2 LINE 76 | | 4371 | 633 | 279711 | 1490 | | | | |
| 60 | NET PROFIT (LOSS) BEFORE BONUS | | -46300 | G | -553041 | H | | | | |
| 61 | BONUSES-EMPLOYEES (BRACKET IF CREDIT) | 7700 | | | | | | | | |
| 62 | BONUSES-OWNERS (BRACKET IF CREDIT) | 7710 | | | | | | | | |
| 63 | NET PROFIT (LOSS) BEFORE TAXES | | -46300 | I | -553041 | J | | | | |
| 64 | ESTIMATED INCOME TAXES | 7800 | (1) | -0 | (7) | -0 | | | | |
| 65 | NET PROFIT (LOSS) AFTER TAXES | | -46299 | K | -553034 | L | | | | |

TOTAL PERSONNEL EXPENSES — MONTH: 34786 — YEAR TO DATE: 975991
%G.P. MONTH: 50.35 — %G.P. YTD: 51.99
LINES 4, 5, 7, 24, 25, 26, 33, 35, 36 & 37

| # | ADDITIONS TO INCOME — ACCOUNT NAME | ACCT. NO. | MONTH | YEAR TO DATE | DEDUCTIONS FROM INCOME — ACCOUNT NAME | ACCT. NO. | MONTH | YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|
| 69 | Cash Discounts Earned | 8000 | | 728 | Cash Discounts Allowed | 8100 | | |
| 70 | Interest Earned | 8010 | | | Adj. For Doubtful Accounts | 8120 | | |
| 71 | Bad Debts Recovered | 8020 | | | Other Deductions | 8140 | 997 | 11013 |
| 72 | Other Income | 8040 | 5611 | 295351 | Lease Expenses | 8150 | | |
| 73 | Lease Income | 8050 | | | Rental Expenses | 8160 | 243 | 5355 |
| 74 | Rental Income | 8060 | | | | | | |
| 75 | | | | | | | | |
| 76 | TOTAL ADDITIONS LINES 69-75 INCL. | | 5611 | 296079 | TOTAL DEDUCTIONS LINES 69-75 INCL. | | 1240 | 16368 |

