UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re                                              )   Case No: 06-60855-11
                                                   )   (Chapter 11)
INCREDIBLE AUTO SALES, LLC,                        )
                                                   )
           Debtor.                                 )
                                                   )
_____                )

**ORDER APPROVING STIPULATION**
**BETWEEN DEBTOR AND GE COMMERCIAL DISTRIBUTION**

At Butte in said District this 19th day of January, 2007.

In this Chapter 11 case a Motion to Modify Stay dated December 5, 2006, was filed by secured creditor GE Commercial Distribution Finance Corp. ("GE Commercial). On December 15, 2006, the Debtor, Incredible Auto Sales, LLC filed an Objection to Motion to Modify Stay. A Stipulation to Compromise and Settle Motion to Modify Stay and Related Objection filed by Incredible Auto Sales, LLC was filed by GE Commercial and Debtor on January 18, 2007. Upon review, the Court finds that the Stipulation is fair and equitable. The Court also finds that the Stipulation is in compliance with Mont. LBR 4001-1. Accordingly,

IT IS ORDERED the Stipulation to Compromise and Settle Motion to Modify Stay and Related Objected filed by Incredible Auto Sales, LLC is approved; and the parties thereto shall henceforth be bound by and shall perform the terms of the stipulation, and the stay is modified and GE Commercial is authorized to collect and liquidate its collateral pursuant to nonbankruptcy remedies, to wit:

**ORDER APPROVING STIPULATION BETWEEN DEBTOR AND GE COMMERCIAL DISTRIBUTION -**
**Page 1**

| Model | Serial Number |
|---|---|
| 14 AVENGER | BUJ18475J304 |
| GENERIC 1232 | BUJ22092K304 |
| GV12/V1264 | BUJ23496L304 |
| HAWK 186 SPT | BUJ28288A404 |
| 14 AVENGER | BUJ35781D404 |
| 40EL | 0T827250 |
| 9.9M | 0T924009 |
| 115E | 0T932614 |
| 25EL | 0T953777 |

In accordance with applicable non-bankruptcy law and the terms of the Stipulation; and pursuant to F.R.B.P. 4001(a)(3) this Order is effective immediately and not stayed for ten (10) days.

The hearing scheduled for January 23, 2007 is hereby vacated.

BY THE COURT

_/s/ Ralph B. Kirscher_
HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana

**ORDER APPROVING STIPULATION BETWEEN DEBTOR AND GE COMMERCIAL DISTRIBUTION** - Page 2