UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

**INCREDIBLE AUTO SALES LLC**,

Debtor.

Case No. **06-60855-11**

**O R D E R**

At Butte in said District this 19th day of January, 2007.

On January 18, 2007, Debtor filed a motion to extend the time to file Debtor's disclosure statement by 2 days. Debtor filed a plan of reorganization on January 18, 2007. Given the extensive investigation that the creditors have made in this case, and Debtor's counsels' schedules even though counsel informed the Court 30 days ago that the disclosure statement and plan would be filed in 30 days, and for cause,

IT IS ORDERED that Debtor shall file its disclosure statement on or before 12:00 noon (MST) on Monday, January 22, 2007.

BY THE COURT

/s/ Ralph B. Kirscher
HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana