UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA
P.O. BOX 689
BUTTE, MT 59701

In re                                         Case No. 06-60855-11
     INCREDIBLE AUTO SALES LLC
        SSN/EIN: 81-0500773

          Debtor(s)

---

### TRANSMITTAL FORM

TO:      US DISTRICT COURT
        316 N 26TH ST, RM 5405
        BILLINGS, MT 59101


FROM:    U.S. Bankruptcy Court
        for the District of Montana
        District 0977

| | |
|---|---|
| Case Name | : INCREDIBLE AUTO SALES LLC |
| Bankruptcy Case | : 06-60855-11 |
| Bankruptcy Judge | : HONORABLE RALPH B KIRSCHER |
| Date Bankruptcy Petition was filed | : 10/17/06 |
| Date Notice of Appeal was filed | : 1/22/07 |
| Date of Entry of Order Appealed from | : 1/12/07 |
| Date Notice of Appeal and Notice of Objection Period mailed to parties | : 1/22/07 |
| Date of Transmittal | : 1/22/07 |
| Filing Fee | : PAID |

By the Court
Bernard F. McCarthy,
Clerk

By:/s/ Kathy Schelin

---
Deputy Clerk