UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA
P.O. BOX 689
BUTTE, MT 59701

In re

    INCREDIBLE AUTO SALES LLC
       SSN/EIN: 81-0500773

Case No. 06-60855-11

Debtor(s)

## TRANSMITTAL FORM

TO:     US DISTRICT COURT
       316 N 26th ST, RM 5405
       BILLINGS, MT 59101

FROM:   U.S. Bankruptcy Court
       for the District of Montana
       District 0977

| | |
|---|---|
| Case Name | : INCREDIBLE AUTO SALES LLC |
| Bankruptcy Case | : 06-60855-11 |
| Bankruptcy Judge | : HONORABLE RALPH B KIRSCHER |
| Date Bankruptcy Petition was filed | : 10/17/06 |
| Date Notice of Appeal was filed | : 1/22/07 |
| Date of Entry of Order Appealed from | : 1/12/07 |
| Date Notice of Appeal and Notice of Objection Period mailed to parties | : 1/23/07 |
| Date of Transmittal | : 1/23/07 |
| Filing Fee | : PAID |

                                           Clerk of Court,
                                           Bernard F. McCarthy

                                           by: /s/ Kathy Schelin
                                           Deputy Clerk