UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re ) Case No. 06-60855-RBK
    INCREDIBLE AUTO SALES, LLC, )
)
)
           Debtor(s). )

---

ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY

---

At Butte in said District this 29th day of January, 2007.

In this Chapter 11 case, WFS Financial, Inc. ("Creditor") filed a Motion to Modify Stay on January 13, 2007. In accordance with Mont. LBR 4001-1, Mont. LBR 9013-1 and Mont. LBF 8, Creditor attached a "Notice to Debtor(s)" to the Motion advising Debtor, and other parties in interest that they had ten(10) day in which to respond.

The request by WFS Financial, Inc. is that the stay be lifted so that the Creditor may proceed against Incredible Auto Sales in a criminal action in the issuance of a bad check according to Montana Law.  For good cause having been shown under 11 U.S.C. §362(d):

IT IS HEREBY ORDERED that the stay afforded by §362(a) of the Bankruptcy Code is modified as against the Debtor and the estate in order to permit the Creditor to proceed against Incredible Auto Sales criminally for issuance of a bad check , in accordance with applicable non-bankruptcy law.

                                            BY THE COURT

                                            /s/ Ralph B. Kirscher
                                            HON. RALPH B. KIRSCHER
                                            U.S. Bankruptcy Judge
                                            United States Bankruptcy Court
                                            District of Montana