Bruce F. Fain
Murphy, Kirkpatrick & Fain, P.L.L.P.
208 North Broadway, Suite 208
P.O. Box 429
Billings, MT 59103-0429
Phone: (406) 256-9700
Fax: (406) 256-9755
E-mail: bruce@murphkirk.com
I.D. Number: 3377

Attorneys for Plaintiff
    Auto Auction of Montana

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re: | CASE NO. 06-60855 |
| INCREDIBLE AUTO SALES, LLC, | |
| Debtor. | **NOTICE OF NO INTENTION TO BID** |

- - - - - - - - - - - - - - - -

    AUTO AUCTION ASSOCIATES OF MONTANA, INC., d/b/a AUTO AUCTION OF MONTANA a/k/a AUTO AUCTION OF BILLINGS ("Auto Auction"), through its counsel, and pursuant to the Court's order concerning 363 Sale, hereby notifies the Court and all interested parties that at approximately 9:45 a.m., January 29, 2007, Underinner Motors informed counsel for Auto Auction that it would not submit a competing bid. A copy of this notice is being sent by facsimile to the Buyer's counsel, who has not made a formal appearance.

    This resolves the remaining objection of Auto Auction to the

sale.

DATED this 29th day of January, 2007.

>Murphy, Kirkpatrick & Fain, P.L.L.P.
>208 North Broadway, Suite 208
>P.O. Box 429
>Billings, MT 59103-0429
>
>By: /S/ Bruce F. Fain
>    Bruce F. Fain
>    Attorneys for Auto Auction

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 16th day of January, 2007, a copy of the NOTICE OF NO INTENTION TO BID was served upon counsel of record by the following method:

 1-18     CM/ECF

1.  William L. Needler
    William L. Needler and Associates
    555 Skokie Blvd. Ste. 500
    Northbrook, IL 60062
    williamlneedler@aol.com

2.  Charles W. Hingle
    Shane P. Coleman
    P.O. Box 639
    Billings, MT  59103-0639
    chingle@hollandhart.com

3.  Neal G. Jensen
    U.S. Trustee
    Liberty Center, Ste. 204
    301 Central Ave.
    P.O. Box 3509
    Great Falls, MT 59401
    Neal.G.Jensen@usdoj.gov

4.  James A. Patten
    Patten, Peterman, Bekkedahl
       & Green, PLLC
    2817 2nd Avenue North, #300
    Billings, MT  59101
    japatten@ppbglaw.com

2

5.  Christopher Birkle
    P.O. Box 1415
    Billings, MT  59103
    lovellaw@hotmail.com

6.  Alan C. Bryan
    P.O. Box 2529
    Billings, MT 59103-2529
    abrayn@crowleylaw.com

7.  Shane P. Coleman
    Holland & Hart
    P.O. Box 639
    Billings, MT 59103-0639
    spcoleman@hollandhart.com

8.  Gregory W. Duncan
    2687 Airport Road, Ste. A
    Helena, MT 59601
    gd@mt.net

9.  Jeffrey A. Hunnes
    Guthal, Hunnes, Reuss, Thompson, PC
    P.O. Box 1977
    Billings, MT 59103-1977
    jhunnes@ghrtlawfirm.com

10. Doug James
    Moulton, Bellingham, Longo & Mather, PC
    P.O. Box 2559
    Billings, MT 59103
    james@moultonlawfirm.com

11. Steven M. Johnson
    Church, Harris, Johnson & Williams, PC
    P.O. Box 1645
    Great Falls, MT 59403
    sjohnson@chjw.com

12. Daniel P. McKay
    Office of the U.S. Trustee
    Liberty Center Suite 204
    301 Central Ave.
    Great Falls, MT 59401
    Dan.P.McKay@usdoj.gov

13. Christian T. Nygren
    Milodragovich, Dale, Steinbrenner & Binney, PC
    P.O. Box 4947
    Missoula, MT 59806-4947
    nygren@bigskylawyers.com

14. Clarke B. Rice
    P.O. Box 23563
    Billings, MT 59104
    clarkerice@imt.net

15. Jeffrey N. Rich
    Kirkpatrick & Lockhart Nicholson Graham LLP
    599 Lexington Avenue
    New York, NY 10022
    jrich@klng.com

16. Ross P. Richardson
    P.O. Box 399
    Butte, MT 59701
    rossrichardson@qwest.net

17. Jason S. Ritchie
    Holland & Hart
    401 N 31st Street Suite 1500
    Billings, MT 59101
    jritchie@hollandhart.com

18. Lisa Swan Semansky
    Semansky Law Office
    P.O. Box 3267
    Great Falls, MT 59403-3267
    semanksy@bresnan.net

/S/     Bruce F. Fain