# CLASSIFIEDS

## www.automotivenews.com

Automotive News

**DEALERSHIPS AVAILABLE**



**National Business Brokers**

800.576.9875

America's Largest Automobile Dealership Brokerage Firm

Over 500 Dealerships Sold

Irvine, CA • Grand Haven, MI • Tampa, FL • Manhattan, NY

www.nationalbusinessbrokers.com



2007 NADA in Las Vegas
Booth # 2331C

Brady Schmidt
Moshe Stopnitzky
DeVere Boyd
Warren Murray
Gershon Rosenzweig
Jason Stopnitzky
George Graconas
Jeff Rochwarger

---

**DEALER NOTICE CHAPTER II ACCEPTING BIDS**

Montana's Largest Kia Franchise Current bid $375,000. Blue Sky

Motivated Seller "Great Opportunity" Flexible Lease terms "Best Location in town"

220,000 population market, No sales tax state.

All offers must be submitted by January 22nd 2007

This one won't last, Call Now!

817-516-7164

---

**California**

GM Dual-Owner retiring.

First time offer.

Costal town, upscale community, great opportunity.

NO BROKERS, NO PARTNERS

Reply to Box 4707

---

TENNESSEE FORD. 300 PV. One hour from Nashville

---

**DEALERSHIPS AVAILABLE**

800-388-1800 or 313-446-6065

Congratulations
Lee Drabek
on your sale of Gateway Kia to
Mario Weber
Dr. Charles Hollenstein & Associates
Woodstock, Illinois

---

**DEALERSHIPS AVAILABLE**

**Dan Edwards Auto Brokers**

Automotive Broker, Consultant & Appraiser

Former dealer 19 yrs with 8 franchises

• specializing east of the Mississippi •

Call to set a confidential meeting @ NADA

949-770-1200    877-409.SELL

---



**GW Marketing Services**

New England's Most Experienced Auto Dealership Broker

OVER 26 YEARS OF DEAL MAKING WITH 2000+ STORES SOLD

We Are The Deal Wizards

Office 781-899-8609
Mobile 508-395-2500
Fax 781-899-8609
E-mail gwins2000@aol.com
Web gwmarketingservices.com

---

**THRIFTY CAR SALES FRANCHISES AVAILABLE**

A Thrifty Car Sales franchise in your area can provide:

• Recognized Brand Name and Image
• Marketing and Advertising Support
• A Business Development Center
• A Certification Program

To learn more about this great opportunity, call toll free TODAY.

1-877-BUY-BLUE  (1-877-289-2583)



**KIA MOTORS**
*The Power to Surprise™*

## DEALER NOTICE

**ATTN:** Dealer Principal
General Manager

# DEALERSHIP AVAILABILITY
# Request for Bids

## Montana's Largest KIA Franchise
## files Chapter 11

## NOW ACCEPTING BIDS
Current Bid $375,000 Blue Sky

## Motivated Seller "Great Opportunity"

### Flexible Lease Terms
*"Best Location in Town"*

220,000 Population Market
No Sales Tax State

## ALL OFFERS MUST BE SUBMITTED
by January 22, 2007

*This one won't last!  Call Now!*
# 817-516-7164

Exh 5

FAX JOURNAL REPORT

```
TIME   : 01/04/2007 13:08
NAME   :
FAX    : 4066523297
TEL    : 4066523297
SER. # : 000K5J957172
```

| NO. | DATE | TIME | FAX NO./NAME | DURATION | PAGE(S) | RESULT | COMMENT | |
|-----|------|------|--------------|----------|---------|--------|---------|--|
| #147 | 01/03 | 16:48 | 1 406 896 4824 | 04:55 | 11 | OK | RX | ECM |
| #148 | 01/04 | 09:55 | 14067823330-7279 | 01:00 | 03 | OK | TX | ECM |
| #149 | 01/04 | 11:58 | 17149657010-7279 | 01:20 | 06 | OK | TX | ECM |
| #152 | 01/04 | 12:02 | 13072344919-7894 | 18 | 01 | OK | TX | ECM |
| #153 | 01/04 | 12:03 | 13074723951-7894 | 18 | 01 | OK | TX | ECM |
| #154 | 01/04 | 12:04 | 13072372217-7894 | 17 | 01 | OK | TX | ECM |
| #155 | 01/04 | 12:05 | 13072652260-7894 | 23 | 01 | OK | TX | |
| #150 | 01/04 | 12:06 | 13075779330-7894 | 18 | 01 | OK | TX | |
| #156 | 01/04 | 12:07 | 13072342073-7894 | 21 | 01 | OK | TX | ECM |
| #158 | 01/04 | 12:09 | 13073323727-7894 | 18 | 01 | OK | TX | |
| #159 | 01/04 | 12:10 | 13073323990-7894 | 18 | 01 | OK | TX | ECM |
| #160 | 01/04 | 12:12 | 13073326270-7894 | 18 | 01 | OK | TX | ECM |
| #161 | 01/04 | 12:13 | 13077211076-7894 | 19 | 01 | OK | TX | ECM |
| #162 | 01/04 | 12:15 | 13077420743-7894 | 30 | 01 | OK | TX | ECM |
| #163 | 01/04 | 12:16 | 13077456349-7894 | 18 | 01 | OK | TX | ECM |
| #164 | 01/04 | 12:18 | 13077458865-7894 | 18 | 01 | OK | TX | ECM |
| #165 | 01/04 | 12:19 | 13072351565-7894 | 18 | 01 | OK | TX | ECM |
| #166 | 01/04 | 12:20 | 13074732240-7894 | 18 | 01 | OK | TX | ECM |
| #168 | 01/04 | 12:22 | 13076355335-7894 | 18 | 01 | OK | TX | ECM |
| #169 | 01/04 | 12:24 | 13076346855-7894 | 18 | 01 | OK | TX | ECM |
| #170 | 01/04 | 12:26 | 13076378909-7894 | 18 | 01 | OK | TX | ECM |
| #171 | 01/04 | 12:27 | 13076381034-7894 | 18 | 01 | OK | TX | ECM |
| #173 | 01/04 | 12:30 | 13076323716-7894 | 18 | 01 | OK | TX | ECM |
| #174 | 01/04 | 12:31 | 13077463613-7894 | 18 | 01 | OK | TX | ECM |
| #175 | 01/04 | 12:32 | 6523487 | 18 | 01 | OK | TX | ECM |
| #172 | 01/04 | 12:34 | 13077545842-7894 | 30 | 01 | OK | TX | ECM |
| #176 | 01/04 | 12:36 | 13076342595-7894 | 18 | 01 | OK | TX | ECM |
| #177 | 01/04 | 12:37 | 13073242807-7894 | 17 | 01 | OK | TX | ECM |
| #178 | 01/04 | 12:39 | 13073244237-7894 | 18 | 01 | OK | TX | ECM |
| #179 | 01/04 | 12:40 | 13073247004-7894 | 17 | 01 | OK | TX | ECM |
| #180 | 01/04 | 12:42 | 13073247004-7894 | 17 | 01 | OK | TX | ECM |
| #181 | 01/04 | 12:43 | 18175634861-7894 | 19 | 01 | OK | TX | ECM |
| #183 | 01/04 | 12:46 | 13078560764-7894 | 29 | 01 | OK | TX | ECM |
| #184 | 01/04 | 12:47 | 13078565333-7894 | 19 | 01 | OK | TX | ECM |
| #185 | 01/04 | 12:48 | 13075277049-7894 | 18 | 01 | OK | TX | ECM |
| #186 | 01/04 | 12:50 | 13075872820-7894 | 29 | 01 | OK | TX | ECM |
| #188 | 01/04 | 12:52 | 13075872820-7894 | 29 | 01 | OK | TX | ECM |
| #189 | 01/04 | 12:53 | 13073585130-7894 | 18 | 01 | OK | TX | ECM |
| #190 | 01/04 | 12:55 | 13073586540-7894 | 28 | 01 | OK | TX | |
| #191 | 01/04 | 12:56 | 13077898811-7894 | 17 | 01 | OK | TX | ECM |
| #187 | 01/04 | 12:57 | 13077895999-7894 | 29 | 01 | OK | TX | ECM |
| #192 | 01/04 | 12:58 | 13078779703-7894 | 00 | 00 | BUSY | TX | |
| #193 | 01/04 | 12:59 | 13077898219-7894 | 18 | 01 | OK | TX | ECM |
| #194 | 01/04 | 13:01 | 13078569506-7894 | 13 | 01 | OK | TX | ECM |
| #197 | 01/04 | 13:03 | 13073625952-7894 | 18 | 01 | OK | TX | ECM |
| #198 | 01/04 | 13:05 | 13073822672-7894 | 18 | 01 | OK | TX | ECM |
| #199 | 01/04 | 13:06 | 13073625017-7894 | 24 | 01 | OK | TX | ECM |
| #200 | 01/04 | 13:07 | 13073829445-7894 | 18 | 01 | OK | TX | ECM |
| #195 | 01/04 | 13:08 | 13073621932-7894 | 18 | 01 | OK | TX | ECM |

BUSY: BUSY/NO RESPONSE
NG  : POOR LINE CONDITION / OUT OF MEMORY
CV  : COVERPAGE
POL : POLLING
RET : RETRIEVAL
PC  : PC-FAX

219

46

FAX JOURNAL REPORT

TIME   : 01/04/2007 14:19
NAME   :
FAX    : 4066523297
TEL    : 4066523297
SER.#  : 000K5J957172

| NO. | DATE | TIME | FAX NO./NAME | DURATION | PAGE(S) | RESULT | COMMENT | |
|-----|------|------|--------------|----------|---------|--------|---------|---|
| #201 | 01/04 | 13:08 | 13076728686-7894 | 18 | 01 | OK | TX | ECM |
| #202 | 01/04 | 13:09 | 13076720863-7894 | 18 | 01 | OK | TX | ECM |
| #196 | 01/04 | 13:10 | 13073621932-7894 | 18 | 01 | OK | TX | ECM |
| #203 | 01/04 | 13:11 | 13076746413-7894 | 35 | 01 | OK | TX | ECM |
| #204 | 01/04 | 13:13 | 13076829128-7894 | 18 | 01 | OK | TX | ECM |
| #205 | 01/04 | 13:14 | 13076820803-7894 | 34 | 01 | OK | TX | |
| #206 | 01/04 | 13:15 | 13076824180-7894 | 17 | 01 | OK | TX | ECM |
| #207 | 01/04 | 13:16 | 13077330065-7894 | 18 | 01 | OK | TX | ECM |
| #208 | 01/04 | 13:17 | 13076729268-7894 | 18 | 01 | OK | TX | ECM |
| #209 | 01/04 | 13:18 | 13075323670-7894 | 18 | 01 | OK | TX | ECM |
| #210 | 01/04 | 13:19 | 13075327755-7894 | 19 | 01 | OK | TX | ECM |
| #211 | 01/04 | 13:20 | 13073225914-7894 | 18 | 01 | OK | TX | ECM |
| #212 | 01/04 | 13:21 | 13073225510-7894 | 17 | 01 | OK | TX | ECM |
| #213 | 01/04 | 13:22 | 13073478556-7894 | 29 | 01 | OK | TX | ECM |
| #214 | 01/04 | 13:23 | 13073474536-7894 | 18 | 01 | OK | TX | ECM |
| #215 | 01/04 | 13:25 | 14064948333-7894 | 18 | 01 | OK | TX | ECM |
| #216 | 01/04 | 13:26 | 14064945425-7894 | 34 | 01 | OK | TX | |
| #217 | 01/04 | 13:27 | 14065333350-7894 | 17 | 01 | OK | TX | ECM |
| #218 | 01/04 | 13:29 | 14067719917-7894 | 17 | 01 | OK | TX | ECM |
| #219 | 01/04 | 13:30 | 14065428685-7894 | 17 | 01 | OK | TX | ECM |
| #220 | 01/04 | 13:31 | 14067556559-7894 | 39 | 01 | OK | TX | |
| #221 | 01/04 | 13:33 | 16053413156-7894 | 18 | 01 | OK | TX | ECM |
| #222 | 01/04 | 13:34 | 16053427664-7894 | 17 | 01 | OK | TX | ECM |
| #223 | 01/04 | 13:35 | 16053424604-7894 | 18 | 01 | OK | TX | ECM |
| #224 | 01/04 | 13:36 | 16053414254-7894 | 18 | 01 | OK | TX | ECM |
| #226 | 01/04 | 13:39 | 14062933698-7894 | 18 | 01 | OK | TX | ECM |
| #227 | 01/04 | 13:40 | 14064942287-7894 | 18 | 01 | OK | TX | ECM |
| #228 | 01/04 | 13:41 | 14065333350-7894 | 17 | 01 | OK | TX | ECM |
| #229 | 01/04 | 13:42 | 14065633572-7894 | 18 | 01 | OK | TX | ECM |
| #231 | 01/04 | 13:44 | 14062289595-7894 | 18 | 01 | OK | TX | ECM |
| #232 | 01/04 | 13:46 | 14062345815-7894 | 17 | 01 | OK | TX | ECM |
| #234 | 01/04 | 13:48 | 14068632533-7894 | 19 | 01 | OK | TX | ECM |
| #230 | 01/04 | 13:49 | 14062289470-7894 | 00 | 00 | BUSY | TX | |
| #235 | 01/04 | 13:50 | 14068624546-7894 | 18 | 01 | OK | TX | ECM |
| #236 | 01/04 | 13:51 | 14065861400-7894 | 18 | 01 | OK | TX | ECM |
| #237 | 01/04 | 13:53 | 14065868756-7894 | 18 | 01 | OK | TX | ECM |
| #239 | 01/04 | 13:55 | 14066836638-7894 | 18 | 01 | OK | TX | ECM |
| #241 | 01/04 | 13:57 | 14062220359-7894 | 18 | 01 | OK | TX | ECM |
| #242 | 01/04 | 13:58 | 14062289470-7894 | 18 | 01 | OK | TX | ECM |
| #243 | 01/04 | 13:59 | 14067211354-7894 | 35 | 01 | OK | TX | |
| #244 | 01/04 | 14:00 | 14063634581-7894 | 19 | 01 | OK | TX | ECM |
| #245 | 01/04 | 14:02 | 14063636849-7894 | 35 | 01 | OK | TX | |
| #247 | 01/04 | 14:06 | 2453988 | 18 | 01 | OK | TX | ECM |
| #248 | 01/04 | 14:07 | 14067568797-7894 | 32 | 01 | OK | TX | |
| #249 | 01/04 | 14:09 | 14067566790-7894 | 28 | 01 | OK | TX | |
| #251 | 01/04 | 14:11 | 14064331232-7894 | 26 | 01 | OK | TX | |
| #252 | 01/04 | 14:12 | 14064331813-7894 | 18 | 01 | OK | TX | ECM |
| #253 | 01/04 | 14:14 | 14067272183-7894 | 17 | 01 | OK | TX | ECM |
| #256 | 01/04 | 14:17 | 14064426850-7894 | 19 | 01 | OK | TX | ECM |
| #257 | 01/04 | 14:19 | 14068732281-7894 | 25 | 01 | OK | TX | ECM |

BUSY: BUSY/NO RESPONSE
NG  : POOR LINE CONDITION / OUT OF MEMORY
CV  : COVERPAGE
POL : POLLING
RET : RETRIEVAL
PC  : PC-FAX

