William L. Needler
William L. Needler and Associates
555 Skokie Blvd Ste 500
Northbrook, IL 60062
(847) 559-8330 ph
(847) 559-8331 fax
Bar ID 02025248
E-Mail: WilliamLNeedler@aol.com
    Attorneys for the Debtor
    Incredible Auto Sales LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN RE:<br><br>INCREDIBLE AUTO SALES L.L.C.<br><br>              Debtor | Case No. 06-60855-RBK<br><br>Judge Ralph B Kirscher<br><br>Preliminary Telephonic Hearing set by the Court for:<br>February 14, 2007 at 1:30 P.M. |

## DEBTOR'S LIMITED RESPONSE, RESISTANCE AND OBJECTION TO MOTION FOR RELIEF FROM THE STAY FILED BY UNITED CAR CARE

NOW COMES the Debtor-in-Possession, Incredible Auto Sales L.L.C. and in a Limited Responses, Resistance and Objection to the Motion for Relief from the Automatic Stay as filed by United Car Care states as follows:

1.) This Chapter 11 filed on 10/17/06 has stayed all pre petition litigations.

2.) This Debtor is involved in a case in Montana State Court as a Joint Plaintiff and as a Counter Defendant, which was filed pre petition;

3.) This case is entitled and captioned as follows:

        Incredible Auto Sales L.L.C. and Incredible Chevrolet, Plaintiffs Vs United Car Care Inc., Defendant Vs Nick Gutierrez Third Party Defendant, Case No. DV-05-0575 pending before State Court Judge G. Todd Baugh in the Montana Thirteenth Judicial District Court, Yellowstone County Montana.

4.) This Plaintiff/Debtor believes that it has a valid collectable claim against the Defendant herein which will be awarded.

5.) This Plaintiff desires this litigation to go ahead on the following basis:

    A.) That the Debtor be granted time to obtain Counsel to represent it in this State Court proceeding; and/or

    B.) To Employ those Attorneys who already represent the Plaintiffs herein as soon as fee arrangements can be made; and that

    C.) If possible judgment on a cross claim be granted against this Debtor or otherwise, that obviously it be stayed so that any possible United Car Care claim can be treated under the Debtor's liquidating Plan.

6.) This Plaintiff's claim against United Car Care is part of the pledge and security interest in assets securing the Hyundai Motor Finance claim in this case.

7.) It is in the best interests of the Debtor, this Estate and all Creditors herein that this State Court Case go ahead.

WHEREFORE the Debtor, Incredible Auto Sales L.L.C. request this Court grant:

    A.) Relief from Stay on a limited basis to allow this State Court Lawsuit to proceed ahead.

    B.) That time be given for this Plaintiff/Debtor to obtain Counsel; and

  C.) That this Court Order provide that any possible judgment against this Debtor be stayed on a cross claim and not covered by this Motion and limited Order for Stay Relief.

February 5, 2007

            <u>/s/ William L. Needler</u>
            Attorney for the Debtor
            Incredible Auto Sales L.L.C

William L. Needler
William L. Needler and Associates
555 Skokie Blvd Ste 500
Northbrook, IL 60062
(847) 559-8330 ph
(847) 559-8331 fax
Bar ID 02025248
E-Mail: WilliamLNeedler@aol.com

    Attorneys for the Debtor
    Incredible Auto Sales LLC

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| **IN RE:** <br><br> INCREDIBLE AUTO SALES L.L.C. <br><br>     Debtor | Case No. 06-60855-RBK <br><br> Judge Ralph B Kirscher <br><br> Preliminary Telephonic Hearing set by the Court for: <br> February 14, 2007 at 1:30 P.M. |

### NOTICE OF RESPONSE

    PLEASE TAKE NOTICE, that on Monday February 5, 2007 that the attached Response, Resistance and Objection to the Motion of United Car Care's Motion for Relief from the Automatic Stay was filed and will be heard for a Preliminary Telephonic Hearing at 1:30 P.M. on February 14, 2007 before Judge Ralph B. Kirscher at the United States Bankruptcy Court for the District of Montana, 400 North Main Street, 2nd

Floor, Butte, Montana. (A copy of the Response, Resistance and Objection and Notice are attached.)

/s/ William L. Needler
William L. Needler
William L. Needler and Associates
555 Skokie Blvd.
Suite 500
Northbrook, IL 60062
Bar ID# 2025248
(847) 559-8330
(847) 559-8331 - FAX

## PROOF OF SERVICE

William L. Needler, an attorney, certifies that he filed this Objection on February 5, 2007 with the Clerk of the above Court via CM/ECF electronic filing and the persons listed by the Court were served electronically.

CHRISTOPHER P BIRKLE     lovellaw@hotmail.com
ALAN C. BRYAN     abryan@crowleylaw.com
SHANE P. COLEMAN     spcoleman@hollandhart.com,
bbowler@hollandhart.com;vhenry@hollandhart.com;intaketeam@hollandhart.com
BRUCE F. FAIN     bruce@murphkirk.com, pam@murphkirk.com;amy@murphkirk.com
CHARLES W. HINGLE     chingle@hollandhart.com,
bbowler@hollandhart.com,mhauck@hollandhart.com,jritchie@hollandhart.com,pmoritz@hollandhart.com,lsawatzke@hollandhart.com
DOUG JAMES     james@moultonlawfirm.com, smarble@moultonlawfirm.com
NEAL G. JENSEN     Neal.G.Jensen@usdoj.gov
WILLIAM L NEEDLER     williamlneedler@aol.com
OFFICE OF THE U.S. TRUSTEE     ustpregion18.gf.ecf@usdoj.gov
JAMES A. PATTEN     japatten@ppbglaw.com, aschueler@ppbglaw.com;ESchoemer@ppbglaw.com


     This Attorney also certifies that he also caused to be served, a copy of the above Objection and Notice as attached hereto, to the persons listed below served by Facsimile Service from the Attorneys offices on or before February 6, 2007.

/s/ William L. Needler
William L. Needler

Incredible Auto Sales
Ken Cornelison
1832 King Avenue West
Billings, MT  59102
(406) 294-2525 fax

Doug James
Moulton, Belingham,Longo & Matuer
Sheraton Plaza Suite 1900,
PO Box 2559
Billings, MT 59103-2559
(406) 248-7731 ph
(406) 248-7889 fax

Scott Sweeney,
Oster Martin & Faber L.L.C.
370 17th Street Suite 4400
Denver, CO
(303) 382-1202 fax

Shane Coleman
Holland  Hart
401 N 31st St Ste 1500
Billings, MT 59101
(406) 252-1669 fax

Mark C. Willis
Kutak Rock LLP
1801 California St Ste 3100
Denver, CO 80202
(303) 292-7799 fax

William J. O'Connor II Esq
O'Connor & O'Connor
208 N Broadway Ste 412
Billings MT 59101
(406) 252-7059 fax

Nick Gutierrez
Incredible Chevrolet
2951 King Avenue West
Billings MT 59102
(406) 294-2525 fax