BACHELLER LAW FIRM
PIERRE L. BACHELLER

1645 Avenue D, Suite B
P.O. Box 2078
Billings, MT 59103
406-252-8202
Attorney for Creditor, Toyota Motor Credit Corporation
ID No. 59


## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF MONTANA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| INCREDIBLE AUTO SALES, LLC | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Bankruptcy No. 06-60855 |
| | ) | |

---

## MOTION TO MODIFY STAY, AND NOTICE

---

The Motion of Toyota Motor Credit Corporation, hereinafter "Creditor"

respectfully represents:

1.     The Debtor filed a Petition in this Court under Chapter 11 of the

Bankruptcy Code on the 17th day of October, 2006.

2.     Creditor is the holder of a secured claim against a motor vehicle held i

Debtor's inventory and pursuant to Mont. LBR 4001-1 provides the following

information:

a. The present balance owed to Creditor, excluding any precomputed interest

or other unearned charges is $2,228.09.

b. The date upon which the subject debt was incurred was March 29, 2002.

c. Creditor holds a secured interest or lien upon the following described

property of the estate: 1999 Toyota Corolla, Vehicle Identification No.

1NXBR12E8XZ227822. Collateral is located in Billings, Montana.

d. The nature of Creditor's security interest and the date upon which the

security interest was obtained and the date upon which the security interest was

perfected are as follows: Retail Installment Sales Contract dated March 29, 2002 and

State of South Dakota Certificate of Lien Filing dated the 6th day of May, 2002.

Creditor has attached copies of retail installment sales contract and title necessary to

provide the validity of its security interest to its Proof of Claim filed herein, as required

by Mont. LBR 4001-1; or if no Proof of Claim has been filed such documents are in the

possession of Creditor's Attorney.

e. A description of Creditor's collateral including its location is as follows:

1999 Toyota Corolla, Vehicle Identification No. 1NXBR12E8XZ227822 located in

Billings, Montana.

f. The fair market value of Creditor's collateral is $3,975.00.

g. A description of and the amounts due upon any other security interests

which have priority over that of Creditor are as follows: None.

h. If the Debtor is in default and the number of defaulted installments and

the total amount in default: The contract is delinquent from October 13, 2006. At

present the full amount of the contract balance is due and payable to Toyota Motor

Credit Corporation.

  i.  This Motion is made under and pursuant to the following subsection of

11 U.S.C. § 362: § 362 (d) (1) and (2).

  j.  Other facts which are relevant in determining whether relief should be granted

are as follows: Upon information and belief Toyota Motor Credit Corporation's

customer, Kit Veit, entered into a transaction with Debtor pursuant to which she traded

in the vehicle at issue herein to Incredible Auto Sales, and pursuant to which transactic

Toyota Motor Credit Corporation issued to Incredible Auto Sales a payoff statement, a

copy of which is attached hereto marked as Exhibit "3". Incredible Auto Sales has

failed and refused to pay off the underlying obligation in favor of Toyota Motor Credi

Corporation pursuant to the trade-in and purchase transaction with its customer, Kit

Veit.

  3.  Creditor further represents that in the event the Court grants this

Motion, Creditor will seek foreclosure and liquidation of the above-described collatera

in accordance with applicable non-bankruptcy law. Upon disposition of such collatera

Creditor will account for all proceeds to the Court, and agrees to turn over any proceed

in excess of Creditor's allowed secured claim to the Court.

  WHEREFORE, Creditor moves the Court to grant this Motion to Modify Stay

and to grant such other relief as the Court may deem appropriate.

DATED this _14th_ day of February, 2007.

_____

PIERRE L. BACHELLER

Attorney for Toyota Motor Credit Corpora

NOTICE TO DEBTOR

If you object to the motion, you must file a written responsive pleading and request a hearing within ten (10) days of the date of the motion. The objecting party shall schedule the hearing and shall include in the caption of the responsive pleading the date, time and location of the hearing by inserting in the caption the following:

**NOTICE OF HEARING**
Date: _____
Time: _____
Location: _____

This contested matter shall be scheduled for hearing for the next hearing date scheduled in the division within which the case is filed. The date, time and location of the hearing can be obtained from the Clerk of Court or from the Court's website at www.mtb.uscourt.gov. In the event such scheduled hearing date is thirty (30) days beyond the filing date of the motion for relief, then a preliminary hearing within such thirty (30) day period shall be scheduled by the responding party after such party contacts the Clerk of Court to confirm the preliminary hearing date and time, which shall be set forth in the response.

If you fail to file a written response to the above Motion to Modify Stay with the particularity required by Mont. LBR 4001-1(b), and request a hearing, within ten (10) days of the date of this Notice, with service on the undersigned and all parties entitled to service under all applicable rules, then your failure to respond or to request a hearing will be deemed an admission that the motion for relief should be granted without further notice or hearing.

DATED this 14th day of February, 2007.

PIERRE L. BACHELLER

## CERTIFICATE OF SERVICE

I certify that on this __14__ day of February, 2007, I served the following parties with a true and accurate copy of the foregoing by depositing the same in the United States mail, postage prepaid and addressed as follows:

Incredible Auto Sales, LLC
1832 King Avenue West
Billings, MT 59102
Debtor

William L. Needler
555 Skokie Blvd., Suite 500
Northbrook, IL 60062
847 559-8330
Attorney for Debtor
(via electronic filing)

Daniel P. McKay
Liberty Center, Suite 204
301 Central Avenue
Great Falls, MT 59401
Trustee
406 761-8777
(via electronic filing)

Neal G. Jensen
US Trustee's Office
301 Central Ave
Great Falls, MT 59401
406 761-8777

Christopher P. Birkle
PO Box 1415
Billings, MT 59102
406 256-9300

Alan C. Bryan
PO Box 2529
Billings, MT 59102
406 252-3441

Shane P. Coleman
PO Box 639
Billings, MT 59103
406 252-2166

Gregory W. Duncan
2687 Airport Road, Ste. A
Helena, MT 59601
406 442-6350

Bruce F. Fain
208 N Broadway, Ste. 208
Billings, MT 59101
406 256-9700

Charles W. Hingle
401 N 31st Street, Ste. 1500
Billings, MT 59101
406 252-2166

Jeffrey A. Hunnes
PO Box 1977
Billings, MT 59103
406 245-3071

Doug James
PO Box 2559
Billings, MT 59103
406 248-7731

Steven M. Johnson
PO Box 1645
Great Falls, MT 59403
406 761-3000

Jared M. Lefevre
PO Box 2529
Billings, MT 59103

Christian T. Nygren
PO Box 4947
Missoula, MT 59806
406 728-1455

James A. Patten
2817 2nd Avenue N, Ste. 300
Billings, MT 59101
406 252-8500

Jeffrey N. Rich
599 Lexington Ave
New York, NY 10022
212 536-3900

Ross P. Richardson
PO Box 399
Butte, MT 59701
406 723-3219

Jason S. Ritchie
401 N 31st St., Ste 1500
Billings, MT 59101
406 252-2166

Lisa Swan Semansky
PO Box 3267
Great Falls, MT 59403
406 771-1584

/s/ Pierre L Bacheller

Pierre L. Bacheller