UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

**INCREDIBLE AUTO SALES LLC,**

Debtor.

Case No. **06-60855-11**

# O R D E R

At Butte in said District this 16th day of February, 2007.

UPON DUE CONSIDERATION of Steve's Auto Sales' Motion for Relief from the Automatic Stay filed herein on February 1, 2007, and in the absence of any timely opposition thereto,

**IT IS ORDERED** that the Motion for Relief from the Automatic Stay filed February 1, 2007, is GRANTED; and the automatic stay afforded by §362(a) of the Bankruptcy Code be, and hereby is, modified to permit Steve's Auto Sales to recover said vehicle listed on his Motion to Modify.

**IT IS FURTHER ORDERED** that this Order is effective immediately and shall not be stayed for ten (10) days as provided in F.R.B.P, 4001(A)(3); furthermore this Order shall remain effective and shall not be superseded by the confirmation of any plan in this matter.

BY THE COURT

_____
HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana