# Incredible Auto Sales LLC
## Revised Budget

|  |  | January-07 | February-07 | March-07 | March-07 |
|---|---|---|---|---|---|
| Total Units |  | Previous Budget | Feb 1 to 28th | March 1 to 15th | March 1st to 20th |
| **Total Gross** |  |  |  |  |  |
| Sales Comp (Front Gross Only+ C6) | 7000 | 16,915 | 2,200 | 1,100 | 1,600 |
| Supervision Comp (Total Sales Gross+ C7 ) | 7010 | 12,500 | 2,500 | 2,500 | 2,500 |
| Delivery Exp | 7020 | - | - | - |  |
| Finance Mgr Comp (Back End Gross Only) | 7030 | 5,382 | - | - |  |
| Advertising (New & Used) | 7040 | 27,000 | - | - |  |
| flooring | 7050 |  |  |  |  |
| **TTL Selling Expenses** |  | 61,797 | 4,700 | 3,600 | 4,100 |
| Policy Adjustment | 7110 | 240 | - | - |  |
| Claims Adjustment | 7120 |  |  |  |  |
| Company Vehicles | 7140 | 2,500 | 1,000 | 500 | 750 |
| Inventory Maintenance | 7150 | - | - | - |  |
| Personnel Maintenance | 7160 |  |  |  |  |
| Outside Services | 7170 |  |  |  |  |
| Freight | 7180 | 300 | - | 150 | 200 |
| Small Tools | 7190 | 250 | - | - |  |
| Laundry & Uniforms | 7200 | 500 | - | - |  |
| Depr. Equipment & Veh | 7210 |  |  |  |  |
| Equip Maint. Repair Rental | 7220 | 110 | - | - |  |
| Miscellaneous Expenses | 7230 | 250 | - | - |  |
| Salaries & Wages | 7250 | 1,500 | 3,100 | 1,500 | 1,900 |
| Clerical Salaries | 7260 | 6,300 | 1,500 | 1,800 | 1,800 |
| Vacation & Time off | 7270 | 400 | - | - |  |
| **Operating Expenses** |  | 12,350 | 5,600 | 3,950 | 4,650 |
| Rent | 7400 | 17,000 | 10,000 | 10,000 | 10,000 |
| Admin, General Salary & Wages | 7410 | 5,100 | - | - |  |
| Owner's Salary (2) | 7420 | 15,000 | 10,000 | 5,800 | 7,500 |
| Payroll Taxes | 7430 | 12,500 | 3,500 | 1,500 | 1,800 |
| Employee Benefits | 7440 | 5,000 | 2,500 | 1,800 | 1,800 |
| Profit Sharing | 7450 |  |  |  |  |
| Advertising General | 7460 | 500 | - | - |  |
| Office Supplies | 7470 | 1,000 | 200 | 200 | 200 |
| Data Processing Services | 7480 | 6,180 | 3,000 | 3,000 | 3,000 |
| Outside Service | 7490 | 9,500 | 500 | 500 | 500 |
| Company Vehicles Admin | 7500 | - | - |  |  |
| Contributions | 7510 | - | - | - |  |
| Dues & Subscriptions | 7520 | 540 | - | - |  |
| Telephone | 7530 | 3,500 | 1,000 | 1,000 | 1,000 |
| Legal & Auditing | 7540 | 1,500 | - | 2,000 | 2,000 |
| Postage | 7550 | 1,200 | 200 | 200 | 200 |
| Travel & Entertainment | 7560 | - | - | - |  |
| Heat, Light, Power & Water | 7570 | 3,200 | 3,200 | 3,200 | 3,200 |
| Fixture Repair and Maint. | 7580 | 1,500 | - | - |  |
| Deprecation: Fixtures, Furniture etc. | 7590 |  |  |  |  |
| Insurance (other than Building) | 7600 | 5,000 | - | **3,000** | 3,000 |
| Taxes (other than Real Estate& payroll) | 7610 | 1,350 | - | - |  |
| Interest (other than Flooring) | 7620 |  |  |  |  |
| **Total Overhead Expenses** |  | 89,570 | 34,100 | 32,200 | 34,200 |
| Simi Fixed |  | 61,797 | 4,700 | 3,600 | 4,100 |
| Variable |  | 12,350 | 5,600 | 3,950 | 4,650 |
| **Total** |  | 163,717 | 44,400 | 39,750 | 42,950 |

