Bruce F. Fain
Murphy, Kirkpatrick & Fain, P.L.L.P.
208 North Broadway, Suite 208
P.O. Box 429
Billings, MT 59103-0429
Phone: (406) 256-9700
Fax: (406) 256-9755
E-mail: bruce@murphkirk.com
I.D. Number: 3377

Attorneys for Plaintiff
    Auto Auction of Montana

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re:<br><br>INCREDIBLE AUTO SALES, LLC,<br><br>                            Debtor. | CASE NO. 06-60855<br><br>**AUTO AUCTION OF MONTANA OBJECTION TO DISCLOSURE STATEMENT** |

- - - - - - - - - - - - - - - -

    AUTO AUCTION ASSOCIATES OF MONTANA, INC., d/b/a AUTO AUCTION OF MONTANA a/k/a AUTO AUCTION OF BILLINGS ("Auto Auction"), through its counsel, submits the following Objection to Disclosure Statement.

    Auto Auction joins in the objections of the United States Trustee's Office and of other creditors. In addition, Auto Auction notes that the Disclosure Statement: does not address potential preference actions against known insiders; overvalues the litigation claims as to date it appears no counsel has been

appointed; and does not set forth potential administrative claims, one of which would be for Auto Auction.

Auto Auction also objects to exhibits and assertions in the disclosure statement which suggest, assert or claim that vehicles which it has a reclamation claim for secure the claim of HMFC.

DATED this 21st day of February, 2007.

>	Murphy, Kirkpatrick & Fain, P.L.L.P.
>	208 North Broadway, Suite 208
>	P.O. Box 429
>	Billings, MT 59103-0429
>
>
>	By: /S/ Bruce F. Fain
>	    Bruce F. Fain
>	    Attorneys for Auto Auction

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 21st day of February, 2007, a copy of the **AUTO AUCTION OF MONTANA OBJECTION TO DISCLOSURE STATEMENT** was served upon counsel of record by the following method:

 1-5, 7-19      CM/ECF

1.   William L. Needler
     William L. Needler and Associates
     555 Skokie Blvd. Ste. 500
     Northbrook, IL 60062
     williamlneedler@aol.com

2.   Charles W. Hingle
     Shane P. Coleman
     P.O. Box 639
     Billings, MT  59103-0639
     chingle@hollandhart.com

3.   Neal G. Jensen
     U.S. Trustee
     Liberty Center, Ste. 204
     301 Central Ave.
     P.O. Box 3509
     Great Falls, MT 59401
     Neal.G.Jensen@usdoj.gov


4.   James A. Patten
     Patten, Peterman, Bekkedahl
        & Green, PLLC
     2817 2nd Avenue North, #300
     Billings, MT  59101
     japatten@ppbglaw.com

5.   Christopher Birkle
     P.O. Box 1415
     Billings, MT  59103
     lovellaw@hotmail.com

6.   Ken Cornelison
     Incredible Auto Sales, LLC
     1832 King Avenue West
     Billings, MT 59102

7. Alan C. Bryan
   P.O. Box 2529
   Billings, MT 59103-2529
   abrayn@crowleylaw.com

8. Shane P. Coleman
   Holland & Hart
   P.O. Box 639
   Billings, MT 59103-0639
   spcoleman@hollandhart.com

9. Gregory W. Duncan
   2687 Airport Road, Ste. A
   Helena, MT 59601
   gd@mt.net

10. Jeffrey A. Hunnes
    Guthal, Hunnes, Reuss, Thompson, PC
    P.O. Box 1977
    Billings, MT 59103-1977
    jhunnes@ghrtlawfirm.com

11. Doug James
    Moulton, Bellingham, Longo & Mather, PC
    P.O. Box 2559
    Billings, MT 59103
    james@moultonlawfirm.com

12. Steven M. Johnson
    Church, Harris, Johnson & Williams, PC
    P.O. Box 1645
    Great Falls, MT 59403
    sjohnson@chjw.com

13. Daniel P. McKay
    Office of the U.S. Trustee
    Liberty Center Suite 204
    301 Central Ave.
    Great Falls, MT 59401
    Dan.P.McKay@usdoj.gov

14. Christian T. Nygren
    Milodragovich, Dale, Steinbrenner & Binney, PC
    P.O. Box 4947
    Missoula, MT 59806-4947
    nygren@bigskylawyers.com

15. Clarke B. Rice
    P.O. Box 23563
    Billings, MT 59104
    clarkerice@imt.net

16. Jeffrey N. Rich
    Kirkpatrick & Lockhart Nicholson Graham LLP
    599 Lexington Avenue
    New York, NY 10022
    jrich@klng.com

17. Ross P. Richardson
    P.O. Box 399
    Butte, MT 59701
    rossrichardson@qwest.net

18. Jason S. Ritchie
    Holland & Hart
    401 N 31st Street Suite 1500
    Billings, MT 59101
    jritchie@hollandhart.com

19. Lisa Swan Semansky
    Semansky Law Office
    P.O. Box 3267
    Great Falls, MT 59403-3267
    semanksy@bresnan.net

        /S/    Bruce F. Fain