UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

**INCREDIBLE AUTO SALES LLC**,

Debtor.

Case No. **06-60855-11**

# O R D E R

At Butte in said District this 28th day of February, 2007.

After due notice a hearing was held at Billings on February 26, 2007 on the motion to modify stay filed January 26, 2007, by United Car Care, Inc., ("United Car Care), and the Debtor's objection thereto. United Car Care was represented at the hearing by attorney Doug James who advised the Court that Debtors agree to consent to United Car Care's motion if the relief is not effective for 10 days. Debtor was represented by attorney William L. Needler who did not object. Based upon the statements of counsel, and the absence of any outstanding objection after notice and a hearing, the Court granted United Car Care's motion to modify stay at the hearing.

**IT IS ORDERED** Debtor's objection is withdrawn; United Car Care's motion to modify stay filed January 26, 2007 (Docket No. 245) is **GRANTED**; the stay is modified and United Car Care is authorized to prosecute and liquidate its State Court claim against the Debtor, Incredible

Chevrolet, and Guarantor R. Nick Gutierrez, in Cause No. DV 05-0575 before Montana's Thirteenth Judicial District Court, Yellowstone County, in accordance with applicable nonbankruptcy law and the terms of United Car Care's motion; **PROVIDED, HOWEVER,** pursuant to F.R.B.P. 4001(a)(3) the relief granted by this Order shall not be effective until after March 8, 2007.

BY THE COURT

/s/ Ralph B. Kirscher
HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana