UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

**INCREDIBLE AUTO SALES LLC**,

Debtor.

Case No. **06-60855-11**

**O R D E R**

At Butte in said District this 28th day of February, 2007.

After due notice hearing was held at Billings on February 26, 2007, on the Application for administrative expenses pursuant to 11 U.S.C. § 503(b)(9) filed on January 16, 2007, by Auto Auction Associates of Montana, Inc., d/b/a Auto Auction of Montana a/k/a Auto Auction of Billings ("Auto Auction").  Debtor filed an objection on January 26, 2007, but was represented at the hearing by attorney William L. Needler, who withdrew Debtor's objection.  No other objections were filed, and no appearance was made at the hearing in opposition.  The Court granted Auto Auction's Application at the hearing.

**IT IS ORDERED** Debtor's objection (Docket No. 246) filed on January 26, 2007, is withdrawn; Auto Auction's Application for administrative expenses filed on January 16, 2007

1

(Docket No. 200), is approved and Auto Auction is awarded the sum of $32,225.00 as an administrative expense pursuant to 11 U.S.C. § 503(b)(9).

                BY THE COURT

                */s/ Ralph B. Kirscher*
                HON. RALPH B. KIRSCHER
                U.S. Bankruptcy Judge
                United States Bankruptcy Court
                District of Montana