**CONSIGNMENT AGREEMENT**

   Hyundai Motor Finance Company (HMFC) and Incredible Auto Sales, LLLC, Debtor in Possession (IAS), agree to consign with Rimrock Chrysler, Inc. (Rimrock) the attached list of vehicle inventory for a period of ten (10) days from March _____, 2007 to March _____, 2007, or any agreed upon renewal period on the following terms:

   1. Rimrock is authorized to sell each vehicle and remit the corresponding payoff amount to HMFC within seventy-two (72) hours of sale retaining all amounts of the sale price in excess of said payoff amount;

   2. Rimrock shall be responsible to maintain insurance during the term of consignment and pay all costs of sale, including but not limited to, advertising, management and sales commissions, etc. and indemnify and save and hold HMFC and IAS harmless from any and all loss or damage or breakdown to the vehicles consigned or any other occurrence which may result from the consignment of said vehicles.

   3. HMFC and IAS shall have the right to have access to the sale site by an authorized representative to inspect the deal documentation during reasonable business hours. Further, HMFC and IAS shall have the right to terminate this consignment upon written notice prior to expiration for just cause.

   4. Rimrock agrees to return any unsold vehicles to HMFC and IAS upon the termination of this consignment in the same condition as consigned, less normal wear, tear and depreciation.

   Dated: _____

Hyundai Motor Finance Company        Rimrock Chrysler, Inc.

By: _____      By: _____
Title: _____      Title: _____


Incredible Auto Sales, LLC
Debtor in Possession

By: _____
Member                 **EXHIBIT A**