IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| INCREDIBLE AUTO SALES, LLC. ) | |
| ) | Chapter 11 |
| ) | |
| Debtor. ) | Bankruptcy No. 06-60855 |
| ) | |

O R D E R

At Butte in said District this 5th day of March, 2007.

In this Chapter 11 bankruptcy case a motion to modify stay was filed on the 14th day of February, 2007, by Toyota Motor Credit Corporation, including the notice required under Mont. LBR 4001-1(a) and LBF 8, granting the parties ten (10) days to respond and request a hearing and advising that failure to respond will be deemed an admission that the motion for relief should be granted without further notice or hearing. No objection and notice of hearing has been filed by the Debtor in accordance with Mont. LBR 4001-1(b). By operation of LBR 4001-1(c), the Debtor's failure to respond and request a hearing is deemed an admission that the motion should be granted without further notice or hearing.

Upon review of the record, and in the absence of any objection and request for hearing after notice, the Court finds that Toyota Motor Credit's motion is filed for good cause under 11 U.S.C. § 362(d). Accordingly,

IT IS ORDERED Toyota Motor Credit's motion to modify stay filed on February 14, 2007, is GRANTED; the stay is modified and Toyota Motor Credit Corporation is authorized to seek foreclosure and liquidation of its collateral, a 1999 Toyota Corolla 4DR CE bearing Vehicle Identification No. 1NXBR12E8XZ227822, in accordance with applicable non-bankruptcy law and the terms of Toyota Motor Credit Corporation's motion; and pursuant to F.R.B.P. 4001(a)(3) this Order is effective immediately, not stayed for 10 days.

BY THE COURT

HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana