Bruce F. Fain
Murphy, Kirkpatrick & Fain, P.L.L.P.
208 North Broadway, Suite 208
P.O. Box 429
Billings, MT 59103-0429
Phone: (406) 256-9700
Fax: (406) 256-9755
E-mail: bruce@murphkirk.com
I.D. Number: 3377

Attorneys for Plaintiff
    Auto Auction of Montana

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| In re: | CASE NO. 06-60855 |
|---|---|
| INCREDIBLE AUTO SALES, LLC, | |
| Debtor. | **OBJECTION TO DEBTOR'S REQUEST FOR SURCHARGE** |
| | **NOTICE OF HEARING**<br>**Date: March 20, 2007**<br>**Time: 9:00 a.m.**<br>**Location: 5th Floor, Fed.Bldg.**<br>          **Billings, Montana** |

- - - - - - - - - - - - - - - - -

AUTO AUCTION ASSOCIATES OF MONTANA, INC., d/b/a AUTO AUCTION OF MONTANA a/k/a AUTO AUCTION OF BILLINGS ("Auto Auction"), through its counsel, submits the following Objection to Debtor's Request for Surcharge.

The Debtor has requested that this Court surcharge Auto

Auction for repairs allegedly done to a Sorrento. The Court should deny the request because: the Debtor waived all claims in that a judgment was entered against it in a separate adversary proceeding which determined the Debtor had no interest in the "vehicles or proceeds" of the vehicles, which judgment is also *res judicata* on this matter and which also bars this claim under collateral estoppel; 11 U.S.C. § 506(c) only applies to "secured claims," and a reclamation claim is not a "secured claim"; the Debtor has waived and is barred by judicial estoppel from making this claim as it has always asserted that the auction claimants were unsecured and there is no provision for surcharge to an unsecured claim; the Court has not yet ruled on the reclamation claim, so the request is clearly premature; and, the request has been made without explaining or providing any factual basis for the claim.

WHEREFORE, Auto Auction respectfully requests that the Court issue an order which:

1. Denies the Debtor's request for a surcharge; and

2. Grants such other and further relief as the Court deems just an proper.

DATED this 5th day of March, 2007.

                                      Murphy, Kirkpatrick & Fain, P.L.L.P.
                                      208 North Broadway, Suite 208
                                      P.O. Box 429
                                      Billings, MT 59103-0429

                                      By: /S/ Bruce F. Fain
                                          Bruce F. Fain
                                          Attorneys for Plaintiff Auto
                                          Auction of Montana

CERTIFICATE OF SERVICE

     I hereby certify under penalty of perjury that on this 5th day of March, 2007, a copy of the **OBJECTION TO DEBTOR'S REQUEST FOR SURCHARGE AND NOTICE OF HEARING** was served upon counsel of record by the following method:

 1-5, 7-19    CM/ECF

1.    William L. Needler
    William L. Needler and Associates
    555 Skokie Blvd. Ste. 500
    Northbrook, IL 60062
    williamlneedler@aol.com

2.    Charles W. Hingle
    Shane P. Coleman
    P.O. Box 639
    Billings, MT  59103-0639
    chingle@hollandhart.com

3.    Neal G. Jensen
    U.S. Trustee
    Liberty Center, Ste. 204
    301 Central Ave.
    P.O. Box 3509
    Great Falls, MT 59401
    Neal.G.Jensen@usdoj.gov

4.    James A. Patten
    Patten, Peterman, Bekkedahl
      & Green, PLLC
    2817 2nd Avenue North, #300
    Billings, MT  59101
    japatten@ppbglaw.com

5.    Christopher Birkle
    P.O. Box 1415
    Billings, MT  59103
    lovellaw@hotmail.com

6.    Ken Cornelison
    Incredible Auto Sales, LLC
    1832 King Avenue West
    Billings, MT 59102

7.  Alan C. Bryan
    P.O. Box 2529
    Billings, MT 59103-2529
    abrayn@crowleylaw.com

8.  Shane P. Coleman
    Holland & Hart
    P.O. Box 639
    Billings, MT 59103-0639
    spcoleman@hollandhart.com

9.  Gregory W. Duncan
    2687 Airport Road, Ste. A
    Helena, MT 59601
    gd@mt.net

10. Jeffrey A. Hunnes
    Guthal, Hunnes, Reuss, Thompson, PC
    P.O. Box 1977
    Billings, MT 59103-1977
    jhunnes@ghrtlawfirm.com

11. Doug James
    Moulton, Bellingham, Longo & Mather, PC
    P.O. Box 2559
    Billings, MT 59103
    james@moultonlawfirm.com

12. Steven M. Johnson
    Church, Harris, Johnson & Williams, PC
    P.O. Box 1645
    Great Falls, MT 59403
    sjohnson@chjw.com

13. Daniel P. McKay
    Office of the U.S. Trustee
    Liberty Center Suite 204
    301 Central Ave.
    Great Falls, MT 59401
    Dan.P.McKay@usdoj.gov

14. Christian T. Nygren
    Milodragovich, Dale, Steinbrenner & Binney, PC
    P.O. Box 4947
    Missoula, MT 59806-4947
    nygren@bigskylawyers.com

15. Clarke B. Rice
    P.O. Box 23563
    Billings, MT 59104
    clarkerice@imt.net

16. Jeffrey N. Rich
    Kirkpatrick & Lockhart Nicholson Graham LLP
    599 Lexington Avenue
    New York, NY 10022
    jrich@klng.com

17. Ross P. Richardson
    P.O. Box 399
    Butte, MT 59701
    rossrichardson@qwest.net

18. Jason S. Ritchie
    Holland & Hart
    401 N 31st Street Suite 1500
    Billings, MT 59101
    jritchie@hollandhart.com

19. Lisa Swan Semansky
    Semansky Law Office
    P.O. Box 3267
    Great Falls, MT 59403-3267
    semanksy@bresnan.net

/S/ Bruce F. Fain