UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

**INCREDIBLE AUTO SALES LLC**,

Debtor.

Case No. **06-60855-11**

## *O R D E R*

At Butte this 6th day of March, 2007.

In this Chapter 11 bankruptcy case a motion to modify automatic stay was filed on February 20, 2007, by creditor First Interstate Bank, including the notice of opportunity for hearing required under Mont. LBR 4001-1(a) and LBF 8 giving parties 10 days to respond and providing that failure to respond by any entity will be deemed an admission that the motion for relief should be granted without further notice or hearing. The motion was served on the Debtor's attorney and U.S. Trustee. No response and request for hearing has been filed.

Upon review of the record and in the absence of any objection and request for hearing after notice, and by operation of Mont. LBR 4001-1(c), the Court finds that First Interstate Bank's motion to modify stay is filed for good cause under 11 U.S.C. § 362(d) and should be granted without further notice or hearing.

**IT IS ORDERED** First Interstate Bank's motion to modify stay filed on February 20,

2007 (Docket No. 275) is **GRANTED**; the stay is modified and First Interstate Bank is authorized to seek foreclosure and liquidation of its collateral, a 1991 Mazda Pickup, VIN JM2UF4148M0150836, in accordance with applicable non-bankruptcy law and terms of First Interstate Bank's motion; and pursuant to F.R.B.P. 4001(a)(3) this Order is effective immediately, not stayed for 10 days.

BY THE COURT

*/s/ Ralph B. Kirscher*
HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana