## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

In re

**INCREDIBLE AUTO SALES LLC**,

Debtor.

Case No. **06-60855-11**

## *O R D E R*

At Butte this 12th day of March, 2007.

In this Chapter 11 bankruptcy case a motion to modify stay was filed on February 23, 2007, by creditor Nuvell Credit Company LLC ("Nuvell"), including the notice of opportunity for hearing required under Mont. LBR 4001-1(a) and LBF 8 giving parties 10 days to respond and providing that failure to respond by any entity will be deemed an admission that the motion for relief should be granted without further notice or hearing.  The motion was served on the Debtor's attorney and U.S. Trustee.  No response and request for hearing has been filed.

Upon review of the record and in the absence of any objection and request for hearing after notice, and by operation of Mont. LBR 4001-1(c), the Court finds that Nuvell's motion to modify stay is filed for good cause under 11 U.S.C. § 362(d) and should be granted without further notice or hearing.

**IT IS ORDERED** Nuvell's motion to modify stay filed on February 23, 2007 (Docket

1

No. 290) is **GRANTED**; the stay is modified and Nuvell is authorized to seek foreclosure and

liquidation of its collateral, a 1999 Oldsmobile Silhouette, VIN 1GHDX03E3XD160570, in

accordance with applicable non-bankruptcy law and terms of Nuvell's motion; and pursuant to

F.R.B.P. 4001(a)(3) this Order is effective immediately, not stayed for 10 days.

BY THE COURT

_Ralph B Kirscher_

HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana