Daniel P. McKay
Office of United States Trustee
Liberty Center, Suite 204
301 Central Avenue
Great Falls, MT 59403
Phone: (406) 761-8777
Fax: (406) 761-8895
e-mail: dan.p.mckay@usdoj.gov
State Bar I.D. No. 2422
(Attorney for the United States Trustee)

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re ) | Case No. 06-60855-11 |
| ) | |
| INCREDIBLE AUTO SALES, L.L.C., ) | **NOTICE OF HEARING** |
| ) | **Date: March 20, 2007** |
| Debtor. ) | **Time: 9:00 a.m.** |
| ) | **Location: 5th Fl. Courtroom** |
| ) | **316 N. 26th Street** |
| ) | **Billings, Montana** |

_____

UNITED STATES TRUSTEE'S OBJECTION TO DEBTOR'S MOTION
TO CONTINUE HEARING ON MOTION TO CONVERT
_____

United States Trustee Ilene J. Lashinsky ("UST"), through her undersigned attorney, Daniel P. McKay, respectfully objects to the Debtor's Motion to Continue the hearing on the UST's Motion to Convert. The UST learned from Debtor's attorney in the afternoon of Friday, March 9, 2007, that business records of the Debtor had been removed from the Debtor's business premises. The undersigned, earlier that day, had told Debtor's attorney that the UST would consent to a continuance of the hearing on the UST's Motion to Convert. After receiving the news about the missing business records, the undersigned attempted to call Debtor's attorney that, in light of this very serious development, the UST could not consent to a continuance of the hearing. The undersigned could not reach Debtor's attorney, but left a message on his voice mail.

It is imperative that the UST's Motion to Convert be heard at the earliest possible time. This case should be converted to chapter 7 so that an independent trustee can be appointed. The disappearance of business records is a further indication that there are ongoing losses to, and

diminution of this bankruptcy estate and that grounds for conversion exist under 11 U.S.C. § 1112(b)(4)(A).

WHEREFORE, the United States Trustee objects to the Debtor's Motion to Continue the hearing on the United States Trustee's Motion to Convert.

WHEREFORE, the United States Trustee objects to Debtor's Application to Employ Attorney.

DATED this 12th day of March, 2007.

Respectfully Submitted

ILENE J. LASHINSKY
United States Trustee

/s/ Daniel P. McKay
DANIEL P. McKAY
Attorney for United States Trustee

## CERTIFICATE OF SERVICE

I, the undersigned, Attorney for Office of U.S. Trustee, do hereby certify under penalty of perjury that a copy of the within and foregoing Objection to Application to Employ Attorney was served on the 12th day of March, 2007, through the Court's ECF system, on the following:

Ross R. Richardson
rossrichardon@qwest.net

William L. Needler
williamlneedler@oal.com

Lisa Swan Semansky
semansky@bresnan.net

Clarke B. Rice
Clarkerice@imt.net

Bruce F. Fain
bruce@murphkirk.com

Jeffrey N. Rich
jrich@klng.com

Jeffery A. Hunnes
jhunnes@ghrtlawfirm.com

Christopher P. Birkle
lovellaw@hotmail.com

Alan C. Bryan
abryan@crowleylaw.com

James A. Patten
japatten@ppbglaw.com

Christian T. Nygren
nygren@bigskylawyers.com

Doug James
james@moultonlawfirm.com

Shane P. Coleman
spcoleman@hollandhart.com

Gregory W. Duncan
gd@mt.net

Charles W. Hingle

1    chingle@hollandhart.com

2    Jason S. Ritchie
     jritchie@hollandhart.com
3

4
                                        /s/ Daniel P. McKay
5                                       Daniel P. McKay

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28