Alan C. Bryan  #4501
Crowley, Haughey, Hanson, Toole & Dietrich
490 N 31st Street
Suite 500 TW2
Billings, Montana 59101
(406) 255 7258 ph
(406) 259 4159 fax
abryan@crowleylaw.com

Attorneys for Kia Motors America, Inc.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11  Case No. 06-60855-RBK |
| | ) | Judge Ralph B. Kirscher |
| | ) | |
| INCREDIBLE AUTO SALES, L.L.C., | ) | **KIA MOTORS AMERICA, INC**.'S |
| | ) | **REPORT TO COURT** |
| | ) | **REGARDING DEBTOR'S** |
| Debtor. | ) | **MOTION TO SELL DEALERSHIP** |

_____

Kia Motors America, Inc. ("KMA"), by and through its attorneys, Crowley, Haughey, Hanson, Toole & Dietrich P.L.L.P., hereby files this Report to the Court Regarding Debtor's Motion to Sell Dealership, and states the following:

1.      Prior to the filing date of Debtor's Chapter 11 Petition, the Debtor and KMA were parties to the Kia Dealer Sales and Service Agreement dated July 1, 1997, (the "Dealer Agreement"), pursuant to which the Debtor owned and operated a Kia dealership that sold new and used automobiles from its dealership facilities in Billings, Montana.

2.      On or about January 6, 2007, the Debtor filed its Emergency Motion to Approve the Contract For the Sale of Assets Pursuant to U.S.C. §363 of the Bankruptcy Code and to Provide for Upset Bids Free and Clear of Liens, Claims and Encumbrances (the "Sale Motion") pursuant to which the Debtor sought approval to enter into and carry out the terms of the provisions of an Asset Purchase Agreement dated December 29, 2006 (the "Contract"), between

1

the Debtor and Rimrock Chrysler, Inc. ("Rimrock"), including the "Kia Motors America Franchise and all associated good will."

3.     KMA timely filed its objection to the Sale Motion, citing KMA's contractual and statutory right to review and approve, in advance, any transfer of the Dealer Agreement to Rimrock (the "KMA Objection").

4.     A hearing on the Sale Motion was held on January 23, 2007, at which time the interested parties reached a resolution of all outstanding issues relating to the matter.  The Court entered its Order dated January 24, 2006, which embodied the terms of the agreement between the interested parties, and provided for KMA to object to the assignment of the Dealer Agreement to Rimrock.

5.     KMA reports that it has preliminarily approved Rimrock as the assignee of the Dealer Agreement.  Final approval is dependent, among other things, on KMA's receipt of all required executed closing documents from Rimrock and the Debtor, which KMA has requested. It is KMA's understanding that it has not received such documents yet due to certain issues between Rimrock, the Debtor and the title company, which such parties are trying to resolve on or before Monday March 19, 2007.  It is KMA's further understanding that KMA may receive such documents on Monday March 19, 2007.  Upon receipt of such documents and KMA's final approval, KMA will withdraw the KMA Objection.

Dated this 16th day of March, 2007

CROWLEY, HAUGHEY, HANSON,
 TOOLE & DIETRICH P.L.L.P.


_____/s/ Alan C. Bryan_____
Alan C. Bryan
490 N 31st Street
Suite 500 TW2
Billings, Montana 59101
(406) 255 7258 ph
(406) 259 4159 fax
Attorneys for Kia Motors America, Inc.

2

## CERTIFICATE OF SERVICE

     I hereby certify that on this 16th day of March, 2007, I served a true and correct copy of the foregoing, addressed as follows and by the method shown below:

| | | |
|---|---|---|
| Charles W. Hingle | [   ] | U.S. Mail, postage prepaid |
| Shane P. Coleman | [ x ] | Electronic service |
| Jason S. Ritchie | [   ] | Overnight Delivery |
| Holland & Hart LP | | |
| 401 North 31st Street | | |
| Suite 1500 | | |
| P.O. Box 639 | | |
| Billings, MT  59103-0639 | | |

| | | |
|---|---|---|
| William L. Needler | [   ] | U.S. Mail, postage prepaid |
| P.O. Box 177 | [ x ] | Electronic service |
| Fuller Building Suite H | [   ] | Overnight Delivery |
| 2 North Spruce Street | | |
| Ogallala, NE  69153 | | |

| | | |
|---|---|---|
| Office of the U.S. Trustee | [   ] | U.S. Mail, postage prepaid |
| U.S. Trustee's Office | [ x ] | Electronic service |
| Liberty Center Suite 204 | [   ] | Overnight Delivery |
| 301 Central Avenue | | |
| Great Falls, MT  59401 | | |

| | | |
|---|---|---|
| Bruce F. Fain | [   ] | U.S. Mail, postage prepaid |
| Murphy Kirkpatrick & Fain, PLLP | [ x ] | Electronic service |
| 208 North Broadway, Suite 208 | [   ] | Overnight Delivery |
| P.O. Box 429 | | |
| Billings, MT  59103-0429 | | |

| | | |
|---|---|---|
| Christopher P. Birkle | [   ] | U.S. Mail, postage prepaid |
| Lovell Law Firm PC | [ x ] | Electronic service |
| 175 North 27th Street, Suite 1206 | [   ] | Overnight Delivery |
| P.O. Box 1415 | | |
| Billings, MT  59101 | | |

| | | |
|---|---|---|
| James A. Patten | [   ] | U.S. Mail, postage prepaid |
| Patten Peterman Bekkedahl & Green PLLC | [ x ] | Electronic service |
| 2817 2nd Avenue North, Suite 300 | [   ] | Overnight Delivery |
| Billings, MT  59101 | | |

| | | |
|---|---|---|
| Doug James | [   ] | U.S. Mail, postage prepaid |
| Moulton Bellingham Longo & Mather PC | [ x ] | Electronic service |
| 27 North 27th Street, Suite 1900 | [   ] | Overnight Delivery |
| P.O. Box 2559 | | |
| Billings, MT  59103-2559 | | |

                    /s/ Alan C. Bryan
                    ALAN C. BRYAN