Christopher P. Birkle
Lovell Law Firm, P.C.
175 North 27th Street, Suite 1206
P.O. Box 1415
Billings, MT 59103
Phone: (406) 256-9300
Fax:    (406) 256-9301
I.D. Number: 8046

Attorneys for Creditor
South Seattle Auto Auction

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re:<br><br>INCREDIBLE AUTO SALES, LLC,<br><br>Debtor. | Case No. 06-60855-RBK<br><br>Hon. Ralph B. Kirscher |

------------------------------------------------

# OBJECTION TO DEBTOR'S MOTION REQUESTING TO SURCHARGE THE TWO AUTO AUCTIONS FOR THE DEBTOR'S EXPENSES PAID ON AUTO AUCTION VEHICLES

Creditor in interest, Manheim Services Corporation d/b/a South Seattle Auto Auction ("SSAA"), by and through its undersigned counsel, respectfully submits this Objection to Debtor's motion requesting to surcharge the two auto auction vehicles. SSAA prays that the Court excuse the untimeliness of this objection to Debtor's motion out of its sense of equity and also since the Debtor's motion requests relief that is barred by waiver and collateral estoppel.

On January 16, 2007, this Court in its Judgment in favor of SSAA in Adversary Proceeding No. 06-00120 unequivocally declared that "Incredible Auto has no right or interest to the ten vehicles or the proceeds thereof" subject to SSAA's reclamation claim.

Debtor's request to surcharge SSAA's vehicles for Debtor's expenses paid on the vehicles out of the proceeds received from the sale of said vehicles clearly contravenes this Court's final judgment in the adversary proceeding. Although not excusing the tardiness of the instant objection, the undersigned did not become aware of this motion until today because the undersigned believed that the language in the Judgment cut off any possibility that Debtors could have any interest in the proceeds, including a surcharge.

In addition, a reclamation claim is not a secured claim, which is a requirement under 11 U.S.C. § 506(c) for such a surcharge to be allowed.

SSAA respectfully submits that the Court should deny the instant motion because it contravenes the Court's final judgment in the adversary proceeding. Incredible had every opportunity to in the adversary proceeding to raise the instant motion and failed to do so and is collaterally estopped from doing so now.

The undersigned will file a separate request for an expedited hearing contemporaneously with the instant objection.

## CONCLUSION

For the foregoing reasons, the Court should deny Debtor's motion for request for a surcharge.

DATED this 20th day of March, 2007.

/s/ Christopher Birkle
Lovell Law Firm, P.C.
P.O. Box 1415
Billings, Montana 59103
Phone: (406) 256-9300
Fax: (406) 256-9301

Attorneys for Creditor
South Seattle Auto Auction

## CERTIFICATE OF SERVICE

I hereby certify that, on March 20, 2007, a copy of the foregoing document was served Via CM/ECF the following persons:

| | | |
|---|---|---|
| **PIERRE L. BACHELLER, II**<br>P.O. BOX 2078<br>BILLINGS, MT 59103<br>406.252.8202<br>pbacheller@bachellerlaw.com<br> *Assigned: 02/14/2007* | representing | **TOYOTA MOTOR CREDIT CORPORATION**<br>19001 South Western Avenue<br>PO Box 2958<br>Torrance, CA 90509<br>310 468-5281<br>*(Creditor)* |
| **ALAN C. BRYAN**<br>P.O. BOX 2529<br>BILLINGS, MT 59103-2529<br>406 252-3441<br>abryan@crowleylaw.com<br> *Assigned: 11/02/2006* | representing | **FIRST INTERSTATE BANK**<br>C/O ALAN C. BRYAN<br>CROWLEY LAW FIRM<br>P. O. BOX 2529<br>BILLINGS, MT 59103-2529<br>406-252-3441<br>406-259-4159 (fax)<br>abryan@crowleylaw.com<br>*(Creditor)* |

