## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

| | | |
|---|---|---|
| **In Re:** | ) | **Case No. 06-60855** |
| | ) | |
| **INCREDIBLE AUTO SALES, LLC.** | ) | **ORDER APPROVING** |
| | ) | **STIPULATION BETWEEN** |
| | ) | **DEBTOR, HYUNDAI AND LESSORS** |
| **Debtor.** | ) | |
| | ) | |

At Butte in said District this 20th day of March, 2007.

In this Chapter 11 bankruptcy, Debtor, Hyundai Motor Finance Company, and Ernie and Leanne Dutton, Livingston Marble and Granite, Inc., William and Evelyn Scalise and Greg and Emily Strong ("Lessors"), by and through their counsel of record, entered into a "Stipulation re: Lease and Motion for Approval" that was filed with the Court on March 19, 2007 ("Stipulation"), providing for rent payment, sale of disputed fixtures, and disposition of other property. The Stipulation was accompanied by a notice provision that grants parties in interest ten days to respond to the stipulation and schedule the matter for hearing.

Subsequently, counsel for the Lessors filed on March 20, 2007, a Motion to Approve Stipulation re: Lease Without Notice or Hearing, requesting that the Court enter an Order approving the Stipulation without notice or hearing. Upon review of the Stipulation the Court finds that it is filed for good cause and that it is in the best interests of the Debtor and the Bankruptcy Estate and that notice and hearing is not required pursuant to LBR 9013-1 as Hyundai Motor Finance Company has obtained a modification of the stay to pursue its nonbankruptcy remedies against the property subject to the Stipulation. Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Approve Stipulation re: Lease Without Notice or Hearing filed March 20, 2007, is GRANTED; the "Stipulation re: Lease and Motion for Approval" that was filed with the Court on March 19, 2007, is APPROVED; and the parties shall perform their obligations as set forth in the Stipulation.

2

**IT IS FURTHER ORDERED** that pursuant to LBR 9013-1(f)(2), any party in interest shall have the right to object, request a hearing and schedule a hearing to reconsider the issuance of this Order within 10 days of the date of the Order.

BY THE COURT

HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana

2