Alan C. Bryan  #4501
Crowley, Haughey, Hanson, Toole & Dietrich
490 N 31st Street
Suite 500 TW2
Billings, Montana 59101
(406) 255 7258 ph
(406) 259 4159 fax
abryan@crowleylaw.com

Attorneys for Kia Motors America, Inc.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA**

| | |
|---|---|
| IN RE: | Chapter 11  Case No. 06-60855-RBK |
| | Judge Ralph B. Kirscher |
| INCREDIBLE AUTO SALES, L.L.C., | **KIA MOTORS AMERICA, INC.**'S **STATUS REPORT OF MARCH 23, 2007** |
| Debtor. | |

Kia Motors America, Inc. ("KMA"), by and through its attorneys, Crowley, Haughey, Hanson, Toole & Dietrich P.L.L.P., hereby files this Status Report of March 23, 2007, pursuant to this Court's Order of March 20, 2007, and states the following:

On or about January 26, 2007, the Debtor filed its Emergency Motion to Approve the Contract For the Sale of Assets Pursuant to U.S.C. §363 of the Bankruptcy Code and to Provide for Upset Bids Free and Clear of Liens, Claims and Encumbrances (the "Sale Motion") pursuant to which the Debtor sought approval to enter into and carry out the terms of the provisions of an Asset Purchase Agreement dated December 29, 2006 (the "Contract"), by and between the Debtor and Rimrock Chrysler, Inc. ("Rimrock"), which included the Dealer Agreement by and between KMA and Debtor.

The undersigned contacted Clark Rice, attorney for Incredible Auto, and received an e-mail from Shane Coleman, counsel for Hyundai Motor Finance Co., concerning the status of closing of this matter, and was informed that closing did not occur today as anticipated due to certain issues Rimrock's lender is attempting to resolve.  Closing has been rescheduled for Monday, March 26, 2007, at 2:00 o'clock p.m., in the offices of Chicago Title Insurance Company, located at 490 North 31st Street, Billings, Montana.

Dated this 23rd day of March, 2007

                        CROWLEY, HAUGHEY, HANSON,
                         TOOLE & DIETRICH P.L.L.P.

                        /s/ Alan C. Bryan
Alan C. Bryan
490 N 31st Street
Suite 500 TW2
Billings, Montana 59101
(406) 255 7258 ph
(406) 259 4159 fax
Attorneys for Kia Motors America, Inc.

## CERTIFICATE OF SERVICE

      I hereby certify that on this 23rd day of March, 2007, I served a true and correct copy of the foregoing, addressed as follows and by the method shown below:

| | | |
|---|---|---|
| Charles W. Hingle<br>Shane P. Coleman<br>Jason S. Ritchie<br>Holland & Hart LP<br>401 North 31st Street<br>Suite 1500<br>P.O. Box 639<br>Billings, MT 59103-0639 | [ ]<br>[ x ]<br>[ ] | U.S. Mail, postage prepaid<br>Electronic service<br>Overnight Delivery |
| William L. Needler<br>P.O. Box 177<br>Fuller Building Suite H<br>2 North Spruce Street<br>Ogallala, NE 69153 | [ ]<br>[ x ]<br>[ ] | U.S. Mail, postage prepaid<br>Electronic service<br>Overnight Delivery |
| Office of the U.S. Trustee<br>U.S. Trustee's Office<br>Liberty Center Suite 204<br>301 Central Avenue<br>Great Falls, MT 59401 | [ ]<br>[ x ]<br>[ ] | U.S. Mail, postage prepaid<br>Electronic service<br>Overnight Delivery |
| Bruce F. Fain<br>Murphy Kirkpatrick & Fain, PLLP<br>208 North Broadway, Suite 208<br>P.O. Box 429<br>Billings, MT 59103-0429 | [ ]<br>[ x ]<br>[ ] | U.S. Mail, postage prepaid<br>Electronic service<br>Overnight Delivery |
| Christopher P. Birkle<br>Lovell Law Firm PC<br>175 North 27th Street, Suite 1206<br>P.O. Box 1415<br>Billings, MT 59101 | [ ]<br>[ x ]<br>[ ] | U.S. Mail, postage prepaid<br>Electronic service<br>Overnight Delivery |
| James A. Patten<br>Patten Peterman Bekkedahl & Green PLLC<br>2817 2nd Avenue North, Suite 300<br>Billings, MT 59101 | [ ]<br>[ x ]<br>[ ] | U.S. Mail, postage prepaid<br>Electronic service<br>Overnight Delivery |
| Doug James<br>Moulton Bellingham Longo & Mather PC<br>27 North 27th Street, Suite 1900<br>P.O. Box 2559<br>Billings, MT 59103-2559 | [ ]<br>[ x ]<br>[ ] | U.S. Mail, postage prepaid<br>Electronic service<br>Overnight Delivery |

                                              /s/ Alan C. Bryan
                                              ALAN C. BRYAN