Alan C. Bryan  #4501
Crowley, Haughey, Hanson, Toole & Dietrich
490 N 31st Street
Suite 500 TW2
Billings, Montana 59101
(406) 255 7258 ph
(406) 259 4159 fax
abryan@crowleylaw.com

Attorneys for Kia Motors America, Inc.

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN RE: | Chapter 11  Case No. 06-60855-RBK |
| | Judge Ralph B. Kirscher |
| INCREDIBLE AUTO SALES, L.L.C., | **KIA MOTORS AMERICA, INC.**'S |
| | **NOTICE OF CLOSING OF** |
| | **FRANCHISE SALE** |
| Debtor. | |

Kia Motors America, Inc. ("KMA"), by and through its attorneys, Crowley, Haughey, Hanson, Toole & Dietrich P.L.L.P., hereby files this Notice of Closing of Franchise Sale, pursuant to this Court's Order of March 20, 2007, and states the following:

On or about January 26, 2007, the Debtor filed its Emergency Motion to Approve the Contract For the Sale of Assets Pursuant to U.S.C. §363 of the Bankruptcy Code and to Provide for Upset Bids Free and Clear of Liens, Claims and Encumbrances (the "Sale Motion") pursuant to which the Debtor sought approval to enter into and carry out the terms of the provisions of an Asset Purchase Agreement dated December 29, 2006 (the "Contract"), by and between the Debtor and Rimrock Chrysler, Inc. ("Rimrock"), which included the Dealer Agreement by and between KMA and Debtor (the "Franchise Agreement").

The undersigned was contacted by Clark Rice, attorney for Incredible Auto, and was informed that the sale to Rimrock closed today, March 26, 2007, at about 3:00 p.m. In order to finally approve the assignment of the Franchise Agreement to Rimrock, KMA must review certain assignment documents executed by Rimrock and Debtor, and if they are in order, execute the same and notify the State of Montana of the final assignment of the Franchise Agreement to Rimrock. The undersigned understands that the appropriate documentation is being sent this day to KMA via overnight delivery for it's review, and if acceptable, final approval. During this short time period, Debtor is still obligated to perform pursuant to the terms of the Franchise Agreement, and KMA would request that the Court refrain from converting this case to one under Chapter 7 of the Bankruptcy Code until KMA has finally approved the assignment and the State of Montana is notified of the transfer of the Franchise Agreement to Rimrock. KMA will file a notice with the Court indicating that it has granted final approval of the assignment of the Franchise Agreement and that the State of Montana has been notified of the same.

Dated this 26th day of March, 2007

        CROWLEY, HAUGHEY, HANSON,
         TOOLE & DIETRICH P.L.L.P.

          /s/ Alan C. Bryan
        Alan C. Bryan
        490 N 31st Street
        Suite 500 TW2
        Billings, Montana 59101
        (406) 255 7258 ph
        (406) 259 4159 fax
        Attorneys for Kia Motors America, Inc.

## CERTIFICATE OF SERVICE

      I hereby certify that on this 26th day of March, 2007, I served a true and correct copy of the foregoing, addressed as follows and by the method shown below:

| | | |
|---|---|---|
| Charles W. Hingle | [ ] | U.S. Mail, postage prepaid |
| Shane P. Coleman | [ x ] | Electronic service |
| Jason S. Ritchie | [ ] | Overnight Delivery |
| Holland & Hart LP | | |
| 401 North 31st Street | | |
| Suite 1500 | | |
| P.O. Box 639 | | |
| Billings, MT 59103-0639 | | |
| | | |
| William L. Needler | [ ] | U.S. Mail, postage prepaid |
| P.O. Box 177 | [ x ] | Electronic service |
| Fuller Building Suite H | [ ] | Overnight Delivery |
| 2 North Spruce Street | | |
| Ogallala, NE 69153 | | |
| | | |
| Office of the U.S. Trustee | [ ] | U.S. Mail, postage prepaid |
| U.S. Trustee's Office | [ x ] | Electronic service |
| Liberty Center Suite 204 | [ ] | Overnight Delivery |
| 301 Central Avenue | | |
| Great Falls, MT 59401 | | |
| | | |
| Bruce F. Fain | [ ] | U.S. Mail, postage prepaid |
| Murphy Kirkpatrick & Fain, PLLP | [ x ] | Electronic service |
| 208 North Broadway, Suite 208 | [ ] | Overnight Delivery |
| P.O. Box 429 | | |
| Billings, MT 59103-0429 | | |
| | | |
| Christopher P. Birkle | [ ] | U.S. Mail, postage prepaid |
| Lovell Law Firm PC | [ x ] | Electronic service |
| 175 North 27th Street, Suite 1206 | [ ] | Overnight Delivery |
| P.O. Box 1415 | | |
| Billings, MT 59101 | | |
| | | |
| James A. Patten | [ ] | U.S. Mail, postage prepaid |
| Patten Peterman Bekkedahl & Green PLLC | [ x ] | Electronic service |
| 2817 2nd Avenue North, Suite 300 | [ ] | Overnight Delivery |
| Billings, MT 59101 | | |
| | | |
| Doug James | [ ] | U.S. Mail, postage prepaid |
| Moulton Bellingham Longo & Mather PC | [ x ] | Electronic service |
| 27 North 27th Street, Suite 1900 | [ ] | Overnight Delivery |
| P.O. Box 2559 | | |
| Billings, MT 59103-2559 | | |

                                                            /s/ Alan C. Bryan
                                                            ALAN C. BRYAN