Alan C. Bryan  #4501
Crowley, Haughey, Hanson, Toole & Dietrich
490 N 31st Street
Suite 500 TW2
Billings, Montana 59101
(406) 255 7258 ph
(406) 259 4159 fax
abryan@crowleylaw.com

Attorneys for Kia Motors America, Inc.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11  Case No. 06-60855-RBK |
| | ) | Judge Ralph B. Kirscher |
| | ) | |
| INCREDIBLE AUTO SALES, L.L.C., | ) | **KIA MOTORS AMERICA, INC**.'S |
| | ) | **NOTICE OF FINAL APPROVAL** |
| | ) | **OF ASSIGNMENT OF** |
| Debtor. | ) | **FRANCHISE AGREEMENT** |

_____

Kia Motors America, Inc. ("KMA"), by and through its attorneys, Crowley, Haughey, Hanson, Toole & Dietrich P.L.L.P., hereby files this Notice of Final Approval of Assignment of Franchise Agreement, pursuant to this Court's Order of March 20, 2007, and states the following:

On or about January 26, 2007, the Debtor filed its Emergency Motion to Approve the Contract For the Sale of Assets Pursuant to U.S.C. §363 of the Bankruptcy Code and to Provide for Upset Bids Free and Clear of Liens, Claims and Encumbrances (the "Sale Motion") pursuant to which the Debtor sought approval to enter into and carry out the terms of the provisions of an Asset Purchase Agreement dated December 29, 2006 (the "Contract"), by and between the Debtor and Rimrock Chrysler, Inc. ("Rimrock"), which included the Dealer Agreement by and between KMA and Debtor (the "Franchise Agreement").

1

KMA reports that it has received those documents necessary for final approval of the transfer of the Franchise Agreement to Rimrock, and has approved the transfer and assignment. Further KMA reports that Rimrock has received its dealer identification number from the State of Montana in connection with the Kia franchise.  Accordingly, the Franchise Agreement has been formally assigned from Debtor to Rimrock.

Dated this 30th day of March, 2007

CROWLEY, HAUGHEY, HANSON,
TOOLE & DIETRICH P.L.L.P.

_____/s/ Alan C. Bryan_____
Alan C. Bryan
490 N 31st Street
Suite 500 TW2
Billings, Montana 59101
(406) 255 7258 ph
(406) 259 4159 fax
Attorneys for Kia Motors America, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of March, 2007, I served a true and correct copy of the foregoing, addressed as follows and by the method shown below:

| | | |
|---|---|---|
| Charles W. Hingle | [  ] | U.S. Mail, postage prepaid |
| Shane P. Coleman | [ x ] | Electronic service |
| Jason S. Ritchie | [  ] | Overnight Delivery |
| Holland & Hart LP | | |
| 401 North 31st Street | | |
| Suite 1500 | | |
| P.O. Box 639 | | |
| Billings, MT  59103-0639 | | |
| | | |
| William L. Needler | [  ] | U.S. Mail, postage prepaid |
| P.O. Box 177 | [ x ] | Electronic service |
| Fuller Building Suite H | [  ] | Overnight Delivery |
| 2 North Spruce Street | | |
| Ogallala, NE  69153 | | |
| | | |
| Office of the U.S. Trustee | [  ] | U.S. Mail, postage prepaid |
| U.S. Trustee's Office | [ x ] | Electronic service |
| Liberty Center Suite 204 | [  ] | Overnight Delivery |
| 301 Central Avenue | | |
| Great Falls, MT  59401 | | |
| | | |
| Bruce F. Fain | [  ] | U.S. Mail, postage prepaid |
| Murphy Kirkpatrick & Fain, PLLP | [ x ] | Electronic service |
| 208 North Broadway, Suite 208 | [  ] | Overnight Delivery |
| P.O. Box 429 | | |
| Billings, MT  59103-0429 | | |
| | | |
| Christopher P. Birkle | [  ] | U.S. Mail, postage prepaid |
| Lovell Law Firm PC | [ x ] | Electronic service |
| 175 North 27th Street, Suite 1206 | [  ] | Overnight Delivery |
| P.O. Box 1415 | | |
| Billings, MT  59101 | | |
| | | |
| James A. Patten | [  ] | U.S. Mail, postage prepaid |
| Patten Peterman Bekkedahl & Green PLLC | [ x ] | Electronic service |
| 2817 2nd Avenue North, Suite 300 | [  ] | Overnight Delivery |
| Billings, MT  59101 | | |
| | | |
| Doug James | [  ] | U.S. Mail, postage prepaid |
| Moulton Bellingham Longo & Mather PC | [ x ] | Electronic service |
| 27 North 27th Street, Suite 1900 | [  ] | Overnight Delivery |
| P.O. Box 2559 | | |
| Billings, MT  59103-2559 | | |

/s/ Alan C. Bryan
ALAN C. BRYAN