JARED M. LE FEVRE        ID No.: 5979
CROWLEY, HAUGHEY, HANSON,
 TOOLE & DIETRICH P.L.L.P.
500 TRANSWESTERN PLAZA II
490 NORTH 31ST STREET
P. O. BOX 2529
BILLINGS, MT  59103-2529
TELEPHONE: (406) 252-3441
FACSIMILE: (406) 259-4159
EMAIL:  jlefevre@crowleylaw.com

ATTORNEYS FOR NUVELL CREDIT COMPANY LLC

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| IN RE: ) | Bankruptcy No.:  06-60855-RBK-11 |
| ) | |
| INCREDIBLE AUTO SALES LLC, ) | |
| ) | **WITHDRAWAL OF OBJECTION OF** |
| ) | **NUVELL CREDIT COMPANY LLC TO** |
| Debtor. ) | **DEBTOR'S MOTION FOR LEAVE TO** |
| _____ ) | **TRANSFER VEHICLES** |

Nuvell Credit Company LLC hereby withdraws its objection to Debtor's Motion for

Leave to Transfer Vehicles, which Nuvell filed on March 15, 2007.

Dated this 3rd day of April, 2007.

                                CROWLEY, HAUGHEY, HANSON,
                                 TOOLE & DIETRICH P.L.L.P.

                                By      /s/ Jared M. Le Fevre
                                  JARED M. LE FEVRE
                                  P. O. Box 2529
                                  Billings, MT  59103-2529
                                Attorneys for Nuvell Credit Company LLC

## CERTIFICATE OF SERVICE

Under penalty of perjury, I hereby certify that on the 3rd day of April, 2007, a true and exact copy of the foregoing was served upon the following parties of record:

[X]     via ECF

William L. Needler
555 Stokie Blvd Ste 500
Northbrook, IL  60062
By ECF Notice

Daniel P. McKay
Liberty Center Suite 204
301 Central Ave.
Great Falls, MT  59401
By ECF Notice

Neal G. Jensen
Assistant U.S. Trustee
Liberty Center, Ste 204
Great Falls, MT  59401
By ECF Notice

        /s/ Jared M. Le Fevre
JARED M. Le FEVRE