UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

**INCREDIBLE AUTO SALES LLC**,      Case No. **06-60855-11**

Debtor.

# *O R D E R*

At Butte in said District this 10th day of April, 2007.

In accordance with the Memorandum of Decision entered in the above-referenced bankruptcy case on this same date,

IT IS ORDERED that the Motion to Convert filed by the United States Trustee on December 28, 2006, is GRANTED; and this case is CONVERTED to Chapter 7 of the Bankruptcy Code.

BY THE COURT

_____
HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana

1