UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

**INCREDIBLE AUTO SALES LLC**,

Debtor.

Case No. **06-60855-7**

# O R D E R

At Butte in said District this 26th day of April, 2007.

In this Chapter 7 bankruptcy, after due notice, a hearing was held April 24, 2007, in Billings on: (1) "Debtor's Motion for Leave to Transfer Vehicles Held in the Debtor's Inventory to Certain Financial Institutions in Full Settlement and Release of All Debt and Claims Against the Debtor and the Consumer Buyers" filed March 4, 2007; (2) "Debtor's Motion as to Employment of Special Counsel and to Provide for the Payment of Fees and Expenses for the Special Counsel" filed March 7, 2007; and (3) approval of the "First Interim Application for Fees and Expenses Sought in Chapter 11" filed by attorney William Needler on March 8, 2007. Attorney William Needler appeared at the hearing on behalf of Debtor and withdrew Debtor's motion to employ special counsel. The Court then proceeded, given the conversion of this case to Chapter 7 of the Bankruptcy Code, to deny Debtor's Motion for Leave to Transfer Vehicles Held in the Debtor's Inventory to Certain Financial Institutions in Full Settlement and Release of All Debt and Claims Against the Debtor and the Consumer Buyers.

The Court heard statements with respect to approval of the First Interim Application for Fees and Expenses Sought in Chapter 11 filed by attorney William Needler on March 8, 2007. The foregoing matter was taken under advisement and will be ruled upon by separate order of

this Court. However, as to the other two matters on the Court's April 24, 2007, calendar,

IT IS ORDERED that Debtor's Motion for Leave to Transfer Vehicles Held in the Debtor's Inventory to Certain Financial Institutions in Full Settlement and Release of All Debt and Claims Against the Debtor and the Consumer Buyers filed March 4, 2007, is DENIED; and Debtor's Motion as to Employment of Special Counsel and to Provide for the Payment of Fees and Expenses for the Special Counsel filed March 7, 2007, is deemed WITHDRAWN.

BY THE COURT

_Ralph B. Kirscher_
HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana