IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| **In Re** ) | Case No. 06-60855-7 |
| ) | |
| **INCREDIBLE AUTO SALES, LLC.** ) | ORDER APPROVING |
| ) | STIPULATION FOR REJECTION |
| ) | OF LEASE |
| **Debtor.** ) | |
| ) | |

At Butte in said District this 1st day of May, 2007.

On April 16, 2007, the Chapter 7 Trustee, Joseph V. Womack, and Ernie Dutton and the co-tenant Lessors filed a Stipulation for Rejection of Lease and Motion for Approval ("Stipulation"), providing for rejection and termination of Debtor's Lease dated March 15, 1996, ("Lease") of the Premises at 1832 King Avenue West, Billings Montana ("Premises").  The Premises was the former location of Debtor's Kia Franchise automobile dealership.  The Court has previously approved sale and transfer of Debtor's Kia Franchise to Rimrock Auto Group.  No objection and request for hearing on the Stipulation has been filed after notice, which the Court deems an admission that the Stipulation should be approved without further notice or hearing.

Upon review of the Stipulation, and in the absence of any timely opposition to the motion for approval by any party in interest, and the representation that Debtor is no longer occupying or conducting business at the Premises, the Court finds that the terms of the Stipulation for Rejection is fair and equitable and should be approved without further notice or hearing.

1

**IT IS HEREBY ORDERED** the Motion for Approval of Stipulation filed April 16, 2007 (Docket No. 361) is granted; the Stipulation for Rejection of Lease and Motion for Approval filed April 16, 2007 is **APPROVED**; and Debtor's Lease of the Premises is hereby rejected and terminated.

**IT IS FURTHER ORDERED** that the parties shall perform their obligations as set forth in the Stipulation for Rejection.

BY THE COURT

/s/ Ralph B. Kirscher
HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana