William L. Needler
William L. Needler and Associates
555 Skokie Blvd., Ste 500
Northbrook, IL  60062
(847) 559-8330 ph
(847) 559-8331 fax
Bar ID 02025248
E-Mail: WilliamLNeedler@aol.com
Attorneys for the Debtor
Incredible Auto Sales LLC

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

| | | |
|---|---|---|
| IN RE: | ) | |
| Incredible Auto Sales L.L.C. | ) | Case No.  06-60855-RBK |
| | ) | |
| Debtor | ) | A Chapter 11 Proceeding |
| | ) | for Reorganization |
| | ) | |
| | ) | Judge Ralph B. Kirscher |
| | ) | |

## COVER SHEET FOR FINAL APPLICATION FOR
## PROFESSIONAL COMPENSATION

**Name of Applicant**:          William L. Needler and Associates

**Authorized to Provide
Professional Services to**:     Incredible Auto Sales L.L.C.

### Final Application for
### Fees and Expenses Sought in Chapter 11

**Date of Order
Authorizing Chapter 11
Employment**:                   October 19, 2006

**Period for which
Compensation in
Chapter 11 is Sought**:         February 28, 2007 through April 10, 2007

| | |
|---|---|
| **Amount of Chapter 11 Attorney's Fee Sought**: in this period | $13,750.00 |
| **Amount of Expense Reimbursement Sought**: | $    486.14 |
| **Total Fees and Expenses Sought:** | $14,236.14 |
| **Less Retainer Received:** | -$00   **(Detail on First Interim Application)** |
| **Total Fees and Expenses on First Fee Application:** | $74,917.71 |
| **Total Listed in Application:** | $89,153.85 |
| **AWARD REQUESTED AT THIS TIME:** | $89,153.85 |
| **PAYOUT REQUESTED:** | $89,153.85   **(Gross Amount requested after Deduction for Retainer and Costs received.)** |

Dated:  May 13, 2007

      /s/ William L. Needler_____
      Attorney for the Debtor