UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

**INCREDIBLE AUTO SALES LLC,**

Debtor.

Case No. **06-60855-7**

*O R D E R*

At Butte in said District this 31st day of May, 2007.

In this Chapter 7 bankruptcy the Trustee Joseph V. Womack ("Womack") filed on May 31, 2007, a Trustee's Application to Serve as Attorney seeking to employ himself as attorney for the estate. Upon review of the Application and Womack's affidavit attached thereto, and it appearing that Womack is a licensed and experienced bankruptcy attorney, and the Court being satisfied that said professional is disinterested and represents no interest substantially adverse to the estate in the matters upon which this case concerns, and that Womack's employment is necessary and would be in the best interests of the estate,

**IT IS ORDERED** the Trustee's Application to Serve as Attorney, filed May 31, 2007, is **GRANTED**; and Joseph V. Womack is employed as attorney for the estate. All compensation awarded and paid to said professional shall be subject to Court approval after proper application.

BY THE COURT

HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana