William L. Needler
William L. Needler and Associates
555 Skokie Blvd Ste 500
Northbrook, IL 60062
(847) 559-8330 ph
(847) 559-8331 fax
Bar ID 02025248
E-Mail: WilliamLNeedler@aol.com
    Attorneys for the Debtor
    Incredible Auto Sales LLC

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MONTANA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| INCREDIBLE AUTO SALES L.L.C. | ) | Case No. 06-60855-RBK |
| | ) | |
| | ) | Judge Ralph B Kirscher |
| | ) | |
| Debtor | ) | A Chapter 11 Proceedings |
| | ) | For Reorganization |
| | ) | Converted to a Chapter 7 |

## NOTICE OF APPEAL

## BY APPELLANT DEBTOR'S ATTORNEY

## FROM VARIOUS ORDERS OF THE U.S. BANKRUPTCY COURT

## WHICH DENIED OVER $92,641.98

## IN REQUESTED AWARD OF FINAL FEES AND EXPENSES IN A CHAPTER 11

## AND FURTHER ORDERED

## APPELLANT TO DISGORGE $3,388.31 IN MONEYS FROM THIRD PARTIES

    Notice is hereby given that the Appellant, Debtors Attorney William L. Needler and his Law Firm William L. Needler and Associates hereby appeals from two Orders of

the U.S. Bankruptcy from the District of Montana both of which have ordered the denial of the Allowance of Final Fees and Expenses of the Appellant Attorney William L. Needler of the Law Firm of William L. Needler and Associates of Northbrook, Illinois, who were the Debtor's lawyers in this Chapter 11 of:

- A.) The amount of $92,541.98 in allowance of Final Fees and Expenses in this successful Automotive Dealer Chapter 11 as listed above; and
- B.) Further ordered the disgorgement of $3,388.31 of monies from an agreed prepetition advance for a retainer, fees and costs paid to this Appellant.
- C.) These funds of $3,388.31 were monies which did NOT come from the estate, but from a third party individual not a creditor of the estate: and
- D.) The Order for disgorgement to be paid over to the Chapter 7 Trustee in the Corporate Chapter 7 case.

The Orders Appealed from dated May 30, 2007 and May 18, 2007, which respectively are at Docket Numbers #385 and #379 (with Memorandum at Docket # 378) and further:

1.) Denied Appellants Motion to Modify, Amend, Vacate and Reconsider the Order of May 18, 2007 relating to Attorney's Fees and Costs and to request the Court to set a rehearing and trial.

The Debtor/Appellant herein, Appeals all the provisions of the above two Orders listed above and docketed as above and also attached.

The names of the parties to the Orders of Appealed from and their Attorneys and their addresses and phone numbers are as follows:

Incredible Auto Sales LLC
1645 Avenue B, Ste B
Billings, Montana 59101
(406) 254-2500 ph
(406) 254-2585 fax
(Debtor)

William L. Needler
William L. Needler and Associates
555 Skokie Blvd Ste 500
Northbrook, IL 60062
(847) 559-8330 ph
(847) 550-8331 fax
Bar ID 020225248
(Debtor/Attorney Appellant)

Dan McKay
US Trustee Office
Liberty Center Ste 204
301 Central Avenue
Great Falls, Montana 59401
(406) 761-8777 phone
(406) 761-8895 fax
(Appellee)

Joe Womack
303 North Broadway Ste 805
Billings, Montana 59101
(406) 252-7200 phone
(406) 252-4266 fax
(Appellee)

June 10, 2007

                                                Respectfully Submitted,
                                                <u>/s/ William L. Needler</u>
                                                Debtor's Attorney and Appellant herein