Bruce F. Fain
Murphy, Kirkpatrick & Fain, P.L.L.P.
208 North Broadway, Suite 208
P.O. Box 429
Billings, MT 59103-0429
Phone: (406) 256-9700
Fax: (406) 256-9755
E-mail: bruce@murphkirk.com
I.D. Number: 3377

Attorneys for Plaintiff
    Auto Auction of Montana

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re:<br><br>INCREDIBLE AUTO SALES, LLC,<br><br>                          Debtor. | CASE NO. 06-60855<br><br>**SECOND APPLICATION FOR<br>ADMINISTRATIVE EXPENSES** |

- - - - - - - - - - - - - - - - -

AUTO AUCTION ASSOCIATES OF MONTANA, INC., d/b/a AUTO AUCTION OF MONTANA a/k/a AUTO AUCTION OF BILLINGS ("Auto Auction"), through its counsel, and pursuant to 11 U.S.C. § 503(b)(9) submits this Second Application for Administrative Expenses.

Auto Auction makes this application on the grounds that it is entitled to an administrative expense for goods received by the debtor within twenty (20) days before the commencement of bankruptcy when the goods were sold to the debtor in the debtor's ordinary course of business. This application is being made for

vehicles which the debtor received and were sold, and proceeds applied to reduce the claim of the Debtor's primary secured lender.

This application is being made in addition to the prior application, dated January 16, 2007, which was approved by an order of the Bankruptcy Court on February 28, 2007.

In particular, Auto Auction requests an additional amount of $65,135.00 to be approved as an administrative expense for the following vehicles:

| Year | Make | Model | VIN | Value |
|---|---|---|---|---|
| 2004 | CHEVY | BLAZER | 1GNDT13X74K163169 | $3,250.00 (balance remaining of value of advance not recovered in reclamation proceeding) |
| 2005 | PONTIAC | MONTANA | 1GMDV23E75D121917 | $12,700.00 |
| 2004 | FORD | RANGER | 1FTZR44E34PA07225 | $10,050.00 |
| 2005 | CHEVY | MALIBU | 1G1ND52F75M177176 | $8,700.00 |
| 2003 | CHEVY | MALIBU | 1G1ND52J93M699843 | $7,100.00 |
| 2005 | CHRYSLER | SEBRING | 1C3EL46X35N568587 | $9,560.00 |
| 2006 | KIA | SORRENTO | KNDJC733565573207 | $13,775.00 |

Each of the above vehicles were the subject of sales to the Debtor

2

within twenty (20) days of the filing of bankruptcy and were sold and the proceeds were used to reduce the secured claim of the Debtor's primary lender after the Court denied Auto Auction's reclamation claim in Adversary Proceeding No. 06-00119.

DATED this 17th day of August, 2007.

                                     Murphy, Kirkpatrick & Fain, P.L.L.P.
                                     208 North Broadway, Suite 208
                                     P.O. Box 429
                                     Billings, MT 59103-0429

                                     By: /S/ Bruce F. Fain
                                         Bruce F. Fain
                                         Attorneys for Plaintiff Auto
                                         Auction of Montana

_____

**NOTICE TO CREDITORS**
_____

**If you object to the application, you must file a written responsive pleading and request a hearing within ten (10) days of the date of the motion.  The objecting party shall schedule the hearing and shall include in the caption of the responsive pleading the date, time and location of the hearing by inserting in the caption the following:**

                 **NOTICE OF HEARING**
                 **Date: _____**
                 **Time: _____**
                 **Location: _____**

**This contested matter shall be scheduled for hearing for the next hearing date scheduled in the division within which the case is filed.  The date, time, and location of the hearing can be obtained from the Clerk of Court or from the Court's website at www.mtb.uscourt.gov.  In the event such scheduled hearing date is thirty (30) days beyond the filing date of the motion for relief, then a preliminary hearing within such thirty (30) day period shall be scheduled by the responding party after such party contacts the**

**Clerk of Court to confirm the preliminary telephone hearing date and time, which shall be set forth in the response.**

**If you fail to file a written response to the above Motion to Modify Stay with the particularity required by Mont. LBR 4001-1(b), and request a hearing, within ten (10) days of the date of this Notice, with service on the undersigned and all parties entitled to service under all applicable rules, then your failure to respond or to request a hearing will be deemed an admission that the motion for relief should be granted without further notice of hearing.**

DATED this 17th day of August, 2007.

