Joseph V. Womack
**WALLER & WOMACK, P.C.**
Suite 805 US Bank Building
303 North Broadway
Billings, Montana 59101
Telephone: (406) 252-7200
Fax: (406) 252-4266
jwomack@jvwlaw.com
Attorney No. 2641

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF MONTANA

| | |
|---|---|
| IN RE ) | Case No.06-60855-7 |
| ) | |
| INCREDIBLE AUTO SALES LLC ) | |
| ) | |
| Debtor. ) | |
| _____) | |

_____

**TRUSTEE'S OBJECTION TO AUTO AUCTION'S SECOND
APPLICATION FOR ADMINISTRATIVE EXPENSES**
_____

**NOTICE OF HEARING**

**Please take notice that a hearing on the Trustee's Objection to Auto Auction's Second Application for Administrative Expenses will be held at the following time and place at which you must appear if you wish to contest this objection:**

> Date: September 18, 2007
> Time: 09:00 a.m.
> Location: 316 N. 26th Street 5th Floor CRTRM Billings, MT 59101

      COMES NOW the Trustee, and objects to the Second Application for Administrative Expenses filed by Auto Auction Associates of Montana to the extent that moveant seeks Tier I Administrative Expense Status for this claim. Under 11 U.S.C. §726(b) this claim should be awarded Tier II Administrative Status and Trustee has no objection to the second application

provided that the claim is treated in this fashion.

DATED August 21, 2007.

**WALLER & WOMACK, P.C.**

By: /s/ Joseph V. Womack
Joseph V. Womack, attorney for
The Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that I caused to be mailed a true, complete and correct copy of the foregoing to:

Office of U.S. Trustee (via ECF)

Bruce F. Fain (via ECF)

Dated this 21st day of August, 2007

By:/s/ Jill Jensen
Jill Jensen