William L. Needler
William L. Needler and Associates
555 Skokie Blvd Ste 500
Northbrook, IL 60062
(847) 559-8330 ph
(847) 559-8331 fax
Bar ID 02025248
E-Mail: WilliamLNeedler@aol.com
    Attorneys for the Debtor
    Incredible Auto Sales LLC

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MONTANA**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| INCREDIBLE AUTO SALES L.L.C.) | Case No. 06-60855-RBK |
| ) | |
| ) | Judge Ralph B Kirscher |
| ) | |
| Debtor ) | A Chapter 11 Proceedings |
| ) | For Reorganization |
| ) | Converted to a Chapter 7 |

**FIRST SUPPLEMENT TO ALLOWANCE OF**

**TWO APPLICATIONS FOR FEES AND EXPENSES FOR**

**DEBTOR'S ATTORNEY ON REMAND FROM THE U.S. DISTRICT COURT**

NOW COMES William L. Needler of William L. Needler and Associates and as a result of the Order of Remand issued by the U.S. District Court on July 27, 2007, and further instructions by the Clerk's Offices of the U.S. Bankruptcy Court after Remand, and herein requests this U.S. Bankruptcy Court approve these Supplemental Attorney Fees and Costs incurred since the Final Application for Fees and Expenses filed May 14,2007 in pursuit of relief under 11 USC Section 330 of the U.S. Bankruptcy Code.

    IN SUPPORT hereof:

  1.) The Debtor's Attorney, this Applicant, William L. Needler attaches hereto

<u>Exhibit A</u>, which is a listing of tasks, times and dates of efforts made by this Applicant in pursuit of the payment and allowance of his Attorney Fees and Expenses for this Debtor's Attorney under 11 USC Section 330 of the Bankruptcy Code;

2.) This First Supplement to the Interim Application and the Final Application on file with this Court, covers time entries for the period of April 16, 2007 through June 21, 2007;

3.) These entries include work on:

- Motion to Reconsider, Vacate and Amend this Court's Order of April 10, 2007, which appointed a Chapter 7 Trustee and which made certain incorrect findings of fact, and to correct the Record affecting potential Fee Awards to the Applicant;
- Preparation of Applicant's Final Application for Fees and Expenses;
- Motion to Reconsider this Court's Order on Fees and Expenses dated May 18, 2007;
- Notice of Appeal and Designation of Record;

4.) All these Supplemental Expenses and Costs are related to this Applicant's request to be paid his legitimate Fees and Costs in this Chapter 11.

5.) Fees for successfully litigating fee award on successful appeal are allowed. In Re. Manoa Finance Company 853 F2d 687 (9th Cir. 1988).

WHEREFORE, William L. Needler, the Debtor's Attorney and Applicant herein, requests this Court on Remand in addition to approving his previous Fees and Costs

filed herein, to rule on this Supplemental Application. (<u>Exhibit A</u> attached.)

August 25, 2007

<u>/s/ William L. Needler</u>
Debtor's Attorney in Chapter 11 and Applicant