Date 08/23/07            WILLIAM L. NEEDLER & ASSOCIATES            Page 1
Time 8:55 pm    06-60855-RBK    Doc#: 408-1    Filed: 08/25/07    Entered: 08/25/07 13:45:23    Page 1 of 5
Client Billing Worksheet

═══════════════ Selection Criteria ═══════════════

| | |
|---|---|
| Date range | :04/16/07 through 06/21/07 |
| Slip numbers | :38723 through 39510 |
| STAFF MEMBER | :All |
| Client | :INCREDIBLE APPE |
| Activity | :All |
| Custom Fields | :All |
| Reference | :All |
| Slip status | :Billed slips and transactions excluded |
| Other options | : |
|   Print Bills that are "paid in full" | :Yes |
|   Include transactions outside date range | :No |
|   Print Bills with no activity | :Yes |

| | | | |
|---|---|---|---|
| Nickname 1 | : INCREDIBLE APPE | Nickname 2 | : 999 |
| Address | : INCREDIBLE APPEAL | | |
| Rounding | : None | | |
| Full Precision | : No | | |

| | | | | |
|---|---|---|---|---|
| Last bill | : | | | |
| Last charge | : 06/21/07 | | | |
| Last payment | : | Amount | : | $0.00 |
| Arrangement | : Time Charges: From slips. | | | |
| | : Expenses: From slips. | | | |

| Date/Slip# | Description | HOURS/RATE | AMOUNT | TOTAL |
|---|---|---|---|---|
| 04/16/07 #38723 | NEEDLER WILLIAM / OCK<br>READ AND REVIEW MEMORANDUM OF DECISION DATED APRIL 10, 2007 AND COMMENCE DRAFT OF MOTION TO RECONSIDER, VACATE AND AMEND. | 0.70<br>275.00 | 192.50 | |
| 04/17/07 #38732 | NEEDLER WILLIAM / OCK<br>PREPARE AND CONTINUE DRAFT AS TO MOTION TO RECONSIDER VACATE AMEND AND MODIFY ORDER OF APRIL 10, 2007. | 1.00<br>275.00 | 275.00 | |
| 04/17/07 #38737 | NEEDLER WILLIAM / OCK<br>CONTINUED WORK ON MOTION TO RECONSIDER VACATE. | 0.80<br>275.00 | 220.00 | |
| 04/17/07 #38738 | NEEDLER WILLIAM / OCK<br>COMPLETE PARAGRAPHS 1 THROUGH 23 OF MOTION TO RECONSIDER. | 2.10<br>275.00 | 577.50 | |
| 04/18/07 #38742 | NEEDLER WILLIAM / OCK<br>READ AND REVIEW FINAL DRAFT TO SEND TO CLARKE | 0.40<br>275.00 | 110.00 | |

Date 08/23/07                    WILLIAM L. NEEDLER & ASSOCIATES
Time 8:55 pm  06-60855-RBK   Doc#: 408-1   Filed: 08/25/07   Entered: 08/25/07 13:45:23   Page 2 of 5   Page 2
                                  Client Billing Worksheet

INCREDIBLE APPE           :INCREDIBLE APPEAL (continued)

| Date/Slip# | Description | HOURS/RATE | AMOUNT | TOTAL |
|---|---|---|---|---|
| #38742.. | B. RICE OF MOTION TO RECONSIDER. | | | |
| 04/18/07 #38743 | NEEDLER WILLIAM / OCK VARIOUS OTHER REVISIONS OF MOTION AND FAX AS TO DRAFT OF RECONSIDERATION. | 1.00 275.00 | 275.00 | |
| 04/18/07 #38747 | NEEDLER WILLIAM / OCK READ AND REVISE MOTION TO RECONSIDER TO SEND TO CLARKE B. RICE AND CLIENT. | 1.00 275.00 | 275.00 | |
| 04/18/07 #38750 | NEEDLER WILLIAM / OCK PREPARE FAX TO CLIENT AND CLARKE B. RICE AS TO HEARING, EVIDENCE AND DRAFT. | 0.30 275.00 | 82.50 | |
| 04/18/07 #38754 | NEEDLER WILLIAM / OCK READ AND REVIEW 25 PAGES INCLUDING EXHIBITS TO FAX TO CLARKE AND NICK GUTIERREZ (DRAFT ONLY). | 0.40 275.00 | 110.00 | |
| 04/19/07 #38758 | NEEDLER WILLIAM / OCK READ, REVIEW AND REVISE MOTION TO RECONSIDER WITH OBJECTIONS. | 0.40 275.00 | 110.00 | |
| 04/20/07 #38766 | NEEDLER WILLIAM / OCK REVIEW OF ORDER TO FINALIZE FILING OF MOTION TO RECONSIDER. | 1.00 275.00 | 275.00 | |
| 04/20/07 #38773 | NEEDLER WILLIAM / OCK COMPLETE MOTION, EXHIBITS, SWORN DECLARATION FOR FILING. | 1.00 275.00 | 275.00 | |
| 04/20/07 #38774 | NEEDLER WILLIAM / OCK READ AND REVIEW SWORN DECLARATION TO GO WITH MOTION TO RECONSIDER. | 0.50 275.00 | 137.50 | |
| 04/20/07 #38775 | NEEDLER WILLIAM / OCK PREPARE SWORN DECLARATION TO GO WITH MOTION TO RECONSIDER. | 2.00 275.00 | 550.00 | |
| 04/20/07 #38776 | NEEDLER WILLIAM / OCK CONTINUED WORK TO FINISH MOTION TO RECONSIDER. | 0.60 275.00 | 165.00 | |
| 04/22/07 #38785 | NEEDLER WILLIAM / OCK PREPARE ORDER AS TO MOTION TO RECONSIDER (COMPLETED ON PLANE). | 1.00 275.00 | 275.00 | |
| 04/23/07 #38787 | NEEDLER WILLIAM / OCK WORK ON DRAFT OF RESPONSE RESISTANCE AND OBJECTIONS TO OBJECTION TO ALLOWANCE OF FEES | 2.00 275.00 | 550.00 | |

