IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | | |
|---|---|---|
| In Re | ) | Case No. 06-60855-7 |
| | ) | |
| **INCREDIBLE AUTO SALES, LLC.** | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | |

### ORDER

At Butte in said District this 7th day of September, 2007.

This matter comes before the Court on the Application for Allowance of Administrative Expense filed on August 23, 2007, by Ernie and Leanne Dutton, Livingston Marble and Granite, Inc, William and Evelyn Scalise, and Greg and Emily Strong (hereinafter "The Dutton Group"). The Court having reviewed the Application and finding that administrative expense priority is appropriate, and in the absence of any timely opposition to the Application by any party in interest after notice, finds that the unpaid rent and expenses prior to rejection of lease, and monetary obligations for rejection of lease, are administrative expenses of the estate, accordingly,

**IT IS ORDERED** that Dutton Group's Application for Allowance of Administrative Expense filed on August 23, 2007 (Docket No. 407), is approved and Dutton Group is awarded the sum of $145,963.76 as a administrative expense pursuant to 11 U.S.C. §503(b)(1) and (b)(7).

BY THE COURT

*Ralph B Kirscher*
HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana

2

06-60855-RBK   Doc#: 415   Filed: 09/07/07   Entered: 09/07/07 10:18:52   Page 2 of 2

2