Bruce F. Fain
Murphy, Kirkpatrick & Fain, P.L.L.P.
208 North Broadway, Suite 208
P.O. Box 429
Billings, MT 59103-0429
Phone: (406) 256-9700
Fax: (406) 256-9755
E-mail: bruce@murphkirk.com
I.D. Number: 3377

Attorneys for Plaintiff
    Auto Auction of Montana

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| | |
|---|---|
| In re:<br><br>INCREDIBLE AUTO SALES, LLC,<br><br>                            Debtor. | CASE NO. 06-60855<br><br>**STIPULATION FOR APPROVAL OF SECOND APPLICATION FOR ADMINISTRATIVE EXPENSE** |

- - - - - - - - - - - - - - - -

AUTO AUCTION ASSOCIATES OF MONTANA, INC., d/b/a AUTO AUCTION OF MONTANA a/k/a AUTO AUCTION OF BILLINGS ("Auto Auction"), through its counsel, and the Chapter 7 Trustee (the "Trustee"), stipulate as follows:

1. Auto Auction's Second Application for Administrative Expense should be granted;

2. The order should provide that the Second Application for Administrative Expense shall be accorded Tier II Administrative Status, pursuant to 11 U.S.C. § 726(b).

DATED this 10 day of September, 2007.

Murphy, Kirkpatrick & Fain, P.L.L.P.
208 North Broadway, Suite 208
P.O. Box 429
Billings, MT 59103-0429

By: /s/ Bruce F. Fain
Bruce F. Fain
Attorneys for Plaintiff Auto
Auction of Montana


Waller & Womack, P.C.

By: /s/ Joseph V. Womack
Joseph V. Womack
Attorney for the Trustee


## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 10 day of September, 2007, a copy of the SECOND APPLICATION FOR ADMINISTRATIVE EXPENSE was served upon counsel of record by the following method:

1,2,4     CM/ECF

_____     Hand Delivery

_____     Mail

_____     Overnight Delivery Service

_____     Fax

_____     E-Mail


/Clarke B. Rice
2951 King Avenue West
Billings, MT 59102

2

2 William L. Needler
William L. Needler and Associates
555 Skokie Blvd. Ste. 500
Northbrook, IL 60062

3 Nick Gutierrez
Incredible Auto Sales, LLC
1832 King Avenue West
Billings, MT 59102

4 Neal Jensen
U.S. Trustee
Liberty Center, Ste. 204
301 Central Ave.
P.O. Box 3509
Great Falls, MT 59403

3