UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

**INCREDIBLE AUTO SALES LLC**,

Debtor.

Case No. **06-60855-7**

# *O R D E R*

At Butte in said District this 30th day of October, 2007.

In accordance with the Memorandum of Decision entered in the above-referenced bankruptcy case on this same date,

IT IS ORDERED that the Interim Application for Fees and Expenses Sought in Chapter 11 and the Final Application of William L. Needler and Associates, Attorneys for Debtor, for Fee Allowance and Reimbursement of Costs filed by attorney William L. Needler on March 8, 2007, and May 13, 2007, respectively, are granted, in part, and denied, in part; that attorney William L. Needler is awarded reasonable attorney fees in the sum of $18,040.00 and costs of $4,610.69, for a total of $22,650.69; that William L. Needler shall apply a portion of the retainer in the amount of $26,039.00 to the allowed fees and costs in the total of $22,650.69; and that attorney William L. Needler shall, within ten (10) days of the date of this Order, disgorge the sum of $3,388.31 and remit such sum to the Chapter 7 Trustee, Joseph V. Womack.

IT IS FURTHER ORDERED that $13,612.50 of the fees requested in the First Supplement to Allowance of Two Applications for Fees and Expenses for Debtor's Attorney on

1

Remand from the U.S. District Court are DENIED for the reasons set forth in this Memorandum of Decision and the Memorandum of Decision entered May 18, 2007; and the request for fees of $2,200.00 and costs of $255.00 set forth in Needler's First Supplement to Allowance of Two Applications for Fees and Expenses for Debtor's Attorney on Remand from the U.S. District Court is DENIED on the basis that such request is premature.

BY THE COURT

/s/ Ralph B. Kirscher
HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana