Joseph V. Womack
US Bank Building 805
303 North Broadway
Billings, Montana 59101
Telephone: (406) 252-7200
Facsimile: (406) 252-4266
Email: jwomack@jvwlaw.com
Attorney No. 2641

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MONTANA**

|  |  |
|---|---|
| IN RE: | ) |
| **INCREDIBLE AUTO SALES, LLC** | ) Case No. **06-60855-7** |
| Debtor(s). | ) |

**NOTICE OF TRUSTEE'S INTENT TO ABANDON PROPERTY**

**TO:  THE UNITED STATES TRUSTEE, DEBTOR(S), AND PARTIES IN INTEREST:**

Notice pursuant to 11 U.S.C. 554(a) is hereby given that the Trustee of the above-named Debtors estate intends to abandon the following property as burdensome and of inconsequential value to the estate:

1. Description of Property:  Income received as a result of Honorable Judge Ralph B. Kirscher's Order directing William L. Needler to disgorge attorney's fees in the amount of $3,388.31.

   Scheduled or Estimated Value:  $3,388.31 (plus interest)

   Amount Secured or Exempt:  $0.00

   Lienholder Name & Address:  n/a

   Estimated Liquidation Expenses:  n/a

   Net Value to Estate: $0.00

   Reason for Abandonment:  All attorney's fees and retainers were paid to Mr. Needler in this case by Zsaneece Gutierrez, and not the Debtor.  As such, Ms. Gutierrez has made demand for return of the funds to her. Even if said funds are found to be property of the Bankruptcy Estate any distribution of these fund is not

economically viable as the number of claims is so great and disparity between the amount so large that it is not economically viable to administer these funds as the only asset of the estate.

2. Description of Property: The Bankruptcy Estate's interest in the claim against United Car Care, Inc.

   Scheduled or Estimated Value: $502,400.00 (according do Debtor's Schedule B). The Trustee values said claim at 0.

   Amount Secured or Exempt: $0.00

   Lienholder Name & Address: n/a

   Estimated Liquidation Expenses: n/a

   Net Value to Estate: $0.00

   Reason for Abandonment: Trustee has approached 4 different attorneys about pursuing this case on a contingency fee basis because the estate does not hve the funds to pay an attorney on an hourly basis. The Trustee has been unable to find an attorney, who after reviewing the file, believes that the claim is worth pursuing.

## NOTICE

**If you object to the agreement, you must file a written responsive pleading and request a hearing within fifteen (15) days of the date of the notice. The objecting party shall schedule the hearing and shall include in the caption of the responsive pleading the date, time and location of the hearing by inserting in the caption the following:**

> **NOTICE OF HEARING**
> **Date:**_____
> **Time:**_____
> **Location:**_____

**If no objections are timely filed, the Court may grant the relief requested as a failure to respond by any entity shall be deemed an admission that the relief requested should be granted.**

DATED this  23rd  day of April, 2008.

                          **WALLER & WOMACK, P.C.**

                          By: /s/ Joseph V. Womack
                                Joseph V. Womack
                                Attorney for Trustee

CERTIFICATE OF SERVICE

I hereby certify that I caused to be mailed a true, complete and correct copy of the foregoing to:

Office of the U.S. Trustee
Neal Jensen
(Via ECF)

Office of the U.S. Trustee
Daniel McKay
(Via ECF)

Incredible Auto Sales, LLC
1832 King Ave West
Billings, MT 59102

William L. Needler
555 Skokie Blvd, Ste 500
Northbrook, IL 60062

A-1 Johnson Auto Wrecking
6801 Grand Ave
Billings, MT 59106

Ace Electric, Inc
P.O. Box 520
Laurel, MT 59044

ADP Commerical Leasing
15 Waterview Blvd
Mail Stop 934
Parsippany, NJ 07054

ADP Dealer Services
18 Centerpointe Dr
Lapalma, CA 90623-1028

American Automotive Supply, Inc
100 PFL Way
Livingston, MT 59047

Americredit
801 Cherry Street Ste 3900
Fort Worth, TX 76102

Archie Cochrane Ford
P.O. Box 80605
Billings, MT 59108

Auto Auction Of Montana
c/o Bruce F. Fain
P.O. Box 429
Billings, Montana 59103

Automotive Development Services
504 Evening Star Lane
Bozeman, MT 59715

Benjamin E Terise
1515 Cook Ave
Billings, MT 59102

Billings Auto Auction
P.O. Box 1433
Billings, MT 59103

Cars Direct.Com
909 North Supulveda Blvd, 11th Floor
El Segundo, CA 90245

Cathleen Miller
43 Road 2 A B
Cody, WY 82414

Cheryl Kennedy & Ashley Kennedy
5434 Hwy 312
Billings, MT 59105

Covey Auto Express Inc
1444 El Pinal Dr
Stockton, CA 95205

Credit Service Company, Inc.
P.O. Box 2560
Billings, MT 59103

Dan Austin
2111 4th Ave North
Billings, MT 59101

Daniel J Sattler
9028 Painted Horse Ln
Wellington, CO 80549

Dealer Services Inc
P.O. Box 404
Spearfish, SC 57783

DeFalcon Advertising
195 Wekiva Springs Rd
Longwood, FL 32779

Dolphin Capital Corp
P.O. Box 605
Moberly, MO 65270

Dorcas F Has Eagle & Clyde N Wing
HC 63 Box 5206
Dodson, MT 59524

Duane Kostelecky
1201Ave C
Billings, MT 59102

Econo Print
P.O. Box 1199
Billings, MT 59103

Enterprise Rent-A-Car/Jeff Lund
446 S 20th St W
Billings, MT 59102

Ernest Dutton and LeAnne Dutton,
Livingston Marble
c/o Jeffery A. Hunnes, Esq.
P O Box 1977
Billings MT 59103-1977

