UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

In re

**INCREDIBLE AUTO SALES, LLC,**

Debtor.

Case No. **06-60855-7**

*O R D E R*

At Butte in said District this 13th day of May, 2008.

In this Chapter 7 bankruptcy, the Trustee filed a Notice of Trustee's Intent to Abandon Property on April 23, 2008, in conformity with Mont. LBF 11.  No objections have been filed.

Upon review of the record and in the absence of any opposition and request for hearing after notice, the Court finds that the property the Trustee seeks to abandon is burdensome or of inconsequential value and benefit to the estate as required by 11 U.S.C. § 554(a) and Mont. LBR 6007-1.

**IT IS ORDERED** the Trustee's request to abandon property, filed April 23, 2008 (Docket No.425), is **GRANTED**; and the $3,388.31 in income received from William L. Needler in disgorged attorney fees and the estate's interest in a claim against United Car Care, Inc., as described in the Trustee's Notice, are **ABANDONED** by the estate.

BY THE COURT

HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana

06-60855-RBK   Doc#: 426   Filed: 05/13/08   Entered: 05/13/08 09:07:39   Page 2 of 2