ADP© KIA US 2006 PAGE 2

## TOTAL INCOME AND EXPENSE

PAGE 3

| | NAME OF ACCOUNT | ACCT. NO. | (3) USED VEHICLE DEPARTMENT MONTH | (3) USED VEHICLE DEPARTMENT YEAR TO DATE | (4) SERVICE DEPARTMENT MONTH | (4) SERVICE DEPARTMENT YEAR TO DATE | (5) BODY SHOP DEPARTMENT MONTH | (5) BODY SHOP DEPARTMENT YEAR TO DATE | (6) PARTS & ACCESS. DEPARTMENT MONTH | (6) PARTS & ACCESS. DEPARTMENT YEAR TO DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TOTAL SALES | | 104950 | 7195844 | 10269 | 372057 | | | 17011 | 501904 |
| 2 | TOTAL GROSS PROFIT | | 21643 | 1205262 | 5362 | 198563 | | | 5511 | 152852 |
| 3 | DEPARTMENTAL SELLING EXPENSES | | | | | | | | | |
| 4 | Sales Compensation | 7000 | 1000 | 200088 | 525 | 35917 | | | 625 | 16322 |
| 5 | Supervision Compensation | 7010 | 4400 | 170405 | 1071 | 50455 | | | 2400 | 32123 |
| 6 | Delivery Expenses | 7020 | | | | | | | | |
| 7 | Fin., Ins. & S.C. Compensation | 7030 | 825 | 47436 | | | | | | |
| 8 | Advertising - Departmental | 7040 | 15733 | 359040 | | 15538 | | | | 5783 |
| 9 | Interest - Floor Plan | 7050 | | 98232 | | | | | | |
| 10 | TOTAL SELLING EXPENSES LINES 4-9 INCL. | | 21958 | 875201 | 1596 | 101910 | | | 3025 | 54228 |
| 11 | DEPARTMENTAL OPERATING EXPENSES | | | | | | | | | |
| 12 | Policy Adjustments | 7110 | | | | 2842 | | | | 61 |
| 13 | Claims Adjustments | 7120 | | | | | | | | |
| 14 | Demos. & Company Vehicles - Dept'l. | 7140 | 522 | 40632 | 389 | 15003 | | | 169 | 5150 |
| 15 | Inventory Maintenance | 7150 | 1060 | 22904 | | | | | | |
| 16 | Personnel Training | 7160 | | 500 | 83 | 6149 | | | 304 | 3774 |
| 17 | Outside Services - Departmental | 7170 | | | | | | | | |
| 18 | Freight | 7180 | | | | | | | 157 | 2356 |
| 19 | Supplies & Small Tools | 7190 | 12 | 2901 | 152 | 7973 | | | 5 | 574 |
| 20 | Laundry & Uniforms | 7200 | | | | 1751 | | | | 438 |
| 21 | Depr.-Equip. & Vehicles-Dept'l. | 7210 | | | | | | | | |
| 22 | Equip.-Maint., Repair & Rental-Dept'l. | 7220 | | 470 | 291 | 3637 | | | 125 | 1569 |
| 23 | Miscellaneous Expenses | 7230 | | | | | | | 117 | 1403 |
| 24 | Salaries & Wages | 7250 | | 772 | 1000 | 25259 | | | | 170 |
| 25 | Clerical Salaries | 7260 | 1819 | 28613 | 1560 | 20526 | | | 780 | 10263 |
| 26 | Vacation & Time Off Pay | 7270 | 879 | 879 | 140 | 4867 | | | 1103 | 1103 |
| 27 | TOTAL OPERATING EXPENSES | LINES 12-26 INCL. | 4292 | 97671 | 3615 | 88007 | | | 2760 | 26861 |
| 28 | TOTAL SELLING & OPER. EXPS. | LINES 10 & 27 | 26250 | 972872 | 5211 | 189917 | | | 5785 | 81089 |
| 29 | TOTAL SELL. & OPER. EXPS. % OF GROSS PROFIT | | 121.29% | 80.72% | 97.18% | 95.65% | % | % | 104.97% | 53.05% |
| 30 | DEPT'L. PROFIT (LOSS) LINE 2 LESS LINE 28 | | -4607 | 232390 | 151 | 8646 | | | -274 | 71763 |
| 31 | OVERHEAD EXPENSES | | | | PRORATION OPTIONAL | | | | | |
| 32 | Rent & Equivalent | 7400 | 8014 | 135491 | 4298 | 49896 | | | 2369 | 26488 |
| 33 | Salaries & Wages - Admin. & General | 7410 | 2192 | 24141 | 1879 | 20692 | | | 939 | 10346 |
| 34 | Owners Salaries | 7420 | 5250 | 35350 | 4500 | 18300 | | | 2250 | 9150 |
| 35 | Payroll Taxes | 7430 | 1114 | 62896 | 955 | 30605 | | | 477 | 15303 |
| 36 | Employee Benefits | 7440 | 1073 | 27781 | 880 | 10784 | | | 453 | 5405 |
| 37 | Pension Fund / Profit Sharing | 7450 | | | | | | | | |
| 38 | Advertising-General & Institutional | 7460 | 480 | 4884 | 411 | 3915 | | | 206 | 1088 |
| 39 | Stationery & Office Supplies | 7470 | 115 | 6611 | 99 | 2801 | | | 87 | 1231 |
| 40 | Data Processing Services | 7480 | 2599 | 19265 | 2590 | 17537 | | | 1370 | 25897 |
| 41 | Outside Services - General & Inst. | 7490 | 278 | 109913 | 68 | 15419 | | | 34 | 6865 |
| 42 | Company Vehicles - Administration | 7500 | | | | | | | | |
| 43 | Contributions | 7510 | | 8717 | | 3032 | | | | 1516 |
| 44 | Dues & Subscriptions | 7520 | 152 | 2876 | 130 | 788 | | | 65 | 549 |
| 45 | Telephone | 7530 | 380 | 17828 | 326 | 6872 | | | 163 | 3436 |
| 46 | Legal & Auditing | 7540 | 797 | 18263 | 683 | 6912 | | | 341 | 3456 |
| 47 | Postage | 7550 | 57 | 5026 | 21 | 621 | | | 10 | 510 |
| 48 | Travel & Entertainment | 7560 | 127 | 3800 | 109 | 1767 | | | 54 | 883 |
| 49 | Heat, Light, Power & Water | 7570 | 1012 | 18258 | 868 | 8199 | | | 434 | 4100 |
| 50 | Furniture, Signs, Fixtures & Equipment - Maintenance, Repair & Rental | 7580 | 271 | 15760 | 232 | 8105 | | | 116 | 3945 |
| 51 | Furniture, Signs, Fixtures & Equipment - Depreciation | 7590 | 723 | 7227 | 1140 | 11395 | | | 314 | 3143 |
| 52 | Ins.-Other Than Bldgs. & Improvements | 7600 | 2692 | 33695 | 2308 | 10794 | | | 1154 | 5397 |
| 53 | Taxes-Other Than Real Estate, Payroll & Income | 7610 | | 4175 | | 3459 | | | | 1730 |
| 54 | Interest-Other Than Floor Plan & R.E. Mortgage | 7620 | | 99187 | | | | | | |
| 55 | TOTAL OVERHEAD EXPENSES | LINES 32-54 INCL. | 27326 | 661144 | 21497 | 231894 | | | 10836 | 130438 |
| 56 | TOTAL EXPENSES LINES 28 & 55 | | 53576 | 1634016 | 26708 | 421811 | | | 16621 | 211527 |
| 57 | ADJUSTED DEPT. PROFIT (LOSS) | LINE 2 LESS LINE 56 | -31933 | -428754 | -21346 | -223248 | | | -11110 | -58675 |