FAX JOURNAL REPORT

TIME  : 01/05/2007 11:35
NAME  :
FAX   : 4066523297
TEL   : 4066523297
SER. # : 000K5J957172

| NO. | DATE | TIME | FAX NO./NAME | DURATION | PAGE(S) | RESULT | COMMENT | |
|-----|------|------|--------------|----------|---------|--------|---------|---|
| #258 | 01/04 | 14:20 | 14068735711-7894 | 19 | 01 | OK | TX | ECM |
| #259 | 01/04 | 14:21 | 14062651132-7894 | 18 | 01 | OK | TX | ECM |
| #255 | 01/04 | 14:22 | 14064570757-7894 | 18 | 01 | OK | TX | ECM |
| #260 | 01/04 | 14:23 | 14062659408-7894 | 18 | 01 | OK | TX | ECM |
| #261 | 01/04 | 14:24 | 14067211256-7894 | 19 | 01 | OK | TX | ECM |
| #262 | 01/04 | 14:26 | 14065490222-7894 | 41 | 01 | OK | TX | |
| #263 | 01/04 | 14:28 | 14065859442-7894 | 21 | 01 | OK | TX | |
| #264 | 01/04 | 14:30 | 14069220073-7894 | 18 | 01 | OK | TX | |
| #265 | 01/04 | 14:31 | 14065862795-7894 | 17 | 01 | OK | TX | ECM |
| #267 | 01/04 | 14:33 | 14066659047-7894 | 02:01 | 02 | OK | TX | ECM |
| #268 | 01/04 | 14:36 | 14063572679-7894 | 19 | 01 | OK | TX | ECM |
| #269 | 01/04 | 14:37 | 14063572577-7894 | 18 | 01 | OK | TX | ECM |
| #266 | 01/04 | 14:38 | 14065871913-7894 | 00 | 00 | BUSY | TX | ECM |
| #270 | 01/04 | 14:38 | 14068923029-7894 | 38 | 01 | OK | TX | |
| #272 | 01/04 | 14:41 | 14062577347-7894 | 18 | 01 | OK | TX | |
| #274 | 01/04 | 14:44 | 14068263384-7894 | 18 | 01 | OK | TX | ECM |
| #275 | 01/04 | 14:45 | 14068836419-7894 | 18 | 01 | OK | TX | ECM |
| #276 | 01/04 | 14:47 | 14067685506-7894 | 17 | 01 | OK | TX | ECM |
| #273 | 01/04 | 14:48 | 14065871913-7894 | 17 | 01 | OK | TX | ECM |
| #278 | 01/04 | 14:49 | 14064461483-7894 | 17 | 01 | OK | TX | ECM |
| #279 | 01/04 | 14:50 | 14066762278-7894 | 17 | 01 | OK | TX | ECM |
| #280 | 01/04 | 14:51 | 14064888005-7894 | 24 | 01 | OK | TX | ECM |
| #281 | 01/04 | 14:54 | 13078779703-7894 | 18 | 01 | OK | TX | ECM |
| #282 | 01/04 | 16:03 | 2942929 | 00 | 00 | BUSY | TX | |
| #283 | 01/05 | 10:35 | 14062348032-7894 | 35 | 01 | OK | TX | |
| #285 | 01/05 | 10:38 | 14062512093-7894 | 24 | 01 | OK | TX | ECM |
| #286 | 01/05 | 10:40 | 14065414801-7894 | 15 | 01 | OK | TX | ECM |
| #287 | 01/05 | 10:41 | 14067219831-7894 | 35 | 01 | OK | TX | |
| #288 | 01/05 | 10:43 | 14067215683-7894 | 20 | 01 | OK | TX | ECM |
| #289 | 01/05 | 10:45 | 14065428685-7894 | 17 | 01 | OK | TX | ECM |
| #290 | 01/05 | 10:47 | 14065427702-7894 | 42 | 01 | OK | TX | |
| #292 | 01/05 | 10:57 | 14062512224-7894 | 18 | 01 | OK | TX | ECM |
| #294 | 01/05 | 11:01 | 14067211115-7894 | 18 | 01 | OK | TX | ECM |
| #297 | 01/05 | 11:11 | 14067211115-7894 | 18 | 01 | OK | TX | ECM |
| #300 | 01/05 | 11:15 | 14067282268-7894 | 20 | 01 | OK | TX | ECM |
| #296 | 01/05 | 11:15 | 17149657010-7894 | 00 | 00 | BUSY | TX | |
| #301 | 01/05 | 11:16 | 14062514993-7894 | 18 | 01 | OK | TX | ECM |
| #302 | 01/05 | 11:17 | 14067282525-7894 | 41 | 01 | OK | TX | |
| #298 | 01/05 | 11:18 | 114062734684-7894 | 00 | 00 | BUSY | TX | |
| #303 | 01/05 | 11:20 | 14068732479-7894 | 34 | 01 | OK | TX | |
| #304 | 01/05 | 11:21 | 14066825569-7894 | 29 | 01 | OK | TX | ECM |
| #305 | 01/05 | 11:22 | 14063656788-7894 | 12 | 01 | OK | TX | ECM |
| #306 | 01/05 | 11:24 | 14067619264-7894 | 18 | 01 | OK | TX | ECM |
| #307 | 01/05 | 11:25 | 14067270356-7894 | 18 | 01 | OK | TX | ECM |
| #309 | 01/05 | 11:27 | 14063630188-7894 | 19 | 01 | OK | TX | ECM |
| #310 | 01/05 | 11:28 | 14067275751-7894 | 29 | 01 | OK | TX | ECM |
| #312 | 01/05 | 11:30 | 14067612766-7894 | 19 | 01 | OK | TX | ECM |
| #313 | 01/05 | 11:32 | 14067617685-7894 | 12 | 01 | OK | TX | ECM |
| #314 | 01/05 | 11:33 | 14067275827-7894 | 34 | 01 | OK | TX | |
| #315 | 01/05 | 11:34 | 140677172000-7894 | 17 | 01 | OK | TX | ECM |

BUSY: BUSY/NO RESPONSE
NG  : POOR LINE CONDITION / OUT OF MEMORY
CV  : COVERPAGE
POL : POLLING
RET : RETRIEVAL
PC  : PC-FAX

FAX JOURNAL REPORT

TIME : 01/05/2007 12:54
NAME :
FAX : 4066523297
TEL : 4066523297
SER. # : 000K5J957172

| NO. | DATE | TIME | FAX NO./NAME | DURATION | PAGE(S) | RESULT | COMMENT | |
|-----|------|------|--------------|----------|---------|--------|---------|--|
| #316 | 01/05 | 11:35 | 14067610446-7894 | 01:26 | 01 | OK | TX | ECM |
| #317 | 01/05 | 11:38 | 14067719917-7894 | 18 | 01 | OK | TX | ECM |
| #318 | 01/05 | 11:39 | 14067717244-7894 | 18 | 01 | OK | TX | ECM |
| #319 | 01/05 | 11:40 | 14064525551-7894 | 17 | 01 | OK | TX | ECM |
| #320 | 01/05 | 11:42 | 14067719329-7894 | 24 | 01 | OK | TX | ECM |
| #321 | 01/05 | 11:43 | 14064520205-7894 | 34 | 01 | OK | TX | |
| #322 | 01/05 | 11:45 | 14064520205-7894 | 34 | 01 | OK | TX | |
| #323 | 01/05 | 11:46 | 14062680500-7894 | 29 | 01 | OK | TX | |
| #324 | 01/05 | 11:49 | 14064431988-7894 | 18 | 01 | OK | TX | ECM |
| #325 | 01/05 | 11:50 | 14064497109-7894 | 18 | 01 | OK | TX | ECM |
| #326 | 01/05 | 11:51 | 14064570448-7894 | 18 | 01 | OK | TX | ECM |
| #327 | 01/05 | 11:52 | 14067552884-7894 | 36 | 01 | OK | TX | ECM |
| #328 | 01/05 | 12:02 | 14062572587-7894 | 32 | 01 | OK | TX | |
| #329 | 01/05 | 12:03 | 14067521126-7894 | 39 | 01 | OK | TX | |
| #330 | 01/05 | 12:05 | 14067526605-7894 | 31 | 01 | OK | TX | |
| #333 | 01/05 | 12:09 | 14067554785-7894 | 41 | 01 | OK | TX | |
| #334 | 01/05 | 12:10 | 14062575404-7894 | 32 | 01 | OK | TX | |
| #335 | 01/05 | 12:12 | 14067567926-7894 | 18 | 01 | OK | TX | ECM |
| #331 | 01/05 | 12:13 | 17149657010-7894 | 00 | 00 | BUSY | TX | |
| #336 | 01/05 | 12:14 | 14067568092-7894 | 35 | 01 | OK | TX | |
| #337 | 01/05 | 12:15 | 14065389427-7894 | 01 | 00 | CANCEL | TX | |
| #338 | 01/05 | 12:16 | 14067286752-7894 | 39 | 01 | OK | TX | |
| #339 | 01/05 | 12:19 | 14067284935-7894 | 19 | 01 | OK | TX | ECM |
| #341 | 01/05 | 12:21 | 12086723464-7894 | 18 | 01 | OK | TX | ECM |
| #342 | 01/05 | 12:22 | 17016624115-7894 | 18 | 01 | OK | TX | ECM |
| #343 | 01/05 | 12:23 | 14062512362-7894 | 19 | 01 | OK | TX | ECM |
| #344 | 01/05 | 12:25 | 14067552114-7894 | 22 | 01 | OK | TX | |
| #340 | 01/05 | 12:25 | 14067214545-7894 | 00 | 00 | BUSY | TX | |
| #345 | 01/05 | 12:26 | 15099223195-7894 | 29 | 01 | OK | TX | ECM |
| #346 | 01/05 | 12:28 | 14064948459-7894 | 34 | 01 | OK | TX | |
| #347 | 01/05 | 12:29 | 14064949494-7894 | 17 | 01 | OK | TX | ECM |
| #348 | 01/05 | 12:30 | 14065870042-7894 | 18 | 01 | OK | TX | ECM |
| #349 | 01/05 | 12:31 | 14067912535-7894 | 18 | 01 | OK | TX | ECM |
| #350 | 01/05 | 12:33 | 14062512362-7894 | 19 | 01 | OK | TX | ECM |
| #351 | 01/05 | 12:34 | 17012520094-7894 | 29 | 01 | OK | TX | ECM |
| #352 | 01/05 | 12:35 | 17012511109-7894 | 19 | 01 | OK | TX | ECM |
| #353 | 01/05 | 12:37 | 17013493086-7894 | 19 | 01 | OK | TX | ECM |
| #354 | 01/05 | 12:38 | 17016523560-7894 | 20 | 01 | OK | TX | ECM |
| #355 | 01/05 | 12:39 | 17012883007-7894 | 18 | 01 | OK | TX | ECM |
| #356 | 01/05 | 12:40 | 17014522492-7894 | 19 | 01 | OK | TX | ECM |
| #357 | 01/05 | 12:41 | 17012771864-7894 | 18 | 01 | OK | TX | ECM |
| #358 | 01/05 | 12:43 | 17012774037-7894 | 18 | 01 | OK | TX | ECM |
| #359 | 01/05 | 12:44 | 17012774560-7894 | 18 | 01 | OK | TX | ECM |
| #360 | 01/05 | 12:46 | 17012827543-7894 | 18 | 01 | OK | TX | ECM |
| #361 | 01/05 | 12:47 | 17016835482-7894 | 18 | 01 | OK | TX | ECM |
| #362 | 01/05 | 12:48 | 17016834353-7894 | 18 | 01 | OK | TX | ECM |
| #363 | 01/05 | 12:50 | 17018453354-7894 | 18 | 01 | OK | TX | ECM |
| #364 | 01/05 | 12:51 | 17016622373-7894 | 25 | 01 | OK | TX | ECM |
| #365 | 01/05 | 12:52 | 17016620013-7894 | 18 | 01 | OK | TX | ECM |
| #366 | 01/05 | 12:54 | 17012563673-7894 | 18 | 01 | OK | TX | ECM |

BUSY: BUSY/NO RESPONSE
NG  : POOR LINE CONDITION / OUT OF MEMORY
CV  : COVERPAGE
POL : POLLING
RET : RETRIEVAL
PC  : PC-FAX

FAX JOURNAL REPORT

```
TIME  : 01/17/2007 13:14
NAME  :
FAX   : 4066523297
TEL   : 4066523297
SER.# : 000K5J957172
```

| NO. | DATE | TIME | FAX NO./NAME | DURATION | PAGE(S) | RESULT | COMMENT | |
|-----|------|------|--------------|----------|---------|--------|---------|---|
| #468 | 01/17 | 11:49 | 15099271815-7894 | 18 | 01 | OK | TX | ECM |
| #469 | 01/17 | 11:50 | 15099219005-7894 | 18 | 01 | OK | TX | ECM |
| #470 | 01/17 | 11:51 | 15099221153-7894 | 18 | 01 | OK | TX | ECM |
| #471 | 01/17 | 11:52 | 17195757063-7894 | 18 | 01 | OK | TX | ECM |
| #472 | 01/17 | 11:54 | 13034664523-7894 | 21 | 01 | OK | TX | |
| #473 | 01/17 | 11:55 | 13036782901-7894 | 18 | 01 | OK | TX | ECM |
| #474 | 01/17 | 11:56 | 13035391717-7894 | 18 | 01 | OK | TX | ECM |
| #475 | 01/17 | 11:57 | 15093534714-7894 | 18 | 01 | OK | TX | ECM |
| #476 | 01/17 | 11:59 | 15099212117-7894 | 18 | 01 | OK | TX | ECM |
| #479 | 01/17 | 12:02 | 17195424596-7894 | 18 | 01 | OK | TX | ECM |
| #480 | 01/17 | 12:03 | 13033413551-7894 | 18 | 01 | OK | TX | ECM |
| #481 | 01/17 | 12:04 | 13037955022-7894 | 18 | 01 | OK | TX | ECM |
| #477 | 01/17 | 12:05 | 13035419968-7894 | 00 | 00 | BUSY | TX | |
| #482 | 01/17 | 12:07 | 17195450542-7894 | 19 | 01 | OK | TX | ECM |
| #483 | 01/17 | 12:09 | 13034046550-7894 | 18 | 01 | OK | TX | ECM |
| #484 | 01/17 | 12:10 | 13034046550-7894 | 18 | 01 | OK | TX | ECM |
| #485 | 01/17 | 12:11 | 17195757807-7894 | 18 | 01 | OK | TX | ECM |
| #486 | 01/17 | 12:12 | 15099281485-7894 | 18 | 01 | OK | TX | ECM |
| #487 | 01/17 | 12:14 | 12086675863-7894 | 18 | 01 | OK | TX | ECM |
| #488 | 01/17 | 12:15 | 12087656977-7894 | 19 | 01 | OK | TX | ECM |
| #489 | 01/17 | 12:16 | 12087653388-7894 | 18 | 01 | OK | TX | ECM |
| #491 | 01/17 | 12:18 | 15094445920-7894 | 18 | 01 | OK | TX | ECM |
| #492 | 01/17 | 12:19 | 15099218991-7894 | 18 | 01 | OK | TX | ECM |
| | 01/17 | 12:20 | | 22 | 01 | OK | RX | ECM |
| #493 | 01/17 | 12:24 | 13039046568-7894 | 19 | 01 | OK | TX | ECM |
| #494 | 01/17 | 12:27 | 17149657010-7894 | 03:03 | 10 | OK | TX | ECM |
| #495 | 01/17 | 12:31 | 19197425817-7894 | 19 | 01 | OK | TX | ECM |
| #496 | 01/17 | 12:39 | 17195757063-7894 | 18 | 01 | OK | TX | ECM |
| #497 | 01/17 | 12:40 | 13032338205-7894 | 18 | 01 | OK | TX | ECM |
| #498 | 01/17 | 12:43 | 17198676829-7894 | 18 | 01 | OK | TX | ECM |
| #499 | 01/17 | 12:44 | 17195757764-7894 | 18 | 01 | OK | TX | ECM |
| #500 | 01/17 | 12:45 | 19703858218-7894 | 19 | 01 | OK | TX | ECM |
| #001 | 01/17 | 12:46 | 19703362585-7894 | 18 | 01 | OK | TX | ECM |
| #002 | 01/17 | 12:48 | 17195463018-7894 | 18 | 01 | OK | TX | ECM |
| #003 | 01/17 | 12:49 | 2942525 | 18 | 01 | OK | TX | ECM |
| #004 | 01/17 | 12:50 | 13039045925-7894 | 19 | 01 | OK | TX | ECM |
| #005 | 01/17 | 12:52 | 15094557188-7894 | 18 | 01 | OK | TX | ECM |
| #007 | 01/17 | 12:54 | 12086646542-7894 | 18 | 01 | OK | TX | ECM |
| #008 | 01/17 | 12:56 | 12086645416-7894 | 18 | 01 | OK | TX | ECM |
| #009 | 01/17 | 12:57 | 12083275705-7894 | 18 | 01 | OK | TX | ECM |
| #011 | 01/17 | 13:01 | 12089476648-7894 | 18 | 01 | OK | TX | ECM |
| #012 | 01/17 | 13:02 | 12083235010-7894 | 18 | 01 | OK | TX | ECM |
| #013 | 01/17 | 13:03 | 12085298550-7894 | 18 | 01 | OK | TX | ECM |
| #014 | 01/17 | 13:04 | 15099212117-7894 | 19 | 01 | OK | TX | ECM |
| #015 | 01/17 | 13:06 | 15099223195-7894 | 24 | 01 | OK | TX | ECM |
| #016 | 01/17 | 13:07 | 15094563018-7894 | 25 | 01 | OK | TX | ECM |
| #017 | 01/17 | 13:10 | 15098921645-7894 | 35 | 01 | OK | TX | |
| #018 | 01/17 | 13:11 | 15099260952-7894 | 18 | 01 | OK | TX | ECM |
| #019 | 01/17 | 13:12 | 19708748511-7894 | 18 | 01 | OK | TX | ECM |
| #020 | 01/17 | 13:13 | 19702471608-7894 | 19 | 01 | OK | TX | ECM |

```
BUSY: BUSY/NO RESPONSE
NG  : POOR LINE CONDITION / OUT OF MEMORY
CV  : COVERPAGE
POL : POLLING
RET : RETRIEVAL
PC  : PC-FAX
```