**DEBTOR'S EXHIBIT 4**

William L. Needler
William L. Needler and Associates
555 Skokie Blvd Ste 500
Northbrook, IL 60062
(847) 559-8330 ph
(847) 559-8331 fax
Bar ID 02025248
E-Mail: WilliamLNeedler@aol.com

Attorneys for the Debtor
    Incredible Auto Sales LLC

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN RE:<br><br>INCREDIBLE AUTO SALES L.L.C.<br><br>                    Debtor | Case No. 06-60885-RBK<br><br>Judge Ralph B Kirscher<br><br>A Chapter 11 Proceedings<br>For Reorganization |

### NOTICE OF FILING

Please be advised that the attached Debtor's Exhibit 4 to the Debtor's Motion to Extend Limited Cash Collateral Usage was filed electronically with the above Bankruptcy Court, Billings, Montana on February 20, 2007.

February 20, 2007

                                        /s/ William L. Needler
                                        Attorney for the Debtor
                                        Incredible Auto Sales L.L.C.

### PROOF OF SERVICE

      William L. Needler, an Attorney, hereby certifies that the above and foregoing was filed on February 20, 2007 with the Clerk of the Bankruptcy Court using the CM/ECF system, which will electronically notify all persons listed with the Court.

PIERRE L. BACHELLER     pbacheller@bachellerlaw.com, mhunter@bachellerlaw.com

CHRISTOPHER P BIRKLE     lovellaw@hotmail.com

ALAN C. BRYAN     abryan@crowleylaw.com

SHANE P. COLEMAN     spcoleman@hollandhart.com, bbowler@hollandhart.com;vhenry@hollandhart.com;intaketeam@hollandhart.com

GREGORY W. DUNCAN     gd@mt.net, kg@mt.net

BRUCE F. FAIN     bruce@murphkirk.com, pam@murphkirk.com;amy@murphkirk.com

CHARLES W. HINGLE     chingle@hollandhart.com, bbowler@hollandhart.com,mhauck@hollandhart.com,jritchie@hollandhart.com,pmoritz@hollandhart.com,lsawatzke@hollandhart.com,km_stephens@hollandhart.com

JEFFERY A. HUNNES     jhunnes@ghrtlawfirm.com

DOUG JAMES     james@moultonlawfirm.com, smarble@moultonlawfirm.com

NEAL G. JENSEN     Neal.G.Jensen@usdoj.gov

STEVEN M. JOHNSON     sjohnson@chjw.com, jhaney@chjw.com

JARED M LEFEVRE     jlefevre@crowleylaw.com

DANIEL P. MCKAY     Dan.P.McKay@usdoj.gov

WILLIAM L NEEDLER     williamlneedler@aol.com

CHRISTIAN T. NYGREN     nygren@bigskylawyers.com, becki@bigskylawyers.com;maul@bigskylawyers.com

OFFICE OF THE U.S. TRUSTEE     ustpregion18.gf.ecf@usdoj.gov

JAMES A. PATTEN     japatten@ppbglaw.com, aschueler@ppbglaw.com;ESchoemer@ppbglaw.com;mberg@ppbglaw.com

JEFFREY N RICH     jrich@klng.com

ROSS P. RICHARDSON     rossrichardson@qwest.net, henningsenvucuro@qwest.net;ann_with_henningsen@yahoo.com

JASON S RITCHIE     jritchie@hollandhart.com, lsawatzke@hollandhart.com;bbowler@hollandhart.com

LISA SWAN SEMANSKY     semansky@bresnan.net

    I also hereby certify that it was served by facsimile on February 20, 2007 from the Attorneys offices.

                                                /s/ William L. Needler

Incredible Auto Sales
Ken Cornelison
1832 King Avenue West
Billings, MT  59102
(406) 652-3297 new fax

Clarke B Rice
2951 King Avenue West
Billings, MT 59102
(406) 294-2525 fax