*Objections to Debtor's Request for Surcharge, page 3 of 7*

**SHANE P. COLEMAN**
401 North 31st Street, Suite 1500
P.O. Box 639
Billings, MT 59103-0639
406-252-2166
800-565-7845 (fax)
spcoleman@hollandhart.com
  *Assigned: 10/20/2006*
  *LEAD ATTORNEY*

representing

**HYUNDAI MOTOR FINANCE CO**
*(Creditor)*

**GARY S. DESCHENES**
P.O. BOX 3466
GREAT FALLS, MT 59403-3466
406 761-6112
descheneslaw@montana.com
  *Assigned: 03/06/2007*

representing

**NICK GUTIERREZ**
*(Creditor)*

**GREGORY W. DUNCAN**
2687 Airport Road, Ste. A
HELENA, MT 59601
406 442-6350
gd@mt.net
  *Assigned: 12/20/2006*

representing

**WFS FINANCIAL, INC**
PO BOAX 25341
SANTA ANA, CA 92799-5341
*(Creditor)*

**BRUCE F. FAIN**
MURPHY, KIRKPATRICK & FAIN
208 NORTH BROADWAY
SUITE 208
BILLINGS, MT 59101
406.256.9700
bruce@murphkirk.com
  *Assigned: 10/17/2006*

representing

**AUTO AUCTION ASSOCIATES OF MONTANA, INC. d/b/a AUTO AUCTION OF MONTANA**
P.O. BOX 1433
BILLINGS, MT 59103
406-252-6332
406-252-8126 (fax)
*(Creditor)*

**CHARLES W. HINGLE**
SUITE 1500
401 NORTH 31ST STREET
BILLINGS, MT 59101
406-252-2166
chingle@hollandhart.com
  *Assigned: 10/20/2006*

representing

**HYUNDAI MOTOR FINANCE CO**
*(Creditor)*

**JEFFERY A. HUNNES**
GUTHAL, HUNNES, REUSS, THOMPSON, PC
P.O. BOX 1977

representing

**Ernie Dutton**
*(Creditor)*

*Objections to Debtor's Request for Surcharge, page 4 of 7*

10 NORTH 27TH STREET
BILLINGS, MT 59103-1977
406.245.3071
jhunnes@ghrtlawfirm.com
*Assigned: 12/20/2006*

**DOUG JAMES**
P.O BOX 2559
BILLINGS, MT 59103
406 248-7731
james@moultonlawfirm.com
*Assigned: 11/14/2006*

representing

**UNITED CAR CARE, INC**
*(Creditor)*

**NEAL G. JENSEN**
UNITED STATES TRUSTEE'S OFFICE
LIBERTY CENTER SUITE 204
301 CENTRAL AVE
GREAT FALLS, MT 59401
406 761-8777
Neal.G.Jensen@usdoj.gov
*Assigned: 11/06/2006*

representing

**OFFICE OF THE U.S. TRUSTEE**
U.S. TRUSTEE'S OFFICE
LIBERTY CENTER SUITE 204
301 CENTRAL AVE
GREAT FALLS, MT 59401
406.761.8777
ustpregion18.gf.ecf@usdoj.gov
*(U.S. Trustee)*

**STEVEN M. JOHNSON**
P.O. BOX 1645
GREAT FALLS, MT 59403
406.761.3000
sjohnson@chjw.com
*Assigned: 01/02/2007*

representing

**FIRST ADVANTAGE CREDCO**
12395 FIRST AMERICAN WAY
POWAY, CA 92064
800-694-1414
*(Creditor)*

**JARED M LEFEVRE**
CROWLEY LAW FIRM
PO BOX 2529
BILLINGS, MT 59103-2529
59103-2529
jlefevre@crowleylaw.com
*Assigned: 01/18/2007*

representing

**KIA MOTORS AMERICA, INC.**
C/O ALAN C. BRYAN
CROWLEY LAW FIRM
PO BOX 2529
BILLINGS, MT 59103-2529
406-252-3441
406-259-4159 (fax)
abryan@crowleylaw.com
*(Creditor)*

*Assigned: 02/13/2007*

representing

**NUVELL CREDIT COMPANY LLC**
C/O JARED M. LEFEVRE
CROWLEY LAW FIRM
P. O. BOX 2529
BILLINGS, MT 59103-2529
406-252-3441
406-259-4159 (fax)