Murphy, Kirkpatrick & Fain, P.L.L.P.
208 North Broadway, Suite 208
P.O. Box 429
Billings, MT 59103-0429


By: /S/ Bruce F. Fain
    Bruce F. Fain
    Attorneys for Auto Auction

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 17th day of August, 2007, a copy of the SECOND APPLICATION FOR ADMINISTRATIVE EXPENSES was served upon counsel of record by the following method:

 1-5, 7-19     CM/ECF

          Mail

1.  William L. Needler
    William L. Needler and Associates
    555 Skokie Blvd. Ste. 500
    Northbrook, IL 60062
    williamlneedler@aol.com

2.  Charles W. Hingle
    Shane P. Coleman
    P.O. Box 639
    Billings, MT 59103-0639
    chingle@hollandhart.com

4

3. Neal G. Jensen
   U.S. Trustee
   Liberty Center, Ste. 204
   301 Central Ave.
   P.O. Box 3509
   Great Falls, MT 59401
   Neal.G.Jensen@usdoj.gov

4. James A. Patten
   Patten, Peterman, Bekkedahl
     & Green, PLLC
   2817 2nd Avenue North, #300
   Billings, MT 59101
   japatten@ppbglaw.com

5. Lance Lovell
   P.O. Box 1415
   Billings, MT 59103
   lovellaw@hotmail.com

6. Ken Cornelison
   Incredible Auto Sales, LLC
   1832 King Avenue West
   Billings, MT 59102

7. Alan C. Bryan
   P.O. Box 2529
   Billings, MT 59103-2529
   abrayn@crowleylaw.com

8. Shane P. Coleman
   Holland & Hart
   P.O. Box 639
   Billings, MT 59103-0639
   spcoleman@hollandhart.com

9. Gregory W. Duncan
   2687 Airport Road, Ste. A
   Helena, MT 59601
   gd@mt.net

10. Jeffrey A. Hunnes
    Guthal, Hunnes, Reuss, Thompson, PC
    P.O. Box 1977
    Billings, MT 59103-1977
    jhunnes@ghrtlawfirm.com

11. Doug James
    Moulton, Bellingham, Longo & Mather, PC
    P.O. Box 2559
    Billings, MT 59103
    james@moultonlawfirm.com

12. Steven M. Johnson
    Church, Harris, Johnson & Williams, PC
    P.O. Box 1645
    Great Falls, MT 59403
    sjohnson@chjw.com

13. Daniel P. McKay
    Office of the U.S. Trustee
    Liberty Center Suite 204
    301 Central Ave.
    Great Falls, MT 59401
    Dan.P.McKay@usdoj.gov

14. Christian T. Nygren
    Milodragovich, Dale, Steinbrenner & Binney, PC
    P.O. Box 4947
    Missoula, MT 59806-4947
    nygren@bigskylawyers.com

15. Clarke B. Rice
    P.O. Box 23563
    Billings, MT 59104
    clarkerice@imt.net

16. Jeffrey N. Rich
    Kirkpatrick & Lockhart Nicholson Graham LLP
    599 Lexington Avenue
    New York, NY 10022
    jrich@klng.com

17. Ross P. Richardson
    P.O. Box 399
    Butte, MT 59701
    rossrichardson@qwest.net

18. Jason S. Ritchie
    Holland & Hart
    401 N 31st Street Suite 1500
    Billings, MT 59101
    jritchie@hollandhart.com

19. Lisa Swan Semansky
    Semansky Law Office
    P.O. Box 3267
    Great Falls, MT 59403-3267
    semanksy@bresnan.net

                                                  /S/    Bruce F. Fain