Date 08/23/07                WILLIAM L. NEEDLER & ASSOCIATES
Time 8:55 pm    06-60855-RBK   Doc#: 408-1   Filed: 08/25/07   Entered: 08/25/07 13:45:23   Page 3 of 5   Page 3
Client Billing Worksheet

INCREDIBLE APPE     :INCREDIBLE APPEAL (continued)

| Date/Slip# | Description | HOURS/RATE | AMOUNT | TOTAL |
|---|---|---|---|---|
| #38787.. | AND EXPENSES OF DEBTOR'S COUNSEL. | | | |
| 04/23/07 #38788 | NEEDLER WILLIAM / OCK CONTINUED WORK ON DRAFT ORDER AS TO RECONSIDERATION. | 0.30 275.00 | 82.50 | |
| 04/23/07 #38789 | NEEDLER WILLIAM / OCK REVISE MOTION TO RECONSIDER ORDER AS TO DECISION OF APRIL 10, 2007. | 0.40 275.00 | 110.00 | |
| 04/23/07 #38790 | NEEDLER WILLIAM / OCK REVISED RESPONSE AND OBJECTION TO RE-DO FOR FILING. | 1.00 275.00 | 275.00 | |
| 04/23/07 #38792 | NEEDLER WILLIAM / OCK LAST REVISION TO APPLICANT'S OBJECTION TO U.S. TRUSTEE RESISTANCE TO HIS FEES AND EXPENSES. | 0.40 275.00 | 110.00 | |
| 05/09/07 #38948 | NEEDLER WILLIAM / OCK READ AND REVIEW FINAL APPLICATION FOR FEES AND EXPENSES. | 0.40 275.00 | 110.00 | |
| 05/11/07 #38975 | NEEDLER WILLIAM / OCK PREPARE AND REVIEW FINAL APPLICATION FOR FEES AND EXPENSES IN THIS CASE. | 0.40 275.00 | 110.00 | |
| 05/13/07 #39037 | NEEDLER WILLIAM / OCK READ AND REVIEW FINAL APPLICATION FOR FEES AND EXPENSES. | 0.30 275.00 | 82.50 | |
| 05/13/07 #39040 | NEEDLER WILLIAM / OCK CONTINUED WORK ON FINAL APPLICATION FOR FEES AND EXPENSES FOR FILING TODAY. | 0.30 275.00 | 82.50 | |
| 05/13/07 #39041 | NEEDLER WILLIAM / OCK FINAL PREPARATION OF FINAL APPLICATION OF FEES AND EXPENSES. | 0.50 275.00 | 137.50 | |
| 05/14/07 #39049 | NEEDLER WILLIAM / OCK PREPARE DRAFT ORDER AS TO FEES AND EXPENSES EXPAND EXHIBIT TO ORDER TO INCLUDE A, B, C. | 0.50 275.00 | 137.50 | |
| 05/21/07 #39101 | NEEDLER WILLIAM / OCK DISCUSSION WITH CLARKE RICE OVER FEE ORDER; DISCUSS COLLECTION AGAINST SECURED CLAIM; MEETING WITH TRUSTEE. | 0.40 275.00 | 110.00 | |
| 05/23/07 #39137 | NEEDLER WILLIAM / OCK WORK IN LIBRARY ON RESEARCH. | 7.00 275.00 | 1,925.00 | |