Firemaster
6101 Mid Metor Dr, No 5
Ft. Myers, FL 33912

First Advantage Credco
P.O. Box 509019
San Diego, CA 92159

Frank Derockbrain & Linda Derockbrain
373 3rd Avenue West
McIntosh, SD 57641

Gases Plus
P.O. Box 789
Gillette, WY 82717-0789

GE Capital
1010 Thomas Edison Blvd SW
Cedar Rapids, IA 52404

GE Commercial Distribution
c/o Christian T. Nygren
P.O. Box 4947
Missoula, MT 59806

Glacier Transport Inc
320 S 24th Street
Billings, MT 59101

Glass Specialists Inc
2905 Millenium Cir
Billings, MT 59102

Graham Staunton, Inc
c/o Incredible Auto Sales, LLC
1832 King Ave West
Billings, MT 59102

Hanser's Automotive And Wrecker Co
430 South Billings Blvd
Billings, MT 59101-4703

Hayden Marketing
222 North 32nd St #904
Billings, MT 59101

Hyundai Motor Finance, Co
c/o Holland & Hart, LLP
P.O. Box 639
Billings, MT 59103

Interstate Batteries Of Billings
1919 Lampman Dr Unit A
Billings, MT 59102

IRS
P.O. Box 21126
Philadelphia, PA 19114

Kia Motors America, Inc.
c/o Jeffrey N. Rich, Esq.
599 Lexington Avenue
New York, New York 10022-6030

Jody Stephens
760 Moccasin Trail
Billings, MT 59105

KHMT-TV Fox 4
445 S 24th St West
Billings, MT 59102

KMS Auto Transport Inc
1444 El Pinal Dr
Stockton, CA 95206

KSVI-TV ABC 6
445 S 24th St West
Billings, MT 59102

KTVQ Television
c/o Szabo Assoc. Inc
3355 Lenox Road, 9th Fl
Atlanta, GA 30326

Mada
501 North Sanders
Helena, MT 59601

Mobile Appearance Reconditioning Service
703 Shamrock Lane
Billings, MT 59105

Molly A Moore & Jonathan J Moore
664 Mecca Dr
Billings, MT 59105

MT Dept Of Labor And Industry
P.O. Box 6339
Helena, MT 59624

MT Dept Of Revenue
Attn: Kim Davis
P.O. Box 7701
Helena, MT 59604-7701

Net-Works Ad Agency - d/b/a Auto Pro
c/o Incredible Auto Sales, LLC
1832 King Ave West
Billings, MT 59102

Nick Gutierrez
3303 Prestwick Road
Billings MT 59101

Nuvell Credit Company, LLC
c/o Jared M. LeFevre
Crowley Law Firm
P.O. Box 2529
Billings, MT 59103-2529

Olivia Pentecost
3536 Tigard
Billings, MT 59101

Paula Kyhl/American General Fin
P.O. Box 176
Ballantine, MT 59006

Planteriors Unlimited
P.O. Box 628
Billings, MT 59103

Premier Auto Detail & Supply
552 Constitution Ave
Billings, MT 59105

Reply, Inc
12667 Arcosta Blvd
San Ramon, CA 94583

Rimrock Pontiac
P.O. Box 80208
Billings, MT 59108

Rocky Mountain Auto Body
706 S Billings Blvd
Billings, MT 59101

Saftey-Kleen Systems Inc
5400 Legacy Dr
Cluster II, Bldg 3
Plano, TX 75024

Scott Lawley & Nancy Lawley
3390 Canyon Dr #D3
Billings, MT 59102

Sign Products,Inc
1425 Monad Road
Billings, MT 59101

Staley's Tire & Automotive
1245 Central Avenue
Billings, MT 59102

South Seattle Auto Auction
c/o Lovell Law Firm
P.O. Box 1415
Billings, MT 59103-1415

Steve's Auto Sales, Inc.
c/o James A. Patten
2817 2nd Avenue North, Ste. 300
Billings, MT 59101

The Service Source
P.O. Box 279
Adrian, MI 49221

Tire Rama - Billings
P.O. Box 23509
Billings, MT 59104

Toyota Motor Credit Corporation
c/o Pierre L. Bacheller
P.O. Box 2078
Billings, MT 59103

Tri-City St Paul Inc
P.O. Box 10747
St Paul, MN 55110

United Car Care
P.O. Box 3988
Greenwood Village, CO 80155

United Care Care
c/o Doug James
P. O. Box 2559
Billings, Montana 59103-2559

United Parcel Service/RMS Bank. Rec.
P.O. Box 4396
Timonium, MD 21094

US Dept Of Labor
1100 Main St, Ste 1200
Kansas City, MO 64105

WFS Financial, Inc
P.O. Box 25341
Santa Ana, CA 92799-5341

Zoe Auto Sales
701 E Lincoln Way
Cheyene, WY 82002

this  23rd  day of April, 2008.

By: /s/ Ashley Anvik
    Ashley Anvik
    Legal Asst. to Trustee