### ANALYSIS OF OPERATIONS

| | | CURRENT MONTH UNIT SALES | CURRENT MONTH DOLLARS | CURRENT MONTH % SALES | SAME MONTH AS PRIOR YEAR UNIT SALES | SAME MONTH AS PRIOR YEAR DOLLARS | SAME MONTH AS PRIOR YEAR % SALES | CURRENT YEAR TO DATE UNIT SALES | CURRENT YEAR TO DATE DOLLARS | CURRENT YEAR TO DATE % SALES | PRIOR YEAR TO DATE UNIT SALES | PRIOR YEAR TO DATE DOLLARS | PRIOR YEAR TO DATE % SALES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61 | TOTAL DOLLAR SALES | | 277819 | | | | | | 10335509 | | | | |
| 62 | NEW KIA GROSS | 6 | 36572 | 13.16 | | | | 98 | 320230 | 3.10 | | | |
| 63 | NEW OTHER GROSS | | | | | | | 2 | 476 | 0 | | | |
| 64 | USED VEHICLE GROSS | 8 | 21643 | 7.79 | | | | 584 | 1205262 | 11.66 | | | |
| 65 | SERVICE GROSS | | 5362 | 1.93 | | | | | 198563 | 1.92 | | | |
| 66 | BODY SHOP GROSS | | | | | | | | | | | | |
| 67 | PARTS & ACCESS GROSS | | 5511 | 1.98 | | | | | 152852 | 1.48 | | | |
| 68 | TOTAL GROSS | | 69088 | 24.87 | | | | | 1877383 | 18.16 | | | |
| 69 | TOTAL EXPENSES | | 119759 | 43.11 | | | | | 2710135 | 26.22 | | | |
| 70 | OPER. PROFIT (LOSS) | | -50671 | M | | | | | -832752 | -8.06 | | | |
| 71 | NET ADDITIONS OR DEDUCTIONS | | 4371 | 1.57 | | | | | 279711 | 2.71 | | | |
| 72 | TOTAL BONUSES | | | | | | | | | | | | |
| 73 | NET PROFIT (LOSS) BEFORE TAXES | | -46300 | N | | | | | -553041 | -5.35 | | | |