FAX JOURNAL REPORT

```
TIME   : 01/17/2007 11:47
NAME   :
FAX    : 4066523297
TEL    : 4066523297
SER. # : 000K5J957172
```

| NO. | DATE | TIME | FAX NO./NAME | DURATION | PAGE(S) | RESULT | COMMENT | |
|---|---|---|---|---|---|---|---|---|
|  | 01/08 | 05:50 |  | 39 | 01 | OK | RX | ECM |
| #421 | 01/08 | 09:59 | 17149657010-7279 | 01:50 | 07 | OK | TX | ECM |
| #422 | 01/08 | 10:08 | 3228451 | 01:59 | 11 | OK | TX | ECM |
| #423 | 01/08 | 10:11 | 3228451 | 02:32 | 14 | OK | TX | ECM |
| #424 | 01/08 | 10:14 | 3228451 | 03:07 | 17 | OK | TX | ECM |
| #425 | 01/08 | 10:18 | 18175259876-7279 | 45 | 02 | OK | TX | ECM |
|  | 01/08 | 12:14 | 4062942525 | 23 | 01 | OK | TX | ECM |
| #426 | 01/08 | 14:27 | 6651614 | 18 | 01 | OK | RX | ECM |
|  | 01/08 | 23:20 |  | 45 | 01 | OK | TX | ECM |
| #428 | 01/09 | 08:31 | 17149657010-7279 | 00 | 00 | BUSY | RX | |
| #429 | 01/09 | 09:00 | 17149657010-7279 | 49 | 03 | OK | TX | |
| #430 | 01/11 | 10:15 | 2455600 | 40 | 01 | OK | TX | ECM |
|  | 01/11 | 11:58 |  | 01:51 | 09 | OK | TX | |
|  | 01/11 | 12:22 | 4062942525 | 03:05 | 09 | OK | RX | ECM |
|  | 01/11 | 16:41 | 4062942525 | 34 | 02 | OK | RX | ECM |
| #431 | 01/12 | 09:34 | 19106731821-7279 | 01:27 | 05 | OK | RX | ECM |
| #432 | 01/12 | 10:00 | 17149657010-7279 | 54 | 04 | OK | TX | ECM |
| #433 | 01/12 | 10:09 | 17149657010-7279 | 01:28 | 04 | OK | TX | ECM |
|  | 01/12 | 12:43 |  | 25 | 01 | OK | TX | ECM |
| #434 | 01/12 | 13:27 | 18005557845 | 02:53 | 07 | OK | RX | ECM |
| #435 | 01/12 | 14:07 | 19106731821-7279 | 01:08 | 03 | OK | TX | ECM |
|  | 01/12 | 17:31 | 360 253 6650 | 03:31 | 07 | OK | TX | ECM |
|  | 01/12 | 17:45 | 4062942525 | 04:22 | 17 | OK | RX | ECM |
| #436 | 01/13 | 12:35 | 17275788836-7279 | 01:01 | 01 | OK | RX | ECM |
|  | 01/13 | 14:06 |  | 53 | 02 | OK | TX | ECM |
| #437 | 01/13 | 14:08 | 19106731821-7279 | 35 | 01 | OK | RX | ECM |
|  | 01/14 | 10:11 | 941  792 0073 | 03:45 | 07 | OK | TX | ECM |
| #439 | 01/15 | 09:04 | 17149657010-7279 | 01:54 | 06 | OK | RX | |
| #441 | 01/15 | 17:17 | 17149657010-7279 | 02:45 | 09 | OK | TX | ECM |
|  | 01/15 | 17:21 |  | 45 | 01 | OK | RX | ECM |
|  | 01/16 | 06:21 |  | 01:05 | 01 | OK | RX | |
| #442 | 01/16 | 09:37 | 6651614 | 20 | 01 | OK | TX | ECM |
| #443 | 01/16 | 10:10 | 17149657010-7279 | 01:40 | 06 | OK | TX | ECM |
| #446 | 01/16 | 14:05 | 6659047 | 18 | 01 | OK | TX | ECM |
| #448 | 01/16 | 15:41 | 6659047 | 02:34 | 07 | OK | TX | ECM |
| #449 | 01/16 | 15:45 | 2942525 | 02:35 | 07 | OK | TX | ECM |
| #451 | 01/16 | 16:28 | 2942525 | 22 | 01 | OK | TX | ECM |
|  | 01/16 | 17:12 | 4062942525 | 39 | 01 | OK | RX | ECM |
| #452 | 01/16 | 17:13 | 18779129660 | 01:13 | 02 | OK | TX | ECM |
| #453 | 01/16 | 17:15 | 18175259876-7279 | 01:51 | 03 | OK | TX | ECM |
| #454 | 01/16 | 17:17 | 18779129660 | 36 | 01 | OK | TX | ECM |
|  | 01/16 | 20:47 | 941  792 0073 | 06:02 | 11 | OK | RX | |
| #457 | 01/17 | 11:31 | 12083451712-7894 | 18 | 01 | OK | TX | ECM |
| #458 | 01/17 | 11:33 | 12083235012-7894 | 18 | 01 | OK | TX | ECM |
| #459 | 01/17 | 11:34 | 12083366215-7894 | 40 | 01 | OK | TX | ECM |
| #461 | 01/17 | 11:37 | 17149657010-7894 | 01:17 | 04 | OK | TX | ECM |
| #462 | 01/17 | 11:40 | 19106731821-7894 | 01:38 | 08 | OK | TX | ECM |
| #463 | 01/17 | 11:42 | 15094557188-7894 | 18 | 01 | OK | TX | ECM |
| #465 | 01/17 | 11:44 | 15094444794-7894 | 29 | 01 | OK | TX | ECM |
| #467 | 01/17 | 11:46 | 15093248245-7894 | 18 | 01 | OK | TX | ECM |

```
BUSY: BUSY/NO RESPONSE
NG  : POOR LINE CONDITION / OUT OF MEMORY
CV  : COVERPAGE
POL : POLLING
RET : RETRIEVAL
PC  : PC-FAX
```

# Wyoming Automobile Dealers Association

| HOME | MEMBER LOGIN | FIND A DEALER | EVENTS | NEWS | INFO FOR DEALERS | OFFICERS & STAFF | BECOME A MEMBER | ASSOCIATES | LI |

## Find A Dealer

**Casper | Cheyenne | Cody | Diamondville | Douglas | Evanston | Gillette | Green River | Jackson | Lander | Laramie Newcastle | Powell | Rawlins | Riverton | Rock Springs | Saratoga | Sheridan | Torrington | Wheatland | Worland**

*307 AREA CODE* (handwritten)

### CASPER

*12 NOON* (handwritten)

**Big Wyoming Buick, Cadillac, Pontiac, GMC, Inc.**
Buick, Cadillac, Pontiac, GMC
307.577.7252
*2344919* (handwritten)

**Peterbilt of Wyoming**
Peterbilt
307.237.9388
*342073* (handwritten)

**Coliseum Motor Company**
Chrysler, Plymouth, Dodge, Jeep
307.237.8491
*731220 7* (handwritten)

**First Choice Auto Sales**
Mitsubishi, Suzuki
307.472.3949
*223951* (handwritten)

**Foss Toyota, Inc.**
Toyota, Mazda
307.237.3700
*372217* (handwritten)

**Greiner Schmidt Motor Co., Inc. dba Greiner Ford**
Ford, Lincoln, Mercury
307.266.1680
*652268* (handwritten)

**Honda of Casper**
Honda
307.577.9333
*577933* (handwritten)

**Ray Powders Volkswagen**
Volkswagen, Audi

### LANDER

**Fremont Auto Center, Inc.**
Toyota, GMC
307.332.5011
*3323727* (handwritten)

**Fremont Motor Company**
Ford, Mercury, Chrysler, Plymouth, Dodge, Jeep, Eagle
307.332.4355
*3323996* (handwritten)

**Fremont Motor Company**
Chevrolet, Pontiac, Cadillac, Suzuki, Polaris, Artic Cat
307.332.4083
*3326270* (handwritten)

### LARAMIE

**Laramie GM Auto Center, Inc.**
Chevrolet, Pontiac, Buick, Cadillac, GMC
307.745.8961 or 800.729.5604
*7211076* (handwritten)

**Kotby Enterprises, Inc.**
Chrysler, Plymouth, Dodge, Subaru, Jeep
307.721.5060
*7420743* (handwritten)

**Marshall Motors, Inc.**
Ford, Lincoln, Mercury
307.745.7315
*7456347* (handwritten)

**McCarty Motors, Inc.**
Honda, Isuzu, KIA, Nissan
307.745.8921
*7458865* (handwritten)

307.235.1565

#### White's Mountain Motors, LLC
Chevrolet, Hummer, Subaru
307.237.2438

## CHEYENNE

#### Peterbilt of Wyoming
Peterbilt
307.635.9388

#### Cowboy Dodge, Inc.
Chrysler, Dodge, Jeep
307.634.5887

#### Halladay Motors, Inc.
Cadillac, Nissan, Suzuki, GMC, Daewoo,
Buick, Pontiac, Subaru
307.634.1511

KIA of
Cheyenne
Kia
307.775.0123

#### Saturn of Cheyenne, Inc.
Saturn
307.634.3500

#### Spradley Motor, Inc.
Ford, Lincoln, Mercury, Toyota, Hyundai
Ford: 307.638.3335  Toyota:
307.632.9292

#### Tyrrell-Doyle Chevrolet Co.
Chevrolet, Honda
307.634.2540

## CODY

#### Fremont Motor Cody, Inc.
Ford, Lincoln, Mercury, Chrysler,
Plymouth, Dodge

## NEWCASTLE

Newcastle Motors
Chevrolet, Pontiac, Buick,
Van Con BusBraun Specialty Vehicles,
Keifer Trailer
307.746.4475 or 800.382.3677

## POWELL

#### Garvin Motors, Inc.
Buick, GMC, Toyota, Chevrolet
307.754.5743

#### Fremont Motor Powell
Ford, Mercury, Jeep, Chrysler, Plymouth,
Dodge
307.754.5195

## RAWLINS

Dallin Motors, Inc.
Chrysler, Dodge, Plymouth, Jeep
307.324.4525

#### Fremont Motor Co. Rawlins
Ford, Lincoln, Mercury
307.324.3434

Skyline Motors, Inc.
Buick, Chevrolet, GMC, Pontiac, Cadillac
307.324.2282

## RIVERTON

#### Lloyd Nielson, Inc. dba Gary Brodrick
Superstore
Chevrolet, Pontiac, Buick, Nissan, GMC
307.856.9211

Riverton Chrysler
Chrysler, Plymouth, Dodge, Jeep
307.856.2288

307.587.6206

Webster Chevrolet-Buick Co.
Chevrolet, Buick, Cadillac, GMC, Pontiac
307.587.4218

## DIAMONDVILLE

E & L Motors, Inc.
Chevrolet, Pontiac, Buick, GMC
307.877.4439

Frontier Ford-Mercury, Inc.
Ford, Mercury
307.877.6966

## DOUGLAS

Douglas Motors, Inc.
Chevrolet, Pontiac, Buick, GMC
307.358.3200

Gubbels Ford
Ford, Lincoln, Mercury, Chrysler, Dodge, Jeep
800.559.3764 or 307.358.3764

## EVANSTON

Castle Rock Chevrolet
Chevrolet, Buick
307.789.2681

Evanston Motor Company, Inc.
Chrysler, Plymouth, Dodge, Pontiac, GMC, Cadillac, Jeep
307.789.3151

Sweetwater Ford
Ford, Lincoln, Mercury
307.789.3096

## GILLETTE

White's - Davis Chevrolet

Tom Youtz Ford
Ford Lincoln Mercury
307.856.2253

## ROCK SPRINGS

Great Western Autoplex
Pontiac, Buick, GMC, Jeep, Polaris, Maria
Crestliner, Fleetwood, Mercury
307.362.5671

Fremont Motor, Rock Springs
Dodge, Chrysler, Subaru, Plymouth
307.362.2151

Sweetwater Ford
Ford, Lincoln, Mercury, Nissan
307.382.2519

Rock Springs Honda-Toyota
Honda Auto, Toyota, Honda Motorcycle
307.362.5015

Whisler Chevrolet Company
Chevrolet, Cadillac
307.362.5677

## SARATOGA

River Street Motors, Inc.
Chevrolet
307.326.5605

## SHERIDAN

Ed Hammer, Inc.
Chevrolet
307.674.6419

Fremont Motor Sheridan, Inc.
Toyota, Ford, Lincoln, Mercury
307.674.4423

Poll Motor Company, Inc.
Chrysler, Plymouth, Dodge
307.674.6411

Chevrolet, Cadillac, Buick, GMC, Pontiac
307.682.8851

682 9128

White's Energy Motors
Chrysler, Plymouth, Dodge, Jeep, Eagle
307.687.0499

82
0803

Thunder Basin Ford, Lincoln Mercury
Ford, Lincoln, Mercury
307.682.4735

82
4180

## JACKSON

Cowboy Motors
Ford, Lincoln, Mercury, Subaru, Chrysler,
Plymouth, Dodge, Jeep
307.733.2351