*Objections to Debtor's Request for Surcharge, page 5 of 7*

|  |  |  |
|---|---|---|
|  |  | jlefevre@crowleylaw.com<br>*(Creditor)* |
| **DANIEL P. MCKAY**<br>LIBERTY CENTER SUITE 204<br>301 CENTRAL AVE<br>GREAT FALLS, MT 59401<br>406 761-8777<br>Dan.P.McKay@usdoj.gov<br> *Assigned: 11/27/2006* | representing | **OFFICE OF THE U.S. TRUSTEE**<br>U.S. TRUSTEE'S OFFICE<br>LIBERTY CENTER SUITE 204<br>301 CENTRAL AVE<br>GREAT FALLS, MT 59401<br>406.761.8777<br>ustpregion18.gf.ecf@usdoj.gov<br>*(U.S. Trustee)* |
| **WILLIAM L NEEDLER**<br>555 SKOKIE BLVD STE 500<br>NORTHBROOK, IL 60062<br>847.559.8330<br>williamlneedler@aol.com<br> *Assigned: 10/17/2006* | representing | **INCREDIBLE AUTO SALES LLC**<br>1832 KING AVE WEST<br>BILLINGS, MT 59102<br>406-698-4717<br>406-294-2525 (fax)<br>*(Debtor)* |
| **CHRISTIAN T. NYGREN**<br>PO BOX 4947<br>MISSOULA, MT 59806-4947<br>406 728-1455<br>nygren@bigskylawyers.com<br> *Assigned: 12/05/2006* | representing | **GE COMMERCIAL DISTRIBUTION FINANCE CORP**<br>*(Creditor)* |
| **JAMES A. PATTEN**<br>STE 300, THE FRATT BLDG<br>2817 2ND AVE N<br>BILLINGS, MT 59101<br>(406) 252-8500<br>(406) 294-9500 (fax)<br>japatten@ppbglaw.com<br> *Assigned: 10/30/2006* | representing | **STEVE'S AUTO SALES INC**<br>*(Creditor)* |
| **CLARKE B RICE**<br>PO BOX 23563<br>BILLINGS, MT 59104<br>406-254-2500<br>clarkerice@imt.net<br> *Assigned: 10/19/2006*<br> *TERMINATED: 01/19/2007*<br> *LEAD ATTORNEY* | representing | **INCREDIBLE AUTO SALES LLC**<br>1832 KING AVE WEST<br>BILLINGS, MT 59102<br>406-698-4717<br>406-294-2525 (fax)<br>*(Debtor)* |
| **JEFFREY N RICH**<br>KIRKPATRICK, et al.<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022 | representing | **KIA MOTORS AMERICA INC**<br>*(Interested Party)* |

*Objections to Debtor's Request for Surcharge, page 6 of 7*

212.536.3900
jrich@klng.com
*Assigned: 12/06/2006*
*LEAD ATTORNEY*

**ROSS P. RICHARDSON**
P.O. BOX 399
BUTTE, MT 59701
406 723-3219
rossrichardson@qwest.net
*Assigned: 12/04/2006*

representing **ACCENT MEDIA PRODUCTIONS**
*(Creditor)*

**JASON S RITCHIE**
HOLLAND & HART
401 N 31ST STREET SUITE 1500
BILLINGS, MT 59101
406.252.2166
jritchie@hollandhart.com
*Assigned: 10/20/2006*
*LEAD ATTORNEY*

representing **HYUNDAI MOTOR FINANCE CO**
*(Creditor)*

**LISA SWAN SEMANSKY**
PO BOX 3267
14 5TH STREET SOUTH
GREAT FALLS, MT 59403-3267
406.771.1584
406.453.1584 (fax)
semansky@bresnan.net
*Assigned: 12/22/2006*

representing **MARTY ANDRES**
179 BROWNE ST SO
HIGHWOOD, MT 59450
*(Creditor)*

/s/ Christopher P. Birkle
Lovell Law Firm, P.C.
Attorney for Creditor
South Seattle Auto Auction

*Objections to Debtor's Request for Surcharge, page 7 of 7*