Date 08/23/07           WILLIAM L. NEEDLER & ASSOCIATES         Page 4
Time 8:55 pm   06-60855-RBK    Doc#: 408-1    Filed: 08/25/07    Entered: 08/25/07 13:45:23    Page 4 of 5
                             Client Billing Worksheet

INCREDIBLE APPE        :INCREDIBLE APPEAL (continued)

| Date/Slip# | Description | HOURS/RATE | AMOUNT | TOTAL |
|---|---|---|---|---|
| 05/23/07 #39138 | NEEDLER WILLIAM / OCKT<br>TRAVEL TO LIBRARY AND RETURN. | 2.00<br>137.50 | 275.00 | |
| 05/26/07 #39159 | NEEDLER WILLIAM / OCK<br>WORK ON MOTION TO RECONSIDER FOR FILING;<br>REVIEW EXHIBITS AND PLEADING. | 4.00<br>275.00 | 1,100.00 | |
| 05/27/07 #39161 | NEEDLER WILLIAM / OCK<br>CONTINUED WORK ON MOTION TO RECONSIDER FOR<br>FILING 5/29/07. | 3.00<br>275.00 | 825.00 | |
| 05/27/07 #39162 | NEEDLER WILLIAM / OCK<br>CONTINUED WORK ON MOTION TO RECONSIDER,<br>VACATE, AMEND AND MODIFY. | 4.00<br>275.00 | 1,100.00 | |
| 05/28/07 #39163 | NEEDLER WILLIAM / OCKT<br>TRAVEL FROM RDU TO BILLINGS VIA AMERICAN<br>AIRLINES (WORK ON MOTION TO RECONSIDER). | 10.00<br>137.50 | 1,375.00 | |
| 05/29/07 #39168 | NEEDLER WILLIAM / OCK<br>WORK ON MOTION TO RECONSIDER. | 4.00<br>275.00 | 1,100.00 | |
| 05/30/07 #39170 | NEEDLER WILLIAM / OCK<br>DRAFT, REVIEW AND CORRECT ORDER AS TO MOTION<br>TO RECONSIDER FILED WITH COURT ON 5/29/07. | 0.40<br>275.00 | 110.00 | |
| 06/08/07 #39204 | NEEDLER WILLIAM / OCK<br>REVISE NOTICE OF APPEAL. | 0.50<br>275.00 | 137.50 | |
| 06/08/07 #39206 | NEEDLER WILLIAM / OCK<br>PREPARE NOTICE OF APPEAL FOR FILING. | 0.60<br>275.00 | 165.00 | |
| 06/09/07 #39208 | NEEDLER WILLIAM / OCK<br>CONTINUED WORK ON NOTICE OF APPEAL. | 0.50<br>275.00 | 137.50 | |
| 06/20/07 #39320 | NEEDLER WILLIAM / OCK<br>WORK ON DESIGNATION OF RECORD AND STATEMENT<br>OF ISSUES ON APPEAL. | 2.50<br>275.00 | 687.50 | |
| 06/21/07 #39327 | NEEDLER WILLIAM / OCK<br>CONTINUED WORK ON DESIGNATION OF RECORD AND<br>STATEMENT OF ISSUES ON APPEAL. | 0.80<br>275.00 | 220.00 | |
| 06/21/07 #39335 | NEEDLER WILLIAM / OCK<br>CONTINUED WORK ON FINALIZING DESIGNATION OF<br>RECORD AND STATEMENT OF ISSUES ON APPEAL. | 1.50<br>275.00 | 412.50 | |
| 06/21/07 #39336 | NEEDLER WILLIAM / OCK<br>CONTINUE WORK ON DESIGNATION OF RECORD AND | 1.60<br>275.00 | 440.00 | |

INCREDIBLE APPE　　　　　　:INCREDIBLE APPEAL (continued)

| Date/Slip# | Description | HOURS/RATE | AMOUNT | TOTAL |
|---|---|---|---|---|
| #39336.. | STATEMENT OF ISSUES ON APPEAL. | | | |
| **TOTAL BILLABLE TIME CHARGES** | | **63.50** | | **$15,812.50** |

| Date/Slip# | Description | QTY/PRICE | | |
|---|---|---|---|---|
| 06/12/07 | NEEDLER WILLIAM / $fil fee | 1 | 255.00 | |
| #39510 | FILING FEE FOR APPEAL | 255.00 | | |
| **TOTAL BILLABLE COSTS** | | | | **$255.00** |

| | | | | |
|---|---|---|---|---|
| **TOTAL NEW CHARGES** | | | | **$16,067.50** |

**NEW BALANCE**

| | | | | |
|---|---|---|---|---|
| New Current period | | | 16,067.50 | |
| **TOTAL NEW BALANCE** | | | | **$16,067.50** |