### USED VEHICLE TRADE-IN SUMMARY

| | Trade-ins Received On: | UNITS MO. | UNITS Y-T-D |
|---|---|---|---|
| 75 | | | |
| 76 | Kia Car Sales | | |
| 77 | Kia Truck Sales | | |
| 78 | Other Sales | | |

### LEASE ANALYSIS

| | | MONTH | Y-T-D |
|---|---|---|---|
| 80 | | | |
| 81 | Retail Lease Units | | |
| 82 | Retail Lease Gross | | |

### PERSONNEL SUMMARY - USE WHOLE NUMBERS ONLY

| | NEW | USED | COMB. | F & I | SERV. | BODY SHOP | PARTS & ACCESS. | ADM. | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| Dealer(s) | | | | | | | | 2 | 2 |
| Managers / Foremen | | | 1 | 1 | 1 | | 1 | 1 | 5 |
| Salespersons / Asst. Service Mgrs. | 1 | 1 | | | | | | | 2 |
| Service / Body Shop Technicians | | | | | 1 | | | | 1 |
| Clerical | | | | | | | | 2 | 3 |
| Other | | | | | | 1 | | | 1 |
| TOTAL PERSONNEL | 1 | 2 | 1 | 1 | 3 | 1 | 1 | 5 | 14 |