Teton Motors, Inc.
Chevrolet, Pontiac, Buick, Jeep
307.733.6600

733
0065

Sheridan Motor, Inc.
GMC, Pontiac, Cadillac, Pontiac, Buick
307.672.3411

672
9268

Valley Motor Honda
Honda, Isuzu
307.672.3492   VERY RUDE

## TORRINGTON

Big Sky Ford
Ford, Lincoln, Mercury
307.532.2114

532
3670

Covello Motor Company
Chevrolet, Cadillac, Buick, Chrysler,
Plymouth, Dodge
307.532.2141

532
7755

## WHEATLAND

Bob Ruwart Motors, Inc.
Buick, Chrysler, Plymouth, Dodge,
Cadillac, Pontiac, Chevrolet, Jeep
307.322.3146

322
5914

Laramie Peak Motors
Ford, Mercury
307322.2355

322
5510

## WORLAND

Big West Autoplex
Chevrolet, Cadillac,
Pontiac, Buick, GMC
307.347.4229

347
8556

Worland Ford-Chrysler
Ford, Lincoln, Mercury, Chrysler,
Plymouth, Dodge, Jeep
307.347.4236

347
4536

Back to

7696

## Current Members

A B C D E F G H I J K L M N O P Q R S T U V W X Y Z Out of State

### Anaconda

- ~~Pintler Motors, 1081~~ W Park St., Anaconda, MT 59711, Nann Thieme - 406-563-4300

### Belgrade

- ~~Classic Auto Transport, P.O.~~ Box 357, Belgrade, MT 59714, Ron Biery - 406-388-9983
- J & N Wholesale Cars, 6062 Jackrabbit Lane, Belgrade, MT. 59714, James Nepstad - 406-585-0030

### Billings

- ~~A-1 Johnson Auto Wrecking~~, 6801 Grand Ave., Billings, MT 59106, Keith & Curtis Johnson - 406-656-8935
- 254 1974 Active Auto Inc., 718 Central Ave., Billings, MT 59101, Marty Steffes - 406-259-7674
- ~~Amend Auto Sales, 2109~~ 1st Ave N, Bob Elliott - 406-855-3114
- American Spirit RV & Auto Sales, 923 US Hwy 87 E, Billings, MT 59101, John Huskey - 406-245-0456
- 245 0490 Auto Acres, P.O. Box 960, Billings, MT 59103, Mark Steffes - 406-245-7451
- ~~Auto Auction of Montana~~, 4432 S. Frontage Road 59101, Spencer Griffin, - 406-252-6332
- 245 2375 Auto Brokers of Montana, 3200 1st. Avenue North, Billings, MT 59101, David Allen, - 406-245-9055
- Auto Magic, 1002 1st Avenue North, Billings, MT 59101, Bob and Susan Young - 406-254-1138
- 256 0042 Auto Plaza Inc., 1617 1st Avenue North, Billings, MT 59101, Dan Young - 406-256-0019
- ~~Automotive Finance Corp.~~ 831 Cenise Rd, Billings, MT 59101 , 406-254-1913
- 245 6425 Backwoods Auto Sales, 4118 Hwy 312, Billings, MT 59105 , Ken Norden - 406-248-9886
- 256 0767 Berry's Auto, P.O.Box 2218, Billings, MT 59103, Gale Berry - 406-248-8899
- ~~Brent J. Reed Insurance Agency, Inc.~~, 71 25th St. W#7, Billings, MT 59102, Brent J. Reed - 406-652-7100
- 248 4200 Car Vantage, 680 S 20th St. W, Billings, MT 59102, Randy Point - 406-248-2100
- ~~Clark Enterprises~~, 1002 1st Ave N, Billings, MT 59101, Ernest E Clark - 406-259-1380
- 254 8303 Comfortable Auto, 1207 S. 32nd St. West 59102, Dave Albrecht - 406-254-7313
- Custom Auto Sales, 1001 4th Ave. North, 59101, Rich Montague - 406-252-9458
- 245 7594 D & D Automotive, P.O. Box 50335, Billings, MT 59105, Dennis Wroe - 406-698-8123
- 800 941 594 ~~Dealer Services Corporation~~, 4432 S. Frontage Road, 59101. Mark Hatlestad, 800-941-5938
- 254 1002 Diamond D Auto Sales, 3927 Hwy 10 East, Billings, MT 59105, Don Davidson - 406-698-1136
- 256 3086 Discount Auto Sales Inc., 1545 Broadwater Ave., Billings, MT 59102, Tim Loudan - 406-256-1994
- 248 3382 Ernies Auto Sales, 1901 1st Ave. N, Billings, MT 59101, Sam Campbell - 406-248-2032
- ~~First Interstate Bank~~, P.O. Box 7087, Billings, MT 59103, Jack Auzqui 888-791-4077
- ~~Glacier Trasport~~ Inc., 320 S 24th St., Billings, MT 59101, Bob Donaldson - 406-294-9523
- ~~Hanser Automotive & Wrecker Co.~~, 430 S Billings Blvd., Billings, MT 59101, Ralph Hanser - 406-248-7795
- 294 2943 Heights Auto Brokers, 708 Main St, Billings MT 59105, Jason Beesel - 406-254-0919
- 256 0824 Hertz Car Sales, P.O.Box 81210, Billings, MT 59108, Keith Mc Nally - 406-656-0605
- 652 6449 Hi-Tech Motor Sports, 6540 S. Frontage Road, Billings, MT 59101, Sue McCombs - 406-652-0090
- 656 1182 I90 Motors, 8810 Sundance Dr., Billings, MT 59101, Jewell Sternad - 406-656-1122

- K & K Auto Outlet, 3906 1st Avenue South, Billings, MT 59101, Chuck Kessler - 406-248-5656
- King Auto, 805 24 St W, Billings, MT 59102, Bob Lee - 406-698-7484
- Mad Mac's Auto Inc., PO box 50338, 59105. Steve Gallaway, 406-245-4712
- Metra RV Center 720 1st Ave. N, Billings, MT 59101 Jim VanDeBerg - 406-259-2238
- Midwest Truck Parts, 5518 Holiday Ave., Billings, MT 59101, Edward Lorenz - 406-252-5264
- Montana Cycle & Marine Sales Inc., Billings, 1428 1/2 Grand Ave., MT 59102, Rick White - 406-248-8261
- Montana RV Co., 1902 1st Ave., Billings, North 59101, Bob Bjordahl - 406-690-2868
- Montana Truck and Car, 516 Scott St., Billings, MT 59101, Bill Wulff - 406-245-6621
- National Fleet Service, 5460 Holiday Ave., Billings, MT 59101, Kari Bennett - 406-896-1048
- Northern States Auto Sales,1200 1st Ave., Billings, North, MT 59101, William Luce - 406-254-1903
- Northland Automotive, P.O. Box 81488, Billings, MT 59108, Greg Kemmis - 406-245-0595
- Phillip Hurling Motors, 2404 Broadwater Ave, Billings MT 59102 Michael Megerth/Doug Isler - 406-259-3055
- Pioneer Auto Sales Inc., 4047 Montana Ave, Billings, MT 59101 , Neal Gunnels - 406-245-3496
- Pro Automotive Inc., 1245 Central Ave., Billings, MT 59102, Arvid Haugeberg - 406-248-7776
- R&R Auto LLC, PO Box 960, Billings, MT 59103, Denny Rue/Jim Robinson - 406-951-0981
- Randash Auto Center, 601 Main St., Billings, MT 59105, Edward Randash - 406-256-6570
- Riddles Auto Sales, 675 Main St., Billings, MT 59105, David Riddle - 406-254-6306
- Scilley's Auto Sales, 3635 Montana Ave., Billings, MT 59101, William & Dan Scilley - 406-259-7289
- Square One, 1010 Grand Ave. #D, Billings, MT 59102, Michael Vermeulen - 406-254-1635
- Soelter Auto Sales, 2 Broadwater Ave., Billings, MT 59101, John Soelter - 406-245-1671
- Southside Pawn Inc., 2921 1st Ave. South, Billings, MT 59101, Vern & Ray Seal - 406-245-1542
- Speedometer & Auto Electric, P.O.Box 192, Billings, MT 59101, Charles Reitz - 406-259-9654
- Stoney Creek Wholesale, P.O. Box 80226, Billings, MT 59108, John Hamrell - 406-670-4786
- TM Auto Sales, P.O. Box 80002, Billings, MT 59108, Tom McNew - 406-962-3180
- Taylor's Choice Auto Plaza, 1225 Broadwater Ave., Billings, MT 59102, Mark Taylor - 406-245-9800
- The Used Car Factory, P.O. Box 31751, Billings, MT 59107, Jimmy Brown - 406-896-9833
- TNT Suzuki & Marine, 2651 Gabel Road, Billings, MT 59102 , David Luce - 406-896-1440
- TranSouth Auto Center, 2044 Broadwater Ave. Suite B, Billings, MT 59102, Chase Graham - 406-652-3843
- Valley Federal Credit Union, P.O. Box 20417, Billings, MT 59104-0417, Chuck Steele - 406-656-9100
- Wilson Auto Brokers ,5735 Sweetgrass Creek Dr., Billings, MT 59106, Stephen Wilson - 406-855-2884

Bozeman

- Aspen Motors, 920 W Main Ste. B, Bozeman, MT 59715, Jon Gabriel & Hal Rainey - 406-586-9050
- E-Z Auto Sales, 23 N 7th Ave., Bozeman, MT 59715, Bill & Jeannine Albee - 406-587-0888
- First Interstate Bank, 2800 West Main, Bozeman, MT 59718, Steven Wheeler - 406-586-4555
- Gallatin Valley Motors Inc., 8254 Huffine Ln, Bozeman, MT 59718, Michael Koelzer, Glenn Nygren - 406-922-0070
- 
- Main Motors, P.O. Box 1108, Bozeman, MT 59771, R. Dennis Neibauer - 406-582-9689
- Northern Rockies Business Alliance, Inc./AUL, Box 10086, Bozeman MT, 59719, Michael Hickey - 406-539-3505

*Handwritten: 644-39*
*BLAIR - 2456818*

Livingston

- ~~Good Times Sports,~~ 813 East Park, MT 59047, Jim Nelson - 406-222-4624

Lolo

- ~~Hayloft Auto Body & Sales, PO Box 730, Lolo, MT 59847, Frank Miller - 406-273-2037~~

Back to the Top

Malta

- ~~Saco Auto Brokers,~~ P.O. Box 143, Malta, MT 59538, Fred Hammond - 406-654-1933

*Handwritten: 5/5/07 1050am*

Miles City

- ~~Auto Electric, P.O. Box777, Miles City, MT 59301, Carl O. Schneidt - 406-874-3514~~
- ~~Jack's Body Shop Inc., P.O. Box 555, Miles City, MT 59301, Dave Fiechtner - 406-232-1661~~
- *(Handwritten: 2348032)* RJ Auto Sales, P.O. Box 1545, Miles City, MT 59301, Ronald L Pierson - 406-234-1528

Missoula

- ~~Auto Broker Center,~~ 1414 Montana St, Missoula, MT 59801, John D'Orazi - 406-240-3860
- *(Handwritten: 5496454)* Bakke Motor Company, P.O. Box 7916, Missoula, MT 59807, Jim Berdine - 406-549-6454
- *(Handwritten: 2512093)* Best Buy Auto Sales, 4810 Hwy93 S, Missoula, MT 59804, Robert Dameron - 406-251-5400
- *(Handwritten: 5414801)* Bretz RV & Marine, 4800 Grant Creek Road, Missoula, MT 59808, Mark Bretz / Sandra Marler - 406-541-4800
- *(Handwritten: 721 9831)* Deals on Wheels Inc., 1900 W Broadway, Missoula, MT 59801, James W Ramsey Jr - 406-543-1986
- *(Handwritten: 721 5663)* Dollar Rent-A-Car, 1905 W Broadway, Missoula, MT 59802, Barb Trautman Joe Taylor - 406-542-2311
- *(Handwritten: 5428685)* Eide Motors, 3010 S Reserve St., Missoula, MT 59801, Mark Eide - 406-721-2323
- ~~First Interstate Bank Missoula, P.O. Box 4667, Missoula, MT 59806, Steve Haekler - 406-523-4280~~
- *(Handwritten: 5427702)* Friendly Auto Sales, 2704 W Broadway, Missoula, MT 59802, John Lindburg - 406-728-1113
- *(Handwritten: 5497161)* Frank's Real Deal Auto Sales, 2200 W. Broadway, Missoula, MT 59808, Frank Joslin - 406-549-6020
- *(Handwritten: 2512224)* Gardners Auto Auction, P.O. Box 3941, 4810 Hwy 93, Missoula, MT 59806, Kevin Gardner - 406-251-2221
- *(Handwritten: 5493784)* Jims Used Cars, 1801 Broadway, Missoula, MT 59802, James L Straight - 406-543-8269
- *(Handwritten: 721 1115)* JJ's Used Cars, 100S Russell, Missoula, MT 59801, Jeff Johnson - 406-721-7467
- *(Handwritten: 2734604)* Lolo Auto Sales, 5205 Goodan Lane, Missoula, MT 59808, Chris Slater - 406-273-4604
- *(Handwritten: 5420913)* Missoula Car & Truck, 450 N Russell, Missoula, MT 59801, Mike & Jon Turner - 406-543-6600
- *(Handwritten: 7282268)* Nice Cars Only, P.O. Box 3422, Missoula, MT 59806-3422, Jerry M Robinson - 406-721-9395
- *(Handwritten: 251-4993)* Nickel Auto Group of Missoula , 3906 Brooks St, Missoula, MT 59804, Milton Nickel - 406-251-5904
- *(Handwritten: 7282525)* Sunshine Motors, 3309 W Broadway, Missoula, MT 59808 Bill Petritz - 406-728-2626
- ~~Uni-Chem Inc., 1760 North Ave. W, Missoula, MT 59801, Richard Kovash - 406-549-9493~~

Back to the Top

• Hegles Sales & Service, P.O. Box 385, Cut Bank, MT 59427, Shane Hegle - 406-873-5201

Back to the Top

Dillon

• ~~Easy Auto Rental~~, LLC P.O. Box 1299, Dillon, MT 59725, James Linscott - 406-683-2846

Back to the Top

Ennis

• Noack Auto Sales Inc., 4995 Hwy 287 N, Ennis, MT 59729, Ron & Martha Noack - 406-682-4805

Eureka

• ~~Gibbon's Garage~~, P.O. Box 607, Eureka, MT 59917, Walter Gibbons - 406-296-2141

Ekalaka

• ~~New Venture Brokers~~, P.O. Box 318, Ekalaka, MT 59324, Troy Fruit - 406-775-6300

Back to the Top

Forsyth

• ~~Marcy Auto Sales~~, P.O. Box 123, Forsyth, MT 59327, Reed Marcy - 406-346-3473

Fort Benton

• Praire Auto, P.O. Box 1358, Fort Benton, MT 59442, David Haugen - 406-734-5464

Back to the Top

Glasgow

• Valley Auto Sales, P.O. Box 789, Glasgow, MT 59230, Jim and Sally Durham - 406-228-4890