| Line | CURRENT MONTH UNITS | SALES | GROSS PROFIT | PER UNIT | DEPARTMENTAL SALES GROSS PROFIT — NEW VEHICLES | ACCT | YEAR TO DATE UNITS | SALES | GROSS PROFIT | PER UNIT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | New Vehicle - Kia Sportage - Retail | 4010 | 8 | 184063 | 25015 | 3127 |
| 2 | | | | | New Vehicle - Kia Rio - Retail | 4030 | 12 | 179613 | 23690 | 1974 |
| 3 | | | | | New Vehicle - Kia Optima - Retail | 4040 | 14 | 276568 | 28949 | 2068 |
| 4 | 1 | 23500 | 2800 | 2800 | New Vehicle - Kia Sedona - Retail | 4050 | 19 | 489895 | 41812 | 2201 |
| 5 | | | | | New Vehicle - Kia Spectra - Retail | 4060 | 10 | 175184 | 21038 | 2104 |
| 6 | 2 | 55589 | 12402 | 6201 | New Vehicle - Kia Sorento - Retail | 4070 | 18 | 513617 | 57922 | 3218 |
| 7 | 3 | 62900 | 17067 | 5689 | New Vehicle - Kia Amanti - Retail | 4080 | 5 | 117267 | 20816 | 4163 |
| 8 | | | | | New Vehicle Incentives - Kia | 6099 | | | 49000 | 570 |
| 9 | 6 | 141989 | 32269 | 5378 | TOTAL KIA NEW VEHICLE RETAIL | | 86 | 1936207 | 268242 | 3119 |
| 10 | | | | | FINANCE & INSURANCE KIA NEW | | | | | |
| 11 | | 1200 | 802 | 134 | After Market Products - Kia | 4250 | | 19723 | 13420 | 156 |
| 12 | 1 | 2400 | 1805 | 1805 | Service Contracts New - Kia | 4270 | 12 | 20408 | 8857 | 738 |
| 13 | | | 3523 | | Finance Income New - Kia | 6280 | 70 | | 39094 | 558 |
| 14 | | | | | Insurance Income New - Kia | 6290 | | | | |
| 15 | | | 1827 | 305 | Adjustments F&I Service Cont. - Kia | 6295 | | | 9983 | 116 |
| 16 | | 3600 | 4303 | 717 | TOTAL KIA NEW F & I | | | 40131 | 51388 | 598 |
| 17 | | | | | New Vehicle - Kia - Fleet | 4200 | 12 | 272928 | 600 | 50 |
| 18 | | | | | Cost of Sale LIFO Adjustment New - Kia | 6297 | | | | |
| 19 | 6 | 145589 | 36572 | 6095 | TOTAL KIA NEW VEHICLE DEPARTMENT | | 98 | 2249266 | 320230 | 3268 |
| 20 | | | | | OTHER FRANCHISE NEW VEHICLE DEPT. | | | | | |
| 21 | | | | | New Vehicles - Other - Retail After Incentives | 4220 | 2 | 16438 | 476 | 238 |
| 22 | | | | | New Vehicles - Other - Fleet After Incentives | 4230 | | | | |
| 23 | | | | | Service Contract and F&I Inc. New - Other | 4275/6295 | | | | |
| 24 | | | | | Less: Repo Losses - New Vehicles | 6299 | | | | |
| 25 | | | | | Cost of Sale LIFO Adjustment New - Other | 6298 | | | | |
| 26 | | | | | TOTAL OTHER VEHICLE DEPARTMENT | | 2 | 16438 | 476 | 238 |
| 27 | 6 | 145589 | 36572 | 6095 | TOTAL NEW VEHICLE DEPT. | | 100 | 2265704 | 320706 | 3207 |
| 28 | | | | | USED VEHICLE DEPARTMENT | | | | | |
| 29 | 8 | 98873 | 24550 | 3069 | Used Retail Vehicles - After Recon. | 4300 | 439 | 5892955 | 1130257 | 2575 |
| 30 | | | | | Program Vehicles-Kia | 4315 | 9 | 132512 | 178671 | 985 |
| 31 | | | | | Used Vehicles - Wholesale | 4320 | 136 | 832062 | -122167 | -898 |
| 32 | | | 66 | 8 | Adjustment - Used Vehicle Inventory | 6330 | | | 69388 | 119 |
| 33 | 5 | 6077 | 2622 | 524 | Service Contracts - Used | 4370 | 317 | 338315 | 153009 | 483 |
| 34 | | | 1681 | | Finance Income - Used | 6380 | 393 | | 162290 | 413 |
| 35 | | | | | Insurance Income - Used | 6390 | | | | |
| 36 | | | 7144 | 893 | Adjustments F&I Service Cont. Used & Program | 6395 | | | 66606 | 114 |
| 37 | | | | | Less: Repo Losses-Total Used | 6399 | | | | |
| 38 | | | | | Cost of Sale LIFO Adjustment - Used | 6397 | | | | |
| 39 | 8 | 104950 | 21643 | 2705 | TOTAL USED VEHICLE DEPARTMENT | | 584 | 7195844 | 1205262 | 2064 |
| 40 | 14 | 250539 | 58215 | 4158 | TOTAL VEHICLE DEPARTMENT | | 684 | 9461548 | 1525968 | 2231 |