Glendive

• ABC Auto Sales, 1116 W Towne, Glendive, MT 59330, Darrell Sackman - 406-687-3342
• ~~Gibbs Equipment~~, 101 Mulberry Drive, Glendive, MT 59330, Mike Gibbs - 406-377-8106
• Glendive Sales Corp., 1021 West Bell, Glendive, MT 59330, Marvin Holas - 406-365-5661
• Sevier Builders + Auto Sales, 2404 N Anderson, Glendive, MT 59330, Brady Sevier - 406-377-2647

Great Falls

• A & A Auto Sales, 4901 2nd Avenue N, Great Falls, MT 59405, Dave Falkenhagen - 406-761-9264

- ~~Auto Trim Design, 3645 10th Ave South, Great Falls, MT 59405, Doug Smith - 406-727-1031~~
- Bleskin Motor Co., 4901 10th Ave. S, Great Falls, MT 59405, Tom Bleskin - 406-771-4691   *2680500*
- ~~Bush's Repair & Machine, 1800 31st Ave. S, Great Falls, MT 59405, Max Bush - 406-454-1209~~
- Eli's Inc., 697 South Vaughn Front Rd., Great Falls, MT 59404, Jim Eli - 406-899-6039   *452 0205*
- Executive Motors, P.O. Box 6148, Great Falls, MT 59405, Ronald E. Davis - 406-727-4492   *7719327*
- First Class Auto, 5700 2nd Ave. North, 59405, Bill Davis. 406-452-5551   *4525551*
- ~~Fritz's Auto Repair, 523 2nd Ave. S, Great Falls, MT 59405-1904, Fredrick C Seitz - 406-452-2513~~
- ~~Gabes Auto~~, 3615 10th Ave. S, Great Falls, MT 59405, Galen Bredeson - 406-453-8808
- ~~Global Mortgage & Credit LLC, P.O. Box 3647, Great Falls, MT 59403, Charlie M Byrne - 406-761-3104~~
- King Motors Inc., 3524 10 Ave. S, Great Falls, MT 59405, Todd Martin - 406-452-8121   *7717244*
- ~~Lucky Motors Inc.~~, P.O. Box 6476, Great Falls, MT 59406, Chuck Plant - 406-452-2581
- Mark Motors, 4601 10th Ave. S, Great Falls, MT 59405, Mark Christensen - 406-771-7677   *7719917*
- ~~Morren Insurance Agency, 2300 12 Ave. South Suite 119, Great Falls, MT 59405, Jim Morren -~~ 406-452-0422
- ~~Mountain Motors~~, 715 4th Ave. N, Great Falls, MT 59401, Rob Stainsby - 406-453-8808
- ~~Mountain Tire~~ Co., 401 1st Ave South, Great Falls, MT 59401, Mike Potter - 406-453-9809
- ~~Prairie Mountain Bank Great Falls Corp~~., 1019 7th St. South, Great Falls, MT 59403, Jim Haagenson / Laura Vukasin - 406-268-0404
- Pete's Auto Sales Inc., 3845 10th Ave. S, Great Falls, MT 59405, Peter D. Bleskin - 406-761-4090   *761 0446*
- Premier Auto Sales, 3615 10th Ave. S, Great Falls, MT 59405, Gary Berg - 406-761-0546
- Radian Motors, 4245 2nd Ave. N, Great Falls, MT 59405, Robert P. Vylasek - 406-454-2700   *7717200*
- RC Bill Strunk Leasing, P.O. Box 6665, Great Falls, MT 59404, Bill Strunk - 406-453-7807   *727 5827*
- ~~Safelite Auto Glass~~, 315 10th Ave South, Great Falls, MT 59405,. Clark Harden - 406-727-5214
- Select Auto, PO Box 7345, Great Falls, MT 59405, Jack Gray - 406-452-0655   *761 7685*
- ~~Sellers Wholesalers~~, 5201 10th Ave. South, Great Falls, MT 59405, Timothy Sellers - 406-899-8776
- Sunshine Auto Inc., P.O. Box 6548, Great Falls, MT 59406, Joe/ Paul McMenamy - 406-761-7364   *761 2766*
- Taylors Auto Max, 4100 10th Ave. S, Great Falls, MT 59405, Mark & Jim Taylor - 406-727-0380   *727 0356*
- ~~Taylor Transportation~~, 4100 10th Ave South, Great Falls, MT 59405, John Schmiedeke - 406-727-5066
- ~~Way More Auto~~, 4801 10th Ave. S, Great Falls, MT 59405, Wayne Stegmeier - 406-727-2334
- Will Deal Auto, Box 773, Great Falls, MT 59405, Jim Workman - 406-761-6707   *727 5751*

Back to the Top

Hamilton

- Quality Motors, 400 N 1st, Hamilton, MT 59840, Dave Hull - 406-363-0188   *363 0188*

Havre

- ~~Tire-Rama P.O.~~ Box 650, Havre, MT 59501, Robin Toner, 406-265-4318

Helena

- ~~Enterprise Rent-A-Car~~, 1200 Bozeman, Helena, MT 59601, Billie Olli - 406-443-6025
- ~~Gary's Auto Plaza~~, P.O. Box 4062, Helena, MT 59604, Troy Gary - 406-443-6682
- J&D Auto, P.O. Box 7433, Helena, MT 59604, Jeremy Deborde - 406-442-2931   *434348*

- ~~Jeff's Sports & Imports~~, 3168 Green Meadow, Helena, MT 59602, Jeff Christison - 406-431-1430
- Kev's Auto Sales, 1752 N Montana Ave., Helena, MT 59601, Kevin Stenhjem - 406-442-5559
- ~~Medallion Motors~~, 235 E Lyndale, Helena, MT 59601, Sam Smith - 406-442-6962
- Mykell's Specialty Auto, 2475 N. Cooke St., Helena, MT 59601, Mike Lemm - 406-449-2321
- Planet Motors, 1110 W Custer, Helena, MT 59601, Steve Wong - 406-443-7173
- Upfront Auto Sales, 1821 N Montana, Helena, MT 59601, Don Grimmer - 406-457-0440

Back to the Top

Joliet

- Auto Land Inc., P.O. Box 416, Joliet, MT 59041, Bob Curnow - 406-671-1688

Back to the Top

Kalispell

- A-2 Auto Sales, 2102 Hwy 2 E, Kalispell, MT 59901, Dan Soennichsen - 406-892-0995
- Balding's Cars & Trucks, 1010 E Idaho St., Kalispell, MT 59901, Don, Jean & Jim Balding - 406-257-1958
- Big Sky Auto Brokers, 1196 E Idaho, Kalispell, MT 59901, Lance Dannic - 406-755-2886
- Mark Weed + Wayne Grilley & Auto Sales, 1003 E Idaho, Kalispell, MT 59901, Wayne Grilley - 406-257-2978
- Executive Auto Sales, 3810 Hwy 93 S, Kalispell, MT 59901, Kevin Linrude - 406-752-1138
- Glacier Auto Center, 3810 US Hwy 93 S, Kalispell, MT 59901, Dave Waatti - 406-755-6600
- ~~Glacier Off Road~~, 108 Rocky Cliff Drive, Kalispell, MT 59901, Jubal Pettymeyers - 406-755-5858
- ~~Glass Doctor, P.O. Box 10774, Kalispell, MT 59904, Kerry Culver - 406-257-6400~~
- Glendive Sales Corp., 1254 Hwy 2 East, Kalispell, MT 59901, Marvin Holas - 406-752-8701
- Harvey's Lil' Trucks, P.O. Box 2484, Kalispell, MT 59903, Harvey Hawkins - 406-755-4755
- ~~Kris' Auto~~, 638 W Center St, Kalispell, MT 59901, Kris McPherson - 406-259-5572
- Larry Davey's Used Cars, 36 W. Montana St, Kalispell, MT 59901, Larry J. Davey -406-257-5404
- Loomis Car Company, 617 W Idaho, Kalispell, MT 59901, John Loomis - 406-756-7909
- ~~Montana Auto Center, P.O. Box 9652, 601 E Idaho, Kalispell, MT 59904, Tom Tannehill - 406-752-5511~~
- North Country Auto & Marine, P.O. Box 5413, Kalispell, MT 59903-5413, Peter Rice - 406-755-2515
- ~~Western Automotive Transport, P.O. Box 2347, Kalispell, MT 59901, Rick Wood - 406-756-2670~~

Back to the Top

Lewistown

- Central City Auto, 63 West Frontage Road, Lewistown, MT 59457, Dave & Bob Ruckman - 406-538-9630

Libby

- ~~Libby Auto Sales,~~ P.O. Box 725, Libby, MT 59923, David Swenson & William Miller - 406-293-7717

Plains

- Outback Automotive, 3 Helterline Lane, Plains, MT 59859, Wade Rehbein - 406-826-4004

Polson

- Nickel Cars, 58082 Hwy 93 S, Polson, MT 59860, Milton Nickel - 406-883-6417

Poplar

- Leinen Brothers Auto, P.O. Box 7, Poplar, MT 59255, Mark Leinen - 406-768-5505

Back to the Top

Ravalli

- Rocky Mountain Wholesalers Inc., 27326 Hwy 93 N, Ravalli, MT 59863, Lance Dannic - 406-745-2886

Red Lodge

- Beartooth Auto Consultants, P.O. Box 4127, Red Lodge, MT 59068, Steven Mann - 406-446-3098

Ronan

- Mission Mountain Motors, P.O. Box 677, Ronan, MT 59864, Miles & Cheryl Hackman - 406-676-2277

Back to the Top

Sidney

- North Star Auto Sales, 1000 Silurian Lane, Sidney, MT 59270, SJ Cayer - 406-433-2255

Back to the Top

Simms

- ~~Christensen Transport, 19 Cascade Road, Simms, MT 59477, Kathy Christensen~~

Townsend

- Wit's Wheels & Deals, 401 S Front, Townsend, MT 59644, Cal Whitney - 406-266-4172

Back to the Top

Victor

- Peak Cars, P.O. Box 10472, Bozeman, MT 59719, Ryan Melin - 406-570-7379
- Rainbow Auto Sales Inc., 1340 E Main St., Bozeman, MT 59715, Greg Ostermiller - 406-586-0224
- Wolf's Bozeman Suzuki, 8358 Huffine Lane, Bozeman, MT 59718, Brad Wolf - 406-587-2729
- ~~ADS/ Wynns of Mont.~~, 2707 Harris St., Bozeman, MT 59718, Mark Nania - 406-522-9071

## Bigfork

- ~~National Trim of Montana/On Time~~, 6918 Hwy 35, 59911. Dan Harding-406-257-8756

## Bridger

- Bridger Creek Sales, P.O. Box 117, Bridger, MT 59014, Jim Jacobson - 406-662-3102
- Clarks Fork Valley Auto, Box 201, Bridger, MT 59014, Gary Jacobson - 406-662-3364

## Butte

- Butte Hertz Rent-A-Car, 226 E Broadway, Butte, MT 59701, Marty Struznik - 406-782-1054
- G & G Auto Brokers, P.O. Box 3001, Butte, MT 59701, Wayne & Dorothy Gageby - 406-723-3626
- ~~Montana International Insurance~~, 3475 Monroe Ave., Butte, MT 59701, Patrick McCutcheon - 406-494-8000

Back to the Top

## Chinook

- ~~B & L Mechanics~~, Box 337, Chinook, MT 59523, Robert Doughten - 406-357-3101
- DePriest GMC Truck Sales & Trucking Inc., P.O. Box 489, Chinook, MT 59523, Frank DePriest - 406-357-2266
- Jamieson Motors, Box 487, Chinook, MT 59523, Fred Langford - 406-357-2470
- ~~Precision Body Shop Inc.~~, P.O. Box 1209, Chinook, MT 59523, Wesly Bevis - 406-357-2311
- Triple T Sales, P.O. Box 67, Chinook, MT 59523, Dave Taylor - 406-357-2166
- ~~Western Bank of Montana~~, PO Box 9, Chinook, MT 59523, Cheri Nicholson - 406-357-2244

## Columbia Falls

- Bekier Auto Sales, 101 Pheasant Rd., Columbia Falls, MT 59912, Shorty & Martin Bekier - 406-892-4407
- ~~Freedom Auto Group~~ LLC, 7464 Hwy 2 East, Columbia Falls, MT 59912, RK Heileson - 406-892-1200
- Jimmy Johns Auto Sales, 4785 Hwy 2 West, Columbia Falls, MT 59912, Jim Hamik & John Hendricks - 406-755-7008
- ~~Joe's Auto Sales~~, 1615 9th St. W, Columbia Falls, MT 59912, Joe Peters - 406-892-2221

## Columbus

- ~~Ken's I-90 Repair~~, P.O. Box 899, Columbus, MT 59019, Kenneth Ekle - 406-322-4730

## Cut Bank

Dealerships in MT —

Gem City — 433-3120        -  433-4402 fax

Sidney — Action Auto — Sidney — 433-2312    433-1232 fax

Eagle Country Ford — 433-1810    433-1813 fax

**Great Falls**  Bennett Motors — 406-727-2100    406-727-2183 fax  X

City Motor Company — 406-761-4900    406-761-6653 fax  X

**Helena**  Grimes Motors   800-431-9039    406-457-0757 fax

Chevy of Helena — 406-442-9001    406-442-6850

**Cut Bank**  Northern Ford   406-873-5541    406-873-2281 fax

Bell Motor    406-873-5515    406-873-5711 fax

**Havre**  G+B Toyota   406-265-2205    406-265-1132 fax

Havre Ford   406-265-2246    406-265-9408

**Missoula**  Flanagan's Mazda — 406-721-1381    406-721-1256 fax

Missoula Nissan   1-800-398-9713 / 406-549-5177    549-0222

Karl Tyler Chevy   406-721-2438    406-721-2916

University Motor Sales   406-721-4900    406-721-1354 fax

**Hamilton**  Cryder Sales   406-363-2011    Mildenberger Motors  406-363-2464   363-4501 fax

RJB Sawtooth   406-363-4331    406 363 6849

**Kalispell**  American West  406-755-4555    406-755-9556 fax

Glacier Toyota — 406-755-6060    406 756 8797

High Country Honda — 406-755-7414    406-756 6790

12/15/2006  10:35    406-245-9390          METRO REALTORS                    PAGE  03/03

NADA-COM

bby - Don K Chevy        406-293-3698 fax

utte - Leskovar Motors   406-494-6604        406-494-2207
        Lithia Crysler Jeep - 406-533-3634        406 533 3350

AAconda - Dee Motors    406-563-5225        406-563-3572 fax

lasgow - Historic Hi-Plains   406-653-1280  H-line Ford  406-228-9470 fax    Busy
        Newton Motors - 406-228-9525  1-800-255-1472  406 228 9595

Miles City - DeLuxe Motors  406-234-2950        406 234 5815
        Notbohm Motors            406-232-7905 fax

Lewistown - Dean Newton            406-538-9553 fax

Whitefish - De Pratu Ford Volks      406-863-2533 fax    Busy
        Don Chevy & Geo              406-862-4546 fax

Bozeman - Ford, Lincoln            406-586-1400 fax
        Dick Walter Motors          406-586-8776 fax