| 41 | R.O. WRITTEN | SALES | GROSS PROFIT | % SALES | SERVICE DEPARTMENT | | R.O. WRITTEN | SALES | GROSS PROFIT | % SALES |
| 42 | 28 | 5075 | 3696 | 72.8 | Customer Mechanical Labor - Kia | 4400 | 542 | 92164 | 64185 | 69.6 |
| 43 | 8 | 424 | 305 | 71.9 | Warranty Claims Mechanical Labor - Kia | 4420 | 444 | 34373 | 23006 | 66.9 |
| 44 | 20 | 923 | 187 | 20.3 | Internal Mechanical Labor - Kia | 4430 | 538 | 30268 | 5784 | 19.1 |
| 45 | 56 | 6422 | 4188 | 65.2 | TOTAL SERVICE LABOR-KIA | | 1524 | 156805 | 92975 | 59.3 |
| 46 | 14 | 1691 | 1233 | 72.9 | Customer Mechanical Labor - Other | 4409 | 406 | 54811 | 38153 | 69.6 |
| 47 | | | | | Warranty Claims Mechanical Labor - Other | 4429 | | | | |
| 48 | 47 | 1859 | -125 | -6.7 | Internal Mechanical Labor - Other | 4439 | 1169 | 131706 | 63002 | 47.8 |
| 49 | 61 | 3550 | 1108 | 31.2 | TOTAL SERVICE LABOR-OTHER | | 1575 | 186517 | 101155 | 54.2 |
| 50 | | | | | Pre-Delivery Service Labor | 4440 | 51 | 3858 | 2859 | 74.1 |
| 51 | | | | | Labor - Unapplied Time - Mechanical | 6450 | | | 2440 | 0.7 |
| 52 | | 9972 | 5296 | 53.1 | TOTAL SERVICE LABOR | | | 347180 | 194549 | 56.0 |
| 53 | | 297 | 66 | 22.2 | Sublet Repairs - Mechanical | 4460 | | 24877 | 4014 | 16.1 |
| 54 | 117 | 10269 | 5362 | 52.2 | TOTAL SERVICE DEPARTMENT | | 3150 | 372057 | 198563 | 53.4 |
| 55 | | | | | PAINT & BODY SHOP DEPARTMENT | | | | | |
| 56 | | | | | Customer Body Shop Labor | 4500 | | | | |
| 57 | | | | | Warranty Claims Body Shop Labor | 4520 | | | | |
| 58 | | | | | Internal Body Shop Labor | 4530 | | | | |
| 59 | | | | | Unapplied Time - Body Shop | 6550 | | | | |
| 60 | | | | | Sublet Repairs / Body Shop Materials | 4560/4570 | | | | |
| 61 | | | | | TOTAL PAINT & BODY SHOP | | | | | |
| 62 | | | | | PARTS & ACCESSORIES | | | | | |
| 63 | 27 | 2750 | 1137 | 41.3 | P&A R.O. Cust. Mechanical - Kia | 4700 | 517 | 75281 | 28970 | 38.5 |
| 64 | 8 | 1582 | 452 | 28.6 | P&A Warranty Claims - Kia | 4720 | 413 | 115662 | 32599 | 28.2 |
| 65 | 19 | 969 | 414 | 42.7 | P&A Internal R.O. - Kia | 4730 | 546 | 27082 | 8876 | 32.8 |
| 66 | | | | | P&A R.O. Cust. Body Shop - Kia | 4710 | | | | |
| 67 | 37 | 3038 | 1015 | 33.4 | P&A Counter Retail - Kia | 4740 | 466 | 46247 | 15369 | 33.2 |
| 68 | 30 | 6113 | 1710 | 28.0 | P&A Wholesale - Kia | 4750 | 380 | 95660 | 23833 | 24.9 |
| 69 | 121 | 14452 | 4728 | 32.7 | TOTAL KIA PARTS & ACCESSORIES | | 2322 | 359932 | 109647 | 30.5 |
| 70 | 14 | 903 | 336 | 37.2 | P&A R.O. Cust. Mech. - Other | 4709 | 373 | 35192 | 11299 | 32.1 |
| 71 | | | | | P&A Warranty Claims - Other | 4729 | | | | |
| 72 | 43 | 918 | 366 | 39.9 | P&A R.O. Cust. Body Shop / Internal - Other | 4719/4739 | 1100 | 85565 | 29181 | 34.1 |
| 73 | 12 | 85 | 63 | 74.1 | P&A Counter Retail - Other | 4749 | 170 | 4978 | 1558 | 31.3 |
| 74 | | | | | P&A Wholesale - Other | 4759 | 9 | -143 | -233 | 0 |
| 75 | 69 | 1906 | 765 | 40.1 | TOTAL OTHER P & A DEPARTMENT | | 1652 | 125592 | 41805 | 33.3 |
| 76 | | | | | P&A Inv Adj/Purch Disc Earned | 6760/6789 | | | | |
| 77 | | 653 | 18 | 2.8 | Tires, Gas, Oil & Grease / Non-Auto Merchandise | 4770/4780 | | 16380 | 1400 | 8.5 |
| 78 | | | | | Cost of Sale LIFO Adjustment - P & A | 6797 | | | | |
| 79 | | 17011 | 5511 | 32.4 | TOTAL PARTS & ACCESS. DEPT. LINES 68, 75, 77 INC | | | 501904 | 152852 | 30.5 |
| 80 | | 27280 | 10873 | 39.9 | TOTAL SVC., B.S. & P & A DEPTS. LINES 54, 61 & 79 | | | 873961 | 351415 | 40.2 |
| 81 | | 277819 | 69088 | 24.9 | TOTAL ALL DEPARTMENTS LINES 40 & 80 | | | 10335509 | 1877383 | 18.2 |

ADP® KIA US 2006 PAGE 4