Dillion- Big Sky Motors            406-683-6638 fax

Livingston Ford                    406-222-0359 fax

415p MADE CALL

130pm 1/4/07
FAX

HELENA - ~~MEDALLION MOTORS~~        ~~441-6762~~
~~442-6762~~

BUTTE - BROOKS HANNA FORD  494-2733   406 494-8333

BUTTE MOTOR        494 3031      406 494 5425

~~EDS AUTO PLZ    494-5983~~

~~PARADISE VLY FOR 494-0025~~

PERFORMANCE DODGE  533 3634   406 533-3350

GREAT FALLS - MARK MOTORS   771 7677   406 7719917
~~SHIRLEY WERMLING    454-3446~~
BISON FORD.
PIERCE DODGE

MISSOULA - MARK EIDE    721 2323    406· 5428685

KALISPELL - ~~HINES AUTO   755-3666        406~~
|← ARI AUTO GROUP
  LYNN LTD   755 6555    406 7556559

RAPID CITY

DODGE TOWN      605 343 289C   FAX 605 341 3156
JACOBS MOTORS (MLT, NISSAN, SUZUKI  605 3432046
TOYOTA             605 7184762  FAX  605 ~~713 1665~~ 3427664
~~BLK HILLS SUZUKI~~
BLK HILLS AUTO     605 3127304  FAX  605 3424604
CASEYS AUTO        605 3432277         605 341 4254
MCKIE FORD         605

J.   **Karl Tyler Chevrolet Sales & Service Dept**
   (406) 721-2438                                           Montana
   3663 N Reserve                    *SENT*
   Missoula, MT 59808-1509
   (Map, Yellow Page Ad)

HONDA AUTOMOBILES

K.   University Honda                                                   3.07 miles
   (406) 721-4900             *SENT*
   3600 S Reserve St
   Missoula, MT 59801-7325

L.   4 Seasons Subaru Volkswagen                                       1.47 miles
   (406) 728-2510      *fax# 406·728·6752*
   1600 Stephens Ave
   Missoula

BUICK SALES & SERVICE

M.   Demarois Buick Gmc                                                0.00 miles
   (406) 721-4000
   3115 W Broadway Missoula

N.   DeMarois Buick-Oldsmobile-GMC                                     2.34 miles
   (406) 721-4000     *fax# 406·728·4935*
   3115 W Broadway
   Missoula

LAND ROVER SALES & SERVICE

O.   Land Rover Boise   *fax #   208· 672·3464   Robert·*                0.00 miles
   (800) 621-1775
   351 Auto Dr Boise

P.   Demarois Oldsmobile GMC Body                                      2.45 miles
   (406) 721-4545     *fax# 406·721·4545 busy*
   3015 Railroad St W
   Missoula, MT 59808-1600

SUBARU

Q.   4 Seasons Subaru                                                  1.47 miles
   (406) 728-2510
   1600 Stephens Av
   Missoula

MERCEDES-BENZ CENTER

R.   DeMarois Buick GMC Mercedes-Benz                                  2.34 miles
   (406) 721-4000                *Same*
   3115 W Broadway St
   Missoula, MT 59808-1613

S.   DeMarois Buick GMC Mercedes-Benz                                  2.34 miles
   (406) 721-4000
   3115 W Broadway St        *Same fax*
   Missoula, MT 59808-1613

T.   Demarois Buick Gmc Truck                                          0.00 miles
   (406) 721-4000

3115 W Broadway

## KIA

U. Bitterroot Kia                                                    0.00 miles

fax# 406·251·2362

(406) 251-2525
Hwy 93 South @ 39th

## PONTIAC SALES & SERVICE

V. Scarff Buick Pontiac Gmc                                          0.00 miles

fax# 406·755·2114

(406) 755-7777
1212 S MAIN KALISPELL

W. University Motors Sales                                           3.07 miles

SENT

(406) 721-4900
3600 S Reserve St
Missoula, MT 59801-7325

## SAAB SALES & SERVICE

X. Jaremko Nissan/Saab                                               0.00 miles

fax# 509·922·3195

(800) 821-2448
6901 E Sprague Av Spokane

Business Owners: Learn about business profiles
earn about business profiles

Find Today's Low Mortgage Rates

| Choose State | 30 year fixed |  ○ Refinance  ○ Purchase  ○ Home Equity

Copyright © 2007 Dex Media Inc. All Rights Reserved

| Name | Description | Specialty | Distan |
|------|-------------|-----------|--------|
| A. **Grimes Motors Buick GMC Cadillac Honda Jeep** | | | 48.90 mi |
| (800) 431-9039 *SENT* Helena, MT 59602 | | | |
| (Map, Yellow Page Ad, Web site) | | | |

**SUBARU**

| B. Butte Subaru | *fax# 406·494·8459* | | 2.86 mile |
| (406) 533-7360 3801 Harrison Ave Butte, MT 59701-6810 | | | |

| C. Leskovar Lincoln Mercury Honda | *SENT* | | 2.80 mile |
| (406) 494-6604 3766 Harrison Ave Butte, MT 59701-6807 | | | |

| D. Chevrolet Of Helena | *SENT* | | 0.00 mile |
| (406) 442-9001 1501 Cedar Street Helena | | | |

| E. Lithia Chrysler Jeep Dodge Of Butte | *fax# 406·494·9494* | | 3.02 mile |
| (406) 533-3634 3883 Harrison Ave Butte, MT 59701-6810 | | | |

**DODGE SALES & SERVICE**

| F. Lithia Chrysler-Jeep-Dodge Of Butte | *SENT* | | 0.00 mile |
| (406) 533-3634 3883 Harrison Ave Butte | | | |

**MERCEDES-BENZ CENTER**

| G. Demarois Buick Gmc Mercedes-Benz | | | 0.00 mile |
| (406) 721-4000 3115 W Broadway Missoula | | | |

**HONDA AUTOMOBILES**

| H. Leskovar Motors | *SENT* | | 2.80 mile |
| (406) 494-6604 3766 Harrison Ave Butte, MT 59701-6807 | | | |

| I. Leskovar Motors | *SENT* | | 2.80 mile |
| (406) 494-6604 3766 Harrison Ave Butte, MT 59701-6807 | | | |

| J. Simpson Honda | *fax# 406·587·0042* | | 0.00 mile |
| (406) 587-0761 8450 Huffine Ln Bzmn | | | |

**PONTIAC SALES & SERVICE**

| K. Tyler & Hoerning Motors Inc | | | 0.00 mile |
| 675 N Montana | | | |

| Name | Description | Specialty | Distance |
|---|---|---|---|
| A. **Pierce's Superstores** | | | 135.35 mi |

$49.00 Down Delivers

(406) 761-3305       fax# 406.791.2535
2720 10th Ave S
Great Falls, MT 59405-3240

(Map, Web site, E-mail)

| B. **Karl Tyler Chevrolet** | | | 2.70 miles |

(406) 721-2438       SENT
3219 N Reserve St
Missoula, MT 59808-1527

(Map, Web site)

| C. **Bitterroot Motors Toyota Ford Kia** | | | 3.57 miles |

(406) 251-3333       fax# 406.251.2362
3943 Brooks

(Map, Yellow Page Ad, Web site)

| D. **Grimes Motors Buick GMC Cadillac Honda Jeep** | | | 98.09 miles |

(800) 431-9039       SENT
Helena, MT 59602

(Map, Yellow Page Ad, Web site)

| E. **Missoula Nissan Hyundai** | | | 2.27 miles |

(406) 549-5178       SENT
2715 Brooks St
Missoula, MT 59801-7866

(Map, Web site)

| F. **Missoula Nissan & Missoula Hyundai** | | | 2.29 miles |

(406) 549-5178       SENT           Hyundai
2715 Brooks                         Nissan
Missoula, MT 59801-7884

(Map, Yellow Page Ad)

CADILLAC SALES & SERVICE

| G. **University Motors Sales** | | | 3.07 miles |

(406) 721-4900       SENT           Cadillac
3600 S Reserve                      Pontiac
Missoula

(Map, Yellow Page Ad)

| H. **Volkswagen Mountain Imports** | | | 1.51 miles |

NOT interested.

(406) 721-3395       fax#           Volkswagen
1800 S 3rd St W
Missoula, MT 59801-2244

(Map, Yellow Page Ad)

| I. **Bitterroot Motors** | | | 3.57 miles |

(406) 251-2525                      Montana
3943 Brooks

(Map, Yellow Page Ad)

3.10 miles



**Attention !!!  BUSINESS OWNERS**

| Single Keyword | City | State | |
|---|---|---|---|
| Auto Dealers New Cars | | | Search |

## Fargo Auto Dealers New Cars  search results

Ads by Google

Providing a variety of homes & lifestyle options for those 55+
WaterfordFargo.com

Looking to find fargo motels? Visit our fargo motels guide.
FargoMotels.info

Junk your Car today in N. Dakota! Get a tax deduction & free towing.
www.Junk-Car.org

Great, well-maintained apartments! View apts, check avail, apply here.
Fargo.immApartments.com

Superior Web Development By Design. Internet Marketing and Web Design.
www.k2interactive.com

Advertise on this site

**PREMIER ADVERTISERS:   AUTO DEALERS NEW CARS**

Any credit Auto Loans. Get preapproved 100% Free, No obligation.

We Finance Any Vehicle- Any Credit. When Others Say No, We Say Yes!

All the Auto Dealers You Want. Find Auto Dealers Here!

Good Credit, Credit Problems, Bad Credit, No Credit....No Problem.

Find a car, truck or SUV from a dealer near you!

Come here to compare the cheapest Car Insurance Quotes online.

Locate a Dealer at the Official Honda Automobiles Website

ADVERTISE WITH US
Bumper-to-Bumper Traffic. Advertising with MagicYellow is simple, fast, and guaranteed to enhance your business potential. Call 800-884-9268

**COURTESY LISTINGS:   AUTO DEALERS NEW CARS**

**DON WILHELM INC**                    701-252-2950
305 Business Loop W
Jamestown, ND 58401
91.3MI from Fargo      *fax# 701·252·8094*

**LLOYDS MOTORS**                      701-252-4690
500 17th St Sw
Jamestown, ND 58401
91.3MI from Fargo      *fax# 701·251·1109*

**BLUMHARDT CHEVROLET-PONTIAC**        701-349-3048
61 1st St N
Ellendale, ND 58436
98.1MI from Fargo      *fax# 701·349·3086*

**FROEHLICH FORD**                     701-652-1506
6710 Highway 200
Carrington, ND 58421
113.8MI from Fargo     *fax# disconnected·*

**BESSETTE MOTORS INC**                701-652-2955
395 1st St N
Carrington, ND 58421
113.8MI from Fargo     *fax# 701·652·3560*

**G & G CHEVROLET**                    701-288-3411
123 2nd Ave Nw
Ashley, ND 58413
125.2MI from Fargo     *fax# 701·288·3007*

**JIM WEBER FORD**                     701-452-4288
5 S 3rd St
Wishek, ND 58495
142.0MI from Fargo     *fax# 701·452·2492*

Other Cities in North Dakota:

**Related Categories**
- 
- 
- 
- 
- 

Fargo, ND 58103

**VALLEY IMPORTS INC**                    701-277-1777
402 40th St Sw
Fargo, ND 58103        *fax # 701.277.1864*

**VALLEY FORD**                    701-277-4121
4001 Main Ave
Fargo, ND 58103        *fax # 701.277.4037*

**SATURN**                    701-281-9165
3901 2nd Ave Sw
Fargo, ND 58103

**GATEWAY CHEVROLET**                    701-282-5522
501 38th St Sw
Fargo, ND 58103        *fax# 701.277.4560*

**CORWIN AUTOMOTIVE GROUP**                    701-282-5600
301 38th St Sw
Fargo, ND 58103        *fax # 701.282.7543*

*Corwin* **RUSS HONDA NISSAN**                    701-282-7000
4001 Main Ave            *fax #*        */ same.*
Fargo, ND 58103

**LUNDE LINCOLN MERCURY JEEP**                    701-282-7600
140 40th St Sw
Fargo, ND 58103

**VISION FORD INC**                    701-642-5546
1688 Two Ten Dr
Wahpeton, ND 58075      *disconnected*
38.9MI from Fargo

**BERUBE FORD**                    701-683-4195
309 12th Ave W
Lisbon, ND 58054
50.5MI from Fargo    *fax # 701.683.5482*

**OFFUTT MOTORS**                    701-683-5836
6610 Highway 32
Lisbon, ND 58054
50.5MI from Fargo    *fax # 701.683.4353*

**STOUDT-ROSS FORD INC**                    701-845-1671
1345 W Main St
Valley City, ND 58072
56.2MI from Fargo

**MILLER MOTORS**                    701-845-2780
2505 W Main St
Valley City, ND 58072
56.2MI from Fargo

**PERKINS OLDS-CADILLAC-BUICK**                    701-845-3071
721 W Main St
Valley City, ND 58072
56.2MI from Fargo    *fax # 701-845-3354*

**WOLFE FORD SALES & SERVICE**                    701-538-7337
Highway 11 S
Lidgerwood, ND 58053
58.0MI from Fargo

**AMERICAN CLASSIC CARS & LATE**                    701-242-7585
9619 173rd Ave Se
Fairmount, ND 58030
59.1MI from Fargo

**V-W MOTORS INC**                    701-797-2461
1002 Rollin Ave Se
Cooperstown, ND 58425



ONLINE YELLOW PAGES

**Attention !!! BUSINESS OWNERS**

| Single Keyword | City | State | |
|---|---|---|---|
| Auto Dealers New Cars | | | Search |

### Grand Forks Auto Dealers New Cars search results

**Ads by Google**

Search the Official VW Site Today For an Authorized Dealer Near You!
www.VW.com

See Our Auto Dealership Sites and See why Our Competition is Worried
www.Dealerskins.com

Get Great Pricing on Your New Cadillac. No Hassles, No Obligation
www.AutoPricing.biz

Compare Saturn dealers and car prices & get a free car quote.
AutoDiscountGroup.com

Save on Mitsubishi Dealers Specials Mitsubishi Dealers Cars & Parts.
Mitsubishi.AllTheAutomotive.com

Advertise on this site

**PREMIER ADVERTISERS:   AUTO DEALERS NEW CARS**

ADVERTISE WITH US
Bumper-to-Bumper Traffic. Advertising with MagicYellow is simple, fast, and guaranteed to enhance your business potential. Call 800-884-9268

Any credit Auto Loans. Get preapproved 100% Free, No obligation.

We Finance Any Vehicle- Any Credit. When Others Say No, We Say Yes!

All the Auto Dealers You Want. Find Auto Dealers Here!

Good Credit, Credit Problems, Bad Credit, No Credit....No Problem.

Find a car, truck or SUV from a dealer near you!

Come here to compare the cheapest Car Insurance Quotes online.

Locate a Dealer at the Official Honda Automobiles Website

**COURTESY LISTINGS:   AUTO DEALERS NEW CARS**

**DEVILS LAKE CHRYSLER CTR**   701-662-2124
302 4th St S
Devils Lake, ND 58301
82.8MI from Grand Forks
*701 - 662 - 2373*

**LAKE CHEVY TOYOTA BUICK**   701-662-4017
123 5th St
Devils Lake, ND 58301
82.8MI from Grand Forks
*701-662-4413*

**RIGGIN MOTORS INC**   701-662-5346
Highway 2 E
Devils Lake, ND 58301
82.8MI from Grand Forks
*No 701 - 662 8013*

**MARKET PLACE MOTORS**   701-662-7571
332 Highway 2 W
Devils Lake, ND 58301
82.8MI from Grand Forks
*701-662-4115*

**CHRISTIE MOTORS INC**   701-256-2182
Highways 1 & 5
Langdon, ND 58249
86.8MI from Grand Forks
*701 256 3673*

**D & B MOTORS**   701-256-5331
702 9th Ave E
Langdon, ND 58249
86.8MI from Grand Forks
*701 256 5336*

**NEW ROCKFORD CHEVROLET & OLDS**   701-947-2423
824 1st Ave N
New Rockford, ND 58356
87.6MI from Grand Forks
*701 947 5533*

Other Cities in North Dakota:

| Related Categories |
| --- |
| • |
| • |
| • |
| • |
| • |

3701 State St
Bismarck, ND 58503

**WILHELM MAZDA**                    701-223-2944
100 W Broadway Ave
Bismarck, ND 58501                *701-255-270930*

**EXPRESSWAY HONDA-NISSAN**          701-258-1944
1025 E Bismarck Expy
Bismarck, ND 58504              *701-258-2795*

**EIDE FORD MERCURY LINCOLN INC**    701-222-3500
800 E Bismarck Expy
Bismarck, ND 58504            *701-223-9651*

**CORWIN CHURCHILL MOTORS INC**      701-223-1170
1112 Missouri Ave
Bismarck, ND 58504            *701-223-1170*

**CEDRIC THEEL TOYOTA**              701-223-2190
1144 Missouri Ave
Bismarck, ND 58504         *570-645-8690 Busy*

**SCHWAN PONTIAC-GMC**               701-663-7484
3812 Memorial Hwy
Mandan, ND 58554
12.1MI from Bismarck         *701-663-7489*

**BILL BARTH FORD MERCURY**          701-663-9564
3205 Memorial Hwy
Mandan, ND 58554
12.1MI from Bismarck        *701-663-9550*

**RESSLER CHEVROLET INC**            701-663-9851
1500 2nd St Ne
Mandan, ND 58554
12.1MI from Bismarck         *701-667-1033*

**TRZPUC FORD INC**                  701-462-3673
1415 Border Lane Rd
Washburn, ND 58577
40.9MI from Bismarck

**SCHUMACHER'S INC**                 701-254-4000
101 S Saint Paul Ave
Linton, ND 58552
40.9MI from Bismarck          *701-254-4604*

**WENTZ CHEVROLET & OLDSMOBILE**     701-754-2213
101 Broadway
Napoleon, ND 58561
52.2MI from Bismarck         *701-754-2422*

**HAZEN MOTOR CO**                   701-748-2750
10 S Central Ave
Hazen, ND 58545
57.5MI from Bismarck       *701-Dont know*

**SPIER SALES & SERVICE**            701-873-5258
1218 Highway 49 N
Beulah, ND 58523
65.5MI from Bismarck         *701-628-2351*

**R-Z MOTORS INC**                   701-824-3211
120 Brown Ave
Mott, ND 58646
77.9MI from Bismarck

**REGENT GARAGE CO**                 701-563-4397
110 Main Ave S
Regent, ND 58650
92.4MI from Bismarck



**MagicYellow**
ONLINE YELLOW PAGES

## Attention !!! BUSINESS OWNERS

| Single Keyword | City | State | |
|---|---|---|---|
| Auto Dealers New Cars | | | Search |

### Bismarck Auto Dealers New Cars  search results

**PREMIER ADVERTISERS:   AUTO DEALERS NEW CARS**

Any credit Auto Loans. Get preapproved 100% Free, No obligation.

We Finance Any Vehicle- Any Credit. When Others Say No, We Say Yes!

All the Auto Dealers You Want. Find Auto Dealers Here!

Good Credit, Credit Problems, Bad Credit, No Credit....No Problem.

Come here to compare the cheapest Car Insurance Quotes online.

Locate a Dealer at the Official Honda Automobiles Website

Directory Of Used Car Loan Deals. Find Used Car Loan Info Quickly.

**COURTESY LISTINGS:   AUTO DEALERS NEW CARS**

CHARBONNEAU CAR CTR          701-456-2277
346 1st St W
Dickinson, ND 58601
95.1MI from Bismarck

SAX MOTOR CO                  701-483-4411
312 W Villard St
Dickinson, ND 58601
95.1MI from Bismarck

701-483-4626

DEAN BENDER CHEVROLET & GEO   701-764-5888
500 Se Central Ave
Killdeer, ND 58640
106.1MI from Bismarck

701 764 5342

BOWMAN SALES & SERVICE        701-523-3257
12 S Main St
Bowman, ND 58623
136.2MI from Bismarck

701-764-5342

NORDBERG CHEVROLET-BUICK-OLDS 701-523-5222
25 S Main St
Bowman, ND 58623
136.2MI from Bismarck

701 523-3444

BOWMAN SALES & SERVICE INC    701-872-4172
604 Ne 4th St
Beach, ND 58621
148.8MI from Bismarck

701-872-2222

Other Cities in North
Dakota:
- 
- 
- 
- 
-

06-60855-RBK   Doc#: 253   Filed: 01/31/07   Entered: 01/31/07 15:30:58   Page 33 of 46

102 Main St
Lakota, ND 58344
60.4MI from Grand Forks

**GREGORY FORD-LINCOLN-MERCURY**        701-265-4115
503 Division Ave S
Cavalier, ND 58220
68.8MI from Grand Forks

*~No fax~*
*701—*

**SWANSON MOTORS**                701-265-8336
400 Division Ave S
Cavalier, ND 58220
68.8MI from Grand Forks

*701-265 8319*

**SOEBY FORD**                701-549-3711
1204 Central Ave
Walhalla, ND 58282
76.3MI from Grand Forks

*701 549 3715*

Page   1

Auto dealers that sell new cars sometimes represent only one
make of car, such as a Cadillac dealer. Some auto dealers will sell
new cars for many makes of cars, such as a dealer that sells
Audis and Saabs out of the same location. Many auto dealers
have lots in an auto mall so that potential customers can shop
and compare their new cars to the competitor's new cars.
Customers who visit auto dealers located in auto malls often find
that the time it takes to make a decision on a make or model is
greatly reduced. People shopping for new cars often take their
trade-in with them to expedite closing the deal on a new car.

© 1998-2007 MagicYellow.com all rights reserved

1

R-Z MOTORS INC                    701-567-2474
503 2nd Ave S
Hettinger, ND 58639
95.0MI from Bismarck

**QUEEN CITY MOTORS**           701-225-2803
745 W Villard St
Dickinson, ND 58601
95.1MI from Bismarck            *701-225-1595*

**PARKWAY FORD SALES INC**      701-225-5175
2585 I94 Business Loop E
Dickinson, ND 58601
95.1MI from Bismarck            *701-456-1380*

**DAN PORTER MOTORS**           701-227-1272
2391 I94 Business Loop E
Dickinson, ND 58601
95.1MI from Bismarck            *701-225-0515*

Page   1

Auto dealers that sell new cars sometimes represent only one
make of car, such as a Cadillac dealer. Some auto dealers will sell
new cars for many makes of cars, such as a dealer that sells
Audis and Saabs out of the same location. Many auto dealers
have lots in an auto mall so that potential customers can shop
and compare their new cars to the competitor's new cars.
Customers who visit auto dealers located in auto malls often find
that the time it takes to make a decision on a make or model is
greatly reduced. People shopping for new cars often take their
trade-in with them to expedite closing the deal on a new car.

© 1998-2007 MagicYellow.com all rights reserved

2

**Knudtsen Chevrolet Co**
1710 N 4th St
Coeur D Alene, ID
208-664-8107

*208 7656977*

**Lake City Ford**
315 W Clayton Ave
Coeur D Alene, ID
208-664-9211

*208-667 5863*

**Parker Toyota**
470 W Kathleen Ave
Coeur D Alene, ID
208-765-8228

*208-765 3368*

**Ponderosa Motors**
845 N 4th St
Coeur D Alene, ID
208-667-8545

**Ponderosa Motors**
1902 N 4th St
Coeur D Alene, ID
208-667-9567

*208492 6697*

**Robideaux Motors Co**
351 W Dalton Ave
Coeur D Alene, ID
208-664-8202

*208 6646542*

**Tom Addis Dodge Inc**
314 W Clayton Ave
Coeur D Alene, ID
208-664-4000

*208 664 5416*

**Bronco Motors**
9250 Fairview Ave
Boise, ID
208-376-8510

*208 327 5705*

**Capitol Motors**
233 Auto Dr
Boise, ID
208-323-6600

*208 323 6607*

**Dennis Dillon Auto Park Ctr**
2777 S Orchard St
Boise, ID
208-336-6000

*208 336 0215*

**L B Industries Inc**
1401 Shoreline Dr
Boise, ID
208-345-7515

**Lake City Intl Trucks Inc**
770 W Amity Rd
Boise, ID
800-541-3645

**Lake City Intl Trucks Inc**
770 W Amity Rd
Boise, ID
208-342-7711

**Larry Miller Honda**
7710 Gratz Dr
Boise, ID
208-947-6650

*208 947 6648*

**Larry Miller Mitsubishi**
9380 Fairview Ave
Boise, ID
208-947-6400

**Larry Miller Pontiac-Buick**
233 Auto Dr
Boise, ID
208-947-6600

**Larry Miller Subaru**

9380 Fairview Ave
Boise, ID
208-947-6300

**Lincoln-Mercury Lsuzu Sales**
9485 Fairview Ave
Boise, ID
208-323-5000

*Tom*
*208 323 5050*

**Lyle Pearson Co**
351 Auto Dr
Boise, ID
208-377-3900

**Lyle Pearson Co**
351 Auto Dr
Boise, ID
800-621-1775

**Mercedes-Benz Sales & Svc**
351 Auto Dr
Boise, ID
208-377-3900

**Peterson Autoplex**
9101 Fairview Ave
Boise, ID
208-378-9000

*208 378 5933*

**Roundtree Isuzu**
9501 Fairview Ave
Boise, ID
208-323-5000

**Roundtree Isuzu**
9501 Fairview Ave
Boise, ID
800-359-1865

**Roundtree West On State**
3310 W State St
Boise, ID
208-343-3911

**Roundtreee Automotive**
8155 Chinden Blvd

Boise, ID
208-322-7059

**Saturn**
119 Auto Dr
Boise, ID
208-322-1384

**Saturn**
8400 Franklin Rd
Boise, ID
208-377-5400

**Sundance Dodge**
222 Auto Dr
Boise, ID
208-947-6500

**Target Mitsubishi**
9380 Fairview Ave
Boise, ID
208-947-6400

**Target Mitsubishi**
9380 Fairview Ave
Boise, ID
800-666-8376

**Tre Target Subaru-Saab-Hyundai**
9380 Fairview Ave
Boise, ID
800-223-7247

**Tre Target Subaru-Saab-Hyundai**
9380 Fairview Ave
Boise, ID
208-323-6300

**Volvo Sales & Svc**
351 Auto Dr
Boise, ID
208-377-3900

**West Coast Car Co**
9775 Fairview Ave
Boise, ID

06-60855-RBK   Doc#: 253   Filed: 01/31/07   Entered: 01/31/07 15:30:58   Page 39 of 46

Colorado Dodge Dealers

# ColoradoCarDealers.com

www.ColoradoCarDealers.com homepage     Free Colorado Dodge car Finder servi

## Online Dodge Dealers in Colorado

**Valley Chrysler Dodge** - Boulder, CO
**Perkins Dodge** - Colorado Springs, CO
**Perkins Dodge New** - Colorado Springs, CO
**Grand Junction Chrysler Dodge** - Grand Junction, CO
**Broadway Dodge Inc.** - Littleton, CO

### Colorado Dodge Classified

Avenger B Series Caliber
Caravan Charger Dakota
Durango Grand Caravan Intrepid
Magnum Neon Neon SXT
Nitro Ram 1500 Ram 2500
Ram 3500 Ram_Pick_Up Sprinte
SRT4 Stratus Viper

Colorado car dealers click here to get listed on www.ColoradoCarDealers.com
Private sellers click here for advertising options

**AutoBuySite.Com, LLC**
Aurora CO 80013
303-866-2195

**Castle Chrysler Dodge Jeep**
Castle Rock CO 80109
(303) 688-6091

**Perkins Motor City Dodge**
Colorado Springs CO 80906
(866) 695-9258

**Hellman Motor Co**
Delta CO 81416
(970) 874-4444   9708748511

**New Country Auto Ctr**
Durango CO 81301
(970) 385-4822   970 2471608

**Tri-County Automotive Fort Morgan Inc**
Fort Morgan CO 80701
(970) 867-2432   970 8672432

**Western Slope Chrysler Plymth**
Grand Junction CO 81505
(970) 245-3100   970 2557196

**Stone Motors Inc**
Julesburg CO 80737
(970) 474-3391   970 4743595

**Broadway Dodge**
Littleton CO 80121
888-238-5115

**Valley Chrysler Dodge**
Boulder CO 80301
(303) 442-1687   303 U435799

**Dodge Partners**
Centennial CO 80112
(303) 220-9411

**Carlin Dodge**   719-329753 
Colorado Springs CO 80918
719-330-7548   9758550

**Cherry Creek Dodge**
Denver CO 80014   203671 9150
(303) 751-1104

**Estes Park Auto Mall**
Estes Park CO 80517
(970) 586-3319

**Rey Motors Inc**
Glenwood Springs CO 81601
(970) 945-5456   970 945 7163

**Champion Dodge Inc**
Greeley CO 80634
(970) 330-1800   970 330 2501

**Big Valley Ford-Chrysler**
La Junta CO 81050
(719) 384-5421   719 3847303

**Prestige Chrysler Dodge Plymth**
Longmont CO 80501
(303) 651-3000   303 651 3004

**Johnson Auto Plaza Inc**   Johnson
Brighton CO 80601
800-880-1940   Richard P.   720 685 1032

**John Elway Dodge On Ara**
Centennial CO 80112
(303) 798-8808   303 794 3077

**Southwest Auto Ctr**
Cortez CO 81321
(970) 565-3748   970 565 4039

**John Elway Dodge Southv**
Denver CO 80123
(303) 979-8600

**Lithia Foothills Chrysler**
Fort Collins CO 80525
(970) 226-5340   970 226 2246

**Christopher's Dodge Worl**
Golden CO 80401
(303) 238-7311   303 238 3314

**Ehrlich Volkswagen & Su**
Greeley CO 80631
(970) 352-3760

**Limon Chysler Plymouth [**
Limon CO 80828
(719) 775-2881   719 7752468

**Ferrero's Auto Ctr Inc**
Loveland CO 80538
(970) 667-4433   970 667 4498

Colorado Nissan Dealers

# ColoradoCarDealers.com

www.ColoradoCarDealers.com homepage

Free Colorado Nissan car Finder servi

## Online Nissan Dealers in Colorado

South Colorado Springs Nissan - Colorado Springs, CO
Tynans Nissan Kia Saab - Fort Collins, CO
Littleton Nissan - Littleton, CO

Colorado Nissan Classifiec
350Z Altima Armada
Frontier Maxima Murano
Pathfinder Quest Sentra
Titan Xterra

Colorado car dealers click here to get listed on www.ColoradoCarDealers.com
Private sellers click here for advertising options

**Tynans Volkswagen Isuzu Nissan**
Aurora CO 80012
(303) 367-7112    303-341-3562

**Academy Nissan**
Colorado Springs CO 80909
(719) 558-3630    DISCO

**John Elway Nissan**
Denver CO 80234
(303) 469-1721    303-460-6230

**Peak Nissan**
Englewood CO 80110
(303) 762-9922    720-274-5251

**Glenwood Chevrolet,Honda,Nissan,Subaru**
Glenwood Springs CO 81601
970-379-0727    970-NOPE

**Empire Lakewood Nissan Inc**
Lakewood CO 80215
(303) 232-8881    303-237-1666

**Montrose Ford Nissan Inc**
Montrose CO 81401
(970) 249-4576    970-249-5467

**Boulder Nissan Inc**
Boulder CO 80301
(303) 443-8110    3034495269

**South Colorado Springs Nissan**
Colorado Springs CO 80908
719-550-3116    719-550 3076

**Peak Nissan**
Denver CO 80123
(303) 377-2474    720-274-5251

**Tynan's Fort Collins Nissan**
Fort Collins CO 80525
(970) 226-3757    970-377 6917

**Jim Fuoco Motor Co**
Grand Junction CO 81501
(970) 242-1571

**Littleton Nissan**
Littleton CO 80123
800-784-6158    303 904-7729

**John Marzolf Nissan Subaru Inc**
Pueblo CO 81003
(719) 545-4146    DISCO

**John Elway Nissan South**
Centennial CO 80112
(303) 790-7333    303-799-7370

**Burt's Automotive Networ**
Denver CO 80123
(303) 904-7700    303-904-7755

**Economy Nissan**
Durango CO 81302
(970) 259-3940    970-947-9029

**Red Mountain Subaru-Niss**
Glenwood Springs CO 8160
(970) 945-7447    970-377-6917

**Ehrlich Nissan-Mitsubishi**
Greeley CO 80631
(970) 353-5333    970-346-3564

**Valley Nissan Inc**
Longmont CO 80502
(303) 776-0443    303-720 494-95

**John Marzolf Nissan-Suba**
Pueblo CO 81003
(719) 545-4145    719-545-014

The above Nissan dealers list will help you find online Colorado Nissan dealers.

Welcome to the
www.ColoradoCarDealers.cc
locator page. Use the list below
Colorado Nissan Deale

www.coloradocardealers.com/carfinder
FREE Colorado CarFinder Service: www.ColoradoCarDealers.com
has teamed up with the Colorado AutoNet CarFinder service. If you
are looking for a new or used vehicle in Colorado this is a must use

Colorado New Nissan Price Quo



newsl

| New Cars | Used Cars | Road Tests | Auto Shows | Editorials | Future Vehicles | Features |

Newswire | Racing News | Car Care | Tire Center | Consumer | Mobile Electronics | Mobility | Games | Perfor

## idaho car dealers

## new car price quote

Choose a county from the list of links below to find car dealers in Idaho.
You can view dealer listings and contact information, visit their lots for test
drives, or contact each local Idaho car dealer to receive and compare new
car price quotes.

Get free up-front

Select Make

### Find a Idaho Dealer

| | | |
|---|---|---|
| Ada County | Clearwater County | Lemhi County |
| Bannock County | Elmore County | Madison County |
| Bear Lake County | Franklin County | Minidoka County |
| Bingham County | Fremont County | Nez Perce County |
| Blaine County | Gem County | Payette County |
| Bonner County | Idaho County | Power County |
| Bonneville County | Jefferson County | Shoshone County |
| Boundary County | Jerome County | Twin Falls County |
| Canyon County | Kootenai County | Valley County |
| Caribou County | Latah County | Washington County |
| Cassia County | | |

Enter Se

Enter your

**Finding A D**

The majority of

They have sale

keep your busin

and sales event

same vehicles.

important to re

also remember

competing with

buyers. As part

process it is imp

compare price

car dealerships

negotiate with t

lowest possible

### Featured Car Dealers in Idaho

**Plantation Park N Sell**
6614 W State St
Garden City, ID 83714
www.AutoPricing.biz

Contact a Idaho Dealer!   Local Car Listings
PH: (866) 346-1019
FX: N/A

**Meridian Ford**
290 E Overland Rd
Meridian, ID 83642

Contact a Idaho Dealer!   Local Car Listings
PH: (208) 888-4403
FX: (208) 888-4215

**Bronco Motors Hyundai**
9250 W Fairview Ave
Boise, ID 83704

Contact a Idaho Dealer!   Local Car Listings
PH: (208) 489-1507
FX: (208) 345-1712

**Chevrolet Of Boise**
9501 W Fairview Ave
Boise, ID 83704

Contact a Idaho Dealer!   Local Car Listings
PH: (208) 323-5000
FX: (208) 323-5012

**Dennis Dillon Auto Park & Truck Center**
2573 S Orchard St

Contact a Idaho Dealer!   Local Car Listings
PH: (208) 336-6000
FX 208  336 6215

Home | Site Map | Subscribe | Give a Gift | Subscriber Services | Privacy Policy | Contact Us

© 1996-

Isuzu Dealers new and used isuzu cars and trucks.   Page 2 of 5

Colorado Isuzu Dealers new and used isuzu cars and trucks.   Page 1 of 1

06-60855-RBK   Doc#: 253   Filed: 01/31/07   Entered: 01/31/07 15:30:58   Page 42 of 46

Colorado Isuzu Dealers

# ColoradoCarDealers.com

www.ColoradoCarDealers.com homepage

Free Colorado Isuzu car Finder service

**Online Isuzu Dealers in Colorado**

Sorry no online dealers found

**Colorado Isuzu Classifieds**

Amigo Rodeo

Colorado car dealers click here to register on www.ColoradoCarDealers.com
Private sellers click here for advertising options

**Appleway Volkswagen**
10000 E Sprague Ave
Spokane, WA
509-924-6900

**Barton Jeep**
10819 E Sprague Ave
Spokane, WA
509-928-1300 — *509 9281988*

**Barton Oldsmobile Cadillac**
10712 E Sprague Ave
Spokane, WA
509-747-4125

**Becker Buick GMC**
6623 N Division St
Spokane, WA
509-467-

**Becker Buick Gmc Truck**
636 E Sprague
Spokane, WA
509-455-3550  *LINE AUTOMOTIVE*
*455255O AURORA   509-4448920*

**Bmw/Camp Chevrolet**
215 E Montgomery Ave
Spokane, WA
509-535-0152

## www.coloradocardealers.com/carfinder

**FREE Colorado CarFinder service www.ColoradoCarDealers.com**
has teamed up with the **Colorado AutoNet CarFinder Service.** If you
are looking for a new or used vehicle in Colorado this is a must use
program. It is a free locator service that contacts Colorado Dealers
regarding your request, and only dealers with your vehicle will contact you
direct. Saves time, hassle, and above all, money!

**Camp Subaru & BMW**
215 E Montgomery Ave
Spokane, WA
509-535-0152

**Attention Colorado Isuzu Dealers**
If your Isuzu dealership is not on the above list or you want a link to your current web site please **click here.**

www.ColoradoCarDealers.com is a list of Colorado Car dealers.

Copyright 2002-2003 AutoNetUSA INC
new car prices and used cars for sale.

**Dishman Dodge**
7700 E Sprague Ave
Spokane, WA   *509 921 8991*
509-924-3250

**Downtown Toyota**
1208 W 3rd Ave
Spokane, WA
800-327-8020
*509 455 7188*

**Downtown Toyota**

**Tynans Volkswagen Isuzu Nissan**
Aurora CO 80012
(303) 367-7112

**Courtesy Isuzu**
Centennial CO 80122
(303) 795-7800

**Spradley/Barr Isuzu**
Fort Collins CO 80527
(970) 223-6667

**Diodosio Pontiac-Isuzu**
Pueblo CO 81003
(719) 545-0444

The above Isuzu dealers list will help you find online Colorado Isuzu dealers.

**BMW-Gebhardt**
Boulder CO 80301
(303) 447-8803

**McCloskey Isuzu**
Colorado Springs CO 80918
(719) 534-9400 — *719 526 8036*

**Gebhardt Isuzu**
Greeley CO 80631
(970) 336-3500

**Gebhardt Automotive**
Boulder CO 80308
(303) 444-1644

**Denver Isuzu Suzuki**
Denver CO 80234
(303) 404-6500   *303 404 6550*

**Jerry Roth Isuzu**
Lakewood CO 80214
(303) 237-1311

*VALY SUZUKI*
*C.S. CO  719*
*719 575 7000   575*
*7307*

Welcome to the
www.ColoradoCarDealers.com
locator page. Use the list below
Colorado Isuzu Deale

Colorado New Isuzu Price Quote

Link to Kelly Blue Book

Link to Colorado Used Isuzu Cla

*PRESTIGE CHRY, DODGE, PLY*
*LONGMONT*
*303 651 3000*

**Colorado Hyundai Dealers**

509 4557188

1208 W 3rd Ave
Spokane, WA
509-455-8720

# ColoradoCarDealers.com

www.ColoradoCarDealers.com homepage

**Empire Ford Inc**

Free Colorado Hyundai car Finder ser

423 W 3rd Ave
Spokane, WA
509-458-3200

509
444 4794

**Online Hyundai Dealers in Colorado**

Sorry no online dealers found.

### Colorado Hyundai Classifie

Accent Elantra Santa Fe
Sonata Tiburon Tucson
XG350

**Foothills Lincoln Mercury**

202 E North Foothills Dr
Spokane, WA
509-324-8200

509  3248245

Colorado car dealers click here to get listed on www.ColoradoCarDealers.com
Private sellers click here for advertising options

**George Gee Pontiac & Gmc**

8801 E Sprague Ave
Spokane, WA
509-927-1000

**Shortline Automotive**
Aurora  CO 80012
(303) 364-0025

**AutoBuySite.com, LLC**
Aurora  CO 80013
(303) 693-2195

509 927 1815

**Flatirons Subaru Inc**
Boulder  CO 80303
(303) 443-0114

303  5419968

**Phil Long Hyundai**
Colorado Springs  CO 80906
(719) 575-7200

**Gus Johnson Ford**
8300 E Sprague Ave
Spokane, WA
800-669-0

**Phil Long Hyundai**
Colorado Springs  CO 80909
(719) 867-

509 921 9005

**Phil Long Hyundai**
Colorado Springs  CO 8092
(719) 867-6700

**John Elway Mazda Hyundai North**
Denver  CO 80234
(303) 460-0102

**Arapahoe Hyundai**
Englewood  CO 80112
303-539-1700

303 5391717

**Planet Hyundai**
Golden  CO 80401
(303) 960-5252

303 78700950

**Gus Johnson Ford**
8300 E Sprague Ave
Spokane, WA
509-924-1000

**Mc Donald Automotive Group**
Littleton  CO 80121
720-283-5122

**Valley Hyundai Inc.**
Longmont  CO 80501
303-651-2623

303 6762901

**Spradley Chevrolet & Hyu**
Pueblo  CO 81008
(719) 544-8162

719 542 4596

The above Hyundai dealers list will help you find online Colorado Hyundai dealers.

**Hallmark Hyundai & Kia**
7103 E Sprague Ave
Spokane, WA
509-922-1450

509
922  1153

www.coloradocardealers.com/carfinder

FREE Colorado CarFinder www.ColoradoCarDealers.com
has teamed up with the **Colorado AutoNet CarFinder service.** If you
are looking for a new or used vehicle in Colorado this is a must use
program. It is a free locator service that contacts Colorado Dealers
regarding your request, and only dealers with your vehicle will contact you
direct. Saves time, hassle, and above all, money!

**Honda**

5700 E Kasas, WA
509-353-4700

Welcome to the
www.ColoradoCarDealers.co
locator page. Use the list below
Colorado Hyundai Deal

Colorado New Hyundai Price Qu

Link to Kelly Blue Book

Link to Colorado Used Hyundai (

509 353 4714

**Attention Colorado Hyundai Dealers**

If your Hyundai dealership is not on the above list or you want a link to your current web site please click here.

www.ColoradoCarDealers.com is a list of Colorado Car dealers.

**Honda & Acura Of Spokane**
8201 E Sprague Ave
Spokane, WA
509-927-7000

509 921 2417

Copyright 2002-2003 AutoNetUSA INC
new car prices and used cars

**Honda & Acura Of Spokane**
8201 E Sprague Ave



**Dodge – Official Site**
Find Great Deals on Dodge Vehicles at a Local Dealer Online
www.dodgedealer.com

**Honda Car**
See latest offers and get deale Honda Official Site.
www.honda.com

Ads by Goooooogle

Main Menu
Home Page
Find a Car
Dealer Now!
Add Your Listing
Contact Us

# US Car Dealer Directory

**Your Listing Can Be Here**

**At the top of the page for Coeur D Alene**

For only $99 per year, you can have your listing at the top of this page, and you get the exclusive rights to this spot for as long as you renew.

Includes your tagline and a link to your website. CLICK HERE to order now and lock out your competition!



DentalPlans.com
Discount Dental Plans
**Need Braces?**
**Find an Orthodontist**
>> More than 30 plans to choose from
click here

Ads by G∙

Search l
Check de
more.
www.CarS

Honda D
Find out
Instantly
CarBargai

Car Deal
Get Car I
info.com/0

Burlingto
Find Grea
www.chrys

**Coeur D'alene Auto Mall**
4301 N Crown Ave
Coeur D Alene, ID
208-676-0882   *208-762-8642*

**Coeur D'alene Honda Superstore**
2745 Seltice Way
Coeur D Alene, ID   *208 415-5050*
800-819-5947   *208*

**Coeur D'alene Honda Superstore**
2745 Seltice Way
Coeur D Alene, ID   *208-415-5050*
208-765-5005

**Coeur D'alene Nissan**
1701 N 4th St
Coeur D Alene, ID   *208-773-4788*
208-664-9196   *773-7648*

**Dan Barton Olds Cadillac Isuzu**
317 W Dalton Ave
Coeur D Alene, ID   *208-667-0815*
208-667-7416

Spokane, WA
800-767-4117   *509 921 2117*

**Jaremko Auto Credit & Sales**
6901 E Sprague Ave
Spokane, WA
509-924-2277   *509 922 3195*

**Jaremko Nissan-Saab**
6901 E Sprague Ave
Spokane, WA
800-821-8105

**Jaremko Nissan-Saab**
6901 E Sprague Ave
Spokane, WA
509-924-6242

**Lexus Of Spokane**
1105 W 3rd Ave
Spokane, WA
509-921-0100

**Lithia Camp Automotive**
101 E Montgomery Ave
Spokane, WA
509-456-7890   *509-456 3018*

**Saturn**
1007 W 2nd Ave
Spokane, WA
509-624-6818

**Schuck's Auto Supply**
14617 E Sprague Ave
Spokane, WA
509-892-1448   *509 892 1645*

**Spokane Chrysler Plymouth**
6818 E Sprague Ave
Spokane, WA
509-926-1501   *509 9260952*

**Sutherland Motors Ltd**
1027 W 3rd Ave
Spokane, WA

**Broadway Ford**
980 W Broadway St
Idaho Falls, ID
208-525-8500

*529985 0* (handwritten)

**Rocky Mountain Toyota Lincoln**
402 E Anderson St
Idaho Falls, ID
800-660-2911

*524 2624* (handwritten)

**Rocky Mountain Toyota Lincoln**
402 E Anderson St
Idaho Falls, ID
208-522-2911

**Ron Sayer Dodge Bmw**
490 Northgate Mile
Idaho Falls, ID
800-894-2610

**Ron Sayer Dodge Bmw**
490 Northgate Mile
Idaho Falls, ID
208-522-2610

**Ron Sayer Inc**
760 Northgate Mile
Idaho Falls, ID
208-523-0603

*522 4582* (handwritten)

**Smith Group**
1255 N Holmes Ave
Idaho Falls, ID
800-574-1250

*529 3655* (handwritten)

**Smith Group**
1255 N Holmes Ave
Idaho Falls, ID
208-522-9800